**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RAJAT SHARMA, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> RENT THE RUNWAY, INC., JENNIFER Y. HYMAN, SCARLETT O'SULLIVAN, TIM BIXBY, JENNIFER FLEISS, SCOTT FRIEND, MELANIE HARRIS, BETH KAPLAN, DAN NOVA, GWYNETH PALTROW, CARLEY RONEY, DAN ROSENSWEIG, MIKE ROTH, GOLDMAN SACHS & CO. LLC, MORGAN STANLEY & CO. LLC, BARCLAYS CAPITAL INC., CREDIT SUISSE SECURITIES (USA) LLC, PIPER SANDLER & CO., WELLS FARGO SECURITIES, LLC, JMP SECURITIES LLC, KEYBANC CAPITAL MARKETS INC., and TELSEY ADVISORY GROUP LLC, <br><br> Defendants. | Case No.: 1:22-cv-06935-MKB-VMS <br><br> Hon. Margo K. Brodie |

**NOTICE OF MOTION OF EMIL W. HEIKKILA FOR APPOINTMENT AS**
**LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Emil W. Heikkila ("Movant") respectfully moves this Court for an order: (1) appointing Movant as Lead Plaintiff in the above-captioned action (the "Action") pursuant to § 27 of the Securities Act of 1933 ("Securities Act"), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA") and (2) approving Movant's selection of Levi & Korsinsky, LLP as Lead Counsel for the Class.

Movant seeks appointment as lead plaintiff and approval of his choice of counsel pursuant to the Securities Act, the Federal Rules of Civil Procedure, and the PSLRA. This motion is based

on this notice, the attached Memorandum of Law, the Declaration of Adam M. Apton in support

thereof, and the Court's complete files and records in this action, as well as such further argument

as the Court may allow at a hearing on this motion.

Dated: January 13, 2023       Respectfully Submitted,

             **LEVI & KORSINSKY, LLP**

             By: */s/ Adam M. Apton*
             Adam M. Apton
             55 Broadway, 10th Floor
             New York, NY 10006
             Tel: (212) 363-7500
             Fax: (212) 363-7171
             Email: aapton@zlk.com

             *Lead Counsel for Emil W. Heikkila and*
             *[Proposed] Lead Counsel for the Class*