# EXHIBIT B

| Case Name | Rent the Runway, Inc. |
|---|---|
| Ticker | RENT |
| IPO Date | 10/27/2021 |

| Emil W. Heikkila | Acct. 1 |
|---|---|
| **§ 11 Loss Calculation** | |
| Total Shares Acquired | 400 |
| Total Shares Acquired (Disregarding Undamaged Shares) | 400 |
| IPO Offer Price | $21.00 |
| Value of Shares at Acquisition* (Disregarding Undamaged Shares) | $ 8,149.72 |
| Close Date | 11/14/2022 |
| Closing Price | $ 01.58 |
| Estimated Value of Shares** | $ 632.00 |
| **Estimated Gain/(Loss)** | **$ 7,517.72** |

| Emil W. Heikkila | Acct. 2 |
|---|---|
| **§ 11 Loss Calculation** | |
| Total Shares Acquired | 300 |
| Total Shares Acquired (Disregarding Undamaged Shares) | 300 |
| IPO Offer Price | $21.00 |
| Value of Shares at Acquisition* (Disregarding Undamaged Shares) | $ 6,300.00 |
| Close Date | 11/14/2022 |
| Closing Price | $ 01.58 |
| Estimated Value of Shares** | $ 474.00 |
| **Estimated Gain/(Loss)** | **$ 5,826.00** |

| Emil W. Heikkila | Acct. 3 |
|---|---|
| **§ 11 Loss Calculation** | |
| Total Shares Acquired | 400 |
| Total Shares Acquired (Disregarding Undamaged Shares) | 400 |
| IPO Offer Price | $21.00 |
| Value of Shares at Acquisition* (Disregarding Undamaged Shares) | $ 7,711.00 |
| Close Date | 11/14/2022 |
| Closing Price | $ 01.58 |
| Estimated Value of Shares** | $ 632.00 |
| **Estimated Gain/(Loss)** | **$ 7,079.00** |

| | Estimated Gain/Loss |
|---|---|
| Emil W. Heikkila- Acct. 1 | $ 7,517.72 |
| Emil W. Heikkila - Acct. 2 | $ 5,826.00 |
| Emil W. Heikkila - Acct. 3 | $ 7,079.00 |
| **TOTAL** | **$ 20,422.72** |