**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Movant and Class*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RAJAT SHARMA, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RENT THE RUNWAY, INC., JENNIFER Y. HYMAN, SCARLETT O'SULLIVAN, TIM BIXBY, JENNIFER FLEISS, SCOTT FRIEND, MELANIE HARRIS, BETH KAPLAN, DAN NOVA, GWYNETH PALTROW, CARLEY RONEY, DAN ROSENSWEIG, MIKE ROTH, GOLDMAN SACHS & CO. LLC, MORGAN STANLEY & CO. LLC, BARCLAYS CAPITAL INC., CREDIT SUISSE SECURITIES (USA) LLC, PIPER SANDLER & CO., WELLS FARGO SECURITIES, LLC, JMP SECURITIES LLC, KEYBANC CAPITAL MARKETS INC., AND TELSEY ADVISORY GROUP LLC,<br><br>Defendants. | CASE No.: 1:22-cv-06935-MKB-VMS<br><br>NOTICE OF MOTION OF SANU BABU TO: (1) APPOINT LEAD PLAINTIFF; AND (2) APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL<br><br>**CLASS ACTION** |

**PLEASE TAKE NOTICE** that pursuant to Section 27 of the Securities Act of 1933

("Securities Act"), as amended by the Private Securities Litigation Reform Act of 1995 (the

"PSLRA"), Plaintiff Sanu Babu ("Movant") hereby moves this Court, the Honorable Margo K.

1

Brodie, United States District Court Judge, on a date and at a time to be designated by the Court, for an order:

(a)     appointing Movant to serve as Lead Plaintiff in this action; and

(b)     approving Movant's selection of The Rosen Law Firm, P.A. as Lead Counsel for the litigation.

In support of this Motion, Movant submits: (i) the Memorandum of Law dated January 13, 2023 (and exhibits); and (ii) a [Proposed] Order Appointing Lead Plaintiff and Approving Lead Plaintiff's Selection of Counsel.

Movant is also aware of your Honor's Individual Rule III.D., the Bundle Rule, which generally requests parties refrain from the filing of motion papers prior to full briefing. The Exchange Act requires that lead plaintiff motions be filed no later than 60 days after the notice of the action was first published and, in this case, the first notice of the action was published on November 14, 2022; accordingly, lead plaintiff motions must be filed no later than today, January 13, 2023. *See* 15 U.S.C. § 78u-4(a)(3)(A)(i).

As the filing of the lead plaintiff motion is statutorily mandated by the 60-day time limit, Movant respectfully requests that the Bundle Rule be waived because waiting to file until the motion is fully briefed could result in the loss of a right.

The filing of the lead plaintiff motion will give notice to the other lead plaintiff movants, whose identities Movant cannot know at this time and therefore cannot serve, that other class members have moved for lead plaintiff appointment.

Dated: January 13, 2023                    Respectfully submitted,

                                           **THE ROSEN LAW FIRM, P.A.**

2

/s/ Phillip Kim
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Movant and Class*

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2023, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/Phillip Kim

4