# Exhibit 3

**Rent the Runway, Inc. Loss Chart**
**Class Period: Pursuant and/or traceable to October 2021 IPO**

Lookback Price: $1.58

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sanu Babu | 9/1/2022 | 2 | ($4.41) | ($8.82) | 6/23/2022 | 1967 | $3.38 | $6,648.46 | | | | |
| | 6/21/2022 | 0.105 | ($3.04) | ($0.32) | 6/23/2022 | 0.105 | $3.38 | $0.35 | | | | |
| | 6/21/2022 | 1967 | ($3.04) | ($5,979.68) | 6/29/2022 | 1347 | $3.73 | $5,024.31 | | | | |
| | 6/24/2022 | 0.965 | ($3.51) | ($3.39) | 6/29/2022 | 0.709 | $3.73 | $2.64 | | | | |
| | 6/24/2022 | 4385 | ($3.42) | ($14,996.70) | 7/7/2022 | 292 | $3.43 | $1,000.13 | | | | |
| | 6/29/2022 | 0.398 | ($3.67) | ($1.46) | 7/7/2022 | 0.398 | $3.43 | $1.36 | | | | |
| | 6/29/2022 | 1362 | ($3.66) | ($4,988.87) | 7/14/2022 | 787 | $3.81 | $2,998.47 | | | | |
| | 6/30/2022 | 0.356 | ($3.48) | ($1.24) | 7/14/2022 | 0.402 | $3.81 | $1.53 | | | | |
| | 6/30/2022 | 287 | ($3.48) | ($997.33) | 7/19/2022 | 815 | $3.68 | $2,999.20 | | | | |
| | 7/1/2022 | 309 | ($3.23) | ($998.07) | 7/19/2022 | 840 | $3.57 | $2,998.80 | | | | |
| | 7/1/2022 | 0.598 | ($3.23) | ($1.93) | 7/19/2022 | 0.336 | $3.57 | $1.20 | | | | |
| | 7/7/2022 | 0.333 | ($3.00) | ($1.00) | 7/19/2022 | 0.217 | 3.68 | $0.80 | | | | |
| | 7/7/2022 | 333 | ($3.00) | ($999.00) | 7/21/2022 | 699 | $4.29 | $2,998.71 | | | | |
| | 7/13/2022 | 0.625 | ($3.71) | ($2.32) | 7/21/2022 | 689 | $4.35 | $2,997.15 | | | | |
| | 7/13/2022 | 200 | ($3.71) | ($742.00) | 7/21/2022 | 0.655 | $4.35 | $2.85 | | | | |
| | 7/13/2022 | 608 | ($3.71) | ($2,253.86) | 7/21/2022 | 0.301 | $4.29 | $1.29 | | | | |
| | 7/15/2022 | 835 | ($3.59) | ($2,997.65) | 7/22/2022 | 622 | $4.83 | $3,004.32 | | | | |
| | 7/19/2022 | 0.052 | ($3.45) | ($0.18) | 7/22/2022 | 0.407 | $4.83 | $1.97 | | | | |
| | 7/19/2022 | 867 | ($3.45) | ($2,991.15) | 7/29/2022 | 928 | $4.31 | $3,999.68 | | | | |
| | 7/26/2022 | 0.934 | ($4.22) | ($3.94) | 7/29/2022 | 0.074 | $4.31 | $0.32 | | | | |
| | 7/26/2022 | 473 | ($4.22) | ($1,996.01) | 8/2/2022 | 823 | $4.86 | $3,999.78 | | | | |
| | 7/27/2022 | 0.092 | ($4.14) | ($0.38) | 8/2/2022 | 0.045 | $4.86 | $0.22 | | | | |
| | 7/27/2022 | 483 | ($4.14) | ($1,999.57) | 8/10/2022 | 829 | $5.34 | $4,423.71 | | | | |
| | 7/28/2022 | 0.018 | ($3.91) | ($0.07) | 8/10/2022 | 100 | $5.34 | $533.50 | | | | |
| | 7/28/2022 | 1023 | ($3.91) | ($3,999.93) | 8/10/2022 | 9 | $5.34 | $48.02 | | | | |
| | 8/1/2022 | 966 | ($4.14) | ($3,995.57) | 8/10/2022 | 0.086 | $5.34 | $0.46 | | | | |
| | 8/1/2022 | 0.184 | ($4.14) | ($0.76) | 8/18/2022 | 909 | $5.50 | $5,000.14 | | | | |
| | 8/11/2022 | 0.063 | ($5.04) | ($0.32) | 8/18/2022 | 0.091 | $5.03 | $0.46 | | | | |
| | 8/11/2022 | 0.118 | ($5.17) | ($0.61) | 8/22/2022 | 1330 | $5.26 | $6,995.80 | | | | |
| | 8/11/2022 | 967 | ($5.17) | ($4,999.39) | 8/22/2022 | 0.798 | $5.26 | $4.20 | | | | |
