UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

RAJAT SHARMA, Individually and on Behalf :    Civil Action No. 1:22-cv-06935-MKB-VMS
of All Others Similarly Situated,         :

                            :    CLASS ACTION
               Plaintiff,   :

                            :    NOTICE OF MOTION FOR
   vs.                        :    APPOINTMENT AS LEAD PLAINTIFF
                            :    AND APPROVAL OF LEAD PLAINTIFF'S
RENT THE RUNWAY, INC., JENNIFER Y. :    SELECTION OF LEAD COUNSEL
HYMAN, SCARLETT O'SULLIVAN, TIM   :
BIXBY, JENNIFER FLEISS, SCOTT      :
FRIEND, MELANIE HARRIS, BETH      :
KAPLAN, DAN NOVA, GWYNETH       :
PALTROW, CARLEY RONEY, DAN       :
ROSENSWEIG, MIKE ROTH, GOLDMAN   :
SACHS & CO. LLC, MORGAN STANLEY & :
CO. LLC, BARCLAYS CAPITAL INC.,    :
CREDIT SUISSE SECURITIES (USA) LLC, :
PIPER SANDLER & CO., WELLS FARGO  :
SECURITIES, LLC, JMP SECURITIES LLC, :
KEYBANC CAPITAL MARKETS INC., and :
TELSEY ADVISORY GROUP LLC,     :

                            :
              Defendants.  :
                            :

---------------------------------------------------------------- x

4884-3959-0217

TO:     ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that, on a date and at a time designated by the Court, Edward P. Price will respectfully move this Court, pursuant to the Securities Act of 1933, 15 U.S.C. §77z-1(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), before the Honorable Margo K. Brodie, Chief Judge, at the United States District Court for the Eastern District of New York located at 225 Cadman Plaza East, Brooklyn, New York, 11201, for entry of an order appointing Mr. Price as Lead Plaintiff pursuant to the PSLRA and approving his selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel for the proposed class.[1]  In support of this Motion, Mr. Price submits the accompanying Memorandum of Law, the Declaration of David A. Rosenfeld, and a [Proposed] Order.

DATED:  January 13, 2023                    ROBBINS GELLER RUDMAN
                                              & DOWD LLP
                                            SAMUEL H. RUDMAN
                                            DAVID A. ROSENFELD


                                                     s/ David A. Rosenfeld
                                            DAVID A. ROSENFELD

                                            58 South Service Road, Suite 200
                                            Melville, NY  11747
                                            Telephone:  631/367-7100
                                            631/367-1173 (fax)
                                            srudman@rgrdlaw.com
                                            drosenfeld@rgrdlaw.com

---

[1]    The undersigned counsel is aware of this Court's preference that motion papers should not be filed until the motion has been fully briefed.  However, because the PSLRA has a statutory deadline for motions to be filed and permits non-parties to seek appointment as lead plaintiff, no other movant or party will know of Mr. Price's interest in serving as lead plaintiff, or whether his motion is timely, unless this motion is filed before briefing is completed.  Accordingly, counsel respectfully requests leave from complying with this Court's preference in this narrow instance.

- 1 -

4884-3959-0217

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
JUAN CARLOS SANCHEZ
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
jsanchez@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

4884-3959-0217

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on January 13, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ David A. Rosenfeld
DAVID A. ROSENFELD

ROBBINS GELLER RUDMAN
      & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

Email:  drosenfeld@rgrdlaw.com

4884-3959-0217

# Mailing Information for a Case 1:22-cv-06935-MKB-VMS Sharma v. Rent the Runway, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Adam Apton**
  aapton@zlk.com

- **Mary Jane Eaton**
  mary.eaton@freshfields.com,richard.rodriguez@freshfields.com,suzanne.alenick@freshfields.com,6188914420@filings.docketbird.com

- **Phillip Kim**
  pkim@rosenlegal.com,pkrosenlaw@ecf.courtdrive.com

- **Meredith Eve Kotler**
  meredith.kotler@freshfields.com,richard.rodriguez@freshfields.com,suzanne.alenick@freshfields.com

- **Francis P. McConville**
  fmcconville@labaton.com,lpina@labaton.com,9849246420@filings.docketbird.com,electroniccasefiling@labaton.com

- **Samuel H. Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)