UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

———————————————————————— x

RAJAT SHARMA, Individually and on Behalf : Civil Action No. 1:22-cv-06935-MKB-VMS
of All Others Similarly Situated, :
: CLASS ACTION
                          Plaintiff, :
: [PROPOSED] ORDER APPOINTING LEAD
: PLAINTIFF AND APPROVING LEAD
    vs. : PLAINTIFF'S SELECTION OF LEAD
: COUNSEL
RENT THE RUNWAY, INC., JENNIFER Y. :
HYMAN, SCARLETT O'SULLIVAN, TIM :
BIXBY, JENNIFER FLEISS, SCOTT :
FRIEND, MELANIE HARRIS, BETH :
KAPLAN, DAN NOVA, GWYNETH :
PALTROW, CARLEY RONEY, DAN :
ROSENSWEIG, MIKE ROTH, GOLDMAN :
SACHS & CO. LLC, MORGAN STANLEY & :
CO. LLC, BARCLAYS CAPITAL INC., :
CREDIT SUISSE SECURITIES (USA) LLC, :
PIPER SANDLER & CO., WELLS FARGO :
SECURITIES, LLC, JMP SECURITIES LLC, :
KEYBANC CAPITAL MARKETS INC., and :
TELSEY ADVISORY GROUP LLC, :
:
                    Defendants. :
:
———————————————————————— x

4875-5151-1881

Having considered Edward P. Price's Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel, and good cause appearing therefor, the Court ORDERS as follows:

1.    The Motion is GRANTED.

2.    Mr. Price is appointed as Lead Plaintiff for the class pursuant to 15 U.S.C. §77z-1(a)(3)(B)(iii).

5.    Mr. Price's selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel is hereby approved, pursuant to 15 U.S.C. §77z-1(a)(3)(B)(v).  Lead Counsel shall have the following responsibilities and duties on behalf of Lead Plaintiff and the putative class:

(a)    the briefing and argument of any and all motions;

(b)    the conduct of any and all discovery proceedings including depositions;

(c)    settlement negotiations;

(d)    the pretrial proceedings, the preparation for trial, and the trial of this matter, and delegation of work responsibilities to selected counsel as may be required;

(e)    the preparation and filing of all pleadings; and

(f)    the supervision of all other matters concerning the prosecution or resolution of this action.

IT IS SO ORDERED.

DATED: _____    _____

THE HONORABLE MARGO K. BRODIE
CHIEF JUDGE

- 1 -

4875-5151-1881