UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

```
                                        x
RAJAT SHARMA, Individually and on Behalf :   Civil Action No. 1:22-cv-06935-MKB-VMS
of All Others Similarly Situated,        :
                                         :   CLASS ACTION
                    Plaintiff,           :
                                         :   DECLARATION OF DAVID A.
      vs.                                :   ROSENFELD IN SUPPORT OF MOTION
                                         :   FOR APPOINTMENT AS LEAD
RENT THE RUNWAY, INC., JENNIFER Y.       :   PLAINTIFF AND APPROVAL OF LEAD
HYMAN, SCARLETT O'SULLIVAN, TIM          :   PLAINTIFF'S SELECTION OF LEAD
BIXBY, JENNIFER FLEISS, SCOTT            :   COUNSEL
FRIEND, MELANIE HARRIS, BETH             :
KAPLAN, DAN NOVA, GWYNETH                :
PALTROW, CARLEY RONEY, DAN               :
ROSENSWEIG, MIKE ROTH, GOLDMAN           :
SACHS & CO. LLC, MORGAN STANLEY &        :
CO. LLC, BARCLAYS CAPITAL INC.,          :
CREDIT SUISSE SECURITIES (USA) LLC,      :
PIPER SANDLER & CO., WELLS FARGO         :
SECURITIES, LLC, JMP SECURITIES LLC,     :
KEYBANC CAPITAL MARKETS INC., and        :
TELSEY ADVISORY GROUP LLC,               :
                                         :
                    Defendants.          :
                                         :
                                        x
```

4860-5565-2681

I, DAVID A. ROSENFELD, declare as follows:

1.      I am an attorney duly licensed to practice before the courts of the State of New York and this Court.  I am a member of Robbins Geller Rudman & Dowd LLP, counsel for movant Edward P. Price and proposed lead counsel for the putative class in the above-captioned action.  I make this declaration in support of Mr. Price's Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:     Notice of pendency of first-filed class action published in *PR Newswire*, a national business-oriented wire service, on November 14, 2022;

Exhibit B:     Mr. Price's Certification;

Exhibit C:     Chart of Mr. Price's estimated losses, prepared by counsel; and

Exhibit D:     Declaration of Edward P. Price.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 13th day of January, 2023.

s/ David A. Rosenfeld
DAVID A. ROSENFELD

- 1 -

4860-5565-2681

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on January 13, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ David A. Rosenfeld
DAVID A. ROSENFELD

ROBBINS GELLER RUDMAN
    & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

Email:  drosenfeld@rgrdlaw.com

4860-5565-2681

# Mailing Information for a Case 1:22-cv-06935-MKB-VMS Sharma v. Rent the Runway, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Adam Apton**
  aapton@zlk.com

- **Mary Jane Eaton**
  mary.eaton@freshfields.com,richard.rodriguez@freshfields.com,suzanne.alenick@freshfields.com,6188914420@filings.docketbird.com

- **Phillip Kim**
  pkim@rosenlegal.com,pkrosenlaw@ecf.courtdrive.com

- **Meredith Eve Kotler**
  meredith.kotler@freshfields.com,richard.rodriguez@freshfields.com,suzanne.alenick@freshfields.com

- **Francis P. McConville**
  fmcconville@labaton.com,lpina@labaton.com,9849246420@filings.docketbird.com,electroniccasefiling@labaton.com

- **Samuel H. Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)