# EXHIBIT C

    Rent The Runway

| Name | Date | Shares Acquired | Price | Total Cost | Date | Shares Disposed | Price | Total Proceeds | Total Gain (Loss)* |
|------|------|-----------------|-------|------------|------|-----------------|-------|----------------|---------------------|
| Edward P. Price | 10/27/2021 | 3,477 | $21.00 | $73,017.00 | 09/12/2022 | 268 | $3.97 | $1,063.96 | |
| | 10/27/2021 | 5,626 | $21.00 | $118,146.00 | 09/12/2022 | 563 | $3.82 | $2,150.66 | |
| | 10/27/2021 | 1,283 | $21.00 | $26,943.00 | 09/12/2022 | 99 | $3.97 | $393.03 | |
| | 10/28/2021 | 60,000 | $19.00 | $1,140,000.00 | 09/13/2022 | 3,209 | $3.31 | $10,621.79 | |
| | 11/04/2021 | 4,000 | $15.90 | $63,600.00 | 09/13/2022 | 1,184 | $3.31 | $3,919.04 | |
| | | | | | 09/15/2022 | 10,000 | $3.30 | $33,000.00 | |
| | | | | | 09/15/2022 | 10,000 | $3.28 | $32,800.00 | |
| | | | | | 09/16/2022 | 5,063 | $2.93 | $14,834.59 | |
| | | | | | held | 44,000 | $1.58 | $69,520.00 | |
| **Movant's Total** | | **74,386** | | **$1,421,706.00** | | **74,386** | | **$168,303.07** | **($1,253,402.93)** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the date of complaint filed.
 The price used is $1.58 as of November 14, 2022.

Prices listed are rounded up to two decimal places.