UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

—————————————————————————— x

RAJAT SHARMA, Individually and on Behalf :    Civil Action No. 1:22-cv-06935-MKB-VMS
of All Others Similarly Situated,    :

                :    CLASS ACTION

              Plaintiff,    :

                :    EDWARD P. PRICE'S RESPONSE TO

      vs.              :    COMPETING LEAD PLAINTIFF MOTIONS

                :

RENT THE RUNWAY, INC., JENNIFER Y.    :
HYMAN, SCARLETT O'SULLIVAN, TIM    :
BIXBY, JENNIFER FLEISS, SCOTT    :
FRIEND, MELANIE HARRIS, BETH    :
KAPLAN, DAN NOVA, GWYNETH    :
PALTROW, CARLEY RONEY, DAN    :
ROSENSWEIG, MIKE ROTH, GOLDMAN    :
SACHS & CO. LLC, MORGAN STANLEY &    :
CO. LLC, BARCLAYS CAPITAL INC.,    :
CREDIT SUISSE SECURITIES (USA) LLC,    :
PIPER SANDLER & CO., WELLS FARGO    :
SECURITIES, LLC, JMP SECURITIES LLC,    :
KEYBANC CAPITAL MARKETS INC., and    :
TELSEY ADVISORY GROUP LLC,    :

                :

             Defendants.    :

                :

—————————————————————————— x

4856-0448-1613.v1

Four motions were filed by putative class members seeking appointment as lead plaintiff in the above-captioned securities class action. *See* ECF 24, 27, 29, 30. Pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), district courts are to adopt a presumption that the applicant with the largest financial interest in the relief sought by the class that also satisfies the requirements of Fed. R. Civ. P. 23 is the "most adequate plaintiff." 15 U.S.C. §78u-4(a)(3)(B)(iii).

Here, while Edward P. Price suffered approximately $1.2 million in losses as a result of defendants' alleged wrongdoing and satisfies the Rule 23 requirements at this stage, Mr. Price recognizes one movant claims a larger loss. If the Court determines that the movant claiming to have suffered a greater loss does not satisfy the PSLRA's requirements for appointment as lead plaintiff, Mr. Price is willing and able to fulfill that role on behalf of the class.

DATED: January 27, 2023

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD

*s/ David A. Rosenfeld*
DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com

- 1 -

4856-0448-1613.v1

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
JUAN CARLOS SANCHEZ
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
jsanchez@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

4856-0448-1613.v1

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on January 27, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ David A. Rosenfeld
DAVID A. ROSENFELD

ROBBINS GELLER RUDMAN
    & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

Email:  drosenfeld@rgrdlaw.com

4856-0448-1613.v1

# Mailing Information for a Case 1:22-cv-06935-MKB-VMS Sharma v. Rent the Runway, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Adam Apton**
  aapton@zlk.com

- **Mary Jane Eaton**
  mary.eaton@freshfields.com,richard.rodriguez@freshfields.com,suzanne.alenick@freshfields.com,6188914420@filings.docketbird.com

- **Phillip Kim**
  pkim@rosenlegal.com,pkrosenlaw@ecf.courtdrive.com

- **Meredith Eve Kotler**
  meredith.kotler@freshfields.com,richard.rodriguez@freshfields.com,suzanne.alenick@freshfields.com

- **Francis P. McConville**
  fmcconville@labaton.com,lpina@labaton.com,9849246420@filings.docketbird.com,electroniccasefiling@labaton.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,2879289420@filings.docketbird.com,e_file_sd@rgrdlaw.com,drosenfeld@ecf.courtdrive.com

- **Samuel H. Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)