**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| RAJAT SHARMA, Individually and on Behalf of All Others Similarly Situated, | |
| Plaintiff, | |
| -v.- | Case No. 1:22-cv-6935-MKB-VMS |
| RENT THE RUNWAY, INC., JENNIFER Y. HYMAN, SCARLETT O'SULLIVAN, TIM BIXBY, JENNIFER FLEISS, SCOTT FRIEND, MELANIE HARRIS, BETH KAPLAN, DAN NOVA, GWYNETH PALTROW, CARLEY RONEY, DAN ROSENSWEIG, MIKE ROTH, GOLDMAN SACHS & CO. LLC, MORGAN STANLEY & CO. LLC, BARCLAYS CAPITAL INC., CREDIT SUISSE SECURITIES (USA) LLC, PIPER SANDLER & CO., WELLS FARGO SECURITIES, LLC, JMP SECURITIES LLC, KEYBANC CAPITAL MARKETS INC., and TELSEY ADVISORY GROUP LLC, | |
| Defendants. | |

**STIPULATION AND [PROPOSED] ORDER**
**REGARDING FILING OF AMENDED COMPLAINT**
**AND DEFENDANTS' MOTION TO DISMISS**

Lead Plaintiffs Delaware Public Employees' Retirement System ("DPERS") and Denver Employees Retirement Plan ("DERP") and Defendants Rent The Runway, Inc., Jennifer Y. Hyman, Scarlett O'Sullivan, Tim Bixby, Jennifer Fleiss, Scott Friend, Melanie Harris, Beth Kaplan, Dan Nova, Gwyneth Paltrow, Carley Roney, Dan Rosensweig, Mike Roth, Goldman Sachs & Co. LLC, Morgan Stanley & Co. LLC, Barclays Capital Inc., Credit Suisse Securities (USA) LLC, Piper Sandler & Co., Wells Fargo Securities, LLC, JMP Securities LLC, KeyBanc Capital Markets Inc., and Telsey Advisory Group LLC (collectively, the "Parties"), hereby stipulate and agree as follows:

WHEREAS, on November 14, 2022, Plaintiff Rajat Sharma filed a putative class action complaint asserting claims under the Securities Act of 1933, which are governed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 77z–1, against Defendants;

WHEREAS, on December 9, 2022, the Court entered an Order (the "December 9 Order") (i) staying the time for Defendants to answer, move, or otherwise respond to any complaint pending appointment of a Lead Plaintiff and Lead Counsel pursuant to the PSLRA; (ii) ordering that within 14 days after the Court enters an order appointing Lead Plaintiff and Lead Counsel, counsel for Defendants and Lead Plaintiff shall meet and confer and propose a schedule to the Court for the filing of an amended complaint, or designation of an operative complaint, and the response thereto; and (iii) cancelling the Initial Conference scheduled for April 5, 2023, and all related deadlines, until a date after the decision on Defendants' anticipated motion to dismiss;

WHEREAS, on June 8, 2023, the Court entered an Order (i) appointing DPERS and DERP as Lead Plaintiffs; and (ii) appointing Labaton Sucharow LLP as Lead Counsel;

WHEREAS, on June 8, 2023, in a text order (the "June 8 Text Order"), the Court ordered the Parties, pursuant to the December 9 Order, to meet and confer and propose a schedule to the

Court by June 22, 2023, for the filing of an amended complaint, or designation of an operative complaint, and the response thereto; and

WHEREAS, pursuant to the December 9 Order and the June 8 Text Order, the Parties have met and conferred and, for the convenience of the Parties and the Court, hereby enter into the following stipulation, subject to review by the Court, regarding the schedule in this matter.

**IT IS HEREBY STIPULATED AND AGREED**, by and among the Parties, through their undersigned counsel, subject to the approval of the Court, as follows:

1.    Lead Plaintiffs shall file an amended complaint (the "Amended Complaint") on or before August 21, 2023.

2.    Defendants shall answer, move, or otherwise respond to the Amended Complaint on or before October 20, 2023.

   a.    In the event Defendants elect to move to dismiss the Amended Complaint (the "Motion(s)"), Lead Plaintiffs shall file their opposition(s) to the Motion(s) on or before December 19, 2023.

   b.    Defendants shall file their replies in further support of the Motion(s) on or before February 2, 2024.

3.    Nothing in this Stipulation shall be construed as a waiver of any argument, defense or right available to any Party, each of which is expressly preserved.

Stipulated and agreed to on this 22nd day of June 2023 by:

**LABATON SUCHAROW LLP**

  /s/ Alfred L. Fatale III
Alfred L. Fatale III
Guillaume Buell
Robert S. Rowley
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
afatale@labaton.com
gbuell@labaton.com
rrowley@labaton.com

*Lead Counsel for Lead Plaintiffs Delaware Public Employees' Retirement System and Denver Employees Retirement Plan*

**FRESHFIELDS BRUCKHAUS DERINGER US LLP**

  /s/ Mary Eaton
Mary Eaton
Meredith Kotler
Marques Tracy
601 Lexington Avenue, 31st Floor
New York, New York 10022
Telephone: (212) 277-4000
mary.eaton@freshfields.com
meredith.kotler@freshfields.com

*Counsel for Defendants Rent The Runway, Inc., Jennifer Y. Hyman, Scarlett O'Sullivan, Tim Bixby, Jennifer Fleiss, Scott Friend, Melanie Harris, Beth Kaplan, Dan Nova, Gwyneth Paltrow, Carley Roney, Dan Rosensweig, and Mike Roth*

**WILLKIE FARR & GALLAGHER LLP**

  /s/ Todd G. Cosenza
Todd G. Cosenza
Charles Dean Cording
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
tcosenza@willkie.com
ccording@willkie.com

*Counsel for Defendants Goldman Sachs & Co. LLC, Morgan Stanley & Co. LLC, Barclays Capital Inc., Credit Suisse Securities (USA) LLC, Piper Sandler & Co., Wells Fargo Securities, LLC, JMP Securities LLC, KeyBanc Capital Markets Inc., and Telsey Advisory Group LLC*

**SO ORDERED this _____ day of _____, 2023**

_____
**MARGO K. BRODIE, U.S.D.J.**