# Labaton Sucharow

**Alfred L. Fatale III**
Partner
212 907 0884  direct
212 907 0700  main
212 883 7084  fax
afatale@labaton.com

**New York Office**
140 Broadway
New York, NY 10005

September 1, 2023

**VIA ECF**

Honorable Orelia E. Merchant
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
Courtroom 6C South

RE:     *Sharma v. Rent the Runway Inc., et al.,* No. 22-cv-06935

Dear Judge Merchant:

Lead Counsel in the above-referenced action submits this letter on behalf of Lead Plaintiffs Delaware Public Employees Retirement System and Denver Employees Retirement Plan ("Lead Plaintiffs") to request leave to file a corrected complaint due to a typographical error.

On August 21, 2023, Lead Plaintiffs filed their Amended Class Action Complaint for Violations of the Federal Securities Laws ("Amended Complaint"). ECF No. 59. After filing, it came to Lead Counsel's attention that there was a scrivener's error in paragraph 82 on page 21 of the Amended Complaint, which incorrectly stated that "FE-3 was an Operations Manager from before the IPO to May 2020[,]" when it should have said "May 2022."

Thus, Lead Plaintiffs respectfully request permission to file a corrected amended complaint to correct that date. *See* Exhibits A and B, attached hereto.

Labaton Sucharow LLP      New York, NY   |   Washington, DC   |   Wilmington, DE      www.labaton.com

**Labaton Sucharow**

Honorable Orelia E. Merchant
September 1, 2023
Page 2

Defendants consent to this request. The parties also agree that this change would not affect the due date for Defendants to file their forthcoming motion to dismiss.

Very truly yours,

*Alfred L. Fatale III*

Alfred L. Fatale III

**LABATON SUCHAROW LLP**
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Email: afatale@labaton.com

*Lead Counsel for Lead Plaintiffs and
the Proposed Class*

Dated:_____

IT IS SO ORDERED:

_____
Hon. Orelia E. Merchant
United States District Judge