# Freshfields Bruckhaus Deringer US LLP

**Mary Eaton**
601 Lexington Avenue, 31st Floor
New York, NY 10022
Tel +1 (212) 277-4007
mary.eaton@freshfields.com

October 13, 2023

<u>Via ECF</u>

The Honorable Orelia E. Merchant
United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East, Courtroom 6C South
Brooklyn, New York 11201

    **Re:**    *Sharma v. Rent the Runway, Inc. et al.* **(1:22-cv-06935-OEM-VMS)**

Dear Judge Merchant:

This firm represents Rent the Runway, Inc. ("Rent the Runway") and its named officers and directors (the "Individual Defendants" and, together with Rent the Runway, the "Rent the Runway Defendants") in the above-referenced action. With the permission of counsel for Plaintiffs and counsel for Defendants Goldman Sachs & Co. LLC, Morgan Stanley & Co. LLC, Barclays Capital Inc., Credit Suisse Securities (USA) LLC, Piper Sandler & Co., Wells Fargo Securities, LLC, JMP Securities LLC, KeyBanc Capital Markets Inc., and Telsey Advisory Group LLC (together, the "Underwriter Defendants"), we respectfully request leave to file memoranda of law exceeding the page limits set forth in Section III.E of Your Honor's Individual Practices and Rules.

The Amended Complaint in this case asserts violations of Sections 11, 12(a)(2), and 15 of the Securities Act of 1933 by Rent the Runway, twelve Individual Defendants, and nine Underwriter Defendants. The Amended Complaint raises various legal challenges to several statements contained in a 301-page Final Prospectus filed with the SEC. Pursuant to this Court's briefing schedule, Defendants' motions to dismiss are due October 20, 2023. Rather than burden the court with numerous individual memoranda, we intend to respond on behalf of all Rent the Runway Defendants in a single consolidated memorandum. The Underwriter Defendants intend to join in the Rent the Runway Defendants' consolidated memorandum so as to avoid the need for separate briefs. Accordingly, we respectfully request an enlargement of the page limits to thirty-five (35) pages for Defendants' consolidated memorandum, thirty-five (35) pages for Plaintiffs' opposition, and seventeen (17) pages for Defendants' reply.

We thank the Court for its consideration of this submission.

                                                    Respectfully submitted,

                                                    */s/ Mary Eaton*
                                                    Mary Eaton

cc:    All Counsel of record (via ECF)