# Freshfields Bruckhaus Deringer US LLP

**MARY EATON**
601 Lexington Avenue, 31st Floor
New York, NY 10022
Tel +1 (212) 277-4007
mary.eaton@freshfields.com

October 20, 2023

<u>Via Email</u>

Alfred L. Fatale III
Labaton Sucharow LLP
140 Broadway
New York, New York 10005
afatale@labaton.com

  **Re:**   *Sharma v. Rent the Runway, Inc. et al.* **(1:22-cv-06935-OEM-VMS)**

Dear Mr. Fatale:

This firm represents Rent the Runway, Inc. ("Rent the Runway") and its named officers and directors (the "Individual Defendants" and, together with Rent the Runway, the "Rent the Runway Defendants") in the above-referenced action. On behalf of the Rent the Runway Defendants, and Defendants Goldman Sachs & Co. LLC, Morgan Stanley & Co. LLC, Barclays Capital Inc., Credit Suisse Securities (USA) LLC, Piper Sandler & Co., Wells Fargo Securities, LLC, JMP Securities LLC, KeyBanc Capital Markets Inc., and Telsey Advisory Group LLC (the "Underwriter Defendants," together with the Rent the Runway Defendants, "Defendants"), we hereby serve copies of the following papers, pursuant to Section III, Part F of Judge Merchant's Individual Practices and Rules (the "Individual Practices"):

- Defendants' Notice of Motion to Dismiss the Corrected Amended Class Action Complaint for Violations of the Federal Securities Laws;

- Memorandum of Law in Support of Defendants' Motion to Dismiss the Corrected Amended Class Action Complaint for Violations of the Federal Securities Laws; and

- Declaration of Marques Tracy in Support of Defendants' Motion to Dismiss the Corrected Amended Class Action Complaint for Violations of the Federal Securities Laws, and the Exhibits attached thereto.

Pursuant to the Individual Practices, Defendants will electronically file the above papers once the motion has been fully briefed.

                Regards,

                */s/ Mary Eaton*
                Mary Eaton

cc:   All Counsel of record (via Email)
    Honorable Orelia E. Merchant (w/o enclosures) (via ECF)