# Freshfields Bruckhaus Deringer US LLP

**Mary Eaton**
601 Lexington Avenue, 31st Floor
New York, NY 10022
Tel +1 (212) 277-4007
mary.eaton@freshfields.com

January 23, 2024

VIA ECF

The Honorable Orelia E. Merchant
United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East, Courtroom 6C South
Brooklyn, New York 11201

**Re:** *Sharma v. Rent the Runway, Inc. et al.* **(1:22-cv-06935-OEM-VMS)**

Dear Judge Merchant:

We represent Rent the Runway, Inc. and its named officers and directors (the "Rent the Runway Defendants") in the above-referenced action. On behalf of all Defendants, we respectfully request that the deadline for Defendants to submit their joint reply brief in further support of the motion to dismiss be enlarged from February 2, 2024, until February 23, 2024.

No prior request to enlarge the deadline for Defendants' reply has been made. The request is based on the need for principal counsel to the Rent the Runway Defendants to undergo a medical procedure, which will limit her ability to work. Counsel for Plaintiffs consents to the request.

We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Mary Eaton*
Mary Eaton

cc: All Counsel of record (via ECF)