### ANNEX A:
### SUMMARY OF CHALLENGED STATEMENTS AND ALLEGED OMISSIONS IN AMENDED COMPLAINT

| # | CAC ¶ | **Statement** (emphasis in CAC) |
|---|---|---|
| | | **Challenged Statements About Rent the Runway's Customer Demand for Subscriptions**[1] |
| 1 | 118 | According to the Offering Documents, the Company grew active subscribers to 111,732 as of September 30, 2021, which represented a 104% growth since the beginning of fiscal year 2021 — only six months prior. Moreover, the Offering Documents reported that total subscribers as of September 30, 2021, had grown to 143,464 subscribers which represented 97% of the total subscribers at the end of the fiscal year 2019. |
| 2 | 119 | "*We continue to experience strong momentum in the third quarter of fiscal year 2021. The spread of the COVID-19 Delta variant and the trend of continued work from home has had minimal impact on our business or financial performance as of the date of this prospectus*, but we continue to monitor the situation. We grew to 111,732 active subscribers as of September 30, 2021, representing 104% growth since the beginning of fiscal year 2021. Active subscribers also grew 14% from the end of our second fiscal quarter on July 31, 2021 to September 30, 2021. Our total subscribers as of September 30, 2021 grew to 143,464 subscribers including paused and active subscribers representing 97% of the total subscribers at the end of fiscal year 2019." |
| 3 | 120 | "The COVID-19 pandemic materially adversely affected our fiscal year 2020 operating and financial results. Beginning in March 2020, positivity rates and shelter-in-place restrictions significantly reduced consumer demand for our Subscription and Reserve offerings due to a sharp decrease in interactions outside the home, social gatherings, special events and in-office work. Unlike the retail model where a customer can invest in an article of clothing to wear in the future, we primarily operate a "rent now, wear now" subscription model where subscribers are picking items for immediate use. Throughout 2020, we observed that consumer demand decreases were closely tied to COVID-19 positivity rates and social distancing/shelter-at-home restrictions. *As COVID-19 restrictions have been relaxed and virus positivity rates have declined, we have seen increased demand for our offerings.*" |
| 4 | 120 | "The first Delta variant case was identified in December 2020, and the variant soon became the predominant strain of the virus and by the end of July 2021, the Delta variant was the cause of more than 80% of new U.S. COVID-19 cases. As a result, new restrictions are being contemplated and implemented by workforces and federal, state and local government officials. *As of the date of this prospectus, our operations and customer demand have not been significantly impacted*, but we continue to monitor the situation." |

---

[1]    Refers to all Challenged Statements in Section IV.F.1 of the CAC.

