**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RAJAT SHARMA, Individually and on Behalf of All Others Similarly Situated, | |
| Plaintiff, | |
| -v.- | |
| RENT THE RUNWAY, INC., JENNIFER Y. HYMAN, SCARLETT O'SULLIVAN, TIM BIXBY, JENNIFER FLEISS, SCOTT FRIEND, MELANIE HARRIS, BETH KAPLAN, DAN NOVA, GWYNETH PALTROW, CARLEY RONEY, DAN ROSENSWEIG, MIKE ROTH, GOLDMAN SACHS & CO. LLC, MORGAN STANLEY & CO. LLC, BARCLAYS CAPITAL INC., CREDIT SUISSE SECURITIES (USA) LLC, PIPER SANDLER & CO., WELLS FARGO SECURITIES, LLC, JMP SECURITIES LLC, KEYBANC CAPITAL MARKETS INC., and TELSEY ADVISORY GROUP LLC, | Case No. 1:22-cv-6935-OEM-VMS |
| Defendants. | |

**DECLARATION OF MARQUES TRACY IN SUPPORT OF**
**DEFENDANTS' MOTION TO DISMISS THE CORRECTED AMENDED CLASS**
**ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**

I, Marques Tracy, am a member of the Bar of this Court and an attorney at the law firm of Freshfields Bruckhaus Deringer US LLP, counsel for Defendants Rent the Runway, Inc. ("Rent the Runway" or "RTR"), Jennifer Y. Hyman, Scarlett O'Sullivan, Tim Bixby, Jennifer Fleiss, Scott Friend, Melanie Harris, Beth Kaplan, Dan Nova, Gwyneth Paltrow, Carley Roney, Dan Rosenweig, and Mike Roth in the above-captioned matter.  I respectfully submit this declaration in support of Defendants' Motion to Dismiss the Corrected Amended Class Action Complaint for

Violations of the Federal Securities Laws.  The facts set forth in this declaration are based on my personal knowledge, information, and belief, unless otherwise stated.

1.      Attached hereto as Exhibit 1 is a true and correct copy of an article by Mara Leighton, entitled "Rent the Runway now has drop-off locations at WeWork offices in 6 major cities – here's how it works," published by *Insider* on October 18, 2018, available at https://www.insider.com/guides/style/rent-the-runway-drop-off-wework-locations-2018-10.

2.      Attached here to as Exhibit 2 is a true and correct copy of the Amended Judgment against Marcus Smith, Dkt. No. 188, filed in *United States v. Barnes*, No. 19-CR-0257-SI (N.D. Cal.)

3.      Attached here to as Exhibit 3 is a true and correct copy of the Amended Judgment against Nicole Dunlap, Dkt. No. 190, filed in *United States v. Barnes*, No. 19-CR-0257-SI (N.D. Cal.)

4.      Attached hereto as Exhibit 4 is a true and correct copy of an article by Robyn Turk, entitled "Rent the Runway closes all brick-and-mortar business," published by *Fashion United* on August 17, 2020, available at https://fashionunited.com/news/fashion/rent-the-runway-closes-all-brick-and-mortar-business/2020081734969.

5.      Attached here to as Exhibit 5 is a true and correct copy of an article by Todd Benge, entitled "Parcel Rates and Cost Impact in Q4 and 2021," published by *Talking Logistics* on October 15, 2020, available at https://talkinglogistics.com/2020/10/15/parcel-rates-and-cost-impact-in-q4-and-2021/.

6.      Attached hereto as Exhibit 6 is a true and correct copy of an article by Alex Lennane, entitled "More pain for shippers as FedEx hikes parcel surcharges yet again," published

by *The Loadstar* on May 28, 2021, available at https://theloadstar.com/more-pain-for-shippers-as-fedex-hikes-parcel-surcharges-yet-again/.

7.      Attached hereto as Exhibit 7 is a true and correct excerpt of a webpage entitled "CDC Museum COVID-19 Timeline," published by *Centers for Disease Control and Prevention*, available at https://www.cdc.gov/museum/timeline/covid19.html.

8.      Attached here to as Exhibit 8 is a true and correct copy of an article entitled "Governor Cuomo Announces COVID-19 Restrictions Lifted as 70% of Adult New Yorkers Have Received First Dose of COVID-19 Vaccine," published by the New York State Governor's Press Office on June 15, 2021, available at https://www.governor.ny.gov/news/governor-cuomo-announces-covid-19-restrictions-lifted-70-adult-new-yorkers-have-received-first.

