# Ex. 1 – Oct. 18, 2018
# *Insider* Article

Rent the Runway Now Has Drop-Off Locations at WeWork Offices in 6 Cities

# Rent the Runway now has drop-off locations at WeWork offices in 6 major cities — here's how it works

Written by **Mara Leighton**; edited by **Sally Kaplan, Insider Picks**   Oct 18, 2018, 2:00 PM EDT

  

**Rent the Runway has partnered with WeWork to place drop-off boxes in the lobby of 15 WeWorks across the country.**

**Members can drop off rentals and immediately order new items to rent.**

**The pairing is a convenient fit for a subscriber base that is 90% busy working women, many of whom likely already work near a WeWork office.**

If you haven't been paying attention to Rent the Runway, now is the time to start. Named one of the most disruptive companies in the world alongside SpaceX and Uber in 2018, the designer rental service is making fundamental strides in a 2.4 trillion dollar industry. Now, it's expanding the convenience that attracted its nine million members.

**Rent the Runway has partnered with shared workspace company WeWork to install drop-off zones at WeWork office spaces.**

With the new partnership, RTR shoppers can walk into the WeWork lobby — not even needing to go all the way into the office — drop their rentals to return them, and leave. If they want to instantly order their next items, they can do so simultaneously on the same interface.

Currently, the company counts 15 WeWork locations as drop-off zones in New York, Los Angeles, Washington, San Francisco, Chicago, and

Miami, with high concentrations in parts of the city with plenty of foot traffic, like midtown Manhattan. You can find all the participating locations here, or check the in-app "drop off finder" to see if there's one near your current location. The first 15 likely won't be the last, and WeWork's 280+ global office spaces give the partnership plenty of room to grow.

For members, this immediacy is key. Rent the Runway's subscribers who pay $160 per month for an "endless wardrobe" are still in part limited by shipping delays — they can only order new items once their current rentals have been returned. But with in-person drop-offs, the returns and ordering can be instantaneous. Rent the Runway's subscribers are already wearing rented clothes 120 days out of the year, but the ease of neighborhood drop-off and order zones could mean they get even more value out of the membership without a higher cost.

For Rent the Runway's business, subscribers themselves are increasingly becoming the majority. Subscriptions are up 150% year-over-year and now represent over 50% of the company's total revenue. Recently, the company gained a $200 million investment from Temasek, reportedly planned in part to be used on expanding the subscription growth.

Rent the Runway's COO Maureen Sullivan told Business Insider the partnership with WeWork was a "natural fit."

WeWork has drastically changed how people work, and Rent the Runway has drastically changed how they get dressed. Together, they're making it easier for professionals to spend less, wear better clothes, and contribute less to the mess of textile waste.

Both companies prioritize customer experience, are disruptors of traditional industries, and operate in a business context — something that becomes increasingly important to Rent the Runway as its subscriber base grows. A whopping 90% of them are busy working women, and the company has had to increase their workwear category by 250% just to keep up with demand. By virtue of WeWork's entrepreneurial vocation, most of the workspaces tend to be in desirable locations for those working women.