# Ex. 7 – CDC COVID-19 Timeline

Español | Other Languages

David J. Sencer CDC Museum: In Association with the Smithsonian Institution



## David J. Sencer CDC Museum: In Association with the Smithsonian Institution

David J. Sencer CDC Museum: In Association with the Smithsonian Institution Home

# CDC Museum COVID-19 Timeline



This timeline provides information about select moments in the COVID-19 pandemic in the United States and around the world beginning from its known origins to today.

Late 2019 | Early 2020 | Mid 2020 | Late 2020 | Early 2021 | Mid-2021 | Late-2021 | Early 2022 | Mid 2022

## Late 2019



December 12, 2019
A cluster of patients in China's Hubei Province, in the city of Wuhan, begin to experience the symptoms of an atypical pneumonia-like illness that does not respond well to standard treatments.



**May 17, 2021**

An estimated 5.1 million women left the workforce when COVID-19 closed schools and child-care centers in 2020. Today, 1.3 million remain out of the workforce and only 56% of women in the U.S. are working for a salary– the lowest percentage since 1986.



**June 1, 2021**

The COVID-19 B.1.617.2 / "Delta" variant, first identified in India, becomes the dominant variant in the U.S. The variant begins a third wave of infections during the summer of 2021.



**June 7, 2021**

CDC finds that the Pfizer-BioNTech and Moderna mRNA COVID-19 vaccines reduce the risk of infection with the SARS-CoV-2 virus by 91% and protect against severe illness and hospitalization if a breakthrough infection does occur.



**June 11, 2021**

CDC releases data in *MMWR* showing that while most COVID-19–associated hospitalizations occur in older adults, severe disease requiring hospitalization can occur in all age groups – including adolescents ages 12–17 years.



**June 24, 2021**

CDC Director Dr. Rochelle Walensky extends the eviction moratorium through July 31, 2021, in an effort to help slow the spread of COVID-19.



**June 30, 2021**

CDC's National Breast and Cervical Cancer Early Detection Program reports that the total number of cancer screenings decreased by an average of 87% for breast cancer and 84% for cervical cancer during early 2020 due to the COVID-19 pandemic, putting individuals at risk for delayed diagnoses and poorer health outcomes. Access to medical care among racial and ethnic minority groups and people with lower incomes declined the most during this period: breast cancer screenings declined 98% among American Indian and Alaskan Native women.



**July 6, 2021**

American Indian and Alaska Natives had some of the highest rates of hospitalization and death in the U.S. early in the pandemic, but American Indian and Alaskan Native vaccination campaigns are succeeding: CDC's COVID-19 data tracker shows that American Indians and Alaskan Natives have the highest COVID-19 vaccination rate of any racial or ethnic group in the U.S.



**July 9, 2021**

CDC and FDA release a joint statement assuring the public that Americans who have been fully vaccinated do not need a booster shot at this time.