# Ex. 9 – July 19, 2021 RTR Press Release



## Rent the Runway Announces Confidential Submission of Draft Registration Statement for Proposed Initial Public Offering

July 19, 2021

NEW YORK--(BUSINESS WIRE)--Rent the Runway today announced that it has confidentially submitted a draft registration statement on Form S-1 with the Securities and Exchange Commission (the "SEC") relating to the proposed initial public offering of its Class A common stock. The number of shares to be offered and the price range for the proposed offering have not yet been determined. The initial public offering is expected to take place after the SEC completes its review process, subject to market and other conditions.

This press release does not constitute an offer to sell or the solicitation of an offer to buy any securities. Any offers, solicitations or offers to buy, or any sales of securities will be made in accordance with the registration requirements of the Securities Act of 1933, as amended (the "Securities Act"). This announcement is being issued in accordance with Rule 135 under the Securities Act.

**About Rent the Runway**
Founded in 2009, Rent the Runway (RTR) is disrupting the trillion-dollar fashion industry and changing the way women get dressed through the Closet in the Cloud, the world's first and largest shared designer closet. RTR's mission has remained the same since its founding: powering women to feel their best every day. Through RTR, customers can subscribe, rent items a-la-carte and shop resale from over 750 designer brands. The Closet in the Cloud offers a wide assortment of millions of items for every occasion, from formal wear and accessories to ready-to-wear, workwear, denim, casual, maternity, outerwear, blouses, knitwear, loungewear, jewelry, handbags, activewear, ski wear, home goods and kidswear. RTR has built a two-sided discovery engine, which connects deeply engaged customers and differentiated brand partners on a powerful platform built around its brand, data, logistics and technology. Under CEO and Co-Founder Jennifer Hyman's leadership, RTR has been named to CNBC's "Disruptor 50" five times in ten years, and has been placed on Fast Company's Most Innovative Companies list four times, while Hyman herself has been named to the "TIME 100: Most Influential People in the World'" and as one of People Magazine's "Women Changing the World."

**Contacts**

Alison Rappaport
press@renttherunway.com

Sard Verbinnen & Co.
RTR-SVC@sardverb.com