# Ex. 10 – Aug. 16, 2021 RTR Analyst Day Presentation



# Analyst Day Presentation

**AUGUST 16, 2021**

# We're Building an Outbound Carrier Network



Our focal points are...

- Carrier Diversification

- Transportation Technology

FedEx/UPS Coverage

Additional Carriers

RENT THE RUNWAY

CONFIDENTIAL

*Note: Map is illustrative and not to scale.*

105

# FY19 Proved Product–Market Fit, COVID Impacted FY20

## Revenue ($ in millions)



| | | |
|---|---|---|
| YoY Growth | | (39)% |

Note: Fiscal year ends January 31. 2019A refers to fiscal year ended January 31, 2020.

- FY'19 proved scale and product-market fit of subscription and diversified use cases

- FY'20 saw reduced consumer demand but also reflects high pause activity and further subscriber shift of basket to casual wear

RENT THE RUNWAY

CONFIDENTIAL

138

# We Pivoted Strategically and Financially During COVID to Emerge as a Stronger Business

- Encouraged **new use cases**

- Made it easy for customers to **pause vs. cancel** subscriptions

- Transitioned from "unlimited swaps" to **customizable subscription plans**

- Further **diversified product acquisition** into Share by RTR and Exclusive Designs

- **Launched resale** for subscribers, and then all customers

- Drove **cost-savings initiatives**, with 53% reduction in opex, capex and product costs vs. pre-COVID budget

- Implemented fulfillment process changes and **technological innovation**

- Launched cross-ship and expanded drop-off box network to **remove friction from the customer experience**

RENT THE RUNWAY

CONFIDENTIAL

# We are Experiencing a Strong Recovery Post–COVID



Revenue ($ in millions)

- FY'21 has seen quicker than expected recovery

- Both Subscription and Reserve showing strong momentum and consumer sentiment

- Subscriber acquisition continues to be highly organic

RENT THE RUNWAY

CONFIDENTIAL

140

# Key Driver: Subscriber Growth



Total Subscribers (000s)

- High subscriber adoption and loyalty prior to COVID

- High intent to resume post-COVID demonstrated by 42% of total subscribers paused in FY2020

- 78% increase in active subscribers since beginning of FY2021

Note: Total Subscriber count refers to number at end of period.

RENT THE RUNWAY

CONFIDENTIAL

141