# Ex. 11 – Aug. 20, 2021 RTR Financials & Projections Presentation

RENT THE RUNWAY

# Financials and Projections Discussion

PREPARED AUGUST 20, 2021

RENT THE RUNWAY

CONFIDENTIAL

# Our Forecasting Methodology

RENT THE RUNWAY

CONFIDENTIAL

### How We Forecast

- Forecast built bottoms up by business leaders
- Projections anchored in active subscriber growth and historical cohort behavior
- Reserve orders forecasted based on historical visitor conversion and behavior
- Resale primarily forecasted based on historical subscriber buying patterns; dynamic pricing allows for flexibility around revenue and margin goals

### Current Trends

- Onset of COVID significantly reset financial expectations last year but allowed us to improve several key parts of the business
- We have been driving margin and unit economics improvements over the last 18 months
- Throughout 2021, we have seen productive conversion into subscription from four customer segments: 1) new customers, 2) rejoiners (former subscribers who had churned), 3) pause resumers, 4) former Reserve customers
- We have incorporated a negative impact from the delta variant in our projections starting in Q3'21, however, we do not believe there has been a material impact from the delta variant on our subscriber growth to date

# Active Subscribers
(in thousands)



**Active Subs. YoY Growth:** 100% 82% 50% 57% (48)% (49)% (45)% (59)% 40% 80% | 59% 121% 78% 47% 62% 42% 26%

*Legend:* Active Subscribers · Paused Subscribers

Note: Active Subscribers represent the number of subscribers with an active membership as of the last day of any given period and excludes paused subscribers.

- Significant pause vs cancel activity during COVID-19

- In forecast period, pause activity normalizes to ~15%

- Forecasting return to pre-COVID-19 levels by Q2'22

**Drivers:**

- Strong organic adoption

- Efficient paid marketing

- Conversion from Reserve

RENT THE RUNWAY

11

Case 1:22-cv-06935-OEM-SDE      Document 71-11      Filed 02/23/24      Page 5 of 9 PageID #: 796

# Total Revenue
## ($ in millions)





**Drivers**:

COVID recovery across existing and new subscribers and Reserve

Growth in new subscribers

Paid marketing

Increased monetization of subscribers with add-on revenue and resale

Seasonality trends

14

# Margin Evolution – *Actualized for H1'21*



RENT THE RUNWAY

CONFIDENTIAL

Note: See GAAP to Non-GAAP Reconciliation in appendix.

21

# Annual Margin Evolution



RENT THE RUNWAY

CONFIDENTIAL

22

Case 1:22-cv-06935-OEM-SDE    Document 71-11    Filed 02/23/24    Page 8 of 9 PageID #: 799

# Quarterly Margin Evolution – *Actualized for H1'21*



RENT THE RUNWAY

CONFIDENTIAL

23

# Fulfillment Profit

($ in millions)



RENT THE RUNWAY

CONFIDENTIAL

**Drivers:**

Transition to fixed-swap subscription plans

Labor and process efficiencies

Shipping rate headwinds beginning in Q3'21

Transportation diversification

Increased monetization of subscribers over time

Fulfillment Margin chart:
- Q1A FY20: 61%
- Q2A FY20: 66%
- Q3A FY20: 69%
- Q4A FY20: 73%
- Q1A FY21E: 74%
- Q2E FY21E: 70%
- Q3E FY21E: 64%
- Q4E FY21E: 65%
- Q1E FY22E: 66%
- Q2E FY22E: 70%
- Q3E FY22E: 68%
- Q4E FY22E: 69%
- FYE FY23E: 70%

| | Q1A | Q2A | Q3A | Q4A | Q1A | Q2E | Q3E | Q4E | Q1E | Q2E | Q3E | Q4E | FYE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | FY20 | | | | FY21E | | | | FY22E | | | FY23E |
| % Margin | 54% | | | | 66% | | | | 68% | | | | 68% ... 70% |

Fulfillment Profit chart:
- FY19: $139
- FY20: $105
- FY21E: $131
- FY22E: $205
- FY23E: $273

24