# Ex. 15 – Oct. 4, 2021
# RTR Form S-1

**Table of Contents**

As filed with the Securities and Exchange Commission on October 4, 2021.

Registration No. 333-

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM S-1
# REGISTRATION STATEMENT
*UNDER*
*THE SECURITIES ACT OF 1933*

# RENT THE RUNWAY, INC.
**(Exact name of Registrant as specified in its charter)**

| Delaware | 7389 | 80-0376379 |
|---|---|---|
| **(State or other jurisdiction of incorporation or organization)** | **(Primary Standard Industrial Classification Code Number)** | **(I.R.S. Employer Identification Number)** |

**10 Jay Street**
**Brooklyn, New York 11201**
**(212) 524-6860**
**(Address, including zip code, and telephone number, including area code, of Registrant's principal executive offices)**

**Jennifer Y. Hyman, Co-Founder, Chief Executive Officer and Chair**
**Rent the Runway, Inc.**
**10 Jay Street**
**Brooklyn, New York 11201**
**(212) 524-6860**
**(Name, address, including zip code, and telephone number, including area code, of agent for service)**

*Copies to:*

| | | |
|---|---|---|
| **Marc D. Jaffe** | **Scarlett O'Sullivan** | **Nicole Brookshire** |
| **Emily E. Taylor** | **Cara Schembri** | **Christina T. Roupas** |
| **Latham & Watkins LLP** | **Rent the Runway, Inc.** | **Cooley LLP** |
| **1271 Avenue of the Americas** | **10 Jay Street** | **500 Boylston Street** |
| **New York, New York 10020** | **Brooklyn, New York 11201** | **Boston, Massachusetts 02116** |
| **(212) 906-1200** | **(212) 524-6860** | **(617) 937-2300** |

**Approximate date of commencement of proposed sale to the public**: As soon as practicable after this Registration Statement is declared effective.

If any of the securities being registered on this form are to be offered on a delayed or continuous basis pursuant to Rule 415 under the Securities Act of 1933, check the following box. ☒

If this form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this form is a post-effective amendment filed pursuant to Rule 462(c) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this form is a post-effective amendment filed pursuant to Rule 462(d) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☐ | Accelerated filer | ☐ |
| Non-accelerated filer | ☒ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☒ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 7(a)(2)(B) of the Securities Act. ☐

| Title of Each Class of Securities To Be Registered | Proposed Maximum Aggregate Offering Price(1)(2) | Amount of Registration Fee |
|---|---|---|
| Class A common stock, $0.001 par value per share | $100,000,000 | $9,270 |

(1) Estimated solely for the purpose of calculating the registration fee pursuant to Rule 457(o) under the Securities Act of 1933, as amended.
(2) Includes the offering price of shares of Class A common stock that the underwriters have the option to purchase. See "Underwriting."

The Registrant hereby amends this Registration Statement on such date or dates as may be necessary to delay its effective date until the Registrant shall file a further amendment which specifically states that this Registration Statement shall thereafter become effective in accordance with Section 8(a) of the Securities Act of 1933, as amended, or until the Registration Statement shall become effective on such date as the Commission, acting pursuant to said Section 8(a), may determine.

Table of Contents

## PROSPECTUS SUMMARY

*This summary highlights selected information that is presented in greater detail elsewhere in this prospectus. This summary does not contain all of the information you should consider before investing in our Class A common stock. You should read this entire prospectus carefully, including the sections titled "Risk Factors," "Special Note Regarding Forward-Looking Statements," "Management's Discussion and Analysis of Financial Condition and Results of Operations," and our consolidated financial statements and the related notes included elsewhere in this prospectus, before making an investment decision. Unless the context otherwise requires, all references in this prospectus to "we," "us," "our," "our company," "Rent the Runway" and "RTR" refer to Rent the Runway, Inc. and its consolidated subsidiary.*

### Our Mission

Our mission is to power women to feel their best every day.

Since our founding, we have disrupted the trillion-dollar fashion industry and changed the way women get dressed by creating the world's first Closet in the Cloud: a dream closet filled with a massive selection of designer styles to rent, wear and return (or keep!).

