# Ex. 18 – Oct. 19, 2021
# RTR Roadshow Presentation



Roadshow Presentation

Case 1:22-cv-06935-OEM-SDE    Document 71-18    Filed 02/23/24    Page 3 of 3 PageID #: 835

# We are Experiencing a Strong Recovery Post–COVID



Revenue ($ in millions) | Active Subscribers (in thousands)

**+39% QoQ**

**+104% YTD**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| $ 257 | $ 158 | $ 36 | $ 34 | $ 34 | $ 47 | | |

FY19 | FY20 | Q3 | Q4 | Q1 | Q2
| | | FY20 | | FY21 |

| **YoY Growth** | (39)% | (45)% | (55)% | (44)% | 62% |

Active Subscribers (in thousands)

| Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Sept |
|---|---|---|---|---|---|---|---|---|---|---|
| 102 | 106 | 119 | 134 (14) | 53 | 54 | 66 | 55 (40) | 74 | 98 (29) | 112 (32) |

FY19 | FY20 | FY21

| **YoY Growth** | (48)% | (49)% | (45)% | (59)% | 40% | 81% | 70% |

*Note: FY19 ends January 31, 2020, FY20 ends January 31, 2021. Active Subscribers represent the number of subscribers with an active membership as of the last day of any given period and excludes paused subscribers.*

RENT THE RUNWAY

CONFIDENTIAL

13