# Ex. 22 – Nov. 22, 2021
# Goldman Sachs Analyst Report

**Goldman Sachs** | **Equity Research**

22 November 2021 | 12:29AM EST

# Rent the Runway Inc. (RENT)

## Enabling Apparel Sharing Economy as World Re-Opens; Initiate at Buy Rating ($25 PT)

**Buy**

For the exclusive use of MLYCOURIS@SOLEBURYIR.COM

| RENT | 12m Price Target: **$25.00** | Price: **$16.20** | Upside: **54.3%** |
|---|---|---|---|

We are initiating coverage of RENT with a Buy rating and a $25 12-month PT. RENT is the leader in the subscription-based effort to drive the adoption of the sharing economy theme in the apparel sector. RENT has created a two-sided discovery engine on its platform which allows consumers to find/explore a wide range of apparel choices and allows brand designers to scale their businesses while also finding a consumer cohort that helps their brands expand their audience. As the post-pandemic world normalizes (exiting '21 and into '22), we see RENT as a key beneficiary of "return to work" as subscriber levels return to pre-pandemic levels and then compound growth in our forward operating estimates. In addition to growth re-acceleration, we see a mix of product acquisition strategies (due to deep brand partnerships), scale building against fixed costs and platform data advantages (in the form of customer acquisition and brand supplier insights) as driving a path to profitability in the coming years. Lastly, we see RENT as a company well positioned for an increased investor focus on ESG initiatives as the company enables the fashion luxury market to transform from a "buy" to a "share" business model.

We see RENT generating a '21-'26 revenue CAGR of 29% & a 2026 GAAP EBITDA margin of 20% (compared to (13)% in 2019). In the short term, we see the key stock debate being the shape/linearity of the growth in subscriber levels as an indication that RENT's business model is continuing to improve in a post-pandemic environment, and any further clarity from management on path to profitability and improvements in capital structure. Our $25 price target is based on an equal blend of (1) EV/Sales applied to our 2023 estimates and (2) a modified DCF using an EV/GAAP EBITDA multiple applied to our 2026 estimates discounted back 3 years.

**Eric Sheridan**
+1(917)343-8683 | eric.sheridan@gs.com
Goldman Sachs & Co. LLC

**Kate Wang**
+1(212)902-7929 | kate.wang@gs.com
Goldman Sachs & Co. LLC

**Alexandra Steiger**
+49(69)7532-3097 | alexandra.steiger@gs.com
Goldman Sachs Bank Europe SE

### Key Data

Market cap: $1.2bn
Enterprise value: $1.2bn
3m ADTV: NA
United States
Americas Internet
M&A Rank: 3

### GS Forecast

| | 1/21 | 1/22E | 1/23E | 1/24E |
|---|---|---|---|---|
| Revenue ($ mn) | 157.5 | 196.5 | 301.0 | 389.4 |
| EBITDA ($ mn) | (37.8) | (63.2) | (35.5) | (9.3) |
| EBIT ($ mn) | (130.7) | (137.9) | (126.1) | (117.3) |
| EPS ($) | – | (12.89) | (2.91) | (2.76) |
| P/E (X) | – | NM | NM | NM |
| EV/EBITDA (X) | – | NM | NM | NM |
| FCF yield (%) | NM | (11.3) | (3.6) | (0.7) |
| Dividend yield (%) | – | – | – | – |
| Net debt/EBITDA (X) | – | – | – | – |

| | 7/21 | 10/21E | 1/22E | 4/22E |
|---|---|---|---|---|
| EPS ($) | 0.00 | (4.69) | (0.76) | (0.76) |

### GS Factor Profile



Source: Company data, Goldman Sachs Research estimates. See disclosures for details.

Goldman Sachs does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. For Reg AC certification and other important disclosures, see the Disclosure Appendix, or go to www.gs.com/research/hedge.html. Analysts employed by non-US affiliates are not registered/qualified as research analysts with FINRA in the U.S.

**Goldman Sachs**

Rent the Runway Inc. (RENT)

## Rent the Runway Inc. (RENT)

**Buy**

Rating since Nov 22, 2021

### Ratios & Valuation

| | 1/21 | 1/22E | 1/23E | 1/24E |
|---|---|---|---|---|
| P/E (X) | – | NM | NM | NM |
| EV/EBITDA (X) | – | NM | NM | NM |
| EV/sales (X) | – | 2.0 | 3.9 | 3.4 |
| FCF yield (%) | NM | (11.3) | (3.6) | (0.7) |
| EV/DACF (X) | – | 32.2 | 37.1 | 20.2 |
| CROCI (%) | NM | 5.4 | 10.9 | 17.6 |
| ROE (%) | NM | NM | NM | NM |
| Net debt/EBITDA (X) | – | – | – | – |
| Net debt/equity (%) | (187.6) | (29.0) | (145.9) | (97.8) |
| Interest cover (X) | (2.8) | (2.3) | (1.9) | (1.7) |
| Inventory days | NM | NM | NM | NM |
| Receivable days | NM | NM | NM | NM |
| Days payable outstanding | NM | NM | NM | NM |

### Growth & Margins (%)

| | 1/21 | 1/22E | 1/23E | 1/24E |
|---|---|---|---|---|
| Total revenue growth | (38.7) | 24.8 | 53.2 | 29.4 |
| EBITDA growth | (15.5) | (67.4) | 43.8 | 73.7 |
| EPS growth | – | NM | 77.4 | 5.4 |
| DPS growth | NM | NM | NM | NM |
| Gross margin | 54.2 | 55.4 | 53.5 | 56.7 |
| EBIT margin | (83.0) | (70.2) | (41.9) | (30.1) |

### Price Performance

**RENT ($)**                                         **S&P 500**



| | 3m | 6m | 12m |
|---|---|---|---|
| Absolute | – | – | – |
| Rel. to the S&P 500 | – | – | – |

*Source: FactSet. Price as of 19 Nov 2021 close.*

### Income Statement ($ mn)

| | 1/21 | 1/22E | 1/23E | 1/24E |
|---|---|---|---|---|
| Total revenue | 157.5 | 196.5 | 301.0 | 389.4 |
| Cost of goods sold | (72.2) | (87.6) | (140.1) | (168.5) |
| SG&A | (85.4) | (126.7) | (151.5) | (178.9) |
| R&D | (37.7) | (45.5) | (44.9) | (51.3) |
| Other operating inc./(exp.) | – | – | – | – |
| **EBITDA** | **(37.8)** | **(63.2)** | **(35.5)** | **(9.3)** |
| Depreciation & amortization | (92.9) | (74.6) | (90.6) | (108.0) |
| **EBIT** | **(130.7)** | **(137.9)** | **(126.1)** | **(117.3)** |
| Net interest inc./(exp.) | (46.7) | (59.9) | (66.9) | (70.2) |
| Income/(loss) from associates | – | – | – | – |
| **Pre-tax profit** | **(171.3)** | **(200.1)** | **(193.0)** | **(187.6)** |
| Provision for taxes | 0.0 | 0.1 | 0.0 | 0.0 |
| Minority interest | – | – | – | – |
| Preferred dividends | – | – | – | – |
| **Net inc. (pre-exceptionals)** | **(171.3)** | **(200.0)** | **(193.0)** | **(187.6)** |
| **Net inc. (post-exceptionals)** | **(171.3)** | **(200.0)** | **(193.0)** | **(187.6)** |
| **EPS (basic, pre-except) ($)** | **--** | **(7.84)** | **(2.91)** | **(2.75)** |
| **EPS (diluted, pre-except) ($)** | **--** | **(12.89)** | **(2.91)** | **(2.76)** |
| **EPS (ex-ESO exp., dil.) ($)** | **--** | **--** | **--** | **--** |
| DPS ($) | – | – | – | – |
| Div. payout ratio (%) | NM | 0.0 | 0.0 | 0.0 |
| Wtd avg shares out. (basic) (mn) | 0.0 | 25.5 | 66.3 | 68.1 |
| Wtd avg shares out. (diluted) (mn) | – | 27.7 | 75.0 | 76.8 |

### Balance Sheet ($ mn)

| | 1/21 | 1/22E | 1/23E | 1/24E |
|---|---|---|---|---|
| Cash & cash equivalents | 95.3 | 435.8 | 351.9 | 295.4 |
| Accounts receivable | – | – | – | – |
| Inventory | – | – | – | – |
| Other current assets | 8.1 | 9.0 | 10.7 | 11.6 |
| **Total current assets** | **103.4** | **444.8** | **362.5** | **306.9** |
| Net PP&E | 99.6 | 87.9 | 79.5 | 71.0 |
| Net intangibles | 7.8 | 6.9 | 6.9 | 6.9 |
| Total investments | 0.0 | 0.0 | 0.0 | 0.0 |
| Other long-term assets | 109.9 | 82.7 | 72.3 | 50.9 |
| **Total assets** | **320.7** | **622.4** | **521.3** | **435.7** |
| | | | | |
| Accounts payable | – | – | – | – |
| Short-term debt | – | – | – | – |
| Current lease liabilities | 6.7 | 9.1 | 9.1 | 9.1 |
| Other current liabilities | 34.0 | 46.1 | 57.1 | 67.7 |
| **Total current liabilities** | **40.7** | **55.2** | **66.2** | **76.8** |
| | | | | |
| Long-term debt | 355.1 | 410.2 | 462.2 | 514.2 |
| Non-current lease liabilities | 51.5 | 48.5 | 48.5 | 48.5 |
| Other long-term liabilities | 12.1 | 20.0 | 20.0 | 20.0 |
| **Total long-term liabilities** | **418.7** | **478.7** | **530.7** | **582.7** |
| **Total liabilities** | **459.4** | **533.9** | **596.9** | **659.5** |
| Preferred shares | – | – | – | – |
| **Total common equity** | **(138.5)** | **88.5** | **(75.6)** | **(223.8)** |
| Minority interest | – | – | – | – |
| **Total liabilities & equity** | **320.9** | **622.4** | **521.3** | **435.7** |
| BVPS ($) | – | 1.35 | (1.13) | (3.24) |

