# Ex. 27 – Dec. 8, 2021
# KeyBanc Analyst Report


# KeyBanc
# Capital Markets

December 08, 2021

**Technology: Internet Retail**

<span style="color:darkred">**Earnings Recap / Estimates Change**</span>

# Rent the Runway, Inc.

## RENT: 3Q – Reopening, Operational Momentum

> **RENT's solid 3Q results are in line with our framework that it is benefiting from operational improvements as well as a reopening tailwind.** Seasonality and continued COVID-related conservatism are consistent with our pre-release estimates. We believe that positive momentum will accelerate in FY22 as return-to-work and special events serve as a tailwind. Strong reactivations point to high product/brand affinity and give us confidence in active subscriber growth. See our detailed initiation (from November 21, 2021) for more information.

## Key Investment Points

**RENT continues to capitalize on reopening trends.** Ending active subscribers came in above our expectations at 116.8K, +78% y/y, representing 87% of the active subscriber count from the end of FY19 and generating revenue growth of +66% y/y. All major U.S. metros were back to 90% of pre-COVID subscriber counts except New York City; Washington, D.C.; and San Francisco, and the South Atlantic, South, and Mountain regions were higher than pre-COVID levels, demonstrating that the value proposition is relevant across diverse geographies and categories. In line with our Apparel Supercycle thesis, we think RENT is positioned well to capitalize on pent-up demand for events, return-to-work, and return-to-travel, and we think the current apparel environment, tight supply, and low markdowns increase the customer value proposition of RENT. Guidance for 4Q was roughly in line with our estimates, and we think RENT is appropriately conservative on subscriber growth given Omicron and the impact on holiday events. LT, we believe that secular trends (sustainability, rent vs. own) will drive continued growth.

**The pivot to lower cost/more capital efficient inventory structures continues to improve margins.** RENT has shown impressive gross margin expansion at 33.7% in 3Q, up nearly 20 pts compared to 3Q19. The growth of capital efficient product acquisition channels is promising, with an estimated 56% of product acquired through Exclusive Designs and Share by RTR in 2021, and further penetration should improve margins and cash flow. We see the highest margin expansion potential in increased mix of Exclusive designs, which currently represents an estimated 22% of rental product acquired in 2021, with 50% less upfront cost compared to wholesale in addition to improved longevity. Additionally, RENT is seeing promising trends in Share by RTR, with 100% designer retention and a 60% unit increase on average between 1H21 and 1H22.

*(Continued on page 2.)*

## Estimates

| FY ends 1/31 | F2020A | 1Q21A | 2Q21A | 3Q21A | 4Q21E | F2021E | F2022E |
|---|---|---|---|---|---|---|---|
| **Revenue (M)** | $157.5 | $33.5 | $46.7 | $59.0 | $63.2 | $202.4 | $302.1 |
| *Cons. Revenue* | -- | -- | -- | -- | *$62.9* | *$197.9* | *$301.9* |
| Previous | -- | -- | -- | $53.8 | $63.0 | $197.0 | -- |
| **EBITDA (M)** | $(20.3) | $(6.2) | $(1.9) | $(5.6) | $(4.4) | $(18.1) | $0.6 |
| *Cons. EBITDA* | -- | -- | -- | -- | *$(5.0)* | *$(20.6)* | *$(1.3)* |
| Previous | -- | -- | -- | $(9.5) | -- | $(22.1) | -- |
| **Valuation** | | | | | | | |
| EV/Sales | 4.9x | -- | -- | -- | -- | 3.9x | 2.6x |

*Sources: Company reports, Thomson Reuters, KeyBanc Capital Markets Inc.*

Edward Yruma / (917) 368-2394
eyruma@key.com

Abigail Zvejnieks / (917) 368-2350
abigail.zvejnieks@key.com

Samantha Hanley / (917) 368-2376
samantha.hanley@key.com

Kenny Temsupasiri / (917) 368-2293
kenny.temsupasiri@key.com

| NASDAQ: RENT | |
|---|---|
| **Rating:** | **Overweight** |
| **Price Target:** | **$21.00** |
| **Price:** | **$11.50** |



RENT $11.50 (-40% Y/Y)  —  Nasdaq (+3% Y/Y)

*Sources: Company reports, Thomson Reuters, KeyBanc Capital Markets Inc.*

## Company Data

| | |
|---|---|
| 52-week range | $11 - $25 |
| Market Cap. (M) | $801.8 |
| Shares Out. (M) | 69.72 |
| Enterprise Value (M) | $779.5 |
| Avg. Daily Volume (30D) | 2,619,379.0 |
| Total Debt (M) | $256.4 |
| Total cash & equivalents (M) | $278.7 |

