# Ex. 28 – Dec. 8, 2021
# Piper Sandler Analyst Report

# PIPER | SANDLER

COMPANY NOTE
December 8, 2021

## Rent the Runway, Inc. (RENT)  —  Overweight

### Strong Q3 Beat; Runway Of Opportunity Remains Bright; PT To $23

## CONCLUSION

We remain positive on shares of RENT following their Q3 report and believe this earnings report continued to show proof points of an improving path to profitability. Sales & gross margin beat expectations and EBITDA loss came in nicely ahead of our expectations at ($5.6M)--vs. the consensus mark of ($10M). Total revenue was +66% Y/Y-accelerating from the 62% Y/Y clip in Q2. Encouragingly, active subs are at 87% of Q3-19 and total subs now eclipse pre-pandemic levels. Too, the business model is continuing to get more capital efficient with over 56% of 2021 inventory procured through Share by RTR & Exclusive Designs. We continue to see at least 6x opportunity for active subs growth over the intermediate term. Of importance, mgmt reiterated their plan to be adjusted EBITDA of breakeven in 4-6 quarters.

- **What Happened in Q3?** Q3 sales came in at $59M (+66% Y/Y), which beat the Street's $53.4M estimate. Specifically, subscription & reserve revenue was $54.3M, up 78% Y/Y to 92% of the overall sales mix. Total active subscribers were +78% Y/Y to 117k. Total active subscribers grew another 4% from the end of Sept. Total subscribers stood at 150k, which reflects ~22% paused members. GM of 33.7% beat the Street at 25.5%, 20 ppt ahead of the 13.8% in Q3-19 as structural improvements in the business are fueling GM tailwinds. All in, Q3 adj. EBITDA came in at ($5.6M)--beating the ($10M) consensus mark.

- **Guidance For FY22 Established:** FY22 revenues are now anticipated to grow +28%-29% or $202-202.5M vs. the Ce's +25% Y/Y. Active Subs are expected to be 121-122k vs. our former model of 124k while adjusted EBITDA loss of (9%) vs. our former estimate of (11.7%). Black Friday reads were strong, and mgmt expects to benefit from pent-up vacation, occasion, and office demand materializing in 2022-2023.

- **What Was New From the Call? 1) Add-On Provides Incremental Monetization:** 24% of subscribers added at least one paid item to their subscription packages. Add-ons are margin accretive as more items are added to a fixed order fulfillment cost; **2) Regional Road to Recovery**: 90% of all U.S. cities back at 90% of pre-pandemic subscriber count ex. NY, DC & SF. RENT is seeing W/W growth in NY/SF but noted only ~25%-28% are back in office in these cities. With Southern & Rockies regions ahead of pre-pandemic levels, we see RENT as a strong beneficiary to return-to-office, pent-up demand for fashion as social occasions & vacations resume in 2022; **3) Diversifying Away from National Carriers:** RENT is pursuing fulfillment cost efficiencies as national carriers hike rates. At-home pick up launched in 5 cities during Q3, with 1/3 of customers opting for this option in initial markets. RENT exited October with only 52% of fulfillment through national carriers vs. 70% at the beginning of the year; *Continued Pg. 2*

## RISKS TO ACHIEVEMENT OF PT & RECOMMENDATION

Reliance on key mgmt, competition, potential for rising CACs & deferred profitability.

## COMPANY DESCRIPTION

Rent the Runway is a subscription & a reverse logistics co. that rents fashion to women.

**PRICE: US$11.50**
**TARGET: US$23.00**
4.0x EV/FY24E Sales of $402M, SO of 70M, and net cash of $22M.

**Erinn E. Murphy**
Sr Research Analyst, Piper Sandler & Co.
612 303-8356, erinn.murphy@psc.com

**Matthew Egger**
Research Analyst, Piper Sandler & Co.
713 546-7242, matthew.egger@psc.com

**Kurt Anderson**
Research Analyst, Piper Sandler & Co.
612 303-8189, kurt.anderson@psc.com

| Changes | Previous | Current |
|---|---|---|
| Rating | — | Overweight |
| Price Tgt | US$22.00 | US$23.00 |
| FY23E Rev (mil) | US$300.7 | US$309.8 |
| FY24E Rev (mil) | US$390.2 | US$402.3 |
| FY23E EPS | US$(2.64) | US$(2.24) |
| FY24E EPS | US$(2.58) | US$(2.09) |
| 52-Week High / Low | US$24.77 / US$10.88 | |
| Shares Out (mil) | | 70.0 |
| Market Cap. (mil) | | US$805.0 |
| Total Assets ($mil) | | 478 |
| Book Value/Share | | US$1.50 |
| Price/Book | | 767% |
| Net Cash Per Share | | US$0.32 |
| Div Yield | | 0.00% |
| Fiscal Year End | | Jan |

**Price Performance - 1 Year**



*Source: Bloomberg*

| YEAR | REVENUE (US$ m) | | | | | | | | EARNINGS PER SHARE (US$) | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Apr | Jul | Oct | Jan | FY | CY | FY RM | CY RM | Apr | Jul | Oct | Jan | FY | CY | FY P/E | CY P/E |
| **2022E** | 33.5A | 46.7A | 59.0A | 63.3 | 202.5 | 309.8 | 4.0x | 2.6x | (3.49)A | (3.36)A | (6.72)A | (0.60) | (3.06) | (2.24) | NM | NM |
| **2023E** | 65.5 | 71.8 | 85.4 | 87.2 | 309.8 | 402.3 | 2.6x | 2.0x | (0.59) | (0.53) | (0.61) | (0.51) | (2.24) | (2.09) | NM | NM |
| **2024E** | 86.7 | 97.1 | 109.1 | 109.5 | 402.3 | — | 2.0x | NA | (0.59) | (0.51) | (0.56) | (0.43) | (2.09) | — | NM | NA |

Piper Sandler does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decisions. This report should be read in conjunction with important disclosure information, including an attestation under Regulation Analyst Certification, found on pages 6 - 7 of this report or at the following site: http://www.pipersandler.com/researchdisclosures.

