# Ex. 29 – Dec. 8, 2021
# Wells Fargo Analyst Report

## Equity Research



Earnings Revised — December 8, 2021

**Retailing, Specialty Softlines, and E-commerce**

# Rent the Runway, Inc. (RENT)

## RENT: Solid Print Out of the Gate, 3Q Upside Hopefully Creates a Floor; Raising Numbers, $22 PT

## Our Call

With the shares down ~45% (vs. SPX +3%) from their recent IPO, RENT clearly is being viewed as a show-me story in their ability to achieve scale. That said, in their first earnings as a public company, RENT delivered a solid 3Q21 print—beating revenue and margin expectations nicely, while guiding above the Street for 4Q. Importantly, we expect the outlook is achievable if not conservative, particularly on the active subscriber front. Net/net, we walked away from RENT's initial EPS release thinking the model demonstrated enough progress for the skeptics.

Key takeaways from the release and call include: **1) 3Q exceeds expectations.** RENT delivered a solid beat on revenues ($59.0M vs. the Street's $53.4M) and adj. EBITDA (loss of $5.6M vs. the Street's loss of $9.9M). On margins, GMs landed at 33.7% (vs. Street 25.5%), with the beat on rental product depreciation and fulfillment margins (-170bps YoY vs. our model -500bps); **2) 4Q/FY21 revenue and EBITDA outlook appears achievable, if not conservative.** Fewer holiday events vs. pre-COVID is expected to dampen 4Q net adds vs. 3Q. That said, considering 4Q's revenue outlook of $62.8-$63.3M (vs. Street's $62.7M) embeds 121-122K active subs (or ~5K net adds QoQ), we expect some conservatism is baked in given 19K added in 3Q and 5K added in October alone. At a higher level, with consumers grappling with supply chain constraints and higher prices this holiday, we expect RENT's proposition is well positioned for consumers looking for on-time product rentals at a value, in addition to pent-up demand for events looking to 2022 and 2023; **3) Evolving the subscriber base and use case.** Active subs were an upside surprise (~117K or over 80% of 2019 levels), with major metro markets now at ~90% of pre-COVID subscriber counts ex. NYC, DC and San Francisco. In fact, the South Atlantic, South, and Mountain regions are seeing subscriber counts above pre-COVID. Further, we're encouraged that the business had success in converting churned 2019 cohorts, in addition to returns on the brand awareness campaign (10% traffic lift in 3Q). Finally, the customer use case continues to evolve, with 50% of rentals in casual styles vs. 32% in 2019; **4) GM pressure points making strides.** Despite industry-wide pressures on shipping and logistics, the company continues to tick away its fulfillment costs-- launching at-home pickup in five metro areas (and adopted by 1/3 of customers) and reducing national carrier reliance (now 52% vs. ~70% a year ago). Notably, the 4Q -8% adj. EBITDA margin outlook embeds stepped up macro pressures, particularly on those rising carrier rates. On product acquisition, 56% of product is now acquired by lower-cost Share by RTR/Exclusive means vs. 26% in 2019, and likely trending higher into 2022 given comments that units per Exclusives brand are up ~60% headed into 2022.

**What Do We Think From Here?** *Stock remains a show-me story, but model making progress.* With the stock down ~45% from the IPO, there's clearly investor skepticism that the model can scale. That said, with their first print since the IPO, RENT showed investors that the business is recovering from COVID, the 4Q outlook is likely conservative, margin dynamics are improving (company targeting adj. EBITDA breakeven in 4-6 quarters), and FCF losses are improving. While the "show-me" nature of the story is likely to remain, we're encouraged by the 3Q beat and above Street 4Q outlook. We reiterate our bullish stance on the business and are adjusting our FY21/FY22 revenue estimates to

Equity Analyst(s)

**Ike Boruchow**
Senior Equity Analyst | Wells Fargo Securities, LLC
Ike.Boruchow@wellsfargo.com | 212-214-8024

**Kate Fitzsimons**
Senior Equity Analyst | Wells Fargo Securities, LLC
Kate.Fitzsimons@wellsfargo.com | 212-214-5308

**Will Gaertner, CFA**
Associate Equity Analyst | Wells Fargo Securities, LLC
Will.Gaertner@wellsfargo.com | 212-214-4837

| Rating | Overweight |
|---|---|
| Ticker | RENT |
| Price Target/Prior: | $22.00/NC |
| Upside/(Downside) to Target | 91.3% |
| Price (12/08/2021) | $11.50 |
| 52 Week Range | $10.88 - 24.77 |
| Shares Outstanding | 62,868,673 |
| Market Cap (MM) | $723 |
| Enterprise Value (MM) | $793 |
| Average Daily Volume | NA |
| Average Daily Value (MM) | NA |
| Dividend (NTM) | $0.00 |
| Dividend Yield | 0.0% |
| Net Debt (MM) - last reported | $70 |
| ROIC - Current year est. | (179)% |
| 3 Yr EPS CAGR from current year (unless otherwise noted) | 0% |

| $ EBITDA (MM) | 2020A | 2021E Curr. | 2021E Prior | 2022E Curr. | 2022E Prior |
|---|---|---|---|---|---|
| Q1 (Apr) | (3.1) A | (6.2) A | NC | (6.3) E | (6.5)E |
| Q2 (Jul) | (7.5) A | (1.9) A | NC | 0.1 E | 0.2E |
| Q3 (Oct) | (5.4) A | (5.6) A | (10.1)E | 0.5 E | (0.4)E |
| Q4 (Jan) | (4.3) A | (5.1) E | (5.3)E | 5.6 E | 4.7E |
| FY | (20.4) A | (18.9) E | (23.7)E | (0.2) E | (2.0)E |
| EV/ EBITDA | NM | NM | | NM | |

