# Ex. 33 – Dec. 28, 2021 *U.S. News* Article



Home / News / Health News / CDC: Omicron is Dominant

# CDC: Omicron Overtook Delta as Dominant Variant

The CDC significantly revised its variant proportions Tuesday, sharply dropping previous estimates of the prevalence of omicron.

By [Kaia Hubbard](#)

Dec. 28, 2021 |

 Save    Comment

   ○



A man takes a COVID test outside District Urgent Care on December 23, 2021 in Washington, DC. 📷 (ALEX WONG/GETTY IMAGES)

The omicron variant overtook the delta variant as the dominant strain circulating in the U.S., accounting for nearly 60% of all variants by Christmas, according to Centers for Disease Control and Prevention estimates released Tuesday.

The delta variant, which has been dominant since the summer months, remained the most prevalent during the week ending in Dec. 18, according to CDC estimates, accounting for 77% of variants, with omicron at 22.5%. By the following week ending on Dec. 25, delta made up just 41.1%, while omicron rose to 58.6%.

The figures are a large revision from a previous estimate released last week, which initially predicted that omicron had already eclipsed delta, making up 73% of all new cases by the week ending in Dec. 18. That estimate has been revised to 22.5% of all cases. The agency clarified that "estimates of variant proportions for previous weeks may change as more data are reported."

The rapidly spreading omicron variant was first identified as a variant of concern in late November and was first reported in the U.S. on Dec. 1. Since then, researchers have identified that the highly mutated variant is more transmissible than previous variants, although recent studies suggest it may be more mild.

Even so, the World Health Organization warned against ruling omicron out as mild, saying its transmissibility might mean that "the sheer number of cases could once again overwhelm unprepared health systems."

"Omicron is spreading at a rate we have not seen with any previous variant," WHO Director General Tedros Adhanom Ghebreyesus said at a press briefing. "We're concerned that people are dismissing omicron as mild. Surely, we have learned by now that we underestimate this virus at our peril."

The omicron variant's dominance does not come as a surprise to officials like leading infectious disease expert Dr. Anthony Fauci, who said as the variant emerged that an upcoming surge of the omicron variant was "inevitable."

But according to former Food and Drug Administration commissioner Scott Gottlieb, the new CDC estimates suggest that delta is still playing a large role.

"Setting aside the question of how the initial estimate was so inaccurate, if CDC's new estimate of Omicron prevalence is precise then it suggests that a good portion of the current hospitalizations we're seeing from Covid may still be driven by Delta infections," Gottlieb said.