# Ex. 49 – July 28, 2022
# *Wall Street Journal* Transcript

Rent the Runway's CEO on How it Survived the Pandemic - The Journal. - WSJ Podcasts

THURSDAY, JULY 28, 2022

MORE WAYS TO LIST

Google Podcasts

TuneIn

Alexa

iHeartRadio

RSS

Amazon Music

7/28/2022 4:15:00 PM   Share This Episode

# Rent the Runway's CEO on How it Survived the Pandemic

When the pandemic hit, Rent the Runway, a company that rents designer clothing, saw half its customers pause or cancel their monthly subscriptions. Jennifer Hyman, the CEO, talks about how she retooled the business to survive the shock, and the challenges that still remain.

00:00 / 15:55        1x

HOSTED BY

**Kate Linebaugh**
Co-host of The Journal.
Street Journal

FULL TRANSCRIPT

*This transcript was prepared by a transcription service. This version may not be in its final form and may be updated.*

Ryan Knutson: A little over two years ago, Jenn Hyman thought the company she co-founded might be about to fail.

Jenn Hyman: The date in my mind that solidified is like March 12th. I think that was a Thursday.

Ryan Knutson: Jenn is the co-founder and CEO of Rent The Runway, a company that rents designer clothes for people to wear, often to weddings, parties, or events. And when those kinds of events were being canceled all at once as a result of the pandemic, her business cratered.

Jenn Hyman: That Wednesday to Sunday time period was just like 50 plus percent of our subscribers canceled or paused their subscriptions.

Ryan Knutson: You had more than 100,000 subscribers at this point so you're talking about tens of thousand of subscribers were canceling Rent The Runway within just a matter of days.

Jenn Hyman: Yeah. And every 100,000 subscribers equals $200 million in revenue. So we're talking tens of millions of dollars in revenue just disappearing overnight.

Ryan Knutson: What is going through your mind as that's happening?

**Ryan Knutson**
Co-host and News Edito
Podcast, The Wall Stree

SHARE THIS PODCA

Jenn Hyman: I think just a massive amount of fear and how are we going to get through this? We don't have time to waste here.

Ryan Knutson: Did you think at any point, "This is the end of my business?"

Jenn Hyman: I did. I thought that for many months, but that thought and that fear actually probably led me to be even more decisive and more kind of ambitious in what those changes that we had to make were.

Ryan Knutson: The company did survive, but now two years later, it's still struggling to become profitable in the face of new challenges. Welcome to The Journal, our show about money, business, and power. I'm Ryan Knutson. It's Thursday, July 28th. Coming up on the show, the CEO of Rent The Runway on the company's strategy to survive. Rent The Runway was founded in 2009. And the idea was that instead of paying thousands of dollars for an expensive dress that you might only wear once, why not rent one online?

Speaker 4: Renting is everything. It's style at your doorstep, off the runway, and into your closet.

Ryan Knutson: It meant that top designers like Gucci or Armani were available to women who couldn't otherwise afford them. Over the next decade the company added different types of styles like office wear, maternity, and vacation clothes. And they created a subscription model which allowed customers to rent an unlimited number of clothes for a monthly fee. And by early 2020, Jenn says things were going really well. The company was valued at over a billion dollars.

Jenn Hyman: Our best months ever in the history of Rent The Runway were January and February of 2020. It felt like after 10 years of building this business that we had found true product market fit. Our subscription was growing over 100% year over year.

Ryan Knutson: But then the company started to see ominous signs.

Jenn Hyman: Then I would say in late February, in the first few days of March, we started to see our data kind of indicate to us that there was a problem.

Ryan Knutson: In a matter of weeks, Rent The Runway's customers started canceling subscriptions en masse. So the company had to change its business model on the fly. It called up the nearly 800 designers that supplied its clothes and pitched them on a new arrangement.

Jenn Hyman: We called them and we said, "Hey, we think that COVID is going to be a massive problem in the industry, a massive problem for us. We want you to hear from us in advance that we're your partner and we're not going to cancel our orders, but we also can't afford to pay for these orders. So we need to flip all of our orders into revenue share and be true partners. And we'll make money together or we'll not make money together. But this is going to have the potential to destroy the whole industry."

