Case 1:22-cv-06935-OEM-SDE    Document 71-53    Filed 02/23/24    Page 1 of 10 PageID #: 1329

# Ex. 53 – Sept. 12, 2022
# Jefferies Analyst Report

# Jefferies

USA | Internet Retail

## Rent the Runway

Equity Research
September 12, 2022

## Model Update: Subs Slow, but Profitability Achieved Early; MT FCF Guide Intact

Q2 beat, but subs were lower than expected due to a dropoff in June, consistent across retail. FY22 rev guide was lowered, but EBITDA raised as the co. is reducing costs by >$25M annualized. Comments on changing consumer behavior something to monitor, but the value prop. of fashion rental remains. Paths to MT profitability (clarified at ~15% EBITDA margin) and positive FCF reiterated. Stock reaction to growth vs. profitability tradeoff likely overdone.

**Q2 Beats on Sales and EBITDA, but Subs Light; Profitability Achieved Early:** Rev of $76.5M beat $73.6M cons. 124K ending active subs were much lower vs. 144K cons. and lower vs. mgmt. expectations despite the co. lower summer seasonality. EBITDA of +$1.8M, ahead of -$3.4M cons, was positive for the first time since the IPO and bested the co's breakeven target by 3Q22-1Q23.

**FY22 Rev Lowered, but EBITDA Raised:** For Q3, rev guide of $72-$74M was below $79.9M cons. EBITDA margin was guided to be 1% to 3%, implying $0.7M-$2.2M EBITDA, above -$4.5M cons. FY rev of $285-$290M was lowered from $295-$305M, equating to an additional ~$6M decrease in the Q4 atop of Q3 guide's shortfall vs. cons. and the Q2 beat. EBITDA margin of -2% to 0% implies -$6M to breakeven, well above -$15M to -$18M previously. For the 2H, the co. is assuming uncertainty regarding subs growth despite seeing an uptick in subs and unpausing in the last few weeks. Mgmt. also assumes some COVID-19 impact in Q4, which could prove conservative.

**Substantial Restructuring Plan Announced to Streamline Efficiencies and Fund Growth:** RENT announced a restructuring plan to reduce costs by $25-27M (~9% of FY22E rev) and streamline the corp. cost structure. The plan ensures RENT can navigate a potentially tougher macro and will allow it to reinvest in the biz. The bulk of the cost saves are related to headcount (24% reduction in the corp. workforce), reorganizing functions, and reallocating resources to improve growth and the customer experience (e.g. at-home pickup now available for >50% of subs, testing a loyalty program, personalized fit tags on product pages). Layoffs will be complete by Q3 and the co expects to see a $4-5M positive EBITDA impact in Q4. Full impact expected for FY23.

**Subscriber Growth Slows NT, but MT Expectations Reiterated:** The co saw some of the strongest subscriber growth & engagement and the highest ARPU's in the company's history in May (30% add-on rate for Q2, improved vs. 28% in Q1). In mid-June, trends reversed with an increase in paused subs and a much lower retention rate. The co is still trying to diagnose the sudden drop off in June despite seasonality. Mgmt. believes a change in consumer behavior (e.g. rentals used for the workplace at 20% vs. >1/3 pre-pandemic) and/or macro headwinds could have impacted. Macro impacts would align with broader retail. Demand for events was higher than expected, which could have limited Reserve rev. The strength is expected to continue, and adj. are being made for FY23.

*Cont'd on next page...*

| (FY Jan) | 2020A | 2021A | 2022E | 2023E |
|---|---|---|---|---|
| Rev. (MM) | 157.5 | 203.3 | 287.9 | 367.0 |
| Adj EPS | - | (3.48) | (2.32) | (1.60) |
| EBITDA (MM) | (20.3) | (19.2) | (1.9) | 46.6 |
| EV/EBITDA | NM | NM | NM | 8.4x |

### TARGET CHANGE

| RATING | BUY |
|---|---|
| PRICE | $4.93^ |
| PRICE TARGET | % TO PT | ↓$10.00 ($13.00) | +103% |
| 52W HIGH-LOW | $24.77 - $2.99 |
| FLOAT (%) | ADV MM (USD) | 58.9% | 3.63 |
| MARKET CAP | $312.6M |
| TICKER | RENT |

^Prior trading day's closing price unless otherwise noted.

| | CHANGE TO JEFe | | JEF vs CONS | |
|---|---|---|---|---|
| | 2022 | 2023 | 2022 | 2023 |
| REVENUE | -5.5% | -7.8% | NA | NA |
| EPS | NA | NA | NA | NA |

| 2022 ($) | Q1 | Q2 | Q3 | Q4 | FY |
|---|---|---|---|---|---|
| EPS* | (0.67)A | ↑(0.53)A | ↑(0.60) | ↑(0.52) | ↑(2.32) |
| PREVIOUS | (0.67) | | (0.75) | (0.67) | (2.76) |

*Adj EPS

**Ashley Helgans** *  | Equity Analyst
(212) 336-7367 | ahelgans@jefferies.com

**Blake Anderson, CFA** *  | Equity Associate
(212) 323-7686 | banderson2@jefferies.com

Please see analyst certifications, important disclosure information, and information regarding the status of non-US analysts on pages 5 - 9 of this report.
* Jefferies LLC / Jefferies Research Services, LLC

This report is intended for jstichter@renttherunway.com. Unauthorized distribution prohibited.

