# Ex. 54 – Sept. 12, 2022
# Wells Fargo Analyst Report



Price Target Change — September 12, 2022

**Retailing, Specialty Softlines, and E-commerce**

# Rent the Runway, Inc. (RENT)
## RENT: Balancing Revenue vs. Margins; Puts and Takes Post 2Q

## Our Call

After last quarter's solid print (beat 1Q plan on both revs/EBITDA, guided 2Q above Street, maintained their FY view); today's results were a bit squishier. Specifically, while revs/margins came in nicely above plan in 2Q, active subs missed (and declined q/q) while their FY top-line plan was lowered. On the positive side, RENT announced a $25-27M restructuring—which puts a ~15% adj EBITDA margin target on the horizon over the next 2-3 years (from ~0% today) despite the slower top line. Essentially, post 2Q results revenues are coming down, while EBITDA/margins are likely moving slightly higher.

Key takeaways from the release and call include: **1) The Good: 2Q beats on top line & EBITDA.** RENT posted $76.5M in revs (+64% YoY) ahead of the St.'s $73.6M—driven by strength in ARPU and customer engagement (one full quarter of price increases and 30% of active subs adding multiple items). On margins, GMs nicely beat at 42.4% (vs. St.'s 35.2%), expanding ~340bps led by ~630bps of rental product D&A leverage, offset by ~170bps of fulfillment margin pressures and benefiting from lower shipments per avg. sub (typical during summer months). Adj. EBITDA of +$1.8M landed ahead of the St.'s ($3.4M), and was the first positive EBITDA print since the IPO. **2) The Bad: Sub growth falls 8% QoQ, though improving QTD.** Active subs of 124.1K declined -8% QoQ (+27% YoY), missing the St.'s 142.5K. In mid Jun, mgmt noted subscription "pause rates" tick up, retention rates decrease and delays in former subs rejoining.That said, active subs have seen improvement in Aug and Sep ("last few weeks"). **3) 3Q guide—revs below St., EBITDA above.** 3Q rev guidance of $72-$74M came in below the St.'s ~$80M, while EBITDA of $700K-$2.2M/1%-3% was above the St.'s -$4.5M/-5.6% driven by announced restructuring efforts. Mgmt is being cautious w/ their top-line outlook into 2H as the customer backdrop remains dynamic. **4) FY22 rev guidance revised down, EBITDA revised up.** Rev growth was taken down to +40-43% (from+45-50%). However, EBITDA was increased to -$6M-$0M/-2% to 0%. Other expectations include: *a)* GM to expand "a couple hundred bps", *b)* marketing ~10% of revs, *c)* rental product acquired $60M, and *d)* SBC $26-$27M. **5) Cost savings initiatives announced.** RENT's restructuring efforts are expected to generate $25M-$27M in annualized OpEx savings (relative to 2Q). Headcount reductions (~24% of employees) are expected to encompass the bulk of savings ($20M) and will largely to be complete by 3Q--the balance will be from tech and G&A. The savings are expected to add $4-5M to EBITDA in 4Q. **6) ~15% EBITDA targeted in "medium-term".** At ~$400M in revs, (a level mgmt believes is "well w/in our reach"), mgmt is targeting a 15% EBITDA. At this level of profitability, cash burn b/f interest expense is expected to be ~$30M (vs. ~$65M cash burn LY). While timing of when $400M in revs will be achieved was not disclosed, mgmt reiterated its long-term ~25% annual rev growth algo—which would imply $400M+ by 2024.

**What Do We Think From Here?** *Stock remains a show-me story, encouraged by increasing margin progress & visibility, conservative outlook.* Net/net, while we're encouraged by RENT's recovery and further visibility into margins, shares are likely to remain a show-me story in NT. We reiterate our bullish stance on the business and ability of the model to scale now that the environment is normalizing (return to work, weddings, travel, etc). We tweak our FY22/23 revs to $287M/$305M (from $305/$396M) and EBITDA to -$0.4M/$16M (from -$16M)/$15M & lower PT to $8 (from $12) based on ~2x on FY23E EV/Sales to account for slower top-line prospects.

