# Ex. 56 – Sept. 13, 2022 JMP Analyst Report

Internet & Digital Media | Rating/Price Target Change
September 13, 2022

# Rent the Runway, Inc. (RENT)
## Looking Through Intra-Quarter Softness as Stability in 3Q & Valuation Keep Us Positive

**MARKET OUTPERFORM**
Price: $4.93
Price Target: $6.00

**Andrew Boone, CFA**
aboone@jmpsecurities.com
(415) 835-3902

**Matthew Condon, CFA**
mcondon@jmpsecurities.com
(617) 235-8502

## INVESTMENT HIGHLIGHTS

- **Rent the Runway (RTR) reported mixed 2Q22 results as active subscribers came in 14% below consensus though revenue came in 3% above the high end of guidance as demand weakened in mid-June, though it has stabilized in August and September.** While we acknowledge worries around slowing subscriber growth as work from home reduces the occasions women need RTR and greater seasonality is entering the model, we continue to believe it remains early days for RTR as unaided brand awareness was just 20% last year and the company adjusts to the myriad of changes it has gone through since the beginning of the pandemic.

- **We maintain our Market Outperform rating though lower our price target to $6 from $12 given our reduced revenue estimates.** Simply put, we continue to believe RTR offers women a compelling value proposition—81% of subs have shared RTR with at least five people—and that the business can scale over time as it should benefit from long-term secular tailwinds in rental and resale. Additionally, we continue to believe that RTR can own the category and as shares trade for just 1.7x gross profit at the aftermarket price of $3.77, we view the risk/reward as positive at current levels.

- **What we liked:**
  - **August and September subscriber trends show signs of improvement.** While RTR saw strong May customer acquisitions and reactivations, demand weakened in mid-June and July as ending subscribers of 143.5K (+47% Y/Y) came in 13.5% below our projection. However, demand bounced back in August and September as 3Q typically sees seasonal strength heading into the fall and winter months.

  - **Fulfillment costs showed 350bps of leverage Q/Q to 30.6% of revenue…** While the improvement was aided by lower shipments per average subscriber and guidance calls for fulfillment costs to be ~33% of revenue for FY2022 (up ~240bps from 2Q), we believe RTR is creating structural improvements to fulfillment as at-home pickup now covers 50%+ of subscribers (up from 1/3 last quarter) and technological improvements, such as RFID, drive greater efficiency.

  - **…as gross margins expanded 340bps Y/Y to 42.4%, driven by greater product utilization.** With 26.5K more subscribers on the platform than last year, RTR is benefiting from higher product utilization as well its mix-shift to Exclusive Designs as rental product depreciation and revenue share collectively generated 510bps of margin expansion and now account for 27.1% of revenue.

- **What we are watching:**

### MARKET DATA

| | |
|---|---|
| Price | $4.93 |
| 52-Week Range: | $2.99 - $24.77 |
| Shares Out. (M): | 64.1 |
| Market Cap ($M): | $316.0 |
| Cash (M): | $192 |
| Cash/Share: | $3.00 |
| Free Cash Flow Yield: | (14.0)% |

*Source: Thomson Reuters and JMP Securities LLC*

| FY DEC | | 2021A | 2022E | 2023E |
|---|---|---|---|---|
| Revenue ($M) | 1Q | $33.5 | $67.1A | $76.3 |
| | 2Q | $46.7 | $76.5A | $84.3 |
| | 3Q | $59.0 | $73.0 | $87.9 |
| | 4Q | $64.1 | $70.9 | $86.7 |
| | FY | $203.3 | $287.5 | $335.2 |
| EBITDA | 1Q | ($6.2) | ($8.8)A | $6.1 |
| | 2Q | ($1.9) | $1.8A | $11.8 |
| | 3Q | ($5.6) | $1.5 | $10.8 |
| | 4Q | ($5.5) | $3.2 | $10.3 |
| | FY | ($19.2) | ($2.3) | $39.0 |
| Previous FY | | NC | ($16.5) | $19.7 |

*Source: Company reports and JMP Securities LLC*

### STOCK PRICE PERFORMANCE



**FOR DISCLOSURE AND FOOTNOTE INFORMATION, REFER TO JMP FACTS AND DISCLOSURES SECTION.**
This report should be read in conjunction with important disclosure information, including an attestation under Regulation Analyst certification.

- ○ **RTR churned 10.9k active subscribers in the quarter.** In mid-June, subscriber pause rates increased, ending the quarter at 28% of total subscribers, up from 24% in 1Q22, while retention rates deteriorated. Given underlying changes to the business through COVID and consumer needs as we exit the pandemic (greater work from home), management is evaluating the exact cause of the slowdown, though we highlight that consumers were impacted by inflation, subscribers dealt with RTR's May price increase, and summer seasonality, including travel, as possible contributors.

- ○ **Inventory constraints may have held back subscribers and the Reserve business.** Despite RTR's expectation for a significant increase in events this year, the company's inventory for social and special occasions was overwhelmed with demand, which likely led to lower reserve revenue, lower conversion, and higher churn. The company has already increased inventory for these occasions and expects to be better prepared for next year, though this likely also contributed to the Q/Q decline in 2Q's ending Active Subscribers.

- ○ **Office clothing now represents 20% of clothing rented vs. ~33% in 2019.** With work from home one of the persistent trends coming out of the pandemic, in our view, the opportunity to wear RTR may be less than pre-pandemic levels. However, we note the trend toward increased acceptance of rental clothing may help offset this, and we highlight RTR's Sak's OFF 5TH partnership, with Sak's offering RTR-branded inventory on its site.

- • **Details on the restructuring plan:**
  - ○ **RTR plans a reduction in force (RIF) of 24% of its corporate employees.** To accelerate profitability and give itself more flexibility on its path to breakeven FCF, RTR is streamlining headcount. The cost reductions are mainly focused on tech and G&A, with investments continuing in marketing and product acquisition as RTR remains focused on growing its subscriber base and preserving its customer experience.

  - ○ **Savings will total $25M-$27M annually in FY2023.** Of the cost savings, ~$20M are expected to be attributable to headcount reductions, while the remaining $5M-$7M will come from tech and G&A. The restructuring is expected to be largely completed in 3Q. Medium-term, RTR is now targeting ~15% EBITDA margins as it reaches ~$400M of revenue, which we project to take place in 2024E, though we note this still implies cash burn of $30M, which does not include interest costs.

- • **2Q22 results.** Total Active Subscribers of 124.1k (+27% Y/Y) came in 14% below consensus, while total subscribers of 173.3k (+37% Y/Y) were 1% below our projection as 28% of total subs were paused at quarter end (vs. 24% last quarter). Subscription and reserve rental revenue of $70.0 million (+63% Y/Y) came in 4% above our projection and total revenue of $76.5 million (+64% Y/Y) was 4% above consensus, driven by higher-than-expected ARPU. Gross profit of $32.4 million (42.4% margin) substantially beat our expectation of $26.3 million (36.0% margin), driven by better-than-expected ARPU, fulfillment costs, revenue share expense, and product depreciation. As a result, adjusted EBITDA of $1.8 million (2.4% margin), came in slightly above our projection of ($3.5) million (-4.7% margin).

- **Valuation:** Our new $6 price target (vs. $12 prior) is based on an ~1x 2023E EV/revenue multiple (vs. ~2x prior), whereby our projected 2023E revenue is $335 million (+17% Y/Y). We note that our $6 price target also implies an ~3x 2023E EV/gross profit multiple, whereby our projected 2023E gross profit is $130 million (38.8% margin). We justify our price target and multiple based on RTR's compelling customer value proposition for both consumers and brands, its proprietary data advantage, and strong unit economics that can lead to expanding margins as RTR grows.

