# Ex. 57 – Sept. 13, 2022
# Morgan Stanley Analyst Report



**Morgan Stanley** | RESEARCH

UPDATE

*September 13, 2022 01:50 AM GMT*

## Rent the Runway, Inc.  |  North America

# A Mixed Bag

| ⬈ Stock Rating | ◉ Industry View | ◎ Price Target |
|---|---|---|
| Overweight | In-Line | $13.00 |

Our FY22 EBITDA dollar forecasts move higher and our out-years remain largely unchanged, but with more uncertainty. June/July slowdown similar to what we've heard from others, and August/September rebound encouraging. We stay OW, but with a close eye on data points over the next few months.

<table>
<tr><td rowspan="2">WHAT'S CHANGED</td><td>Rent the Runway, Inc. (RENT.O)</td><td>From</td><td>To</td></tr>
<tr><td>Price Target</td><td>$14.00</td><td>**$13.00**</td></tr>
</table>

**What Did We Learn?** Another earnings print with weaker top-line but better profitability, driven primarily by cost reductions. 2Q negative net adds was the most concerning piece of new information given the tailwind expected from record numbers of weddings and social events. The subscriber miss was driven by **1)** higher churn (we think a mix of macro/inflation and recent price increases), **2)** higher pause rates (seasonal trend, potentially exacerbated by lower return to office in the summer and an inventory mis-match), and **3)** lower customer acquisition (impacted by all of the above). Big picture, subscriber softness was more related to returning subscribers than new (revenue did beat in the quarter due to ARPU). Bears will point to TAM ceilings as the clear reason for the miss, but three factors give us confidence the miss is not structural: **1)** from a macro perspective we've heard several other eCommerce/apparel retailers cite a slowdown during the exact same six week period (mid-June through July), **2)** the inventory mis-match and record special occasion inventory utilization suggests people who may have been looking for that inventory couldn't secure it, leading to higher churn/pause rates, and **3)** greater remote work during the summer time frame was likely an underestimated factor relative to historical seasonality, which also likely impacted pause rates to a greater degree than anticipated. Profitability is the clear bright spot, with RENT announcing a restructuring, laying off 24% of employees, which is expected to result in operating expense savings of $25-27M in FY23 relative to 2Q. This coupled with a $400M revenue base, which we forecast RENT will achieve on a run rate basis in mid-FY24, should yield a mid-teens adj. EBITDA margin or break-even after product depreciation, effectively self-funding product spend for its existing customer base with the only cash outlay being for growth (at 20% customer growth RENT estimates ~$30M of cash burn before interest expense). The market is clearly not giving RENT credit for its greater focus on profitability, but if subscriber growth reaccelerates and RENT can deliver consistent EBITDA profitability with reduced cash burn, the market could be willing to pay a higher multiple longer-term.

MORGAN STANLEY & CO. LLC

**Lauren Schenk**
EQUITY ANALYST
Lauren.Schenk@morganstanley.com    +1 212 761-4143

**Brian Nowak, CFA**
EQUITY ANALYST
Brian.Nowak@morganstanley.com    +1 212 761-3365

**Nathan Feather**
RESEARCH ASSOCIATE
Nathan.Feather@morganstanley.com    +1 212 761-9812

**Barath Rao**
RESEARCH ASSOCIATE
Barath.Rao@morganstanley.com    +1 212 761-2322

### Rent the Runway, Inc. ( RENT.O, RENT US )

**Internet** / **United States of America**

| | |
|---|---|
| Stock Rating | **Overweight** |
| Industry View | **In-Line** |
| Price target | **$13.00** |
| Shr price, close (Sep 12, 2022) | $4.93 |
| Mkt cap, curr (mm) | $316 |
| 52-Week Range | $24.77-2.99 |

| Fiscal Year Ending | 01/22 | 01/23e | 01/24e | 01/25e |
|---|---|---|---|---|
| **ModelWare EPS ($)** | (3.30) | (2.32) | (1.89) | (1.39) |
| **Prior ModelWare EPS ($)** | - | (2.61) | (2.24) | (1.65) |
| **P/E** | NM | NM | NM | NM |
| **EPS ($)§** | (4.82) | (2.66) | (2.45) | (2.12) |
| Div yld (%) | - | - | - | - |

Unless otherwise noted, all metrics are based on Morgan Stanley ModelWare framework
§ = Consensus data is provided by Refinitiv Estimates
e = Morgan Stanley Research estimates

### QUARTERLY MODELWARE EPS ($)

| Quarter | 2021 | 2022e Prior | 2022e Current | 2023e Prior | 2023e Current |
|---|---|---|---|---|---|
| Q1 | ND | - | (0.67)a | (0.57) | (0.49) |
| Q2 | ND | - | (0.53)a | (0.55) | (0.45) |
| Q3 | (1.34) | (0.65) | (0.56) | (0.56) | (0.46) |
| Q4 | (0.62) | (0.64) | (0.56) | (0.56) | (0.48) |

e = Morgan Stanley Research estimates, a = Actual Company reported data

Morgan Stanley does and seeks to do business with companies covered in Morgan Stanley Research. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of Morgan Stanley Research. Investors should consider Morgan Stanley Research as only a single factor in making their investment decision.

For analyst certification and other important disclosures, refer to the Disclosure Section, located at the end of this report.

1

**Morgan Stanley** | RESEARCH  UPDATE

**What To Do From Here?** The after-hours move brings the stock back to almost exactly where it was this time last week. We stay OW, but with a close eye on data points over the next few months (Exhibit 1), which could impact our views from here. RENT was already a show-me story, and we were hopeful after a clean print last quarter we were headed in the right direction. Unfortunately, this print puts the stock firmly back into the penalty box until it can prove **1)** lowered full year guidance is beatable and the August/September reacceleration is sustainable, **2)** the 2Q subscriber miss was macro/summer related, and not a structural issue, which could be proved as soon as the 3Q print, and **3)** RENT can deliver on its profitability and cash flow promises. Our EBITDA and cash flow estimates are moving higher, and although our top-line estimates now have more uncertainty than before, we believe this business is fundamentally worth more than the ~$300M market cap after-hours implied move suggests, especially now given a faster path to profitability. We see the fashion rental space as a winner-take-most/all market with RENT building a deep competitive moat through its broad inventory assortment, strong brand relationships, complex reverse logistics network, and unique inventory models; stay Overweight.

**We lower our revenue estimates -5%/-10% in FY22/FY23, but our EBITDA ex. product depreciation dollar estimates increase $16M/$18M due to cost controls; price target to $13:** The dip in 2Q subscribers leads us to lower our FY22/23 ending subscriber forecasts -21%/-17%, although revenue only declines -5%/-10% due to better than expected ARPU and 'other' revenue. Fulfillment expense leverage and lower than expected product costs lead our gross margin estimate to increase 350 bps/185 bps in FY22/FY23. This coupled with the restructuring drives our adj. EBITDA ex. product depreciation margin to increase 410 bps/355 bps in '22/'23. Our price target moves from $14 to $13 as we keep our long term EBITDA margin estimates effectively unchanged on a slightly lower revenue base.

**Exhibit 1:** RENT's web traffic pulled back significantly just after the 1Q22 earnings call, starting to recover more recently, in-line with management's intra-quarter and QTD commentary



Source: Similarweb, Morgan Stanley Research

2

**Morgan Stanley** | **RESEARCH**



# Risk Reward – Rent the Runway, Inc. (RENT.O)

A Long Runway for the Closet in the Cloud

## PRICE TARGET  $13.00

Our $13 base case price target is driven by a DCF assuming a ~22% terminal margin in 2030, 3.5% terminal growth rate, and 9.6% WACC, which implies ~3.4x FY23 revenue.

**Consensus Price Target Distribution**



$7.00   $10.60   MS PT   $14.00

♦ Mean   ♦ Morgan Stanley Estimates

Source: Refinitiv, Morgan Stanley Research

## RISK REWARD CHART



$20.00(+305.68%)

$13.00(+163.69%)

$4.93

SEP '21   MAR '22   SEP '22   SEP '23   $3.00(-79.72%)

Key:  — Historical Stock Performance   ● Current Stock Price   ♦ Price Target

Source: Refinitiv, Morgan Stanley Research

## OVERWEIGHT THESIS

■ RENT is the largest women's fashion rental business, with significantly larger share than all other players in the market combined. We see the fashion rental space as a winner-take-most/all market with RENT building a deep competitive moat through its broad inventory assortment, strong brand relationships, complex reverse logistics network, and unique inventory models.
■ RENT provides material value for brands beyond just item demand, giving RENT bargaining power to lower inventory costs.
■ We model RENT achieving EBITDA ex. product depreciation profitability in FY25 and a ~20% terminal margin.

