# Ex. 59 – Sept. 13, 2022
# Telsey Analyst Report

**TAG** TELSEY ADVISORY GROUP

INTERNET

**EARNINGS REVIEW**



**SEPTEMBER 13, 2022**

| **RENT - $4.93** | **OUTPERFORM** |
|---|---|
| Price Target (Current) | $8.00 |
| Price Target (Previous) | $13.00 |

| Market Statistics | 09/12/2022 |
|---|---|
| Market Capitalization ($MM): | $313.2 |
| Enterprise Value (MM): | $354.4 |
| Shares Outstanding (MM): | 69.9 |
| Avg. Daily Trading Volume (Shrs, 000s): | 906.3 |
| Short Interest/Float: | 19.8% |
| Insider Ownership (% of Total Shrs Out): | 44.3% |
| Dividend Yield: | 0.0% |
| Stock Exchange: | NYSE |

| Price Performance | 09/12/2022 |
|---|---|
| 52-Week Range: | $2.99 - $24.77 |
| YTD % Change Relative to Index: | (39.5)% |
| Implied Return to Price Target: | 62.3% |



Rent the Runway, Inc.

| Valuation Metrics (FYE Jan) | 2021 | 2022E | 2023E |
|---|---|---|---|
| EV/Sales | 1.7x | 1.2x | 1.0x |

| Total Sales Growth | | | Adjusted EBITDA ($MM) | | |
|---|---|---|---|---|---|
| Period | Current | Previous | Period | Current | Previous |
| 1Q21 | (43.8)% | - | 1Q21 | $(6.2) | - |
| 2Q21 | 61.6% | - | 2Q21 | $(1.9) | - |
| 3Q21 | 66.2% | - | 3Q21 | $(5.6) | - |
| 4Q21 | 91.3% | - | 4Q21 | $(5.5) | - |
| 2021 | 29.1% | - | 2021 | $(19.2) | - |
| 1Q22 | 100.3% | - | 1Q22 | $(8.8) | - |
| 2Q22 | 63.8% | 58.5% | 2Q22 | $1.8 | $(3.0) |
| 3Q22E | 25.4% | 38.6% | 3Q22E | $1.5 | $(4.7) |
| 4Q22E | 12.9% | 28.3% | 4Q22E | $2.8 | $1.3 |
| 2022E | 42.6% | 50.1% | 2022E | $(2.8) | $(15.2) |
| 1Q23E | 19.8% | 27.3% | 1Q23E | $3.0 | $0.5 |
| 2Q23E | 25.0% | 29.3% | 2Q23E | $13.7 | $6.6 |
| 3Q23E | 24.9% | 30.0% | 3Q23E | $9.6 | $3.9 |
| 4Q23E | 27.2% | 27.6% | 4Q23E | $8.1 | $11.8 |
| 2023E | 24.3% | 28.6% | 2023E | $34.5 | $22.9 |

Source: FactSet, company reports, and TAG estimates.

**Dana Telsey**
212.584.4606 / dtelsey@telseygroup.com

**Joshua Herrity**
212.584.4644 / jherrity@telseygroup.com

**Robert Rosenhaus**
212.584.4622 / rrosenhaus@telseygroup.com

**Alexis Cooper, CFA**
212.660.5435 / acooper@telseygroup.com

# RENT THE RUNWAY, INC.

## RENT 2Q22 Review: Strong Quarter Highlighted By Positive Adj. EBITDA, But Revenue Outlook Moderated

**RENT reported 2Q22 adjusted EBITDA of $1.8MM vs. ($1.9MM) last year, well ahead of the market's expectation of ($3.4MM) and guidance of ($4.0MM)-($3.0MM).** The upside was driven by broad-based outperformance. The 2Q22 adjusted EBITDA translates to a margin of 2.4%, up 640 bps YoY, as compared to the consensus of down 60 bps to (4.6%). Total revenue increased 63.8% to $76.5MM, above the consensus of $73.6MM (up 57.6%) and guidance of $72.0MM-$74.0MM. Active subscribers (ex. paused subscribers) grew 27% YoY to 124K, as compared to the consensus of 144K (up 48%). Gross margin expanded 340 bps to 42.4%, above the consensus of down 390 bps to 35.1%, while total operating expenses leveraged 1,350 bps to 75.8%, better than the consensus of down 1,160 bps to 77.7%. Taken together, the 2Q22 operating margin expanded 1,690 bps to (33.5%), well above the consensus of up 770 bps to (42.7%).

**Better-than-expected Q3 and FY22 adjusted EBITDA margin guide, but sales outlooks come in light.** In 3Q22, total revenue is planned at $72.0MM-$74.0MM vs. $59.0MM, as compared to the prior consensus of $79.9MM with adjusted EBITDA margin expected in the 1.0%-3.0% range vs. (9.5%) in 3Q21 and the prior consensus of (5.6%). FY23 total revenue is now planned at $285MM-$290MM (down from $295MM-$305MM previously) vs. $203.3MM last year and the prior consensus of $304.5MM. While the topline outlook was moderated, the adjusted EBITDA margin guide was raised to a range of (2%)-0%, up from (6%)-(5%) previously vs. (9.4%) in FY21 and the consensus of (5.3%).

**Restructuring plan announced.** RENT announced a restructuring plan to reduce costs, streamline its organizational structure, and drive operational efficiencies, highlighted by a 24% reduction of corporate employees (including eliminating open roles), reorganizing some functions, and reallocating resources towards customer experience and growth initiatives. RENT expects to incur a $2.5MM cash charge for employee severance, primarily in Q3, with the restructuring largely completed by Q4-end. In all, the restructuring is expected to generate $25MM-$27MM in annual operating expense savings with a positive $4MM-$5MM adjusted EBITDA impact in 4Q22.

