# Ex. 64 – RTR Late Return Webpage





Help Center › One-Time Rentals

🔍 Search the knowledgebase...

# What happens if I return my one-time rental late?

When you return something late, it means the next person who was planning on wearing that style no longer can.

Returns must be dropped off with the shipping carrier noted on your return label by 12pm on or before the return date specified in your order. You are liable for any late fees incurred, regardless of any third party involved with the return. Do not leave your returns with any third party (for example, your hotel, mailroom or friend).

If you lose your return label or packaging, you can return your items in any box or mailer, and you can generate a new return label by following the steps [here](#).

Late fee(s) of up to $50 per day will be charged to your card on file for each order that is not returned on time.

If you have not returned a rental item within 7 days after the return date, your late return will be considered a non-return and Rent the Runway will charge your payment method on file the then current "to buy" price + tax for each item minus previously paid late fees and sales tax.