# Ex. 65 – Competitor Stock Chart

**EXHIBIT 65**
**STOCK PRICE COMPARISON OF RTR AND COMPETITORS**

