# Ex. 66 – Historical Stock Price List

Finance Home    Watchlists    My Portfolio    Markets    News    Videos    Yahoo Finance Plus ⓎＰ    Screeners    •••

## Rent the Runway, Inc. (RENT)

NasdaqGS - NasdaqGS Real Time Price. Currency in USD

Follow    Visitors trend  2W ↑  10W ↑  9M ↑

Quote Lookup

**0.6041**  -0.0084 (-1.3714%)    **0.6280**  +0.02 (+3.96%)
At close: 04:00PM EDT    After hours: 06:48PM EDT

Summary    Company Insights ⓎＰ    Chart    Conversations    Statistics    **Historical Data**    Profile    Financials    Analysis    Options    Holders    Sustainability

◄ ▬▬▬▬▬▬▬▬▬▬▬▬ ►

Time Period: Oct 27, 2021 - Sep 13, 2022 ⌄    Show: Historical Prices ⌄    Frequency: Daily ⌄

Apply

Currency in USD    ↓ Download

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|------|------|------|-----|--------|-------------|--------|
| Sep 13, 2022 | 3.4000 | 3.7400 | 2.9800 | 3.0200 | 3.0200 | 10,344,300 |
| Sep 12, 2022 | 4.5300 | 5.0000 | 4.5100 | 4.9300 | 4.9300 | 2,332,300 |
| Sep 09, 2022 | 4.3100 | 4.5200 | 4.3100 | 4.4800 | 4.4800 | 396,000 |
| Sep 08, 2022 | 3.9700 | 4.2700 | 3.9200 | 4.2400 | 4.2400 | 652,700 |
| Sep 07, 2022 | 3.8400 | 4.0500 | 3.7700 | 4.0300 | 4.0300 | 446,000 |
| Sep 06, 2022 | 3.9900 | 3.9900 | 3.7500 | 3.7900 | 3.7900 | 645,600 |
| Sep 02, 2022 | 4.3200 | 4.3200 | 3.8200 | 3.8700 | 3.8700 | 1,057,000 |
| Sep 01, 2022 | 4.4100 | 4.4200 | 4.1500 | 4.1900 | 4.1900 | 605,000 |
| Aug 31, 2022 | 4.7500 | 4.7500 | 4.3950 | 4.4500 | 4.4500 | 709,800 |
| Aug 30, 2022 | 5.0500 | 5.1300 | 4.5600 | 4.7000 | 4.7000 | 721,700 |
| Aug 29, 2022 | 5.2200 | 5.3600 | 4.9900 | 5.0200 | 5.0200 | 498,300 |
| Aug 26, 2022 | 5.7000 | 5.7400 | 5.2300 | 5.2600 | 5.2600 | 558,200 |
| Aug 25, 2022 | 5.5400 | 5.7400 | 5.4600 | 5.7100 | 5.7100 | 427,100 |
| Aug 24, 2022 | 5.5400 | 5.7400 | 5.4800 | 5.5000 | 5.5000 | 339,900 |
| Aug 23, 2022 | 5.3100 | 5.7100 | 5.3100 | 5.5300 | 5.5300 | 1,174,600 |
| Aug 22, 2022 | 5.0700 | 5.3700 | 5.0500 | 5.3400 | 5.3400 | 1,098,600 |
| Aug 19, 2022 | 5.2100 | 5.2700 | 5.0600 | 5.2400 | 5.2400 | 727,600 |
| Aug 18, 2022 | 5.1400 | 5.4200 | 4.9590 | 5.3900 | 5.3900 | 430,300 |
| Aug 17, 2022 | 5.3300 | 5.4500 | 5.1100 | 5.1600 | 5.1600 | 754,500 |
| Aug 16, 2022 | 5.1000 | 5.6600 | 4.8100 | 5.4800 | 5.4800 | 1,409,600 |

*Close price adjusted for splits.    **Adjusted close price adjusted for splits and dividend and/or capital gain distributions.

yahoo!finance

NEW: EXPERIENCE OUR BEST CHARTS YET.

