**ANNEX D:**
**GRAPH OF RTR'S QUARTERLY PERFORMANCE[1]**



[1] Source: Ex. 11 at 11; Ex. 15 at 2-3, 106, 139; Ex. 20 at 105-106; Ex. 24 at 1, 7; Ex. 41 at 1-2, 8; Ex. 45 at 1-2, 7; Ex. 50 at 1-2, 8; Ex. 61 at 1-2, 8.