**ANNEX E:**
**RTR's Performance – Pre-Pandemic versus Post-IPO[1]**

|  | Total Subscribers | | Active Subscribers | | Revenue | |
|---|---|---|---|---|---|---|
|  | *2019* | *2022* | *2019* | *2022* | *2019* | *2022* |
| **Q1** | 111,000 | 177,213 | 101,607 | 134,998 | $55.4 million | $67.1 million |
| **Q2** | 118,000 | 173,321 | 106,192 | 124,131 | $63.4 million | $76.5 million |
| **Q3** | 130,000 | 176,167 | 118,827 | 134,240 | $64.3 million | $77.4 million |

[1] Source: Ex. 11 at 11; Ex. 15 at 2-3, 106, 139; Ex. 20 at 105-106; Ex. 41 at 1-2, 8; Ex. 45 at 1-2, 7; Ex. 50 at 1-2, 8; Ex. 61 at 1-2, 8.