| | 8/11/2022 | 992 | ($5.04) | ($4,999.68) | 8/25/2022 | 2957 | $5.61 | $16,588.77 | | | | |
| | 8/18/2022 | 0.065 | ($4.96) | ($0.32) | 8/25/2022 | 1299 | $5.61 | $7,287.39 | | | | |
| | 8/18/2022 | 0.928 | ($4.85) | ($4.50) | 8/25/2022 | 200 | $5.61 | $1,122.00 | | | | |
| | 8/18/2022 | 1030 | ($4.85) | ($4,995.50) | 8/25/2022 | 0.328 | $5.61 | $1.84 | | | | |
| | 8/18/2022 | 1008 | ($4.96) | ($4,999.68) | 8/26/2022 | 100 | $5.72 | $572.00 | | | | |
| | 8/22/2022 | 0.072 | ($5.03) | ($0.36) | 8/29/2022 | 175 | $5.70 | $997.50 | | | | |
| | 8/22/2022 | 1988 | ($5.03) | ($9,999.64) | 8/29/2022 | 176 | $5.66 | $996.16 | | | | |
| | 8/23/2022 | 0.558 | ($5.11) | ($2.85) | 8/29/2022 | 0.678 | $5.66 | $3.84 | | | | |
| | 8/23/2022 | 1565 | ($5.11) | ($7,997.15) | 8/29/2022 | 0.439 | $5.70 | $2.50 | | | | |
| | 8/24/2022 | 0.701 | ($5.08) | ($3.56) | 10/6/2022 | 3201 | $2.42 | $7,746.42 | | | | |
| | 8/24/2022 | 0.85 | ($5.07) | ($4.31) | 10/6/2022 | 100 | $2.42 | $242.00 | | | | |
| | 8/24/2022 | 196 | ($5.08) | ($995.68) | 11/17/2022 | 23121 | $1.73 | $39,999.33 | | | | |
| | 8/24/2022 | 393 | ($5.08) | ($1,996.44) | 11/17/2022 | 1114 | $1.74 | $1,938.36 | | | | |
| | 8/30/2022 | 0.381 | ($5.25) | ($2.00) | 11/17/2022 | 0.387 | $1.73 | $0.67 | | | | |
| | 8/30/2022 | 0.621 | ($5.43) | ($3.37) | 11/22/2022 | 20223 | $1.26 | $25,480.98 | | | | |
| | 8/30/2022 | 952 | ($5.25) | ($4,995.72) | 11/22/2022 | 5538 | $1.26 | $6,978.43 | | | | |
| | 8/30/2022 | 1841 | ($5.43) | ($9,995.53) | 11/22/2022 | 5067 | $1.27 | $6,435.09 | | | | |
| | 8/31/2022 | 994 | ($5.03) | ($4,999.82) | 11/22/2022 | 2367 | $1.28 | $3,029.76 | | | | |
| | 9/1/2022 | 1000 | ($5.01) | ($5,007.70) | 11/22/2022 | 500 | $1.29 | $642.50 | | | | |
| | 9/1/2022 | 0.062 | ($4.67) | ($0.29) | 11/22/2022 | 497 | $1.28 | $633.68 | | | | |
| | 9/1/2022 | 1713 | ($4.67) | ($7,991.15) | 11/22/2022 | 45 | $1.27 | $57.15 | | | | |
| | 9/2/2022 | 494 | ($4.52) | ($2,232.39) | 11/22/2022 | 43 | $1.28 | $55.04 | | | | |
| | 9/2/2022 | 0.248 | ($4.52) | ($1.12) | 11/22/2022 | 0.802 | $1.21 | $0.97 | | | | |
| | 9/15/2022 | 0.382 | ($3.19) | ($1.22) | | 79716.258 | | $176,502.21 | 2 | $3.16 | ($52,985.43) | |
| | 9/15/2022 | 962 | ($3.19) | ($3,068.78) | | | | | | | | |
| | 9/16/2022 | 0.544 | ($2.86) | ($1.55) | | | | | | | | |
| | 9/16/2022 | 2070 | ($2.99) | ($6,188.47) | | | | | | | | |
| | 9/16/2022 | 6264 | ($2.97) | ($18,604.08) | | | | | | | | |
| | 9/16/2022 | 7017 | ($2.85) | ($19,998.45) | | | | | | | | |
| | 9/29/2022 | 0.557 | ($2.37) | ($1.32) | | | | | | | | |
| | 9/29/2022 | 1264 | ($2.37) | ($2,995.68) | | | | | | | | |
| | 10/13/2022 | 0.951 | ($2.05) | ($1.94) | | | | | | | | |
| | 10/13/2022 | 5121 | ($2.05) | ($10,498.05) | | | | | | | | |
| | 11/21/2022 | 0.497 | ($1.51) | ($0.75) | | | | | | | | |
| | 11/21/2022 | 27775 | ($1.51) | ($41,940.25) | | | | | | | | |
| | | 79718.258 | | ($229,490.80) | | | | | | | | |