| # | CAC ¶ | **Statement** (emphasis in CAC) |
|---|---|---|
| 5 | 123 | "*We have grown rapidly in recent years and have limited experience at our current scale of operations. If we are unable to manage our growth effectively, our brand, company culture, and financial performance may suffer.*" |
| 6 | 123 | "*We have grown rapidly over the last several years, due in large part to the growth in demand for our subscription offerings*, and therefore, our recent growth rates and financial performance should not necessarily be considered indicative of our future performance." |
| 7 | 123 | "*Although the COVID- 19 pandemic has materially adversely affected our fiscal year 2020 operating and financial results, resulting in our total revenue decreasing 38.7% from $256.9 million in fiscal year 2019 to $157.5 million, our revenue increased 39.4% from $33.5 million for the three months ended April 30, 2021 to $46.7 million for the three months ended July 31, 2021* and we may experience significant growth in the future." |
| 8 | 123 | "Our plans and offerings do not have demonstrably long track records of success and may not grow as much or as fast as we expect. *If our growth rate declines, investors' perception of our business, financial condition and results of operations may be adversely affected. To the extent our growth rate slows, our business performance will become increasingly dependent on our ability to retain revenue from existing subscribers and increased sales to existing customers.*" |
| 9 | 124 | "*Our continued growth depends on our ability to attract new, and retain existing, customers, which may require significant investment in paid marketing channels. If we are unable to cost-effectively grow our customer base, our business, financial condition and results of operations would be harmed.*" |
| 10 | 124 | "The growth of our business is dependent upon our ability to continue to grow by cost-effectively adding new customers. Historically, a substantial portion of new customer acquisition has originated from organic word-of-mouth and other non-paid referrals. Although we will continue to encourage customer engagement, loyalty, and word-of-mouth referrals, there is no guarantee that we will be successful and our organic growth may decline. . . . *Moreover customer preferences may change and customers may not rent through our platform as frequently or spend as much with us. If we are not able to continue to expand our customer base through cost-effective methods, our revenue may grow slower than expected or decline*. Relatedly, an inability to attract and retain customers could harm our ability to attract and retain brand partners, who may decide to partner with alternative platforms." |
| 11 | 125 | "*If we fail to retain customers, our business, financial condition, and results of operations would be harmed.*" |
| 12 | 125 | "A high proportion of our revenue comes from highly engaged subscribers. For the six months ended July 31, 2021, 83% of our total revenue was generated by our subscribers. *A decrease in the number of existing customers or a reduction in the amount existing customers spend on our offerings could negatively affect our operating results.*" |

| # | CAC ¶ | Statement (emphasis in CAC) |
|---|---|---|
| 13 | 125 | "*Our number of customers and the amounts they spend on our offerings may decline materially or fluctuate as a result of many factors, including, among other things: … changes in efficiency of our historic or current customer acquisition methods*. . . ." |
| 14 | 125 | "If existing customers no longer find our offerings and products appealing or appropriately priced or if we are unable to provide high-quality support to customers to help them resolve issues in a timely and acceptable manner, they may stop using our offerings, negative publicity may be generated and word-of-mouth and other referrals may be hampered. *Even if our existing customers continue to find our offerings and products appealing and our customer service satisfactory, they may decide to downgrade to a less frequent, lower cost subscription and rent fewer items over time as their demand for apparel and accessories declines.* For example, as a result of changes to daily life due to the COVID-19 pandemic, including increased rates of working remotely from home, many customers' demand for a variety of apparel was, and in the future may be, reduced or eliminated. *If customers who rent most frequently and rent a significant amount of items from us were to make fewer or lower priced rentals or stop using our offerings, our financial results could be negatively affected.*" |
| | | **Challenged Statements About Rent the Runway's Shipping Costs[2]** |
| 15 | 128 | "We currently rely on several third-party national and regional shipping vendors for our outbound and inbound logistics. *A substantial majority of our inbound shipments from customers are currently returned through a single vendor—we have from time to time transitioned, and are currently in the process of transitioning, inbound shipments from this vendor to multiple other vendors, and we cannot predict how this transition may impact our costs and our customer sentiment and satisfaction.*" |
| 16 | 130 | "*Shipping and logistics are a critical part of our business and our supply chain and any changes or interruptions in shipping or logistics operations could adversely affect our operating results.*" |
| 17 | 130 | "*[O]ur business relies on the successful management of reverse logistics needed to ingest,* clean, and restock returned items quickly and efficiently in order to offer them for rental or resale to other customers. *If we are not able to negotiate acceptable pricing and other terms with these vendors or they experience performance problems or other difficulties, our operating results and customers' experience could be negatively impacted.*" |
| 18 | 130 | "Our ability to receive inbound products efficiently and ship products to and from customers may be negatively affected by many events outside of our control including, inclement weather, public health crises such as the COVID-19 pandemic, governmental regulations, labor disputes and other factors. We are also subject to risks of damage or loss during delivery by our shipping vendors. If our customers do not receive their orders in good condition on time, they could become dissatisfied and cease using our services, which would adversely affect our business and operating results. Our shipping vendors have faced and may continue to face increased volumes which, in turn, could cause a decrease in their service levels or result in an increase of their prices. *Increases in shipping* |