9.      Attached hereto as Exhibit 9 is a true and correct copy of a press release issued by RTR on July 19, 2021, available at https://investors.renttherunway.com/news-releases/news-release-details/rent-runway-announces-confidential-submission-draft-registration.

10.      Attached hereto as Exhibit 10 are true and correct excerpts of an RTR document entitled "Analyst Day Presentation," presented to research analysts on August 16, 2021.

11.      Attached hereto as Exhibit 11 are true and correct excerpts of an RTR document entitled "Financials and Projections Discussion," presented to research analysts on August 20, 2021.

12.      Attached hereto as Exhibit 12 is a true and correct copy of a letter from RTR to the SEC, dated, and filed with the SEC, on August 25, 2021.

13.      Attached hereto as Exhibit 13 is a true and correct copy of a letter from the SEC to RTR, dated, and filed with the SEC, on September 3, 2021.

14.    Attached hereto as Exhibit 14 is a true and correct copy of an article by Paul Zioboro entitled "FedEx, UPS Rate Rises Are Making Online Shopping More Expensive," published by *Wall Street Journal* on September 20, 2021, available at https://www.wsj.com/articles/fedex-ups-rate-rises-are-making-online-shopping-more-expensive-11632173409.

15.    Attached hereto as Exhibit 15 are true and correct excerpts of RTR's Registration Statement on Form S-1, filed with the SEC on October 4, 2021.

16.    Attached hereto as Exhibit 16 are true and correct excerpts of Amendment No. 1 of RTR's Registration Statement on Form S-1/A, filed with the SEC on October 18, 2021.

17.    Attached hereto as Exhibit 17 is a true and correct copy of a press release issued by RTR on October 19, 2021, available at https://investors.renttherunway.com/news-releases/news-release-details/rent-runway-announces-launch-initial-public-offering.

18.    Attached hereto as Exhibit 18 are true and correct excerpts of an RTR document entitled "Roadshow Presentation," presented to investors on or about October 19, 2021.

19.    Attached hereto as Exhibit 19 are true and correct excerpts of Amendment No. 2 of RTR's Registration Statement on Form S-1/A, filed with the SEC on October 22, 2021.

20.    Attached hereto as Exhibit 20 are true and correct excerpts of RTR's Prospectus on Form 424B4, dated October 26, 2021, and filed with the SEC on October 27, 2021.

21.    Attached hereto as Exhibit 21 is a true and correct copy of the transcript of an interview of Jennifer Y. Hyman conducted by Yahoo! Finance on October 27, 2021, available at https://news.yahoo.com/joran-van-der-sloot-confesses-151303283.html.

22.    Attached hereto as Exhibit 22 is a true and correct copy of an analyst report published by Goldman Sachs on November 22, 2021.

23.  Attached hereto as Exhibit 23 is a true and correct copy of a press release entitled "First Confirmed Case of Omicron Variant Detected in the United States," published by *Centers for Disease Control and Prevention* on December 1, 2021, available at https://www.cdc.gov/media/releases/2021/s1201-omicron-variant.html.

24.  Attached hereto as Exhibit 24 is a true and correct copy of a press release issued by RTR on December 8, 2021, which is attached as Exhibit 99.1 to RTR's Current Report on Form 8-K, filed with the SEC on December 8, 2021.

25.  Attached hereto as Exhibit 25 is a true and correct copy of the transcript of the 3Q21 earnings call conducted by RTR on December 8, 2021, and accompanying presentation.

26.  Attached hereto as Exhibit 26 is a true and correct copy of an analyst report published by Credit Suisse Securities (USA) LLC on December 8, 2021.

27.  Attached hereto as Exhibit 27 is a true and correct copy of an analyst report published by KeyBanc Capital Markets Inc. on December 8, 2021.

28.  Attached hereto as Exhibit 28 is a true and correct copy of an analyst report published by Piper Sandler on December 8, 2021.

29.  Attached hereto as Exhibit 29 is a true and correct copy of an analyst report published by Wells Fargo Securities, LLC on December 8, 2021.

30.  Attached hereto as Exhibit 30 is a true and correct copy of an analyst report published by Goldman Sachs on December 9, 2021.

31.  Attached hereto as Exhibit 31 is a true and correct copy of an article entitled "Broadway Shows Cancel Due to Omicron Outbreak In NYC & London," published by *Billboard* on December 16, 2021, available at https://www.billboard.com/music/music-news/broadway-shows-cancel-omicron-outbreak-new-york-1235011766/.