### Overview

We built the world's first and largest shared designer closet — what we call the Closet in the Cloud — with over 18,000 styles by over 750 designer brands that has transformed the way women get dressed by letting them wear whatever they want, without having to own it. We give customers ongoing access to our "Unlimited Closet" through our Subscription offerings or the ability to rent a-la-carte through our Reserve offering. We also give our subscribers and customers the ability to buy our products through our Resale offering. Our Closet in the Cloud offers a wide assortment of items for every occasion, from evening wear and accessories to ready-to-wear, workwear, denim, casual, maternity, outerwear, blouses, knitwear, loungewear, jewelry, handbags, activewear, ski wear, home goods and kidswear. We have served over 2.5 million lifetime customers across all of our offerings and we had 126,841 ending total subscribers[1] (active and paused) as of July 31, 2021. In the first six months of fiscal year 2021, 83% of our total revenue was generated by subscribers (including their Reserve and Resale revenue) while they were active or paused.

We have created a two-sided discovery engine: customers are finding new brands they love and brand partners are finding new customers they need. For customers, we unlock freedom of self-expression through access to our "Unlimited Closet" that has a constantly rotating supply of styles for all occasions, seasons, moods and price points. This leads to deep engagement with our platform as customers discover new brands they love. Brand partners are able to tap into our large, engaged community to discover new customers and get unparalleled data insights. All of this helps them grow their businesses and encourages them to partner more closely with us over time.

When our customers use Rent the Runway, they experience the magic of accessing an "Unlimited Closet" while saving money and time and reducing clothing waste. We deliver significant financial value to customers, with our average subscriber wearing clothes worth more than 20 times what she pays for a monthly RTR subscription on an annualized basis (more than $37,000 in designer retail value annualized

---

[1]    Ending total subscribers represent the number of subscribers with an active or paused membership as of the last day of the fiscal period and excludes subscribers who had an active or paused subscription during the fiscal period, but ended their subscription prior to the last day of the fiscal period.

1

Table of Contents

Since our inception, organic growth, or word-of-mouth marketing, has been a key advantage for RTR. Because of the self-confidence they feel when they rent, the majority of our customers publicly share their love of the Rent the Runway experience on social media and in their personal lives, which helps drive brand awareness and new customer acquisition. Our "Unlimited Closet" inspires women to experiment with fashion and rent bold, colorful, dynamic pieces that become natural conversation starters with their friends and family and create strong virality for the platform. As a result, since our founding, we have spent less than 10% of total revenue on marketing, and our growth has been mostly organic. Approximately 88% of our customers over the last 12 years have been acquired organically. Our brand and deeply engaged community have allowed us to acquire customers efficiently even as we have scaled.

We believe our platform is powering a new frontier for fashion, one in which women buy less and wear more, disrupting a centuries old industry and contributing to a more sustainable future. Using the data from our life cycle analysis, we estimate that our rental model has displaced the production of approximately 1.3 million total new garments since 2010, resulting in the savings of 67.0 million gallons of water, 98.6 million kWh of energy and 44.2 million pounds of $CO_2$ emissions.

We generate revenue from our Subscription, Reserve and Resale offerings. The majority of revenue comes from our Subscription offering, which is highly recurring and drives customer engagement.

We have achieved the following operating and financial results for fiscal year 2019 and 2020, respectively:

- We had 147,866 and 95,245 ending total subscribers, respectively, and 133,572 and 54,797 ending active subscribers[3] (excluding paused subscribers), respectively;

- Revenue was $256.9 million and $157.5 million, respectively;

- Gross Profit was $53.6 million and $15.5 million, respectively;

- Gross Profit Excluding Product Depreciation was $129.3 million and $85.4 million, respectively;

- Net Loss was $(153.9) million and $(171.1) million, respectively; and

- Adjusted EBITDA was $(18.0) million and $(20.3) million, respectively.

We have achieved the following operating and financial results for the six months ended July 31, 2020 and 2021, respectively:

- We had 108,752 and 126,841 ending total subscribers, respectively, and 54,228 and 97,614 ending active subscribers (excluding paused subscribers), respectively;

- Revenue was $88.5 million and $80.2 million, respectively;

- Gross Profit was $8.7 million and $26.3 million, respectively;

- Gross Profit Excluding Product Depreciation was $46.8 million and $50.2 million, respectively;

- Net Loss was $(88.0) million and $(84.7) million, respectively; and

- Adjusted EBITDA was $(10.6) million and $(8.1) million, respectively.