### Cash Flow ($ mn)

| | 1/21 | 1/22E | 1/23E | 1/24E |
|---|---|---|---|---|
| Net income | 0.0 | (200.0) | (193.0) | (187.6) |
| D&A add-back | – | 72.0 | 90.6 | 108.0 |
| Minority interest add-back | – | – | – | – |
| Net (inc)/dec working capital | – | 10.3 | 9.4 | 9.7 |
| Others | – | 81.8 | 69.0 | 77.5 |
| **Cash flow from operations** | **--** | **(35.8)** | **(24.1)** | **7.6** |
| Capital expenditures | – | (10.7) | (14.2) | (15.3) |
| Acquisitions | – | (36.1) | (73.6) | (78.6) |
| Divestitures | – | 21.1 | 27.9 | 29.9 |
| Others | – | – | – | – |
| **Cash flow from investing** | **--** | **(25.8)** | **(59.9)** | **(64.1)** |
| Dividends paid | – | – | – | – |
| Share issuance/(repurchase) | – | – | – | – |
| Inc/(dec) in debt | – | (0.6) | – | – |
| Others | – | 402.7 | – | – |
| **Cash flow from financing** | **--** | **402.1** | **0.0** | **0.0** |
| **Total cash flow** | **--** | **340.5** | **(84.0)** | **(56.5)** |
| Free cash flow | – | (46.6) | (38.3) | (7.8) |
| Free cash flow per share (basic) ($) | NM | (1.83) | (0.58) | (0.11) |

*Source: Company data, Goldman Sachs Research estimates.*

For the exclusive use of MLYCOURIS@SOLEBURYIR.COM

Goldman Sachs

# Table of Contents

| | |
|---|---|
| PM Summary | 4 |
| Company background | 6 |
| Industry background | 9 |
| Revenue drivers, monetization vehicles and growth potential | 11 |
| Cost Structure and Profitability Ramp | 15 |
| Breaking down the long-term gross margin potential | 17 |
| Debt and Capital Structure | 18 |
| Investment Framework update | 19 |
| Valuation and Risks | 20 |
| Appendix | 21 |
| Disclosure Appendix | 22 |

For the exclusive use of MLYCOURIS@SOLEBURYIR.COM

## PM Summary

We are initiating coverage of RENT with a Buy rating and a $25 12-month PT. RENT is the leader in the subscription-based effort to drive the adoption of the sharing economy theme in the apparel sector. RENT has created a two-sided discovery engine on its platform which allows consumers to find/explore a wide range of apparel choices and allows brand designers to scale their businesses while also finding a consumer cohort that helps their brands expand their audience. As the post-pandemic world normalizes (exiting '21 and into '22), we see RENT as a key beneficiary of "return to work" as subscriber levels return to pre-pandemic levels and then compound growth in our forward operating estimates. In addition to growth re-acceleration, we see a mix of product acquisition strategies (due to deep brand partnerships), scale building against fixed costs and platform data advantages (in the form of customer acquisition and brand supplier insights) as driving a path to profitability in the coming years. Lastly, we see RENT as a company well positioned for an increased investor focus on ESG initiatives as the company enables the fashion luxury market to transform from a "buy" to a "share" business model.

### Three key questions and our view

In this initiation, we frame the RENT investment case around three key debates:

1. **What is the addressable market for RENT in the US?** Our view – Large TAM: RTR's immediately relevant addressable market is women in the US over 25 who work and are college educated, or roughly 38mn people in the US. If we multiply that by the approximately 56% of women who say they will consider subscribing to fashion at some point in the next 5 years, the serviceable addressable market is ~21mn people. Given RTR's subscriber base of ~100K at the end of 2Q21, we think there is ample runway for continued growth and penetration with RTR's existing product;

2. **Can RENT achieve 20%+ normalized Revenue Growth from '22 to '26?** Our view – Yes. We expect a ~25% CAGR in subscriber growth from '21 to '26 and a low single digit Revenue per Subscriber growth (~4% CAGR) driven by increased monetization of subscribers with add-ons and upgrading of plans; &

3. **What are the scenarios for Gross Margin expansion and the path to profitability?** We provide an illustrative case study of what gross margins could look like (Exhibit 15) and how different mix could impact consolidated margins (Exhibit 16). Our analysis frames 3 scenarios around the impact of mix-shift on consolidated gross margins, with Mix 1 being the current mix in FY20. In the Mix 2 scenario (1/3; 1/3; 1/3 from each of the channels) and assuming ~800bps of leverage in fulfillment expense over the next 5 years (which we expect in our model), we arrive at a 45% gross margin by FY26, which is roughly in-line with our expectations. In the Mix 3 scenario, which assumes Wholesale comes down to 25% of total units acquired, while Share by RTR is 33% and Exclusive Designs increase to 42%, we see upside for gross margin to reach ~48% of total revenue. We see this transformation as one of the keys in RENT's path to profitability in the coming years.

For the exclusive use of MLYCOURIS@SOLEBURYIR.COM

In addition to these debates, we anticipate there will continue to be a high level of investor focus on RENT's capital structure (as growth normalizes and profitability ramps in the coming years). As of the end of 2Q21, Rent the Runway had ~$280mn in net debt, which includes ~$382mn in line of credit & long term debt and ~$104mn of cash and cash equivalents on the balance sheet. Post-raise, we expect ~$70mn of net cash on the balance sheet and ~$110mn of net debt by the end of FY22. Longer term, management has spoken around their goal to reduce leverage, targeting <4x Total Debt/Adjusted EBITDA in ~24 months. Compared to our current estimates (which does not assume they pay down any debt), the company would need to keep total debt to ~$260mn by the end of FY23 to achieve ~4x leverage, on our EBITDA estimate. We would expect this reduction to come from a combination of paying down debt and reducing interest rates on existing debt as the company accesses better financing terms.

We see RENT generating a '21-'26 revenue CAGR of 29% & a 2026 GAAP EBITDA margin of 20% (compared to (13)% in 2019). In the short term, we see the key stock debate being the shape/linearity of the growth in subscriber levels as an indication that RENT's business model is continuing to improve in a post-pandemic environment, and any further clarity from company management on path to profitability and improvements in overall capital structure. Our $25 price target is based on an equal blend of (1) EV/Sales applied to our 2023 estimates and (2) a modified DCF using an EV/GAAP EBITDA multiple applied to our 2026 estimates discounted back 3 years.

Rent the Runway screens with positive results as we apply the key themes and tenets of our Goldman Sachs Internet Investing Framework, including: a) a large and growing TAM; b) gaining market share in its end market; c) product innovation; and d) a rising margin structure in the coming years. Negatives include: a) uncertainty around the path to profitability; b) a highly leveraged capital structure along with significant interest expense; and c) increasing levels of competition in the industry that could make customer acquisition more difficult/expensive. All of our industry analysis & idiosyncratic fundamental work supports our thesis for the long term.

The key risk factors to our Buy rating are: 1) ability to scale/grow subscriber growth on the back of return to work and return to big events; 2) product acquisition mix in order to improve gross margin dynamic; 3) path to profitability on the back of business operations scaling and improved operating efficiencies; and 4) current capital structure and balancing debt load with path to free cash flow generation in the coming years.

For the exclusive use of MLYCOURIS@SOLEBURYIR.COM

**Goldman Sachs**

Rent the Runway Inc. (RENT)

## Company background

Rent the Runway (RTR) is an online fashion platform that provides consumers access to designer clothing via subscription rental (Subscription), a-la-carte rental (Reserve) or purchase (Resale) through its web and mobile application. With 18,000+ styles and 750+ designer brands, the platform offers a wide variety of options including evening wear, accessories, workwear and kidswear, amongst many others. RTR estimates that the average subscriber on the platform wears clothes worth more than 20 times the cost of a monthly RTR subscription on an annualized basis.

RTR generates revenue through subscription fees, one-time rental fees and sales revenue. In FY20, 86% of total revenue came from the Subscription and Reserve businesses combined. Rent the Runway aims to grow the number of customers and subscribers on its platform through increasing brand awareness, expanding its clothing assortment and launching new categories and offerings, including internationally. We believe the company's near-term opportunities come from 1) attracting more women to its services; and 2) operational efficiencies to generate scaled growth.