*Sources: Company reports, Thomson Reuters, KeyBanc Capital Markets Inc.*

---

**For analyst certification and important disclosures, please refer to the Disclosure Appendix.**

**Rent the Runway - (RENT)**                                                    **Earnings Recap**

| | |
|---|---|
| **Valuation** | **Rent the Runway, Inc. (RENT)**<br>**At 2.6x EV/sales and 8.3x EV/gross profit, we believe valuation is attractive given the strong growth profile, improving profitability, and the disruptive nature of the business.** RENT trades at 2.6x 2022E EV/ sales and 8.3x 2022E EV/gross profit compared to 2.9x EV/sales and 6.8x EV/gross profit for the peer group. Our $21 price target assumes 4.8x 2022E EV/sales and 15.3x 2022E EV/gross profit. |
| **Investment Risks** | **Rent the Runway, Inc. (RENT)**<br>**Investment risks that could impede the stock from reaching our price target:**<br><br>**Consumer acceptance and awareness of clothing rental may not scale.** While we believe younger generations are more accepting of the secondhand/rental environment, the acceptance of clothing rental could limit RTR's TAM and constrain LT subscriber growth. Additionally, many consumers may also be limited by the price point, although subscribers receive much more value compared to their subscription price.<br><br>**Rent the Runway carries fashion risk and therefore inventory risk.** Rent the Runway currently obtains a majority of inventory through Wholesale and Exclusive Designs, so RTR acquires the inventory upfront and depreciates it over time. If the Company does not acquire the right fashion that customers want, then RTR may have to take write-offs or sell items on clearance.<br><br>**If Rent the Runway is unable to retain brand partnerships, the customer experience may decline.** Brand partnerships are crucial to acquiring the right inventory and increasing the penetration of Exclusive Designs. If RTR fails to retain and expand brand partnerships, then customer access to highly desirable fashion may falter.<br><br>**The operations and logistics of the business are very high touch and may have difficultly scaling.** RTR is required to facilitate items coming in and out of its warehouses on an ongoing basis including cleaning and repair, which, although uses technology and automation, requires multiple touch points. This may prove difficult to scale if additional automation and processes are not added.<br><br>**Supply chain delays may cause suboptimal inventory levels and customer experiences.** Delays in production may limit the growth of the closet assortment or cause items to not arrive during the correct season. Additionally, shipping delays could lead to customers receiving items past the date of their event, leading to lower customer satisfaction. |
| **Estimate Changes** | We are increasing our 2021 revenue and EBITDA estimates due to higher than anticipated 3Q results, momentum in subscriber growth, and company guidance. |
| **Key Investment Points (cont'd)** | **Margin improvement remains strong, and we see a 900+ bps expansion opportunity in 2022.** In 3Q, adjusted EBITDA margin improved +568 bps vs. 2020 and +699 bps vs. 2019, and we anticipate adjusted EBITDA breakeven in 2022. We continue to expect to see significant technology and G&A leverage going forward, with RENT efficiently leveraging fixed costs with scale. RENT is seeing strong subscriber engagement, with 24% of subscribers adding an additional item to their subscription in 3Q, and we think continued algo improvements in fit rate and personalization will increase engagement, resulting in stronger sub trends and higher contribution margin. Consistent with competitors, shipping and labor costs are headwinds, but RENT is proactively investing in automation and diversifying transportation, including opening two consolidation facilities, to offset increased fulfillment expenses. |

**Rent the Runway - (RENT)**                                                    **Earnings Recap**

## SUBSCRIBER GROWTH, IMPROVING MARGINS

### Exhibit 1: Total Ending Active Subscribers Increased +78.4% Y/Y



*Source: Company reports and KeyBanc Capital Markets Inc. estimates*

### Exhibit 2: Contribution Margin Expanded +1,722 bps Y/Y to 21.2%



*Source: Company reports and KeyBanc Capital Markets Inc. estimates*

### Exhibit 3: Adjusted EBITDA Margin Increased +568 bps Y/Y to -9.5%

| | 1Q20 | 2Q20 | 3Q20 | 4Q20 | 1Q21 | 2Q21 | 3Q21 |
|---|---|---|---|---|---|---|---|
| **Adjusted EBITDA** | (3.1) | (7.5) | (5.4) | (4.3) | (6.2) | (1.9) | (5.6) |
| Adjusted EBITDA Margin | -5.2% | -26.0% | -15.2% | -12.7% | -18.6% | -4.1% | -9.5% |
| **Adjusted EBITDA Including Rental Product Depreciation** | (25.2) | (23.4) | (22.2) | (19.2) | (18.9) | (13.1) | (19.3) |
| Adjusted EBITDA Including Rental Product Depreciation Margin | -42.4% | -81.3% | -62.4% | -57.3% | -56.5% | -28.1% | -32.7% |

*Source: Company reports and KeyBanc Capital Markets Inc. estimate*

**Rent the Runway - (RENT)**                                                                          **Earnings Recap**

### Exhibit 4: Rental Product Inventory Decreased -28.3% Y/Y



*Source: Company reports and KeyBanc Capital Markets Inc. estimates*

## EARNINGS REVISIONS

**Estimate changes.** We are increasing our 2021 revenue and EBITDA estimates due to higher than anticipated 3Q results, momentum in subscriber growth, and company guidance.

### Exhibit 5: Guidance

| FY21 | given - 3Q21 |
| --- | --- |
| Ending Active Subscribers | 121-122k |
| Revenue | $202.0-202.5M |
| Adj EBITDA Margin | -9% |

| 4Q21 | given - 3Q21 |
| --- | --- |
| Ending Active Subscribers | 121-122k |
| Revenue | $62.8-63.3M |
| Adj EBITDA Margin | -8% |