**PIPER | SANDLER**

COMPANY NOTE
December 8, 2021

---

**What Was New From the Call, cont.**

**4) New Fit Algo:** RENT rolled-out a new Fit Algo during Q3 which drove meaningful improvements to item fit ratings; **5) Growth of Non-Wholesale Product:** 56% of total product has been acquired through non-WS channels, with 22% coming from Exclusive Designs. Exclusive designs cost 50% of WS product. Mgmt indicated they intend to continue growing this part of their product procurement strategy; & **6) Converting Reserve Customers:** In Q3, 62% of active subs came from Reserve or Paused customers--up from 50% prior. We see an ample base of already acquired consumers (400k over the TTM that have come to the brand through Reserve or Resale) that could be converted into active subs.

**What's Changing With Our Model?**

Our FY22 revenue estimate moves from $196.6M to $202.5M while our FY adjusted EBITDA moves from ($23M) to ($18.7M) for a margin of -9.2%.

For FY23 sales moves from $301M to $310 and our adjusted EBITDA remains at ($0.6M). We are moving our PT from $22 to $23 on 4.0x EV/FY24E Sales (same multiple).

---

## Rent the Runway, Inc.

Erinn Murphy, Sr. Research Analyst; Tel: 612-303-8356

*Income Statement*
*(Dollars in Millions, Except Per-Share Data)*

December 8, 2021

| | Q1 Apr-19 | Q2 Jul-19 | Q3 Oct-19 | Q4 Jan-20 | FY 2020 | Q1 Apr-20 | Q2 Jul-20 | Q3 Oct-20 | Q4 Jan-21 | FY 2021 | Q1 Apr-21 | Q2 Jul-21 | Q3 Oct-21 | Q4E Jan-22 | FY 2022 | Q1E Apr-22 | Q2E Jul-22 | Q3E Oct-22 | Q4E Jan-23 | FY 2023 | Q1E Apr-23 | Q2E Jul-23 | Q3E Oct-23 | Q4E Jan-24 | FY 2024 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Subscription and Reserve Rental Revenue** | 50.6 | 58.6 | 59.2 | 67.0 | **235.4** | 52.3 | 24.0 | 30.5 | 29.1 | **135.9** | 29.8 | 42.9 | 54.3 | 58.9 | **185.9** | 60.6 | 66.3 | 77.6 | 80.2 | **284.7** | 81.2 | 90.8 | 100.1 | 101.4 | **373.5** |
| *% Y/Y change* | | | | | | 3.4% | -59.0% | -48.5% | -56.6% | *-42.3%* | -43.0% | 78.8% | 78.0% | 102.4% | *36.8%* | 103.5% | 54.6% | 42.9% | 36.1% | *53.2%* | 33.8% | 36.9% | 29.0% | 26.5% | *31.2%* |
| **Other Revenue** | 4.8 | 4.8 | 5.1 | 6.8 | **21.5** | 7.3 | 4.9 | 5.0 | 4.4 | **21.6** | 3.7 | 3.8 | 4.7 | 4.4 | **16.6** | 4.8 | 5.5 | 7.8 | 7.0 | **25.1** | 5.5 | 6.3 | 8.9 | 8.1 | **28.9** |
| *% Y/Y change* | | | | | | 52.1% | 2.1% | -2.0% | -35.3% | *0.5%* | -49.3% | -22.4% | -6.0% | 1.0% | *-22.9%* | 30.0% | 45.0% | 65.0% | 58.0% | *50.8%* | 15.0% | 15.0% | 15.0% | 15.0% | *15.0%* |
| **Total revenue** | 55.4 | 63.4 | 64.3 | 73.8 | **256.9** | 59.6 | 28.9 | 35.5 | 33.5 | **157.5** | 33.5 | 46.7 | 59.0 | 63.3 | **202.5** | 65.5 | 71.8 | 85.4 | 87.2 | **309.8** | 86.7 | 97.1 | 109.1 | 109.5 | **402.3** |
| *% Y/Y change* | | | | | | 7.6% | -54.4% | -44.8% | -54.6% | *-38.7%* | -43.8% | 61.6% | 66.2% | 89.1% | *28.6%* | 95.4% | 53.8% | 44.7% | 37.6% | *53.0%* | 32.5% | 35.2% | 27.7% | 25.6% | *29.9%* |
| *$ Y/Y Change* | | | | | | 4.2 | -34.5 | -28.8 | -40.3 | *(99.4)* | -26.1 | 17.8 | 23.5 | 29.8 | *45.0* | 32.0 | 25.1 | 26.4 | 23.8 | *107.3* | 21.2 | 25.3 | 23.7 | 22.3 | *92.5* |
| Fulfillment Expense | 23.7 | 27.9 | 33.7 | 32.8 | **118.1** | 23.0 | 9.8 | 10.9 | 9.2 | **52.9** | 8.8 | 13.5 | 19.2 | 22.2 | **63.7** | 21.9 | 21.6 | 27.3 | 27.0 | **97.8** | 28.0 | 28.0 | 33.6 | 32.6 | **122.2** |
| *% Revenue* | 42.8% | 44.0% | 52.4% | 44.4% | *46.0%* | 38.6% | 33.9% | 30.7% | 27.5% | *33.6%* | 26.3% | 28.9% | 32.5% | 35.0% | *31.4%* | 33.5% | 30.0% | 32.0% | 31.0% | *31.6%* | 32.3% | 28.8% | 30.8% | 29.8% | *30.4%* |