*Source: Company Data, Wells Fargo Securities estimates, and Refinitiv. NA = Not Available, Volatility = Historical trading volatility*

All estimates/forecasts are as of 12/8/2021 unless otherwise stated. 12/8/2021 21:29:20EST. Please see page 8 for rating definitions, important disclosures and required analyst certifications.
Wells Fargo Securities, LLC does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of the report and investors should consider this report as only a single factor in making their investment decision.

This document is for mlycouris@soleburytrout.com and should not be distributed further.

Retailing, Specialty Softlines, and E-commerce

$202M/$300M (previously $196M/$300M) and adj EBITDA to ($18.9M)/($0.2M) (from ($23.7M)/($2.0M)). Our target remains $22, applying 3.3x to our FY23 revenue estimate.

This document is for mlycouris@soleburytrout.com and should not be distributed further.

Rent the Runway, Inc.

## Investment Thesis

Key themes surrounding this name include:

**1. Small but growing TAM.** We See Rental as tapping into similar themes as the disruptive Secondhand industry. RENT operates in a relatively niche industry today (women's softlines rental), but we see a longer runway for industry growth as it tapes into three key macro themes: 1) sustainability, 2) value, 3) evolving views on ownership and access, particularly out of younger Millennial and Gen Z customers (which RENT targets), and 4) the shift to e-commerce. As per a recent Lab42 survey, only ~25% of women have had fashion-focused subscriptions before but 55% have indicated their willingness to rent clothing and accessories—presenting an opportunity to narrow that gap. Despite its origins as an occasion-wear rental business, RENT has evolved its business toward a subscription business starting in 2016, with ~80% of revenues from monthly subscribers with access to over 18K SKUs. Considering the average subscriber wore RENT items 83 days/yr in 2019 (over 20% of the year) vs. ~50 in 2017, there clearly is value to be had via the RENT proposition once the customer gets comfortable and increasingly adopts the rental experience.

**2. Show-me story on the path to profitability and positive FCF.** As with other newly public ecommerce companies that are unprofitable, a key question on the shares is: "At what point does the company become profitable?" Simply stated, we believe RENT achieving breakeven is a matter of two key drivers—revenue growth and GM scale on fulfillment margin improvements, and lower rental product depreciation. Those levers are functions of: 1) revenue growth driven primarily by growth in active subscribers; 2) increasing ARPU as subscribers tack-on additional items to their monthly swaps as they increasingly adopt rental behavior (moving days/yr beyond 83); 3) company-specific efforts to drive greater efficiencies out of the business, including active efforts to reduce fulfillment costs by 3-5%/yr as well as evolve the mix of their inventory purchases to lower depreciated garments. Note longer term the company targets a 50-55% GM and adjusted EBITDA margin of 30-35% (vs. -12% estimated TY). Based on our estimates (Exhibits 13-15), assuming some progress on GMs in the coming years (toward 47.5% vs. 35% in 2023E and LT targets of 50-55%), we estimate the business can breakeven at roughly ~$800M in revenues (vs. $300M in 2022E). Assuming that GMs approach 55% in short order, the business can achieve profitability much faster—at over $550M. That said, assuming GMs stay sub-40%, it's going to be harder for RENT to achieve scale, with our math pointing to $2.6B+ to reach breakeven. Net/net, we believe the RENT story requires both revenue and GMs to move in the right direction for the bull case to come into fruition.

**3. COVID was a challenge but also an opportunity.** While the COVID-19 pandemic has had a negative impact on the business (2020 revenues down near 40% YoY and active subscribers as of September 30 down 6% vs. 2019 levels), in our the company took unique actions in 2020 to engineer greater GM visibility in its model by sunsetting an unlimited $159/month swaps subscription toward a more regulated offering (subscriptions ranging from $89-$199/month with the most popular being 8 items for $135/month). With greater visibility particular on the fulfillment front on top of internal actions to drive greater efficiencies, the company has made real progress on fulfillment margins despite revenues below 2019 levels (2Q21 fulfillment margins improved by 15% vs. 2019). Further, as more RTR subscribers sheltered in place LY and sought out comfortable and lounge-wear items, the business saw its subscribers' use cases broaden to include more lounge/casual wear in addition to more event and work-focused outfits. In August and September 2021, for example, the company saw about 50% of the customer's use cases around work and evening, while 50% are more casual in nature (weekend wear, casual occasions, lounge, outerwear)—demonstrating that the customer can and is willing to use the RENT offering in her day-to-day life

## The Bull Vs. Bear "Tug of War"

Below we illustrate how we think the buyside is positioning its thesis—detailing the current *Bull* and *Bear* arguments on RENT shares.