Ryan Knutson: With 800 of your partners you renegotiated the terms of your agreements? Right at the beginning of the pandemic?

Jenn Hyman: Yes. They thought we were crazy with a capital C. They're like, "What are you talking about? This COVID thing might be like a few week thing. It's certainly not going to impact my business."

Ryan Knutson: Eventually most of Rent The Runway's partners did agree to renegotiate. The new business model worked like this. Instead of buying the close outright, which was a major expense, Rent The Runway negotiated revenue shares, meaning the company only had to pay designers when someone actually rented one of their garments. Renegotiating with the brands helped reduce costs, but it wasn't enough. Jenn laid off or furloughed half the workforce. She also started trying to raise cash. It took several months before a loan finally came through.

Jenn Hyman: And the financing that we secured was not on pretty terms. There was no way to receive pretty terms during that period of time. So we were just kind of-

Ryan Knutson: In other words, you're paying a high interest rate.

Jenn Hyman: Paying in a high interest rate, taking on debt onto the business. But I knew that we just needed to survive. The day that we closed on the funding that gave us the financial runway to survive through COVID, that was really the day that I felt like, "Okay. We've survived. We will make it through."

Ryan Knutson: But surviving is different than thriving. Jenn says she knew the company had to make big changes if it wanted to start growing again. For instance, she said the company's subscription model, which at the time allowed customers to rent an unlimited amount of clothes, was too expensive to operate.

Jenn Hyman: I always described the unlimited plan we had in the past like an unlimited buffet, where when you're presented with an unlimited buffet, you think that you should bring 10 plates up to the buffet and you should stuff yourself silly because if you don't stuff yourself on all of the food at the buffet, you haven't gotten the value out of it.

Ryan Knutson: Right. You should get the waffles and the French toast and the bacon and eggs.

Jenn Hyman: And that's actually like-

Ryan Knutson: That's what my buffet tray looks like

Jenn Hyman: -an intense way to eat every single night, you know? So that was how people felt when they were in the subscription. That because they had unlimited shipments, they felt like unless they maximized their value every single month, they were confused as to whether they were getting everything out of it.

Ryan Knutson: Getting rid of the unlimited plan allowed the company to make more money. And adding cheaper plans for say four items a month was also appealing to customers who were going out less. And then Rent The Runway pushed further into selling clothes outright.

Jenn Hyman: We realized that customers actually did like to buy clothes from us. Just a different way to shop for secondhand clothing that feels less like a treasure hunt and more like just a regular eCommerce experience.

Ryan Knutson: How did you get that idea? What made you think that your customers would want to buy their clothes from Rent The Runway? I mean, it is called Rent The Runway.

Jenn Hyman: Yeah, because it was the only thing that they wanted to do or over COVID. But we found that the customer was coming to Rent The Runway and she wanted to purchase the secondhand clothing and kind of get a deal on it. So what started off as like one of the few ways that we had to monetize our customer base in 2020 is now just another engine of growth of the business.

Ryan Knutson: It took more than a year for Rent The Runway to grow its subscriber base close to where it had been before the pandemic. In the fall of 2021 Rent The Runway decided to go public on the stock market. Two other retailers who sell secondhand clothes online had successful IPOs and the stock market was surging.

Jenn Hyman: I thought the IPO market in 2021 couldn't have been better. We needed capital and we were recovering really, really nicely.

Ryan Knutson: So what did it feel like to go public?

Jenn Hyman: It was one of the most meaningful experiences I've ever had. I went to ring the bell at the NASDAQ with my two daughters and with the seven women who have been most important in building Rent The Runway over the last 12 years, our 50 person founding team.

Ryan Knutson: The listing was meaningful to Jenn in part because Rent The Runway was the first company with an all female leadership team to list on a public market. But Jenn's daughter, Aurora, who was four at the time, had a bit of a different takeaway.