# Jefferies

Rent the Runway Inc (RENT)
Equity Research
September 12, 2022

## The Long View: Rent the Runway

### Investment Thesis / Where We Differ

Today, closets are expensive and underutilized; Rent the Runway looks to solve this with its Closet in the Cloud, the world's largest shared designer closet. The company's apparel rental and subscription model is supported by multiple secular changes in consumer consumption behavior: 1) shift to ecom; 2) sustainability focus; 3) access vs. ownership; 4) newness + variety; and 5) increase of women in the workforce. Rent the Runway's patented technology, data, logistics, and brand partners create a competitive moat from new entrants. We expect HDD% growth over the next few years. New inventory model, automation, and scale should drive margin expansion. Intl expansion and expanded category offerings are incremental to models.

### Risk/Reward - 12 Month View



### Base Case,
## $10, +103%

- First-mover advantage; largest shared designer closet
- Sales growth ~35% in FY22 and ~30% in FY23
- Subscriber growth 30-40% range
- Gross margin 900bps from FY21 to FY23
- SG&A improvement of +30ppts
- $10 price target based on 2.0x FY2 EV/Sales multiple on $367M 2023

### Upside Scenario,
## $18, +265%

- Sales growth of 50-60% in FY22 and 40-50% in FY23, driven by higher-than-expected subscriber growth and greater spend per customer
- New categories and brand offerings drive subscriber levels ahead of expectations
- Incremental monetization from existing customers drives up LTV
- Scale drives margin expansion ahead of expectations
- $18 price target based on 2.5x FY2 EV/Sales on $450M sales in 2023

### Downside Scenario,
## $2, -59%

- Sales growth slows to an average of 20% in FY22 and FY23
- New subscriber count falls below expectations
- Incremental marketing spend is needed to support sales growth
- $2 price target is based 0.5x FY2 EV/Sales multiple on $300M 2023

### Sustainability Matters

**Top Material Issues**: 1) **Energy Management:** As part of its business model, RENT is also focused on making women's fashion more sustainable for the environment in terms of carbon emissions and waste. **2) Employee Engagement, Diversity & Inclusion:** After being the first company to go public with an all-female CEO, COO, & CFO, RENT is a leader in mgmt. diversity, and aims to make this measure a key priority for its broader workforce, supplier base, and marketing materials and imagery as well going forward.

**Company Targets: 1)** Achieve net zero emissions by 2040. **2)** Displace the need for new production of 500K garments by FY26. **3)** Power owned and operated facilities (e.g. stores, offices, warehouses) with 100% renewable electricity by the end of FY26. **4)** Quantify supply chain emissions (i.e. Scope 3 baseline) by the end of FY24. **5)** Sustainably source 50% of key materials for Exclusive Designs by end of FY26.

**Qs to Mgmt**: 1) How much room is there to go for consumers to truly value the sustainability element of your business? **2)** How do your sustainability practices impact your financial profile?

ESG Sector Deep Dive: Retail

### Catalysts

- Q3 earnings - December
- Subscriber growth
- New categories + brand offerings
- Brand awareness
- Incremental monetization from existing customers
- Expanded category offerings
- Margin Expansion - leverage with scale and new inventory method
- International expansion

Please see important disclosure information on pages 5 - 9 of this report.

2

This report is intended for Jefferies clients only. Unauthorized distribution is prohibited.

# Jefferies

Going forward, mgmt. is confident in continued subscriber growth and plans to reactivate a portion of the >2M lifetime RENT users. The co. provided more color on the MT profitability ramp. In the NT at $400M in revenue, RENT expects ~15% EBITDA margins (before rental product depreciation of ~15% of rev) and cash burn of $30M before interest expense. Mgmt. noted the path might not be linear based on investment needs. In the MT, the co. expects ~15% EBITDA margins (~30% before rental product depreciation) and positive FCF. The co. has previously stated it expects positive FCF in the MT at 300K subs and $600M in rev, but we believe a lower sub count would now be needed given the restructuring.

**Model Update:** We model Q3 and FY22 in line with the updated guide; out-year topline est. moves lower on macro uncertainty. FY23 profitability estimates improve substantially as the co realizes $25-27M in restructuring cost saves. PT moves to $10 (from $13) on our lower sales estimate as we hold our 2x FY2 EV/sales multiple. While the near-term decline in subs is likely to impact sentiment for MT topline growth potential, we are encouraged by the co's pull-forward of and visibility into profitability.

Please see important disclosure information on pages 5 - 9 of this report.

3

This report is intended for Jefferies clients only. Unauthorized distribution is prohibited.