Equity Analyst(s)

**Ike Boruchow**
Equity Analyst | Wells Fargo Securities, LLC
Ike.Boruchow@wellsfargo.com | 212-214-8024

**Kate Fitzsimons**
Equity Analyst | Wells Fargo Securities, LLC
Kate.Fitzsimons@wellsfargo.com | 212-214-5308

**Will Gaertner, CFA**
Equity Analyst | Wells Fargo Securities, LLC
Will.Gaertner@wellsfargo.com | 212-214-4837

**Jesse Sobelson, CFA**
Associate Equity Analyst | Wells Fargo Securities, LLC
Jesse.Sobelson@wellsfargo.com | 212-214-5024

| Rating | Overweight |
| --- | --- |
| Ticker | RENT |
| Price Target/Prior: | $8.00/$12.00 |
| Upside/(Downside) to Target | 62.3% |
| Price (09/12/2022) | $4.93 |
| 52 Week Range | $2.99 - 24.77 |
| Shares Outstanding | 64,073,968 |
| Market Cap (MM) | $316 |
| Enterprise Value (MM) | $351 |
| Average Daily Volume | 1,017,059 |
| Average Daily Value (MM) | $5 |
| Dividend (NTM) | $0.00 |
| Dividend Yield | 0.0% |
| Net Debt (MM) - last reported | $35 |
| ROIC - Current year est. | (179)% |
| 3 Yr EPS CAGR from current year (unless otherwise noted) | 0% |

| $ EBITDA (MM) | 2021A | 2022E Curr. | 2022E Prior | 2023E Curr. | 2023E Prior |
| --- | --- | --- | --- | --- | --- |
| Q1 (Apr) | (6.2) A | (8.8) A | NC | - | NC |
| Q2 (Jul) | (1.9) A | 1.8 A | (3.5)E | - | NC |
| Q3 (Oct) | (5.6) A | 1.6 E | (4.1)E | - | NC |
| Q4 (Jan) | (5.5) A | 4.8 E | 0.8E | - | NC |
| FY | (19.2) A | (0.4) E | (15.5)E | 16.1 E | 14.7E |
| EV/ EBITDA | NM | NM | | 21.9x | |

*Source: Company Data, Wells Fargo Securities estimates, and Refinitiv. NA = Not Available, Volatility = Historical trading volatility*

All estimates/forecasts are as of 9/12/2022 unless otherwise stated. 9/12/2022 23:27:34EDT. Please see page 7 for rating definitions, important disclosures and required analyst certifications. Wells Fargo Securities, LLC does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of the report and investors should consider this report as only a single factor in making their investment decision.

## Investment Thesis

Key themes surrounding this name include:

**1. Small but growing TAM.** We see Rental as tapping into similar themes as the disruptive Secondhand industry. RENT operates in a relatively niche industry today (women's softlines rental), but we see a longer runway for industry growth as it taps into three key macro themes: 1) sustainability, 2) value, 3) evolving views on ownership and access, particularly out of younger Millennial and Gen Z customers (which RENT targets), and 4) the shift to e-commerce. As per a recent Lab42 survey, only ~25% of women have had fashion-focused subscriptions before but 55% have indicated their willingness to rent clothing and accessories—presenting an opportunity to narrow that gap. Despite its origins as an occasion-wear rental business, RENT has evolved its business toward a subscription business starting in 2016, with ~80% of revenues from monthly subscribers with access to over 18K SKUs. Considering the average subscriber wore RENT items 83 days/yr in 2019 (over 20% of the year) vs. ~50 in 2017, there clearly is value to be had via the RENT proposition once the customer gets comfortable and increasingly adopts the rental experience.

**2. Show-me story on the path to profitability and positive FCF.** As with other newly public ecommerce companies that are unprofitable, a key question on the shares is: "At what point does the company become profitable?" Simply stated, we believe RENT achieving breakeven is a matter of two key drivers—revenue growth and GM scale on fulfillment margin improvements, and lower rental product depreciation. Those levers are functions of: 1) revenue growth driven primarily by growth in active subscribers; 2) increasing ARPU as subscribers tack-on additional items to their monthly swaps as they increasingly adopt rental behavior (moving days/yr beyond 83); 3) company-specific efforts to drive greater efficiencies out of the business, including active efforts to reduce fulfillment costs by 3-5%/yr as well as evolve the mix of their inventory purchases to lower depreciated garments. Note longer term the company targets a 50-55% GM and adjusted EBITDA margin of 30-35% (vs. -9.5% in 2021). Based on our estimates, assuming some progress on GMs in the coming years (toward 47.5% vs. 34% in 2022E and LT targets of 50-55%), we estimate the business can breakeven at roughly ~$800M in revenues (vs. $305M in 2022E). Assuming that GMs approach 55% in short order, the business can achieve profitability much faster—at over $550M. That said, assuming GMs stay sub-40%, it's going to be harder for RENT to achieve scale, with our math pointing to $2.6B+ to reach breakeven. Net/net, we believe the RENT story requires both revenue and GMs to move in the right direction for the bull case to come into fruition.