**FIGURE 1. Rent the Runway Report Scorecard ($ in million, except per share amounts)**

| $ millions, except per share amounts | FY2Q21A | FY1Q22A | FY2Q22E | FY2Q22A | Y/Y % Change FY2Q22E | FY2Q22A | vs. Estimate |
|---|---|---|---|---|---|---|---|
| **Subscribers** | | | | | | | |
| Net Additions | 23.6 | 19.8 | 8.5 | (10.9) | -64.1% | -146.0% | -228.2% |
| **Total Ending Active Subscribers (thousands)** | **97.6** | **135.0** | **143.5** | **124.1** | **47.0%** | **27.2%** | **-13.5%** |
| | | | | | | | |
| **Total Subscribers (Active + Paused) (thousands)** | **126.8** | **177.2** | **175.0** | **173.3** | **38.0%** | **36.7%** | **-1.0%** |
| | | | | | | | |
| Subscription and Reserve Rental Revenue | 42.9 | 61.4 | 67.2 | 70.0 | 56.7% | 63.2% | 4.1% |
| Other Revenue | 3.8 | 5.7 | 5.9 | 6.5 | 55.0% | 71.1% | 10.4% |
| **Total Revenue** | **46.7** | **67.1** | **73.1** | **76.5** | **56.6%** | **63.8%** | **4.6%** |
| Gross profit | 18.2 | 22.5 | 26.3 | 32.4 | 44.6% | 78.0% | 23.1% |
| Contribution profit | 16.9 | 20.9 | 24.5 | 30.5 | 44.9% | 80.4% | 24.5% |
| | | | | | | | |
| Fulfillment Costs | 13.5 | 22.9 | 24.1 | 23.4 | 78.7% | 73.3% | -3.0% |
| Revenue share expense | 3.8 | 8.1 | 9.1 | 7.2 | 140.5% | 89.5% | -21.2% |
| Rental product depreciation | 11.2 | 13.6 | 13.5 | 13.5 | 20.8% | 20.5% | -0.2% |
| Technology | 10.0 | 12.4 | 12.8 | 13.3 | 28.0% | 33.0% | 3.9% |
| Marketing | 4.7 | 8.5 | 6.8 | 8.9 | 44.7% | 89.4% | 30.9% |
| General and administrative | 19.8 | 25.1 | 24.7 | 24.4 | 24.8% | 23.2% | -1.3% |
| **PF Net Income (loss)** | **(39.9)** | **(37.0)** | **(37.8)** | **(27.0)** | **-5.3%** | **-32.3%** | **-28.5%** |
| PF EPS (ex SBC/non-rec) | $0.00 | ($0.58) | ($0.59) | ($0.42) | NA | NA | -28.6% |
| **Adjusted EBITDA** | **(1.9)** | **(8.8)** | **(3.5)** | **1.8** | **82.1%** | **-194.7%** | **-152.0%** |
| | | | | | | | |
| **% of Revenue** | | | | | | | |
| Fulfillment Costs | 28.9% | 34.1% | 33.0% | 30.6% | 14.2% | 5.8% | -7.3% |
| **Fulfillment Profit** | **71.1%** | **65.9%** | **67.0%** | **69.4%** | **-5.8%** | **-2.4%** | **3.6%** |
| Revenue share expense | 8.1% | 12.1% | 12.5% | 9.4% | 53.6% | 15.7% | -24.7% |
| **Gross Profit Excluding Product Depreciation** | **63.0%** | **53.8%** | **54.5%** | **60.0%** | **-13.4%** | **-4.7%** | **10.1%** |
| Rental product depreciation | 24.0% | 20.3% | 18.5% | 17.6% | -22.9% | -26.4% | -4.6% |
| **Gross Profit** | **39.0%** | **33.5%** | **36.0%** | **42.4%** | **-7.6%** | **8.7%** | **17.6%** |
| **Contribution Profit** | **36.2%** | **31.1%** | **33.5%** | **39.9%** | **-7.4%** | **10.1%** | **19.0%** |
| Technology | 21.4% | 18.5% | 17.5% | 17.4% | -18.3% | -18.8% | -0.7% |
| Marketing | 10.1% | 12.7% | 9.3% | 11.6% | -7.6% | 15.6% | 25.1% |
| General and administrative | 42.4% | 37.4% | 33.8% | 31.9% | -20.3% | -24.8% | -5.6% |
| **Adj. EBITDA Margin** | **-4.1%** | **-13.1%** | **-4.7%** | **2.4%** | **16.3%** | **-157.8%** | **-149.7%** |

*Source: Company Reports, JMP Securities LLC*

## FIGURE 2. Old vs. New Estimates ($ in millions, except per share amounts)

| | FY3Q22 | | FY4Q22 | | FY2022 | | FY2023 | | FY2024 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Old | New | Old | New | Old | New | Old | New | Old | New |
| **Total Ending Active Subscribers (thousands)** | **155.4** | **146.0** | **159.0** | **125.0** | **159.0** | **125.0** | **202.8** | **166.3** | **NA** | **201.2** |
| *Y/Y growth* | 33.0% | 25.0% | 38.0% | 8.5% | 38.0% | 8.5% | 27.5% | 33.0% | *NA* | 21.0% |
| *Q/Q growth* | 8.3% | 17.7% | 2.3% | -14.4% | 0.0% | 0.0% | | | | |
| % change to estimate | | -6.0% | | -21.4% | | -21.4% | | -18.0% | | NA |
| | | | | | | | | | | |
| **Subscription and Reserve Rental Revenue** | **$72.5** | **$66.0** | **$76.9** | **$65.6** | **$278.0** | **$263.1** | **$356.2** | **$305.8** | **NA** | **$364.2** |
| *Y/Y growth* | 33.5% | 21.6% | 30.8% | 11.6% | 49.6% | 41.6% | 28.1% | 16.3% | *NA* | 19.1% |
| *Q/Q growth* | 7.8% | -5.7% | 6.2% | -0.6% | | | | | | |
| % change to estimate | | -8.9% | | -14.7% | | -5.4% | | -14.2% | | NA |
| **Other Revenue** | **$6.0** | **$7.0** | **$6.5** | **$5.3** | **$24.0** | **$24.5** | **$28.8** | **$29.4** | **NA** | **$33.8** |
| *Y/Y growth* | 27.0% | 48.0% | 22.0% | 0.0% | 37.3% | 39.7% | 20.0% | 20.1% | *NA* | 15.0% |
| *Q/Q growth* | 1.3% | 7.0% | 8.3% | -23.8% | | | | | | |
| % change to estimate | | 16.5% | | -18.0% | | 1.8% | | 1.9% | | NA |
| **Total Revenue** | **$78.4** | **$73.0** | **$83.4** | **$70.9** | **$302.1** | **$287.5** | **$385.1** | **$335.2** | **NA** | **$398.0** |
| *Y/Y growth* | 33.0% | 23.7% | 30.1% | 10.7% | 48.6% | 41.4% | 27.5% | 16.6% | *NA* | 18.7% |
| *Q/Q growth* | 7.3% | -4.6% | 6.3% | -2.8% | | | | | | |
| % change to estimate | | -6.9% | | -15.0% | | -4.8% | | -13.0% | | NA |
| **Adj. EBITDA** | **-$3.9** | **$1.5** | **-$0.3** | **$3.2** | **-$16.5** | **-$2.3** | **$19.7** | **$39.0** | **NA** | **$59.7** |
| *Y/Y growth* | *NA* | *NA* | *NA* | *NA* | *NA* | *NA* | *NA* | *NA* | *NA* | 53.0% |
| Margin | -5.0% | 2.0% | -0.3% | 4.5% | -5.5% | -0.8% | 5.1% | 11.6% | NA | 15.0% |
| % change to estimate | | -137.5% | | -1284.0% | | -85.8% | | 98.0% | | NA |

*Source: Company Reports, JMP Securities LLC*

JMP A CITIZENS COMPANY

Rent the Runway, Inc. (RENT)