**Consensus Rating Distribution**



100% Overweight
0% Equal-weight
0% Underweight

● MS Rating

Source: Refinitiv, Morgan Stanley Research

**Risk Reward Themes**

Disruption:        *Positive*
Market Share:      *Positive*

View descriptions of Risk Rewards Themes here

---

## BULL CASE                     $20.00

**~4.8x '23 Bull Case Revenue**

RENT grows revenue at a 30% '21-'26 CAGR as it is able to quickly attract new subscribers, significantly lower inventory costs, and reach EBITDA ex. product depreciation profitability ahead of schedule. As a result, we expect RENT reaches profitability in FY25 and expand EBITDA ex. product dep. margin to ~8% in FY25 and ~24% in FY30.

## BASE CASE                     $13.00

**~3.4x '23 Base Case Revenue**

RENT grows revenue at a 27% '21-'26 CAGR as it grows its subscriber base and expands fashion rental awareness. RENT increases its share of inventory acquired by the more capital efficient Exclusive Designs and Share by RTR channels, resulting in EBITDA ex. product depreciation margins of ~5% in FY25 and ~22% in FY30.

## BEAR CASE                     $1.00

**~0.6x '23 Bear Case Revenue**

RENT only sees a ~22% '21-'26 revenue CAGR as rental fails to gain significant traction, limiting subscriber growth. Additionally, RENT is unable to drive down inventory costs as much as expected, with EBITDA ex. product dep. margin only reaching ~1% in FY25 and ~18% in FY30.

Morgan Stanley | RESEARCH  UPDATE

## Risk Reward – Rent the Runway, Inc. (RENT.O)

### KEY EARNINGS INPUTS

| Drivers | 2022 | 2023e | 2024e | 2025e |
|---|---|---|---|---|
| Adjusted EBITDA ex. Product Depreciation ($, mm) | (69.5) | (60.9) | (33.3) | (4.5) |
| Ending Subscribers (K) (000s) | 115 | 134 | 175 | 220 |
| Avg. Revenue per Subscriber ($) | 135.3 | 144.7 | 147.3 | 151.0 |
| Fulfillment Profit ($, mm) | 141.4 | 197.4 | 243.5 | 308.4 |
| Gross Profit ($, mm) | 69.7 | 110.4 | 138.7 | 190.9 |

### INVESTMENT DRIVERS

- Subscriber growth
- Lowering inventory costs
- Increases in average revenue per subscriber

### GLOBAL REVENUE EXPOSURE



- 100% North America

Source: Morgan Stanley Research Estimate
View explanation of regional hierarchies here

### RISKS TO PT/RATING

**RISKS TO UPSIDE**

- RENT achieves greater subscriber net adds than anticipated
- Faster shift away from wholesale drives margins
- New categories or offerings expand the TAM

**RISKS TO DOWNSIDE**

- The business is more impacted by macro, leading to limited net adds
- Inability to drive down inventory costs
- Lower than expected subscriber growth despite marketing investments
- Slower than expected fixed cost leverage

### OWNERSHIP POSITIONING

| | |
|---|---|
| **Inst. Owners, % Active** | 88.7% |
| **HF Sector Long/Short Ratio** | 1.4x |
| **HF Sector Net Exposure** | 8.5% |

Refinitiv; MSPB Content. Includes certain hedge fund exposures held with MSPB. Information may be inconsistent with or may not reflect broader market trends. Long/Short Ratio = Long Exposure / Short exposure. Sector % of Total Net Exposure = (For a particular sector: Long Exposure - Short Exposure) / (Across all sectors: Long Exposure – Short Exposure).

### MS ESTIMATES VS. CONSENSUS

*FY Jan 2024e*



| Sales / Revenue ($, mm) | 353 — 398 / 390 |
| EBITDA ($, mm) | 14 — 32 / 20 |
| EPS ($) | (2.78) — (1.89) / (2.45) |

◆ Mean   ◆ Morgan Stanley Estimates

Source: Refinitiv, Morgan Stanley Research

**Morgan Stanley** | RESEARCH



# RENT Estimate Changes

**Exhibit 2:** RENT Current vs. Prior

|  | 2022 Prior | 2023 Prior | 2022 Current | 2023 Current | 2022 Revision | 2023 Revision |
|---|---|---|---|---|---|---|
| Subscription and Reserve Revenue | 283.5 | 366.0 | 265.2 | 322.9 | -6.5% | -11.8% |
| Other Revenue | 21.9 | 26.8 | 24.6 | 30.2 | 12.5% | 12.6% |
| **Total Revenue** | **305.4** | **392.7** | **289.8** | **353.1** | **-5.1%** | **-10.1%** |
| % Growth | 50.2% | 28.6% | 42.5% | 21.8% | -766bps | -677bps |
|  |  |  |  |  |  |  |
| Fulfillment | 102.2 | 125.6 | 92.4 | 109.6 | -9.5% | -12.7% |
| Revenue Share | 36.9 | 43.6 | 31.7 | 39.3 | -13.9% | -9.9% |
| Rental Product Depreciation | 60.8 | 76.5 | 55.2 | 65.5 | -9.1% | -14.4% |
| Rental Product Depreciation & Revenue Share | 97.7 | 120.1 | 87.0 | 104.8 | -10.9% | -12.8% |
| **Cost of Goods Sold** | **199.8** | **245.8** | **179.4** | **214.4** | **-10.2%** | **-12.8%** |
| % Growth | 49.6% | 23.0% | 34.3% | 19.5% | -1527bps | -348bps |
|  |  |  |  |  |  |  |
| **Gross Profit** | **105.5** | **147.0** | **110.4** | **138.7** | **4.6%** | **-5.7%** |
| % Margin | 34.6% | 37.4% | 38.1% | 39.3% | 352bps | 185bps |
| y/y change (bps) | 28 | 286 | 380 | 119 |  |  |
|  |  |  |  |  |  |  |
| Technology | 55.9 | 61.3 | 55.1 | 55.3 | -1.5% | -9.8% |
| Marketing | 39.6 | 48.6 | 36.5 | 42.4 | -7.9% | -12.9% |
| General and Administrative | 119.9 | 131.3 | 112.9 | 114.7 | -5.8% | -12.7% |
| Other Depreciation & Amortization | 20.6 | 21.9 | 18.5 | 19.0 | -9.9% | -13.2% |
| **Total Operating Expenses** | **236.0** | **263.2** | **223.1** | **231.3** | **-5.5%** | **-12.1%** |
| % of Net Revenue | 77.3% | 67.0% | 77.0% | 65.5% | -30bps | -149bps |
| y/y change (bps) | -1893 | -1028 | -1923 | -1146 |  |  |
|  |  |  |  |  |  |  |
| **Income (Loss) from Operations** | **-130.4** | **-116.2** | **-112.7** | **-92.7** | **-13.6%** | **-20.2%** |
| % of Net Revenue | -42.7% | -29.6% | -38.9% | -26.2% | 0bps | 0bps |
|  |  |  |  |  |  |  |
| Net Interest Income/(Expense) | -37.5 | -33.7 | -37.9 | -33.8 | 1.1% | 0.5% |
| Other Income / (Expense), Net | 0.0 | 0.0 | 1.3 | 0.0 | NA | NA |
| EBT | -167.9 | -149.8 | -149.3 | -126.5 | -11.1% | -15.6% |
|  |  |  |  |  |  |  |
| Benefit from Income Taxes | 0.0 | 0.0 | 0.0 | 0.0 | NA | NA |
| Tax Rate | 0.0% | 0.0% | 0.0% | 0.0% | NA | NA |
|  |  |  |  |  |  |  |
| **Net Income (Loss)** | **-167.9** | **-149.8** | **-149.3** | **-126.5** | **-11.1%** | **-15.6%** |
| % of Net Revenue | -55.0% | -38.1% | -51.5% | -35.8% | 347bps | 233bps |
|  |  |  |  |  |  |  |
| Basic EPS (GAAP) | $ (2.61) | $ (2.24) | $ (2.32) | $ (1.89) | -11.1% | -15.6% |
| Diluted EPS (GAAP) | $ (2.61) | $ (2.24) | $ (2.32) | $ (1.89) | -11.1% | -15.6% |
| **Adj. Diluted EPS (Non-GAAP)** | **$ (2.15)** | **$ (1.85)** | **$ (1.86)** | **$ (1.51)** | **-13.7%** | **-18.0%** |
|  |  |  |  |  |  |  |
| Basic weighted average shares | 64.4 | 67.0 | 64.4 | 67.0 | 0.0% | 0.0% |
| Diluted weighted average shares | 64.4 | 67.0 | 64.4 | 67.0 | 0.0% | 0.0% |
| **Adj. diluted weighted average shares** | **77.9** | **81.1** | **80.3** | **83.5** | **3.0%** | **3.0%** |
|  |  |  |  |  |  |  |
| **Adjusted EBITDA** | **-15.9** | **25.6** | **-5.6** | **32.2** | **-64.4%** | **26.0%** |
| Adj. EBITDA Margin | -5.2% | 6.5% | -1.9% | 9.1% | 324bps | 262bps |
|  |  |  |  |  |  |  |
| **Adjusted EBITDA ex. Product Depreciation** | **-76.6** | **-50.9** | **-60.9** | **-33.3** | **-20.6%** | **-34.7%** |
| Adj. EBITDA ex. Product Depreciation Margin | -25.1% | -13.0% | -21.0% | -9.4% | 409bps | 355bps |
|  |  |  |  |  |  |  |
| **Ending Subscribers (K)** | **169** | **212** | **134** | **175** | **-20.6%** | **-17.4%** |