**Maintain Outperform rating. Reducing price target to $8.** RENT delivered another period of strong performance driven by better-than-expected results across the board, including record quarterly revenue and the company's first ever period of positive adjusted EBITDA, well ahead of plan. Looking ahead, the third quarter sales outlook and moderated full year topline guide reflects continued challenges and uncertainties in the consumer macro environment, with limited visibility to subscriber activity and behavior, following softer performance in the second quarter. That said, the adjusted EBITDA margin guide was better-than-expected for 3Q22, while the annual outlook was raised, reflecting benefits from the announced restructuring that is expected to deliver sizable cost savings both near- and longer-term. Overall, we continue to believe RENT has the first-mover advantage in creating the world's largest "shared closet," and we see the company as well positioned to capitalize on significant secular consumer trends with the potential to drive long-term growth. As such, we maintain our Outperform rating. Given our moderated topline estimates, we are lowering our price target to $8 from $13, which assumes a 1.5x multiple on our two-year forward sales estimate, as compared to the one-year average NTM multiple of 1.7x.

Case 1:22-cv-06935-OEM-SDE    Document 71-39    Filed 02/23/24    Page 3 of 8 PageID #: 1396

### GUIDANCE OVERVIEW

| | Quarterly | | | Annual | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | 3Q22E | Consensus | 3Q21 | New FY22 | Consensus | Old FY22 | FY21 |
| **Ending Active Subscribers** | - | 156K | 116.8K | - | 151K | - | 115.2K |
| **Total Revenue** | $72.0MM - $74.0MM | $79.9MM | $59.0MM | $285MM - $290MM | $304.5MM | *$295MM - $305MM* | $203.3MM |
| **Adjusted EBITDA** | - | ($4.5MM) | ($5.6MM) | - | ($16.0MM) | - | ($19.2MM) |
| **Adjusted EBITDA Margin** | 1.0% - 3.0% | (5.6%) | (9.5%) | (2%) - 0% | (5.3%) | *(6%) - (5%)* | (9.4%) |

Source: Company reports and TAG estimates.

**Adjusting estimates.** Incorporating the second quarter results and updated outlook, we are adjusting our full year estimates. Our FY22 topline estimate is now $290MM (down from $305MM previously) as compared to the prior consensus of $305MM and the updated guidance between $285MM-$290MM (from $295MM-$305MM previously). Our adjusted EBITDA estimate goes to ($2.8MM) from ($15.2MM) prior, and our adjusted EBITDA margin increases to (1.0%) from (5.0%) prior, vs. the prior consensus of (5.3%) and updated guidance for an adjusted EBITDA margin between (2%)-0%.

### EARNINGS ESTIMATES SUMMARY

| Fiscal Year Ends Jan | 2Q22 | 2Q22 | Cons. | 2Q21 | Change |
| --- | --- | --- | --- | --- | --- |
| *$MM, Except Per Share Data* | **Act.** | **Est.** | **Est.** | **Act.** | **A vs. LY** |
| Total Revenue | $76.5 | $74.0 | $73.6 | $46.7 | 63.8% |
| Gross Profit | $32.4 | $26.0 | $25.8 | $18.2 | 78.0% |
| Gross Margin | 42.4% | 35.2% | 35.1% | 39.0% | 340 |
| Operating Expenses | $58.0 | $58.5 | $57.2 | $41.7 | 39.1% |
| OpEx % of sales | 75.8% | 79.0% | 77.7% | 89.3% | (1,350) |
| Operating Income | ($25.6) | ($32.4) | ($31.4) | ($23.5) | NM |
| Operating Margin | (33.5%) | (43.8%) | (42.7%) | (50.3%) | 1,690 |
| Adjusted EBITDA | $1.8 | ($3.0) | ($3.4) | ($1.9) | NM |
| Adjusted EBITDA Margin | 2.4% | (4.1%) | (4.6%) | (4.1%) | 640 |
| Diluted EPS | ($0.53) | ($0.67) | ($0.65) | ($3.75) | NM |

Source: Company reports and TAG estimates.

**Operating overview.** RENT reported second quarter adjusted EBITDA of $1.8MM vs. ($1.9MM) last year, as compared to our estimate of ($3.0MM) and the consensus of ($3.4MM), reflecting the first quarter of positive adjusted EBITDA as a public company. Second quarter adjusted EBITDA margin came in at 2.4%, up 640 bps from last year, as compared to our forecast of flat YoY at (4.1%) and the consensus of down 60 bps to (4.6%). The better-than-expected EBITDA was driven by stronger topline growth vs. expectations and greater gross margin expansion, with operating leverage also coming in ahead of consensus expectations.

> **Sales.** Total revenue increased 63.8% YoY to $76.5MM, as compared to our estimate of $74.0MM (up 58.5% YoY) and the consensus of $73.6MM (up 57.6%). Revenue beat expectations despite a lower active subscriber base given price increases and strong demand for add-on items, as ARPU rose 5% YoY (avg. monthly subscription rental revenue per subscriber).

  – **Total Active Subscribers** were up 27.2% YoY to 124,131 in the second quarter and were 72% of total subscribers at the end of the quarter, but down 8% sequentially from the first quarter. This total is lower than management's expectation given a noticeable slowdown beginning in mid-June, as pause rates increased and customer reacquisition slowed. **Total Subscribers** reached 173,321 in the second quarter, up 37% YoY.

Case 1:22-cv-06935-OEM-SDE    Document 71-39   Filed 02/23/24    Page 4 of 8 PageID #: 1397

> **Margin Analysis:**

- **Fulfillment margin.** The fulfillment margin contracted 170 bps YoY to 69.4%, as compared to our estimate of down 400 bps to 67.1%. Last year, the fulfillment margin came in at 71.1%.

- **Gross margin.** The gross margin expanded 340 bps YoY to 42.4%, as compared to our estimate of down 380 bps to 35.2% and the consensus estimate of down 390 bps to 35.1%. The gross margin expansion was the result of higher revenue per shipment compared to last year, as well as product cost leverage on higher sales.