Explore new charts

**People Also Watch**

| Symbol | Last Price | Change | % Change |
|--------|-----------|--------|----------|
| **BIRD** Allbirds, Inc. | 0.9200 | -0.0286 | -3.01% |
| **TDUP** ThredUp Inc. | 2.8100 | -0.0800 | -2.77% |
| **WRBY** Warby Parker Inc. | 14.00 | -0.22 | -1.55% |
| **SG** Sweetgreen, Inc. | 10.92 | 0.00 | 0.00% |
| **CURV** | 2.4300 | +0.1800 | +8.00% |

Finance Home      Watchlists      My Portfolio      Markets      News      Videos    Yahoo Finance Plus      Screeners      ...

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| Aug 15, 2022 | 5.2400 | 5.3100 | 5.0600 | 5.1600 | 5.1600 | 484,300 |
| Aug 12, 2022 | 5.3800 | 5.3800 | 5.2000 | 5.2900 | 5.2900 | 489,200 |
| Aug 11, 2022 | 5.3400 | 5.6800 | 5.2500 | 5.3100 | 5.3100 | 668,800 |
| Aug 10, 2022 | 5.3000 | 5.3200 | 5.0000 | 5.2100 | 5.2100 | 458,500 |
| Aug 09, 2022 | 5.2300 | 5.3100 | 4.9900 | 5.1300 | 5.1300 | 1,485,500 |
| Aug 08, 2022 | 4.7900 | 5.4000 | 4.6800 | 5.3400 | 5.3400 | 1,044,300 |
| Aug 05, 2022 | 4.7600 | 4.7600 | 4.4900 | 4.6900 | 4.6900 | 517,900 |
| Aug 04, 2022 | 4.6500 | 4.7600 | 4.5200 | 4.6300 | 4.6300 | 740,000 |
| Aug 03, 2022 | 4.7000 | 4.9600 | 4.6700 | 4.7200 | 4.7200 | 365,400 |
| Aug 02, 2022 | 4.5000 | 4.6500 | 4.4800 | 4.5900 | 4.5900 | 377,100 |
| Aug 01, 2022 | 4.4300 | 4.7300 | 4.3900 | 4.5800 | 4.5800 | 594,300 |
| Jul 29, 2022 | 4.4300 | 4.9000 | 4.3500 | 4.4400 | 4.4400 | 688,200 |
| Jul 28, 2022 | 4.3300 | 4.4400 | 4.1200 | 4.4200 | 4.4200 | 345,300 |
| Jul 27, 2022 | 4.1300 | 4.3900 | 4.1200 | 4.3300 | 4.3300 | 715,400 |
| Jul 26, 2022 | 4.0900 | 4.1900 | 3.8050 | 4.0500 | 4.0500 | 404,900 |
| Jul 25, 2022 | 4.2100 | 4.2600 | 4.0410 | 4.1900 | 4.1900 | 310,700 |
| Jul 22, 2022 | 4.6400 | 4.6400 | 4.1550 | 4.2100 | 4.2100 | 484,400 |
| Jul 21, 2022 | 4.6000 | 4.6300 | 4.3000 | 4.6300 | 4.6300 | 502,200 |
| Jul 20, 2022 | 4.3700 | 4.9300 | 4.2000 | 4.5700 | 4.5700 | 942,500 |
| Jul 19, 2022 | 3.9300 | 4.4800 | 3.9300 | 4.4100 | 4.4100 | 1,369,500 |
| Jul 18, 2022 | 3.8000 | 3.9700 | 3.7900 | 3.8300 | 3.8300 | 665,100 |
| Jul 15, 2022 | 3.5600 | 3.7600 | 3.4000 | 3.7300 | 3.7300 | 698,800 |
| Jul 14, 2022 | 3.4800 | 3.6000 | 3.4200 | 3.4900 | 3.4900 | 416,200 |
| Jul 13, 2022 | 3.7900 | 3.9000 | 3.5500 | 3.5500 | 3.5500 | 497,200 |
| Jul 12, 2022 | 3.7200 | 3.9400 | 3.7200 | 3.9300 | 3.9300 | 613,200 |
| Jul 11, 2022 | 3.8000 | 3.8900 | 3.6100 | 3.7300 | 3.7300 | 572,800 |
| Jul 08, 2022 | 3.6700 | 3.9950 | 3.6600 | 3.9100 | 3.9100 | 737,700 |
| Jul 07, 2022 | 3.5500 | 3.7800 | 3.4400 | 3.7500 | 3.7500 | 733,900 |
| Jul 06, 2022 | 3.4200 | 3.5600 | 3.3400 | 3.5200 | 3.5200 | 439,300 |
| Jul 05, 2022 | 3.0700 | 3.5000 | 2.9900 | 3.4100 | 3.4100 | 885,700 |
| Jul 01, 2022 | 3.0600 | 3.1800 | 3.0100 | 3.1100 | 3.1100 | 620,000 |
| Jun 30, 2022 | 3.3800 | 3.3800 | 3.0400 | 3.0700 | 3.0700 | 883,800 |
| Jun 29, 2022 | 3.3000 | 3.3850 | 3.2000 | 3.2900 | 3.2900 | 439,600 |
| Jun 28, 2022 | 3.5500 | 3.6000 | 3.2900 | 3.2900 | 3.2900 | 643,400 |
| Jun 27, 2022 | 3.8600 | 3.9700 | 3.4800 | 3.4800 | 3.4800 | 846,500 |
| Jun 24, 2022 | 3.5100 | 3.9100 | 3.4500 | 3.8500 | 3.8500 | 5,002,600 |