---

[2]    Refers to all Challenged Statements in Section IV.F.2 of the CAC.

| # | CAC ¶ | **Statement** (emphasis in CAC) |
|---|---|---|
| | | *costs* or other significant shipping difficulties or disruptions or any failure by our brand partners or third-party carriers to deliver high-quality products to us or to our customers, as applicable, in a timely manner or to otherwise adequately serve our customers *could damage our reputation and brand and may substantially harm our business.*" |
| | | **Challenged Statements About Thefts[3]** |
| 19 | 132 | The Offering Documents told investors that the Company had "*implemented fraud prevention measures, such as detection tools to identify irregular or high risk customer order patterns, to reduce the risk of fraud.*" |
| 20 | 134 | "*We may incur significant losses from fraud.*<br><br>*We have in the past incurred and may in the future incur losses from various types of fraud, including claims that a customer did not authorize a purchase, customers who have closed bank accounts or have insufficient funds to satisfy payments, customers who use stolen credit cards to make purchases, customers who fraudulently rented multiple products at once and customers who have failed to return rentals.* In addition to the direct costs of such losses, if the fraud is related to credit card transactions and becomes excessive, it could result in us paying higher fees or losing the right to accept credit cards for payment. In addition, under current credit card practices, we are typically liable for fraudulent credit card transactions….*" |
| 21 | 134 | "However, *our failure to adequately prevent fraudulent transactions could damage our reputation, result in litigation or regulatory action, and lead to expenses that could substantially impact our operating results.*" |
| 22 | 135 | "In addition to offering the ability to return products through our third-party shipping vendors, *we offer multiple physical drop-off points for customers located in certain cities, including, for example, New York City, Boston, Nashville, Houston, and San Francisco to return their orders. In the event that we do not successfully manage these logistics, it will make it more difficult for us to maintain our products, and satisfy our customers which will negatively affect our brand, financial condition and results of operations.*" |
| 23 | 136 | "*If our insurance coverage is insufficient for the needs of our business or our insurance providers are unable to meet their obligations, we may not be able to mitigate the risks facing our business.*" |
| 24 | 136 | "*We procure third-party insurance policies to cover various operations-related risks including* employment practices liability, workers' compensation, *property* and business interruptions, cybersecurity and data security incidents, *crime*, directors' and officers' liability, and *general business liabilities.* We cannot guarantee that we will continue to receive adequate insurance coverage on favorable terms. Insurance providers may discontinue their coverage or significantly increase the cost of coverage, and we cannot |

---

[3] Refers to all Challenged Statements in Section IV.F.3 of the CAC.

| # | CAC ¶ | **Statement** (emphasis in CAC) |
|---|---|---|
|  |  | guarantee that we would be able to secure replacement coverage on reasonable terms or at all. In addition, if our insurance carriers change the terms of our policies in a manner not favorable to us, our insurance costs could increase. ***Further, if the insurance coverage we maintain is not adequate to cover losses that occur,*** or if we are required to purchase additional insurance for other aspects of our business, ***we could be liable for significant additional costs.*** Additionally, if any of our insurance providers becomes insolvent, it would be unable to pay any operations-related claims that we make." |
| 25 | 136 | "Insurance providers have also raised premiums and deductibles for many businesses, including ours, and may do so in the future. As a result, our insurance and claims expense could increase, or we may decide to raise our deductibles or self-insured retentions when our policies are renewed or replaced. ***Our business, financial condition, and results of operations could be adversely affected if the cost per claim, premiums, the severity of claims, or the number of claims significantly exceeds our historical experience and coverage limits; we experience a claim in excess of our coverage limits; our insurance providers fail to pay on our insurance claims; we experience a claim for which coverage is not provided; or the number of claims under our deductibles or self-insured retentions differs from historical averages.***" |