32.    Attached hereto as Exhibit 32 is a true and correct copy of the transcript of the radio program Morning Edition hosted by Steve Inskeep and Michaeleen Doucleff entitled "Scientists estimate record U.S. COVID cases attributed to the omicron variant," published by *NPR* on December 27, 2021, available at https://www.npr.org/2021/12/27/1068201278/scientists-estimate-record-u-s-covid-cases-attributed-to-the-omicron-variant.

33.    Attached hereto as Exhibit 33 is a true and correct copy of an article by Kaia Hubbard entitled "CDC: Omicron Overtook Delta as Dominant Variant," published by *U.S. News* on December 28, 2021, available at https://www.usnews.com/news/health-news/articles/2021-12-28/cdc-omicron-overtook-delta-as-dominant-variant.

34.    Attached hereto as Exhibit 34 is a true and correct copy of an article by Lauren Hirsch and Emma Goldberg entitled "As Omicron uncertainty mounts, return-to-office plans are being revised again," published by *The New York Times* on January 3, 2022, available at https://www.nytimes.com/live/2022/01/03/business/news-business-stock-market.

35.    Attached hereto as Exhibit 35 is a true and correct copy of an article by Joseph Ax and Lisa Shumaker entitled "U.S. schools delay openings as Omicron rages; New York City hits 33% positivity rate," published by *Reuters* on January 3, 2022, available at https://www.reuters.com/world/us/omicron-teaches-hard-lessons-us-schools-revamp-return-holidays-2022-01-03/.

36.    Attached hereto as Exhibit 36 is a true and correct copy of an article by Alexander Tin entitled "Omicron now 95% of new COVID-19 infections in U.S., CDC estimates," published by *CBS News* on January 4, 2022, available at https://www.cbsnews.com/news/covid-omicron-variant-95-percent-cases/.

37. Attached hereto as Exhibit 37 is a true and correct copy of an article by Jade Scipioni entitled "Omicron might be the worst Covid gets when it comes to transmissibility, experts predict," published by *CNBC* on January 20, 2022, available at https://www.cnbc.com/2022/01/20/omicron-could-be-the-most-transmissible-covid-variant-we-get-experts.html.

38. Attached hereto as Exhibit 38 is a true and correct copy of an article by Nicole Hong, Matthew Haag, and Patrick McGeehan entitled "New York's Recovery Took 2 Steps Forward. Omicron Sent It One Step Back," published by *The New York Times* on January 28, 2022, available at https://www.nytimes.com/2022/01/28/nyregion/nyc-omicron-covid.html.

39. Attached hereto as Exhibit 39 is a true and correct copy of an article by Ivo C. Nenin entitled "Tech Stocks Lead the Market Decline in Early 2022," published by *Commonfund* on February 7, 2022, available at https://www.commonfund.org/blog/tech-stocks-lead-the-market-decline-in-early-2022.

40. Attached hereto as Exhibit 40 is a true and correct copy of an article by Eric Kulisch entitled "FedEx adds war surcharge as Ukraine crisis ratchets up shipping costs," published by *FreightWaves* on March 4, 2022, available at https://www.freightwaves.com/news/fedex-adds-war-surcharge-as-ukraine-crisis-ratchets-up-shipping-costs.

41. Attached hereto as Exhibit 41 is a true and correct copy of a press release issued by RTR on April 13, 2022, which is attached as Exhibit 99.1 to RTR's Current Report on Form 8-K, filed with the SEC on April 13, 2022.

42. Attached hereto as Exhibit 42 is a true and correct copy of the transcript of the 4Q21 earnings call conducted by RTR on April 13, 2022, and accompanying presentation.

43.    Attached hereto as Exhibit 43 is a true and correct copy of an analyst report published by Goldman Sachs on April 14, 2022.

44.    Attached hereto as Exhibit 44 is a true and correct copy of an article by Mark Solomon entitled "Early-termination agreements a burr in parcel shippers' saddle," published by *FreightWaves* on June 9, 2022, available at https://www.freightwaves.com/news/early-termination-agreements-a-burr-in-parcel-shippers-saddle.

45.    Attached hereto as Exhibit 45 is a true and correct copy of a press release issued by RTR on June 9, 2022, which is attached as Exhibit 99.1 to RTR's Current Report on Form 8-K, filed with the SEC on June 9, 2022.