### Trends in Our Favor

We are witnessing trends that are driving consumer and brand behavior in our favor, though the extent to which they may be impacted by the COVID-19 pandemic remains uncertain.

---

[3] Ending active subscribers is defined as ending total subscribers as of period end, excluding paused subscribers.

3

**Table of Contents**

- *Contribution Profit*: We define Contribution Profit as total revenue, less fulfillment expense, revenue share, rental product depreciation and credit card processing fees. We measure Contribution Profit and Contribution Profit as a percentage of revenue, or Contribution Margin, as a key measure of our overall efficiency, including fulfillment expense, total product costs and credit card fees. See the section titled "—Non-GAAP Financial Metrics" below for a reconciliation of Contribution Profit to the most relevant GAAP measure.

The below graph depicts Fulfillment Margin, Gross Margin Excluding Product Depreciation, Gross Margin and Contribution Margin in fiscal year 2019, fiscal year 2020, and the six months ended July 31, 2021. As we scale and continue to invest in our infrastructure, technology and platform, we expect our margins to improve over time.



**MARGIN EVOLUTION**

- *Fulfillment Margin*. Fulfillment Margin improved from 54% in fiscal year 2019 to 66% in fiscal year 2020 due to a lower average number of monthly shipments per subscriber in fiscal year 2020, partly due to the phase out of our unlimited swaps program and partly due to lower engagement during the COVID-19 pandemic. Fulfillment Margin improved to 72% in the six months ended July 31, 2021 attributable to the lower average number of monthly shipments per subscriber due to the phase out of our unlimited swaps program, and fulfillment process efficiencies. Historically, our unlimited swaps program allowed subscribers to receive as many shipments per month as desired, driving higher fulfillment expense as a percentage of revenue. Today, all of our memberships are structured around subscriber usage and priced to achieve similar target Gross Margins, such that subscribers pay for their desired number of items and shipments per month. In fiscal year 2020 and through the first six months of fiscal year 2021, we implemented additional labor automation, process efficiencies and transportation network diversification. We expect to continue to improve our Fulfillment Margin over time, although we anticipate shipping cost headwinds due to macro global transportation network inefficiencies over the next several quarters.

- *Gross Margin Excluding Product Depreciation*. Gross Margin Excluding Product Depreciation improved from 50% in fiscal year 2019 to 54% in fiscal year 2020 due to an improvement in our Fulfillment Margin, partially offset by higher revenue share expense as a percentage of total revenue. Gross Margin Excluding Product Depreciation improved to 63% in the six months ended July 31, 2021 due to the improvement in our Fulfillment Margin. We have focused on reducing our upfront cash outlay for product acquisition by acquiring a greater portion of our product through Share by RTR, which has increased revenue share expense. Our revenue share expense increased from 4% of total revenue in fiscal year 2019 to 12% of total revenue

86

**Table of Contents**

The following table sets forth our quarterly key business and financial metrics by quarter from the first quarter of fiscal year 2019 to the second quarter of fiscal year 2021. The calculation of the key business and financial metrics discussed below may differ from other similarly titled metrics used by other companies, securities analysts or investors, limiting the usefulness of those measures for comparative purposes. These key business and financial metrics are not meant to be considered as indicators of our financial performance in isolation from or as a substitute for our financial information prepared in accordance with GAAP and should be considered in conjunction with other metrics and components of our results of operations, such as each of the other key business and financial metrics and our total revenue, net, fulfillment expenses and net loss.