### Competitive Landscape

The fashion rental market has become more popular over the last few years, particularly over the course of the pandemic, with a variety of new market entrants and offerings (Exhibit 1), including both direct competitors to Rent the Runway (Nuuly for example), as well as more verticalized players (e.g. Vivrelle in the high-end accessories space). Diversity and breadth of brands/products, retail price levels of items on the platform and subscription prices vary between the different offerings. In the clothing category, RTR prices on the higher-end of competitive offerings, although most per-unit prices average to ~$15-$30.

Additionally, many brands have launched their own rental offering, including Express, Vince and Ann Taylor, although most of these platforms only have access to their own inventory. We find that access to brands, sizing, pricing of subscription and fulfillment network capabilities are among key competitive advantages in the market. Solutions like CaaStle help brands develop their own clothing-as-a-service platform that allows them to rent out some of their inventory to customers. CaaStle manages the operations, technology and logistics of these rental platforms on brands' behalf, and the company has raised $143mn to date, according to Pitchbook.

While not competing directly, we also note that consumers increasingly have the option to purchase used high Street and/or designer items on a growing number resale platforms like Poshmark, ThredUp or TheRealReal.

For the exclusive use of MLYCOURIS@SOLEBURYIR.COM

**Exhibit 1: Rent the Runway competitive landscape analysis**

|  | Nuuly | Fashionpass | Vivrelle | Style Lend | RTR |
|---|---|---|---|---|---|
| Category | Clothing | Clothing, accessories, shoes | High-end accessories | Clothing, accessories, shoes | Clothing, accessories |
| Subscription | Yes | Yes | Yes | No | Yes |
| Price | $88/month for 6 items | $79/month for 2 clothing + 1 accessory $109/month for 3 clothing + 2 accessories $139/month for 4 clothing + 3 accessories | Classique: $99/month for one item Couture: $199/month for one item Couture+: $279/month for two items Minimum 3 month membership | Dependent on item | $89/month: 4-item plan $135/month: 8-item plan $174/month: $12-item plan $199/month: 16-item plan |
| Resale | Yes | Yes | Yes | No | Yes |

Source: Data compiled by Goldman Sachs Global Investment Research

## App Downloads

App downloads data show the significant impact that COVID-19 had on RTR's business, as well as the steady recovery in incremental downloads the company has seen since its trough. The impact of the Delta variant is also clear early in 2021, and based on this data, we expect it to take several months for growth rates to return to pre-pandemic levels. Seasonally, the holiday season has historically been strong for RTR's use case while summer appears to be a low-season, and we expect this seasonality to become more pronounced as growth normalizes. We also show how some of Rent the Runway's competitor downloads have been impacted during the pandemic.

**Exhibit 2: Rent the Runway app downloads**
2018-now



Source: Sensor Tower

**Exhibit 3: Poshmark app downloads**
2018-now

Source: Sensor Tower

For the exclusive use of MLYCOURIS@SOLEBURYIR.COM

Goldman Sachs

Rent the Runway Inc. (RENT)

**Exhibit 4: Nuuly app downloads**
July 2020 - now

**Exhibit 5: ThredUP app downloads**
2018-now



Source: Sensor Tower

Source: Sensor Tower

For the exclusive use of MLYCOURIS@SOLEBURYIR.COM

# Industry background

For the exclusive use of MLYCOURIS@SOLEBURYIR.COM

### The Secondhand Apparel Market

Rent the Runway operates within the US apparel market, which was $286 billion in 2020, according to Euromonitor, of which 37% was online. Within apparel, the TAM of the US secondhand apparel was $27bn in 2020, according to GlobalData, and is expected to reach $77bn by 2025 at a CAGR of 23%, at almost double the 12% projected growth of online apparel overall. Based on Subscription and Reserve Rental Revenue, Rent the Runway's penetration of the secondhand apparel market was <1% in 2020.

According to ThredUp's 2021 Resale Report, 33mn consumers bought secondhand apparel for the first time in 2020, while 223mn consumers say they have or are open to shopping secondhand products. Gen Z in particular is more likely to agree that apparel ownership is temporary, according to the same report.

**Exhibit 6: Size and growth of secondhand apparel market**
$bn



Source: ThredUP 2021 Resale Report, Data compiled by Goldman Sachs Global Investment Research

### User TAM Analysis

From a user perspective, Rent the Runway currently primarily serves women in the United States - over 90% of RTR's customers are working women and over 90% have at least a bachelor's degree. As a result, RTR's immediately relevant addressable market is women in the US over 25 who work and are college educated, or roughly 38mn people in the US. If we multiply by the approximately 56% of women who say they will consider subscribing to fashion at some point in the next 5 years, the serviceable addressable market is ~21mn people. Given RTR's subscriber base of ~100K at the end of 2Q21, we think there is ample runway for continued growth and penetration with RTR's existing product.

In 2019, the company also launched the kids category, which they continue to carry on the platform. As RTR continues to grow its catalog of products (including home accessories, personal accessories and ski wear), we see further upside to the addressable market.

Geographically, 47% of RTR's subscribers lived in the Top 100 cities by population as of June 2021, and subscribers are increasingly diversifying as the company continues to build out capabilities across the US, including the newer fulfillment center in Arlington, Texas. Together with the New Jersey fulfillment center, RTR's facilities cover 67% of the subscriber base within 2 days of ground transportation.

**Exhibit 7: SAM Analysis based on population**



Source: Census Bureau, Lab42, Company filings

For the exclusive use of MLYCOURIS@SOLEBURYIR.COM

# Revenue drivers, monetization vehicles and growth potential

For the exclusive use of MLYCOURIS@SOLEBURYIR.COM

RTR generates revenue in the following ways:

- **Subscription**: Plans are based on a combination of items ("spots") and number of shipments ("swaps"). Pricing for the plans ranges from $89 to $199 with customization options available that enable the addition of spots and/ or swaps. The most popular plan is the $135/month eight-item subscription plan.

- **Reserve**: Customers can rent items on an a-la-carte basis for a four or eight-day rental period.

- **Resale**: Customers can directly purchase items (pre-used) without needing a subscription. These items are sold at discounts to retail prices ranging from 10%-85%.

In FY20, the revenue split was 86.3% Subscription and Reserve rental revenue and 13.7% other revenue (primarily Resale).

**Total Revenue:** We forecast a '21-'26 revenue CAGR of 29%, with Subscription and Rental revenue growing at a 29% CAGR over the same time period and Other revenue growing 24%. We expect total revenue to grow 25% YoY and 53% YoY in FY21 and FY22, respectively, driven by an expected recovery in business trends from COVID-19 through 2022.

**Exhibit 8: Revenue by segment, FY19-FY26**
$mm



Source: Company data, Goldman Sachs Global Investment Research

**Subscription revenue is primarily a function of Active Subscribers and Average Monthly Subscription Rental Revenue per Subscriber.** We expect growth sustainability and opportunities to be driven by:

- **Active Subscribers**. RTR defines active subscribers as the number of customers with an active subscription on the last day of a given period, and excludes 'paused subscribers'. Active subscribers declined in FY20, driven by COVID-19, and we expect FY21 subscribers to grow by 121% YoY, or reach approximately 91% of 2019 subscribers.

For the exclusive use of MLYCOURIS@SOLEBURYIR.COM

As of 2Q21, total active subscribers count stood at ~98,000. The company plans to grow its subscriber base from organic adoption, paid marketing initiatives and conversion from Reserve and Resale customers. Beyond FY21, we expect subscribers to grow at a CAGR of 25% between '21-'26. We see a number of trends and tailwinds that should contribute to subscriber growth, including the return of special occasions and large-scale events where the need for dresses heightens (Exhibit 9) as pandemic-related concerns abate. Back-to-work trends should also drive user demand for work-related clothes, even as return-to-office levels continue to be well below pre-COVID levels (Exhibit 10), according to Kastle card swipe data on US companies.

**Exhibit 9: Google trend levels on specific keywords in the United States**
Interest level from 0-100



Source: Google Trends

**Exhibit 10: Kastle card swipes oin the US**



Source: Kastle

- **Average Monthly Subscription Rental Revenue per Subscriber**. Average monthly subscription revenue per subscriber declined 5% y/y in 1Q21 to $129, driven by the discontinuation of the Unlimited Plan - an unlimited spots and swaps plan that had cost $159/month - and promotional activity to help transition users from the Unlimited plan to the current selection of plans. We expect monthly average revenue per subscriber to be $130 for FY21, $135 for FY22 and $141 for FY23. For FY26, we forecast this figure to be $158, implying a 4% CAGR from '21-'26.

  On the ARPU side, we expect increases to be driven by increased monetization of subscribers as they upgrade to higher tier plans and attach add-ons 'slots' or 'swaps' on an ad-hoc basis. Given the high AOV of apparel and accessories and the growth of subscription eCommerce sales within broader eCommerce (Exhibit 11), we see room for ARPU growth in apparel subscriptions broadly.