*Source: Company reports and KeyBanc Capital Markets Inc. estimate*

**Rent the Runway - (RENT)**                                                          **Earnings Recap**

## VALUATION

### Exhibit 6: Valuation Summary

| Company Name | TKR | Rating | Stock Price | 52 Week Range | Price Target | 2022E EV/Sales on PT | 2022E EV/Gross Profit on PT | Mkt Cap ($mm) | EBITDA ($M) 2021E | EBITDA ($M) 2022E | EV/Sales 2021E | EV/Sales 2022E | EV/EBITDA 2021E | EV/EBITDA 2022E | EV/Gross Profit 2021E | EV/Gross Profit 2022E | P/E 2021E | P/E 2022E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **E-COMMERCE/MARKETPLACES** | | | | | | | | | | | | | | | | | | |
| Amazon.com Inc | AMZN | OW | $3,523.16 | $2,951.95 - $3,731.41 | $4,000.00 | 3.7x | 8.8x | 1,815,484 | 71396 | 93158 | 3.8x | 3.2x | 25.0x | 19.2x | 9.1x | 7.7x | 86.9x | 66.5x |
| ASOS PLC | ASOS.L | NC | $33.42 | $30.60 - $81.58 | - | - | - | 3,340 | 445 | 406 | 0.7x | 0.6x | 7.9x | 8.7x | 1.4x | 1.3x | 16.7x | 24.8x |
| Carvana Co | CVNA | OW | $267.87 | $223.87 - $370.10 | $410.00 | 4.7x | 28.0x | 46,835 | 30 | 331 | 4.0x | 3.2x | 1656.5x | 151.2x | 25.8x | 18.7x | NA | 698.9x |
| Despegar.com Corp | DESP | OW | $9.67 | $8.35 - $17.56 | $23.00 | 2.8x | 4.4x | 791 | -45 | 66 | 1.7x | 0.9x | NA | 8.1x | 3.4x | 1.4x | NA | 109.2x |
| eBay Inc | EBAY | OW | $67.16 | $49.13 - $80.59 | $90.00 | 5.8x | 7.7x | 44,191 | 3963 | 4112 | 4.6x | 4.4x | 12.1x | 11.7x | 6.1x | 5.9x | 16.9x | 14.9x |
| ETSY Inc | ETSY | SW | $246.00 | $156.59 - $296.91 | - | - | - | 36,264 | 676 | 782 | 16.4x | 14.4x | 55.8x | 48.2x | 22.6x | 19.8x | 77.9x | 64.6x |
| Farfetch Ltd | FTCH | OW | $36.00 | $33.32 - $73.35 | $60.00 | 7.2x | 16.0x | 13,214 | 6 | 166 | 5.4x | 4.2x | 2127.3x | 74.3x | 12.3x | 9.3x | NA | NA |
| Lyft Inc | LYFT | OW | $42.21 | $38.22 - $67.42 | $72.00 | 4.9x | 8.5x | 14,257 | 92 | 323 | 3.9x | 2.7x | 135.6x | 38.8x | 7.6x | 4.7x | NA | NA |
| Mercadolibre Inc | MELI | SW | $1,210.40 | $1,052.95 - $1,984.34 | - | - | - | 60,305 | 877 | 1310 | 8.7x | 6.5x | 68.8x | 46.1x | 20.3x | 15.2x | 360.8x | 152.8x |
| Opendoor Technologies Inc | OPEN | OW | $15.69 | $14.02 - $35.88 | $42.00 | 2.2x | 27.2x | 9,467 | 60 | 106 | 1.7x | 1.0x | 211.3x | 118.7x | 18.1x | 12.0x | NA | NA |
| Peloton Interactive Inc | PTON | OW | $45.91 | $41.78 - $167.42 | $110.00 | 5.5x | 15.2x | 13,826 | -547 | 202 | 3.3x | 2.3x | NA | 68.2x | 11.1x | 6.4x | NA | NA |
| Poshmark Inc | POSH | NC | $20.26 | $16.89 - $101.50 | - | - | - | 1,560 | 4 | -4 | 3.0x | 2.5x | 270.5x | NA | 3.6x | 3.0x | NA | NA |
| Qurate Retail Inc | QRTEA | SW | $8.35 | $7.19 - $12.33 | - | - | - | 3,474 | 2104 | 2132 | 0.8x | 0.8x | 5.4x | 5.3x | 2.3x | 2.2x | 4.2x | 3.9x |
| Redfin Corp | RDFN | SW | $42.55 | $38.16 - $96.59 | - | - | - | 4,474 | -10 | 25 | 2.7x | 1.9x | NA | 202.9x | 12.0x | 7.9x | NA | NA |
| RealReal Inc | REAL | OW | $14.09 | $11.29 - $28.73 | $20.00 | 3.0x | 4.8x | 1,294 | -125 | -60 | 2.6x | 2.1x | NA | NA | 4.4x | 3.3x | NA | NA |
| Rent the Runway Inc | REAL | OW | $11.50 | $10.99 - $19.29 | $21.00 | 4.8x | 15.3x | 802 | -18 | 1 | 3.9x | 2.6x | NA | 1307.2x | 12.5x | 8.3x | NA | NA |
| Revolve Group Inc | RVLV | SW | $67.45 | $24.07 - $87.79 | - | - | - | 5,051 | 99 | 118 | 5.6x | 4.6x | 48.7x | 40.9x | 10.2x | 8.6x | 60.8x | 58.8x |
| Stitch Fix Inc | SFIX | SW | $19.00 | $19.00 - $106.41 | - | - | - | 2,059 | 65 | 47 | 0.8x | 0.8x | 26.9x | 37.3x | 1.8x | 1.7x | NA | NA |
| ThredUp Inc | TDUP | OW | $16.31 | $14.98 - $31.40 | $32.00 | 9.2x | 12.5x | 1,571 | -37 | -29 | 5.4x | 4.3x | NA | NA | 7.5x | 5.9x | NA | NA |
| Uber Technologies Inc | UBER | OW | $38.81 | $35.85 - $63.18 | $75.00 | 5.5x | 10.4x | 73,698 | -788 | 1472 | 4.3x | 2.9x | NA | 51.9x | 8.5x | 5.5x | NA | NA |
| Vroom Inc | VRM | SW | $13.56 | $12.65 - $50.93 | - | - | - | 1,855 | -319 | -289 | 0.3x | 0.2x | NA | NA | 5.0x | 2.8x | NA | NA |
| Wayfair Inc | W | SW | $237.98 | $221.30 - $345.47 | - | - | - | 25,241 | 634 | 450 | 1.9x | 1.7x | 40.8x | 57.5x | 6.6x | 6.1x | 102.0x | 620.7x |
| Wish | WISH | NC | $3.78 | $3.28 - $31.19 | - | - | - | 2,431 | -207 | -108 | 0.6x | 0.7x | NA | NA | 1.1x | 1.2x | NA | NA |
| WW International Inc | WW | SW | $18.72 | $16.41 - $40.77 | - | - | - | 1,326 | 243 | 314 | 2.1x | 1.9x | 10.7x | 8.3x | 3.5x | 3.1x | 21.3x | 10.7x |
| Zillow Group Inc | Z | SW | $65.21 | $53.00 - $199.90 | - | - | - | 16,568 | 32 | 355 | 2.2x | 2.1x | 470.7x | 42.5x | 9.7x | 8.0x | NA | 356.7x |
| **Peer Average** | | | | | | | | | | | 3.6x | 2.9x | 262.0x | 48.8x | 9.1x | 6.8x | 52.2x | 122.0x |