| *% Y/Y change* | | | | | | -3.0% | -64.9% | -67.7% | -72.0% | *-55.2%* | -61.7% | 37.8% | 76.1% | 141.0% | *20.4%* | 149.2% | 59.6% | 42.3% | 21.9% | *53.6%* | 27.7% | 29.8% | 23.0% | 20.7% | *24.9%* |
| Rental Product Depreciation and Revenue Share | 17.9 | 17.9 | 21.7 | 27.7 | **85.2** | 26.5 | 20.4 | 22.1 | 19.9 | **88.9** | 16.6 | 15.0 | 19.9 | 25.0 | **76.5** | 24.9 | 26.7 | 33.0 | 31.5 | **116.1** | 30.3 | 33.2 | 38.9 | 36.2 | **138.7** |
| *% Revenue* | 32.3% | 28.2% | 33.7% | 37.5% | *33.2%* | 44.5% | 70.6% | 62.3% | 59.4% | *56.4%* | 49.6% | 32.1% | 33.7% | 39.5% | *37.8%* | 38.0% | 37.2% | 38.7% | 36.1% | *37.5%* | 35.0% | 34.2% | 35.7% | 33.1% | *34.5%* |
| *% Y/Y change* | | | | | | 48.0% | 14.0% | 1.8% | -28.2% | *4.3%* | -37.4% | -26.5% | -10.0% | 25.7% | *-13.9%* | 49.8% | 78.2% | 66.0% | 25.8% | *51.7%* | 22.0% | 24.3% | 17.8% | 15.1% | *19.5%* |
| **Gross Profit** | 13.8 | 17.6 | 8.9 | 13.3 | **53.6** | 10.1 | -1.3 | 2.5 | 4.4 | **15.7** | 8.1 | 18.2 | 19.9 | 16.2 | **62.4** | 18.7 | 23.6 | 25.0 | 28.7 | **95.9** | 28.3 | 35.9 | 36.5 | 40.6 | **141.4** |
| *% Revenue* | 24.9% | 27.8% | 13.8% | 18.0% | *20.9%* | 16.9% | -4.5% | 7.0% | 13.1% | *10.0%* | 24.2% | 39.0% | 33.7% | 25.5% | *30.8%* | 28.5% | 32.8% | 29.3% | 32.9% | *31.0%* | 32.7% | 37.0% | 33.5% | 37.1% | *35.2%* |
| *% Y/Y change* | | | | | | -26.8% | -107.4% | -71.9% | -66.9% | *-70.7%* | -19.8% | -1500.0% | 696.0% | 267.1% | *297.1%* | 130.3% | 29.5% | 25.7% | 77.6% | *53.8%* | 52.0% | 52.5% | 46.1% | 41.6% | *47.5%* |
| Technology Expense | 8.2 | 9.1 | 10.9 | 11.9 | **40.1** | 10.6 | 8.0 | 9.4 | 9.7 | **37.7** | 9.7 | 10.5 | 12.8 | 11.4 | **44.4** | 10.6 | 10.8 | 12.6 | 11.8 | **45.8** | 12.7 | 13.1 | 14.5 | 13.1 | **53.5** |
| *% Revenue* | 14.8% | 14.4% | 17.0% | 16.1% | *15.6%* | 17.8% | 27.7% | 26.5% | 29.0% | *23.9%* | 29.0% | 22.5% | 21.7% | 18.0% | *21.9%* | 16.2% | 15.0% | 14.8% | 13.5% | *14.8%* | 14.7% | 13.5% | 13.3% | 12.0% | *13.3%* |
| *% Y/Y change* | | | | | | 29.3% | -12.1% | -13.8% | -18.5% | *-6.0%* | -8.5% | 31.3% | 36.2% | 17.5% | *17.8%* | 9.3% | 2.6% | -1.3% | 3.2% | *3.1%* | 20.2% | 21.7% | 14.8% | 11.6% | *16.8%* |
| Marketing Expense | 4.7 | 4.9 | 6.3 | 7.1 | **23.0** | 3.9 | 1.2 | 1.5 | 1.6 | **8.2** | 2.6 | 4.8 | 10.8 | 6.0 | **24.2** | 7.0 | 7.5 | 8.5 | 8.7 | **31.8** | 9.8 | 10.8 | 11.6 | 11.6 | **43.7** |
| *% Revenue* | 8.5% | 7.7% | 9.8% | 9.6% | *9.0%* | 6.5% | 4.2% | 4.2% | 4.8% | *5.2%* | 7.8% | 10.3% | 18.3% | 9.5% | *12.0%* | 10.7% | 10.5% | 10.0% | 10.0% | *10.3%* | 11.3% | 11.1% | 10.6% | 10.6% | *10.9%* |
| *% Y/Y change* | | | | | | -17.0% | -75.5% | -76.2% | -77.5% | *-64.3%* | -33.3% | 300.0% | 620.0% | 276.1% | *195.3%* | 169.4% | 57.1% | -21.0% | 44.9% | *31.3%* | 39.9% | 42.9% | 35.4% | 33.1% | *37.5%* |
| General & Administrative Expense | 19.2 | 23.4 | 28.5 | 27.7 | **98.8** | 24.6 | 17.4 | 18.0 | 17.3 | **77.3** | 19.0 | 21.6 | 35.8 | 26.6 | **103.0** | 29.5 | 29.5 | 33.3 | 31.4 | **123.6** | 34.7 | 35.0 | 37.1 | 33.9 | **140.7** |
| *% Revenue* | 34.7% | 36.9% | 44.3% | 37.5% | *38.5%* | 41.3% | 60.2% | 50.7% | 51.6% | *49.1%* | 56.7% | 46.3% | 60.7% | 42.0% | *50.9%* | 45.0% | 41.0% | 39.0% | 36.0% | *39.9%* | 40.0% | 36.0% | 34.0% | 31.0% | *35.0%* |
| *% Y/Y change* | | | | | | 28.1% | -25.6% | -36.8% | -37.5% | *-21.8%* | -22.8% | 24.1% | 98.9% | 53.8% | *33.3%* | 55.0% | 36.4% | -7.0% | 18.0% | *20.0%* | 17.7% | 18.7% | 11.4% | 8.1% | *13.8%* |
| Other Depreciation and Amortization | 3.9 | 5.2 | 6.3 | 6.3 | **21.7** | 6.1 | 5.6 | 5.7 | 5.7 | **23.1** | 5.1 | 4.8 | 4.7 | 6.1 | **20.7** | 5.6 | 5.7 | 6.2 | 5.8 | **23.4** | 6.2 | 6.4 | 6.4 | 5.8 | **24.8** |