This document is for mlycouris@soleburytrout.com and should not be distributed further.



Source: © iStockphoto.com

***The Bull Case….*** We believe investors who are bullish on RENT are encouraged that **(1)** the company is already the leader in the rental and subscription apparel market and is growing into its total addressable market via macro tailwinds, marketing investments, and category and geographical expansion, **(2)** with RENT's changes to the pricing and architecture of its monthly subscription programs (most common 8 for $135/month), the business has engineered greater visibility and scale to its fulfillment margins; **(3)** as the company adapts its product acquisition modes, that further should reduce fixed costs expenses particularly on the product depreciation line as it pivots the business towards more Share by RTR (reflected in the Revenue Share Expense line) and lower depreciated items with Exclusives; **(4)** business model is in a fast-growing segment of the apparel industry, with online sales expected to grow from 37% of $343B ($127B) in 2020 to 47% of $472B ($220B) by 2025, representing a 11% CAGR.

***The Bear Case….*** We believe investors who are bearish on RENT highlight that (1) a limited TAM, with the company's women's focused, monthly subscription offering likely to hit an earlier ceiling compared to the entire online sales TAM; **(2)** the business has never been profitable and needs to continue to ramp revenue meaningfully to driven positive EBITDA and cash flow generation; **(3)** industry-wide logistical and shipping inflatoinary pressures are likely to hit RENT doubly given the business facilitates both in-bound and outbound shipments to the customers; and **(4)** the business is levered, and while money losing today, RENT targets improvements in leverage to still elevated levels of 4x in the next two years.

## Financial Outlook

### FY21E

Our FY21E adjusted EBITDA estimate of a loss of $19 million represents $1 million improvement vs. FY20. Our estimate is based on net sales growth of 29%. We are projecting gross margins +2100bps to 31.1% but and +9500bps of SG&A deleverage, resulting in an EBITDA margin improvement to -9.3% from -13% LY.

### FY22E

Our FY22E adjusted EBITDA estimate of a loss of $0.2 million represents ~$19 million improvement vs. FY21E. Our estimate is based on net sales growth of 48%. We are projecting gross margins +40bps to 31.5% but and +7300bps of SG&A deleverage, resulting in an adj. EBITDA margin improvement to -0.1%.

This document is for mlycouris@soleburytrout.com and should not be distributed further.

Rent the Runway, Inc.

Equity Research

## Valuation and Rating Analysis

RENT shares trade at ~2x our FY23E Sales estimate of $390M. We believe that valuation doesn't give the business and its growth prospects much credit. Our price target of $22 is based on 3.3x FY23E EV/ Sales.

This document is for mlycouris@soleburytrout.com and should not be distributed further.