Jenn Hyman: So we're leaving this amazing day at NASDAQ, kind of at 3:00 or 4:00 PM that day after like so much celebration. And we're taking an Uber home and I'm sitting in the car with my husband and my two daughters and Aurora turns to me again, and she's like, "Mommy, it's not fair that only girls get to run companies. Why shouldn't boys do it too?" And it was like, "Oh my God, I've truly created this warped universe where she now believes that

this is totally normal. That moms are running companies and girls do this and girls ring the bell and girls IPO their companies." And so my husband had to explain to her, he's like, "No, no, no. What you just saw today was unusual."

Ryan Knutson: But the honeymoon period of the IPO was short lived. That's after the break. Since Rent The Runway went public last fall, the entire stock market has declined, but Rent The Runway stock has fallen even further. The company peaked almost immediately after the IPO at almost $25 a share, but now it's about $4.30. Some investors have been skeptical about how many more women are willing to pay for a Rent The Runway subscription, and others are unhappy that the company's still not profitable.

Jenn Hyman: And so, as opposed to kind of focusing on just our stock price right now, which we don't think is going to change over the short term, we're focused, A, on bringing the business to profitability and taking advantage of the capital that we have to do that and really prove out to the market the business model that we've created.

Ryan Knutson: So what do you think this ceiling is for this model? I mean, do you think that more and more consumers, do you think it's inevitable that they will come around to this idea that renting their clothes is a more sustainable and better way to manage their wardrobes than buying clothes?

Jenn Hyman: I think that for 50% of what you would've traditionally purchased, I think that the consumer will be open to another way of consumption. And that could be a one time rental. That could be something that you want to use for a week or for a season. Especially given that we have such flexible relationships with so many other products that we consume in our lives. We have very flexible relationships with, now even how we live, via Airbnb, how we travel, how we consume music, how we consume entertainment. We're not locked into having to own something for the rest of our lives before we discover that we love it

Ryan Knutson: To attract new subscribers the company's been expanding its catalog. Now there are accessories like jewelry, household goods like pillows, and even ski gear. Eventually Jenn hopes to supply menswear too. Jenn says it's been easier to expand the catalog now because the company's relationship with designers has changed dramatically over the past few years. When the company started, a lot of designers were suspicious of Rent The Runway, thinking that it might eat into their own sales, but now she says designers see Rent The Runway as actually a way to get new customers.

Jenn Hyman: And what we found is that our customer, because we're giving her the freedom to rent, tends to experiment with brands she's never owned before. In fact, 98% of our customers rent brands they've never owned before, because why would you ever want to rent something that you already had in your closet? That wouldn't be fun.

Ryan Knutson: So what you're saying then is rather than being a threat to traditional retailers and traditional clothing brands, you're actually more like an on ramp for them?

Jenn Hyman: Yes. That's been one of the biggest aha moments over the last decade. And what's so interesting about it is we realized we are cannibalizing business, but we're not cannibalizing designer brands business. We're cannibalizing fast fashion. We're cannibalizing what the substitute was for that trendy date night look you wanted or that sixth wedding that you're invited to and you don't want to wear the same dress over again. So we are pulling them away from another behavior. We're just not pulling them away from buying something at Tory Burch. In fact, we're actually introducing a customer who's 15 to 30 years younger than the average luxury brand customer to the brand for the first time and getting them into that brand earlier.

Ryan Knutson: Although Rent The Runway still isn't profitable, Jenn says she's optimistic about the future.

Jenn Hyman: I truly believe that COVID was the first time in my life where I felt that **optimism** is actually a strategy. I never really believed that before this pandemic. But, I don't know, after going through this and seeing that this mindset of we will make it through, we will come out stronger, that that's the thing that actually saved the company.

Ryan Knutson: That's all for today, Thursday, July 28th. The Journal is a co-production of Gimlet and The Wall Street Journal. If you like our show, follow us on Spotify or wherever you get your podcasts. We're out every weekday afternoon. Thanks for listening. See you tomorrow.