# Jefferies

Rent the Runway Inc (RENT)
Equity Research
September 12, 2022

**Exhibit 1 - Rent the Runway, Inc. (RENT): Income Statement ($M)**

| | FY 2019 | Q1 Apr-20 | Q2 Jul-20 | Q3 Oct-20 | Q4 Jan-21 | FY 2020 | Q1 Apr-21 | Q2 Jul-21 | Q3 Oct-21 | Q4 Jan-22 | FY 2021 | Q1 Apr-22 | Q2 Jul-22 | Q3E Oct-22 | Q4E Jan-23 | FYE 2022 | Q1E Apr-23 | Q2E Jul-23 | Q3E Oct-23 | Q4E Jan-24 | FYE 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Subscription and Reserve Revenue | $235.4 | $52.3 | $24.0 | $30.5 | $29.1 | $135.9 | $29.8 | $42.9 | $54.3 | $58.8 | $185.8 | $61.4 | $70.0 | $67.9 | $64.7 | $264.0 | $76.8 | $87.5 | $88.2 | $84.1 | $336.6 |
| Other Revenue | $21.5 | $7.3 | $4.9 | $5.0 | $4.4 | $21.6 | $3.7 | $3.8 | $4.7 | $5.3 | $17.5 | $5.7 | $6.5 | $5.9 | $5.8 | $23.9 | $7.1 | $8.1 | $7.6 | $7.6 | $30.5 |
| **Total Revenue** | **$256.9** | **$59.6** | **$28.9** | **$35.5** | **$33.5** | **$157.5** | **$33.5** | **$46.7** | **$59.0** | **$64.1** | **$203.3** | **$67.1** | **$76.5** | **$73.8** | **$70.5** | **$287.9** | **$83.9** | **$95.6** | **$95.9** | **$91.7** | **$367.0** |
| *Subscription and Reserve Revenue Y/Y %* | | 3.4% | -59.0% | -48.5% | -56.6% | -42.3% | -43.0% | 78.8% | 78.0% | 102.1% | 36.7% | 106.0% | 63.2% | 25.0% | 10.0% | 42.1% | 25.0% | 25.0% | 30.0% | 30.0% | 27.5% |
| *Other Revenue Y/Y %* | | 52.1% | 2.1% | -2.0% | -35.3% | 0.5% | -49.3% | -22.4% | -6.0% | 20.5% | -19.0% | 54.1% | 71.1% | 25.0% | 10.0% | 36.6% | 25.0% | 25.0% | 30.0% | 30.0% | 27.4% |
| *Total Revenue Y/Y %* | | 7.6% | -54.4% | -44.8% | -54.6% | -38.7% | -43.8% | 61.6% | 66.2% | 91.3% | 29.1% | 100.3% | 63.8% | 25.0% | 10.0% | 41.6% | 25.0% | 25.0% | 30.0% | 30.0% | 27.5% |
| Fulfillment | 118.1 | 23.0 | 9.8 | 11.0 | 9.2 | 53.0 | 8.8 | 13.5 | 19.2 | 20.4 | 61.9 | 22.9 | 23.4 | 22.9 | 21.9 | 91.0 | 25.2 | 28.7 | 28.8 | 27.5 | 110.1 |
| Rental Product depreciation and revenue share | 85.2 | 26.5 | 20.5 | 22.1 | 19.9 | 89.0 | 16.6 | 15.0 | 19.9 | 20.2 | 71.7 | 21.7 | 20.7 | 20.7 | 19.7 | 82.8 | 22.2 | 25.3 | 25.4 | 24.3 | 97.3 |
| Gross Profit | 53.6 | 10.1 | -1.4 | 2.4 | 4.4 | 15.5 | 8.1 | 18.2 | 19.9 | 23.5 | 69.7 | 22.5 | 32.4 | 30.2 | 28.9 | 114.0 | 36.5 | 41.6 | 41.7 | 39.9 | 159.7 |
| Gross Margin | 20.9% | 16.9% | -4.8% | 6.8% | 13.1% | 9.8% | 24.2% | 39.0% | 33.7% | 36.7% | 34.3% | 33.5% | 42.4% | 41.0% | 41.0% | 39.6% | 43.5% | 43.5% | 43.5% | 43.5% | 43.5% |
| Costs and Expenses | | | | | | | | | | | | | | | | | | | | | |
| Technology | 40.2 | 10.6 | 8.0 | 9.4 | 9.7 | 37.7 | 9.7 | 10.5 | 12.8 | 12.3 | 45.3 | 13.6 | 14.9 | 12.9 | 12.0 | 53.4 | 12.2 | 13.9 | 12.5 | 11.9 | 50.4 |
| Marketing | 22.9 | 3.9 | 1.2 | 1.4 | 1.6 | 8.1 | 2.6 | 4.8 | 10.8 | 8.3 | 26.5 | 8.7 | 9.0 | 10.0 | 7.8 | 35.4 | 9.2 | 10.5 | 9.6 | 9.2 | 38.5 |
| General and administrative | 98.9 | 24.6 | 17.4 | 17.9 | 17.3 | 77.2 | 19.0 | 21.6 | 35.8 | 28.0 | 104.4 | 29.2 | 29.6 | 28.0 | 26.1 | 112.9 | 28.1 | 32.0 | 32.1 | 30.7 | 123.0 |
| Other depreciation and amortization | 21.6 | 6.1 | 5.6 | 5.7 | 5.6 | 23.0 | 5.1 | 4.8 | 4.7 | 4.8 | 19.4 | 4.2 | 4.5 | 5.9 | 4.9 | 19.5 | 5.9 | 6.7 | 6.7 | 6.4 | 25.7 |
| Operating Profit | -130.0 | -35.1 | -33.6 | -32.0 | -29.8 | -130.5 | -28.3 | -23.5 | -44.2 | -29.9 | -125.9 | -33.2 | -25.6 | -26.6 | -21.9 | -107.2 | -18.9 | -21.5 | -19.2 | -18.3 | -77.9 |