**3. COVID was a challenge but also an opportunity.** While the COVID-19 pandemic has had a negative impact on the business (2020 revenues down near 40% YoY and active subscribers as of September 30 down 6% vs. 2019 levels), in our view the company took unique actions in 2020 to engineer greater GM visibility in its model by sunsetting an unlimited $159/month swaps subscription toward a more regulated offering (subscriptions ranging from $89-$199/month with the most popular being 8 items for $135/month). Further, as more RTR subscribers sheltered in place in 2020 and sought out comfortable and lounge-wear items, the business saw its subscribers' use cases broaden to include more lounge/casual wear in addition to more event and work-focused outfits. Now with investors increasingly concerned about an economic slowdown into 2022 and 2023, we expect the RENT model could prove more resilient given consumers are: 1) likely to keep socializing, going to work, attending weddings and so on (unlike 2020s broader shutdowns); 2) the value of subscription remains to consumers even if the customer grows more frugal; and 3) on the brand front, rental could be viewed as a viable growth vehicle as opposed to off-price clearing. <u>To the extent the top line slows, we expect the strides the model made through COVID including changes to sub plans (margins on new subs ~2x vs. 2019 levels) and the expense base (65% of opex variable) can better equip the model to navigate a macro storm.</u>

## The Bull Vs. Bear "Tug of War"

Below we illustrate how we think the buyside is positioning its thesis—detailing the current *Bull* and *Bear* arguments on RENT shares.

This document is for jstichter@renttherunway.com and should not be distributed further.

Rent the Runway, Inc.



Source: © iStockphoto.com

*The Bull Case...* We believe investors who are bullish on RENT are encouraged that **(1)** the company is already the leader in the rental and subscription apparel market and is growing into its total addressable market via macro tailwinds, marketing investments, and category and geographical expansion, **(2)** with RENT's changes to the pricing and architecture of its monthly subscription programs (most common 8 for $135/month, with price increases set to hit in 2Q22), the business has engineered greater visibility and scale to its fulfillment margins; **(3)** as the company adapts its product acquisition modes, that further should reduce fixed cost expenses particularly on the product depreciation line as it pivots the business towards more Share by RTR (reflected in the Revenue Share Expense line) and lower depreciated items with Exclusives; **(4)** business model is in a fast-growing segment of the apparel industry, with online sales expected to grow from 37% of $343B ($127B) in 2020 to 47% of $472B ($220B) by 2025, representing a 11% CAGR.

*The Bear Case...* We believe investors who are bearish on RENT highlight that **(1)** a limited TAM, with the company's women's focused, monthly subscription offering likely to hit an earlier ceiling compared to the entire online sales TAM; **(2)** the business has never been profitable and needs to continue to ramp revenue meaningfully to driven positive EBITDA and cash flow generation; **(3)** industry-wide logistical and shipping inflationary pressures are likely to hit RENT doubly given the business facilitates both in-bound and outbound shipments to the customers; and **(4)** the business is levered, and while money losing today, RENT targets improvements in leverage to still elevated levels of 4x in the next two years.

## Financial Outlook

### FY22E

Our FY22E adjusted EBITDA estimate of a loss of $0.4M represents ~$19M improvement vs. FY21. Our estimate is based on net sales growth of ~40%. We are projecting gross margins +465bps to 38.9% but and +2,000bps of SG&A leverage, resulting in an adj. EBITDA margin improvement to -0.2%.

### FY23E

Our FY23E adjusted EBITDA estimate of $16M represents ~$16M improvement vs. FY22E. Our estimate is based on net sales growth of ~6.5%. We are projecting gross margins +30-40bps to 69% and ~485bps of SG&A leverage, resulting in an adj. EBITDA margin improvement to 5.3%.

This document is for jstichter@renttherunway.com and should not be distributed further.

Retailing, Specialty Softlines, and E-commerce

Equity Research

## Valuation and Rating Analysis

RENT shares trade at ~1x our FY23E rev estimate of $305M. We believe that valuation doesn't give the business and its growth prospects much credit. Our price target of $8 is based on ~2x (in line with our ecomm average of ~2x) on FY23E EV/Sales.

This document is for jstichter@renttherunway.com and should not be distributed further.

Rent the Runway, Inc.