## FIGURE 3. Rent the Runway Revenue Analysis, 2020A - 2024E ($ in millions)

| Fiscal / Calendar | FY2020A | FY1Q21A Feb-Apr | FY2Q21A May-July | FY3Q21A Aug-Oct | FY4Q21A Nov-Jan | FY2021A | FY1Q22A Feb-Apr | FY2Q22A May-July | FY3Q22E Aug-Oct | FY4Q22E Nov-Jan | FY2022E | FY1Q23E Feb-Apr | FY2Q23E May-July | FY3Q23E Aug-Oct | FY4Q23E Nov-Jan | FY2023E | FY2024E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Revenue** | $157.4 | $33.5 | $46.7 | $59.0 | $64.1 | $203.3 | $67.1 | $76.5 | $73.0 | $70.9 | $287.5 | $76.3 | $84.3 | $87.9 | $86.7 | $335.2 | $398.0 |
| Y/Y growth | -38.7% | -43.7% | 61.6% | 66.2% | 91.3% | 29.2% | 100.3% | 63.8% | 23.7% | 10.7% | 41.4% | 13.8% | 10.2% | 20.4% | 22.2% | 16.6% | 18.7% |
| Q/Q growth | | 0.0% | 39.4% | 26.3% | 8.6% | | 4.7% | 14.0% | -4.6% | -2.8% | | 7.6% | 10.4% | 4.3% | -1.4% | | |
| **SUBSCRIPTIONS / RESERVE / OTHER REV ANALYSIS** | | | | | | | | | | | | | | | | | |
| Beginning Active Subscribers | 133.6 | 54.8 | 74.0 | 97.6 | 116.8 | 54.8 | 115.2 | 135.0 | 124.1 | 146.0 | 115.2 | 125.0 | 149.8 | 157.0 | 167.9 | 125.0 | 166.3 |
| Net Additions | (78.8) | 19.2 | 23.6 | 19.2 | (1.6) | 60.4 | 19.8 | (10.9) | 21.9 | (21.0) | 9.8 | 24.8 | 7.2 | 10.9 | (1.7) | 41.3 | 34.9 |
| Y/Y growth | -262.1% | -123.8% | 1715.4% | 70.2% | -85.1% | -176.7% | 2.9% | -146.0% | 13.9% | 1218.6% | -83.8% | 25.6% | -166.1% | -50.2% | -92.1% | 321.2% | -15.4% |
| Q/Q growth | | -279.4% | 22.9% | -18.5% | -108.3% | | -1340.3% | -155.0% | -301.6% | -195.9% | | -218.1% | -71.1% | 52.2% | -115.1% | | |
| Seasonality | | 31.8% | 39.0% | 31.8% | -2.6% | | 201.7% | -110.9% | 223.7% | -214.4% | | 60.1% | 17.4% | 26.5% | -4.0% | | |
| Total Ending Active Subscribers (thousands) | 54.8 | 74.0 | 97.6 | 116.8 | 115.2 | 115.2 | 135.0 | 124.1 | 146.0 | 125.0 | 125.0 | 149.8 | 157.0 | 167.9 | 166.3 | 166.3 | 201.2 |
| Y/Y growth | -59.0% | 39.9% | 80.1% | 78.4% | 110.3% | 110.3% | 82.4% | 27.2% | 25.0% | 8.5% | 8.5% | 11.0% | 26.5% | 15.0% | 33.0% | 33.0% | 21.0% |
| Q/Q growth | | 35.0% | 31.9% | 19.7% | -1.4% | | 17.1% | -8.0% | 17.7% | -14.4% | | 19.8% | 4.8% | 7.0% | -1.0% | | |
| Average Active Subscribers | 56.9 | 64.4 | 85.8 | 107.2 | 116.0 | 100.9 | 125.1 | 129.6 | 135.1 | 135.5 | 132.6 | 137.4 | 153.4 | 162.5 | 167.1 | 160.3 | 183.8 |
| Y/Y growth | -50.6% | -30.9% | 60.2% | 79.1% | 92.9% | 77.5% | 94.3% | 51.0% | 26.0% | 16.8% | 31.3% | 9.8% | 18.4% | 20.3% | 23.3% | 20.9% | 14.6% |
| Q/Q growth | | 7.1% | 33.2% | 25.0% | 8.2% | | 7.8% | 3.6% | 4.3% | 0.3% | | 1.4% | 11.6% | 5.9% | 2.9% | | |
| Ending Paused Subscribers (thousands) | 40.2 | 30.0 | 29.2 | 33.2 | 44.3 | 44.3 | 42.2 | 49.2 | 52.6 | 48.1 | 48.1 | 42.7 | 36.1 | 33.6 | 33.3 | 33.3 | 40.2 |
| Y/Y growth | 179.2% | -55.3% | -46.7% | -13.7% | 10.2% | 10.2% | 40.7% | 68.5% | 58.2% | 8.7% | 8.7% | 1.2% | -26.6% | -36.1% | -30.9% | -30.9% | 21.0% |
| Q/Q growth | | -25.4% | -2.7% | 13.8% | 33.3% | | -4.7% | 16.5% | 6.9% | -8.4% | | -11.3% | -15.4% | -7.0% | -1.0% | | |
| % of Total Active Subscribers | 73.4% | 28.8% | 29.9% | 28.5% | 38.4% | 38.4% | 31.3% | 39.6% | 36.0% | 38.5% | 38.5% | 28.5% | 23.0% | 20.0% | 20.0% | 20.0% | 20.0% |
| Total Subscribers (Active + Paused) (thousands) | 95.0 | 104.0 | 126.8 | 150.1 | 159.5 | 159.5 | 177.2 | 173.3 | 198.6 | 173.2 | 173.2 | 192.6 | 193.1 | 201.5 | 199.6 | 199.6 | 241.5 |
| Y/Y growth | -35.8% | -13.3% | 16.3% | 44.3% | 67.9% | 67.9% | 70.4% | 36.7% | 32.3% | 8.5% | 8.5% | 8.7% | 11.4% | 1.5% | 15.2% | 15.2% | 21.0% |
| Q/Q growth | | 9.5% | 21.9% | 18.4% | 6.3% | | 11.1% | -2.2% | 14.6% | -12.8% | | 11.2% | 0.3% | 4.3% | -1.0% | | |
| Average Monthly Subscription Revenue per Subscriber | $149.36 | $134.00 | $129.37 | $132.45 | $136.85 | $133.38 | $140.11 | $155.39 | $138.42 | $141.64 | $143.84 | $147.82 | $147.62 | $146.03 | $144.48 | $146.40 | $150.06 |
| Y/Y growth | 10.5% | -17.3% | -4.9% | -9.3% | -5.6% | -10.7% | 4.6% | 20.1% | -4.5% | 3.5% | 7.8% | 5.5% | -5.0% | 5.5% | 2.0% | 1.8% | 2.5% |
| Q/Q growth | | -7.6% | -3.5% | 2.4% | 3.3% | | 5.0% | 10.9% | -10.9% | 2.3% | | 4.4% | -0.1% | -1.1% | -1.1% | | |