Source: Morgan Stanley Research estimates

5

**Morgan Stanley** | RESEARCH



# Model

**Exhibit 3:** Income Statement

| Income Statement (USD millions) | 2020 | 2021 | 2022E | 2023E | 2024E | 2025E | 2026E | CAGR '21-'26 |
|---|---|---|---|---|---|---|---|---|
| Subscription and Reserve Revenue | 135.9 | 185.8 | 265.2 | 322.9 | 403.7 | 501.1 | 610.6 | |
| Other Revenue | 21.6 | 17.5 | 24.6 | 30.2 | 37.9 | 47.5 | 58.1 | |
| **Total Revenue** | **157.5** | **203.3** | **289.8** | **353.1** | **441.6** | **548.5** | **668.8** | **27%** |
| % Growth | (38.7%) | 29.1% | 42.5% | 21.8% | 25.1% | 24.2% | 21.9% | |
| Fulfillment | 53.0 | 61.9 | 92.4 | 109.6 | 133.1 | 161.2 | 192.2 | |
| Revenue Share | 19.2 | 21.4 | 31.7 | 39.3 | 48.9 | 60.5 | 73.4 | |
| Rental Product Depreciation | 69.8 | 50.3 | 55.2 | 65.5 | 68.7 | 74.3 | 80.6 | |
| Rental Product Depreciation & Revenue Share | 89.0 | 71.7 | 87.0 | 104.8 | 117.6 | 134.8 | 154.0 | |
| **Cost of Goods Sold** | **142.0** | **133.6** | **179.4** | **214.4** | **250.7** | **296.0** | **346.1** | |
| % Growth | (30.2%) | (5.9%) | 34.3% | 19.5% | 16.9% | 18.1% | 16.9% | |
| **Gross Profit** | **15.5** | **69.7** | **110.4** | **138.7** | **190.9** | **252.5** | **322.6** | **36%** |
| % Margin | 9.8% | 34.3% | 38.1% | 39.3% | 43.2% | 46.0% | 48.2% | |
| y/y change (bps) | (1,102) | 2,444 | 380 | 119 | 395 | 281 | 220 | |
| Technology | 37.7 | 45.3 | 55.1 | 55.3 | 62.5 | 71.2 | 80.9 | |
| Marketing | 8.1 | 26.5 | 36.5 | 42.4 | 54.6 | 69.7 | 86.9 | |
| General and Administrative | 77.2 | 104.4 | 112.9 | 114.7 | 121.6 | 129.5 | 137.0 | |
| Other Depreciation & Amortization | 23.0 | 19.4 | 18.5 | 19.0 | 15.9 | 18.4 | 21.2 | |
| **Total Operating Expenses** | **146.0** | **195.6** | **223.1** | **231.3** | **254.6** | **288.8** | **326.1** | **11%** |
| % of Net Revenue | 92.7% | 96.2% | 77.0% | 65.5% | 57.7% | 52.7% | 48.8% | |
| y/y change (bps) | 2,123 | 351 | (1,923) | (1,146) | (785) | (500) | (390) | |
| **Income (Loss) from Operations** | **(130.5)** | **(125.9)** | **(112.7)** | **(92.7)** | **(63.8)** | **(36.3)** | **(3.5)** | **-51%** |
| % of Net Revenue | (82.9%) | (61.9%) | (38.9%) | (26.2%) | (14.4%) | (6.6%) | (0.5%) | |
| Net Interest Income/(Expense) | (46.6) | (53.0) | (37.9) | (33.8) | (33.1) | (36.9) | (35.1) | |
| Other Income / (Expense), Net | 6.0 | (33.2) | 1.3 | 0.0 | | | | |
| EBT | (171.1) | (212.1) | (149.3) | (126.5) | (96.9) | (73.2) | (38.5) | |
| Benefit from Income Taxes | 0.0 | 0.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | |
| Tax Rate | 0.0% | (0.1%) | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | |
| **Net Income (Loss)** | **(171.1)** | **(211.8)** | **(149.3)** | **(126.5)** | **(96.9)** | **(73.2)** | **(38.5)** | **-29%** |
| % of Net Revenue | (108.6%) | (104.2%) | (51.5%) | (35.8%) | (21.9%) | (13.3%) | (5.8%) | |
| Basic EPS (GAAP) | | (3.30) | (2.32) | (1.89) | (1.39) | (1.01) | (0.51) | |
| Diluted EPS (GAAP) | | (3.30) | (2.32) | (1.89) | (1.39) | (1.01) | (0.51) | |
| **Adj. Diluted EPS (Non-GAAP)** | | **(2.82)** | **(1.86)** | **(1.51)** | **(1.11)** | **(0.81)** | **(0.41)** | |
| Basic weighted average shares | ND | 64.3 | 64.4 | 67.0 | 69.7 | 72.6 | 75.5 | |
| Diluted weighted average shares | ND | 64.3 | 64.4 | 67.0 | 69.7 | 72.6 | 75.5 | |
| **Adj. diluted weighted average shares** | **ND** | **75.1** | **80.3** | **83.5** | **86.9** | **90.5** | **94.2** | |
| **EBITDA Bridge** | | | | | | | | |
| **Net Income** | **(171.1)** | **(211.8)** | **(149.3)** | **(126.5)** | **(96.9)** | **(73.2)** | **(38.5)** | |
| Net Interest Income/(Expense) | 46.6 | 53.0 | 37.9 | 33.8 | 33.1 | 36.9 | 35.1 | |
| Rental Product Depreciation | 69.8 | 50.3 | 55.2 | 65.5 | 68.7 | 74.3 | 80.6 | |
| Other D&A | 23.0 | 19.4 | 18.5 | 19.0 | 15.9 | 18.4 | 21.2 | |
| Stock-based compensation | 8.2 | 26.6 | 26.7 | 35.3 | 36.9 | 38.8 | 40.6 | |
| Write-off of liquidated assets | 3.3 | 4.8 | 5.4 | 5.2 | 6.5 | 8.1 | 10.0 | |
| Non-recurring adjustments | 4.2 | 5.3 | 1.0 | 0.0 | | | | |
| Benefit from Income Taxes | 0.0 | (0.3) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | |
| Other Income / (Expense), Net | (6.0) | 33.2 | (1.3) | 0.0 | 0.0 | 0.0 | 0.0 | |
| Other gains / losses | 1.7 | 0.3 | 0.2 | 0.0 | | | | |
| **Adjusted EBITDA** | **(20.3)** | **(19.2)** | **(5.6)** | **32.2** | **64.2** | **103.3** | **148.9** | **NA** |
| Adj. EBITDA Margin | (12.9%) | (9.4%) | (1.9%) | 9.1% | 14.5% | 18.8% | 22.3% | |
| y/y change (bps) | (588) | 344 | 750 | 1,108 | 541 | 430 | 342 | |
| Incremental Margin - y/y | 2.3% | 2.4% | 15.7% | 59.8% | 36.1% | 36.6% | 37.9% | |
| - Rental Product Depreciation | (69.8) | (50.3) | (55.2) | (65.5) | (68.7) | (74.3) | (80.6) | |
| **Adjusted EBITDA ex. Product Depreciation** | **(90.1)** | **(69.5)** | **(60.9)** | **(33.3)** | **(4.5)** | **29.0** | **68.3** | **NA** |
| Adj. EBITDA ex. Product Depreciation Margin | (57.2%) | (34.2%) | (21.0%) | (9.4%) | (1.0%) | 5.3% | 10.2% | |
| y/y change (bps) | (2,077) | 2,302 | 1,318 | 1,159 | 841 | 630 | 492 | |
| Incremental Margin - y/y | (3.5%) | 45.0% | 10.0% | 43.6% | 32.5% | 31.3% | 32.7% | |