> **Total operating expenses** leveraged 1,350 bps to 75.8% of sales, as compared to our estimate of down 1,030 bps to 79.0% and the consensus estimate of down 1,160 bps to 77.7%. On a dollar basis, total operating expenses increased 39.1% YoY, as compared to the topline growth of 63.8%.

> Altogether, the **operating margin** expanded 1,690 bps YoY to (33.5%), as compared to our estimate for an expansion of 650 bps to (43.8%), and the consensus expectation of up nearly 800 bps to (42.7%).

> **Rental Product.** Rental product came in at $76.9MM, vs. $76.3MM at FY21-end. The company is less exposed to inventory delays and risk vs. peers because its inventory is on hand and available for rental.

> **Balance Sheet.** The company ended the quarter with $192.3MM in cash and equivalents, as compared to $247.6MM at FY21-end. The company ended the quarter with $270MM in long-term debt, up from $261MM at FY21-end.

**New initiatives continue to bear fruit.** RENT expanded at-home pickup to over 25 markets (up from over 20 at the end of 1Q), now covering over 50% of its subscriber base, well ahead of its original plan. The company launched an at-home pickup scheduler within its app, which has driven awareness and adoption, and ultimately reduces transportation costs. RENT continues to become more efficient as it maximizes its RFID technology and automates decisions. RENT also completed the roll out of its new packaging in the second quarter, with reusable, waterproof, and easier to pack material that does not need to be laundered, helping reduce costs and reach sustainability goals. Additionally, the company's investment in its Exclusive Designs is continuing to grow, with non-wholesale product acquisition (Share by RTR and Exclusive Designs) on track to account for 30% of total product acquisition this year. Within the second quarter, the company launched four new ED collections: Saunders Collective, Esteban Cortázar, Pamela Love, and Busayo. By year-end, management anticipates offering nearly 20 ED partners, half of which will be new.

**Announced restructuring plan for $25MM-$27MM in annualized savings.** With its 2Q results, RENT announced a restructuring plan to reduce costs, streamline its org structure, and drive operational efficiencies. The plan includes workforce reductions of 24% of corporate employees (including eliminating open roles), reorganizing some functions, and reallocating resources towards customer experience and growth initiatives. RENT estimates it will incur a $2.5MM cash charge for employee severance, as well as immaterial charges associated with stock-based compensation, primarily in 3Q. Beyond headcount, the company is pulling back on some tech and G&A spend ($5MM-$7MM), but noted marketing and product capex are not affected. Management expects this restructuring plan will be substantially completed by the end of 4Q22. This plan is expected to generate annual operating expense savings of $25MM-$27MM (relative to 2Q22) in FY23 and positively impacted 4Q22 adjusted EBITDA by approximately $4MM-$5MM.

**Guidance updated.** Third quarter revenues are expected in the range of $72MM-$74MM, up 24% YoY at the midpoint. Adjusted EBITDA margin is expected to be between 1.0%-3.0%, implying adjusted EBITDA dollars of $0.7MM-$2.2MM. For the full year, the topline guide was lowered to revenues of $285MM-$290MM (from $295MM-$305MM), while the adjusted

Case 1:22-cv-06935-OEM-SDE   Document 71-39   Filed 02/23/24   Page 5 of 8 PageID #: 1398

EBITDA margin outlook was raised to (2%)-0%, from between (6%)-(5%) previously. RENT's topline outlook reflects general uncertainty in 2H given changing customer behaviors and a challenging macro environment. As a result of the weakness in active subscriber metrics in June and July, RTR is reiterating its value propositioning messaging in its marketing efforts. Encouragingly management noted a bounce back in trends in August and September to-date, but is erring on the conservative side as it relates to guidance, in our view. Also included in 4Q22 is a COVID-related impact similar to the Omicron surge in 4Q21. Below the topline, management guided to fulfillment costs as a percent of revenue to be approximately 33% for FY22 and gross margin to be "a couple hundred basis points higher" than FY21. Marketing spend is expected to be 10% of revenue, regardless of coming in at the low or high end. The fourth quarter adjusted EBITDA should benefit from $4MM-$5MM as part of the restructuring efforts.

**Framework for profitability reconfirmed; positive quarterly adjusted EBITDA came ahead of schedule.** RENT's framework for profitability and being self-funded includes growing revenue and leveraging expenses across three primary buckets. For revenue growth, the three drivers include growing active subscribers through organic virality and efficient marketing, growing average revenue per user through increasing add-on activity and moderating price increases, and expanding reserve and resale. As it relates to expenses, the three categories include fulfillment costs, operating expenses, and rental product spend. On fulfillment costs, the company continues to optimize through diversifying transportation (i.e. at-home pickup) and increasing operations productivity. Regarding operating expenses, the first phase of reduction is complete and reflected in the restructuring plan for $25MM-$27MM annual savings. The second phase will include lowering product depreciation as a percent of revenue, which will happen as the company shifts away from straight wholesale purchasing and incorporates more exclusive designs and revenue share agreements, and benefits from scale. For the third bucket, rental product spend, management is targeting over two-thirds of acquisition to come from these aforementioned capital efficient channels. The company's medium-term target is to generate adjusted EBITDA margin of 15% less product depreciation. Management expects to generate this margin at $400MM in revenue, and be breakeven when accounting for product depreciation.