*Close price adjusted for splits.    **Adjusted close price adjusted for splits and dividend and/or capital gain distributions.

### Similar to RENT

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| **BIRD** Allbirds, Inc. | 0.9200 | -0.0286 | -3.01% |
| **SFIX** Stitch Fix, Inc. | 3.3900 | +0.0500 | +1.50% |
| **CURV** Torrid Holdings Inc. | 2.4300 | +0.1800 | +8.00% |
| **VSCO** Victoria's Secret & Co. | 19.45 | +1.45 | +8.06% |
| **ZUMZ** Zumiez Inc. | 17.01 | -0.21 | -1.22% |

**Finance Home**    **Watchlists**    **My Portfolio**    **Markets**    **News**    **Videos**    **Yahoo Finance Plus** 🅥⁺    **Screeners**    •••

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| Jun 23, 2022 | 3.4000 | 3.6000 | 3.3700 | 3.4900 | 3.4900 | 691,200 |
| Jun 22, 2022 | 3.3400 | 3.5100 | 3.3050 | 3.3900 | 3.3900 | 680,600 |
| Jun 21, 2022 | 3.2700 | 3.5700 | 3.2700 | 3.3600 | 3.3600 | 965,900 |
| Jun 17, 2022 | 3.1200 | 3.2400 | 3.0000 | 3.2100 | 3.2100 | 1,330,600 |
| Jun 16, 2022 | 3.3000 | 3.3050 | 3.0200 | 3.1100 | 3.1100 | 1,380,800 |
| Jun 15, 2022 | 3.2700 | 3.4800 | 3.2300 | 3.3600 | 3.3600 | 2,045,400 |
| Jun 14, 2022 | 3.2800 | 3.3400 | 3.1300 | 3.2200 | 3.2200 | 1,125,300 |
| Jun 13, 2022 | 3.1900 | 3.3480 | 3.0500 | 3.1400 | 3.1400 | 1,221,100 |
| Jun 10, 2022 | 3.6900 | 4.2400 | 3.3400 | 3.3900 | 3.3900 | 8,405,100 |
| Jun 09, 2022 | 3.8300 | 3.8300 | 3.3600 | 3.5300 | 3.5300 | 2,305,300 |
| Jun 08, 2022 | 4.0200 | 4.0820 | 3.6100 | 3.7300 | 3.7300 | 1,873,900 |
| Jun 07, 2022 | 4.3000 | 4.3100 | 3.8400 | 4.0600 | 4.0600 | 1,194,100 |
| Jun 06, 2022 | 4.5200 | 4.5700 | 4.3700 | 4.4500 | 4.4500 | 825,600 |
| Jun 03, 2022 | 4.3700 | 4.4600 | 4.2300 | 4.4200 | 4.4200 | 621,100 |
| Jun 02, 2022 | 4.0400 | 4.5400 | 4.0400 | 4.4900 | 4.4900 | 589,500 |