46.    Attached hereto as Exhibit 46 is a true and correct copy of the transcript of the 1Q22 earnings call conducted by RTR on June 9, 2022, and accompanying presentation.

47.    Attached hereto as Exhibit 47 is a true and correct copy of an analyst report published by Goldman Sachs on June 10, 2022.

48.    Attached hereto as Exhibit 48 is a true and correct copy of an article by Caroline Valetkevitch entitled "Wall Street suffers biggest weekly loss since January after hot CPI data," published by *Reuters* on June 10, 2022, available at https://www.reuters.com/markets/europe/sp-dow-futures-dip-ahead-monthly-inflation-report-2022-06-10/.

49.    Attached hereto as Exhibit 49 is a true and correct copy of the transcript of the interview of Jennifer Y. Hyman conducted by WSJ Podcasts on the podcast "The Journal" on July 28, 2022, available at https://www.wsj.com/podcasts/the-journal/rent-the-runways-ceo-on-how-it-survived-the-pandemic/9D8CDB45-2C7A-43CC-AA94-4A1D61D606D8.

50.    Attached hereto as Exhibit 50 is a true and correct copy of a press release issued by RTR on September 12, 2022, which is attached as Exhibit 99.1 to RTR's Current Report on Form 8-K, filed with the SEC on September 12, 2022.

51.    Attached hereto as Exhibit 51 is a true and correct copy of the transcript of the 2Q22 earnings call conducted by RTR on September 12, 2022, and accompanying presentation.

52.    Attached hereto as Exhibit 52 is a true and correct copy of an analyst report published by Credit Suisse Securities (USA) LLC on September 12, 2022.

53.    Attached hereto as Exhibit 53 is a true and correct copy of an analyst report published by Jefferies on September 12, 2022.

54.    Attached hereto as Exhibit 54 is a true and correct copy of an analyst report published by Wells Fargo Securities, LLC on September 12, 2022.

55.    Attached hereto as Exhibit 55 is a true and correct copy of an analyst report published by Goldman Sachs on September 13, 2022.

56.    Attached hereto as Exhibit 56 is a true and correct copy of an analyst report published by JMP Securities on September 13, 2022.

57.    Attached hereto as Exhibit 57 is a true and correct copy of an analyst report published by Morgan Stanley on September 13, 2022.

58.    Attached hereto as Exhibit 58 is a true and correct copy of an analyst report published by Raymond James & Associates on September 13, 2022.

59.    Attached hereto as Exhibit 59 is a true and correct copy of an analyst report published by Telsey Advisory Group on September 13, 2022.

60.    Attached hereto as Exhibit 60 is a true and correct copy of an article by Stephen Culp entitled "Wall St tumbles to biggest loss in two years following CPI data," published by

*Reuters* on September 13, 2022, available at https://www.reuters.com/markets/europe/futures-rise-ahead-key-inflation-report-2022-09-13/.

61.     Attached hereto as <u>Exhibit 61</u> is a true and correct copy of a press release issued by RTR on December 7, 2022, which is attached as Exhibit 99.1 to RTR's Current Report on Form 8-K, filed with the SEC on December 7, 2022.

62.     Attached hereto as <u>Exhibit 62</u> is a true and correct copy of the transcript of the 3Q22 earnings call conducted by RTR on December 7, 2022, and accompanying presentation.

63.     Attached hereto as <u>Exhibit 63</u> is a true and correct copy of a press release issued by RTR on September 8, 2023, which is attached as Exhibit 99.1 to RTR's Current Report on Form 8-K, filed with the SEC on September 8, 2023.

64.     Attached hereto as <u>Exhibit 64</u> is a true and correct printout of a page from RTR's Website, entitled "What happens if I return my one-time rental late?" available at https://help.renttherunway.com/en_us/what-happens-if-i-return-my-order-late-rkrnig2VL.

65.     Attached hereto as <u>Exhibit 65</u> is a chart comparing the historical stock prices of RTR with those of Stitch Fix Inc., Allbirds Inc., and ThredUp Inc., for the period between October 27, 2021 through April 30, 2023, which was constructed on Yahoo! Finance's stock comparison tool.

66.     Attached hereto as <u>Exhibit 66</u> is a true and correct printout of a page from Yahoo! Finance reflecting RTR's historical stock prices for the period between October 27, 2021 through September 13, 2022.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

Dated:     October 20, 2023
          New York, New York

Marques Tracy