| | Three Months Ended | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | April 30, 2019 | July 31, 2019 | October 31, 2019 | January 31, 2020 | April 30, 2020 | July 31, 2020 | October 31, 2020 | January 31, 2021 | April 30, 2021 | July 31, 2021 |
| | | | | | ($ in millions) | | | | | |
| Active subscribers (at the end of period) | 101,607 | 106,192 | 118,827 | 133,572 | 52,886 | 54,228 | 65,545 | 54,797 | 74,018 | 97,614 |
| Gross profit | $ 13.8 | $ 17.6 | $ 8.9 | $ 13.3 | $ 10.1 | $ (1.4) | $ 2.4 | $ 4.4 | $ 8.1 | $ 18.2 |
| Gross profit excluding product depreciation | 30.8 | 34.0 | 27.9 | 36.6 | 32.2 | 14.6 | 19.2 | 19.4 | 20.8 | 29.4 |
| Adjusted EBITDA | 0.8 | (1.1) | (10.6) | (7.1) | (3.1) | (7.5) | (5.4) | (4.3) | (6.2) | (1.9) |

105

Table of Contents

The following table presents a reconciliation of total revenue, net, the most comparable GAAP financial measure, to each of Fulfillment Profit, Gross Profit Excluding Product Depreciation, and Contribution Profit, respectively, by quarter from the first quarter of fiscal year 2019 to the second quarter of fiscal year 2021:

| | Three Months Ended | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | April 30, 2019 | July 31, 2019 | October 31, 2019 | January 31, 2020 | April 30, 2020 | July 31, 2020 | October 31, 2020 | January 31, 2021 | April 30, 2021 | July 31, 2021 |
| | (in millions) | | | | | | | | | |
| Total revenue, net | $ 55.4 | $ 63.4 | $ 64.3 | $ 73.8 | $ 59.6 | $ 28.9 | $ 35.5 | $ 33.5 | $ 33.5 | $ 46.7 |
| Fulfillment | 23.7 | 27.9 | 33.7 | 32.8 | 23.0 | 9.8 | 11.0 | 9.2 | 8.8 | 13.5 |
| Fulfillment profit | 31.7 | 35.5 | 30.6 | 41.0 | 36.6 | 19.1 | 24.5 | 24.3 | 24.7 | 33.2 |
| Revenue share | 0.9 | 1.5 | 2.7 | 4.4 | 4.4 | 4.5 | 5.3 | 4.9 | 3.9 | 3.8 |
| Gross profit excluding product depreciation | 30.8 | 34.0 | 27.9 | 36.6 | 32.2 | 14.6 | 19.2 | 19.4 | 20.8 | 29.4 |
| Rental product depreciation | 17.0 | 16.4 | 19.0 | 23.3 | 22.1 | 16.0 | 16.8 | 15.0 | 12.7 | 11.2 |
| Gross profit | 13.8 | 17.6 | 8.9 | 13.3 | 10.1 | (1.4) | 2.4 | 4.4 | 8.1 | 18.2 |
| Credit card processing fees | 1.9 | 1.9 | 2.1 | 2.3 | 1.7 | 0.9 | 1.0 | 0.8 | 1.0 | 1.3 |
| Contribution profit | 11.9 | 15.7 | 6.8 | 11.0 | 8.4 | (2.3) | 1.4 | 3.6 | 7.1 | 16.9 |
| Technology | 8.3 | 9.1 | 10.9 | 11.9 | 10.6 | 8.0 | 9.4 | 9.7 | 9.7 | 10.5 |
| Marketing | 4.6 | 4.9 | 6.3 | 7.1 | 3.9 | 1.2 | 1.4 | 1.6 | 2.6 | 4.8 |
| General and administrative (excluding credit card processing fees) | 17.3 | 21.5 | 26.4 | 25.5 | 22.9 | 16.5 | 16.9 | 16.5 | 18.0 | 20.3 |
| Other depreciation and amortization | 3.9 | 5.1 | 6.3 | 6.3 | 6.1 | 5.6 | 5.7 | 5.6 | 5.1 | 4.8 |
| Operating loss | $ (22.2) | $ (24.9) | $ (43.1) | $ (39.8) | $ (35.1) | $ (33.6) | $ (32.0) | $ (29.8) | $ (28.3) | $ (23.5) |