For the exclusive use of MLYCOURIS@SOLEBURYIR.COM

**Exhibit 11: Subscription eCommerce Sales**
$bn



Source: eMarketer

**Exhibit 12: Active Subscribers and Average Monthly Subscription Rental Revenue per Subscriber, FY20-FY26**
thousands, except YoY Growth



Source: Company data, Goldman Sachs Global Investment Research

## Reserve Revenue

As the a-la-carte business, Reserve offers customers more flexibility and is typically used for special occasion rentals. As the subscription business grows, we expect Reserve revenue to decline as a % of total revenue (from 18% in FY21E to ~4% in FY26E). Reserve can function as a customer acquisition funnel for customers to try out Rent the Runway without committing directly to a monthly subscription, and we see this as a key driver of the company keeping paid marketing expenses relatively low as a % of revenue. Given the one-off nature of the Reserve business, we also expect this revenue stream to be more volatile and seasonal on a quarter-to-quarter basis.

## Other Revenue

Other revenue primarily consists of the Resale business offering pre-worn clothing at 10-85% off of original retail value, and customers can purchase Resale clothing without a subscription. As of June 2021, approximately 50% of currently active subscribers had purchased at least one item on the platform. We expect Resale revenue to grow at a 24% CAGR over the next 5 years (compared to Subscription at 34% CAGR), and act the two-part role of 1) customer acquisition channel; and 2) mechanism for RTR to retire units that they expect will underperform on ROI.

For the exclusive use of MLYCOURIS@SOLEBURYIR.COM

**Goldman Sachs**

Rent the Runway Inc. (RENT)

For the exclusive use of MLYCOURIS@SOLEBURYIR.COM

# Cost Structure and Profitability Ramp

### Merchandise Acquisition Model

The company acquires merchandise through the following three ways:

- **Wholesale (46% of new items in FY20)**: Products are purchased (usually at a discount) from brand partners and purchasing economics generally improve with scale from a particular designer. Payment and expenses are upfront at time of purchase.

- **Share by RTR (36%)**: Items are acquired on a consignment basis from brand partners with little to no upfront payment and with a revenue share model based on rental performance. Of the 130+ brands that RTR partners with in this channel, 35% also work with RTR via wholesale.

- **Exclusive Designs (18%)**: Products are designed and manufactured in collaboration with designers and brands, with manufacturing carried out through third-party partners. RTR leverages its data and brand partners design products based on the insights derived from customers. The company currently has Exclusive Designs with 11 designers and 3 influencers, with four new designs and one new influencer signed for future collaboration. RTR has a limited period of exclusivity over these designs after which they may earn a royalty fee on their external sales. In this model, RTR pays brand partners an upfront fee and minimal revenue share payments.

Over the course of the pandemic, RTR has shifted production acquisition from a majority Wholesale model to more Share by RTR (32% of units pre-COVID compared to 54% of units in the second half of FY20) as a means of reducing upfront cost.

**Exhibit 13: % of items acquired in FY19**



Source: Company data

**Exhibit 14: % of items acquired in FY20**



Source: Company data

### Expenses

**Fulfillment Expense**. Fulfillment expense include shipping costs to/from customers, as well as intra-fulfillment center costs around cleaning, repairing and processing inbound and outbound packages. We expect leverage on fulfillment expenses from scale leading to better rates with shipping partners, as well as labor and process efficiencies in fulfillment warehouses. Short-term, we expect shipping rate headwinds beginning in

3Q21 to drive de-leverage in fulfillment expense from 29% of revenue in 2Q21 to 36% in 3Q21 and 35% in 4Q21.

**Revenue Share Expense**: Revenue share expense is the payment made to partners primarily in the Share by RTR program. Revenue share expenses were 12.2% of total revenue in FY20. Short-term, we expect revenue share expenses to reach 13.5% in 3Q21 and 14.6% in 4Q21 from increased mix shift into Share by RTR. We expect rev. share as a % of total revenue to peak in FY22 as a function of product acquisition strategy and Exclusive Designs becoming a larger portion of new units acquired.

**Rental Product Depreciation**: Rental product depreciation is the deprecation on products acquired via Wholesale or Exclusive design. Rental products are depreciated over 3 years with a 20% salvage value. Rental product depreciation expenses were 44.3% of total revenue in FY20, and we expect this figure to decline as a % of revenue due to declining % of new units acquired through Wholesale. We expect rental product depreciation to reach 25.1% in 3Q21 and 24.8% in 4Q21, and decline longer term to 19% by FY26.

**Gross Profit**. Gross profit margins were 9.9% in FY20, and we expect significant leverage on gross margins. Short-term, we expect gross margins to be 25.4% in 3Q21 and 25.6% in 4Q21. Longer-term, we expect gross margins to reach 46% in FY26 and grow at a 42% CAGR from FY21-FY26.

**Marketing.** Marketing expenses were 5.1% of sales in FY20, and we expect a significant increase in marketing expenses as the company invests against the opportunity to raise awareness around the brand as mobility restrictions loosen. We expect marketing expenses to reach 11.5% of total revenue in FY21, and lever with scale towards the out years. Since RTR's inception, less than 10% of revenue has been spent on marketing, while ~88% of customers that joined were acquired by word of mouth.

**Adj. EBITDA.** Adj. EBITDA margins were -13.0% in FY20, and we expect FY23 to be the first full year of positive Adj. EBITDA margins at 8.9%. Longer term, we expect Adj. EBITDA margins to reach 31.0% by FY26, driven by leverage across Gross Margin expansion (discussed in detail in the next section), as well as opex line items. We expect ~1400bps of leverage in Technology, ~2800bps of leverage from G&A and ~550bps from other depreciation and amortization from FY21-26. In particular, G&A expenses are relatively inflated in FY21 from the IPO, which we expect to return to a more normalized level in FY22.

**Free Cash Flow and Capital Needs.** We expect Rent the Runway to be FCF negative through FY25, as the company continues to invest in its product selection, brand awareness and fulfillment processes. The company currently has $280mn in net debt, which we expect to decrease with proceeds from the IPO. The company has two fulfillment centers - Secaucus, New Jersey and Arlington, Texas, which together can support significantly more than RTR's current volume. As a result, we do not anticipate incremental capital investments into new fulfillment centers in the near future.

For the exclusive use of MLYCOURIS@SOLEBURYIR.COM

Goldman Sachs

Rent the Runway Inc. (RENT)

# Breaking down the long-term gross margin potential

We expect gross margins to expand by 1700bps over the next 5 years, driven by leverage across each component of COGS namely fulfillment expense, revenue share expense and rental product depreciation, with the merchandise acquisition channel mix being the main driver. While the company has not disclosed the specific margin profile of each acquisition channel, we lay out an illustrative case study of what gross margins could look like (Exhibit 15) and how a different mix could impact consolidated margins (Exhibit 16). In our illustration, we take the FY20 mix of Wholesale/Share by RTR/Exclusive Designs (as discussed in the previous section) and layer them into 1H21 Revenue and Gross Margin figures (since FY20 revenue and margin numbers were severely impacted by the pandemic). Based on our analysis, we estimate that Wholesale Gross Margins (~15%) < Share by RTR (~46%) < Exclusive Design (~52%).

Taking these as the gross margin profile of the three acquisition channels, we lay out three scenarios around the impact of mix-shift on consolidated gross margins, with Mix 1 being the current merchandise acquisition mix in FY20. In the second scenario Mix 2 (1/3; 1/3; 1/3 from each of the channels) and assuming ~800bps of leverage in fulfillment expense over the next 5 years (which we currently model in our base case), we arrive at a 45% gross margin by FY26, which is roughly in-line with our expectations. In the Mix 3 scenario, which assumes Wholesale comes down to 25% of total units acquired, while Share by RTR is 33% and Exclusive Designs increase to 42%, we see upside for gross margin to reach ~48% of total revenue.

**Exhibit 15: GS Analysis of gross margin evolution**
$mm

| * assuming Wholesale upfront cost and depreciation is 2x Exclusive Designs | |
|---|---|
| Wholesale | |
| Revenue = 46% of Total | $36.9 |
| Fulfillment Expenses = 46% of Total | ($10.3) |
| Rev Share Expenses | $0.0 |
| Rental Product Depreciation | ($21.0) |
| Wholesale gross profit | $5.6 |
| **Wholesale gross margin %** | **15%** |
| | |
| Share by RTR | |
| Revenue = 36% of Total | $28.9 |
| Fulfillment Expenses = 36% of Total | ($8.1) |
| Rev Share Expenses | ($7.6) |
| Rental Product Depreciation | $0.0 |
| Share by RTR gross profit | $13.2 |
| **Share by RTR gross margin %** | **46%** |
| | |
| Exclusive Designs | |
| Revenue = 18% of Total | $14.4 |
| Fulfillment Expenses = 18% of Total | ($4.03) |
| Rev Share Expenses | $0.0 |
| Rental Product Depreciation | ($2.9) |
| Exclusive Design gross profit | $7.5 |
| **Exclusive Design gross margin %** | **52%** |