*Source: Company reports, Thomson Reuters, and KeyBanc Capital Markets Inc. estimates, as of December 2021.*
*Note: Data as per Thomson Reuters for companies not in our coverage universe.*
*Note: SFIX and PTON estimates calendarized for comparability purposes.*
*Note: Rating system is: OW=Overweight; SW=Sector Weight; UW=Underweight.*

**Rent the Runway - (RENT)**            **Earnings Recap**

## Exhibit 7: Quarterly Income Statement

| ($ in millions, except per share data) | 2018A Year | 2019A Year | 1QA | 2QA | 3QA | 4QA | 2020A Year | 1QA | 2QA | 3QA | 4QE | 2021A/E Year | 1QE | 2QE | 3QE | 4QE | 2022E Year | 1QE | 2QE | 3QE | 4QE | 2023E Year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Subscription and Reserve Rental Revenue | | 235.4 | 52.3 | 24.0 | 30.5 | 29.1 | 135.9 | 29.8 | 42.9 | 54.3 | 58.7 | 185.7 | 59.4 | 66.2 | 72.4 | 80.4 | 278.4 | 84.0 | 88.7 | 93.9 | 99.0 | 365.6 |
| Other Revenue | | 21.4 | 7.2 | 4.9 | 5.0 | 4.4 | 21.6 | 3.7 | 3.8 | 4.7 | 4.5 | 16.7 | 4.8 | 5.7 | 6.2 | 7.1 | 23.8 | 6.5 | 6.8 | 7.2 | 7.4 | 27.9 |
| Net revenue | | 256.9 | 59.5 | 28.8 | 35.6 | 33.6 | 157.5 | 33.5 | 46.7 | 59.0 | 63.2 | 202.4 | 64.2 | 71.8 | 78.7 | 87.5 | 302.1 | 90.5 | 95.4 | 101.1 | 106.4 | 393.5 |
| | | | | | | | | | | | | | | | | | | | | | | |
| Gross Profit excl. Depreciation | | 129.2 | 32.1 | 14.5 | 19.3 | 19.5 | 85.4 | 20.8 | 29.4 | 33.6 | 31.9 | 115.7 | 32.7 | 40.5 | 40.9 | 48.4 | 162.6 | 51.8 | 56.6 | 55.4 | 61.2 | 225.1 |
| Gross Profit | | 53.6 | 10.0 | (1.4) | 2.5 | 4.5 | 15.6 | 8.1 | 18.2 | 19.9 | 16.2 | 62.4 | 18.0 | 23.8 | 23.2 | 29.4 | 94.4 | 33.3 | 35.6 | 33.1 | 38.1 | 140.1 |
| | | | | | | | | | | | | | | | | | | | | | | |
| Costs and expenses: | | | | | | | | | | | | | | | | | | | | | | |
| Fulfillment | | 118.1 | 23.0 | 9.8 | 10.9 | 9.2 | 53.0 | 8.9 | 13.5 | 19.2 | 22.0 | 63.6 | 21.7 | 21.5 | 25.1 | 26.7 | 94.9 | 27.3 | 27.8 | 31.4 | 31.5 | 118.1 |
| Technology | | 40.2 | 10.6 | 8.0 | 9.4 | 9.7 | 37.7 | 9.7 | 10.5 | 12.8 | 11.0 | 44.0 | 10.4 | 10.8 | 11.9 | 11.9 | 44.9 | 12.8 | 12.4 | 13.2 | 12.3 | 50.8 |
| Marketing | | 22.9 | 3.9 | 1.2 | 1.5 | 1.6 | 8.1 | 2.6 | 4.8 | 10.8 | 6.3 | 24.5 | 6.9 | 7.3 | 8.1 | 9.0 | 31.4 | 10.1 | 10.1 | 10.9 | 11.5 | 42.6 |
| General and administrative | | 98.9 | 24.6 | 17.4 | 18.0 | 17.3 | 77.2 | 19.0 | 21.6 | 35.8 | 26.5 | 102.9 | 28.7 | 29.6 | 30.4 | 31.0 | 119.8 | 32.1 | 34.4 | 34.8 | 33.3 | 134.6 |
| Rental product depreciation and revenue share | | 85.2 | 26.5 | 20.4 | 22.1 | 19.9 | 89.0 | 16.6 | 15.0 | 19.9 | 25.0 | 76.5 | 24.5 | 26.6 | 30.3 | 31.4 | 112.8 | 29.8 | 32.1 | 36.6 | 36.8 | 135.3 |
| Other depreciation and amortization | | 21.6 | 6.1 | 5.6 | 5.7 | 5.7 | 23.0 | 5.1 | 4.8 | 4.7 | 6.0 | 20.6 | 5.4 | 5.7 | 5.7 | 5.8 | 22.6 | 5.9 | 6.0 | 6.0 | 6.0 | 23.9 |
| Total operating expenses | | 386.9 | 94.6 | 62.4 | 67.6 | 63.4 | 288.0 | 61.9 | 70.2 | 103.2 | 96.8 | 332.1 | 97.6 | 101.5 | 111.5 | 115.8 | 426.4 | 118.1 | 122.8 | 132.9 | 131.4 | 505.2 |
| Operating profit | | (130.0) | (35.1) | (33.6) | (32.0) | (29.8) | (130.5) | (28.4) | (23.5) | (44.2) | (33.7) | (129.8) | (33.4) | (29.7) | (32.9) | (28.3) | (124.3) | (27.6) | (27.4) | (31.8) | (24.9) | (111.8) |