| *% Revenue* | 7.0% | 8.2% | 9.8% | 8.5% | *8.4%* | 10.2% | 19.4% | 16.1% | 17.0% | *14.7%* | 15.2% | 10.3% | 8.0% | 9.6% | *10.2%* | 8.5% | 8.0% | 7.3% | 6.7% | *7.5%* | 7.1% | 6.6% | 5.9% | 5.3% | *6.2%* |
| *% Y/Y change* | | | | | | 56.4% | 7.7% | -9.5% | -9.5% | *6.5%* | -16.4% | -14.3% | -17.5% | 6.7% | *-10.5%* | 9.1% | 19.7% | 32.6% | -3.9% | *13.1%* | 10.6% | 11.5% | 3.2% | -0.7% | *6.1%* |
| **Total Operating Expenses** | 36.0 | 42.6 | 52.0 | 53.0 | **183.6** | 45.2 | 32.2 | 34.6 | 34.3 | **146.3** | 36.4 | 41.7 | 64.1 | 50.1 | **192.3** | 52.6 | 53.5 | 60.7 | 57.7 | **224.6** | 63.4 | 65.3 | 69.6 | 64.5 | **262.7** |
| *% Revenue* | 65.0% | 67.2% | 80.9% | 71.8% | *71.5%* | 75.8% | 111.4% | 97.5% | 102.4% | *92.9%* | 108.7% | 89.3% | 108.6% | 79.1% | *94.9%* | 80.4% | 74.5% | 71.1% | 66.2% | *72.5%* | 73.1% | 67.2% | 63.8% | 58.9% | *65.3%* |
| *% Y/Y change* | | | | | | 25.6% | -24.4% | -33.5% | -35.3% | *-20.3%* | -19.5% | 29.5% | 85.3% | 46.1% | *31.4%* | 44.6% | 28.3% | -5.3% | 15.2% | *16.8%* | 20.4% | 22.0% | 14.6% | 11.7% | *17.0%* |
| **Operating Income (Loss)** | (22.2) | (25.0) | (43.1) | (39.7) | **(130.0)** | (35.1) | (33.5) | (32.1) | (29.9) | **(130.6)** | (28.3) | (23.5) | (44.2) | (33.9) | **(129.9)** | (34.0) | (30.0) | (35.7) | (29.0) | **(128.6)** | (35.0) | (29.3) | (33.0) | (23.9) | **(121.3)** |
| *% Revenue* | -40.1% | -39.4% | -67.0% | -53.8% | *-50.6%* | -58.9% | -115.9% | -90.4% | -89.3% | *-82.9%* | -84.5% | -50.3% | -74.9% | -53.6% | *-64.2%* | -51.9% | -41.7% | -41.8% | -33.3% | *-41.5%* | -40.4% | -30.2% | -30.3% | -21.8% | *-30.1%* |
| *% Y/Y change* | | | | | | 58.1% | 34.0% | -25.5% | -24.7% | *0.5%* | -19.4% | -29.9% | 37.7% | 13.5% | *-0.5%* | 20.0% | 27.5% | -19.3% | -14.5% | *-1.0%* | 3.1% | -2.1% | -7.4% | -17.8% | *-5.7%* |
| **Non-Operating Expenses:** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Interest Income (Expense) | -5.6 | -5.2 | -5.6 | -7.6 | **-24.0** | -9.0 | -11.5 | -11.8 | -14.4 | **-46.7** | -14.5 | -14.9 | -14.3 | -7.7 | **-51.4** | -7.7 | -7.7 | -7.7 | -7.7 | **-30.9** | -7.7 | -7.7 | -7.7 | -7.7 | **-30.9** |
| Other Income (Expense) | 0.0 | -0.1 | 0.0 | 0.0 | **-0.1** | 1.0 | 0.2 | -0.5 | 5.4 | **6.1** | 0.5 | -4.1 | -29.6 | 0.0 | **-33.2** | 0.0 | 0.0 | 0.0 | 0.0 | **0.0** | 0.0 | 0.0 | 0.0 | 0.0 | **0.0** |
| **Income Before Taxes** | (27.8) | (30.3) | (48.7) | (47.3) | **(154.1)** | (43.1) | (44.8) | (44.4) | (38.9) | **(171.2)** | (42.3) | (42.5) | (88.1) | (41.7) | **(214.6)** | (41.7) | (37.7) | (43.4) | (36.7) | **(159.5)** | (42.7) | (37.0) | (40.8) | (31.6) | **(152.1)** |
| *% Revenue* | -50.2% | -47.8% | -75.7% | -64.1% | *-60.0%* | -72.3% | -155.0% | -125.1% | -116.1% | *-108.7%* | -126.3% | -91.0% | -149.3% | -65.8% | *-105.9%* | -63.7% | -52.4% | -50.8% | -42.1% | *-51.5%* | -49.3% | -38.1% | -37.4% | -28.8% | *-37.8%* |
| Provision for income taxes | 0.0 | 0.0 | 0.0 | -0.2 | **-0.2** | 0.0 | 0.0 | 0.0 | 0.0 | **0.0** | 0.0 | -0.1 | -0.3 | 0.0 | **-0.4** | 0.0 | 0.0 | 0.0 | 0.0 | **0.0** | 0.0 | 0.0 | 0.0 | 0.0 | **0.0** |
| *% Tax Rate (GAAP)* | 0.0% | 0.0% | 0.0% | 0.4% | *0.1%* | 0.0% | 0.0% | 0.0% | 0.0% | *0.0%* | 0.0% | 0.2% | 0.3% | 0.0% | *0.2%* | 0.0% | 0.0% | 0.0% | 0.0% | *0.0%* | 0.0% | 0.0% | 0.0% | 0.0% | *0.0%* |
| **GAAP Net income (loss)** | ($27.8) | ($30.2) | ($48.7) | ($47.2) | **($153.9)** | ($43.1) | ($44.9) | ($44.3) | ($38.9) | **($171.2)** | ($42.3) | ($42.4) | ($87.8) | ($41.7) | **($214.2)** | ($41.7) | ($37.7) | ($43.4) | ($36.7) | **($159.5)** | ($42.7) | ($37.0) | ($40.8) | ($31.6) | **($152.1)** |