Retailing, Specialty Softlines, and E-commerce

Equity Research

# Financials

## Exhibit 1 - RENT P&L

$M, except per share data, FYE January

| | 2019 | 1Q20 | 2Q20 | 3Q20 | 4Q20 | 2020 | 1Q21 | 2Q21 | 3Q21 | 4Q21E | 2021E | 1Q22E | 2Q22E | 3Q22E | 4Q22E | 2022E | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Revenue, Net** | $256.9 | $59.5 | $28.8 | $35.6 | $33.6 | $157.5 | $33.5 | $46.7 | $59.0 | $63.2 | $202.4 | $63.9 | $71.4 | $77.9 | $87.2 | $300.3 | $390.1 |
| Fulfillment expense | 118.1 | 23.0 | 9.8 | 10.9 | 9.2 | 53.0 | 8.9 | 13.5 | 19.2 | 21.5 | 63.1 | 21.5 | 21.4 | 24.1 | 26.1 | 93.2 | 117.0 |
| **Fulfillment Profit** | $138.8 | $36.5 | $19.0 | $24.6 | $24.4 | $104.5 | $24.7 | $33.2 | $39.8 | $41.7 | $139.3 | $42.4 | $50.0 | $53.7 | $61.0 | $207.1 | $273.1 |
| Revenue share expense | 9.5 | 4.4 | 4.5 | 5.3 | 4.9 | 19.1 | 3.9 | 3.8 | 6.2 | 9.2 | 23.1 | 9.8 | 9.8 | 12.6 | 12.4 | 44.6 | 50.3 |
| Gross Profit (ex Depreciation) | 129.2 | 32.1 | 14.5 | 19.3 | 19.5 | 85.4 | 20.8 | 29.4 | 33.6 | 32.5 | 116.2 | 32.7 | 40.1 | 41.1 | 48.6 | 162.5 | 222.7 |
| Rental product depreciation and revenue share | 85.2 | 26.6 | 20.4 | 22.1 | 19.9 | 89.0 | 16.6 | 15.0 | 19.9 | 24.9 | 76.4 | 24.5 | 26.6 | 30.2 | 31.3 | 112.6 | 135.0 |
| **Gross Profit** | $53.6 | $9.9 | -$1.4 | $2.6 | $4.5 | $15.6 | $8.0 | $18.2 | $19.9 | $16.8 | $62.9 | $18.0 | $23.4 | $23.5 | $29.7 | $94.5 | $138.1 |
| **Contribution Profit** | $45.4 | $8.3 | -$2.3 | $1.5 | $3.7 | $11.2 | $7.1 | $16.9 | $18.4 | $15.3 | $57.7 | $16.5 | $21.6 | $21.6 | $27.6 | $87.3 | $128.6 |
| | | | | | | | | | | | | | | | | | |
| Technology | 40.2 | 10.6 | 8.0 | 9.4 | 9.7 | 37.7 | 9.7 | 10.5 | 12.8 | 11.4 | 44.4 | 10.4 | 10.8 | 11.6 | 12.0 | 44.9 | 53.1 |
| Marketing | 22.9 | 3.9 | 1.2 | 1.5 | 1.6 | 8.1 | 2.6 | 4.8 | 10.8 | 6.6 | 24.8 | 7.0 | 7.5 | 7.9 | 8.7 | 31.1 | 42.5 |
| General and administrative | 98.9 | 24.6 | 17.4 | 18.0 | 17.3 | 77.2 | 19.0 | 21.6 | 35.8 | 26.9 | 103.3 | 28.8 | 29.7 | 30.3 | 31.6 | 120.3 | 140.4 |
| Other depreciation and amortization | 21.6 | 6.1 | 5.6 | 5.7 | 5.7 | 23.0 | 5.1 | 4.8 | 4.7 | 6.0 | 20.6 | 5.4 | 5.7 | 5.7 | 5.8 | 22.6 | 23.9 |
| Total Costs and Expenses | 386.9 | 94.8 | 62.5 | 67.5 | 63.4 | 288.0 | 61.9 | 70.2 | 103.2 | 97.3 | 332.6 | 97.5 | 101.7 | 109.8 | 115.6 | 424.6 | 511.9 |
| | | | | | | | | | | | | | | | | | |
| **Operating income** | -$130.0 | -$35.1 | -$33.6 | -$32.0 | -$29.8 | -$130.5 | -$28.4 | -$23.5 | -$44.2 | -$34.1 | -$130.2 | -$33.6 | -$30.3 | -$31.9 | -$28.5 | -$124.3 | -$121.8 |
| **Adjusted EBITDA** | -$18.1 | -$3.1 | -$7.5 | -$5.4 | -$4.3 | -$20.4 | -$6.2 | -$1.9 | -$5.6 | -$5.1 | -$18.9 | -$6.3 | $0.1 | $0.5 | $5.6 | -$0.2 | $30.7 |
| Interest income / (expense), net | -24.0 | -9.0 | -11.5 | -11.8 | -14.4 | -46.6 | -14.5 | -14.9 | -14.3 | -13.7 | -57.4 | -14.3 | -14.8 | -15.3 | -15.8 | -60.0 | -70.0 |
| Other income / (expense), net | -0.1 | 1.0 | 0.2 | -0.5 | 5.4 | 6.0 | 0.5 | -4.1 | -29.6 | 0.0 | -33.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Net income (loss) before benefit from income taxes | -154.1 | -43.1 | -44.9 | -44.3 | -38.8 | -171.1 | -42.3 | -42.5 | -88.1 | -47.8 | -220.8 | -47.8 | -45.1 | -47.2 | -44.2 | -184.3 | -191.8 |
| Benefit from income taxes | 0.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.3 | 0.0 | 0.4 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Net Income (loss) | -154.0 | -43.1 | -44.9 | -44.3 | -38.8 | -171.1 | -42.3 | -42.4 | -87.8 | -47.8 | -220.4 | -47.8 | -45.1 | -47.2 | -44.2 | -184.3 | -191.8 |
| | | | | | | | | | | | | | | | | | |
| **EPS** | $0.0 | -$0.7 | -$0.7 | -$0.7 | -$0.6 | $0.0 | -$0.7 | -$0.7 | -$6.7 | -$0.8 | -$3.5 | -$0.8 | -$0.7 | -$0.7 | -$0.7 | -$2.9 | -$3.0 |
| | | | | | | | | | | | | | | | | | |
| Proforma Basic Share Count | 0.0 | 63.0 | 63.0 | 63.0 | 63.0 | 61.0 | 63.0 | 63.0 | 13.1 | 63.0 | 63.0 | 63.0 | 63.0 | 63.0 | 63.0 | 63.0 | 63.0 |