| *Operating Margin %* | | | | | | | | | | | | | | | | | | | | | |
| Stock Compensation | 6.8 | 2.0 | 1.8 | 2.5 | 1.9 | 8.2 | 1.9 | 2.4 | 17.1 | 5.2 | 26.6 | 5.5 | 6.9 | 7.4 | 7.1 | 26.8 | 6.7 | 7.7 | 7.7 | 7.3 | 29.4 |
| Rental product depreciation | 75.7 | 22.1 | 16.0 | 16.8 | 15.0 | 69.9 | 12.7 | 11.2 | 13.7 | 12.7 | 50.3 | 13.6 | 13.5 | 12.9 | 12.3 | 52.3 | 14.3 | 16.3 | 15.8 | 15.1 | 61.5 |
| Write-off of liquid assets | 4.1 | 0.6 | 0.3 | 0.7 | 1.7 | 3.3 | 1.4 | 1.4 | 1.2 | 0.8 | 4.8 | 0.6 | 1.8 | 0.8 | 1.0 | 4.2 | 1.0 | 1.0 | 1.0 | 1.0 | 4.0 |
| Adjustments | 3.8 | 1.2 | 2.4 | 0.9 | 1.3 | 5.8 | 1.0 | 1.8 | 1.9 | 0.9 | 5.6 | 0.5 | 0.7 | 0.7 | 0.5 | 2.4 | 1.0 | 1.0 | 1.0 | 1.0 | 4.0 |
| **Adj. EBITDA** | **-18.0** | **-$3.1** | **-$7.5** | **-$5.4** | **-$4.3** | **-20.3** | **-$6.2** | **-$1.9** | **-$5.6** | **-$5.5** | **-19.2** | **-$8.8** | **$1.8** | **$1.1** | **$4.0** | **-1.9** | **$10.0** | **$11.1** | **$13.0** | **$12.5** | **46.6** |
| *Adj. EBITDA Margin* | -7.0% | -5.2% | -26.0% | -15.2% | -12.8% | -12.9% | -18.5% | -4.1% | -9.5% | -8.6% | -9.4% | -13.1% | 2.4% | 1.5% | 5.6% | -0.7% | 11.9% | 11.6% | 13.6% | 13.7% | 12.7% |
| Interest Expense | 24.0 | 8.9 | 11.5 | 11.8 | 14.4 | 46.6 | 14.5 | 14.9 | 14.3 | 9.3 | 53.0 | 9.3 | 9.6 | 9.6 | 9.6 | 38.1 | 6.4 | 6.0 | 6.0 | 6.0 | 24.4 |
| Other Income, Net | -0.1 | 0.9 | 0.2 | -0.5 | 5.4 | 6.0 | 0.5 | -4.1 | -29.6 | 0 | -33.2 | 0 | 1.3 | -2 | -2 | -2.7 | 0 | 0 | 0 | 0 | 0.0 |
| Income before income taxes | -$154.1 | -$43.1 | -$44.9 | -$44.3 | -$38.8 | -$171.1 | -$42.3 | -$42.5 | -$88.1 | -$39.2 | -$212.1 | -$42.5 | -$33.9 | -$38.1 | -$33.4 | -$148.0 | -$25.2 | -$27.5 | -$25.2 | -$24.3 | -$102.3 |
| Income tax expense | -0.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | -0.1 | -0.3 | 0.1 | -0.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Tax Rate | 0.1% | 0.0% | 0.0% | 0.0% | 0.0% | 0% | 0.0% | 0.2% | 0.3% | -0.3% | 0% | 0.0% | 0.0% | 0.0% | 0.0% | 0% | 0.0% | 0.0% | 0.0% | 0.0% | 0% |
| Net Income | -$153.9 | -$43.1 | -$44.9 | -$44.3 | -$38.8 | -$171.1 | -$42.3 | -$42.4 | -$87.8 | -$39.3 | -$211.8 | -$42.5 | -$33.9 | -$38.1 | -$33.4 | -$148.0 | -$25.2 | -$27.5 | -$25.2 | -$24.3 | -$102.3 |
| Adjustments | | | | | | | | | | | $0.0 | | | | | $0.0 | | | | | $0.0 |
| Adj. Net Income | | -$43.1 | -$44.9 | -$44.3 | -$38.8 | -$171.10 | -$42.3 | -$42.4 | -$87.8 | -$39.3 | -$211.80 | -$42.5 | -$33.9 | -$38.1 | -$33.4 | -$147.90 | -$25.2 | -$27.5 | -$25.2 | -$24.3 | -$102.27 |
| Earnings Per Share - Diluted | -$14.10 | -$3.88 | -$4.04 | -$3.99 | -$3.49 | -$15.39 | -$3.75 | -$3.75 | -$6.72 | -$3.01 | -$17.39 | -$0.67 | -$0.53 | -$0.60 | -$0.52 | -$2.32 | -$0.39 | -$0.43 | -$0.39 | -$0.38 | -$1.60 |
| Earnings Per Share - Proforma | -$14.10 | -$0.66 | -$0.69 | -$0.68 | -$0.59 | -$2.62 | -$0.65 | -$0.65 | -$1.39 | -$0.62 | -$3.48 | -$0.67 | -$0.53 | -$0.60 | -$0.52 | -$2.32 | -$0.39 | -$0.43 | -$0.39 | -$0.38 | -$1.60 |
| Weighted common shares outstanding Diluted | 10.9 | 65.4 | 65.4 | 65.4 | 65.4 | 65.4 | 65.4 | 65.4 | 63.0 | 63.0 | 64.2 | 63.4 | 64.1 | 63.4 | 64.1 | 63.8 | 64.1 | 64.1 | 64.1 | 64.1 | 64.1 |