Equity Research

# Financials

## Exhibit 1 - RENT P&L

*$M, except per share data, FYE January*

| | 2019 | 2020 | 1Q21 | 2Q21 | 3Q21 | 4Q21 | 2021 | 1Q22 | 2Q22 | 3Q22E | 4Q22E | 2022E | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Revenue, Net** | $256.9 | $157.5 | $33.5 | $46.7 | $59.0 | $64.1 | $203.3 | $67.1 | $76.5 | $71.3 | $71.9 | $286.8 | $305.3 |
| Fulfillment expense | 118.1 | 53.0 | 8.9 | 13.5 | 19.2 | 20.4 | 61.9 | 22.9 | 23.4 | 22.1 | 21.6 | 90.0 | 94.7 |
| **Fulfillment Profit** | $138.8 | $104.5 | $24.7 | $33.2 | $39.8 | $43.7 | $141.4 | $44.2 | $53.1 | $49.2 | $50.3 | $196.8 | $210.7 |
| Revenue share expense | 9.5 | 19.1 | 3.9 | 3.8 | 6.2 | 7.5 | 21.4 | 8.1 | 7.2 | 8.2 | 8.8 | 32.3 | 39.4 |
| Gross Profit (ex Depreciation) | 129.2 | 85.4 | 20.8 | 29.4 | 33.6 | 36.2 | 120.0 | 36.1 | 45.9 | 41.0 | 41.5 | 164.5 | 171.3 |
| Rental product depreciation and revenue share | 85.2 | 89.0 | 16.6 | 15.0 | 19.9 | 20.2 | 71.7 | 21.7 | 20.7 | 21.0 | 21.7 | 85.1 | 93.1 |
| **Gross Profit** | $53.6 | $15.6 | $8.0 | $18.2 | $19.9 | $23.5 | $69.7 | $22.5 | $32.4 | $28.2 | $28.6 | $111.7 | $117.6 |
| **Contribution Profit** | $45.4 | $11.2 | $7.1 | $16.9 | $0.0 | $23.5 | $64.4 | $0.0 | $0.0 | $0.0 | $0.0 | $104.8 | $110.1 |
| | | | | | | | | | | | | | |
| Technology | 40.2 | 37.7 | 9.7 | 10.5 | 12.8 | 12.3 | 45.3 | 13.6 | 14.9 | 12.8 | 12.6 | 53.9 | 51.9 |
| Marketing | 22.9 | 8.1 | 2.6 | 4.8 | 10.8 | 8.3 | 26.5 | 8.7 | 9.0 | 8.6 | 8.3 | 34.5 | 33.6 |
| General and administrative | 98.9 | 77.2 | 19.0 | 21.6 | 35.8 | 28.0 | 104.4 | 29.2 | 29.6 | 27.1 | 25.2 | 111.0 | 113.7 |
| Other depreciation and amortization | 21.6 | 23.0 | 5.1 | 4.8 | 4.7 | 4.8 | 19.4 | 4.2 | 4.5 | 5.0 | 5.0 | 18.7 | 18.3 |
| Total Costs and Expenses | 386.9 | 288.0 | 61.9 | 70.2 | 103.2 | 94.0 | 329.2 | 100.3 | 102.1 | 96.6 | 94.3 | 393.3 | 405.3 |
| | | | | | | | | | | | | | |
| **Operating income** | -$130.0 | -$130.5 | -$28.4 | -$23.5 | -$44.2 | -$29.9 | -$125.9 | -$33.2 | -$25.6 | -$25.3 | -$22.4 | -$106.5 | -$100.0 |
| **Adjusted EBITDA** | -$18.1 | -$20.4 | -$6.2 | -$1.9 | -$5.6 | -$5.5 | -$19.2 | -$8.8 | $1.8 | $1.6 | $4.8 | -$0.4 | $16.1 |
| Interest income / (expense), net | -24.0 | -46.6 | -14.5 | -14.9 | -14.3 | -9.3 | -53.0 | -9.3 | -9.6 | -9.5 | -9.5 | -37.9 | -38.0 |
| Other income / (expense), net | -0.1 | 6.0 | 0.5 | -4.1 | -29.6 | 0.0 | -33.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Net income (loss) before benefit from income taxes | -154.1 | -171.1 | -42.3 | -42.5 | -88.1 | -39.2 | -212.1 | -42.5 | -35.2 | -34.8 | -31.9 | -144.4 | -138.0 |
| Benefit from income taxes | 0.2 | 0.0 | 0.0 | 0.1 | 0.3 | -0.1 | 0.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Net Income (loss) | -154.0 | -171.1 | -42.3 | -42.4 | -87.8 | -39.3 | -211.8 | -42.5 | -35.2 | -34.8 | -31.9 | -144.4 | -138.0 |
| | | | | | | | | | | | | | |
| **EPS** | $0.00 | $0.00 | ($3.72) | ($3.73) | ($6.72) | ($0.62) | ($8.58) | ($0.67) | ($0.55) | ($0.54) | ($0.50) | ($2.26) | ($2.16) |
| | | | | | | | | | | | | | |