| **Total Subscription Revenues** | 119.5 | 25.8 | 33.3 | 42.6 | 47.6 | 149.3 | 52.6 | 60.4 | 56.1 | 57.6 | 226.7 | 60.9 | 68.0 | 71.2 | 72.4 | 272.5 | 330.9 |
| Y/Y growth | -32.4% | -43.1% | 52.4% | 62.5% | 82.1% | 24.9% | 103.8% | 81.4% | 31.7% | 20.9% | 51.8% | 15.9% | 12.5% | 26.9% | 25.8% | 20.2% | 21.4% |
| Q/Q growth | | -1.4% | 29.1% | 27.9% | 11.8% | | 10.4% | 14.8% | -7.1% | 2.7% | | 5.8% | 11.5% | 4.8% | 1.8% | | |
| **Reserve Revenues** | 16.4 | 4.0 | 9.6 | 11.7 | 11.2 | 36.5 | 8.8 | 9.6 | 9.9 | 8.0 | 36.4 | 8.4 | 8.4 | 8.5 | 8.0 | 33.3 | 33.3 |
| Y/Y growth | -72.1% | -42.0% | 336.4% | 172.0% | 272.0% | 122.9% | 120.2% | 0.0% | -15.0% | -28.0% | -0.2% | -5.0% | -12.0% | -15.0% | 0.0% | -8.5% | 0.0% |
| Q/Q growth | | 33.3% | 140.0% | 21.8% | -4.6% | | -21.1% | 9.0% | 3.6% | -19.2% | | 4.1% | 1.0% | 0.0% | -4.9% | | |
| % of Total Revenues | 13.7% | 15.5% | 20.6% | 19.8% | 17.4% | 24.4% | 13.1% | 12.5% | 13.6% | 11.3% | 16.1% | 11.0% | 10.0% | 9.6% | 9.3% | 12.2% | 8.4% |
| **Subscription and Reserve Rental Revenue** | 135.9 | 29.8 | 42.9 | 54.3 | 58.8 | 185.8 | 61.4 | 70.0 | 66.0 | 65.6 | 263.1 | 69.3 | 76.4 | 79.6 | 80.5 | 305.8 | 364.2 |
| Y/Y growth | -42.3% | -43.0% | 78.8% | 78.0% | 102.1% | 36.7% | 106.0% | 63.2% | 21.6% | 11.6% | 41.6% | 12.9% | 9.1% | 20.6% | 22.6% | 16.3% | 19.1% |
| Q/Q growth | | 2.4% | 44.0% | 26.6% | 8.3% | | 4.4% | 14.0% | -5.7% | -0.6% | | 5.6% | 10.2% | 4.2% | 1.1% | | |
| **Other Revenue** | 21.5 | 3.7 | 3.8 | 4.7 | 5.3 | 17.5 | 5.7 | 6.5 | 7.0 | 5.3 | 24.5 | 7.0 | 7.9 | 8.3 | 6.2 | 29.4 | 33.8 |
| Y/Y growth | 0.5% | -48.6% | -22.4% | -6.0% | 20.5% | -18.6% | 54.1% | 71.1% | 48.0% | 0.0% | 39.7% | 23.0% | 21.0% | 19.0% | 17.5% | 20.1% | 15.0% |
| Q/Q growth | | -15.9% | 2.7% | 23.7% | 12.8% | | 7.5% | 14.0% | 7.0% | -23.8% | | 32.3% | 12.2% | 5.2% | -24.8% | | |
| **Total Revenue** | 157.4 | 33.5 | 46.7 | 59.0 | 64.1 | 203.3 | 67.1 | 76.5 | 73.0 | 70.9 | 287.5 | 76.3 | 84.3 | 87.9 | 86.7 | 335.2 | 398.0 |
| Y/Y growth | -38.7% | -43.7% | 61.6% | 66.2% | 91.3% | 29.2% | 100.3% | 63.8% | 23.7% | 10.7% | 41.4% | 13.8% | 10.2% | 20.4% | 22.2% | 16.6% | 18.7% |
| Q/Q growth | | 0.0% | 39.4% | 26.3% | 8.6% | | 4.7% | 14.0% | -4.6% | -2.8% | | 7.6% | 10.4% | 4.3% | -1.4% | | |
| Seasonality | | 16.5% | 23.0% | 29.0% | 31.5% | | 23.3% | 26.6% | 25.4% | 24.7% | | 26.5% | 29.3% | 30.6% | 30.2% | | |
| **% OF REVENUE** | | | | | | | | | | | | | | | | | |
| Subscription | 76.0% | 77.0% | 71.3% | 72.2% | 74.3% | 73.5% | 78.4% | 79.0% | 76.8% | 81.2% | 78.8% | 79.9% | 80.6% | 81.0% | 83.5% | 81.3% | 83.1% |
| Reserve | 10.4% | 11.9% | 20.6% | 19.8% | 17.4% | 17.9% | 13.1% | 12.5% | 13.6% | 11.3% | 12.7% | 11.0% | 10.0% | 9.6% | 9.3% | 9.9% | 8.4% |
| Subscription + Reserve Revenue | 86.3% | 89.0% | 91.9% | 92.0% | 91.7% | 91.4% | 91.5% | 91.5% | 90.5% | 92.5% | 91.5% | 90.8% | 90.7% | 90.6% | 92.8% | 91.2% | 91.5% |
| Other | 13.7% | 11.0% | 8.1% | 8.0% | 8.3% | 8.6% | 8.5% | 8.5% | 9.5% | 7.5% | 8.5% | 9.2% | 9.3% | 9.4% | 7.2% | 8.8% | 8.5% |
| Total | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| **MARGIN ANALYSIS** | FY2020A | FY1Q21A | FY2Q21A | FY3Q21A | FY4Q21A | FY2021A | FY1Q22A | FY2Q22A | FY3Q22E | FY4Q22E | FY2022E | FY1Q23E | FY2Q23E | FY3Q23E | FY4Q23E | FY2023E | FY2024E |
| **Total Revenue** | 157.4 | 33.5 | 46.7 | 59.0 | 64.1 | 203.3 | 67.1 | 76.5 | 73.0 | 70.9 | 287.5 | 76.3 | 84.3 | 87.9 | 86.7 | 335.2 | 398.0 |
| Y/Y growth | -38.7% | -43.7% | 61.6% | 66.2% | 91.3% | 29.2% | 100.3% | 63.8% | 23.7% | 10.7% | 41.4% | 13.8% | 10.2% | 20.4% | 22.2% | 16.6% | 18.7% |
| Q/Q growth | | 0.0% | 39.4% | 26.3% | 8.6% | | 4.7% | 14.0% | -4.6% | -2.8% | | 7.6% | 10.4% | 4.3% | -1.4% | | |
| Seasonality | | 16.5% | 23.0% | 29.0% | 31.5% | | 23.3% | 26.6% | 25.4% | 24.7% | | 26.5% | 29.3% | 30.6% | 30.2% | | |
| Fulfillment Costs | 52.9 | 8.8 | 13.5 | 19.2 | 20.4 | 61.9 | 22.9 | 23.4 | 24.5 | 23.8 | 94.5 | 25.2 | 26.5 | 28.6 | 28.2 | 108.5 | 125.4 |
| Y/Y growth | -55.2% | -61.7% | 37.8% | 76.1% | 121.7% | 17.0% | 160.2% | 73.3% | 27.4% | 16.5% | 52.7% | 10.0% | 13.4% | 16.8% | 18.6% | 14.8% | 15.6% |
| Q/Q growth | | -4.3% | 53.4% | 42.2% | 6.3% | | 12.3% | 2.2% | 4.5% | -2.8% | | 6.0% | 5.4% | 7.6% | -1.4% | | |