Source: Company Data, Morgan Stanley Research

**Morgan Stanley** | RESEARCH

**Exhibit 4:** Balance Sheet

| Balance Sheet (USD millions) | 2020 | 2021 | 2022E | 2023E | 2024E | 2025E | 2026E |
|---|---|---|---|---|---|---|---|
| **Assets:** | | | | | | | |
| Cash and cash equivalents | 95.3 | 247.6 | 144.6 | 91.4 | 87.5 | 56.0 | 57.0 |
| Restricted cash, current | 3.4 | 5.4 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Prepaid expenses and other current assets | 4.7 | 11.7 | 7.5 | 8.6 | 10.6 | 12.9 | 15.4 |
| **Total Current Assets** | **103.4** | **264.7** | **152.0** | **100.1** | **98.1** | **68.9** | **72.4** |
| Restricted Cash | 10.5 | 6.6 | 9.3 | 9.3 | 9.3 | 9.3 | 9.3 |
| Rental product, net | 97.6 | 76.3 | 78.8 | 71.2 | 72.6 | 79.9 | 92.0 |
| Fixed assets, net | 64.7 | 57.2 | 48.1 | 41.7 | 43.0 | 44.6 | 46.4 |
| Intangible assets, net | 7.8 | 6.4 | 4.8 | 2.1 | 2.5 | 2.9 | 3.3 |
| Operating lease right-of-use assets | 34.9 | 31.5 | 23.0 | 20.7 | 25.4 | 30.9 | 36.9 |
| Other assets | 1.8 | 4.8 | 2.6 | 2.7 | 3.4 | 4.2 | 5.1 |
| **Total Assets** | **320.7** | **447.5** | **318.7** | **247.7** | **254.2** | **240.6** | **265.5** |
| **Liabilities:** | | | | | | | |
| Accounts payable | 7.2 | 15.9 | | | | | |
| Accrued expenses and other | 13.2 | 30.0 | | | | | |
| Deferred revenue | 5.6 | 10.4 | | | | | |
| Customer credit liabities | 7.0 | 6.9 | | | | | |
| Other current liabilities | 33.0 | 63.2 | 54.9 | 64.9 | 73.5 | 85.1 | 97.8 |
| Operating lease liabilities | 6.7 | 5.6 | 3.6 | 3.1 | 3.8 | 4.6 | 5.6 |
| Current portion of long-term debt | 0.9 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Total Current Liabilities** | **40.6** | **68.8** | **58.4** | **68.0** | **77.4** | **89.8** | **103.4** |
| Line of credit & long-term debt, net | 355.1 | 260.8 | 276.6 | 290.7 | 340.7 | 340.7 | 340.7 |
| Operating lease liabilities | 51.5 | 46.4 | 34.8 | 31.4 | 38.5 | 46.8 | 55.9 |
| Warrants liability | 11.8 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Other liabilities | 0.3 | 0.4 | 0.3 | 0.4 | 0.4 | 0.5 | 0.6 |
| **Total Liabilities** | **459.3** | **376.4** | **370.2** | **390.4** | **456.9** | **477.7** | **500.6** |
| Redeemable preferred stock | 388.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Common stock | 0.0 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| Additional paid-in capital | 62.7 | 872.2 | 898.9 | 934.2 | 971.1 | 1,009.8 | 1,050.4 |
| Accumulated deficit | (589.4) | (801.2) | (950.5) | (1,077.0) | (1,173.9) | (1,247.1) | (1,285.6) |
| **Total Equity** | **(138.6)** | **71.1** | **(51.5)** | **(142.7)** | **(202.7)** | **(237.1)** | **(235.1)** |
| **Total Liabilities, Commitments, and Equity** | **320.7** | **447.5** | **318.7** | **247.7** | **254.2** | **240.6** | **265.5** |

Source: Company Data, Morgan Stanley Research

**Exhibit 5:** Cash Flow statement

| Cash Flow Statement (USD millions) | 2020 | 2021 | 2022E | 2023E | 2024E | 2025E | 2026E |
|---|---|---|---|---|---|---|---|
| **Net Income** | **(171.1)** | **(211.8)** | **(149.3)** | **(126.5)** | **(96.9)** | **(73.2)** | **(38.5)** |
| Rental product depreciation and write-off | 55.9 | 45.6 | | | | | |
| Write-off of rental product sold | 13.9 | 4.7 | | | | | |
| Rental Product Depreciation | 69.8 | 50.3 | 55.2 | 65.5 | 68.7 | 74.3 | 80.6 |
| Fixed Asset D&A | 23.0 | 19.4 | 18.5 | 19.0 | 15.9 | 18.4 | 21.2 |
| Other D&A | 1.2 | 0.1 | - | - | | | |
| Depreciation & amortization | 24.2 | 19.5 | 18.5 | 19.0 | 15.9 | 18.4 | 21.2 |
| Gain/loss from write-off of fixed assets | - | - | 1.9 | - | | | |
| Proceeds from rental product sold | (17.9) | (12.9) | (16.6) | (19.2) | (24.2) | (30.3) | (37.1) |
| Gain/loss from liquidation of rental product | 0.9 | (0.6) | (0.2) | - | | | |
| Payment-in-kind interest | 36.9 | 32.5 | 13.8 | 14.1 | - | - | - |
| Amortization of debt discount | 5.0 | 5.9 | 2.0 | - | | | |
| Loss on debt extinguishment | 0.6 | 12.2 | - | - | | | |
| Share-based compensation expense | 8.2 | 26.6 | 26.7 | 35.3 | 36.9 | 38.8 | 40.6 |
| Remeasurement of warranty liability | (0.4) | 24.9 | - | - | | | |
| Prepaid expenses and other current assets | 0.3 | (7.0) | 4.2 | (1.2) | (1.9) | (2.3) | (2.5) |
| Operating lease right-of-use assets | (0.4) | 34.0 | 8.5 | 2.3 | (4.7) | (5.5) | (6.0) |
| Other assets | 1.8 | (3.0) | 2.2 | (0.1) | (0.7) | (0.8) | (0.9) |
| Other current liabilities | (11.8) | 23.1 | (8.6) | 10.0 | 8.7 | 11.6 | 12.7 |
| Operating lease liabilities | 11.4 | (6.2) | (13.6) | (3.9) | 7.8 | 9.2 | 10.0 |
| Other liabilities | (0.3) | 0.8 | 0.1 | 0.0 | 0.1 | 0.1 | 0.1 |
| Changes in operating assets and liabilities | 1.0 | 11.1 | (7.1) | 7.1 | 9.2 | 12.2 | 13.4 |
| **Net Cash Used in Operating Activities** | **(42.8)** | **(42.3)** | **(55.0)** | **(4.8)** | **9.6** | **40.2** | **80.1** |
| Purchases of rental product | (54.9) | (30.8) | (60.6) | (63.0) | (76.6) | (89.7) | (102.6) |
| Proceeds from liquidation of rental product | 2.4 | 5.7 | 5.6 | 5.2 | 6.5 | 8.1 | 10.0 |
| Proceeds from sale of rental product | 17.9 | 12.9 | 16.6 | 19.2 | 24.2 | 30.3 | 37.1 |
| Purchases of fixed assets | (23.8) | (10.3) | (9.1) | (9.7) | (17.6) | (20.4) | (23.5) |
| **Net Cash Used in Investing Activities** | **(58.4)** | **(22.5)** | **(47.6)** | **(48.3)** | **(63.5)** | **(71.7)** | **(79.1)** |
| Proceeds from issuance of stock | 60.4 | 348.5 | - | - | - | - | - |
| Proceeds from exercise of stock options | 0.5 | 3.3 | - | - | | | |
| Deferred financing costs paid | (3.3) | - | - | - | | | |
| Principal payments on financing lease obligations | (0.1) | - | - | - | | | |
| Proceeds from line of credit | 15.0 | 5.0 | - | - | 50.0 | - | - |
| Proceeds from long-term debt | 155.0 | - | - | - | | | |
| Debt extinguishment costs | - | (4.7) | - | - | | | |
| Principal repayments on debt | (59.0) | (135.0) | - | - | - | - | - |
| Other financing payments | | (1.9) | (3.1) | - | | | |
| **Net Cash Used in Financing Activities** | **168.5** | **215.2** | **(3.1)** | **-** | **50.0** | **-** | **-** |
| **Beginning Cash Balance** | **41.9** | **109.2** | **259.6** | **153.9** | **100.7** | **96.8** | **65.3** |
| (+/-) Net Changes in Cash | 67.3 | 150.4 | (105.7) | (53.1) | (4.0) | (31.5) | 1.0 |
| (+/-) Other Adjustments | - | - | - | - | | | |
| **Ending Cash Balance** | **109.2** | **259.6** | **153.9** | **100.7** | **96.8** | **65.3** | **66.3** |
| - Restricted Cash | 13.9 | 12.0 | 9.3 | 9.3 | 9.3 | 9.3 | 9.3 |
| **Ending Cash Balance ex. Restricted** | **95.3** | **247.6** | **144.6** | **91.4** | **87.5** | **56.0** | **57.0** |