Case 1:22-cv-06935-OEM-SDE    Document 71-39    Filed 02/23/24    Page 6 of 8 PageID #: 1399

## RENT FINANCIAL MODEL SUMMARY

$ in millions, except per share data. FYE Jan.

| | 1Q19 APR | 2Q19 JUL | 3Q19 OCT | 4Q19 JAN | 2019 TOTAL | 1Q20 APR | 2Q20 JUL | 3Q20 OCT | 4Q20 JAN | 2020 TOTAL | 1Q21 APR | 2Q21 JUL | 3Q21 OCT | 4Q21 JAN | 2021 TOTAL | 1Q22 APR | 2Q22 JUL | 3Q22E OCT | 4Q22E JAN | 2022E TOTAL | 2023E TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **INCOME STATEMENT HIGHLIGHTS** | | | | | | | | | | | | | | | | | | | | | |
| Subscription revenue | $34.0 | $43.2 | $46.4 | $53.5 | $177.1 | $45.4 | $21.8 | $26.2 | $26.1 | $119.5 | $25.8 | $33.3 | $43.8 | $47.6 | $150.5 | $51.4 | $59.9 | $57.3 | $55.9 | $224.6 | $294.3 |
| Reserve revenue | 16.6 | 15.4 | 12.8 | 13.5 | 58.3 | 6.9 | 2.2 | 4.3 | 3.0 | 16.4 | 4.0 | 9.6 | 10.5 | 11.2 | 35.3 | 10.0 | 10.1 | 9.6 | 9.5 | 39.2 | 35.7 |
| Total subscription and reserve rental revenue | 50.6 | 58.6 | 59.2 | 67.0 | 235.4 | 52.3 | 24.0 | 30.5 | 29.1 | 135.9 | 29.8 | 42.9 | 54.3 | 58.8 | 185.8 | 61.4 | 70.0 | 66.9 | 65.5 | 263.8 | 330.0 |
| Other revenue | 4.8 | 4.8 | 5.1 | 6.7 | 21.4 | 7.3 | 4.9 | 5.0 | 4.4 | 21.6 | 3.7 | 3.8 | 4.7 | 5.3 | 17.5 | 5.7 | 6.5 | 7.1 | 6.9 | 26.1 | 30.5 |
| **Total revenue** | $55.4 | $63.4 | $64.3 | $73.7 | $256.8 | $59.6 | $28.9 | $35.5 | $33.5 | $157.5 | $33.5 | $46.7 | $59.0 | $64.1 | $203.3 | $67.1 | $76.5 | $74.0 | $72.4 | $290.0 | $360.5 |
| Fulfillment costs | 23.7 | 27.9 | 33.7 | 32.8 | 118.1 | 23.0 | 9.8 | 11.0 | 9.2 | 53.0 | 8.8 | 13.5 | 19.2 | 20.4 | 61.9 | 22.9 | 23.4 | 24.7 | 24.5 | 95.5 | 113.8 |
| **Fulfillment profit** | $31.7 | $35.5 | $30.6 | $40.9 | $138.7 | $36.6 | $19.1 | $24.5 | $24.3 | $104.5 | $24.7 | $33.2 | $39.8 | $43.7 | $141.4 | $44.2 | $53.1 | $49.2 | $47.9 | $194.4 | $246.7 |
| Revenue share expense | 0.9 | 1.5 | 2.7 | 4.4 | 9.5 | 4.4 | 4.5 | 5.3 | 4.9 | 19.1 | 3.9 | 3.8 | 6.2 | 7.5 | 21.4 | 8.1 | 7.2 | 8.5 | 8.1 | 31.9 | 35.6 |
| **Gross profit excluding depreciation** | $30.8 | $34.0 | $27.9 | $36.5 | $129.2 | $32.2 | $14.6 | $19.2 | $19.4 | $85.4 | $20.8 | $29.4 | $33.6 | $36.2 | $120.0 | $36.1 | $45.9 | $40.7 | $39.8 | $162.5 | $211.1 |
| Rental product depreciation | 17.0 | 16.4 | 19.0 | 23.3 | 75.7 | 22.1 | 16.0 | 16.8 | 15.0 | 69.9 | 12.7 | 11.2 | 13.7 | 12.7 | 50.3 | 13.6 | 13.5 | 13.5 | 11.4 | 52.0 | 61.3 |
| **Gross profit** | $13.8 | $17.6 | $8.9 | $13.2 | $53.5 | $10.1 | ($1.4) | $2.4 | $4.4 | $15.5 | $8.1 | $18.2 | $19.9 | $23.5 | $69.7 | $22.5 | $32.4 | $27.2 | $28.3 | $110.5 | $149.7 |
| Technology | 8.2 | 9.1 | 10.9 | 11.9 | 40.1 | 10.6 | 8.0 | 9.4 | 9.7 | 37.7 | 9.7 | 10.5 | 12.8 | 12.3 | 45.3 | 13.6 | 14.9 | 12.3 | 11.0 | 51.8 | 56.6 |
| Marketing | 4.7 | 4.9 | 6.3 | 7.1 | 23.0 | 3.9 | 1.2 | 1.4 | 1.6 | 8.1 | 2.6 | 4.8 | 10.8 | 8.3 | 26.5 | 8.7 | 9.0 | 11.0 | 9.0 | 37.7 | 47.9 |
| General and administrative | 19.2 | 23.4 | 28.5 | 27.7 | 98.8 | 24.6 | 17.4 | 17.9 | 17.3 | 77.2 | 19.0 | 21.6 | 35.8 | 28.0 | 104.4 | 29.2 | 29.6 | 25.0 | 25.7 | 109.5 | 113.5 |
| Other depreciation and amortization | 3.9 | 5.1 | 6.3 | 6.3 | 21.6 | 6.1 | 5.6 | 5.7 | 5.6 | 23.0 | 5.1 | 4.8 | 4.7 | 4.8 | 19.4 | 4.2 | 4.5 | 3.7 | 3.2 | 15.6 | 14.0 |
| Total operating expenses | 36.0 | 42.5 | 52.0 | 53.0 | 183.5 | 45.2 | 32.2 | 34.4 | 34.2 | 146.0 | 36.4 | 41.7 | 64.1 | 53.4 | 195.6 | 55.7 | 58.0 | 52.0 | 48.9 | 214.6 | 232.0 |