| Jun 01, 2022 | 4.3700 | 4.3950 | 4.0500 | 4.0600 | 4.0600 | 445,900 |
| May 31, 2022 | 4.4400 | 4.5100 | 4.2700 | 4.3300 | 4.3300 | 677,600 |
| May 27, 2022 | 3.7500 | 4.4300 | 3.7500 | 4.4000 | 4.4000 | 1,658,500 |
| May 26, 2022 | 3.5000 | 3.7350 | 3.4600 | 3.6800 | 3.6800 | 1,652,600 |
| May 25, 2022 | 3.2000 | 3.5100 | 3.2000 | 3.4900 | 3.4900 | 752,000 |
| May 24, 2022 | 3.6000 | 3.6200 | 3.2300 | 3.2600 | 3.2600 | 1,097,700 |
| May 23, 2022 | 3.8600 | 3.9200 | 3.5300 | 3.7000 | 3.7000 | 1,406,200 |
| May 20, 2022 | 4.2300 | 4.3000 | 3.7100 | 3.8600 | 3.8600 | 1,495,300 |
| May 19, 2022 | 4.1600 | 4.3000 | 4.0000 | 4.2000 | 4.2000 | 1,675,900 |
| May 18, 2022 | 3.7900 | 4.2300 | 3.7900 | 4.2100 | 4.2100 | 1,214,200 |
| May 17, 2022 | 4.0800 | 4.2350 | 3.9600 | 4.1800 | 4.1800 | 905,200 |
| May 16, 2022 | 4.0000 | 4.0800 | 3.6900 | 3.9600 | 3.9600 | 1,568,400 |
| May 13, 2022 | 4.4400 | 4.4490 | 4.0050 | 4.0700 | 4.0700 | 1,130,800 |
| May 12, 2022 | 4.8300 | 4.8800 | 4.0600 | 4.1400 | 4.1400 | 2,299,100 |
| May 11, 2022 | 5.4600 | 5.5900 | 4.9400 | 4.9800 | 4.9800 | 1,311,200 |
| May 10, 2022 | 5.8000 | 5.9200 | 5.4900 | 5.5700 | 5.5700 | 827,500 |
| May 09, 2022 | 5.9100 | 6.3100 | 5.4900 | 5.6200 | 5.6200 | 1,373,400 |
| May 06, 2022 | 6.2900 | 6.3800 | 5.9900 | 6.1000 | 6.1000 | 1,051,900 |
| May 05, 2022 | 6.6000 | 6.6600 | 6.2600 | 6.3800 | 6.3800 | 651,800 |
| May 04, 2022 | 6.4100 | 6.7100 | 6.1200 | 6.6400 | 6.6400 | 918,000 |
| May 03, 2022 | 6.4700 | 6.5700 | 6.1400 | 6.3700 | 6.3700 | 930,300 |

*Close price adjusted for splits.    **Adjusted close price adjusted for splits and dividend and/or capital gain distributions.

Data Disclaimer  Help  Suggestions
Terms and Privacy Policy
Your Privacy Choices  ✅❌
About Our Ads  Sitemap
© 2023 Yahoo. All rights reserved.