The following table presents a reconciliation of net loss, the most comparable GAAP financial measure, to Adjusted EBITDA by quarter from the first quarter of fiscal year 2019 to the second quarter of fiscal year 2021:

| | Three Months Ended | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | April 30, 2019 | July 31, 2019 | October 31, 2019 | January 31, 2020 | April 30, 2020 | July 31, 2020 | October 31, 2020 | January 31, 2021 | April 30, 2021 | July 31, 2021 |
| | (in millions) | | | | | | | | | |
| Net loss | $ (27.8) | $ (30.2) | $ (48.7) | $ (47.2) | $ (43.1) | $ (44.9) | $ (44.3) | $ (38.8) | $ (42.3) | $ (42.4) |
| Interest (income) / expense, net [1] | 5.6 | 5.2 | 5.6 | 7.6 | 8.9 | 11.5 | 11.8 | 14.4 | 14.5 | 14.9 |
| Rental product depreciation | 17.0 | 16.4 | 19.0 | 23.3 | 22.1 | 16.0 | 16.8 | 15.0 | 12.7 | 11.2 |
| Other depreciation and amortization [2] | 3.9 | 5.1 | 6.3 | 6.3 | 6.1 | 5.6 | 5.7 | 5.6 | 5.1 | 4.8 |
| Stock compensation [3] | 1.4 | 1.5 | 2.0 | 1.9 | 2.0 | 1.8 | 2.5 | 1.9 | 1.9 | 2.4 |
| Write-off of liquidated assets [4] | 0.7 | 0.5 | 1.6 | 1.3 | 0.6 | 0.3 | 0.7 | 1.7 | 1.4 | 1.4 |
| Non-recurring adjustments [5] | — | 0.3 | 3.6 | (0.1) | 1.2 | 2.0 | 0.7 | 0.3 | 1.0 | 1.8 |
| Benefit from income taxes | — | — | — | (0.2) | — | — | — | — | — | (0.1) |
| Other (income) / expense, net | — | 0.1 | — | — | (0.9) | (0.2) | 0.5 | (5.4) | (0.5) | 4.1 |
| Other (gains) / losses [6] | — | — | — | — | — | 0.4 | 0.2 | 1.0 | — | — |
| Adjusted EBITDA | $ 0.8 | $ (1.1) | $ (10.6) | $ (7.1) | $ (3.1) | $ (7.5) | $ (5.4) | $ (4.3) | $ (6.2) | $ (1.9) |

(1)   Includes debt discount amortization of $1.1 million, $0.9 million, $1.0 million, $1.0 million, $1.0 million, $1.0 million, $1.0 million, $2.0 million, $2.2 million and $1.7 million in the three months ended April 30, 2019, July 31, 2019, October 31, 2019, January 31, 2020, April 30, 2020, July 31, 2020, October 31, 2020, January 31, 2021, April 30, 2021 and July 31, 2021 respectively.

(2)   Includes non-rental product depreciation and capitalized software amortization.

(3)   Reflects the non-cash expense for stock-based compensation.

(4)   Reflects the write-off of the remaining book value of liquidated products that had previously been held for sale.

106

**Table of Contents**

**Our Customer Value Proposition**

Through our platform, we have helped more than 2.5 million lifetime customers discover the transformative power of utilizing our Closet in the Cloud across all of our offerings. Our customer base is diverse and spans age, household income distribution and U.S. geography. As of June 2021, approximately 35% of our customers lived in the Top 100 U.S. cities by population, and approximately 65% lived elsewhere. Our customers lead busy lives: over 90% of our customers are working women and over 90% have at least a bachelor's degree. One third of our customers have kids or are pregnant, and over 75% of our customers socialize two or more times per week. Likely as a result of these busy lives, 75% of them feel "time-starved."



A portion of our customers are subscribers and for fiscal year 2020, they accounted for 89% of our revenue and 83% in the first six months of fiscal year 2021. Subscribers are customers who have ongoing access to our Closet in the Cloud via our monthly Subscription offering. While our subscribers are increasingly diversifying across geography and age, they are slightly wealthier than our Reserve customers with 82% having household income of $100,000 or more, as compared to 66% of our Reserve customers. As of June 2021, approximately 47% of our subscribers lived in the Top 100 U.S. cities by population, and approximately 53% lived elsewhere. As of July 31, 2021, we had 97,614 active subscribers on Rent the Runway and 126,841 total subscribers including paused subscribers. Many of our subscribers started as customers in Reserve and Resale and we continue to see activation from Reserve and Resale customers into subscribers for many years.

139