Source: Company data, Goldman Sachs Global Investment Research

**Exhibit 16: Scenario analysis of merchandise acquisition mix impact on gross margins**

| Mix 1 - 46%; 36%; 18% | |
|---|---|
| Wholesale | 46% |
| Share by RTR | 36% |
| Exclusive Designs | 18% |
| | |
| Implied consolidated gross margin | 33% |
| Assumed leverage on fulfillment expenses FY21-26 | 8% |
| **Implied consolidated gross margin in FY26** | **40%** |
| | |
| **Mix 2 - 1/3; 1/3; 1/3** | |
| Wholesale | 33% |
| Share by RTR | 33% |
| Exclusive Designs | 33% |
| | |
| Implied consolidated gross margin | 37% |
| Assumed leverage on fulfillment expenses FY21-26 | 8% |
| **Implied consolidated gross margin in FY26** | **45%** |
| | |
| **Mix 3 - 25%; 33%; 42%** | |
| Wholesale | 25% |
| Share by RTR | 33% |
| Exclusive Designs | 42% |
| | |
| Implied consolidated gross margin | 41% |
| Assumed leverage on fulfillment expenses FY21-26 | 8% |
| **Implied consolidated gross margin in FY26** | **48%** |

Source: Company data, Goldman Sachs Global Investment Research

For the exclusive use of MLYCOURIS@SOLEBURYIR.COM

Goldman Sachs

# Debt and Capital Structure

As of the end of 2Q21, Rent the Runway had ~$280mn in net debt, which includes ~$382mn in line of credit & long term debt and ~$104mn of cash and cash equivalents on the balance sheet. Post-raise, we expect ~$70mn of net cash on the balance sheet and ~$110mn of net debt by the end of FY22. Longer term, management has spoken around their goal to reduce leverage, targeting <4x Total Debt/Adjusted EBITDA in ~24 months. Compared to our current estimates (which does not assume they pay down any debt), the company would need to keep total debt to ~$260mn by the end of FY23 to achieve ~4x leverage. We would expect this reduction to come from a combination of paying down debt and reducing interest rates on existing debt as the company can access better financing terms.

**Exhibit 17: Total, Net Debt and Interest Expense Expectations**
$mm



Source: Company data, Goldman Sachs Global Investment Research

**Exhibit 18: GS analysis of debt in 4Q23**

|  | Current | Target | Implied Delta |
| --- | --- | --- | --- |
| Total Debt | $514 | $265 | $250 |
| Net Debt | $219 | ($31) | $250 |
|  |  |  |  |
| Adj. EBITDA | $17 | $17 | $0 |
| Annualized Adj. EBITDA | $66 | $66 | $0 |
| **Total Debt/Adj. EBITDA** | **7.8x** | **4.0x** | **3.8x** |

Source: Company data, Goldman Sachs Global Investment Research

For the exclusive use of MLYCOURIS@SOLEBURYIR.COM

**Goldman Sachs**

# Investment Framework update

Rent the Runway screens with positive results as we apply the key themes and tenets of our Goldman Sachs Internet Investing Framework, including: a) a large and growing TAM; b) gaining market share in its end market; c) product innovation; and d) a rising margin structure in the coming years. Negatives include: a) uncertainty around the path to profitability; b) a highly leveraged capital structure along with significant interest expense; and c) increasing levels of competition in the industry that could make customer acquisition more difficult/expensive. All of our industry analysis and idiosyncratic fundamental work supports our thesis for the long term.

**Exhibit 19: Investment Framework - Rent the Runway**



Source: Company data, Goldman Sachs Global Investment Research

For the exclusive use of MLYCOURIS@SOLEBURYIR.COM

# Valuation and Risks

Referencing our broader valuation framework, we apply the two-pronged approach for growth companies (~20%+ revenue growth in the forward 2-3 years) to our RENT price target. Our $25 price target is based on an equal blend of (1) EV/Sales applied to our 2023 estimates and (2) a modified DCF using an EV/GAAP EBITDA multiple applied to our 2026 estimates discounted back 3 years. Specifically:

- 5.0x EV/Sales (or 0.12x EV/Sales-to-growth) applied to our 2023 estimates. Our ~0.12x multiple-to-growth reflects a discount to the sector average given the uncertainty around the path to profitability.

- 20x EV/GAAP EBITDA multiple applied to our 2026 estimates discounted back 3 years at 12%. The discount rate represents CAPM using the blended average of companies within our coverage universe consisting of: (1) 3% risk free rate (based on the normalized 10-year rate); (2) average beta of ~1.3; (3) equity risk premium of 7%.

**Exhibit 20: Rent the Runway Valuation Analysis**
mm, except per share data

| Scenario Analysis | Downside | Base | Upside |
|---|---|---|---|
| Valuation | $ 12 | $ 25 | $ 33 |
| % upside/downside | -26% | 54% | 104% |
| Sales (FY22E) | $ 286 | $ 301 | $ 316 |
| Downside/Upside Adjustment | -5% | - | 5% |
| Sales (FY23E) | $ 358 | $ 389 | $ 421 |
| Downside/Upside Adjustment | -8% | - | 8% |
| EV / 2023 Sales | 3.0x | 5.0x | 6.0x |
| Sales CAGR ('21-'23) | 35.0% | 40.8% | 46.3% |
| EV / Sales to Growth | 0.09x | 0.12x | 0.13x |
| Enterprise Value | $ 1,075 | $ 1,947 | $ 2,523 |
| GAAP EBITDA (FY26E) | $ 112 | $ 141 | $ 154 |
| EBITDA as % Sales | 16.0% | 20.2% | 22.0% |
| EV / 2026 EBITDA | 13.0x | 20.0x | 23.0x |
| EBITDA CAGR ('23-26) | -328.7% | -347.3% | -354.3% |
| Discount Rate | 15% | 12% | 10% |
| Discount Period (Years) | 3 | 3 | 3 |
| Enterprise Value (2026) | $ 1,453 | $ 2,827 | $ 3,534 |
| Discounted Enterprise Value (2023) | $ 955 | $ 2,012 | $ 2,655 |
| Weighting | | | |
| EV derived from Sales | 50% | 50% | 50% |
| EV derived from GAAP EBITDA | 50% | 50% | 50% |
| Enterprise Value | $ 1,015 | $ 1,979 | $ 2,589 |
| Capital Structure Adjustments | | | |
| Adjusted Net Debt - 2022E | $ 110 | $ 110 | $ 110 |
| Shares Outstanding - 2022E | 75.0 | 75.0 | 75.0 |

Source: Company data, Goldman Sachs Global Investment Research

**Key risks (-) to our Buy rating:**

(-) Competition for user growth, user engagement and wallet share across an array of similar services and brand retailers;

(-) Failure to shift merchandise acquisition mix from Wholesale to Exclusive Designs (thereby lowering overall gross margins compared to our expectations);

(-) Failure to access better financing terms on existing debt and incurring higher-than-expected interest expense and accrued interest;

(-) Fulfillment and shipping headwinds lasting longer than expected, driving gross margins to levels below expectations.