| | | | | | | | | | | | | | | | | | | | | | | |
| Interest income/(expense) | | (24.0) | (9.0) | (11.5) | (11.8) | (14.4) | (46.6) | (14.5) | (14.9) | (14.3) | (8.2) | (51.9) | (8.8) | (9.5) | (10.1) | (10.8) | (39.3) | (11.6) | (12.4) | (13.2) | (14.1) | (51.3) |
| Other income/(expense) | | (0.1) | 1.0 | 0.2 | (0.5) | 5.4 | 6.0 | 0.5 | (4.1) | (29.6) | 0.0 | (33.2) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Earnings before income taxes | | (154.1) | (43.1) | (44.9) | (44.3) | (38.8) | (171.1) | (42.3) | (42.5) | (88.1) | (41.9) | (214.8) | (42.2) | (39.2) | (43.0) | (39.2) | (163.6) | (39.2) | (39.8) | (45.0) | (39.1) | (163.1) |
| | | | | | | | | | | | | | | | | | | | | | | |
| Benefit from income taxes | | 0.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.3 | 0.0 | 0.4 | 0.0 | (0.0) | 0.0 | 0.0 | (0.0) | 0.0 | (0.0) | 0.0 | 0.0 | (0.0) |
| Net income/(loss) | | (154.0) | (43.1) | (44.9) | (44.3) | (38.8) | (171.1) | (42.3) | (42.4) | (87.8) | (41.9) | (214.4) | (42.2) | (39.2) | (43.0) | (39.2) | (163.6) | (39.2) | (39.8) | (45.0) | (39.1) | (163.1) |
| | | | | | | | | | | | | | | | | | | | | | | |
| Pro forma weighted average common shares outstanding (diluted) | | 11.0 | | | | | 11.1 | | | 13.1 | 69.7 | 41.4 | 69.7 | 69.7 | 69.7 | 69.7 | 69.7 | 69.7 | 69.7 | 69.7 | 69.7 | 69.7 |
| EPS - diluted | ($14.04) | | | | | | ($15.36) | | | ($6.72) | ($0.60) | ($5.18) | ($0.61) | ($0.56) | ($0.62) | ($0.56) | ($2.35) | ($0.56) | ($0.57) | ($0.65) | ($0.56) | ($2.34) |
| | | | | | | | | | | | | | | | | | | | | | | |
| Interest (income)/expense | | 24.0 | 9.0 | 11.5 | 11.8 | 14.4 | 46.6 | 14.5 | 14.9 | 14.3 | 8.2 | 51.9 | 8.8 | 9.5 | 10.1 | 10.8 | 39.3 | 11.6 | 12.4 | 13.2 | 14.1 | 51.3 |
| Rental product depreciation | | 75.7 | 22.1 | 15.9 | 16.8 | 15.0 | 69.8 | 12.7 | 11.2 | 13.7 | 15.7 | 53.3 | 14.7 | 16.8 | 17.7 | 19.0 | 68.2 | 18.5 | 21.0 | 22.3 | 23.1 | 85.0 |
| Other depreciation and amortization | | 21.6 | 6.1 | 5.6 | 5.7 | 5.7 | 23.0 | 5.1 | 4.8 | 4.7 | 6.0 | 20.6 | 5.4 | 5.7 | 5.7 | 5.8 | 22.6 | 5.9 | 6.0 | 6.0 | 6.0 | 23.9 |
| Stock compensation | | 6.8 | 2.0 | 1.8 | 2.5 | 1.9 | 8.2 | 1.9 | 2.4 | 17.1 | 4.4 | 25.8 | 6.5 | 7.0 | 7.5 | 7.9 | 28.9 | 9.0 | 9.5 | 10.0 | 10.8 | 39.3 |
| Write-off of liquidated assets | | 4.1 | 0.6 | 0.3 | 0.7 | 1.7 | 3.3 | 1.4 | 1.4 | 1.2 | 1.1 | 5.1 | 0.7 | 1.0 | 1.7 | 1.4 | 4.8 | 0.7 | 1.0 | 1.6 | 1.4 | 4.7 |
| Non-recurring adjustments | | 3.8 | 1.2 | 2.0 | 0.7 | 0.3 | 4.2 | 1.0 | 1.8 | 1.8 | 1.8 | 6.4 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Benefit from income taxes | | (0.2) | 0.0 | 0.0 | 0.0 | 0.0 | (0.0) | 0.0 | (0.1) | (0.3) | 0.3 | (0.1) | 0.4 | 0.0 | (0.0) | 0.0 | 0.4 | (0.0) | 0.0 | (0.0) | 0.0 | (0.0) |
| Other (income)/expense | | 0.1 | (1.0) | (0.2) | 0.5 | (5.4) | (6.0) | (0.5) | 4.1 | 29.6 | 0.0 | 33.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Other (gains)/losses | | 0.0 | 0.0 | 0.5 | 0.2 | 1.0 | 1.6 | 0.0 | 0.0 | 0.0 | 0.1 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Adj. EBITDA | (18.0) | (3.1) | (7.5) | (5.4) | (4.3) | (20.3) | (6.2) | (1.9) | (5.6) | (4.4) | (18.1) | (5.7) | 0.8 | (0.3) | 5.7 | 0.6 | 6.4 | 10.2 | 8.1 | 16.4 | 41.1 | |