| **GAAP EPS Diluted** | | | | | | | | | | **$ (14.13)** | $ (3.49) | $ (3.36) | $ (6.72) | $ (0.60) | **$ (3.06)** | $ (0.59) | $ (0.53) | $ (0.61) | $ (0.51) | **$ (2.24)** | $ (0.59) | $ (0.51) | $ (0.56) | $ (0.43) | **$ (2.09)** |
| Diluted weighted average shares (M) | | | | | | | | 11.1 | 11.6 | 12.1 | 12.1 | 12.6 | 13.1 | 70.0 | **70.0** | 70.5 | 71.0 | 71.5 | 72.0 | **71.3** | 72.0 | 72.5 | 73.0 | 73.5 | **72.8** |
| **GAAP Net income** | ($27.8) | ($30.2) | ($48.7) | ($47.2) | **($153.9)** | ($43.1) | ($44.9) | ($44.3) | ($38.9) | **($171.2)** | ($42.3) | ($42.4) | ($87.8) | ($41.7) | **($214.2)** | ($41.7) | ($37.7) | ($43.4) | ($36.7) | **($159.5)** | ($42.7) | ($37.0) | ($40.8) | ($31.6) | **($152.1)** |
| Interest (income) / expense | 5.6 | 5.2 | 5.6 | 7.6 | **46.7** | 9.0 | 11.5 | 11.8 | 14.4 | **46.7** | 14.5 | 14.9 | 14.3 | 7.7 | **51.4** | 7.7 | 7.7 | 7.7 | 7.7 | **30.9** | 7.7 | 7.7 | 7.7 | 7.7 | **30.9** |
| Rental product depreciation | 16.9 | 16.4 | 19.0 | 23.4 | **75.7** | 22.1 | 15.9 | 16.8 | 15.0 | **69.8** | 12.7 | 11.2 | 13.7 | 15.5 | **53.1** | 14.9 | 16.8 | 19.2 | 19.0 | **70.0** | 19.0 | 21.8 | 23.6 | 22.8 | **87.1** |
| *as % of Rental product depr & revenue share* | 94.4% | 91.6% | 87.6% | 84.5% | *88.8%* | 83.4% | 77.9% | 76.0% | 75.4% | *78.5%* | 76.5% | 74.7% | 68.8% | 62.0% | *69.4%* | 60.0% | 63.0% | 58.0% | 60.5% | *60.3%* | 62.5% | 65.5% | 60.5% | 63.0% | *62.8%* |
| Other depreciation and amortization | 3.9 | 5.2 | 6.3 | 6.3 | **21.7** | 6.1 | 5.6 | 5.7 | 5.7 | **23.1** | 5.1 | 4.8 | 4.7 | 6.1 | **20.7** | 5.6 | 5.7 | 6.2 | 5.8 | **23.4** | 6.2 | 6.4 | 6.4 | 5.8 | **24.8** |
| Stock compensation | 1.4 | 1.5 | 2.0 | 1.9 | **6.8** | 2.0 | 1.8 | 2.5 | 1.9 | **8.2** | 1.9 | 2.4 | 17.1 | 4.4 | **25.8** | 6.5 | 7.2 | 8.4 | 7.8 | **29.9** | 9.0 | 10.1 | 11.1 | 10.3 | **40.5** |
| *as % of revenue* | 2.5% | 2.4% | 3.1% | 2.6% | *8.0%* | 3.4% | 6.2% | 7.0% | 5.7% | *9.2%* | 5.7% | 5.1% | 29.0% | 7.0% | *33.8%* | 10.0% | 10.0% | 9.8% | 9.0% | *25.8%* | 10.4% | 10.4% | 10.2% | 9.4% | *29.2%* |
| Write-off of liquidated assets | 0.8 | 0.5 | 1.6 | 1.3 | **4.2** | 0.6 | 0.3 | 0.7 | 1.7 | **3.3** | 1.4 | 1.4 | 1.2 | 1.1 | **5.1** | 0.7 | 1.0 | 1.7 | 1.4 | **4.8** | 0.7 | 1.0 | 1.6 | 1.4 | **4.7** |
| Non-recurring adjustments | 0.0 | 0.3 | 3.6 | -0.1 | **3.8** | 1.2 | 2.0 | 0.7 | 0.3 | **4.2** | 1.0 | 1.8 | 1.8 | 1.8 | **6.4** | 0.0 | 0.0 | 0.0 | 0.0 | **0.0** | 0.0 | 0.0 | 0.0 | 0.0 | **0.0** |
| Benefit from income taxes | 0.0 | 0.0 | 0.0 | -0.2 | **-0.2** | 0.0 | 0.0 | 0.0 | 0.0 | **0.0** | 0.0 | -0.1 | -0.3 | 0.0 | **-0.4** | 0.0 | 0.0 | 0.0 | 0.0 | **0.0** | 0.0 | 0.0 | 0.0 | 0.0 | **0.0** |
| Other (income) / expense | 0.0 | 0.1 | 0.0 | 0.0 | **0.1** | -1.0 | -0.2 | 0.5 | -5.4 | **-6.1** | -0.5 | 4.1 | 29.6 | 0.0 | **33.2** | 0.0 | 0.0 | 0.0 | 0.0 | **0.0** | 0.0 | 0.0 | 0.0 | 0.0 | **0.0** |
| Other (gains) / losses | 0.0 | 0.0 | 0.0 | 0.0 | **0.0** | 0.0 | 0.0 | 0.5 | 0.2 | **1.7** | 0.0 | 0.0 | 0.1 | 0.0 | **0.0** | 0.0 | 0.0 | 0.0 | 0.0 | **0.0** | 0.0 | 0.0 | 0.0 | 0.0 | **0.0** |
| **Adjusted EBITDA** | $0.8 | ($1.0) | ($10.6) | ($7.0) | **($17.8)** | ($3.1) | ($7.5) | ($5.4) | ($4.3) | **($20.3)** | ($6.2) | ($1.9) | ($5.6) | ($5.0) | **($18.7)** | ($6.2) | $0.8 | ($0.2) | $5.1 | **($0.6)** | ($0.2) | $9.9 | $9.7 | $16.5 | **$35.9** |
| *Adjusted EBITDA Margin* | 1.4% | -1.6% | -16.5% | -9.5% | *-6.9%* | -5.2% | -26.0% | -15.2% | -12.8% | *-12.9%* | -18.5% | -4.1% | -9.5% | -7.9% | *-9.2%* | -9.5% | 1.1% | -0.3% | 5.8% | *-0.2%* | -0.2% | 10.2% | 8.9% | 15.0% | *8.9%* |
| *% Y/Y change* | | | | | | | | | | | | | | | | | | | | | | | | | |