**Margin Analysis**

| | 2019 | 1Q20 | 2Q20 | 3Q20 | 4Q20 | 2020 | 1Q21 | 2Q21 | 3Q21 | 4Q21E | 2021E | 1Q22E | 2Q22E | 3Q22E | 4Q22E | 2022E | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fulfillment Margin | 54.0% | 61.3% | 65.9% | 69.2% | 72.7% | 66.4% | 73.6% | 71.1% | 67.5% | 66.0% | 68.8% | 66.4% | 70.0% | 69.0% | 70.0% | 69.0% | 70.0% |
| Gross Margin (Target 50-55%) | 20.9% | 16.7% | -5.0% | 7.2% | 13.4% | 9.9% | 24.0% | 39.0% | 33.7% | 26.6% | 31.1% | 28.1% | 32.8% | 30.2% | 34.0% | 31.5% | 35.4% |
| Contribution Margin | 17.7% | 14.0% | -8.0% | 4.2% | 11.0% | 7.1% | 21.1% | 36.2% | 31.2% | 24.2% | 28.5% | 25.8% | 30.3% | 27.8% | 31.6% | 29.1% | 33.0% |
| Technology/sales (30/70 fixed/variable) | 15.6% | 17.8% | 27.8% | 26.4% | 28.9% | 23.9% | 29.0% | 22.5% | 21.7% | 18.0% | 21.9% | 16.3% | 15.2% | 14.9% | 13.8% | 14.9% | 13.6% |
| Marketing/sales | #N/A | #N/A | #N/A | #N/A | #N/A | #N/A | #N/A | #N/A | #N/A | #N/A | #N/A | #N/A | #N/A | #N/A | #N/A | #N/A | #N/A |
| General and administrative (inc CC fees)/sales (65/35 fix | 38.5% | 41.3% | 60.4% | 50.6% | 51.5% | 49.0% | 56.7% | 46.3% | 60.7% | 42.5% | 51.0% | 45.0% | 41.6% | 38.9% | 36.3% | 40.1% | 36.0% |
| Other depreciation and amortization/sales | 8.4% | 10.3% | 19.4% | 16.0% | 17.0% | 14.6% | 15.2% | 10.3% | 8.0% | 9.6% | 10.2% | 8.4% | 8.0% | 7.3% | 6.7% | 7.5% | 6.1% |
| **Operating Margin** | -50.6% | -59.0% | -116.7% | -90.0% | -88.7% | -82.9% | -84.7% | -50.3% | -74.9% | -54.0% | -64.3% | -52.6% | -42.5% | -41.0% | -32.7% | -41.4% | -31.2% |
| Adjusted EBITDA Margin (Target 30-35%) | -7.0% | -5.2% | -26.0% | -15.2% | -12.9% | -13.0% | -18.6% | -4.1% | -9.5% | -8.0% | -9.3% | -9.9% | 0.2% | 0.6% | 6.4% | -0.1% | 7.9% |
| Pre tax margin | NA | -72.4% | -155.9% | -124.4% | -115.5% | NA | -126.3% | -91.0% | -149.3% | -75.7% | NA | -74.8% | -63.2% | -60.6% | -50.7% | NA | NA |
| Tax rate (Benefit) | -0.1% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | -0.2% | -0.3% | 0.0% | -0.2% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Net Income | NA | -72.4% | -155.9% | -124.4% | -115.5% | NA | -126.3% | -90.8% | -148.8% | -75.7% | NA | -74.8% | -63.2% | -60.6% | -50.7% | NA | NA |

**Growth**

| | 2019 | 1Q20 | 2Q20 | 3Q20 | 4Q20 | 2020 | 1Q21 | 2Q21 | 3Q21 | 4Q21E | 2021E | 1Q22E | 2Q22E | 3Q22E | 4Q22E | 2022E | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Revenue | 0.0% | 7.4% | -54.6% | -44.6% | -54.5% | -38.7% | -43.7% | 62.2% | 65.7% | 88.0% | 28.5% | 90.8% | 52.8% | 32.0% | 37.9% | 48.4% | 29.9% |
| Fulfillment profit | 0.0% | 15.1% | -46.5% | -19.6% | -40.5% | -24.7% | -32.5% | 74.7% | 61.8% | 70.9% | 33.3% | 72.1% | 50.5% | 35.0% | 46.3% | 48.7% | 31.8% |
| Gross profit excl. Depreciation | 0.0% | 4.6% | -57.4% | -30.8% | -46.7% | -33.9% | -35.3% | 102.8% | 74.1% | 66.5% | 36.1% | 57.3% | 36.5% | 22.4% | 49.7% | 39.8% | 37.1% |
| Gross profit | 0.0% | -28.0% | -148.5% | -71.3% | -66.2% | -70.9% | -19.1% | NMF | 676.4% | 273.5% | 304.0% | 123.4% | 28.5% | 18.2% | 76.5% | 50.2% | 46.1% |
| Contribution profit | **0.0%** | **-30.3%** | **NMF** | **-77.9%** | **-66.4%** | **-75.4%** | **-14.5%** | **NMF** | **1126.8%** | **313.2%** | **416.3%** | **132.2%** | **28.0%** | **17.6%** | **80.3%** | **51.4%** | **47.3%** |
| Technology | 0.0% | 29.3% | -12.1% | -13.8% | -18.5% | -6.3% | -8.5% | 31.3% | 36.2% | 17.2% | 17.8% | 7.1% | 3.3% | -9.4% | 5.8% | 1.1% | 18.3% |
| Marketing | 0.0% | -17.0% | -75.5% | -76.2% | -77.5% | -64.4% | -33.3% | 300.0% | 620.0% | 314.6% | 204.9% | 170.4% | 55.4% | -27.2% | 31.4% | 25.1% | 36.9% |
| General and administrative | 0.0% | 28.1% | -25.6% | -36.8% | -37.5% | -21.9% | -22.8% | 24.1% | 98.9% | 55.2% | 33.7% | 51.4% | 37.5% | -15.4% | 17.7% | 16.5% | 16.7% |
| Other depreciation and amortization | 0.0% | 56.4% | 7.7% | -9.5% | -9.5% | 6.7% | -16.4% | -14.3% | -17.5% | 6.1% | -10.4% | 5.3% | 18.9% | 20.9% | -4.1% | 9.3% | 5.8% |
| Operating Loss | 0.0% | NMF | NMF | NMF | NMF | NMF | NMF | NMF | NMF | NMF | NMF | NMF | NMF | NMF | NMF | NMF | NMF |
| Adjusted EBITDA | 0.0% | NMF | NMF | NMF | NMF | NMF | NMF | NMF | NMF | NMF | NMF | NMF | NMF | NMF | NMF | NMF | NMF |