Source: Company Reports; Jefferies

Please see important disclosure information on pages 5 - 9 of this report.

This report is intended for Jefferies clients only. Unauthorized distribution is prohibited.

# Jefferies

Rent the Runway Inc (RENT)
Equity Research
September 12, 2022

## Company Description

**Rent the Runway**

Rent the Runway, Inc. provides online ready-to-wear and contemporary designer apparel services. It rents designer dresses, gowns, and accessories for women. The firm's online platform enables women to search and book dresses and accessories for rental for various occasions, including parties, vacations, weddings, dates, and birthdays. It also sells intimates, fashion solutions, lingerie, shape wear, tights, beauty products, jewelry, and shoes online. The company was founded by Jennifer Y. Hyman and Jennifer Carter Fleiss in November 2008 and is headquartered in Brooklyn, New York.

## Company Valuation/Risks

**Rent the Runway**

PT: Our $10 PT is based on 2x FY2 EV/Sales, a premium to apparel ecom peers but below subscription peer group. Risks: variability in subscriber growth, rising costs, competition, and change in consumer preference.

## Analyst Certification:

I, Ashley Helgans, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

I, Blake Anderson, CFA, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

As is the case with all Jefferies employees, the analyst(s) responsible for the coverage of the financial instruments discussed in this report receives compensation based in part on the overall performance of the firm, including investment banking income. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Aside from certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the analyst's judgement.

## Investment Recommendation Record

**(Article 3(1)e and Article 7 of MAR)**

| | |
|---|---|
| Recommendation Published | September 12, 2022 , 22:08 ET. |
| Recommendation Distributed | September 12, 2022 , 22:08 ET. |

## Company Specific Disclosures

Jefferies Group LLC makes a market in the securities or ADRs of Rent the Runway Inc.

## Explanation of Jefferies Ratings

Buy - Describes securities that we expect to provide a total return (price appreciation plus yield) of 15% or more within a 12-month period.

Hold - Describes securities that we expect to provide a total return (price appreciation plus yield) of plus 15% or minus 10% within a 12-month period.

Underperform - Describes securities that we expect to provide a total return (price appreciation plus yield) of minus 10% or less within a 12-month period.

The expected total return (price appreciation plus yield) for Buy rated securities with an average security price consistently below $10 is 20% or more within a 12-month period as these companies are typically more volatile than the overall stock market. For Hold rated securities with an average security price consistently below $10, the expected total return (price appreciation plus yield) is plus or minus 20% within a 12-month period. For Underperform rated securities with an average security price consistently below $10, the expected total return (price appreciation plus yield) is minus 20% or less within a 12-month period.

NR - The investment rating and price target have been temporarily suspended. Such suspensions are in compliance with applicable regulations and/or Jefferies policies.

CS - Coverage Suspended. Jefferies has suspended coverage of this company.

NC - Not covered. Jefferies does not cover this company.

Restricted - Describes issuers where, in conjunction with Jefferies engagement in certain transactions, company policy or applicable securities regulations prohibit certain types of communications, including investment recommendations.

Monitor - Describes securities whose company fundamentals and financials are being monitored, and for which no financial projections or opinions on the investment merits of the company are provided.

Please see important disclosure information on pages 5 - 9 of this report.

5

This report is intended for Jefferies clients only. Unauthorized distribution is prohibited.