| Proforma Basic Share Count | 0.0 | 11.4 | 11.4 | 11.4 | 13.1 | 63.0 | 24.7 | 63.4 | 64.1 | 64.1 | 64.1 | 63.9 | 63.9 |
| | | | | | | | | | | | | | |
| **Margin Analysis** | | | | | | | | | | | | | |
| Fulfillment Margin | 54.0% | 66.4% | 73.6% | 71.1% | 67.5% | 68.2% | 69.6% | 65.9% | 69.4% | 69.0% | 70.0% | 68.6% | 69.0% |
| Gross Margin (Target 50-55%) | 20.9% | 9.9% | 24.0% | 39.0% | 33.7% | 36.7% | 34.3% | 33.5% | 42.4% | 39.5% | 39.8% | 38.9% | 38.5% |
| Contribution Margin | 17.7% | 7.1% | 21.1% | 36.2% | 0.0% | 0.0% | 31.7% | 0.0% | 0.0% | 0.0% | 0.0% | 36.5% | 36.1% |
| Technology/sales (30/70 fixed/variable) | 15.6% | 23.9% | 29.0% | 22.5% | 21.7% | 19.2% | 22.3% | 20.3% | 19.5% | 18.0% | 17.5% | 18.8% | 17.0% |
| Marketing/sales (Target ~10%) | 8.9% | 5.2% | 7.8% | 10.3% | 18.3% | 12.9% | 13.0% | 13.0% | 11.8% | 12.0% | 11.5% | 12.0% | 11.0% |
| General and administrative (inc CC fees)/sales (65/35 fix | 38.5% | 49.0% | 56.7% | 46.3% | 60.7% | 43.7% | 51.4% | 43.5% | 38.7% | 38.0% | 35.0% | 38.7% | 37.3% |
| Other depreciation and amortization/sales | 8.4% | 14.6% | 15.2% | 10.3% | 8.0% | 7.5% | 9.5% | 6.3% | 5.9% | 7.0% | 7.0% | 6.5% | 6.0% |
| **Operating Margin** | -50.6% | -82.9% | -84.7% | -50.3% | -74.9% | -46.6% | -61.9% | -49.5% | -33.5% | -35.5% | -31.2% | -37.1% | -32.8% |
| Adjusted EBITDA Margin (Target 30-35%) | -7.0% | -13.0% | -18.6% | -4.1% | -9.5% | -8.6% | -9.5% | -13.1% | 2.4% | 2.3% | 6.7% | -0.2% | 5.3% |
| Pre tax margin | NA | NA | -126.3% | -91.0% | -149.3% | -61.2% | NA | -63.3% | -46.0% | -48.8% | -44.4% | NA | NA |
| Tax rate (Benefit) | -0.1% | 0.0% | 0.0% | -0.2% | -0.3% | 0.3% | -0.1% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Net Income | NA | NA | -126.3% | -90.8% | -148.8% | -61.3% | NA | -63.3% | -46.0% | -48.8% | -44.4% | NA | NA |
| | | | | | | | | | | | | | |
| **Growth** | | | | | | | | | | | | | |
| Total Revenue | 0.0% | -38.7% | -43.7% | 62.2% | 65.7% | 90.8% | 29.1% | 100.3% | 63.8% | 20.8% | 12.1% | 41.1% | 6.5% |
| Fulfillment profit | 0.0% | -24.7% | -32.5% | 74.7% | 61.8% | 79.1% | 35.2% | 79.3% | 59.9% | 23.6% | 15.1% | 39.2% | 7.1% |
| Gross profit excl. Depreciation | 0.0% | -33.9% | -35.3% | 102.8% | 74.1% | 85.6% | 40.5% | 73.9% | 56.1% | 22.0% | 14.8% | 37.1% | 4.1% |
| Gross profit | 0.0% | -70.9% | -19.1% | NMF | NMF | 422.2% | 347.5% | 179.9% | 78.0% | 41.5% | 21.7% | 60.2% | 5.3% |
| Technology | 0.0% | -6.3% | -8.5% | 31.3% | 36.2% | 26.8% | 20.3% | 40.2% | 41.9% | 0.2% | 2.3% | 19.0% | -3.7% |
| Marketing | 0.0% | -64.4% | -33.3% | 300.0% | 620.0% | 418.8% | 225.3% | 234.6% | 87.5% | -20.8% | -0.4% | 30.3% | -2.7% |
| General and administrative | 0.0% | -21.9% | -22.8% | 24.1% | 98.9% | 61.8% | 35.2% | 53.7% | 37.0% | -24.3% | -10.2% | 6.4% | 2.4% |
| Other depreciation and amortization | 0.0% | 6.7% | -16.4% | -14.3% | -17.5% | -15.8% | -15.8% | -17.6% | -6.3% | 6.2% | 4.8% | -3.5% | -2.1% |
| Operating Loss | 0.0% | NMF | NMF | NMF | NMF | NMF | NMF | NMF | NMF | NMF | NMF | NMF | NMF |
| Adjusted EBITDA | 0.0% | NMF | NMF | NMF | NMF | NMF | NMF | NMF | NMF | NMF | NMF | NMF | NMF |