| Fulfillment Costs as a % of revenue | 33.6% | 26.3% | 28.9% | 32.5% | 31.8% | 30.4% | 34.1% | 30.6% | 33.5% | 33.5% | 32.9% | 33.0% | 31.5% | 32.5% | 32.5% | 32.4% | 31.5% |
| **Fulfillment profit** | 104.5 | 24.7 | 33.2 | 39.8 | 43.7 | 141.4 | 44.2 | 53.1 | 48.5 | 47.2 | 193.0 | 51.1 | 57.7 | 59.3 | 58.5 | 226.7 | 272.6 |
| Y/Y growth | -24.7% | -32.3% | 73.8% | 61.8% | 79.8% | 35.3% | 78.9% | 59.9% | 22.0% | 7.9% | 36.5% | 15.7% | 8.7% | 22.3% | 24.1% | 17.5% | 20.2% |
| Q/Q growth | | 1.6% | 34.4% | 19.9% | 9.8% | | 1.1% | 20.1% | -8.6% | -2.8% | | 8.4% | 12.9% | 2.8% | -1.4% | | |
| % Margin | 66.4% | 73.7% | 71.1% | 67.5% | 68.2% | 69.6% | 65.9% | 69.4% | 66.5% | 66.5% | 67.1% | 67.0% | 68.5% | 67.5% | 67.5% | 67.6% | 68.5% |
| Revenue share expense | 19.1 | 3.9 | 3.8 | 6.2 | 7.5 | 21.4 | 8.1 | 7.2 | 9.9 | 9.2 | 34.4 | 8.8 | 8.4 | 10.5 | 10.4 | 38.2 | 43.8 |
| Y/Y growth | 99.0% | -11.4% | -17.4% | 17.0% | 56.3% | 12.0% | 107.7% | 89.5% | 58.9% | 22.9% | 60.6% | 8.4% | 17.0% | 7.1% | 12.8% | 11.0% | 14.7% |
| Q/Q growth | | -18.8% | -2.6% | 63.2% | 21.0% | | 8.0% | -11.1% | 36.9% | -6.4% | | -4.8% | -4.0% | 25.2% | -1.4% | | |
| Rev Share as a % of revenue | 12.1% | 11.6% | 8.1% | 10.5% | 11.7% | 10.5% | 12.1% | 9.4% | 13.5% | 13.0% | 12.0% | 11.5% | 10.0% | 12.0% | 12.0% | 11.4% | 11.0% |
| **Gross profit excluding product depreciation** | 85.4 | 20.8 | 29.4 | 33.6 | 36.2 | 120.0 | 36.1 | 45.9 | 38.7 | 37.9 | 158.6 | 42.4 | 49.3 | 48.8 | 48.1 | 188.6 | 228.8 |
| Y/Y growth | -33.9% | -35.2% | 102.8% | 74.1% | 85.6% | 40.5% | 73.6% | 56.1% | 15.1% | 4.8% | 32.2% | 17.3% | 7.4% | 26.1% | 26.8% | 18.9% | 21.4% |
| Q/Q growth | | 6.7% | 41.3% | 14.3% | 7.7% | | -0.3% | 27.1% | -15.7% | -1.9% | | 11.6% | 16.4% | -1.0% | -1.4% | | |
| % Margin | 54.3% | 62.1% | 63.0% | 56.9% | 56.5% | 59.0% | 53.8% | 60.0% | 53.0% | 53.5% | 55.2% | 55.5% | 58.5% | 55.5% | 55.5% | 56.3% | 57.5% |
| Rental product depreciation | 69.8 | 12.7 | 11.2 | 13.7 | 12.7 | 50.3 | 13.6 | 13.5 | 13.9 | 13.1 | 54.1 | 14.1 | 14.3 | 15.4 | 14.7 | 58.6 | 67.5 |
| Y/Y growth | -7.7% | -42.5% | -29.1% | -18.5% | -15.9% | -27.9% | 7.1% | 20.5% | 1.2% | 3.3% | 7.5% | 3.8% | 6.1% | 10.9% | 12.3% | 8.3% | 15.3% |
| Q/Q growth | | -15.9% | -11.8% | 22.3% | -7.3% | | 7.1% | -0.7% | 2.7% | -5.4% | | 7.6% | 1.4% | 7.4% | -4.2% | | |
| Rental product depreciation as a % of revenue | 44.3% | 37.9% | 24.0% | 23.2% | 19.8% | 24.7% | 20.3% | 17.6% | 19.0% | 18.5% | 18.8% | 18.5% | 17.0% | 17.5% | 17.0% | 17.5% | 17.0% |
| **Gross profit** | 15.6 | 8.1 | 18.2 | 19.9 | 23.5 | 69.7 | 22.5 | 32.4 | 24.8 | 24.8 | 104.5 | 28.2 | 35.0 | 33.4 | 33.4 | 130.0 | 161.3 |
| Y/Y growth | -70.9% | -19.0% | NA | 696.0% | 434.1% | 346.8% | 177.8% | 78.0% | 24.7% | 5.6% | 50.0% | 25.5% | 7.9% | 34.6% | 34.5% | 24.3% | 24.1% |
| Q/Q growth | | 84.1% | 124.7% | 9.3% | 18.1% | | -4.3% | 44.0% | -23.4% | 0.0% | | 13.8% | 23.8% | -4.5% | -0.1% | | |
| % Margin | 9.9% | 24.2% | 39.0% | 33.7% | 36.7% | 34.3% | 33.5% | 42.4% | 34.0% | 35.0% | 36.4% | 37.0% | 41.5% | 38.0% | 38.5% | 38.8% | 40.5% |
| Credit card processing fees | 4.4 | 1.0 | 1.3 | 1.4 | 1.5 | 5.3 | 1.6 | 1.9 | 1.8 | 1.7 | 7.0 | 1.9 | 2.1 | 2.2 | 2.2 | 8.4 | 9.9 |
| Y/Y growth | -46.3% | NA | NA | NA | NA | 19.4% | 61.0% | 47.1% | 23.7% | 10.7% | 32.8% | 18.5% | 10.2% | 25.5% | 27.3% | 20.1% | 18.7% |
| Q/Q growth | | 42.9% | 30.0% | 8.9% | 8.6% | | 4.7% | 18.8% | -8.4% | -2.8% | | 12.1% | 10.4% | 4.3% | -1.4% | | |
| Credit card processing fees as % of revenues | 2.8% | 3.0% | 2.8% | 2.4% | 2.4% | 2.6% | 2.4% | 2.5% | 2.4% | 2.4% | 2.4% | 2.5% | 2.5% | 2.5% | 2.5% | 2.5% | 2.5% |
| **Contribution profit** | 11.2 | 7.1 | 16.9 | 18.5 | 22.0 | 64.4 | 20.9 | 30.5 | 23.1 | 23.1 | 97.6 | 26.3 | 32.9 | 31.2 | 31.2 | 121.6 | 151.3 |
| Y/Y growth | -75.3% | -14.5% | -834.8% | 1132.3% | 493.6% | 475.4% | 194.2% | 80.4% | 24.8% | 5.3% | 51.4% | 26.1% | 7.8% | 35.3% | 35.0% | 24.7% | 24.4% |
| Q/Q growth | | 91.9% | 138.0% | 9.4% | 18.8% | | -4.9% | 45.9% | -24.3% | 0.3% | | 13.9% | 24.8% | -5.0% | 0.0% | | |
| % Margin | 7.1% | 21.2% | 36.2% | 31.3% | 34.3% | 31.7% | 31.1% | 39.9% | 31.6% | 32.6% | 33.9% | 34.5% | 39.0% | 35.5% | 36.0% | 36.3% | 38.0% |