Source: Company Data, Morgan Stanley Research

Morgan Stanley | RESEARCH



**Exhibit 6:** DCF analysis



| Rent the Runway DCF (USD millions) | | 2019 | 2020 | 2021 | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | 2029E | 2030E | TY - 2031 | CAGR '21-'26E | CAGR '21-'24E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net revenue | | 257 | 158 | 203 | 290 | 353 | 442 | 549 | 669 | 801 | 944 | 1,095 | 1,251 | 1,294 | 27% | 30% |
| % change Y/Y | | NA | (38.7%) | 29.1% | 42.5% | 21.8% | 25.1% | 24.2% | 21.9% | 19.8% | 17.8% | 16.0% | 14.2% | 3.5% | | |
| | | | | | | | | | | | | | | | | |
| Adjusted EBITDA | | (18) | (20) | (19) | (6) | 32 | 64 | 103 | 149 | 200 | 257 | 317 | 381 | 394 | | |
| (-) Cash taxes | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (1) | (12) | (25) | (39) | | | |
| (+/-) Changes in working capital | | 8 | 1 | 11 | (7) | 7 | 9 | 12 | 13 | 14 | 15 | 16 | 16 | | | |
| (-) Capex and Wholesale Purchases | | (154) | (74) | (41) | (69) | (72) | (90) | (106) | (121) | (137) | (151) | (165) | (178) | | | |
| (-) Stock-based compensation | | (7) | (8) | (27) | (27) | (35) | (37) | (39) | (41) | (42) | (44) | (46) | (48) | | | |
| **Free cash flow (for valuation)** | | **(171)** | **(102)** | **(76)** | **(108)** | **(68)** | **(53)** | **(29)** | **0** | **35** | **64** | **96** | **131** | **135** | | |
| FCF margin | | (66.4%) | (64.6%) | (37.1%) | (37.3%) | (19.1%) | (12.1%) | (5.3%) | 0.0% | 4.4% | 6.8% | 8.8% | 10.4% | 10.4% | | |
| | | | | | | | | | | | | | | | | |
| EBITDA Margin | | -7.0% | -12.9% | -9.4% | -1.9% | 9.1% | 14.5% | 18.8% | 22.3% | 25.0% | 27.2% | 29.0% | 30.4% | 30.4% | | |
| FCF / EBITDA | | NA | NA | NA | NA | NA | NA | NA | 0.2% | 17.4% | 25.1% | 30.3% | 34.3% | 34.3% | | |

| Base case fair value (one year forward) | | | Equity Value: WACC vs. Perpetual Growth Rate | | | | | |
|---|---|---|---|---|---|---|---|---|
| PV of FCF | 47 | | | 8.6% | 9.1% | 9.6% | 10.1% | 10.6% |
| PV of NOLs | 51 | | 3.0% | 1,251 | 1,107 | 985 | 882 | 793 |
| NPV of terminal value | 1,103 | | 3.5% | 1,376 | 1,208 | 1,068 | 951 | 851 |
| **Enterprise value** | **1,200** | | 4.0% | 1,528 | 1,328 | 1,166 | 1,031 | 918 |
| (-) Debt | 277 | | | | | | | |
| (+) Cash | 145 | | | | | | | |
| **Equity value** | **1,068** | | | | | | | |
| Fully Diluted Shares | 80 | | | | | | | |
| **Equity value per share** | **$13** | | | | | | | |
| Implied terminal EBITDA multiple | 5.8x | | | | | | | |

| DCF valuation assumptions | |
|---|---|
| Cost of Equity | 10.1% |
| Cost of Debt | 8.0% |
| Marginal Tax-Rate | 26.0% |
| Long-Term Debt / Total Cap. | 10.0% |
| **WACC** | **9.6%** |
| Perpetual Growth Rate | 3.5% |

Source: Company Data, Morgan Stanley Research

Morgan Stanley | RESEARCH

# Disclosure Section

The information and opinions in Morgan Stanley Research were prepared by Morgan Stanley & Co. LLC, and/or Morgan Stanley C.T.V.M. S.A., and/or Morgan Stanley Mexico, Casa de Bolsa, S.A. de C.V., and/or Morgan Stanley Canada Limited. As used in this disclosure section, "Morgan Stanley" includes Morgan Stanley & Co. LLC, Morgan Stanley C.T.V.M. S.A., Morgan Stanley Mexico, Casa de Bolsa, S.A. de C.V., Morgan Stanley Canada Limited and their affiliates as necessary.

For important disclosures, stock price charts and equity rating histories regarding companies that are the subject of this report, please see the Morgan Stanley Research Disclosure Website at www.morganstanley.com/researchdisclosures, or contact your investment representative or Morgan Stanley Research at 1585 Broadway, (Attention: Research Management), New York, NY, 10036 USA.

For valuation methodology and risks associated with any recommendation, rating or price target referenced in this research report, please contact the Client Support Team as follows: US/Canada +1 800 303-2495; Hong Kong +852 2848-5999; Latin America +1 718 754-5444 (U.S.); London +44 (0)20-7425-8169; Singapore +65 6834-6860; Sydney +61 (0)2-9770-1505; Tokyo +81 (0)3-6836-9000. Alternatively you may contact your investment representative or Morgan Stanley Research at 1585 Broadway, (Attention: Research Management), New York, NY 10036 USA.

## Analyst Certification

The following analysts hereby certify that their views about the companies and their securities discussed in this report are accurately expressed and that they have not received and will not receive direct or indirect compensation in exchange for expressing specific recommendations or views in this report: Brian Nowak, CFA; Lauren Schenk.
.

## Global Research Conflict Management Policy

Morgan Stanley Research has been published in accordance with our conflict management policy, which is available at www.morganstanley.com/institutional/research/conflictpolicies. A Portuguese version of the policy can be found at www.morganstanley.com.br

## Important Regulatory Disclosures on Subject Companies

As of August 31, 2022, Morgan Stanley beneficially owned 1% or more of a class of common equity securities of the following companies covered in Morgan Stanley Research: Activision Blizzard Inc, Airbnb Inc, Alphabet Inc., Amazon.com Inc, Booking Holdings Inc, Chewy Inc, Criteo SA, DoorDash Inc, eBay Inc, Electronic Arts Inc, Etsy Inc, Expedia Inc., Farfetch Ltd., FIGS, Inc., Lyft Inc, Match Group Inc, Meta Platforms Inc, Peloton Interactive, Inc., Pinterest Inc, Poshmark Inc, Quotient Technology Inc., RealReal Inc, Roblox Corporation, SciPlay Corporation, Shutterstock Inc, Stitch Fix Inc, TRIVAGO NV, Twitter Inc, Uber Technologies Inc, Unity Software Inc, WW International Inc, Yelp Inc, Zillow Group Inc.

Within the last 12 months, Morgan Stanley managed or co-managed a public offering (or 144A offering) of securities of Amazon.com Inc, AppLovin Corp, Bumble Inc., FIGS, Inc., Match Group Inc, Meta Platforms Inc, **Rent the Runway, Inc.**, Roblox Corporation, Rover Group Inc, Snap Inc., Twitter Inc, Unity Software Inc.

Within the last 12 months, Morgan Stanley has received compensation for investment banking services from Activision Blizzard Inc, Alphabet Inc., Amazon.com Inc, AppLovin Corp, Bumble Inc., Chewy Inc, eBay Inc, FIGS, Inc., Integral Ad Science Holding Corp., Meta Platforms Inc, Nextdoor Holdings Inc, Playtika Holding Corp, **Rent the Runway, Inc.**, Roblox Corporation, Snap Inc., Twitter Inc, Uber Technologies Inc, Zillow Group Inc.

In the next 3 months, Morgan Stanley expects to receive or intends to seek compensation for investment banking services from Activision Blizzard Inc, Airbnb Inc, Alphabet Inc., Amazon.com Inc, AppLovin Corp, Booking Holdings Inc, Bumble Inc., Chewy Inc, Despegar.com Corp, DoorDash Inc, eBay Inc, Electronic Arts Inc, Etsy Inc, Expedia Inc., Farfetch Ltd., FIGS, Inc., Innovid Corp, Integral Ad Science Holding Corp., Lyft Inc, Match Group Inc, Meta Platforms Inc, Mytheresa, Nextdoor Holdings Inc, Pinterest Inc, Playstudios Inc., Playtika Holding Corp, Poshmark Inc, Quotient Technology Inc., RealReal Inc, **Rent the Runway, Inc.**, Revolve Group Inc, Roblox Corporation, SciPlay Corporation, Shutterstock Inc, Snap Inc., Take-Two Interactive Software, ThredUp Inc., TRIVAGO NV, Twitter Inc, Uber Technologies Inc, WW International Inc, Yelp Inc, Zillow Group Inc.