| **Operating income (loss)** | ($22.2) | ($24.9) | ($43.1) | ($39.8) | ($130.0) | ($35.1) | ($33.6) | ($32.0) | ($29.8) | ($130.5) | ($28.3) | ($23.5) | ($44.2) | ($29.9) | ($125.9) | ($33.2) | ($25.6) | ($24.7) | ($20.6) | ($104.1) | ($82.3) |
| Interest expense, net | 5.6 | 5.2 | 5.6 | 7.6 | 24.0 | 8.9 | 11.5 | 11.8 | 14.4 | 46.6 | 14.5 | 14.9 | 14.3 | 9.3 | 53.0 | 9.3 | 9.6 | 9.8 | 10.0 | 38.6 | 40.4 |
| Other income / (expense), net | 0.0 | (0.1) | 0.0 | 0.0 | (0.1) | 0.9 | 0.2 | (0.5) | 5.4 | 6.0 | 0.5 | (4.1) | (29.6) | 0.0 | (33.2) | 0.0 | 1.3 | 0.0 | 0.0 | 1.3 | 0.0 |
| Pretax income | (27.8) | (30.2) | (48.7) | (47.4) | (154.1) | (43.1) | (44.9) | (44.3) | (38.8) | (171.1) | (42.3) | (42.5) | (88.1) | (39.2) | (212.1) | (42.5) | (33.9) | (34.5) | (30.5) | (141.5) | (122.6) |
| Tax expense | 0.0 | 0.0 | 0.0 | (0.2) | (0.2) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (0.1) | (0.3) | 0.1 | (0.3) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Net income** | ($27.8) | ($30.2) | ($48.7) | ($47.2) | ($153.9) | ($43.1) | ($44.9) | ($44.3) | ($38.8) | ($171.1) | ($42.3) | ($42.4) | ($87.8) | ($39.3) | ($211.8) | ($42.5) | ($33.9) | ($34.5) | ($30.5) | ($141.5) | ($122.6) |
| **Diluted EPS** | ($2.50) | ($2.71) | ($4.38) | ($4.24) | ($13.83) | ($3.87) | ($4.03) | ($3.98) | ($3.48) | ($15.36) | ($3.75) | ($3.75) | ($6.72) | ($0.62) | ($8.51) | ($0.67) | ($0.53) | ($0.54) | ($0.48) | ($2.21) | ($1.91) |
| **SELECT GROWTH RATES AND MARGINS** | | | | | | | | | | | | | | | | | | | | | |
| Total revenue YoY Growth % | | | | | | 7.6% | (54.4%) | (44.8%) | (54.5%) | (38.7%) | (43.8%) | 61.6% | 66.2% | 91.3% | 29.1% | 100.3% | 63.8% | 25.4% | 12.9% | 42.6% | 24.3% |
| *% of sales* | | | | | | | | | | | | | | | | | | | | | |
| Fulfillment margin | 57.2% | 56.0% | 47.6% | 55.5% | 54.0% | 61.4% | 66.1% | 69.0% | 72.5% | 66.3% | 73.7% | 71.1% | 67.5% | 68.2% | 69.6% | 65.9% | 69.4% | 66.6% | 66.2% | 67.1% | 68.4% |
| *YoY bps change* | | | | | | 420 | 1,010 | 2,140 | 1,700 | 1,230 | 1,230 | 500 | (160) | (440) | 320 | (790) | (170) | (90) | (200) | (250) | 140 |
| Gross profit excluding depreciation | 55.6% | 53.6% | 43.4% | 49.5% | 50.3% | 54.0% | 50.5% | 54.1% | 57.9% | 54.2% | 62.1% | 63.0% | 56.9% | 56.5% | 59.0% | 53.8% | 60.0% | 55.0% | 55.0% | 56.0% | 58.5% |
| *YoY bps change* | | | | | | (160) | (310) | 1,070 | 840 | 390 | 810 | 1,240 | 290 | (140) | 480 | (830) | (300) | (190) | (150) | (300) | 250 |
| Gross margin | 24.9% | 27.8% | 13.8% | 17.9% | 20.8% | 16.9% | (4.8%) | 6.8% | 13.1% | 9.8% | 24.2% | 39.0% | 33.7% | 36.7% | 34.3% | 33.5% | 42.4% | 36.8% | 39.2% | 38.1% | 41.5% |
| *YoY bps change* | | | | | | (800) | (3,260) | (710) | (480) | (1,100) | 720 | 4,380 | 2,700 | 2,350 | 2,440 | 940 | 340 | 310 | 250 | 380 | 340 |
| Contribution margin | 21.5% | 24.8% | 10.6% | 14.8% | 17.6% | 14.1% | (8.0%) | 3.9% | 10.7% | 7.0% | 21.2% | 36.2% | 32.0% | 35.4% | 32.3% | 32.0% | 40.7% | 35.1% | 37.9% | 36.6% | 40.0% |
| *YoY bps change* | | | | | | (740) | (3,270) | (660) | (400) | (1,060) | 710 | 4,410 | 2,810 | 2,470 | 2,520 | 1,080 | 450 | 310 | 250 | 430 | 340 |
| Total operating expenses | 65.0% | 67.0% | 80.9% | 71.9% | 71.5% | 75.8% | 111.4% | 96.9% | 102.1% | 92.7% | 108.7% | 89.3% | 108.6% | 83.3% | 96.2% | 83.0% | 75.8% | 70.2% | 67.6% | 74.0% | 64.3% |