| | | | | | | |
|---|---|---|---|---|---|---|
| May 02, 2022 | 6.2700 | 6.4500 | 6.1000 | 6.4300 | 6.4300 | 885,800 |
| Apr 29, 2022 | 6.3300 | 6.7200 | 6.2700 | 6.3400 | 6.3400 | 775,100 |
| Apr 28, 2022 | 6.2600 | 6.4900 | 6.0100 | 6.4500 | 6.4500 | 764,500 |
| Apr 27, 2022 | 5.9000 | 6.2000 | 5.8250 | 6.1100 | 6.1100 | 740,200 |
| Apr 26, 2022 | 5.8300 | 6.2100 | 5.7400 | 5.8900 | 5.8900 | 660,300 |
| Apr 25, 2022 | 5.4700 | 6.0500 | 5.4700 | 5.8700 | 5.8700 | 991,300 |
| Apr 22, 2022 | 5.6000 | 5.7900 | 5.4700 | 5.5500 | 5.5500 | 764,800 |
| Apr 21, 2022 | 5.8200 | 6.1000 | 5.4800 | 5.6800 | 5.6800 | 595,000 |
| Apr 20, 2022 | 5.9500 | 6.1100 | 5.6000 | 5.7500 | 5.7500 | 639,600 |
| Apr 19, 2022 | 5.6800 | 5.9400 | 5.5000 | 5.9000 | 5.9000 | 887,800 |
| Apr 18, 2022 | 5.7000 | 5.7900 | 5.3800 | 5.6500 | 5.6500 | 1,453,000 |
| Apr 14, 2022 | 5.6700 | 5.8800 | 5.3600 | 5.7200 | 5.7200 | 2,023,800 |
| Apr 13, 2022 | 5.4700 | 5.8400 | 5.2400 | 5.7200 | 5.7200 | 2,212,900 |
| Apr 12, 2022 | 5.2800 | 5.7400 | 5.2320 | 5.3600 | 5.3600 | 877,200 |
| Apr 11, 2022 | 5.4200 | 5.4200 | 5.1200 | 5.2000 | 5.2000 | 613,100 |
| Apr 08, 2022 | 5.4400 | 5.6050 | 5.2100 | 5.4200 | 5.4200 | 972,800 |
| Apr 07, 2022 | 5.7300 | 5.7490 | 5.1800 | 5.5100 | 5.5100 | 672,100 |
| Apr 06, 2022 | 6.1300 | 6.1300 | 5.3700 | 5.6800 | 5.6800 | 1,523,600 |
| Apr 05, 2022 | 6.8800 | 6.9500 | 6.2500 | 6.2700 | 6.2700 | 769,800 |
| Apr 04, 2022 | 6.5100 | 7.1000 | 6.3200 | 6.8500 | 6.8500 | 812,100 |
| Apr 01, 2022 | 7.0000 | 7.0000 | 6.2900 | 6.5200 | 6.5200 | 915,800 |
| Mar 31, 2022 | 6.7700 | 6.9300 | 6.4000 | 6.8900 | 6.8900 | 642,800 |
| Mar 30, 2022 | 6.6200 | 7.1000 | 6.5100 | 6.7400 | 6.7400 | 638,700 |
| Mar 29, 2022 | 6.5700 | 6.8400 | 6.2200 | 6.6500 | 6.6500 | 792,700 |
| Mar 28, 2022 | 6.1500 | 6.4800 | 6.0200 | 6.4300 | 6.4300 | 746,100 |
| Mar 25, 2022 | 6.1900 | 6.2000 | 5.9100 | 6.1400 | 6.1400 | 545,600 |
| Mar 24, 2022 | 6.5200 | 6.6000 | 5.8250 | 5.9900 | 5.9900 | 979,300 |
| Mar 23, 2022 | 6.4000 | 6.6980 | 6.2600 | 6.4900 | 6.4900 | 582,800 |
| Mar 22, 2022 | 6.0100 | 6.8100 | 6.0100 | 6.7700 | 6.7700 | 667,700 |
| Mar 21, 2022 | 6.8000 | 6.8000 | 5.9000 | 6.0200 | 6.0200 | 847,100 |
| Mar 18, 2022 | 5.8700 | 7.4900 | 5.8200 | 6.7500 | 6.7500 | 2,784,900 |
| Mar 17, 2022 | 5.2700 | 5.6800 | 5.2500 | 5.6600 | 5.6600 | 589,100 |
| Mar 16, 2022 | 5.3300 | 5.5000 | 5.2000 | 5.3700 | 5.3700 | 366,000 |
| Mar 15, 2022 | 4.9900 | 5.3600 | 4.8600 | 5.2200 | 5.2200 | 291,300 |
| Mar 14, 2022 | 5.1400 | 5.1900 | 4.8000 | 4.9000 | 4.9000 | 410,300 |
| Mar 11, 2022 | 5.4200 | 5.4700 | 5.1200 | 5.1700 | 5.1700 | 214,700 |

*Close price adjusted for splits.      **Adjusted close price adjusted for splits and dividend and/or capital gain distributions.