For the exclusive use of MLYCOURIS@SOLEBURYIR.COM

# Appendix

**Exhibit 21: Rent the Runway Summary**

$mn

| Rent The Runway, Inc. (RTR) | Q1 '19 | Q2 '19 | Q3 '19 | Q4 '19 | Q1 '20 | Q2 '20 | Q3 '20 | Q4 '20 | Q1 '21 | Q2 '21E | Q3 '21E | Q4 '21E | Q1 '22E | Q2 '22E | Q3 '22E | Q4 '22E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Subscription and Reserve Rental Revenue | $ 50.6 | $ 58.6 | $ 59.2 | $ 67.1 | $ 52.3 | $ 24.0 | $ 30.5 | $ 29.1 | $ 29.8 | $ 42.9 | $ 49.7 | $ 58.3 | $ 59.3 | $ 65.7 | $ 71.9 | $ 80.3 |
| *YoY Growth* | | | | | *3.4%* | *-59.0%* | *-48.5%* | *-56.6%* | *-43.1%* | *78.8%* | *63.0%* | *100.4%* | *98.9%* | *53.2%* | *44.7%* | *37.7%* |
| | | | | | | | | | | | | | | | | |
| Other Revenue | $ 4.8 | $ 4.8 | $ 5.1 | $ 6.7 | $ 7.2 | $ 4.9 | $ 5.0 | $ 4.4 | $ 3.7 | $ 3.8 | $ 3.8 | $ 4.4 | $ 4.9 | $ 5.7 | $ 6.1 | 7.1 |
| *% of Total Sales* | *8.7%* | *7.6%* | *7.9%* | *9.1%* | *12.2%* | *17.0%* | *14.1%* | *13.1%* | *11.2%* | *8.1%* | *7.1%* | *7.0%* | *7.6%* | *8.0%* | *7.8%* | *8.1%* |
| | | | | | | | | | | | | | | | | |
| Total Ending Active Subscribers (000s) | $ 101.6 | $ 106.2 | $ 118.8 | $ 133.6 | $ 52.9 | $ 54.2 | $ 65.5 | $ 54.8 | $ 74.0 | $ 97.6 | $ 114.1 | $ 120.9 | $ 131.1 | $ 143.4 | $ 168.3 | 172.3 |
| *YoY Growth* | | | | | *-47.9%* | *-49.0%* | *-44.9%* | *-59.0%* | *39.9%* | *80.1%* | *74.2%* | *120.6%* | *77.2%* | *46.9%* | *47.5%* | *42.5%* |
| | | | | | | | | | | | | | | | | |
| Average Monthly Subscription Rental Revenue per Subscriber | $ 121.0 | $ 139.0 | $ 137.0 | $ 141.0 | $ 162.0 | $ 136.0 | $ 146.0 | $ 145.0 | $ 134.0 | $ 129.0 | $ 123.5 | $ 133.7 | $ 130.3 | $ 136.8 | $ 133.6 | 138.6 |
| *YoY Growth* | | | | | *33.9%* | *-2.2%* | *6.6%* | *2.8%* | *-17.3%* | *-5.1%* | *-15.4%* | *-7.8%* | *-2.7%* | *6.1%* | *8.1%* | *3.7%* |
| | | | | | | | | | | | | | | | | |
| Revenue | $ 55.4 | $ 63.4 | $ 64.3 | $ 73.8 | $ 59.6 | $ 28.9 | $ 35.5 | $ 33.5 | $ 33.5 | $ 46.7 | $ 53.5 | $ 62.7 | $ 64.1 | $ 71.4 | $ 78.0 | 87.4 |
| *YoY Growth* | | | | | *7.5%* | *-54.4%* | *-44.8%* | *-54.6%* | *-43.7%* | *61.6%* | *50.8%* | *87.2%* | *91.2%* | *53.0%* | *45.8%* | *39.3%* |
| | | | | | | | | | | | | | | | | |
| Gross Profit | $ 13.8 | $ 17.6 | $ 8.9 | $ 13.2 | $ 10.0 | $ (1.4) | $ 2.5 | $ 4.5 | $ 8.1 | $ 18.2 | $ 13.6 | $ 16.1 | $ 17.8 | $ 23.6 | $ 22.7 | 28.9 |
| *% of Revenue* | *24.9%* | *27.8%* | *13.8%* | *17.9%* | *16.7%* | *-5.0%* | *7.0%* | *13.4%* | *24.2%* | *39.0%* | *25.4%* | *25.6%* | *27.8%* | *33.0%* | *29.1%* | *33.0%* |
| | | | | | | | | | | | | | | | | |
| Adj. EBITDA | $ 0.8 | $ (1.1) | $ (10.6) | $ (7.0) | $ (3.2) | $ (7.5) | $ (5.4) | $ (4.2) | $ (6.2) | $ (1.9) | $ (10.1) | $ (5.2) | $ (6.3) | $ 0.3 | $ (0.5) | 4.8 |
| *% of Revenue* | *1.4%* | *-1.7%* | *-16.5%* | *-9.5%* | *-5.4%* | *-26.1%* | *-15.2%* | *-12.5%* | *-18.5%* | *-4.1%* | *-18.9%* | *-8.2%* | *-9.9%* | *0.5%* | *-0.6%* | *5.5%* |
| | | | | | | | | | | | | | | | | |
| FCF | | | | | | | | | $ (10.3) | $ (5.8) | $ (14.0) | $ (31.5) | $ (16.3) | $ (17.4) | $ (21.2) | $ (29.1) |
| *% of Revenue* | | | | | | | | | *-30.7%* | *-12.4%* | *-26.2%* | *-50.2%* | *-25.4%* | *-24.3%* | *-27.2%* | *-33.3%* |

Source: Company data, Goldman Sachs Global Investment Research

For the exclusive use of MLYCOURIS@SOLEBURYIR.COM

For the exclusive use of MLYCOURIS@SOLEBURYIR.COM

# Disclosure Appendix

## Reg AC

We, Eric Sheridan, Kate Wang and Alexandra Steiger, hereby certify that all of the views expressed in this report accurately reflect our personal views about the subject company or companies and its or their securities. We also certify that no part of our compensation was, is or will be, directly or indirectly, related to the specific recommendations or views expressed in this report.

Unless otherwise stated, the individuals listed on the cover page of this report are analysts in Goldman Sachs' Global Investment Research division.

## GS Factor Profile

The Goldman Sachs Factor Profile provides investment context for a stock by comparing key attributes to the market (i.e. our coverage universe) and its sector peers. The four key attributes depicted are: Growth, Financial Returns, Multiple (e.g. valuation) and Integrated (a composite of Growth, Financial Returns and Multiple). Growth, Financial Returns and Multiple are calculated by using normalized ranks for specific metrics for each stock. The normalized ranks for the metrics are then averaged and converted into percentiles for the relevant attribute. The precise calculation of each metric may vary depending on the fiscal year, industry and region, but the standard approach is as follows:

**Growth** is based on a stock's forward-looking sales growth, EBITDA growth and EPS growth (for financial stocks, only EPS and sales growth), with a higher percentile indicating a higher growth company. **Financial Returns** is based on a stock's forward-looking ROE, ROCE and CROCI (for financial stocks, only ROE), with a higher percentile indicating a company with higher financial returns. **Multiple** is based on a stock's forward-looking P/E, P/B, price/dividend (P/D), EV/EBITDA, EV/FCF and EV/Debt Adjusted Cash Flow (DACF) (for financial stocks, only P/E, P/B and P/D), with a higher percentile indicating a stock trading at a higher multiple. The **Integrated** percentile is calculated as the average of the Growth percentile, Financial Returns percentile and (100% - Multiple percentile).

Financial Returns and Multiple use the Goldman Sachs analyst forecasts at the fiscal year-end at least three quarters in the future. Growth uses inputs for the fiscal year at least seven quarters in the future compared with the year at least three quarters in the future (on a per-share basis for all metrics).

For a more detailed description of how we calculate the GS Factor Profile, please contact your GS representative.

## M&A Rank

Across our global coverage, we examine stocks using an M&A framework, considering both qualitative factors and quantitative factors (which may vary across sectors and regions) to incorporate the potential that certain companies could be acquired. We then assign a M&A rank as a means of scoring companies under our rated coverage from 1 to 3, with 1 representing high (30%-50%) probability of the company becoming an acquisition target, 2 representing medium (15%-30%) probability and 3 representing low (0%-15%) probability. For companies ranked 1 or 2, in line with our standard departmental guidelines we incorporate an M&A component into our target price. M&A rank of 3 is considered immaterial and therefore does not factor into our price target, and may or may not be discussed in research.

## Quantum

Quantum is Goldman Sachs' proprietary database providing access to detailed financial statement histories, forecasts and ratios. It can be used for in-depth analysis of a single company, or to make comparisons between companies in different sectors and markets.

## Disclosures

**The rating(s) for Rent the Runway Inc. is/are relative to the other companies in its/their coverage universe:** Airbnb Inc., Alphabet Inc., Amazon.com Inc., Booking Holdings Inc., Chewy Inc., DoorDash Inc., Expedia Group, Lyft Inc., Meta Platforms, Inc., Netflix Inc., Peloton Interactive Inc., Pinterest Inc., Rent the Runway Inc., Snap Inc., Spotify Technology S.A., Twitter Inc., Uber Technologies Inc., eBay Inc.

## Company-specific regulatory disclosures

The following disclosures relate to relationships between The Goldman Sachs Group, Inc. (with its affiliates, "Goldman Sachs") and companies covered by the Global Investment Research Division of Goldman Sachs and referred to in this research.

Goldman Sachs beneficially owned 1% or more of common equity (excluding positions managed by affiliates and business units not required to be aggregated under US securities law) as of the month end preceding this report: Rent the Runway Inc. ($16.20)

Goldman Sachs has received compensation for investment banking services in the past 12 months: Rent the Runway Inc. ($16.20)

Goldman Sachs expects to receive or intends to seek compensation for investment banking services in the next 3 months: Rent the Runway Inc. ($16.20)

Goldman Sachs had an investment banking services client relationship during the past 12 months with: Rent the Runway Inc. ($16.20)

Goldman Sachs has managed or co-managed a public or Rule 144A offering in the past 12 months: Rent the Runway Inc. ($16.20)

Goldman Sachs makes a market in the securities or derivatives thereof: Rent the Runway Inc. ($16.20)

## Distribution of ratings/investment banking relationships

Goldman Sachs Investment Research global Equity coverage universe

| | Rating Distribution | | | Investment Banking Relationships | | |
|---|---|---|---|---|---|---|
| | Buy | Hold | Sell | Buy | Hold | Sell |
| Global | 50% | 35% | 15% | 65% | 58% | 47% |

As of October 1, 2021, Goldman Sachs Global Investment Research had investment ratings on 3,017 equity securities. Goldman Sachs assigns stocks as Buys and Sells on various regional Investment Lists; stocks not so assigned are deemed Neutral. Such assignments equate to Buy, Hold and Sell for the purposes of the above disclosure required by the FINRA Rules. See 'Ratings, Coverage universe and related definitions' below. The Investment Banking Relationships chart reflects the percentage of subject companies within each rating category for whom Goldman Sachs has provided investment banking services within the previous twelve months.

## Regulatory disclosures

### Disclosures required by United States laws and regulations

See company-specific regulatory disclosures above for any of the following disclosures required as to companies referred to in this report: manager or co-manager in a pending transaction; 1% or other ownership; compensation for certain services; types of client relationships; managed/co-managed public offerings in prior periods; directorships; for equity securities, market making and/or specialist role. Goldman Sachs trades or may trade as a principal in debt securities (or in related derivatives) of issuers discussed in this report.