| Adj EBITDA Including Rental Product Depreciation | | (93.7) | (25.2) | (23.4) | (22.2) | (19.2) | (90.2) | (18.9) | (13.1) | (19.3) | (20.1) | (71.4) | (20.4) | (16.0) | (18.0) | (13.2) | (67.6) | (12.0) | (10.9) | (14.2) | (6.7) | (43.9) |
| | | | | | | | | | | | | | | | | | | | | | | |
| **Margin analysis** | | | | | | | | | | | | | | | | | | | | | | |
| Fulfillment / revenue | 46.0% | 38.7% | 34.0% | 30.6% | 27.4% | 33.6% | 26.6% | 28.9% | 32.5% | 34.8% | 31.4% | 33.8% | 29.9% | 31.9% | 30.5% | 31.4% | 30.2% | 29.1% | 31.1% | 29.6% | 30.0% | |
| Y/Y change in bps | | (412) | (998) | (2,179) | (1,706) | (1,236) | (1,209) | (512) | 192 | 740 | (221) | 720 | 100 | (60) | (430) | 1 | (360) | (80) | (85) | (85) | (142) | |
| Gross margin | 20.9% | 16.8% | (4.8%) | 7.0% | 13.4% | 9.9% | 24.2% | 39.0% | 33.7% | 25.6% | 30.8% | 28.1% | 33.1% | 29.5% | 33.6% | 31.3% | 36.8% | 37.3% | 32.7% | 35.8% | 35.6% | |
| Y/Y change in bps | | (810) | (3,260) | (680) | (461) | (1,096) | 737 | 4,382 | 2,669 | 1,218 | 2,091 | 392 | (590) | (420) | 800 | 42 | 875 | 418 | 320 | 220 | 436 | |
| Technology/sales | 15.6% | 17.8% | 27.8% | 26.4% | 28.9% | 23.9% | 29.0% | 22.5% | 21.7% | 17.5% | 21.8% | 16.2% | 15.0% | 15.1% | 13.6% | 14.9% | 14.2% | 13.0% | 13.1% | 11.6% | 12.9% | |
| Y/Y change in bps | | 301 | 1,342 | 945 | 1,274 | 826 | 1,114 | (529) | (471) | (1,140) | (215) | (1,280) | (745) | (660) | (390) | (690) | (200) | (200) | (200) | (200) | (195) | |
| Marketing/sales | 8.9% | 6.6% | 4.2% | 4.2% | 4.8% | 5.2% | 7.8% | 10.3% | 18.3% | 10.0% | 12.1% | 10.8% | 10.2% | 10.3% | 10.3% | 10.4% | 11.2% | 10.6% | 10.8% | 10.8% | 10.8% | |
| Y/Y change in bps | | (193) | (356) | (558) | (486) | (375) | 121 | 611 | 1,409 | 520 | 693 | 305 | (10) | (800) | 35 | (172) | 40 | 40 | 45 | 45 | 43 | |
| General and administrative/sales | 38.5% | 41.3% | 60.4% | 50.6% | 51.5% | 49.0% | 56.7% | 46.3% | 60.7% | 42.0% | 50.9% | 44.7% | 41.3% | 38.7% | 35.5% | 39.6% | 35.5% | 36.1% | 34.4% | 31.3% | 34.2% | |
| Y/Y change in bps | | 669 | 2,351 | 624 | 1,395 | 1,054 | 1,537 | (1,416) | 1,012 | (950) | 183 | (1,200) | (520) | (650) | (420) | (1,121) | (920) | (520) | (430) | (420) | (544) | |
| Total Opex/sales | 150.6% | 159.0% | 216.7% | 189.9% | 188.7% | 182.9% | 184.8% | 150.3% | 174.9% | 153.3% | 164.1% | 152.0% | 141.3% | 141.8% | 132.4% | 141.1% | 130.6% | 128.7% | 131.4% | 123.4% | 128.4% | |
| Y/Y change in bps | | 1,892 | 7,739 | 2,286 | 3,476 | 3,225 | 2,578 | (6,635) | (1,497) | (1,873) | (3,278) | (3,312) | (2,092) | (2,300) | (2,144) | (1,263) | (1,036) | (894) | (1,272) | | | |
| Operating margin | (50.6%) | (59.0%) | (116.7%) | (89.9%) | (88.7%) | (82.9%) | (84.8%) | (50.3%) | (74.9%) | (53.3%) | (64.1%) | (52.0%) | (41.3%) | (41.8%) | (32.4%) | (41.1%) | (30.6%) | (28.7%) | (31.4%) | (23.4%) | (28.4%) | |
| Y/Y change in bps | | (1,892) | (7,739) | (2,286) | (3,476) | (3,225) | (2,578) | 6,635 | 1,497 | 3,539 | 1,873 | 3,278 | 899 | 3,312 | 2,092 | 2,300 | 2,144 | 1,263 | 1,036 | 894 | 1,272 | |
| Adj. EBITDA margin | (7.0%) | (5.2%) | (26.0%) | (15.2%) | (12.7%) | (12.9%) | (18.6%) | (4.1%) | (9.5%) | (6.9%) | (8.9%) | (8.9%) | 1.1% | (0.3%) | 6.6% | 0.2% | 7.1% | 10.6% | 8.0% | 15.4% | 10.4% | |