http://www.pipersandler.com/researchdisclosures

# Rent the Runway, Inc.

*Balance Sheet*
*(Dollars in Millions, Except Per-Share Data)*

| | Q1 Apr-19 | Q2 Jul-19 | Q3 Oct-19 | Q4 Jan-20 | FY 2020 | Q1 Apr-20 | Q2 Jul-20 | Q3 Oct-20 | Q4 Jan-21 | FY 2021 | Q1 Apr-21 | Q2 Jul-21 | Q3 Oct-21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | | | | | | | |
| Current assets | | | | | | | | | | | | | |
| Cash and cash equivalents | 59.7 | 29.9 | 26.4 | 31.4 | 31.4 | 116.9 | 85.6 | 109.0 | 95.3 | 95.3 | 103.8 | 104.0 | 278.7 |
| Restricted Cash | 12.6 | 12.5 | 11.5 | 10.5 | 10.5 | 5.2 | 0.5 | 3.5 | 3.4 | 3.4 | 2.9 | 1.8 | 5.6 |
| Prepaid expenses and other current assets | 3.9 | 3.7 | 7.3 | 5.0 | 5.0 | 8.5 | 4.5 | 5.8 | 4.7 | 4.7 | 5.2 | 5.2 | 5.4 |
| **Total Current Assets** | **76.2** | **46.1** | **45.2** | **46.9** | **46.9** | **130.6** | **90.6** | **118.3** | **103.4** | **103.4** | **111.9** | **111.0** | **289.7** |
| | | | | | | | | | | | | | |
| Long-Term Assets | | | | | | | | | | | | | |
| Rental product, net | 98.1 | 100.7 | 120.2 | 116.0 | 116.0 | 132.0 | 121.7 | 111.4 | 97.6 | 97.6 | 87.8 | 77.6 | 79.9 |
| Fixed assets, net | 55.7 | 60.2 | 59.5 | 65.4 | 65.4 | 67.9 | 68.1 | 67.0 | 64.7 | 64.7 | 61.6 | 59.7 | 57.5 |
| Intangible assets, net | 7.8 | 7.9 | 8.9 | 9.0 | 9.0 | 9.1 | 8.5 | 7.7 | 7.8 | 7.8 | 7.3 | 6.9 | 6.8 |
| Operating lease right of use assets | 36.7 | 35.5 | 34.4 | 34.5 | 34.5 | 33.2 | 36.0 | 36.6 | 34.9 | 34.9 | 34.1 | 33.2 | 32.4 |
| Restricted Cash | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 10.5 | 10.5 | 10.5 | 10.1 | 9.7 | 7.7 |
| Other assets | 3.3 | 5.1 | 5.3 | 4.1 | 4.1 | 2.4 | 2.7 | 2.0 | 1.8 | 1.8 | 3.0 | 4.8 | 4.4 |
| **Non-current assets** | **201.6** | **209.4** | **228.3** | **229.0** | **229.0** | **244.6** | **237.0** | **235.2** | **217.3** | **217.3** | **203.9** | **191.9** | **188.7** |
| **Total assets** | **277.8** | **255.5** | **273.5** | **275.9** | **275.9** | **375.2** | **327.6** | **353.5** | **320.7** | **320.7** | **315.8** | **302.9** | **478.4** |
| | | | | | | | | | | | | | |
| **Liabilities and Stockholders' Equity** | | | | | | | | | | | | | |
| Current liabilities | | | | | | | | | | | | | |
| Operating lease liabilities | 3.6 | 3.8 | 4.1 | 5.1 | 5.1 | 5.4 | 5.2 | 4.8 | 6.7 | 6.7 | 7.1 | 6.2 | 6.0 |
| Long-term debt, current portion | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Other current liabilities | 53.3 | 43.8 | 63.4 | 46.6 | 46.6 | 57.1 | 38.5 | 42.7 | 33.9 | 33.9 | 39.7 | 42.3 | 63.4 |
| **Total current liabilities** | **56.9** | **47.6** | **67.5** | **51.7** | **51.7** | **62.5** | **43.7** | **47.5** | **40.6** | **40.6** | **46.8** | **48.5** | **69.4** |
| | | | | | | | | | | | | | |
| Non-Current liabilities | | | | | | | | | | | | | |
| Other noncurrent liabilities | 0.7 | 0.7 | 0.5 | 0.6 | 0.6 | 0.6 | 0.4 | 0.1 | 0.3 | 0.3 | 0.4 | 0.7 | 0.4 |
| Operating lease liabilities | 41.3 | 41.3 | 41.2 | 41.7 | 41.7 | 43.9 | 51.5 | 53.5 | 51.5 | 51.5 | 49.9 | 48.5 | 47.3 |
| Long-term debt | 103.3 | 118.4 | 162.9 | 215.1 | 215.1 | 318.4 | 313.9 | 342.0 | 355.1 | 355.1 | 368.1 | 381.8 | 256.4 |
| Warrants liability | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 | 12.2 | 11.8 | 11.8 | 11.3 | 19.3 | 0.0 |
| **Non-Current liabilities** | **145.9** | **161.0** | **205.2** | **258.0** | **258.0** | **363.5** | **366.4** | **407.8** | **418.7** | **418.7** | **429.7** | **450.3** | **304.1** |
| **Total liabilities** | **202.8** | **208.6** | **272.7** | **309.7** | **309.7** | **426.0** | **410.1** | **455.3** | **459.3** | **459.3** | **476.5** | **498.8** | **373.5** |
| | | | | | | | | | | | | | |
| **Equity** | | | | | | | | | | | | | |
| **Equity Shareholder** | **75.0** | **46.9** | **0.8** | **-33.8** | **-33.8** | **-50.8** | **-82.5** | **-101.8** | **-138.6** | **-138.6** | **-160.7** | **-195.9** | **104.9** |
| **Total liabilities and equity** | **277.8** | **255.5** | **273.5** | **275.9** | **275.9** | **375.2** | **327.6** | **353.5** | **320.7** | **320.7** | **315.8** | **302.9** | **478.4** |