Source: Company reports, Wells Fargo Securities, LLC estimates

This document is for mlycouris@soleburytrout.com and should not be distributed further.

Rent the Runway, Inc.

## Price Target Basis and Risk

**Price Target for RENT: $22.00 from NC**

Our price target of $22 assumes that RENT trades at 3.3x our 2023E revenue estimates on an Adj. EV/Revenue basis (accounting for pro forma debt and cash). Importantly, our target is supported by our DCF Analysis and justifies our Overweight rating.

**Risk for RENT**

1. The company is currently unprofitable and needs substantial margin improvement to get to breakeven/profitability. Specifically, the company generated an EBIT margin of -83% LY (-13% adjusted EBITDA, excluding rental product depreciation and share-based comp). Our positive thesis is predicated on substantial scale in revenue beginning into FY22 and 2023 as well as GM improvements largely on revenue scale. If the business's top line fails to grow in excess of 20% looking out the next few years, in addition to make improvements on GMs closer to LT 50-55% targets, we'd expect the path to profitability could be pushed out (presenting downside risk to the stock).

2. The market has had difficulty ascribing valuations to these new e-commerce business models, particularly for companies such as RENT that are not yet profitable. Given the utilization of more volatile valuation methods (such as EV/Sales and DCF models), small changes to valuation inputs can have large impacts on the valuations of companies such as RENT (e.g., the stock currently trades at 2.5x EV/2023E Sales, and a 1-turn change in the EV/Sales multiple represents a 30%+ change in the share price).

## Investment Thesis

RENT
We are Overweight rated on RENT shares as we believe the business has a long "runway" for growth in an attractive sub-sector and a scalable business model that can support higher margins long term.

This document is for mlycouris@soleburytrout.com and should not be distributed further.

Equity Research

## Required Disclosures

I, Ike Boruchow, certify that:

1) All views expressed in this research report accurately reflect my personal views about any and all of the subject securities or issuers discussed; and

2) No part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by me in this research report.

Wells Fargo Securities, LLC does not compensate its research analysts based on specific investment banking transactions. Wells Fargo Securities, LLC's research analysts receive compensation that is based upon and impacted by the overall profitability and revenue of the firm, which includes, but is not limited to investment banking revenue.

## Additional Information Available Upon Request



**Rent the Runway, Inc. Rating History as of 12-07-2021**
powered by: BlueMatrix

Initiation (I); Drop Coverage (D); Overweight (BUY); Equal Weight (HOLD); Underweight (SELL); Suspended (SR); Not Rated (NR); No Estimate (NE)

Wells Fargo Securities, LLC, or its affiliates received compensation for investment banking services from Rent the Runway, Inc. in the past 12 months.

Wells Fargo Securities, LLC, maintains a market in the common stock of Rent the Runway, Inc..

Wells Fargo Securities, LLC, or its affiliates, managed or co-managed a public offering of securities for Rent the Runway, Inc. within the past 12 months.

Wells Fargo Securities, LLC, or any of its affiliates, intends to seek or expects to receive compensation for investment banking services from Rent the Runway, Inc. in the next three months.

Rent the Runway, Inc. currently is, or during the 12 month period preceding the date of distribution of the research report was, a client of Wells Fargo Securities, LLC. Wells Fargo Securities, LLC, provided investment banking services to Rent the Runway, Inc..