# Jefferies

Rent the Runway Inc (RENT)
Equity Research
September 12, 2022

## Valuation Methodology

Jefferies' methodology for assigning ratings may include the following: market capitalization, maturity, growth/value, volatility and expected total return over the next 12 months. The price targets are based on several methodologies, which may include, but are not restricted to, analyses of market risk, growth rate, revenue stream, discounted cash flow (DCF), EBITDA, EPS, cash flow (CF), free cash flow (FCF), EV/EBITDA, P/E, PE/growth, P/CF, P/FCF, premium (discount)/average group EV/EBITDA, premium (discount)/average group P/E, sum of the parts, net asset value, dividend returns, and return on equity (ROE) over the next 12 months.

**Jefferies Franchise Picks**

Jefferies Franchise Picks include stock selections from among the best stock ideas from our equity analysts over a 12 month period. Stock selection is based on fundamental analysis and may take into account other factors such as analyst conviction, differentiated analysis, a favorable risk/reward ratio and investment themes that Jefferies analysts are recommending. Jefferies Franchise Picks will include only Buy rated stocks and the number can vary depending on analyst recommendations for inclusion. Stocks will be added as new opportunities arise and removed when the reason for inclusion changes, the stock has met its desired return, if it is no longer rated Buy and/or if it triggers a stop loss. Stocks having 120 day volatility in the bottom quartile of S&P stocks will continue to have a 15% stop loss, and the remainder will have a 20% stop. Franchise Picks are not intended to represent a recommended portfolio of stocks and is not sector based, but we may note where we believe a Pick falls within an investment style such as growth or value.

## Risks which may impede the achievement of our Price Target

This report was prepared for general circulation and does not provide investment recommendations specific to individual investors. As such, the financial instruments discussed in this report may not be suitable for all investors and investors must make their own investment decisions based upon their specific investment objectives and financial situation utilizing their own financial advisors as they deem necessary. Past performance of the financial instruments recommended in this report should not be taken as an indication or guarantee of future results. The price, value of, and income from, any of the financial instruments mentioned in this report can rise as well as fall and may be affected by changes in economic, financial and political factors. If a financial instrument is denominated in a currency other than the investor's home currency, a change in exchange rates may adversely affect the price of, value of, or income derived from the financial instrument described in this report. In addition, investors in securities such as ADRs, whose values are affected by the currency of the underlying security, effectively assume currency risk.



**Notes:** Each box in the Rating and Price Target History chart above represents actions over the past three years in which an analyst initiated on a company, made a change to a rating or price target of a company or discontinued coverage of a company.

Legend:

I: Initiating Coverage

D: Dropped Coverage

B: Buy

H: Hold

UP: Underperform

This report is intended for Jefferies clients only. Unauthorized distribution is prohibited.

# Jefferies

Rent the Runway Inc (RENT)

**Equity Research**

September 12, 2022

## Distribution of Ratings

| | Count | Percent | IB Serv./Past12 Mos. | | JIL Mkt Serv./Past12 Mos. | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | Count | Percent | Count | Percent |
| BUY | 1944 | 61.83% | 98 | 5.04% | 22 | 1.13% |
| HOLD | 1061 | 33.75% | 14 | 1.32% | 1 | 0.09% |
| UNDERPERFORM | 139 | 4.42% | 1 | 0.72% | 0 | 0.00% |

Please see important disclosure information on pages 5 - 9 of this report.                                                                                                         7

This report is intended for Jefferies clients only. Unauthorized distribution is prohibited.

# Jefferies

## Other important disclosures

**Other Important Disclosures**

Jefferies does business and seeks to do business with companies covered in its research reports, and expects to receive or intends to seek compensation for investment banking services among other activities from such companies. As a result, investors should be aware that Jefferies may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

Jefferies Equity Research refers to research reports produced by analysts employed by one of the following Jefferies Group LLC ("Jefferies") group companies:

**United States:** Jefferies LLC which is an SEC registered broker-dealer and a member of FINRA (and distributed by Jefferies Research Services, LLC, an SEC registered Investment Adviser, to clients paying separately for such research).

**United Kingdom:** Jefferies International Limited, which is authorized and regulated by the Financial Conduct Authority; registered in England and Wales No. 1978621; registered office: 100 Bishopsgate, London EC2N 4JL; telephone +44 (0)20 7029 8000; facsimile +44 (0)20 7029 8010.

**Germany:** Jefferies GmbH, which is authorized and regulated by the Bundesanstalt fuer Finanzdienstleistungsaufsicht, BaFin-ID: 10150151; registered office: Bockenheimer Landstr. 24, 60232 Frankfurt a.M., Germany; telephone: +49 (0) 69 719 1870

**Hong Kong:** Jefferies Hong Kong Limited, which is licensed by the Securities and Futures Commission of Hong Kong with CE number ATS546; located at Suite 2201, 22nd Floor, Cheung Kong Center, 2 Queen's Road Central, Hong Kong.

**Singapore:** Jefferies Singapore Limited, which is licensed by the Monetary Authority of Singapore; located at 80 Raffles Place #15-20, UOB Plaza 2, Singapore 048624, telephone: +65 6551 3950.