Source: Company reports, Wells Fargo Securities, LLC estimates

This document is for jstichter@renttherunway.com and should not be distributed further.

Retailing, Specialty Softlines, and E-commerce

## Investment Thesis, Valuation and Risks

**Rent the Runway, Inc. (RENT)**

**Investment Thesis**

We are Overweight rated on RENT shares as we believe the business has a long "runway" for growth in an attractive sub-sector and a scalable business model that can support higher margins long term.

**Target Price Valuation for RENT: $8.00 from $12.00**

RENT shares trade at ~1x our FY23E rev estimate of $305M. We believe that valuation doesn't give the business and its growth prospects much credit. Our price target of $8 is based on ~2x (in line with our ecomm average of ~2x) on FY23E EV/Sales. Our price target justifies our Overweight rating.

**Risks to Our Price Target and Rating for RENT**

1. The company is currently unprofitable and needs substantial margin improvement to get to breakeven/profitability. Specifically, the company generated an EBIT margin of -62% LY (-9% adjusted EBITDA, excluding rental product depreciation and share-based comp). Our positive thesis is predicated on substantial scale in revenue beginning into FY22 and 2023 as well as GM improvements largely on revenue scale. If the business's top line fails to grow in excess of 20% looking out the next few years, in addition to make improvements on GMs closer to LT 50-55% targets, we'd expect the path to profitability could be pushed out (presenting downside risk to the stock).

2. The market has had difficulty ascribing valuations to these new e-commerce business models, particularly for companies such as RENT that are not yet profitable. Given the utilization of more volatile valuation methods (such as EV/Sales and DCF models), small changes to valuation inputs can have large impacts on the valuations of companies such as RENT (e.g., the stock currently trades sub-1x EV/2023E Sales, and a 1-turn change in the EV/Sales multiple represents a 30%+ change in the share price).

This document is for jstichter@renttherunway.com and should not be distributed further.

Rent the Runway, Inc.

Equity Research

## Required Disclosures

I, Ike Boruchow, certify that:

1) All views expressed in this research report accurately reflect my personal views about any and all of the subject securities or issuers discussed; and

2) No part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by me in this research report.

Wells Fargo Securities, LLC does not compensate its research analysts based on specific investment banking transactions. Wells Fargo Securities, LLC's research analysts receive compensation that is based upon and impacted by the overall profitability and revenue of the firm, which includes, but is not limited to investment banking revenue.

## Additional Information Available Upon Request



**Rent the Runway, Inc. Rating History as of 09-09-2022**
powered by: BlueMatrix

Initiation (I); Drop Coverage (D); Overweight (BUY); Equal Weight (HOLD); Underweight (SELL); Suspended (SR); Not Rated (NR); No Estimate (NE)

Wells Fargo Securities, LLC, or its affiliates received compensation for investment banking services from Rent the Runway, Inc. in the past 12 months.

Wells Fargo Securities, LLC, maintains a market in the common stock of Rent the Runway, Inc..

Wells Fargo Securities, LLC, or its affiliates, managed or co-managed a public offering of securities for Rent the Runway, Inc. within the past 12 months.

Wells Fargo Securities, LLC, or any of its affiliates, intends to seek or expects to receive compensation for investment banking services from Rent the Runway, Inc. in the next three months.

Rent the Runway, Inc. currently is, or during the 12 month period preceding the date of distribution of the research report was, a client of Wells Fargo Securities, LLC. Wells Fargo Securities, LLC, provided investment banking services to Rent the Runway, Inc..