*Source: Company reports, JMP Securities LLC*

**JMP** A CITIZENS COMPANY

## FIGURE 4. Rent the Runway Income Statement, 2020A - 2024E ($ in millions)

| Fiscal | FY2020A | FY1Q21A | FY2Q21A | FY3Q21A | FY4Q21A | FY2021A | FY1Q22A | FY2Q22A | FY3Q22A | FY4Q22E | FY2022E | FY1Q23E | FY2Q23E | FY3Q23E | FY4Q23E | FY2023E | FY2024E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Calendar | | Feb - Apr | May - July | Aug - Oct | Nov - Jan | | Feb - Apr | May - July | Aug - Oct | Nov - Jan | | Feb - Apr | May - July | Aug - Oct | Nov - Jan | | |
| Subscription & reserve rental revenue | 135.9 | 29.8 | 42.9 | 54.3 | 58.8 | 185.8 | 61.4 | 70.0 | 66.0 | 65.6 | 263.1 | 69.3 | 76.4 | 79.6 | 80.5 | 305.8 | 364.2 |
| Other revenue | 21.5 | 3.7 | 3.8 | 4.7 | 5.3 | 17.5 | 5.7 | 6.5 | 7.0 | 5.3 | 24.5 | 7.0 | 7.9 | 8.3 | 6.2 | 29.4 | 33.8 |
| **Total Revenue** | **157.4** | **33.5** | **46.7** | **59.0** | **64.1** | **203.3** | **67.1** | **76.5** | **73.0** | **70.9** | **287.5** | **76.3** | **84.3** | **87.9** | **86.7** | **335.2** | **398.0** |
| Fulfillment Costs | 52.9 | 8.8 | 13.5 | 19.2 | 20.4 | 61.9 | 22.9 | 23.4 | 24.5 | 23.8 | 94.5 | 25.2 | 26.5 | 28.6 | 28.2 | 108.5 | 125.4 |
| Revenue Share Expense | 19.1 | 3.9 | 3.8 | 6.2 | 7.5 | 21.4 | 8.1 | 7.2 | 9.9 | 9.2 | 34.4 | 8.8 | 8.4 | 10.5 | 10.4 | 38.2 | 43.8 |
| Rental product depreciation | 69.8 | 12.7 | 11.2 | 13.7 | 12.7 | 50.3 | 13.6 | 13.5 | 13.9 | 13.1 | 54.1 | 14.1 | 14.3 | 15.4 | 14.7 | 58.6 | 67.5 |
| **Gross Profit** | **15.6** | **8.1** | **18.2** | **19.9** | **23.5** | **69.7** | **22.5** | **32.4** | **24.8** | **24.8** | **104.5** | **28.2** | **35.0** | **33.4** | **33.4** | **130.0** | **161.3** |
| **Operating Expenses** | | | | | | | | | | | | | | | | | |
| Technology | 35.8 | 9.3 | 10.0 | 10.4 | 11.4 | 41.1 | 12.4 | 13.3 | 9.9 | 9.2 | 44.8 | 9.2 | 9.6 | 9.8 | 10.0 | 38.6 | 43.8 |
| Marketing | 7.7 | 2.5 | 4.7 | 10.1 | 8.2 | 25.5 | 8.5 | 8.9 | 8.2 | 8.2 | 33.8 | 9.5 | 9.7 | 10.0 | 9.7 | 38.9 | 45.4 |
| General and administrative | 71.3 | 17.6 | 19.8 | 21.8 | 23.8 | 83.0 | 25.1 | 24.4 | 20.8 | 18.8 | 89.1 | 19.1 | 19.5 | 19.5 | 19.5 | 77.7 | 85.6 |
| Other depreciation and amortization | 23.1 | 5.1 | 4.8 | 4.7 | 4.8 | 19.4 | 4.2 | 4.5 | 4.8 | 5.0 | 18.5 | 5.0 | 5.0 | 5.0 | 5.0 | 20.0 | 22.0 |
| Stock based compensation | 8.2 | 1.9 | 2.4 | 17.1 | 5.2 | 26.6 | 5.5 | 6.9 | 7.5 | 7.5 | 27.4 | 8.0 | 8.0 | 9.0 | 9.0 | 34.0 | 40.0 |
| Total Operating Expenses | 146.1 | 36.4 | 41.7 | 64.1 | 53.4 | 195.6 | 55.7 | 58.0 | 51.2 | 48.7 | 213.6 | 50.7 | 51.8 | 53.4 | 53.2 | 209.1 | 236.7 |
| **Operating income (loss)** | **(130.5)** | **(28.3)** | **(23.5)** | **(44.2)** | **(29.9)** | **(125.9)** | **(33.2)** | **(25.6)** | **(26.4)** | **(23.8)** | **(109.0)** | **(22.5)** | **(16.9)** | **(20.0)** | **(19.8)** | **(79.1)** | **(75.4)** |
| PF Operating income (loss) | (122.3) | (26.4) | (21.1) | (27.1) | (24.7) | (99.3) | (27.7) | (18.7) | (18.9) | (16.3) | (81.6) | (14.5) | (8.9) | (11.0) | (10.8) | (45.1) | (35.4) |
| Interest income / (expense), net | (46.7) | (14.5) | (14.9) | (14.3) | (9.3) | (53.0) | (9.3) | (9.6) | (10.0) | (10.0) | (38.9) | (10.0) | (10.0) | (10.0) | (10.0) | (40.0) | (40.0) |
| Other income / (expense), net | 6.1 | 0.5 | (4.1) | (29.6) | - | (33.2) | - | 1.3 | - | - | 1.3 | - | - | - | - | - | - |
| Pre-tax income (Loss) | (171.1) | (42.3) | (42.5) | (88.1) | (39.2) | (212.1) | (42.5) | (33.9) | (36.4) | (33.8) | (146.6) | (32.5) | (26.9) | (30.0) | (29.8) | (119.1) | (115.4) |
| Effective tax rate | 0.0% | 0.0% | -0.2% | -0.3% | 0.3% | -0.1% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Benefit from income taxes | - | - | 0.1 | 0.3 | (0.1) | 0.3 | - | - | - | - | - | - | - | - | - | - | - |
| Net Income / (Loss) | (171.1) | (42.3) | (42.4) | (87.8) | (39.3) | (211.8) | (42.5) | (33.9) | (36.4) | (33.8) | (146.6) | (32.5) | (26.9) | (30.0) | (29.8) | (119.1) | (115.4) |
| **Basic EPS** | | | | -$6.72 | -$0.62 | -$5.57 | -$0.67 | -$0.53 | -$0.56 | -$0.52 | -$2.28 | -$0.50 | -$0.41 | -$0.45 | -$0.44 | -$1.80 | -$1.71 |
| **Diluted EPS** | | | | -$6.72 | -$0.62 | -$5.57 | -$0.67 | -$0.53 | -$0.56 | -$0.52 | -$2.28 | -$0.50 | -$0.41 | -$0.45 | -$0.44 | -$1.80 | -$1.71 |
| Basic shares | | | | 13.1 | 63.0 | 38.0 | 63.4 | 64.1 | 64.7 | 65.4 | 64.4 | 65.0 | 65.7 | 66.3 | 67.0 | 66.0 | 67.3 |
| Diluted shares | | | | 13.1 | 63.0 | 38.0 | 63.4 | 64.1 | 64.7 | 65.4 | 64.4 | 65.0 | 65.7 | 66.3 | 67.0 | 66.0 | 67.3 |
| **Non-recurring Items** | | | | | | | | | | | | | | | | | |
| Stock based compensation | 8.2 | 1.9 | 2.4 | 17.1 | 5.2 | 26.6 | 5.5 | 6.9 | 7.5 | 7.5 | 27.4 | 8.0 | 8.0 | 9.0 | 9.0 | 34.0 | 40.0 |
| Tax Provision | - | - | 0.1 | 0.3 | (0.1) | 0.3 | - | - | - | - | - | - | - | - | - | - | - |
| PF Net Income (loss) | (162.9) | (40.4) | (39.9) | (70.4) | (34.2) | (184.9) | (37.0) | (27.0) | (28.9) | (26.3) | (119.2) | (24.5) | (18.9) | (21.0) | (20.8) | (85.1) | (75.4) |
| PF EPS (ex SBC/non-rec) | | | | -$5.39 | -$0.54 | -$4.86 | -$0.58 | -$0.42 | -$0.45 | -$0.40 | -$1.85 | -$0.38 | -$0.29 | -$0.32 | -$0.31 | -$1.29 | -$1.12 |
| PF Diluted Shares | | | | 15.4 | 63.0 | 39.2 | 63.4 | 64.1 | 64.7 | 65.4 | 64.4 | 65.0 | 65.7 | 66.3 | 67.0 | 66.0 | 67.3 |
| **EBITDA Reconciliation** | | | | | | | | | | | | | | | | | |
| Operating income (loss) | (130.5) | (28.3) | (23.5) | (44.2) | (29.9) | (125.9) | (33.2) | (25.6) | (26.4) | (23.8) | (109.0) | (22.5) | (16.9) | (20.0) | (19.8) | (79.1) | (75.4) |
| Stock based compensation | 8.2 | 1.9 | 2.4 | 17.1 | 5.2 | 26.6 | 5.5 | 6.9 | 7.5 | 7.5 | 27.4 | 8.0 | 8.0 | 9.0 | 9.0 | 34.0 | 40.0 |
| Rental product depreciation | 69.8 | 12.7 | 11.2 | 13.7 | 12.7 | 50.3 | 13.6 | 13.5 | 13.9 | 13.1 | 54.1 | 14.1 | 14.3 | 15.4 | 14.7 | 58.6 | 67.5 |
| Other depreciation and amortization | 23.1 | 5.1 | 4.8 | 4.7 | 4.8 | 19.4 | 4.2 | 4.5 | 4.8 | 5.0 | 18.5 | 5.0 | 5.0 | 5.0 | 5.0 | 20.0 | 22.0 |
| Write-off of liquidated assets | 3.3 | 1.4 | 1.4 | 1.2 | 0.8 | 4.8 | 0.6 | 1.8 | 1.7 | 1.4 | 5.5 | 1.4 | 1.4 | 1.4 | 1.4 | 5.6 | 5.6 |
| Non-recurring adjustments | 4.2 | 1.0 | 1.8 | 1.8 | 0.7 | 5.3 | 0.3 | 0.7 | - | - | 1.0 | - | - | - | - | - | - |
| Other (gains) / losses | 1.7 | - | - | 0.1 | 0.2 | 0.3 | 0.2 | - | - | - | 0.2 | - | - | - | - | - | - |
| **Adjusted EBITDA** | **(20.2)** | **(6.2)** | **(1.9)** | **(5.6)** | **(5.5)** | **(19.2)** | **(8.8)** | **1.8** | **1.5** | **3.2** | **(2.3)** | **6.1** | **11.8** | **10.8** | **10.3** | **39.0** | **59.7** |