Within the last 12 months, Morgan Stanley has received compensation for products and services other than investment banking services from Airbnb Inc, Alphabet Inc., Amazon.com Inc, Booking Holdings Inc, eBay Inc, Electronic Arts Inc, Expedia Inc., Meta Platforms Inc, TRIVAGO NV, Uber Technologies Inc, WW International Inc.

Within the last 12 months, Morgan Stanley has provided or is providing investment banking services to, or has an investment banking client relationship with, the following company: Activision Blizzard Inc, Airbnb Inc, Alphabet Inc., Amazon.com Inc, AppLovin Corp, Booking Holdings Inc, Bumble Inc., Chewy Inc, Despegar.com Corp, DoorDash Inc, eBay Inc, Electronic Arts Inc, Etsy Inc, Expedia Inc., Farfetch Ltd., FIGS, Inc., Innovid Corp, Integral Ad Science Holding Corp., Lyft Inc, Match Group Inc, Meta Platforms Inc, Mytheresa, Nextdoor Holdings Inc, Pinterest Inc, Playstudios Inc., Playtika Holding Corp, Poshmark Inc, Quotient Technology Inc., RealReal Inc, **Rent the Runway, Inc.**, Revolve Group Inc, Roblox Corporation, Rover Group Inc, SciPlay Corporation, Shutterstock Inc, Snap Inc., Take-Two Interactive Software, ThredUp Inc., TRIVAGO NV, Twitter Inc, Uber Technologies Inc, Unity Software Inc, WW International Inc, Yelp Inc, Zillow Group Inc.

Within the last 12 months, Morgan Stanley has either provided or is providing non-investment banking, securities-related services to and/or in the past has entered into an agreement to provide services or has a client relationship with the following company: Activision Blizzard Inc, Airbnb Inc, Alphabet Inc., Amazon.com Inc, Booking Holdings Inc, eBay Inc, Electronic Arts Inc, Etsy Inc, Expedia Inc., Meta Platforms Inc, Playtika Holding Corp, RealReal Inc, Snap Inc., TRIVAGO NV, Twitter Inc, Uber Technologies Inc, WW International Inc, Zillow Group Inc.

An employee, director or consultant of Morgan Stanley is a director of eBay Inc. This person is not a research analyst or a member of a research analyst's household.

Morgan Stanley & Co. LLC makes a market in the securities of Activision Blizzard Inc, Airbnb Inc, Alphabet Inc., Amazon.com Inc, AppLovin Corp, Criteo SA, Despegar.com Corp, eBay Inc, Electronic Arts Inc, Etsy Inc, Expedia Inc., Integral Ad Science Holding Corp., Match Group Inc, Meta Platforms Inc, Mytheresa, Playtika Holding Corp, Poshmark Inc, Quotient Technology Inc., RealReal Inc, SciPlay Corporation, Shutterstock Inc, Take-Two Interactive Software, TRIVAGO NV, Twitter Inc, WW International Inc, Yelp Inc, Zillow Group Inc.

The equity research analysts or strategists principally responsible for the preparation of Morgan Stanley Research have received compensation based upon various factors, including quality of research, investor client feedback, stock picking, competitive factors, firm revenues and overall investment banking revenues. Equity Research analysts' or strategists' compensation is not linked to investment banking or capital markets transactions performed by Morgan Stanley or the profitability or revenues of particular trading desks.

Morgan Stanley and its affiliates do business that relates to companies/instruments covered in Morgan Stanley Research, including market making, providing liquidity, fund management, commercial banking, extension of credit, investment services and investment banking. Morgan Stanley sells to and buys from customers the securities/instruments of companies covered in Morgan Stanley Research on a principal basis. Morgan Stanley may have a position in the debt of the Company or instruments discussed in this report. Morgan Stanley trades or may trade as principal in the debt securities (or in related derivatives) that are the subject of the debt research report.

Certain disclosures listed above are also for compliance with applicable regulations in non-US jurisdictions.

## STOCK RATINGS

Morgan Stanley uses a relative rating system using terms such as Overweight, Equal-weight, Not-Rated or Underweight (see definitions below). Morgan Stanley does not assign ratings of Buy, Hold or Sell to the stocks we cover. Overweight, Equal-weight, Not-Rated and Underweight are not the equivalent of

**Morgan Stanley** | RESEARCH



buy, hold and sell. Investors should carefully read the definitions of all ratings used in Morgan Stanley Research. In addition, since Morgan Stanley Research contains more complete information concerning the analyst's views, investors should carefully read Morgan Stanley Research, in its entirety, and not infer the contents from the rating alone. In any case, ratings (or research) should not be used or relied upon as investment advice. An investor's decision to buy or sell a stock should depend on individual circumstances (such as the investor's existing holdings) and other considerations.

## Global Stock Ratings Distribution

(as of August 31, 2022)

The Stock Ratings described below apply to Morgan Stanley's Fundamental Equity Research and do not apply to Debt Research produced by the Firm. For disclosure purposes only (in accordance with FINRA requirements), we include the category headings of Buy, Hold, and Sell alongside our ratings of Overweight, Equal-weight, Not-Rated and Underweight. Morgan Stanley does not assign ratings of Buy, Hold or Sell to the stocks we cover. Overweight, Equal-weight, Not-Rated and Underweight are not the equivalent of buy, hold, and sell but represent recommended relative weightings (see definitions below). To satisfy regulatory requirements, we correspond Overweight, our most positive stock rating, with a buy recommendation; we correspond Equal-weight and Not-Rated to hold and Underweight to sell recommendations, respectively.

| STOCK RATING CATEGORY | COVERAGE UNIVERSE | | INVESTMENT BANKING CLIENTS (IBC) | | | OTHER MATERIAL INVESTMENT SERVICES CLIENTS (MISC) | |
|---|---|---|---|---|---|---|---|
| | COUNT | % OF TOTAL | COUNT | % OF TOTAL IBC | % OF RATING CATEGORY | COUNT | % OF TOTAL OTHER MISC |
| Overweight/Buy | 1356 | 38% | 304 | 41% | 22% | 596 | 39% |
| Equal-weight/Hold | 1589 | 45% | 349 | 47% | 22% | 716 | 47% |
| Not-Rated/Hold | 0 | 0% | 0 | 0% | 0% | 0 | 0% |
| Underweight/Sell | 610 | 17% | 90 | 12% | 15% | 225 | 15% |
| TOTAL | 3,555 | | 743 | | | 1537 | |

Data include common stock and ADRs currently assigned ratings. Investment Banking Clients are companies from whom Morgan Stanley received investment banking compensation in the last 12 months. Due to rounding off of decimals, the percentages provided in the "% of total" column may not add up to exactly 100 percent.

## Analyst Stock Ratings

Overweight (O). The stock's total return is expected to exceed the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Equal-weight (E). The stock's total return is expected to be in line with the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Not-Rated (NR). Currently the analyst does not have adequate conviction about the stock's total return relative to the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Underweight (U). The stock's total return is expected to be below the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Unless otherwise specified, the time frame for price targets included in Morgan Stanley Research is 12 to 18 months.

## Analyst Industry Views

Attractive (A): The analyst expects the performance of his or her industry coverage universe over the next 12-18 months to be attractive vs. the relevant broad market benchmark, as indicated below.

In-Line (I): The analyst expects the performance of his or her industry coverage universe over the next 12-18 months to be in line with the relevant broad market benchmark, as indicated below.

Cautious (C): The analyst views the performance of his or her industry coverage universe over the next 12-18 months with caution vs. the relevant broad market benchmark, as indicated below.

Benchmarks for each region are as follows: North America - S&P 500; Latin America - relevant MSCI country index or MSCI Latin America Index; Europe - MSCI Europe; Japan - TOPIX; Asia - relevant MSCI country index or MSCI sub-regional index or MSCI AC Asia Pacific ex Japan Index.

## Stock Price, Price Target and Rating History (See Rating Definitions)





## Important Disclosures for Morgan Stanley Smith Barney LLC & E*TRADE Securities LLC Customers

Important disclosures regarding the relationship between the companies that are the subject of Morgan Stanley Research and Morgan Stanley Smith Barney LLC or Morgan Stanley or any of their affiliates, are available on the Morgan Stanley Wealth Management disclosure website at www.morganstanley.com/online/researchdisclosures. For Morgan Stanley specific disclosures, you may refer to www.morganstanley.com/researchdisclosures.

Each Morgan Stanley research report is reviewed and approved on behalf of Morgan Stanley Smith Barney LLC and E*TRADE Securities LLC. This review and approval is conducted by the same person who reviews the research report on behalf of Morgan Stanley. This could create a conflict of interest.