| *YoY bps change* | | | | | | 1,090 | 4,440 | 1,600 | 3,020 | 2,120 | 3,280 | (2,210) | 1,170 | (1,880) | 350 | (2,560) | (1,350) | (3,840) | (1,570) | (2,220) | (970) |
| Operating margin | (40.1%) | (39.3%) | (67.0%) | (54.0%) | (50.6%) | (58.9%) | (116.3%) | (90.1%) | (89.0%) | (82.9%) | (84.5%) | (50.3%) | (74.9%) | (46.6%) | (61.9%) | (49.5%) | (33.5%) | (33.4%) | (28.4%) | (35.9%) | (22.8%) |
| *YoY bps change* | | | | | | (1,880) | (7,700) | (2,310) | (3,500) | (3,220) | (2,560) | 6,590 | 1,520 | 4,230 | 2,090 | 3,500 | 1,690 | 4,150 | 1,820 | 2,600 | 1,310 |
| **Adjusted EBITDA** | 1.4% | (1.7%) | (16.5%) | (9.6%) | (7.0%) | (5.2%) | (26.0%) | (15.2%) | (12.8%) | (12.9%) | (18.5%) | (4.1%) | (9.5%) | (8.6%) | (9.4%) | (13.1%) | 2.4% | 2.0% | 3.8% | (1.0%) | 9.6% |
| *YoY bps change* | | | | | | (660) | (2,420) | 130 | (320) | (590) | (1,330) | 2,190 | 570 | 430 | 340 | 540 | 640 | 1,150 | 1,240 | 850 | 1,050 |
| **REVENUE DRIVERS** | | | | | | | | | | | | | | | | | | | | | |
| Total ending active subscribers (000s) | 101.6 | 106.2 | 118.8 | 133.6 | 133.6 | 52.9 | 54.2 | 65.5 | 54.8 | 54.8 | 74.0 | 97.6 | 116.8 | 115.2 | 115.2 | 135.0 | 124.1 | 148.4 | 131.4 | 131.4 | 173.4 |
| YoY % growth | 99.2% | 83.1% | 50.4% | 57.0% | 57.0% | (47.9%) | (49.0%) | (44.9%) | (59.0%) | (59.0%) | 39.9% | 80.1% | 78.4% | 110.3% | 110.3% | 82.4% | 27.2% | 27.0% | 14.0% | 14.0% | 32.0% |
| Average active subscribers | 93.4 | 103.9 | 112.5 | 126.2 | 109.1 | 93.3 | 53.6 | 59.9 | 60.1 | 72.2 | 64.4 | 85.8 | 107.2 | 116.0 | 91.7 | 125.1 | 129.6 | 136.3 | 139.9 | 130.8 | 163.6 |
| YoY % growth | | | | | | (0.1%) | (48.5%) | (46.8%) | (52.3%) | (33.8%) | (30.9%) | 60.2% | 79.2% | 92.9% | 27.0% | 94.3% | 51.0% | 27.1% | 20.5% | 42.7% | 25.1% |
| Average monthly subscription rental revenue per subscriber | $121.41 | $138.59 | $137.48 | $141.31 | $135.32 | $162.29 | $135.70 | $145.92 | $144.64 | $137.93 | $133.54 | $129.36 | $136.16 | $136.74 | $136.77 | $136.94 | $154.16 | $140.25 | $133.32 | $143.06 | $149.88 |
| YoY % growth | | | | | | 33.7% | (2.1%) | 6.1% | 2.4% | 1.9% | (17.7%) | (4.7%) | (6.7%) | (5.5%) | (0.8%) | 2.5% | 19.2% | 3.0% | (2.5%) | 4.6% | 4.8% |
| **BALANCE SHEET HIGHLIGHTS** | | | | | | | | | | | | | | | | | | | | | |
| Total debt | 103.3 | 118.4 | 162.9 | 215.1 | 215.1 | 318.4 | 313.9 | 342.0 | 355.1 | 355.1 | 368.1 | 381.8 | 256.4 | 260.8 | 260.8 | 265.2 | 269.8 | 274.2 | 278.6 | 278.6 | 296.2 |
| Cash and equivalents | 72.3 | 42.4 | 37.9 | 41.9 | 41.9 | 122.1 | 86.1 | 123.0 | 109.2 | 109.2 | 116.8 | 115.5 | 292.0 | 259.6 | 259.6 | 229.8 | 202.7 | 198.0 | 160.9 | 160.9 | 96.6 |
| Net debt | 31.0 | 76.0 | 125.0 | 173.2 | 173.2 | 196.3 | 227.8 | 219.0 | 245.9 | 245.9 | 251.3 | 266.3 | (35.6) | 1.2 | 1.2 | 35.4 | 67.1 | 76.2 | 117.7 | 117.7 | 199.6 |
| **ADJUSTED EBITDA CALCULATION** | | | | | | | | | | | | | | | | | | | | | |
| Net income | ($27.8) | ($30.2) | ($48.7) | ($47.2) | ($153.9) | ($43.1) | ($44.9) | ($44.3) | ($38.8) | ($171.1) | ($42.3) | ($42.4) | ($87.8) | ($39.3) | ($211.8) | ($42.5) | ($33.9) | ($34.5) | ($30.5) | ($141.5) | ($122.6) |
| Interest income / (expense), net | 5.6 | 5.2 | 5.6 | 7.6 | 24.0 | 8.9 | 11.5 | 11.8 | 14.4 | 46.6 | 14.5 | 14.9 | 14.3 | 9.3 | 53.0 | 9.3 | 9.6 | 9.8 | 10.0 | 38.6 | 40.4 |