**Finance Home**    **Watchlists**    **My Portfolio**    **Markets**    **News**    **Videos**    **Yahoo Finance Plus** ⓥ⁺    **Screeners**                · · ·

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| Mar 10, 2022 | 5.4000 | 5.4200 | 5.1350 | 5.3700 | 5.3700 | 312,800 |
| Mar 09, 2022 | 5.3600 | 5.6200 | 5.2500 | 5.4800 | 5.4800 | 308,000 |
| Mar 08, 2022 | 5.2000 | 5.5900 | 5.0400 | 5.2900 | 5.2900 | 378,500 |
| Mar 07, 2022 | 5.2200 | 5.4700 | 5.0600 | 5.1800 | 5.1800 | 612,400 |
| Mar 04, 2022 | 5.4600 | 5.5300 | 5.2100 | 5.2400 | 5.2400 | 237,600 |
| Mar 03, 2022 | 5.8300 | 5.8300 | 5.4400 | 5.4900 | 5.4900 | 274,700 |
| Mar 02, 2022 | 5.7400 | 6.0500 | 5.5600 | 5.7700 | 5.7700 | 365,700 |
| Mar 01, 2022 | 6.0200 | 6.1500 | 5.6800 | 5.7600 | 5.7600 | 309,800 |
| Feb 28, 2022 | 6.1200 | 6.2800 | 5.9500 | 6.0700 | 6.0700 | 312,500 |
| Feb 25, 2022 | 5.9500 | 6.1800 | 5.6580 | 6.1200 | 6.1200 | 513,900 |
| Feb 24, 2022 | 4.9900 | 5.9400 | 4.9800 | 5.9000 | 5.9000 | 538,700 |
| Feb 23, 2022 | 5.5100 | 5.6800 | 5.3000 | 5.3800 | 5.3800 | 328,900 |
| Feb 22, 2022 | 5.6400 | 5.7600 | 5.2400 | 5.4400 | 5.4400 | 391,200 |
| Feb 18, 2022 | 5.7000 | 5.7700 | 5.5600 | 5.5600 | 5.5600 | 592,500 |
| Feb 17, 2022 | 5.5800 | 5.8200 | 5.5700 | 5.7950 | 5.7950 | 439,600 |
| Feb 16, 2022 | 6.1900 | 6.2000 | 5.5000 | 5.5500 | 5.5500 | 668,600 |
| Feb 15, 2022 | 5.9100 | 6.3200 | 5.8500 | 6.1900 | 6.1900 | 384,100 |
| Feb 14, 2022 | 5.7000 | 6.0650 | 5.7000 | 5.7900 | 5.7900 | 234,500 |
| Feb 11, 2022 | 6.0000 | 6.1960 | 5.6000 | 5.8000 | 5.8000 | 523,300 |
| Feb 10, 2022 | 5.9500 | 6.5300 | 5.8300 | 6.0100 | 6.0100 | 767,000 |
| Feb 09, 2022 | 6.2700 | 6.3200 | 5.9200 | 6.1100 | 6.1100 | 442,600 |
| Feb 08, 2022 | 5.5500 | 6.1100 | 5.4000 | 6.0600 | 6.0600 | 477,800 |
| Feb 07, 2022 | 5.4800 | 5.8240 | 5.3500 | 5.5900 | 5.5900 | 748,200 |
| Feb 04, 2022 | 5.0300 | 5.5000 | 4.7100 | 5.4300 | 5.4300 | 1,102,800 |
| Feb 03, 2022 | 4.9900 | 5.3900 | 4.9300 | 4.9900 | 4.9900 | 737,000 |
| Feb 02, 2022 | 5.9300 | 5.9300 | 4.9800 | 5.1000 | 5.1000 | 1,481,900 |
| Feb 01, 2022 | 5.9200 | 5.9500 | 5.4600 | 5.9200 | 5.9200 | 1,087,300 |
| Jan 31, 2022 | 5.1700 | 6.0200 | 5.1200 | 5.7700 | 5.7700 | 1,228,500 |
| Jan 28, 2022 | 4.8800 | 5.1900 | 4.6400 | 5.1800 | 5.1800 | 717,800 |
| Jan 27, 2022 | 5.0800 | 5.3300 | 4.8300 | 4.8700 | 4.8700 | 709,500 |
| Jan 26, 2022 | 5.3400 | 5.6000 | 4.9200 | 5.0400 | 5.0400 | 953,200 |
| Jan 25, 2022 | 5.1900 | 5.4900 | 5.0700 | 5.1900 | 5.1900 | 774,600 |
| Jan 24, 2022 | 4.6100 | 5.3900 | 4.3700 | 5.3500 | 5.3500 | 1,878,800 |
| Jan 21, 2022 | 4.9700 | 5.1100 | 4.6500 | 4.7300 | 4.7300 | 1,095,900 |
| Jan 20, 2022 | 5.2400 | 5.6400 | 4.9600 | 5.0100 | 5.0100 | 703,500 |
| Jan 19, 2022 | 5.1900 | 5.5400 | 5.0100 | 5.2100 | 5.2100 | 1,028,900 |

*Close price adjusted for splits.    **Adjusted close price adjusted for splits and dividend and/or capital gain distributions.