The following are additional required disclosures: **Ownership and material conflicts of interest:** Goldman Sachs policy prohibits its analysts, professionals reporting to analysts and members of their households from owning securities of any company in the analyst's area of coverage. **Analyst compensation:** Analysts are paid in part based on the profitability of Goldman Sachs, which includes investment banking revenues. **Analyst as officer or director:** Goldman Sachs policy generally prohibits its analysts, persons reporting to analysts or members of their households from serving as an officer, director or advisor of any company in the analyst's area of coverage. **Non-U.S. Analysts:** Non-U.S. analysts may not be associated persons of Goldman Sachs & Co. LLC and therefore may not be subject to FINRA Rule 2241 or FINRA Rule 2242 restrictions on communications with subject company, public appearances and trading securities held by the analysts.

**Distribution of ratings:** See the distribution of ratings disclosure above. **Price chart:** See the price chart, with changes of ratings and price targets in prior periods, above, or, if electronic format or if with respect to multiple companies which are the subject of this report, on the Goldman Sachs website at https://www.gs.com/research/hedge.html.

### Additional disclosures required under the laws and regulations of jurisdictions other than the United States

The following disclosures are those required by the jurisdiction indicated, except to the extent already made above pursuant to United States laws and regulations. **Australia:** Goldman Sachs Australia Pty Ltd and its affiliates are not authorised deposit-taking institutions (as that term is defined in the Banking Act 1959 (Cth)) in Australia and do not provide banking services, nor carry on a banking business, in Australia. This research, and any access to it, is intended only for "wholesale clients" within the meaning of the Australian Corporations Act, unless otherwise agreed by Goldman Sachs. In producing research reports, members of the Global Investment Research Division of Goldman Sachs Australia may attend site visits and other meetings hosted by the companies and other entities which are the subject of its research reports. In some instances the costs of such site visits or meetings may be met in part or in whole by the issuers concerned if Goldman Sachs Australia considers it is appropriate and reasonable in the specific circumstances relating to the site visit or meeting. To the extent that the contents of this document contains any financial product advice, it is general advice only and has been prepared by Goldman Sachs without taking into account a client's objectives, financial situation or needs. A client should, before acting on any such advice, consider the appropriateness of the advice having regard to the client's own objectives, financial situation and needs. A copy of certain Goldman Sachs Australia and New Zealand disclosure of interests and a copy of Goldman Sachs' Australian Sell-Side Research Independence Policy Statement are available at: https://www.goldmansachs.com/disclosures/australia-new-zealand/index.html. **Brazil:** Disclosure information in relation to CVM Resolution n. 20 is available at https://www.gs.com/worldwide/brazil/area/gir/index.html. Where applicable, the Brazil-registered analyst primarily responsible for the content of this research report, as defined in Article 20 of CVM Resolution n. 20, is the first author named at the beginning of this report, unless indicated otherwise at the end of the text. **Canada:** Goldman Sachs Canada Inc. is an affiliate of The Goldman Sachs Group Inc. and therefore is included in the company specific disclosures relating to Goldman Sachs (as defined above). Goldman Sachs Canada Inc. has approved of, and agreed to take responsibility for, this research report in Canada if and to the extent that Goldman Sachs Canada Inc. disseminates this research report to its clients. **Hong Kong:** Further information on the securities of covered companies referred to in this research may be obtained on request from Goldman Sachs (Asia) L.L.C. **India:** Further information on the subject company or companies referred to in this research may be obtained from Goldman Sachs (India) Securities Private Limited, Research Analyst - SEBI Registration Number INH000001493, 951-A, Rational House, Appasaheb Marathe Marg, Prabhadevi, Mumbai 400 025, India, Corporate Identity Number U74140MH2006FTC160634, Phone +91 22 6616 9000, Fax +91 22 6616 9001. Goldman Sachs may beneficially own 1% or more of the securities (as such term is defined in clause 2 (h) the Indian Securities Contracts (Regulation) Act, 1956) of the subject company or companies referred to in this research report. **Japan:** See below. **Korea:** This research, and any access to it, is intended only for "professional investors" within the meaning of the Financial Services and Capital Markets Act, unless otherwise agreed by Goldman Sachs. Further information on the subject company or companies referred to in this research may be obtained from Goldman Sachs (Asia) L.L.C., Seoul Branch. **New Zealand:** Goldman Sachs New Zealand Limited and its affiliates are neither "registered banks" nor "deposit takers" (as defined in the Reserve Bank of New Zealand Act 1989) in New Zealand. This research, and any access to it, is intended for "wholesale clients" (as defined in the Financial Advisers Act 2008) unless otherwise agreed by Goldman Sachs. A copy of certain Goldman Sachs Australia and New Zealand disclosure of interests is available at: https://www.goldmansachs.com/disclosures/australia-new-zealand/index.html. **Russia:** Research reports distributed in the Russian Federation are not advertising as defined in the Russian legislation, but are information and analysis not having product promotion as their main purpose and do not provide appraisal within the meaning of the Russian legislation on appraisal activity. Research reports do not constitute a personalized investment recommendation as defined in Russian laws and regulations, are not addressed to a specific client, and are prepared without analyzing the financial circumstances, investment profiles or risk profiles of clients. Goldman Sachs assumes no responsibility for any investment decisions that may be taken by a client or any other person based on this research report. **Singapore:** Goldman Sachs (Singapore) Pte. (Company Number: 198602165W), which is regulated by the Monetary Authority of Singapore, accepts legal responsibility for this research, and should be contacted with respect to any matters arising from, or in connection with, this research. **Taiwan:** This material is for reference only and must not be reprinted without permission. Investors should carefully consider their own investment risk. Investment results are the responsibility of the individual investor. **United Kingdom:** Persons who would be categorized as retail clients in the United Kingdom, as such term is defined in the rules of the Financial Conduct Authority, should read this research in conjunction with prior Goldman Sachs research on the covered companies referred to herein and should refer to the risk warnings that have been sent to them by Goldman Sachs International. A copy of these risks warnings, and a glossary of certain financial terms used in this report, are available from Goldman Sachs International on request.

**European Union and United Kingdom:** Disclosure information in relation to Article 6 (2) of the European Commission Delegated Regulation (EU) (2016/958) supplementing Regulation (EU) No 596/2014 of the European Parliament and of the Council (including as that Delegated Regulation is implemented into United Kingdom domestic law and regulation following the United Kingdom's departure from the European Union and the European Economic Area) with regard to regulatory technical standards for the technical arrangements for objective presentation of investment recommendations or other information recommending or suggesting an investment strategy and for disclosure of particular interests or indications of conflicts of interest is available at https://www.gs.com/disclosures/europeanpolicy.html which states the European Policy for Managing Conflicts of Interest in Connection with Investment Research.

**Japan:** Goldman Sachs Japan Co., Ltd. is a Financial Instrument Dealer registered with the Kanto Financial Bureau under registration number Kinsho 69, and a member of Japan Securities Dealers Association, Financial Futures Association of Japan and Type II Financial Instruments Firms Association. Sales and purchase of equities are subject to commission pre-determined with clients plus consumption tax. See company-specific disclosures as to any applicable disclosures required by Japanese stock exchanges, the Japanese Securities Dealers Association or the Japanese Securities Finance Company.

### Ratings, coverage universe and related definitions

**Buy (B), Neutral (N), Sell (S)** Analysts recommend stocks as Buys or Sells for inclusion on various regional Investment Lists. Being assigned a Buy or Sell on an Investment List is determined by a stock's total return potential relative to its coverage universe. Any stock not assigned as a Buy or a Sell on

For the exclusive use of MLYCOURIS@SOLEBURYIR.COM

Goldman Sachs

For the exclusive use of MLYCOURIS@SOLEBURYIR.COM

an Investment List with an active rating (i.e., a stock that is not Rating Suspended, Not Rated, Coverage Suspended or Not Covered), is deemed Neutral. Each region's Investment Review Committee manages Regional Conviction lists, which represent investment recommendations focused on the size of the total return potential and/or the likelihood of the realization of the return across their respective areas of coverage. The addition or removal of stocks from such Conviction lists do not represent a change in the analysts' investment rating for such stocks.

**Total return potential** represents the upside or downside differential between the current share price and the price target, including all paid or anticipated dividends, expected during the time horizon associated with the price target. Price targets are required for all covered stocks. The total return potential, price target and associated time horizon are stated in each report adding or reiterating an Investment List membership.

**Coverage Universe:** A list of all stocks in each coverage universe is available by primary analyst, stock and coverage universe at https://www.gs.com/research/hedge.html.

**Not Rated (NR).** The investment rating, target price and earnings estimates (where relevant) have been suspended pursuant to Goldman Sachs policy when Goldman Sachs is acting in an advisory capacity in a merger or in a strategic transaction involving this company, when there are legal, regulatory or policy constraints due to Goldman Sachs' involvement in a transaction, and in certain other circumstances. **Rating Suspended (RS).** Goldman Sachs Research has suspended the investment rating and price target for this stock, because there is not a sufficient fundamental basis for determining an investment rating or target price. The previous investment rating and target price, if any, are no longer in effect for this stock and should not be relied upon. **Coverage Suspended (CS).** Goldman Sachs has suspended coverage of this company. **Not Covered (NC).** Goldman Sachs does not cover this company. **Not Available or Not Applicable (NA).** The information is not available for display or is not applicable. **Not Meaningful (NM).** The information is not meaningful and is therefore excluded.