| Y/Y change in bps | | (651) | (2,434) | 132 | (314) | (590) | (1,336) | 2,197 | 568 | 585 | 398 | 971 | 520 | 916 | 1,345 | 913 | 1,598 | 951 | 838 | 883 | 1,025 | |
| Adj EBITDA Including Rental Product Depreciation Margin | (36.5%) | (42.4%) | (81.3%) | (62.4%) | (57.3%) | (57.3%) | (56.5%) | (28.1%) | (32.7%) | (31.8%) | (35.3%) | (31.7%) | (22.3%) | (22.9%) | (15.1%) | (22.4%) | (13.3%) | (11.4%) | (14.0%) | (6.3%) | (11.2%) | |
| Y/Y change in bps | | (1,322) | (5,374) | (1,633) | (1,602) | (2,077) | (1,412) | 5,320 | 2,965 | 2,549 | 2,198 | 2,473 | 580 | 986 | 1,665 | 1,291 | 1,843 | 1,084 | 883 | 878 | 1,121 | |
| Effective tax rate | (0.1%) | 0.0% | 0.0% | 0.0% | 0.0% | (0.0%) | 0.0% | (0.2%) | (0.3%) | 0.0% | (0.2%) | 0.0% | 0.0% | (0.0%) | 0.0% | 0.0% | 0.0% | (0.0%) | 0.0% | 0.0% | | |
| Y/Y change in bps | | 0 | 0 | 0 | 42 | 10 | 0 | (24) | (34) | 0 | (19) | 0 | 24 | 34 | 0 | 19 | 0 | 0 | 0 | 0 | | |
| | | | | | | | | | | | | | | | | | | | | | | |
| **Y/Y growth** | | | | | | | | | | | | | | | | | | | | | | |
| Net revenue | | 7.4% | (54.6%) | (44.6%) | (54.5%) | (38.7%) | (43.7%) | 62.2% | 65.7% | 88.0% | 28.5% | 91.6% | 53.8% | 33.3% | 38.5% | 49.3% | 40.9% | 32.9% | 28.6% | 21.6% | 30.2% |
| Gross profit | | (27.5%) | (108.0%) | (71.9%) | (66.2%) | (70.9%) | (19.0%) | (1400.0%) | 696.0% | 259.5% | 299.9% | 122.7% | 30.5% | 16.7% | 81.8% | 51.4% | 84.8% | 49.7% | 42.5% | 29.6% | 48.4% |
| Fulfillment expense | | (3.0%) | (64.9%) | (67.7%) | (72.0%) | (55.2%) | (61.3%) | 37.8% | 76.1% | 138.8% | 20.0% | 143.6% | 59.1% | 30.8% | 21.4% | 49.4% | 25.9% | 29.4% | 25.1% | 18.3% | 24.3% |
| Technology expense | | 29.3% | (12.1%) | (13.8%) | (18.5%) | (6.3%) | (8.5%) | 31.3% | 36.2% | 13.7% | 16.9% | 6.9% | 2.8% | (7.2%) | 7.6% | 2.0% | 23.5% | 15.2% | 11.5% | 3.7% | 13.1% |
| Marketing expenses | | (17.0%) | (75.5%) | (76.2%) | (77.5%) | (64.4%) | (33.3%) | 300.0% | 620.0% | 293.2% | 200.7% | 166.9% | 52.3% | (25.0%) | 43.4% | 28.1% | 46.2% | 38.1% | 34.2% | 27.0% | 35.7% |
| General and administrative expense | | 28.1% | (25.6%) | (36.8%) | (37.5%) | (21.9%) | (22.8%) | 24.1% | 98.9% | 53.3% | 33.3% | 51.1% | 37.2% | (15.0%) | 17.1% | 16.4% | 11.9% | 16.2% | 14.3% | 7.3% | 12.4% |
| Total Operating expenses | | 21.9% | (29.3%) | (37.1%) | (44.2%) | (25.6%) | (34.6%) | 12.5% | 52.7% | 52.7% | 15.3% | 57.6% | 44.6% | 8.1% | 19.6% | 28.4% | 21.1% | 21.0% | 19.2% | 13.4% | 18.5% |
| Operating profit | | 58.1% | 34.9% | (25.8%) | (25.1%) | 0.4% | (19.1%) | (30.1%) | 38.1% | 13.0% | (0.6%) | 17.5% | 26.3% | (25.6%) | (15.8%) | (4.2%) | (17.2%) | (7.7%) | (3.3%) | (11.9%) | (10.1%) |
| Net earnings | | 55.0% | 48.7% | (9.0%) | (17.8%) | 11.1% | (1.8%) | (5.6%) | 98.2% | 8.0% | 25.3% | (0.2%) | (7.6%) | (51.0%) | (6.5%) | (23.7%) | (7.1%) | 1.6% | 4.6% | (0.3%) | (0.3%) |
| EPS | | | | | | | | | | | | | | | | (90.8%) | (6.5%) | (54.7%) | (7.1%) | 1.6% | 4.6% | (0.3%) | (0.3%) |
| Adj. EBITDA | | -530.6% | 594.4% | -49.1% | -39.5% | 12.8% | 100.6% | -74.7% | 3.7% | 1.7% | -11.1% | -8.6% | -142.6% | -95.3% | -231.7% | -103.3% | -213.4% | 1154.3% | -3199.5% | 185.6% | 6793.7% |