# Rent the Runway, Inc.

*Cash Flow Statement*
*(Dollars in Millions, Except Per-Share Data)*

| | FY 2020 | Q1 Apr-20 | Q2 Jul-20 | Q3 Oct-20 | Q4 Jan-21 | FY 2021 | Q1 Apr-21 | Q2 Jul-21 | Q3 Oct-21 |
|---|---|---|---|---|---|---|---|---|---|
| **Cash flows from operating activities** | | | | | | | | | |
| **Net loss** | **-154.0** | | | | | **-171.1** | **-42.3** | **-84.7** | **-172.5** |
| Adjustments: | | | | | | | | | |
| Rental product depreciation and write-offs | 61.7 | | | | | 55.9 | 17.6 | 33.1 | 33.9 |
| Other depreciation and amortization | 21.6 | | | | | 24.1 | 14.8 | 38.9 | 14.6 |
| Payment-in-kind interest | 19.0 | | | | | 36.9 | | | 29.1 |
| Amortization of debt discount | 4.1 | | | | | 5.0 | | | 4.9 |
| Share based compensation | 6.8 | | | | | 8.2 | | | 21.4 |
| Proceeds from rental product sold | -19.3 | | | | | -17.9 | -2.8 | -5.6 | -9.0 |
| Write-off of rental product sold | 14.0 | | | | | 14.0 | | | 3.7 |
| (Gain) loss from liquidation of rental product | 0.5 | | | | | 0.9 | | | -0.8 |
| Loss on debt extinguishment | 0.0 | | | | | 0.6 | | | 12.2 |
| Remeasurement of warrant liability | 0.0 | | | | | -0.4 | | | 24.9 |
| Other | 0.0 | | | | | 0.0 | | | 0.0 |
| **Operating cash flow before working capital change** | **-45.7** | | | | | **-43.8** | **-12.7** | **-18.3** | **-37.6** |
| | | | | | | | | | |
| Changes in operating assets and liabilities: | | | | | | | | | |
| Prepaid expenses and other current assets | -2.4 | | | | | 0.2 | | | -0.7 |
| Operating lease right of use | -34.5 | | | | | -0.4 | | | 2.5 |
| Other assets | -1.3 | | | | | 1.8 | | | -2.6 |
| Accounts payable, accrued expenses and other current liabilities | 6.0 | | | | | -4.5 | | | 13.9 |
| Deferred revenue and customer credit liabilities | 1.5 | | | | | -7.3 | | | 5.1 |
| Operating lease liabilities | 46.8 | | | | | 11.4 | | | -4.9 |
| Other liabilities | -8.0 | | | | | -0.3 | 3.7 | 5.6 | 0.8 |
| **Cash flow from working capitals** | **8.1** | | | | | **1.0** | **3.7** | **5.6** | **14.1** |
| | | | | | | | | | |
| **Net cash used in operating activities** | **-37.6** | | | | | **-42.8** | **-9.0** | **-12.7** | **-23.5** |
| | | | | | | | | | |
| **Cash flows from investing activities** | | | | | | | | | |
| Purchase of rental product | -117.7 | | | | | -54.9 | -4.4 | -8.5 | -17.0 |
| Proceeds from liquidation of rental product | 3.6 | | | | | 2.4 | 1.6 | 4.4 | 4.8 |
| Proceeds from sale of rental product | 19.3 | | | | | 17.9 | 2.8 | 4.6 | 9.0 |
| Purchases of property and equipment | -43.8 | | | | | -23.8 | -1.3 | -3.9 | -6.2 |
| **Net cash change from investing activies** | **-138.6** | | | | | **-58.5** | **-1.3** | **-3.4** | **-9.4** |
| | | | | | | | | | |
| **Cash flows from financing activities** | | | | | | | | | |
| Proceeds from issuance of common stock | 133.8 | | | | | 60.4 | | | 331.5 |
| Proceeds from redeemable preferred stock | | | | | | | | | 21.2 |
| Proceeds from exercise of stock options | 1.8 | | | | | 0.6 | | | 3.1 |
| Deferred financing costs paid | -0.8 | | | | | -3.4 | | | -0.2 |
| Principal payments on debt | 0.0 | | | | | 0.0 | -0.5 | -0.7 | -135.0 |
| Principal payments on financing lease obligations | -0.3 | | | | | -0.2 | | | -0.2 |
| Proceeds from line of credit | -6.5 | | | | | -44.0 | | | |
| Proceeds from long-term debt | 50.0 | | | | | 155.0 | | | |
| Other | 0.0 | | | | | 0.0 | 18.4 | 23.1 | -4.7 |
| **Net cash change from financing activities** | **177.9** | | | | | **168.5** | **17.9** | **22.4** | **215.7** |
| | | | | | | | | | |
| **Net change in cash** | **1.7** | | | | | **67.2** | **7.6** | **6.3** | **182.8** |
| **Cash (inc. restricted cash) at year begining** | **40.2** | | | | | **41.9** | **109.2** | **109.2** | **109.2** |
| **Cash (inc. restricted cash) at year end** | **41.9** | | | | | **109.2** | **116.8** | **115.5** | **292.0** |

**PIPER | SANDLER**

## IMPORTANT RESEARCH DISCLOSURES



**Rating and Price Target History for: Rent the Runway, Inc. (RENT) as of 12-08-2021**

Created by: BlueMatrix

Notes: The boxes on the Rating and Price Target History chart above indicate the date of the fundamental Equity Research Note, the rating and the price target. Each box represents a date on which an analyst made a change to a rating or price target, except for the first box, which may only represent the first Note written during the past three years.
Legend:
I: Initiating Coverage
R: Resuming Coverage
T: Transferring Coverage
D: Discontinuing Coverage
S: Suspending Coverage
OW: Overweight
N: Neutral
UW: Underweight
NA: Not Available
UR: Under Review

| Distribution of Ratings/IB Services Piper Sandler | | | | |
|---|---|---|---|---|
| | | | IB Serv./Past 12 Mos. | |
| Rating | Count | Percent | Count | Percent |
| BUY [OW] | 677 | 67.03 | 299 | 44.17 |
| HOLD [N] | 329 | 32.57 | 72 | 21.88 |
| SELL [UW] | 4 | 0.40 | 0 | 0.00 |

Note: Distribution of Ratings/IB Services shows the number of companies currently covered by fundamental equity research in each rating category from which Piper Sandler and its affiliates received compensation for investment banking services within the past 12 months. FINRA rules require disclosure of which ratings most closely correspond with "buy," "hold," and "sell" recommendations. Piper Sandler ratings are not the equivalent of buy, hold or sell, but instead represent recommended relative weightings. Nevertheless, Overweight corresponds most closely with buy, Neutral with hold and Underweight with sell. See Stock Rating definitions below.