**STOCK RATING**

**1=Overweight**: Total return on stock expected to be 10%+ over the next 12 months. BUY

**2=Equal Weight**: Total return on stock expected to be 0-10% over the next 12 months. HOLD

**3=Underweight**: Total return on stock expected to lag the Overweight- and Equal Weight-rated stocks within the analyst's coverage universe over the next 12 months. SELL

**As of December 7, 2021**
56.1% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Overweight.
35.0% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Equal Weight.
9.0% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Underweight.
Wells Fargo Securities, LLC has provided investment banking services for 55.9% of its Equity Research Overweight-rated companies.
Wells Fargo Securities, LLC has provided investment banking services for 44.0% of its Equity Research Equal Weight-rated companies.
Wells Fargo Securities, LLC has provided investment banking services for 39.0% of its Equity Research Underweight-rated companies.

This document is for mlycouris@soleburytrout.com and should not be distributed further.

Rent the Runway, Inc.

Equity Research

**Important Disclosure for U.S. Clients**

This report was prepared by Wells Fargo Securities Global Research Department ("WFS Research") personnel associated with Wells Fargo Securities and Structured Asset Investors, LLC ("SAI"), an investment adviser subsidiary of Wells Fargo & Co. If you are paying directly for this research, it is being provided by SAI. For all other recipients in the U.S. this report is being provided by Wells Fargo Securities.

Wells Fargo Securities' research department may, from time to time, provide clients with short-term trading views in its research reports regarding subject companies on which Wells Fargo Securities currently has equity research coverage. A short-term trading view offers a view on how the market price of a subject company's common equity may trend in absolute terms during the 30 days following the date of the short-term trading view. A short-term trading view on a subject company's common equity does not impact our fundamental investment rating or price target for that company, which reflect our view of how the subject company's common equity may perform over a one-year period. A short-term trading view may reach a different conclusion than the firm's fundamental investment rating and price target for a subject company and, therefore, short-term trading views could result in short-term price movements that are contrary to our fundamental investment rating and price target. Short-term trading views are not ratings and the firm does not intend, nor undertakes any obligation, to maintain, update or close out short-term trading views. Short-term trading views may not be suitable for all investors and have not been tailored to individual investor circumstances and objectives, and investors should make their own independent decisions regarding any short-term trading views discussed in Wells Fargo Securities research reports.

**Important Disclosure for International Clients**

**United Kingdom** – The securities and related financial instruments described herein may not be eligible for sale in all jurisdictions or to certain categories of investors. For recipients in the United Kingdom, this report is distributed by Wells Fargo Securities International Limited ("WFSIL"). WFSIL is a UK incorporated investment firm authorised and regulated by the Financial Conduct Authority. For the purposes of Section 21 of the UK Financial Services and Markets Act 2000 (the "Act"), the content of this report has been approved by WFSIL, an authorised person under the Act. WFSIL does not deal with retail clients as defined in the Directive 2014/65/EU ("MiFID2"). The FCA rules made under the Financial Services and Markets Act 2000 for the protection of retail clients will therefore not apply, nor will the Financial Services Compensation Scheme be available. This report is not intended for, and should not be relied upon by, retail clients.

**EEA** – The securities and related financial instruments described herein may not be eligible for sale in all jurisdictions or to certain categories of investors. For recipients in the EEA, this report is distributed by WFSIL or Wells Fargo Securities Europe S.A. ("WFSE"). WFSE is a French incorporated investment firm authorized and regulated by the Autorité de contrôle prudentiel et de résolution and the Autorité des marchés financiers. WFSE does not deal with retail clients as defined in the Directive 2014/65/EU ("MiFID2"). This report is not intended for, and should not be relied upon by, retail clients.

**Australia** – Wells Fargo Securities, LLC, Wells Fargo Securities International Limited and Wells Fargo Securities Asia Limited are exempt from the requirements to hold an Australian financial services license in respect of the financial services they provide to wholesale clients in Australia. Wells Fargo Securities, LLC is regulated under the laws of the United States, Wells Fargo Securities International Limited is regulated under laws of the United Kingdom, and Wells Fargo Securities Asia Limited is regulated under the laws of Hong Kong. All such laws differ from Australian laws. Any offer or documentation provided to Australian recipients by Wells Fargo Securities, LLC, Wells Fargo Securities International Limited or Wells Fargo Securities Asia Limited in the course of providing the financial services will be prepared in accordance with the laws of the United States, United Kingdom or Hong Kong and not Australian laws.

**Canada** – This report is distributed in Canada by Wells Fargo Securities Canada, Ltd., a registered investment dealer in Canada and member of the Investment Industry Regulatory Organization of Canada (IIROC) and Canadian Investor Protection Fund (CIPF). Wells Fargo Securities, LLC's research analysts may participate in company events such as site visits but are generally prohibited from accepting payment or reimbursement by the subject companies for associated expenses unless pre-authorized by members of Research Management.