**Japan:** Jefferies (Japan) Limited, Tokyo Branch, which is a securities company registered by the Financial Services Agency of Japan and is a member of the Japan Securities Dealers Association; located at Tokyo Midtown Hibiya 30F Hibiya Mitsui Tower, 1-1-2 Yurakucho, Chiyoda-ku, Tokyo 100-0006; telephone +813 5251 6100; facsimile +813 5251 6101.

**India:** Jefferies India Private Limited (CIN - U74140MH2007PTC200509), licensed by the Securities and Exchange Board of India for: Stock Broker (NSE & BSE) INZ000243033, Research Analyst INH000000701 and Merchant Banker INM000011443, located at 42/43, 2 North Avenue, Maker Maxity, Bandra-Kurla Complex, Bandra (East), Mumbai 400 051, India; Tel +91 22 4356 6000.

**Australia:** Jefferies (Australia) Pty Limited (ACN 623 059 898), which holds an Australian financial services license (AFSL 504712) and is located at Level 22, 60 Martin Place, Sydney NSW 2000; telephone +61 2 9364 2800.

This report was prepared by personnel who are associated with Jefferies (Jefferies International Limited, Jefferies GmbH, Jefferies Hong Kong Limited, Jefferies Singapore Limited, Jefferies (Japan) Limited, Tokyo Branch, Jefferies India Private Limited), and Jefferies (Australia) Pty Ltd; or by personnel who are associated with both Jefferies LLC and Jefferies Research Services LLC ("JRS"). Jefferies LLC is a US registered broker-dealer and is affiliated with JRS, which is a US registered investment adviser. JRS does not create tailored or personalized research and all research provided by JRS is impersonal. If you are paying separately for this research, it is being provided to you by JRS. Otherwise, it is being provided by Jefferies LLC. Jefferies LLC, JRS, and their affiliates are collectively referred to below as "Jefferies". Jefferies may seek to do business with companies covered in this research report. As a result, investors should be aware that Jefferies may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only one of many factors in making their investment decisions. Specific conflict of interest and other disclosures that are required by FINRA and other rules are set forth in this disclosure section.

\* \* \*

If you are receiving this report from a non-US Jefferies entity, please note the following: Unless prohibited by the provisions of Regulation S of the U.S. Securities Act of 1933, as amended, this material is distributed in the United States by Jefferies LLC, which accepts responsibility for its contents in accordance with the provisions of Rule 15a-6 under the US Securities Exchange Act of 1934, as amended. Transactions by or on behalf of any US person may only be effected through Jefferies LLC. In the United Kingdom and European Economic Area this report is issued and/or approved for distribution by Jefferies International Limited ("JIL") and/or Jefferies GmbH and is intended for use only by persons who have, or have been assessed as having, suitable professional experience and expertise, or by persons to whom it can be otherwise lawfully distributed.

JIL and Jefferies GmbH allows its analysts to undertake private consultancy work. JIL and Jefferies GmbH's conflicts management policy sets out the arrangements JIL and Jefferies GmbH employs to manage any potential conflicts of interest that may arise as a result of such consultancy work. Jefferies LLC, JIL, Jefferies GmbH and their affiliates, may make a market or provide liquidity in the financial instruments referred to in this report; and where they do make a market, such activity is disclosed specifically in this report under "company specific disclosures".

For Canadian investors, this material is intended for use only by professional or institutional investors. None of the investments or investment services mentioned or described herein is available to other persons or to anyone in Canada who is not a "Designated Institution" as defined by the Securities Act (Ontario). In Singapore, Jefferies Singapore Limited ("JSL") is regulated by the Monetary Authority of Singapore. For investors in the Republic of Singapore, where this material is prepared and issued by a Jefferies affiliate outside of Singapore, it is distributed by JSL pursuant to Regulation 32C of the Financial Advisers Regulations. The material contained in this document is intended solely for accredited, expert or institutional investors, as defined under the Securities and Futures Act 2001 (Singapore). If there are any matters arising from, or in connection with this material, please contact JSL, located at 80 Raffles Place #15-20, UOB Plaza 2, Singapore 048624, telephone: +65 6551 3950. In Japan, this material is issued and distributed by Jefferies (Japan) Limited to institutional investors only. In Hong Kong, this report is issued and approved by Jefferies Hong Kong Limited and is intended for use only by professional investors as defined in the Hong Kong Securities and Futures Ordinance and its subsidiary legislation. In the Republic of China (Taiwan), this report should not be distributed. The research in relation to this report is conducted outside the People's Republic of China ("PRC"). This report does not constitute an offer to sell or the solicitation of an offer to buy any securities in the PRC. PRC investors shall have the relevant qualifications to invest in such securities and shall be responsible for obtaining all relevant approvals, licenses, verifications and/or registrations from the relevant governmental authorities themselves. In India, this report is made available by Jefferies India Private Limited. In Australia, this report is issued and/or approved for distribution by, or on behalf of, Jefferies (Australia) Securities Pty Ltd

Please see important disclosure information on pages 5 - 9 of this report.