**STOCK RATING**

**1=Overweight**: Total return on stock expected to be 10%+ over the next 12 months. BUY

**2=Equal Weight**: Total return on stock expected to be -10% to +10% over the next 12 months. HOLD

**3=Underweight**: Total return on stock expected to lag the Overweight- and Equal Weight-rated stocks within the analyst's coverage universe over the next 12 months. SELL

**As of September 12, 2022**
54.3% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Overweight.
37.1% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Equal Weight.
8.6% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Underweight.
Wells Fargo Securities, LLC has provided investment banking services for 41.8% of its Equity Research Overweight-rated companies.
Wells Fargo Securities, LLC has provided investment banking services for 32.9% of its Equity Research Equal Weight-rated companies.
Wells Fargo Securities, LLC has provided investment banking services for 34.7% of its Equity Research Underweight-rated companies.

This document is for jstichter@renttherunway.com and should not be distributed further.

Retailing, Specialty Softlines, and E-commerce

**Important Disclosure for U.S. Clients**

This report was prepared by Wells Fargo Securities Global Research Department ("WFS Research") personnel associated with Wells Fargo Securities, LLC ("Wells Fargo Securities").

WFS Research may, from time to time, provide clients with short-term trading views in its research reports regarding subject companies on which Wells Fargo Securities currently has equity research coverage. A short-term trading view offers a view on how the market price of a subject company's common equity may trend in absolute terms during the 30 days following the date of the short-term trading view. A short-term trading view on a subject company's common equity does not impact our fundamental investment rating or price target for that company, which reflect our view of how the subject company's common equity may perform over a one-year period. A short-term trading view may reach a different conclusion than the firm's fundamental investment rating and price target for a subject company and, therefore, short-term trading views could result in short-term price movements that are contrary to our fundamental investment rating and price target. Short-term trading views are not ratings and the firm does not intend, nor undertakes any obligation, to maintain, update or close out short-term trading views. Short-term trading views may not be suitable for all investors and have not been tailored to individual investor circumstances and objectives, and investors should make their own independent decisions regarding any short-term trading views discussed in WFS Research reports.

**Important Disclosure for International Clients**

**United Kingdom** – The securities and related financial instruments described herein may not be eligible for sale in all jurisdictions or to certain categories of investors. For recipients in the United Kingdom, this report is distributed by Wells Fargo Securities International Limited ("WFSIL"). WFSIL is a UK incorporated investment firm authorised and regulated by the Financial Conduct Authority. For the purposes of Section 21 of the UK Financial Services and Markets Act 2000 (the "Act"), the content of this report has been approved by WFSIL, an authorised person under the Act. WFSIL does not deal with retail clients as defined in the Directive 2014/65/EU ("MiFID2"). The FCA rules made under the Financial Services and Markets Act 2000 for the protection of retail clients will therefore not apply, nor will the Financial Services Compensation Scheme be available. This report is not intended for, and should not be relied upon by, retail clients.

**EEA** – The securities and related financial instruments described herein may not be eligible for sale in all jurisdictions or to certain categories of investors. For recipients in the EEA, this report is distributed by WFSIL or Wells Fargo Securities Europe S.A. ("WFSE"). WFSE is a French incorporated investment firm authorized and regulated by the Autorité de contrôle prudentiel et de résolution and the Autorité des marchés financiers. WFSE does not deal with retail clients as defined in the Directive 2014/65/EU ("MiFID2"). This report is not intended for, and should not be relied upon by, retail clients.

**Australia** – Wells Fargo Securities, LLC and Wells Fargo Securities International Limited are exempt from the requirements to hold an Australian financial services license in respect of the financial services they provide to wholesale clients in Australia. Wells Fargo Securities, LLC is regulated under the laws of the United States and Wells Fargo Securities International Limited is regulated under laws of the United Kingdom. All such laws differ from Australian laws. Any offer or documentation provided to Australian recipients by Wells Fargo Securities, LLC or Wells Fargo Securities International Limited in the course of providing the financial services will be prepared in accordance with the laws of the United States or United Kingdom and not Australian laws.

**Canada** – This report is distributed in Canada by Wells Fargo Securities Canada, Ltd., a registered investment dealer in Canada and member of the Investment Industry Regulatory Organization of Canada (IIROC) and Canadian Investor Protection Fund (CIPF). Wells Fargo Securities, LLC's research analysts may participate in company events such as site visits but are generally prohibited from accepting payment or reimbursement by the subject companies for associated expenses unless pre-authorized by members of Research Management.