| Fiscal | FY2020A | FY1Q21A | FY2Q21A | FY3Q21A | FY4Q21A | FY2021A | FY1Q22A | FY2Q22A | FY3Q22A | FY4Q22E | FY2022E | FY1Q23E | FY2Q23E | FY3Q23E | FY4Q23E | FY2023E | FY2024E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Calendar | | Feb - Apr | May - July | Aug - Oct | Nov - Jan | | Feb - Apr | May - July | Aug - Oct | Nov - Jan | | Aug - Oct | Aug - Oct | Aug - Oct | Aug - Oct | | |
| **Y/Y% Change** | | | | | | | | | | | | | | | | | |
| **Total Revenue** | -38.7% | -43.7% | 61.6% | 66.2% | 91.3% | 29.2% | 100.3% | 63.8% | 23.7% | 10.7% | 41.4% | 13.8% | 10.2% | 20.4% | 22.2% | 16.6% | 18.7% |
| Gross profit | -70.9% | NA | NA | 696.0% | 434.1% | 346.8% | 177.8% | 78.0% | 24.7% | 5.6% | 50.0% | 25.5% | 7.9% | 34.6% | 34.5% | 24.3% | 24.1% |
| **Expenses** | | | | | | | | | | | | | | | | | |
| Fulfillment | -55.2% | -61.7% | 37.8% | 76.1% | 121.7% | 17.0% | 160.2% | 73.3% | 27.4% | 16.5% | 52.7% | 10.0% | 13.4% | 16.8% | 18.6% | 14.8% | 15.6% |
| Rental product depreciation and revenue share | -7.7% | -42.5% | -29.1% | -18.5% | -15.9% | -27.9% | 7.1% | 20.5% | 1.2% | 3.3% | 7.5% | 3.8% | 6.1% | 10.9% | 12.3% | 8.3% | 15.3% |
| Technology | -7.0% | -7.9% | 31.6% | 16.9% | 23.9% | 14.8% | 33.3% | 33.0% | -5.3% | -19.1% | 8.9% | -26.1% | -27.8% | -0.1% | 8.1% | -13.8% | 13.5% |
| Marketing | -65.8% | -34.2% | 327.3% | 676.9% | 446.7% | 231.2% | 240.0% | 89.4% | -18.3% | -0.5% | 32.6% | 11.3% | 8.9% | 21.5% | 19.0% | 15.0% | 16.7% |
| General and administrative | -24.3% | -24.1% | 23.0% | 36.3% | 48.8% | 16.4% | 42.6% | 23.2% | -4.6% | -21.0% | 7.3% | -24.0% | -19.9% | -6.2% | 3.8% | -12.8% | 10.2% |
| Other depreciation and amortization | 6.5% | -16.4% | -14.3% | -17.5% | -15.8% | -16.0% | -17.6% | -6.3% | 2.1% | 4.2% | -4.6% | 19.0% | 11.1% | 4.2% | 0.0% | 8.1% | 10.0% |
| **Total Operating Expenses** | **-20.5%** | **-19.5%** | **29.5%** | **86.3%** | **55.7%** | **33.9%** | **53.0%** | **39.1%** | **-20.1%** | **-8.9%** | **9.2%** | **-9.0%** | **-10.6%** | **4.3%** | **9.3%** | **-2.1%** | **13.2%** |
| Operating income (loss) | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| PF Operating income (loss) | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| PF EPS (ex SBC/non-rec) | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| Adjusted EBITDA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | 53.0% |
| Net Income | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| **Q/Q% Change** | | | | | | | | | | | | | | | | | |
| Total revenues | | 0.0% | 39.4% | 26.3% | 8.6% | | 4.7% | 14.0% | -4.6% | -2.8% | | 7.6% | 10.4% | 4.3% | -1.4% | | |
| Adjusted EBITDA | | NA | NA | NA | NA | | NA | NA | NA | NA | | NA | NA | NA | NA | | |
| **% of Total Revenue** | | | | | | | | | | | | | | | | | |
| Fulfillment Costs | 33.6% | 26.3% | 28.9% | 32.5% | 31.8% | 30.4% | 34.1% | 30.6% | 33.5% | 33.5% | 32.9% | 33.0% | 31.5% | 32.5% | 32.5% | 32.4% | 31.5% |
| Revenue Share Expense | 12.1% | 11.6% | 8.1% | 10.5% | 11.7% | 10.5% | 12.1% | 9.4% | 13.5% | 13.0% | 12.0% | 11.5% | 10.0% | 12.0% | 12.0% | 11.4% | 11.0% |
| Rental product depreciation | 44.3% | 37.9% | 24.0% | 23.2% | 19.8% | 24.7% | 20.3% | 17.6% | 19.0% | 18.5% | 18.8% | 18.5% | 17.0% | 17.5% | 17.0% | 17.5% | 17.0% |
| Technology | 22.7% | 27.8% | 21.4% | 17.6% | 17.8% | 20.2% | 18.5% | 17.4% | 13.5% | 13.0% | 15.6% | 12.0% | 11.4% | 11.2% | 11.5% | 11.5% | 11.0% |
| Marketing | 4.9% | 7.5% | 10.1% | 17.1% | 12.8% | 12.5% | 12.7% | 11.6% | 11.3% | 11.5% | 11.8% | 12.4% | 11.5% | 11.4% | 11.2% | 11.6% | 11.4% |
| General and administrative | 45.3% | 52.5% | 42.4% | 36.9% | 37.1% | 40.8% | 37.4% | 31.9% | 28.5% | 26.5% | 31.0% | 25.0% | 23.2% | 22.2% | 22.5% | 23.2% | 21.5% |
| Other depreciation and amortization | 14.7% | 15.2% | 10.3% | 8.0% | 7.5% | 9.5% | 6.3% | 5.9% | 7.3% | 6.7% | 6.4% | 7.3% | 7.3% | 7.3% | 7.3% | 6.0% | 5.3% |
| Stock-based compensation | 5.2% | 5.7% | 5.1% | 29.0% | 8.1% | 13.1% | 8.2% | 9.0% | 10.3% | 10.6% | 9.5% | 10.5% | 9.5% | 10.2% | 10.4% | 10.1% | 10.1% |
| **Margins on revenue** | | | | | | | | | | | | | | | | | |
| Gross profit | 9.9% | 24.2% | 39.0% | 33.7% | 36.7% | 34.3% | 33.5% | 42.4% | 34.0% | 35.0% | 36.4% | 37.0% | 41.5% | 38.0% | 38.5% | 38.8% | 40.5% |
| Operating Margin | -82.9% | -84.5% | -50.3% | -74.9% | -46.6% | -61.9% | -49.5% | -33.5% | -36.2% | -33.6% | -37.9% | -29.4% | -20.0% | -22.7% | -22.8% | -23.6% | -19.0% |
| **Adj. EBITDA Margin** | **-12.8%** | **-18.5%** | **-4.1%** | **-9.5%** | **-8.6%** | **-9.4%** | **-13.1%** | **2.4%** | **2.0%** | **4.5%** | **-0.8%** | **7.9%** | **14.1%** | **12.3%** | **11.9%** | **11.6%** | **15.0%** |

*Source: Company reports, JMP Securities LLC*

## Company Description

Rent the Runway is democratizing the designer fashion industry by offering women access to its "closet in the cloud" with 1.4M+ designer items across 18,000+ styles and 750+ brands. Customers can pay a subscription fee to rent eight items per month, giving women a nearly unlimited rotating wardrobe that, on average, totals ~$4,000 of monthly retail value. Rent the Runway also allows customers to rent items for one-time use, called Reserve, and to purchase items. To acquire inventory, the company works with brands in three ways: Wholesale (items acquired from brands typically at ~20% of retail prices), Share by RTR (items acquired on consignment at zero or low upfront cost), and Exclusive Designs (RTR manufactures items on behalf of brands). Jennifer Hyman and Jennifer Fleiss founded RTR in 2009 after meeting at Harvard Business School. Rent the Runway is headquartered in Brooklyn, New York.

## Investment Risks

1) Results are likely connected to COVID-19 case counts as work-from-home and a lack of events impacts demand; 2) high level of indebtedness as RTR ended FY2Q21 with $382M in debt; 3) churn is not disclosed, leading us to believe that churn is relatively elevated; 4) paid CAC is high; 5) TAM could be smaller than expectations if women are not willing to spend ~$100-$200 per month to rent designer fashion.

## JMP FACTS AND DISCLOSURES

**Analyst Certification:**

The research analyst(s) who prepared this report does/do hereby certify that the views presented in this report are in accordance with my/our personal views on the securities and issuers discussed in this report. As mandated by SEC Regulation AC no part of my/our compensation was, is or will be directly or indirectly related to the specific views or recommendations expressed herein. This certification is made under the obligations set forth in SEC Regulation AC. Any other person or entity may not use it for any other purpose. This certification is made based on my/our analysis on the date of this report's publication. I/We assume no obligation to update this certification to reflect any facts, circumstances, or events that may subsequently come to my/our attention. Signed Andrew Boone, CFA and Matthew Condon, CFA

**JMP Securities Disclosures:**

JMP Securities, a Citizens Company, currently makes a market in the security of Rent the Runway, Inc.

JMP Securities, a Citizens Company, was manager or co-manager of a public offering of securities for Rent the Runway, Inc. (RENT) in the past 12 months, and received compensation for doing so.

JMP Securities, a Citizens Company, expects to receive OR intends to seek compensation for investment banking services from Rent the Runway, Inc. in the next 3 months.