## Other Important Disclosures

Morgan Stanley & Co. International PLC and its affiliates have a significant financial interest in the debt securities of Activision Blizzard Inc, Airbnb Inc, Alphabet Inc., Amazon.com Inc, AppLovin Corp, Booking Holdings Inc, Chewy Inc, eBay Inc, Expedia Inc., Integral Ad Science Holding Corp., Meta Platforms Inc, Playtika Holding Corp, Snap Inc., Take-Two Interactive Software, Twitter Inc, Uber Technologies Inc, Unity Software Inc.

Morgan Stanley Research policy is to update research reports as and when the Research Analyst and Research Management deem appropriate, based on developments with the issuer, the sector, or the market that may have a material impact on the research views or opinions stated therein. In addition, certain Research publications are intended to be updated on a regular periodic basis (weekly/monthly/quarterly/annual) and will ordinarily be updated with that frequency, unless the Research Analyst and Research Management determine that a different publication schedule is appropriate based on current conditions.

Morgan Stanley is not acting as a municipal advisor and the opinions or views contained herein are not intended to be, and do not constitute, advice within the meaning of Section 975 of the Dodd-Frank Wall Street Reform and Consumer Protection Act.

Morgan Stanley produces an equity research product called a "Tactical Idea." Views contained in a "Tactical Idea" on a particular stock may be contrary to the recommendations or views expressed in research on the same stock. This may be the result of differing time horizons, methodologies, market events, or other factors. For all research available on a particular stock, please contact your sales representative or go to Matrix at http://www.morganstanley.com/matrix.

Morgan Stanley Research is provided to our clients through our proprietary research portal on Matrix and also distributed electronically by Morgan Stanley to clients. Certain, but not all, Morgan Stanley Research products are also made available to clients through third-party vendors or redistributed to clients through alternate electronic means as a convenience. For access to all available Morgan Stanley Research, please contact your sales representative or go to Matrix at http://www.morganstanley.com/matrix.

Any access and/or use of Morgan Stanley Research is subject to Morgan Stanley's Terms of Use (http://www.morganstanley.com/terms.html). By accessing and/or using Morgan Stanley Research, you are indicating that you have read and agree to be bound by our Terms of Use (http://www.morganstanley.com/terms.html). In addition you consent to Morgan Stanley processing your personal data and using cookies in accordance with our Privacy Policy and our Global Cookies Policy (http://www.morganstanley.com/privacy_pledge.html), including for the purposes of setting your preferences and to collect readership data so that we can deliver better and more personalized service and products to you. To find out more information about how Morgan Stanley processes personal data, how we use cookies and how to reject cookies see our Privacy Policy and our Global Cookies Policy (http://www.morganstanley.com/privacy_pledge.html).

If you do not agree to our Terms of Use and/or if you do not wish to provide your consent to Morgan Stanley processing your personal data or using cookies please do not access our research.

Morgan Stanley Research does not provide individually tailored investment advice. Morgan Stanley Research has been prepared without regard to the circumstances and objectives of those who receive it. Morgan Stanley recommends that investors independently evaluate particular investments and strategies, and encourages investors to seek the advice of a financial adviser. The appropriateness of an investment or strategy will depend on an investor's circumstances and objectives. The securities, instruments, or strategies discussed in Morgan Stanley Research may not be suitable for all investors, and certain investors may not be eligible to purchase or participate in some or all of them. Morgan Stanley Research is not an offer to buy or sell or the solicitation of an offer to buy or sell any security/instrument or to participate in any particular trading strategy. The value of and income from your investments may vary because of changes in interest rates, foreign exchange rates, default rates, prepayment rates, securities/instruments prices, market indexes, operational or financial conditions of companies or other factors. There may be time limitations on the exercise of options or other rights in securities/instruments

11

**Morgan Stanley** | RESEARCH



transactions. Past performance is not necessarily a guide to future performance. Estimates of future performance are based on assumptions that may not be realized. If provided, and unless otherwise stated, the closing price on the cover page is that of the primary exchange for the subject company's securities/instruments.

The fixed income research analysts, strategists or economists principally responsible for the preparation of Morgan Stanley Research have received compensation based upon various factors, including quality, accuracy and value of research, firm profitability or revenues (which include fixed income trading and capital markets profitability or revenues), client feedback and competitive factors. Fixed Income Research analysts', strategists' or economists' compensation is not linked to investment banking or capital markets transactions performed by Morgan Stanley or the profitability or revenues of particular trading desks.

The "Important Regulatory Disclosures on Subject Companies" section in Morgan Stanley Research lists all companies mentioned where Morgan Stanley owns 1% or more of a class of common equity securities of the companies. For all other companies mentioned in Morgan Stanley Research, Morgan Stanley may have an investment of less than 1% in securities/instruments or derivatives of securities/instruments of companies and may trade them in ways different from those discussed in Morgan Stanley Research. Employees of Morgan Stanley not involved in the preparation of Morgan Stanley Research may have investments in securities/instruments or derivatives of securities/instruments of companies mentioned and may trade them in ways different from those discussed in Morgan Stanley Research. Derivatives may be issued by Morgan Stanley or associated persons.

With the exception of information regarding Morgan Stanley, Morgan Stanley Research is based on public information. Morgan Stanley makes every effort to use reliable, comprehensive information, but we make no representation that it is accurate or complete. We have no obligation to tell you when opinions or information in Morgan Stanley Research change apart from when we intend to discontinue equity research coverage of a subject company. Facts and views presented in Morgan Stanley Research have not been reviewed by, and may not reflect information known to, professionals in other Morgan Stanley business areas, including investment banking personnel.

Morgan Stanley Research personnel may participate in company events such as site visits and are generally prohibited from accepting payment by the company of associated expenses unless pre-approved by authorized members of Research management.

Morgan Stanley may make investment decisions that are inconsistent with the recommendations or views in this report.

To our readers based in Taiwan or trading in Taiwan securities/instruments: Information on securities/instruments that trade in Taiwan is distributed by Morgan Stanley Taiwan Limited ("MSTL"). Such information is for your reference only. The reader should independently evaluate the investment risks and is solely responsible for their investment decisions. Morgan Stanley Research may not be distributed to the public media or quoted or used by the public media without the express written consent of Morgan Stanley. Any non-customer reader within the scope of Article 7-1 of the Taiwan Stock Exchange Recommendation Regulations accessing and/or receiving Morgan Stanley Research is not permitted to provide Morgan Stanley Research to any third party (including but not limited to related parties, affiliated companies and any other third parties) or engage in any activities regarding Morgan Stanley Research which may create or give the appearance of creating a conflict of interest. Information on securities/instruments that do not trade in Taiwan is for informational purposes only and is not to be construed as a recommendation or a solicitation to trade in such securities/instruments. MSTL may not execute transactions for clients in these securities/instruments.

Morgan Stanley is not incorporated under PRC law and the research in relation to this report is conducted outside the PRC. Morgan Stanley Research does not constitute an offer to sell or the solicitation of an offer to buy any securities in the PRC. PRC investors shall have the relevant qualifications to invest in such securities and shall be responsible for obtaining all relevant approvals, licenses, verifications and/or registrations from the relevant governmental authorities themselves. Neither this report nor any part of it is intended as, or shall constitute, provision of any consultancy or advisory service of securities investment as defined under PRC law. Such information is provided for your reference only.