| Rental product depreciation and revenue share | 17.0 | 16.4 | 19.0 | 23.3 | 75.7 | 22.1 | 16.0 | 16.8 | 15.0 | 69.9 | 12.7 | 11.2 | 13.7 | 12.7 | 50.3 | 13.6 | 13.5 | 13.5 | 11.4 | 52.0 | 61.3 |
| Other depreciation and amortization | 3.9 | 5.1 | 6.3 | 6.3 | 21.6 | 6.1 | 5.6 | 5.7 | 5.6 | 23.0 | 5.1 | 4.8 | 4.7 | 4.8 | 19.4 | 4.2 | 4.5 | 3.7 | 3.2 | 15.6 | 14.0 |
| Stock compensation | 1.4 | 1.5 | 2.0 | 1.9 | 6.8 | 2.0 | 1.8 | 2.5 | 1.9 | 8.2 | 1.9 | 2.4 | 17.1 | 5.2 | 26.6 | 5.5 | 6.9 | 7.3 | 7.2 | 27.0 | 36.7 |
| Write-off of liquidated assets | 0.7 | 0.5 | 1.6 | 1.3 | 4.1 | 0.6 | 0.3 | 0.7 | 1.7 | 3.3 | 1.4 | 1.4 | 1.2 | 0.8 | 4.8 | 0.6 | 1.8 | 1.7 | 1.4 | 5.5 | 4.7 |
| Non-recurring adjustments | 0.0 | 0.3 | 3.6 | (0.1) | 3.8 | 1.2 | 2.0 | 0.7 | 0.3 | 4.2 | 1.0 | 1.8 | 1.8 | 0.7 | 5.3 | 0.3 | 0.7 | 0.0 | 0.0 | 1.0 | 0.0 |
| Tax expense | 0.0 | 0.0 | 0.0 | (0.2) | (0.2) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (0.1) | (0.3) | 0.1 | (0.3) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Other expense, net | 0.0 | 0.1 | 0.0 | 0.0 | 0.1 | (0.9) | (0.2) | 0.5 | (5.4) | (6.0) | (0.5) | 4.1 | 29.6 | 0.0 | 33.2 | 0.0 | (1.3) | 0.0 | 0.0 | (1.3) | 0.0 |
| Other (gains) / losses | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.4 | 0.2 | 1.0 | 1.6 | 0.0 | 0.0 | 0.1 | 0.2 | 0.3 | 0.2 | 0.0 | 0.0 | 0.0 | 0.2 | 0.0 |
| **Adjusted EBITDA** | $0.8 | ($1.1) | ($10.6) | ($7.1) | ($18.0) | ($3.1) | ($7.5) | ($5.4) | ($4.3) | ($20.3) | ($6.2) | ($1.9) | ($5.6) | ($5.5) | ($19.2) | ($8.8) | $1.8 | $1.5 | $2.8 | ($2.8) | $34.5 |
| **FREE CASH FLOW CALCULATION** | | | | | | | | | | | | | | | | | | | | | |
| Net income | (27.8) | (30.2) | (48.7) | (47.2) | (153.9) | (43.1) | (44.9) | (44.3) | (38.8) | (171.1) | (42.3) | (42.4) | (87.8) | (39.3) | (211.8) | (42.5) | (33.9) | (34.5) | (30.5) | (141.5) | (122.6) |
| Rental product depreciation | 17.0 | 16.4 | 19.0 | 23.3 | 75.7 | 22.1 | 16.0 | 4.9 | 12.9 | 55.9 | 11.0 | 10.3 | 12.6 | 11.7 | 45.6 | 12.3 | 11.8 | 13.5 | 11.4 | 49.0 | 61.3 |
| Other depreciation and amortization | 3.9 | 5.1 | 6.3 | 6.3 | 21.6 | 6.1 | 5.6 | 6.3 | 6.1 | 24.1 | 5.1 | 4.8 | 4.7 | 4.9 | 19.5 | 4.2 | 4.5 | 3.7 | 3.2 | 15.6 | 14.0 |
| Change in assets and liabilities | 8.0 | (6.3) | 15.9 | (11.9) | 2.2 | 12.4 | (9.9) | (5.1) | (2.0) | (4.6) | 2.1 | 2.7 | 10.9 | (0.9) | 14.8 | (3.9) | (4.1) | 20.5 | (14.4) | (1.9) | 10.4 |
| Other non-cash items | 119.9 | (31.6) | (31.1) | (21.1) | 36.1 | 21.8 | 8.9 | 9.3 | 12.9 | 52.9 | 15.1 | 20.9 | 48.8 | 4.8 | 89.6 | 12.5 | 6.1 | 11.7 | 11.6 | 42.0 | 54.3 |
| Purchases of rental product | (38.4) | (19.9) | (39.4) | (20.0) | (117.7) | (38.7) | (6.3) | (3.7) | (6.2) | (54.9) | (4.4) | (4.1) | (8.5) | (13.8) | (30.8) | (13.4) | (14.2) | (16.9) | (15.5) | (60.0) | (71.1) |
| Proceeds from liquidation of rental product | 0.9 | 0.9 | 0.9 | 0.9 | 3.6 | 0.6 | 0.6 | 14.1 | 5.0 | 20.3 | 1.6 | 7.4 | 4.8 | 4.8 | 18.6 | 0.6 | 10.8 | 1.0 | 0.6 | 13.0 | 4.1 |
| Purchases of fixed assets | (16.4) | (9.6) | (5.6) | (12.2) | (43.8) | (8.6) | (5.8) | (5.5) | (3.9) | (23.8) | 1.5 | (5.4) | (2.3) | (4.1) | (10.3) | 2.0 | (6.6) | (3.7) | (3.6) | (11.8) | (14.6) |
| **Free Cash Flow** | $67.1 | ($78.7) | ($82.7) | ($81.9) | ($176.2) | ($27.4) | ($35.8) | ($24.0) | ($14.0) | ($101.2) | ($10.3) | ($5.8) | ($16.8) | ($31.9) | ($64.8) | ($28.2) | ($25.6) | ($4.7) | ($37.1) | ($95.6) | ($64.2) |