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| Jan 18, 2022 | 5.3700 | 5.4900 | 5.0100 | 5.0500 | 5.0500 | 1,213,600 |
| Jan 14, 2022 | 5.6500 | 5.7950 | 5.2450 | 5.4300 | 5.4300 | 1,102,900 |
| Jan 13, 2022 | 6.3800 | 6.5100 | 5.6900 | 5.7100 | 5.7100 | 730,100 |
| Jan 12, 2022 | 6.8000 | 6.9600 | 6.3700 | 6.3800 | 6.3800 | 605,100 |
| Jan 11, 2022 | 6.5500 | 6.9000 | 6.3600 | 6.7000 | 6.7000 | 1,098,500 |
| Jan 10, 2022 | 6.5200 | 6.6800 | 6.0950 | 6.6600 | 6.6600 | 1,905,500 |
| Jan 07, 2022 | 7.4600 | 7.5000 | 6.5550 | 6.6200 | 6.6200 | 1,200,000 |
| Jan 06, 2022 | 7.2500 | 7.5800 | 6.9100 | 7.4200 | 7.4200 | 1,054,700 |
| Jan 05, 2022 | 7.8700 | 8.1500 | 7.0700 | 7.3100 | 7.3100 | 1,044,100 |
| Jan 04, 2022 | 8.4000 | 8.5000 | 7.5800 | 7.9400 | 7.9400 | 849,900 |
| Jan 03, 2022 | 8.3000 | 8.5100 | 7.9000 | 8.4000 | 8.4000 | 483,200 |
| Dec 31, 2021 | 8.3600 | 8.6600 | 8.0800 | 8.1500 | 8.1500 | 449,800 |
| Dec 30, 2021 | 8.1200 | 8.7500 | 8.1200 | 8.3800 | 8.3800 | 579,900 |
| Dec 29, 2021 | 8.0400 | 8.3600 | 7.6900 | 8.2900 | 8.2900 | 702,800 |
| Dec 28, 2021 | 8.9400 | 9.1900 | 7.8700 | 8.0400 | 8.0400 | 1,139,500 |
| Dec 27, 2021 | 8.8100 | 9.2000 | 8.6000 | 8.9400 | 8.9400 | 394,900 |
| Dec 23, 2021 | 8.4600 | 9.2450 | 8.2410 | 8.8000 | 8.8000 | 789,000 |
| Dec 22, 2021 | 8.8500 | 9.1200 | 8.3000 | 8.4000 | 8.4000 | 561,300 |
| Dec 21, 2021 | 8.9000 | 9.2000 | 8.6800 | 8.8600 | 8.8600 | 584,700 |
| Dec 20, 2021 | 8.6400 | 9.1800 | 8.4600 | 8.6900 | 8.6900 | 924,800 |
| Dec 17, 2021 | 8.9100 | 9.0500 | 8.0600 | 8.6400 | 8.6400 | 4,673,400 |
| Dec 16, 2021 | 9.8900 | 10.7400 | 8.8000 | 8.8900 | 8.8900 | 1,709,700 |
| Dec 15, 2021 | 9.6800 | 9.9900 | 8.9100 | 9.9100 | 9.9100 | 1,986,600 |
| Dec 14, 2021 | 9.7000 | 10.1490 | 9.4700 | 9.8000 | 9.8000 | 1,126,400 |
| Dec 13, 2021 | 10.1900 | 10.4100 | 9.5600 | 9.6800 | 9.6800 | 945,500 |
| Dec 10, 2021 | 11.0000 | 11.2650 | 9.5000 | 10.1100 | 10.1100 | 1,692,800 |
| Dec 09, 2021 | 10.4000 | 11.1800 | 9.8100 | 11.0200 | 11.0200 | 2,556,000 |
| Dec 08, 2021 | 12.5000 | 13.2400 | 11.3000 | 11.5000 | 11.5000 | 2,769,300 |
| Dec 07, 2021 | 11.6100 | 13.3700 | 11.1200 | 12.8100 | 12.8100 | 1,528,900 |
| Dec 06, 2021 | 12.2500 | 12.3500 | 10.8800 | 10.9900 | 10.9900 | 1,416,100 |
| Dec 03, 2021 | 12.9800 | 13.0000 | 11.5000 | 12.1300 | 12.1300 | 1,143,500 |
| Dec 02, 2021 | 12.1600 | 12.6200 | 12.0100 | 12.5800 | 12.5800 | 880,500 |
| Dec 01, 2021 | 14.0000 | 14.0000 | 12.1500 | 12.2500 | 12.2500 | 1,204,700 |
| Nov 30, 2021 | 14.5700 | 14.7900 | 13.0000 | 13.5200 | 13.5200 | 755,000 |
| Nov 29, 2021 | 15.7400 | 15.8800 | 14.3600 | 14.6000 | 14.6000 | 938,800 |
| Nov 26, 2021 | 15.5000 | 16.0000 | 15.1400 | 15.8800 | 15.8800 | 438,100 |