## Global product; distributing entities

The Global Investment Research Division of Goldman Sachs produces and distributes research products for clients of Goldman Sachs on a global basis. Analysts based in Goldman Sachs offices around the world produce research on industries and companies, and research on macroeconomics, currencies, commodities and portfolio strategy. This research is disseminated in Australia by Goldman Sachs Australia Pty Ltd (ABN 21 006 797 897); in Brazil by Goldman Sachs do Brasil Corretora de Títulos e Valores Mobiliários S.A.; Public Communication Channel Goldman Sachs Brazil: 0800 727 5764 and / or contatogoldmanbrasil@gs.com. Available Weekdays (except holidays), from 9am to 6pm. Canal de Comunicação com o Público Goldman Sachs Brasil: 0800 727 5764 e/ou contatogoldmanbrasil@gs.com. Horário de funcionamento: segunda-feira à sexta-feira (exceto feriados), das 9h às 18h; in Canada by either Goldman Sachs Canada Inc. or Goldman Sachs & Co. LLC; in Hong Kong by Goldman Sachs (Asia) L.L.C.; in India by Goldman Sachs (India) Securities Private Ltd.; in Japan by Goldman Sachs Japan Co., Ltd.; in the Republic of Korea by Goldman Sachs (Asia) L.L.C., Seoul Branch; in New Zealand by Goldman Sachs New Zealand Limited; in Russia by OOO Goldman Sachs; in Singapore by Goldman Sachs (Singapore) Pte. (Company Number: 198602165W); and in the United States of America by Goldman Sachs & Co. LLC. Goldman Sachs International has approved this research in connection with its distribution in the United Kingdom.

Effective from the date of the United Kingdom's departure from the European Union and the European Economic Area ("Brexit Day") the following information with respect to distributing entities will apply:

Goldman Sachs International ("GSI"), authorised by the Prudential Regulation Authority ("PRA") and regulated by the Financial Conduct Authority ("FCA") and the PRA, has approved this research in connection with its distribution in the United Kingdom.

**European Economic Area:** GSI, authorised by the PRA and regulated by the FCA and the PRA, disseminates research in the following jurisdictions within the European Economic Area: the Grand Duchy of Luxembourg, Italy, the Kingdom of Belgium, the Kingdom of Denmark, the Kingdom of Norway, the Republic of Finland, Portugal, the Republic of Cyprus and the Republic of Ireland; GS -Succursale de Paris (Paris branch) which, from Brexit Day, will be authorised by the French Autorité de contrôle prudentiel et de resolution ("ACPR") and regulated by the Autorité de contrôle prudentiel et de resolution and the Autorité des marches financiers ("AMF") disseminates research in France; GSI - Sucursal en España (Madrid branch) authorized in Spain by the Comisión Nacional del Mercado de Valores disseminates research in the Kingdom of Spain; GSI - Sweden Bankfilial (Stockholm branch) is authorized by the SFSA as a "third country branch" in accordance with Chapter 4, Section 4 of the Swedish Securities and Market Act (Sw. lag (2007:528) om värdepappersmarknaden) disseminates research in the Kingdom of Sweden; Goldman Sachs Bank Europe SE ("GSBE") is a credit institution incorporated in Germany and, within the Single Supervisory Mechanism, subject to direct prudential supervision by the European Central Bank and in other respects supervised by German Federal Financial Supervisory Authority (Bundesanstalt für Finanzdienstleistungsaufsicht, BaFin) and Deutsche Bundesbank and disseminates research in the Federal Republic of Germany and those jurisdictions within the European Economic Area where GSI is not authorised to disseminate research and additionally, GSBE, Copenhagen Branch filial af GSBE, Tyskland, supervised by the Danish Financial Authority disseminates research in the Kingdom of Denmark; GSBE - Sucursal en España (Madrid branch) subject (to a limited extent) to local supervision by the Bank of Spain disseminates research in the Kingdom of Spain; GSBE - Succursale Italia (Milan branch) to the relevant applicable extent, subject to local supervision by the Bank of Italy (Banca d'Italia) and the Italian Companies and Exchange Commission (Commissione Nazionale per le Società e la Borsa "Consob") disseminates research in Italy; GSBE - Succursale de Paris (Paris branch), supervised by the AMF and by the ACPR disseminates research in France; and GSBE - Sweden Bankfilial (Stockholm branch), to a limited extent, subject to local supervision by the Swedish Financial Supervisory Authority (Finansinpektionen) disseminates research in the Kingdom of Sweden.

## General disclosures

This research is for our clients only. Other than disclosures relating to Goldman Sachs, this research is based on current public information that we consider reliable, but we do not represent it is accurate or complete, and it should not be relied on as such. The information, opinions, estimates and forecasts contained herein are as of the date hereof and are subject to change without prior notification. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Other than certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the analyst's judgment.

Goldman Sachs conducts a global full-service, integrated investment banking, investment management, and brokerage business. We have investment banking and other business relationships with a substantial percentage of the companies covered by our Global Investment Research Division. Goldman Sachs & Co. LLC, the United States broker dealer, is a member of SIPC (https://www.sipc.org).

Our salespeople, traders, and other professionals may provide oral or written market commentary or trading strategies to our clients and principal trading desks that reflect opinions that are contrary to the opinions expressed in this research. Our asset management area, principal trading desks and investing businesses may make investment decisions that are inconsistent with the recommendations or views expressed in this research.

The analysts named in this report may have from time to time discussed with our clients, including Goldman Sachs salespersons and traders, or may discuss in this report, trading strategies that reference catalysts or events that may have a near-term impact on the market price of the equity securities discussed in this report, which impact may be directionally counter to the analyst's published price target expectations for such stocks. Any such trading strategies are distinct from and do not affect the analyst's fundamental equity rating for such stocks, which rating reflects a stock's return potential relative to its coverage universe as described herein.

We and our affiliates, officers, directors, and employees, excluding equity and credit analysts, will from time to time have long or short positions in, act as principal in, and buy or sell, the securities or derivatives, if any, referred to in this research.

Goldman Sachs

Rent the Runway Inc. (RENT)

The views attributed to third party presenters at Goldman Sachs arranged conferences, including individuals from other parts of Goldman Sachs, do not necessarily reflect those of Global Investment Research and are not an official view of Goldman Sachs.

Any third party referenced herein, including any salespeople, traders and other professionals or members of their household, may have positions in the products mentioned that are inconsistent with the views expressed by analysts named in this report.

This research is not an offer to sell or the solicitation of an offer to buy any security in any jurisdiction where such an offer or solicitation would be illegal. It does not constitute a personal recommendation or take into account the particular investment objectives, financial situations, or needs of individual clients. Clients should consider whether any advice or recommendation in this research is suitable for their particular circumstances and, if appropriate, seek professional advice, including tax advice. The price and value of investments referred to in this research and the income from them may fluctuate. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. Fluctuations in exchange rates could have adverse effects on the value or price of, or income derived from, certain investments.

Certain transactions, including those involving futures, options, and other derivatives, give rise to substantial risk and are not suitable for all investors. Investors should review current options and futures disclosure documents which are available from Goldman Sachs sales representatives or at https://www.theocc.com/about/publications/character-risks.jsp and https://www.fiadocumentation.org/fia/regulatory-disclosures_1/fia-uniform-futures-and-options-on-futures-risk-disclosures-booklet-pdf-version-2018. Transaction costs may be significant in option strategies calling for multiple purchase and sales of options such as spreads. Supporting documentation will be supplied upon request.

**Differing Levels of Service provided by Global Investment Research:** The level and types of services provided to you by the Global Investment Research division of GS may vary as compared to that provided to internal and other external clients of GS, depending on various factors including your individual preferences as to the frequency and manner of receiving communication, your risk profile and investment focus and perspective (e.g., marketwide, sector specific, long term, short term), the size and scope of your overall client relationship with GS, and legal and regulatory constraints. As an example, certain clients may request to receive notifications when research on specific securities is published, and certain clients may request that specific data underlying analysts' fundamental analysis available on our internal client websites be delivered to them electronically through data feeds or otherwise. No change to an analyst's fundamental research views (e.g., ratings, price targets, or material changes to earnings estimates for equity securities), will be communicated to any client prior to inclusion of such information in a research report broadly disseminated through electronic publication to our internal client websites or through other means, as necessary, to all clients who are entitled to receive such reports.

All research reports are disseminated and available to all clients simultaneously through electronic publication to our internal client websites. Not all research content is redistributed to our clients or available to third-party aggregators, nor is Goldman Sachs responsible for the redistribution of our research by third party aggregators. For research, models or other data related to one or more securities, markets or asset classes (including related services) that may be available to you, please contact your GS representative or go to https://research.gs.com.

Disclosure information is also available at https://www.gs.com/research/hedge.html or from Research Compliance, 200 West Street, New York, NY 10282.

© 2021 Goldman Sachs.

**No part of this material may be (i) copied, photocopied or duplicated in any form by any means or (ii) redistributed without the prior written consent of The Goldman Sachs Group, Inc.**