*Source: Company reports and KeyBanc Capital Markets Inc. estimates.*

## Disclosure Appendix

### *Important Disclosures*

Rent the Runway, Inc. - RENT

We have managed or co-managed a public offering of securities for Rent the Runway, Inc. within the past 12 months.

Rent the Runway, Inc. is an investment banking client of ours.

We have received compensation for investment banking services from Rent the Runway, Inc. during the past 12 months.

We expect to receive or intend to seek compensation for investment banking services from Rent the Runway, Inc. within the next three months.

As of the date of this report, we make a market in Rent the Runway, Inc..

Important disclosures for the companies mentioned in this report can be found at https://key2.bluematrix.com/sellside/Disclosures.action.

Please refer to the analysts' recently published reports for company-specific valuation and risks.

### *Reg A/C Certification*

The research analyst(s) responsible for the preparation of this research report certifies that:(1) all the views expressed in this research report accurately reflect the research analyst's personal views about any and all of the subject securities or issuers; and (2) no part of the research analyst's compensation was, is, or will be directly or indirectly related to the specific recommendations or views expressed by the research analyst(s) in this research report.

### *Three-Year Rating and Price Target History*



### *Rating Disclosures*

|  | Distribution of Ratings/IB Services Firmwide and by Sector | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  | **KeyBanc Capital Markets** | | | | | **Technology** | | | |
|  | | | IB Serv/Past 12 Mos. | | | | | IB Serv/Past 12 Mos. | |
| Rating | Count | Percent | Count | Percent | Rating | Count | Percent | Count | Percent |
| Overweight [OW] | 347 | 54.47 | 124 | 35.73 | Overweight [OW] | 126 | 69.23 | 46 | 36.51 |
| Sector Weight [SW] | 281 | 44.11 | 65 | 23.13 | Sector Weight [SW] | 55 | 30.22 | 10 | 18.18 |
| Underweight [UW] | 9 | 1.41 | 2 | 22.22 | Underweight [UW] | 1 | 0.55 | 0 | 0.00 |

**Disclosure Appendix (cont'd)**

---

### *Rating System*

**Overweight** - We expect the stock to outperform the analyst's coverage sector over the coming 6-12 months.

**Sector Weight** - We expect the stock to perform in line with the analyst's coverage sector over the coming 6-12 months.

**Underweight** - We expect the stock to underperform the analyst's coverage sector over the coming 6-12 months.

### *Other Disclosures*

KeyBanc Capital Markets is a trade name under which corporate and investment banking products and services of KeyCorp and its subsidiaries, KeyBanc Capital Markets Inc., Member FINRA/SIPC ("KBCMI"), and KeyBank National Association ("KeyBank N.A."), are marketed.

KeyBanc Capital Markets Inc. ("KBCMI") does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

This report has been prepared by KBCMI. The material contained herein is based on data from sources considered to be reliable; however, KBCMI does not guarantee or warrant the accuracy or completeness of the information. It is published for informational purposes only and should not be used as the primary basis of investment decisions. Neither the information nor any opinion expressed constitutes an offer, or the solicitation of an offer, to buy or sell any security. The opinions and estimates expressed reflect the current judgment of KBCMI and are subject to change without notice. This report may contain forward-looking statements, which involve risk and uncertainty. Actual results may differ significantly from the forward-looking statements. This report is not intended to provide personal investment advice and it does not take into account the specific investment objectives, financial situation and the specific needs of any person or entity.

No portion of an analyst's compensation is based on a specific banking transaction; however, part of his/her compensation may be based upon overall firm revenue and profitability, of which investment banking is a component. Individuals associated with KBCMI (other than the research analyst(s) listed on page 1 of this research report) may have a position (long or short) in the securities covered in this research report and may make purchases and/or sales of those securities in the open market or otherwise without notice. As required by FINRA Rule 2241(C)(4)(A), financial interest, if any, by any research analysts listed on page 1 of this report will be disclosed in Important Disclosures, Company-specific regulatory disclosures located above in the Disclosure Appendix. KBCMI itself may have a position (long or short) in the securities covered in this research report and may make purchases and/or sales of those securities in the open market or otherwise without notice. As required by FINRA Rule 2241(C)(4)(F), if KBCMI, or its affiliates, beneficially own 1% or more of any class of common equity securities in the subject company(ies) in this research report, it will be disclosed in Important Disclosures, Company-specific regulatory disclosures located above in the Disclosures Appendix. This communication is intended solely for use by KBCMI clients. The recipient agrees not to forward or copy the information to any other person without the express written consent of KBCMI.

---