### Analyst Certification

The analyst Erinn E. Murphy, primarily responsible for the preparation of this research report, attests to the following:

The views expressed in this report accurately reflect my personal views about the subject company and the subject security. In addition, no part of my compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in this report.

Piper Sandler research analysts receive compensation that is based, in part, on overall firm revenues, which include investment banking revenues.

Time of dissemination: 8 December 2021 21:52EST.


## Research Disclosures

Piper Sandler was a registered market maker in the securities of Rent the Runway, Inc. at the time this research report was published.

Piper Sandler expects to receive or intends to seek compensation for investment banking services from Rent the Runway, Inc. in the next 3 months.

Piper Sandler has had a client relationship or has received compensation for investment banking services from Rent the Runway, Inc. within the past 12 months.

Piper Sandler was a managing underwriter of a public offering of, or a dealer manager of a tender offer for, the securities of Rent the Runway, Inc. within the past 12 months.

Affiliate disclosures: Piper Sandler is the trade name and registered trademark under which the corporate and investment banking products and services of Piper Sandler Companies and its subsidiaries Piper Sandler & Co. and Piper Sandler Ltd. are marketed. This report has been prepared by Piper Sandler & Co. and/or its affiliate Piper Sandler Ltd. Piper Sandler & Co. is regulated by FINRA, NYSE and the United States Securities and Exchange Commission, and its headquarters are located at 800 Nicollet Mall, Minneapolis, MN 55402. Piper Sandler Ltd. is authorized and regulated by the Financial Conduct Authority, and is located at 88 Wood Street, 13th Floor, London EC2V 7RS. Disclosures in this section and in the Other Important Information section referencing Piper Sandler include all affiliated entities unless otherwise specified.

## Rating Definitions

Stock Ratings: Piper Sandler fundamental research ratings are indicators of expected total return (price appreciation plus dividend) within the next 12 months. At times analysts may specify a different investment horizon or may include additional investment time horizons for specific stocks. Stock performance is measured relative to the group of stocks covered by each analyst. Lists of the stocks covered by each are available at www.pipersandler.com/researchdisclosures. Stock ratings and/or stock coverage may be suspended from time to time in the event that there is no active analyst opinion or analyst coverage, but the opinion or coverage is expected to resume. Research reports and ratings should not be relied upon as individual investment advice. As always, an investor's decision to buy or sell a security must depend on individual circumstances, including existing holdings, time horizons and risk tolerance. Piper Sandler sales and trading personnel may provide written or oral commentary, trade ideas, or other information about a particular stock to clients or internal trading desks reflecting different opinions than those expressed by the research analyst. In addition, Piper Sandler offers technical research products that are based on different methodologies, may contradict the opinions contained in fundamental research reports, and could impact the price of the subject security. Recommendations based on technical analysis are intended for the professional trader, while fundamental opinions are typically suited for the longer-term institutional investor.

**Overweight (OW):** Anticipated to outperform relative to the median of the group of stocks covered by the analyst.

**Neutral (N):** Anticipated to perform in line relative to the median of the group of stocks covered by the analyst.

**Underweight (UW):** Anticipated to underperform relative to the median of the group of stocks covered by the analyst.

## Other Important Information

The material regarding the subject company is based on data obtained from sources we deem to be reliable; it is not guaranteed as to accuracy and does not purport to be complete. This report is solely for informational purposes and is not intended to be used as the primary basis of investment decisions. Piper Sandler has not assessed the suitability of the subject company for any person. Because of individual client requirements, it is not, and it should not be construed as, advice designed to meet the particular investment needs of any investor. This report is not an offer or the solicitation of an offer to sell or buy any security. Unless otherwise noted, the price of a security mentioned in this report is the most recently available closing market price. Piper Sandler does not maintain a predetermined schedule for publication of research and will not necessarily update this report. Piper Sandler policy generally prohibits research analysts from sending draft research reports to subject companies; however, it should be presumed that the fundamental equity analyst(s) who authored this report has had discussions with the subject company to ensure factual accuracy prior to publication, and has had assistance from the company in conducting diligence, including visits to company sites and meetings with company management and other representatives.Notice to customers: This material is not directed to, or intended for distribution to or use by, any person or entity if Piper Sandler is prohibited or restricted by any legislation or regulation in any jurisdiction from making it available to such person or entity. Customers in any of the jurisdictions where Piper Sandler and its affiliates do business who wish to effect a transaction in the securities discussed in this report should contact their local Piper Sandler representative, or as otherwise noted below. Canada: Piper Sandler & Co. is not registered as a dealer in Canada and relies on the "international dealer exemption" set forth in National Instrument 31-103 – Registration Requirements, Exemptions and Ongoing Registrant Obligations of the Canadian Securities Administrators. This research report has not been prepared in accordance with the disclosure requirements of Dealer Member Rule 3400 – Research Restrictions and Disclosure Requirements of the Investment Industry Regulatory Organization of Canada. Europe: This material is for the use of intended recipients only and only for distribution to professional and institutional investors, i.e. persons who are authorised persons or exempted persons within the meaning of the Financial Services and Markets Act 2000 of the United Kingdom, or persons who have been categorised by Piper Sandler Ltd. as professional clients under the rules of the Financial Conduct Authority. United States: This report is distributed in the United States by Piper Sandler & Co., member SIPC, FINRA and NYSE, Inc., which accepts responsibility for its contents. The securities described in this report may not have been registered under the U.S. Securities Act of 1933 and, in such case, may not be offered or sold in the United States or to U.S. persons unless they have been so registered, or an exemption from the registration requirements is available.This report is produced for the use of Piper Sandler customers and may not be reproduced, re-distributed or passed to any other person or published in whole or in part for any purpose without the prior consent of Piper Sandler & Co. Additional information is available upon request. Copyright 2021 Piper Sandler. All rights reserved.