**Hong Kong** – This report is issued and distributed in Hong Kong by Wells Fargo Securities Asia Limited ("WFSAL"), a Hong Kong incorporated investment firm licensed and regulated by the Securities and Futures Commission to carry on types 1, 4, 6 and 9 regulated activities (as defined in the Securities and Futures Ordinance (Cap. 571 The Laws of Hong Kong), "the SFO"). This report is not intended for, and should not be relied on by, any person other than professional investors (as defined in the SFO). Any securities and related financial instruments described herein are not intended for sale, nor will be sold, to any person other than professional investors (as defined in the SFO). The author or authors of this report is or are not licensed by the Securities and Futures Commission. Professional investors who receive this report should direct any queries regarding its contents to Kelly Chiang and Mandy Wan at WFSAL (email: wfsalresearch@wellsfargo.com).

**Japan** – This report is distributed in Japan by Wells Fargo Securities (Japan) Co., Ltd, registered with the Kanto Local Finance Bureau to conduct broking and dealing of type 1 and type 2 financial instruments and agency or intermediary service for entry into investment advisory or discretionary investment contracts. This report is intended for distribution only to professional investors (Tokutei Toushika) and is not intended for, and should not be relied upon by, ordinary customers (Ippan Toushika).

The ratings stated on the document are not provided by rating agencies registered with the Financial Services Agency of Japan (JFSA) but by group companies of JFSA-registered rating agencies. These group companies may include Moody's Investors Services Inc., Standard & Poor's Rating Services and/or Fitch Ratings. Any decisions to invest in securities or transactions should be made after reviewing policies and methodologies used for assigning credit ratings and assumptions, significance and limitations of the credit ratings stated on the respective rating agencies' websites.

**About Wells Fargo Securities**

Wells Fargo Securities is the trade name for the capital markets and investment banking services of Wells Fargo & Company and its subsidiaries, including but not limited to Wells Fargo Securities, LLC, a U.S. broker-dealer registered with the U.S. Securities and Exchange Commission and a member of NYSE, FINRA, NFA and SIPC, Wells Fargo Prime Services, LLC, a member of FINRA, NFA and SIPC, Wells Fargo Securities Canada, Ltd., a member of IIROC and CIPF, Wells Fargo Bank, N.A. and Wells Fargo Securities International Limited, authorized and regulated by the Financial Conduct Authority.

This report is for your information only and is not an offer to sell, or a solicitation of an offer to buy, the securities or instruments named or described in the report. This report, including any ratings it contains, should not be considered a recommendation tailored to a particular investor with respect to (i) the security or securities or (ii) any investment strategy or strategies discussed in the report. Interested parties are advised to contact the entity with which they deal, or the entity

This document is for mlycouris@soleburytrout.com and should not be distributed further.

that provided this report to them, if they desire further information or they wish to effect transactions in the securities discussed in this report. The information in this report has been obtained or derived from sources believed by Wells Fargo Securities Global Research Department ("WFS Research"), to be reliable, but WFS Research does not represent that this information is accurate or complete. Any opinions or estimates contained in this report represent the judgment of WFS Research, at this time, and are subject to change without notice. Certain text, images, graphics, screenshots and audio or video clips included in this report are protected by copyright law and owned by third parties (collectively, "Third Party Content"). Third Party Content is made available to clients by Wells Fargo under license or otherwise in accordance with applicable law. Any use or publication of Third Party Content included in this report for purposes other than fair use requires permission from the copyright owner. Any external website links included in this publication are not maintained, controlled or operated by Wells Fargo Securities. Wells Fargo Securities does not provide the products and services on these websites and the views expressed on these websites do not necessarily represent those of Wells Fargo Securities. Please review the applicable privacy and security policies and terms and conditions for the website you are visiting. All Wells Fargo Securities and SAI research reports published by WFS Research are disseminated and available to all clients simultaneously through electronic publication to our internal client websites. Additional distribution may be effected via email, fax or regular mail. Clients may also receive our research via third party vendors. Not all research content is redistributed to our clients or available to third-party aggregators, nor is WFS Research responsible for the redistribution of our research by third party aggregators. Equity Strategists focus on investment themes across the equity markets and sectors. Any discussion within an Equity Strategy report of specific securities is not intended to provide a fundamental analysis of any individual company described therein. The information provided in Equity Strategy reports is subject to change without notice, and investors should not expect continuing information or additional reports relating to any security described therein. Wells Fargo Securities' Signature Picks is a product of the Equity Strategy team and represents a portfolio of stocks selected from the Equity Research Department's universe of Overweight rated stocks. Stocks with this designation are selected by the Signature Picks Committee based on factors such as volatility, risks, market cap and liquidity and may not represent the fundamental analysts' top rated stock in their respective coverage universe. For research or other data available on a particular security, please contact your sales representative or go to http://research.wellsfargosecurities.com. For the purposes of the U.K. Financial Conduct Authority's rules, this report constitutes impartial investment research. Each of Wells Fargo Securities, LLC, Wells Fargo Securities International Limited and Wells Fargo Securities Europe S.A. is a separate legal entity and distinct from affiliated banks. Copyright © 2021 Wells Fargo Securities, LLC

SECURITIES: NOT FDIC-INSURED - MAY LOSE VALUE - NO BANK GUARANTEE

This document is for mlycouris@soleburytrout.com and should not be distributed further.