8

This report is intended for Jefferies clients only. Unauthorized distribution is prohibited.

# Jefferies

(ACN 610 977 074), which holes an Australian financial services license (AFSL 487263). It is directed solely at wholesale clients within the meaning of the Corporations Act 2001 (Cth) of Australia (the "Corporations Act"), in connection with their consideration of any investment or investment service that is the subject of this report. This report may contain general financial product advice. Where this report refers to a particular financial product, you should obtain a copy of the relevant product disclosure statement or offer document before making any decision in relation to the product. Recipients of this document in any other jurisdictions should inform themselves about and observe any applicable legal requirements in relation to the receipt of this document.

This report is not an offer or solicitation of an offer to buy or sell any security or derivative instrument, or to make any investment. Any opinion or estimate constitutes the preparer's best judgment as of the date of preparation, and is subject to change without notice. Jefferies assumes no obligation to maintain or update this report based on subsequent information and events. Jefferies, and their respective officers, directors, and employees, may have long or short positions in, or may buy or sell any of the securities, derivative instruments or other investments mentioned or described herein, either as agent or as principal for their own account. This material is provided solely for informational purposes and is not tailored to any recipient, and is not based on, and does not take into account, the particular investment objectives, portfolio holdings, strategy, financial situation, or needs of any recipient. As such, any advice or recommendation in this report may not be suitable for a particular recipient. Jefferies assumes recipients of this report are capable of evaluating the information contained herein and of exercising independent judgment. A recipient of this report should not make any investment decision without first considering whether any advice or recommendation in this report is suitable for the recipient based on the recipient's particular circumstances and, if appropriate or otherwise needed, seeking professional advice, including tax advice. Jefferies does not perform any suitability or other analysis to check whether an investment decision made by the recipient based on this report is consistent with a recipient's investment objectives, portfolio holdings, strategy, financial situation, or needs.

By providing this report, neither JRS nor any other Jefferies entity accepts any authority, discretion, or control over the management of the recipient's assets. Any action taken by the recipient of this report, based on the information in the report, is at the recipient's sole judgment and risk. The recipient must perform his or her own independent review of any prospective investment. If the recipient uses the services of Jefferies LLC (or other affiliated broker-dealers), in connection with a purchase or sale of a security that is a subject of these materials, such broker-dealer may act as principal for its own accounts or as agent for another person. Only JRS is registered with the SEC as an investment adviser; and therefore neither Jefferies LLC nor any other Jefferies affiliate has any fiduciary duty in connection with distribution of these reports.

The price and value of the investments referred to herein and the income from them may fluctuate. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. Fluctuations in exchange rates could have adverse effects on the value or price of, or income derived from, certain investments.

This report may contain forward looking statements that may be affected by inaccurate assumptions or by known or unknown risks, uncertainties, and other important factors. As a result, the actual results, events, performance or achievements of the financial product may be materially different from those expressed or implied in such statements.

This report has been prepared independently of any issuer of securities mentioned herein and not as agent of any issuer of securities. No Equity Research personnel have authority whatsoever to make any representations or warranty on behalf of the issuer(s). Any comments or statements made herein are those of the Jefferies entity producing this report and may differ from the views of other Jefferies entities.

This report may contain information obtained from third parties, including ratings from credit ratings agencies such as Standard & Poor's. Reproduction and distribution of third party content in any form is prohibited except with the prior written permission of the related third party. Jefferies does not guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and is not responsible for any errors or omissions (negligent or otherwise), regardless of the cause, or for the results obtained from the use of such content. Third-party content providers give no express or implied warranties, including, but not limited to, any warranties of merchantability or fitness for a particular purpose or use. Neither Jefferies nor any third-party content provider shall be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or profits and opportunity costs) in connection with any use of their content, including ratings. Credit ratings are statements of opinions and are not statements of fact or recommendations to purchase, hold or sell securities. They do not address the suitability of securities or the suitability of securities for investment purposes, and should not be relied on as investment advice.

Jefferies research reports are disseminated and available electronically, and, in some cases, also in printed form. Electronic research is simultaneously made available to all clients. This report or any portion hereof may not be reprinted, sold or redistributed without the written consent of Jefferies. Neither Jefferies nor any of its respective directors, officers or employees, is responsible for guaranteeing the financial success of any investment, or accepts any liability whatsoever for any direct, indirect or consequential damages or losses arising from any use of this report or its contents. Nothing herein shall be construed to waive any liability Jefferies has under applicable U.S. federal or state securities laws.

For Important Disclosure information relating to JRS, please see https://adviserinfo.sec.gov/IAPD/Content/Common/crd_iapd_Brochure.aspx?BRCHR_VRSN_ID=483878 and https://adviserinfo.sec.gov/Firm/292142 or visit our website at https://javatar.bluematrix.com/sellside/Disclosures.action, or www.jefferies.com, or call 1.888.JEFFERIES.

© 2022 Jefferies Group LLC

Please see important disclosure information on pages 5 - 9 of this report.

9

This report is intended for Jefferies clients only. Unauthorized distribution is prohibited.