**China** – Strictly Private and Confidential. For the sole use of the recipient only. Not to be copied or redistributed within the People's Republic of China.

**Brazil** - This report was not created for distribution to investors resident in Brazil or to the Brazilian public in general. Wells Fargo Securities, LLC is a broker-dealer registered in United States of America with and regulated by the U.S. Securities and Exchange Commission. Wells Fargo Securities, LLC is not registered in Brazil and its products, including this report and the securities mentioned in this report, have not been and will not be publicly issued, placed, distributed, offered or negotiated in the Brazilian capital markets, and, as a result, have not been and will not be registered with the Brazilian Securities Commission (Comissão de Valores Mobiliários, the CVM). The offer of Wells Fargo Securities, LLC's products, including this report and any securities mentioned in this report, is intended only for residents in the countries in which Wells Fargo Securities, LLC is authorized to operate.

**About Wells Fargo Securities**

Wells Fargo Securities is the trade name for the capital markets and investment banking services of Wells Fargo & Company and its subsidiaries, including but not limited to Wells Fargo Securities, LLC, a U.S. broker-dealer registered with the U.S. Securities and Exchange Commission and a member of NYSE, FINRA, NFA and SIPC, Wells Fargo Prime Services, LLC, a member of FINRA, NFA and SIPC, Wells Fargo Securities Canada, Ltd., a member of IIROC and CIPF, Wells Fargo Bank, N.A. and Wells Fargo Securities International Limited, authorized and regulated by the Financial Conduct Authority.

This report is for your information only and is not an offer to sell, or a solicitation of an offer to buy, the securities or instruments named or described in the report. This report, including any ratings it contains, should not be considered a recommendation tailored to a particular investor with respect to (i) the security or securities or (ii) any investment strategy or strategies discussed in the report. Interested parties are advised to contact the entity with which they deal, or the entity that provided this report to them, if they desire further information or they wish to effect transactions in the securities discussed in this report. The information in this report has been obtained or derived from sources believed by Wells Fargo Securities Global Research Department ("WFS Research"), to be reliable, but WFS Research does not represent that this information is accurate or complete. Any opinions or estimates contained in this report represent the judgment of WFS Research, at the time that the report was published, and are subject to change without notice. Certain text, images, graphics, screenshots and audio or video clips included in this report are protected by copyright law and owned by third parties (collectively, "Third Party Content"). Third Party Content is made available to clients by Wells Fargo under license or otherwise in accordance with applicable law. Any use or publication of Third Party Content included in this report for purposes other than fair use requires permission from the copyright owner. Any external website links included in this publication are not maintained, controlled or operated by Wells Fargo Securities. Wells Fargo Securities does not provide the products and services on these websites and the views expressed on these websites do not necessarily represent those of Wells Fargo Securities. Please review the applicable privacy and security policies and terms and conditions for the website you are visiting. All Wells Fargo Securities research reports published by WFS Research are disseminated and available to all clients simultaneously through electronic

8 | Equity Research

This document is for jstichter@renttherunway.com and should not be distributed further.

Rent the Runway, Inc.

publication to our internal client websites. Additional distribution may be effected via email, fax or regular mail. Clients may also receive our research via third party vendors. Not all research content is redistributed to our clients or available to third-party aggregators, nor is WFS Research responsible for the redistribution of our research by third party aggregators. Equity Strategists focus on investment themes across the equity markets and sectors. Any discussion within an Equity Strategy report of specific securities is not intended to provide a fundamental analysis of any individual company described therein. The information provided in Equity Strategy reports is subject to change without notice, and investors should not expect continuing information or additional reports relating to any security described therein. Wells Fargo Securities' Signature Picks is a product of the Equity Strategy team and represents a portfolio of stocks selected from the Equity Research Department's universe of Overweight rated stocks. Stocks with this designation are selected by the Signature Picks Committee based on factors such as volatility, risks, market cap and liquidity and may not represent the fundamental analysts' top-rated stock in their respective coverage universe. For research or other data available on a particular security, please contact your sales representative or go to http://research.wellsfargosecurities.com. For the purposes of the U.K. Financial Conduct Authority's rules, this report constitutes impartial investment research. Each of Wells Fargo Securities, LLC, Wells Fargo Securities International Limited and Wells Fargo Securities Europe S.A. is a separate legal entity and distinct from affiliated banks. Copyright © 2022 Wells Fargo Securities, LLC

SECURITIES: NOT FDIC-INSURED - MAY LOSE VALUE - NO BANK GUARANTEE

This document is for jstichter@renttherunway.com and should not be distributed further.