For disclaimer details, please click on link. JMP Disclaimer

For applicable disclosures on companies mentioned in this report, please refer to the JMP Facts and Disclosures page in the report link above.

**JMP Securities Investment Opinion Definitions:**

Market Outperform (MO): JMP Securities expects the stock price to outperform relevant market indices over the next 12 months.
Market Perform (MP): JMP Securities expects the stock price to perform in line with relevant market indices over the next 12 months.
Market Underperform (MU): JMP Securities expects the stock price to underperform relevant market indices over the next 12 months.

**JMP Securities Research Ratings and Investment Banking Services:** (as of September 13, 2022)

| JMP Rating | Regulatory Equivalent | # Co's Under Coverage | % of Total | Regulatory Equivalent | # Co's Under Coverage | % of Total | # Co's Receiving IB Services in Past 12 Months | % of Co's With This Rating |
|---|---|---|---|---|---|---|---|---|
| MARKET OUTPERFORM | Buy | 290 | 68.56% | Buy | 290 | 68.56% | 66 | 22.76% |
| MARKET PERFORM | Hold | 107 | 25.30% | Hold | 107 | 25.30% | 21 | 19.63% |
| MARKET UNDERPERFORM | Sell | 0 | 0.00% | Sell | 0 | 0.00% | 0 | 0% |
| COVERAGE IN TRANSITION | | 25 | 5.91% | | 25 | 5.91% | 2 | 8.00% |
| RATING SUSPENDED | | 0 | 0.00% | | 0 | 0.00% | 0 | 0% |
| TOTAL: | | 423 | 100% | | 423 | 100% | 89 | 21.04% |

**Stock Price Chart of Rating and Target Price Changes:**

Note: First annotation denotes initiation of coverage or 3 years, whichever is shorter. If no target price is listed, then the target price is N/A. In accordance with FINRA Rule 2241, the chart(s) below reflect(s) price range and any changes to the rating or price target as of the end of the most recent calendar quarter. The action reflected in this note is not annotated in the stock price chart. Source: JMP Securities.



**Rating and Price Target History for: Rent the Runway, Inc. (RENT) as of 09-12-2022**

Created by: BlueMatrix

## JMP Disclaimer:

JMP Securities LLC (the "Firm") compensates research analysts, like other Firm employees, based on the Firm's profitability, which includes revenues from the Firm's institutional sales, trading, and investment banking departments as well as on the quality of the services and activities performed that are intended to benefit the Firm's institutional clients. These data have been prepared by JMP Securities LLC for informational purposes only and are based on information available to the public from sources that we believe to be reliable, but we do not guarantee their accuracy or completeness. Any opinions and projections expressed herein reflect our judgment at this date and are subject to change without notice. These data are neither intended nor should be considered as an offer to sell or a solicitation or a basis for any contract for the purchase of any security or other financial product. JMP Securities LLC, its affiliates, JMP Group LLC, Harvest Capital Strategies LLC, and their respective partners, directors, officers, and associates may have a long or short position in, may act as a market maker for, or may purchase or sell a position in the securities mentioned herein. JMP Securities LLC or its affiliates may be performing, have performed, or seek to perform investment banking, advisory, or other services and may have acted as manager or co-manager for a public offering of securities for any company mentioned herein. The reader should assume that JMP Securities LLC will solicit business from the company covered in this report. Members of our Sales and Trading Department provide oral and/or written market opinions and trading strategies to our clients that reflect their personal opinions about stocks that are the subject of the firm's research reports. Our research analysts discuss trading strategies with clients that sometimes reflect short-term expectations for the price of the securities that are the subject of research reports. These trading strategies are distinct from the analysts' fundamental rating for the stock, which is based upon the analysts' view compared to other stocks under coverage for the relevant time period. © Copyright 2022. All rights reserved by JMP Securities LLC. JMP Securities LLC is a member of FINRA, NASDAQ, and SIPC.



**Jeffrey H. Spurr**
**Director of Research**
(415) 835-3903

## RESEARCH PROFESSIONALS

### FINANCIAL SERVICES

**Alternative Asset Managers**
Brian McKenna — (212) 906-3545
Devin Ryan — (212) 906-3578

**Commercial Finance (BDCs)**
Kevin Fultz, CFA — (415) 835-8962
Devin Ryan — (212) 906-3578

**Consumer Finance**
David M. Scharf — (415) 835-8942
   Zachary Oster — (212) 906-3507

**Investment Banks & Brokers**
Devin Ryan — (212) 906-3578
   Brian McKenna — (212) 906-3545
   Michael W. Falco — (212) 906-3562

**Insurance**
Matthew J. Carletti — (312) 768-1784
   Karol Chmiel, CFA — (312) 768-1786
   David Samar — (312) 768-1785

**Mortgage & Real Estate Finance**
   **Residential Mortgage REITs**
   **Mortgage Operating Companies**
   Steven C. DeLaney — (212) 906-3517
   Trevor Cranston, CFA — (415) 869-4431
   Mikhail Goberman — (212) 906-3543

   **Commercial Mortgage REITs**
   **Commercial R.E. Finance**
   Steven C. DeLaney — (212) 906-3517
   Chris Muller, CFA — (212) 906-3559

**Financial Technology**
   **Consumer FinTech**
   Devin Ryan — (212) 906-3578
      Brian McKenna — (212) 906-3545
      Michael W. Falco — (212) 906-3562
   David Scharf — (415) 835-8942
      Zachary Oster — (212) 906-3507

   **Enterprise FinTech**
   Devin Ryan — (212) 906-3578
      Brian McKenna — (212) 906-3545
      Michael W. Falco — (212) 906-3562
   Patrick Walravens — (415) 835-8943
      Joey Marincek — (415) 869-4418

   **Digital Assets**
   Devin Ryan — (212) 906-3578
      Brian McKenna — (212) 906-3545
      Michael W. Falco — (212) 906-3562
      Kevin Fultz, CFA — (415) 835-8962

   **InsurTech**
   Matthew J. Carletti — (312) 768-1784
      Karol Chmiel, CFA — (312) 768-1786
   Andrew Boone, CFA — (415) 835-3902
      Matthew Condon, CFA — (617) 235-8502

   **PaymenTech**
   David M. Scharf — (415) 835-8942
      Zachary Oster — (212) 906-3507

### HEALTHCARE

**Biotechnology & Biopharma**
Reni J. Benjamin, PhD — (212) 906-3529
   Kishore Gangangari, PhD — (212) 906-3504
Jason N. Butler, PhD — (212) 906-3505
   Jose Lora — (212) 906-3511
Silvan Tuerkcan, PhD — (212) 906-3546
Roy Buchanan, PhD — (212) 906-3509
Jonathan Wolleben — (312) 768-1788
   Catherine Okoukoni — (646) 797-5637

**Medical Devices & Supplies**
David Turkaly — (212) 906-3563
   Daniel W. Stauder, CFA — (212) 906-3535

### REAL ESTATE

**Equity REITs**
Aaron Hecht — (415) 835-3963
   Ryan Treais — (415) 869-4411
Mitchell Germain — (212) 906-3532
   Jyoti Yadav — (646) 797-5636

**Residential**
Aaron Hecht — (415) 835-3963
   Ryan Treais — (415) 869-4411

### TECHNOLOGY

**Cybersecurity**
Trevor Walsh — (415) 835-3934
   Rustam Kanga — (415) 835-3914

**Communication Equipment & IT Infrastructure**
Erik Suppiger — (415) 835-3918

**Internet & Digital Media**
Andrew Boone, CFA — (415) 835-3902
   Matthew Condon, CFA — (617) 235-8502
Nicholas Jones — (212) 906-3528
   Timothy Shubsda — (212) 906-3532

**Software**
Patrick Walravens — (415) 835-8943
Joe Goodwin — (415) 869-4477
Joey Marincek — (415) 869-4418
   Aaron Kimson, CFA — (415) 835-8944
   Owen Hobbs — (415) 835-3961

### CONSUMER

**Gaming, Online Gaming & Gaming Technology**
Jordan Bender — (212) 906-3526
   Eric Ross — (646) 797-5635

---

## ADDITIONAL CONTACTS

**Thomas R. Wright**
**Director of Equities**
(212) 906-3599

**James O'Day**
**Head of Sales**
(617) 235-8506

**600 Montgomery Street, Suite 1100**
San Francisco, CA 94111
www.jmpsecurities.com