Morgan Stanley Research is disseminated in Brazil by Morgan Stanley C.T.V.M. S.A. located at Av. Brigadeiro Faria Lima, 3600, 6th floor, São Paulo - SP, Brazil; and is regulated by the Comissão de Valores Mobiliários; in Mexico by Morgan Stanley México, Casa de Bolsa, S.A. de C.V which is regulated by Comision Nacional Bancaria y de Valores. Paseo de los Tamarindos 90, Torre 1, Col. Bosques de las Lomas Floor 29, 05120 Mexico City; in Japan by Morgan Stanley MUFG Securities Co., Ltd. and, for Commodities related research reports only, Morgan Stanley Capital Group Japan Co., Ltd; in Hong Kong by Morgan Stanley Asia Limited (which accepts responsibility for its contents) and by Morgan Stanley Bank Asia Limited; in Singapore by Morgan Stanley Asia (Singapore) Pte. (Registration number 199206298Z) and/or Morgan Stanley Asia (Singapore) Securities Pte Ltd (Registration number 200008434H), regulated by the Monetary Authority of Singapore (which accepts legal responsibility for its contents and should be contacted with respect to any matters arising from, or in connection with, Morgan Stanley Research) and by Morgan Stanley Bank Asia Limited, Singapore Branch (Registration number T14FC0118J); in Australia to "wholesale clients" within the meaning of the Australian Corporations Act by Morgan Stanley Australia Limited A.B.N. 67 003 734 576, holder of Australian financial services license No. 233742, which accepts responsibility for its contents; in Australia to "wholesale clients" and "retail clients" within the meaning of the Australian Corporations Act by Morgan Stanley Wealth Management Australia Pty Ltd (A.B.N. 19 009 145 555, holder of Australian financial services license No. 240813, which accepts responsibility for its contents; in Korea by Morgan Stanley & Co International plc, Seoul Branch; in India by Morgan Stanley India Company Private Limited; in Canada by Morgan Stanley Canada Limited, which has approved of and takes responsibility for its contents in Canada; in Germany and the European Economic Area where required by Morgan Stanley Europe S.E., authorised and regulated by Bundesanstalt fuer Finanzdienstleistungsaufsicht (BaFin) under the reference number 149169; in the US by Morgan Stanley & Co. LLC, which accepts responsibility for its contents. Morgan Stanley & Co. International plc, authorized by the Prudential Regulatory Authority and regulated by the Financial Conduct Authority and the Prudential Regulatory Authority, disseminates in the UK research that it has prepared, and approves solely for the purposes of section 21 of the Financial Services and Markets Act 2000, research which has been prepared by any of its affiliates. RMB Morgan Stanley Proprietary Limited is a member of the JSE Limited and A2X(Pty) Ltd. RMB Morgan Stanley Proprietary Limited is a joint venture owned equally by Morgan Stanley International Holdings Inc. and RMB Investment Advisory (Proprietary) Limited, which is wholly owned by FirstRand Limited. The information in Morgan Stanley Research is being disseminated by Morgan Stanley Saudi Arabia, regulated by the Capital Market Authority in the Kingdom of Saudi Arabia , and is directed at Sophisticated investors only.

The information in Morgan Stanley Research is being communicated by Morgan Stanley & Co. International plc (DIFC Branch), regulated by the Dubai Financial Services Authority (the DFSA), and is directed at Professional Clients only, as defined by the DFSA. The financial products or financial services to which this research relates will only be made available to a customer who we are satisfied meets the regulatory criteria to be a Professional Client. A distribution of the different MS Research ratings or recommendations, in percentage terms for Investments in each sector covered, is available upon request from your sales representative.

The information in Morgan Stanley Research is being communicated by Morgan Stanley & Co. International plc (QFC Branch), regulated by the Qatar Financial Centre Regulatory Authority (the QFCRA), and is directed at business customers and market counterparties only and is not intended for Retail Customers as defined by the QFCRA.

As required by the Capital Markets Board of Turkey, investment information, comments and recommendations stated here, are not within the scope of investment advisory activity. Investment advisory service is provided exclusively to persons based on their risk and income preferences by the authorized firms. Comments and recommendations stated here are general in nature. These opinions may not fit to your financial status, risk and return preferences. For this reason, to make an investment decision by relying solely to this information stated here may not bring about outcomes that fit your expectations.

The trademarks and service marks contained in Morgan Stanley Research are the property of their respective owners. Third-party data providers make no warranties or representations relating to the accuracy, completeness, or timeliness of the data they provide and shall not have liability for any damages relating to such data. The Global Industry Classification Standard (GICS) was developed by and is the exclusive property of MSCI and S&P.

Morgan Stanley Research, or any portion thereof may not be reprinted, sold or redistributed without the written consent of Morgan Stanley.

Indicators and trackers referenced in Morgan Stanley Research may not be used as, or treated as, a benchmark under Regulation EU 2016/1011, or any other

**Morgan Stanley** | RESEARCH



similar framework.

The issuers and/or fixed income products recommended or discussed in certain fixed income research reports may not be continuously followed. Accordingly, investors should regard those fixed income research reports as providing stand-alone analysis and should not expect continuing analysis or additional reports relating to such issuers and/or individual fixed income products.

Morgan Stanley may hold, from time to time, material financial and commercial interests regarding the company subject to the Research report.

**INDUSTRY COVERAGE: Internet**

| COMPANY (TICKER) | RATING (AS OF) | PRICE* (09/12/2022) |
|---|---|---|
| **Brian Nowak, CFA** | | |
| Activision Blizzard Inc (ATVI.O) | E (11/02/2021) | $78.13 |
| Airbnb Inc (ABNB.O) | E (01/04/2021) | $124.79 |
| Alphabet Inc. (GOOGL.O) | O (08/11/2015) | $110.86 |
| Amazon.com Inc (AMZN.O) | O (04/24/2015) | $136.45 |
| Booking Holdings Inc (BKNG.O) | E (01/09/2019) | $2,013.32 |
| Compass, Inc. (COMP.N) | E (07/20/2022) | $3.38 |
| Criteo SA (CRTO.O) | E (01/26/2016) | $29.14 |
| Despegar.com Corp (DESP.N) | E (10/16/2017) | $8.22 |
| DoorDash Inc (DASH.N) | E (04/24/2022) | $65.87 |
| Expedia Inc. (EXPE.O) | E (01/09/2019) | $111.74 |
| Innovid Corp (CTV.N) | U (09/12/2022) | $3.59 |
| Integral Ad Science Holding Corp. (IAS.O) | O (07/26/2021) | $8.60 |
| Lyft Inc (LYFT.O) | E (10/24/2019) | $18.19 |
| Meta Platforms Inc (META.O) | O (04/27/2016) | $168.96 |
| Nextdoor Holdings Inc (KIND.N) | E (02/24/2022) | $3.42 |
| Pinterest Inc (PINS.N) | E (03/28/2022) | $25.70 |
| Quotient Technology Inc. (QUOT.N) | U (12/19/2019) | $2.05 |
| Roblox Corporation (RBLX.N) | E (02/16/2022) | $46.57 |
| Snap Inc. (SNAP.N) | U (07/25/2022) | $12.65 |
| TRIVAGO NV (TRVG.O) | E (09/28/2017) | $1.57 |
| Twitter Inc (TWTR.N) | ++ | $41.41 |
| Uber Technologies Inc (UBER.N) | O (06/04/2019) | $32.50 |
| Wheels Up Experience Inc. (UP.N) | U (11/08/2021) | $1.75 |
| Yelp Inc (YELP.N) | U (01/10/2019) | $36.31 |
| Zillow Group Inc (Z.O) | E (04/18/2018) | $37.13 |
| | | |
| **Lauren Schenk** | | |
| Bumble Inc. (BMBL.O) | E (03/08/2021) | $27.99 |
| Chewy Inc (CHWY.N) | E (04/16/2020) | $36.80 |
| eBay Inc (EBAY.O) | U (06/23/2022) | $45.52 |
| Etsy Inc (ETSY.O) | E (08/04/2021) | $114.08 |
| Farfetch Ltd. (FTCH.N) | O (11/17/2020) | $11.56 |
| FIGS, Inc. (FIGS.N) | E (06/21/2021) | $12.54 |
| Match Group Inc (MTCH.O) | O (06/17/2021) | $63.04 |
| Mytheresa (MYTE.N) | E (04/12/2022) | $13.00 |
| Peloton Interactive, Inc. (PTON.O) | E (03/14/2022) | $11.05 |
| Poshmark Inc (POSH.O) | E (02/08/2021) | $13.85 |
| RealReal Inc (REAL.O) | E (11/17/2020) | $2.63 |
| Rent the Runway, Inc. (RENT.O) | O (11/22/2021) | $4.93 |
| Revolve Group Inc (RVLV.N) | E (02/24/2022) | $27.33 |
| Rover Group Inc (ROVR.O) | E (08/06/2021) | $4.06 |
| Shutterstock Inc (SSTK.N) | E (07/28/2022) | $57.47 |
| Stitch Fix Inc (SFIX.O) | E (12/03/2021) | $5.65 |
| ThredUp Inc. (TDUP.O) | E (04/20/2021) | $3.07 |
| WW International Inc (WW.O) | E (04/07/2021) | $5.87 |
| | | |
| **Matthew Cost** | | |
| AppLovin Corp (APP.O) | ++ | $28.51 |
| Electronic Arts Inc (EA.O) | E (08/04/2021) | $130.85 |
| ironSource (IS.N) | ++ | $4.18 |
| Playstudios Inc. (MYPS.O) | E (09/23/2021) | $3.63 |
| Playtika Holding Corp (PLTK.O) | O (02/09/2021) | $11.39 |
| SciPlay Corporation (SCPL.O) | E (05/28/2019) | $11.51 |
| Take-Two Interactive Software (TTWO.O) | O (02/01/2018) | $129.54 |
| Unity Software Inc (U.N) | ++ | $42.31 |

Stock Ratings are subject to change. Please see latest research for each company.

* Historical prices are not split adjusted.

© 2022 Morgan Stanley