Source: Company reports and TAG estimates.

Case 1:22-cv-06935-OEM-SDE    Document 71-39    Filed 02/23/24    Page 7 of 8 PageID #: 1400

**ADDENDUM**
**Important Disclosures:**

Valuation Method for Target Price: Price-to-Earnings, enterprise-value-to-EBITDA, P/E to growth, price to free cash flow, and discounted cash flow analysis.

Investment Risks: Telsey Advisory Group's (TAG's) equity research department covers consumer-focused sectors including apparel manufacturers, cannabis, children's and teen retailers, consumer electronics retailers, cosmetics, department stores, discounters, footwear, home furnishings retailers, home improvement retailers, internet, luxury goods, office supply retailers, off-price retailers, restaurants, specialty apparel retailers, sporting goods retailers, and supermarkets. Risks across or specific to one or more of these sectors include volatility of commodity costs, consumer spending, currency, rising interest rates, weaker consumer confidence and unemployment rates. Additionally, access to capital, supply chain disruptions, commodity costs, private label distribution, currency, geopolitical uncertainty, unfavorable government regulations, lack of appropriate real estate sites, and the use of the World Wide Web to sell merchandise represent unique industry risks.

**Analyst Certification**
The Research Analysts, Dana Telsey, Joshua Herrity, Robert Rosenhaus and Alexis Cooper, CFA, who prepared the research report hereby certify that the views expressed in this report accurately reflect the Analyst(s) personal views about the subject companies and their securities. The Research Analyst(s) also certify that the Analyst(s) have not been, are not, and will not be receiving direct or indirect compensation for expressing the specific recommendation(s) or view(s) in this report.

**Company Specific Disclosures**
TAG has acted as a manager or co-manager of a public offering of securities by Rent the Runway, Inc. in the last 12 months.

TAG received compensation from Rent the Runway, Inc. for investment banking services in the last 12 months.

**Rent the Runway, Inc. Rating History as of 09/12/2022**



powered by: BlueMatrix



* Telsey with ratings are effective as of 09/11/14

**Ratings Distribution & Investment Banking Disclosure**

| Rating | Count | Ratings Distribution | Count | *Investment Banking |
|---|---|---|---|---|
| OUTPERFORM | 63 | 67.02% | 15 | 23.81% |
| MARKET PERFORM | 30 | 31.91% | 1 | 3.33% |
| UNDERPERFORM | 1 | 1.06% | 0 | 0.00% |

**On 09-11-2014 TAG launched a three-tiered rating system of Outperform, Market Perform, and Underperform to evaluate its stocks under coverage. Price targets continue to be used in conjunction with the new rating system.**

**Ratings Definition and Distribution**

Our recommendation system is based on a stock's expected total return relative to the industry universe over the next 12 months.

We divide stocks under coverage into three categories, each defined by a prospective rate of return:

**Outperform** – the stock is expected to outperform the average total return of the industry universe over the next 12 months.

**Market Perform** – the stock is expected to perform in line with the average total return of the industry universe over the next 12 months.

**Underperform** – the stock is expected to underperform the average total return of the industry universe over the next 12 months.

Case 1:22-cv-06935-OEM-SDE   Document 71-59   Filed 02/23/24   Page 8 of 8 PageID #: 1401

Disclosures required by United States laws and regulations

See company-specific regulatory disclosures above for any of the following disclosures required as to companies referred to in this report: manager or co-manager in a pending transaction; 1% or other ownership; compensation for certain services; types of client relationships; managed/co-managed public offerings in prior periods; directorships; market making and/or specialist role.

The following are additional required disclosures:

Ownership and material conflicts of interest: TAG prohibits its analysts, professionals reporting to analysts and members of their households from owning securities of any company in the analyst's area of coverage.

Analyst compensation: TAG's employees/analysts do not receive any compensation from subject companies for inclusion in our research. Analysts are paid in part based on the overall profitability of TAG which may include investment banking revenues.

Analyst as officer or director: TAG analysts, persons reporting to analysts or members of their households do not serve as officers, directors, advisory board members or employees of any of our subject companies in the analyst's area of coverage.

Investment banking activities: TAG provides investment banking, other non-investment banking securities related services, and non-securities services and may seek such relationships from subject companies.

TAG is a member of FINRA (http://www.finra.org) and SIPC (http://www.sipc.org).

Other Disclaimers

TAG is a registered broker dealer offering equity research, trading and investment banking services. The Equity Research Department of TAG produces and distributes research products to institutional clients of TAG. The research products are for institutional investors only. The research products may not contain information necessary for others to make investment decisions. Consult your financial adviser or an investment professional if you are not an institutional investor. This research is based on current public information that we consider reliable. We seek to update our research as appropriate. Other than certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the analyst's judgment. TAG updates research reports as it deems appropriate, based on developments with the subject company, the sector or the market that may have a material impact on the research views or opinions of TAG analysts. All TAG publications are prepared in accordance with TAG compliance and conflict management policies. TAG is committed to the integrity, objectivity, and independence of our research. Our salespeople, traders, and other professionals may provide oral or written market commentary or trading strategies to our clients, which may reflect opinions that are contrary to the opinions expressed in this research. This research is not an offer to sell or the solicitation of an offer to buy any security in any jurisdiction where such an offer or solicitation would be illegal. These publications are furnished for informational purposes only and on the condition that it will not form the sole basis for any investment decision. Any opinion contained herein may not be suitable for all investors or investment decisions. Each investor must make its own determination of the appropriateness of an investment in any company referred to herein based on considerations applicable to such investor and its own investment strategy. By virtue of these publications, neither TAG nor any of its employees, nor any data provider or any of its employees shall be responsible for any investment decision. The price and value of the investments referred to in this research and the income from them may fluctuate. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. All research reports made available to clients are simultaneously available on our website, https://telseylibrary.bluematrix.com/. Not all research content is redistributed, e-mailed or made available to third-party aggregators. For all research reports available on a particular stock, please contact your sales representative.

TAG publications may not be reproduced, distributed, or published without the prior consent of TAG.

© 2022. All rights reserved by Telsey Advisory Group. Telsey Advisory Group and its logo are registered trademarks of Telsey Advisory Group LLC.