*Close price adjusted for splits.    **Adjusted close price adjusted for splits and dividend and/or capital gain distributions.

Case 1:22-cv-06935-OEM-SDE    Document 71-66    Filed 02/23/24    Page 8 of 8 PageID #: 1502

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| Nov 24, 2021 | 15.0000 | 16.3800 | 14.5200 | 15.8200 | 15.8200 | 932,000 |
| Nov 23, 2021 | 16.0000 | 16.9900 | 15.0000 | 15.0000 | 15.0000 | 1,286,800 |
| Nov 22, 2021 | 17.4000 | 18.4600 | 15.7800 | 15.9200 | 15.9200 | 1,773,100 |
| Nov 19, 2021 | 16.5200 | 16.8900 | 16.0000 | 16.2000 | 16.2000 | 391,800 |
| Nov 18, 2021 | 16.1700 | 16.9500 | 16.0300 | 16.3200 | 16.3200 | 354,700 |
| Nov 17, 2021 | 15.5900 | 16.4900 | 15.3500 | 16.4000 | 16.4000 | 411,400 |
| Nov 16, 2021 | 16.0000 | 16.4850 | 15.4900 | 15.5800 | 15.5800 | 475,100 |
| Nov 15, 2021 | 17.0600 | 17.6100 | 16.0000 | 16.0400 | 16.0400 | 771,600 |
| Nov 12, 2021 | 18.0800 | 18.3900 | 17.0000 | 17.0600 | 17.0600 | 509,700 |
| Nov 11, 2021 | 17.1000 | 18.3600 | 17.0300 | 17.9400 | 17.9400 | 574,800 |
| Nov 10, 2021 | 18.6000 | 18.6000 | 16.5100 | 17.0900 | 17.0900 | 2,440,100 |
| Nov 09, 2021 | 18.1200 | 18.6100 | 17.1300 | 18.1800 | 18.1800 | 851,900 |
| Nov 08, 2021 | 16.5000 | 18.0600 | 16.2600 | 17.8300 | 17.8300 | 598,900 |
| Nov 05, 2021 | 16.3300 | 16.7200 | 16.0190 | 16.6400 | 16.6400 | 757,000 |
| Nov 04, 2021 | 15.5200 | 16.2810 | 15.5200 | 16.0300 | 16.0300 | 462,600 |
| Nov 03, 2021 | 16.0600 | 16.1500 | 15.0590 | 15.8700 | 15.8700 | 1,034,900 |
| Nov 02, 2021 | 17.7500 | 17.7500 | 16.0000 | 16.0100 | 16.0100 | 1,143,700 |
| Nov 01, 2021 | 17.4900 | 17.6100 | 16.5000 | 16.8500 | 16.8500 | 1,201,800 |
| Oct 29, 2021 | 18.7300 | 19.2500 | 17.0200 | 17.2500 | 17.2500 | 1,691,500 |
| Oct 28, 2021 | 19.6100 | 19.6800 | 18.8500 | 18.8500 | 18.8500 | 1,744,200 |

*Close price adjusted for splits.    **Adjusted close price adjusted for splits and dividend and/or capital gain distributions.