**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RAJAT SHARMA, Individually and on Behalf of All Others Similarly Situated, <br><br>                                  Plaintiff, <br><br>      -v.- <br><br> RENT THE RUNWAY, INC., JENNIFER Y. HYMAN, SCARLETT O'SULLIVAN, TIM BIXBY, JENNIFER FLEISS, SCOTT FRIEND, MELANIE HARRIS, BETH KAPLAN, DAN NOVA, GWYNETH PALTROW, CARLEY RONEY, DAN ROSENSWEIG, MIKE ROTH, GOLDMAN SACHS & CO. LLC, MORGAN STANLEY & CO. LLC, BARCLAYS CAPITAL INC., CREDIT SUISSE SECURITIES (USA) LLC, PIPER SANDLER & CO., WELLS FARGO SECURITIES, LLC, JMP SECURITIES LLC, KEYBANC CAPITAL MARKETS INC., and TELSEY ADVISORY GROUP LLC, <br><br>                                 Defendants. | Case No. 1:22-cv-6935-OEM-VMS |

**DECLARATION OF MARY EATON IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE CORRECTED AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**

I, Mary Eaton, am a member of the Bar of this Court and a partner of the law firm of Freshfields Bruckhaus Deringer US LLP, counsel for Defendants Rent the Runway, Inc., Jennifer Y. Hyman, Scarlett O'Sullivan, Tim Bixby, Jennifer Fleiss, Scott Friend, Melanie Harris, Beth Kaplan, Dan Nova, Gwyneth Paltrow, Carley Roney, Dan Rosenweig, and Mike Roth in the above-captioned matter. I respectfully submit this declaration in Further Support of Defendants' Motion to Dismiss the Corrected Amended Class Action Complaint for Violations of the Federal Securities

Laws.  The facts set forth in this declaration are based on my personal knowledge, information, and belief, unless otherwise stated.

1.  Attached hereto as Exhibit 67 is a true and correct copy of an article, entitled "Impact of COVID-19 on FedEx/UPS Shipping Costs," published by AuditShipment.com on March 11, 2020, available at https://www.auditshipment.com/blog/impact-of-covid-19-on-fedex-ups-shipping-costs/.

2.  Attached hereto as Exhibit 68 is a true and correct copy of a press release entitled "Shipping Rates to Increase for FedEx Express, FedEx Ground and FedEx Freight Services," issued by FedEx on September 14, 2020, available at https://newsroom.fedex.com/newsroom/global-english/gri-2021.

3.  Attached hereto as Exhibit 69 is a true and correct copy of an article by Patrick Burnson, entitled "Convey Releases March Data for FedEx, UPS, USPS & Regional Carriers OnTime Performance," published by Supply Chain Management Review on April 14, 2021, available at https://www.scmr.com/article/convey_releases_march_data_for_fedex_ups_usps_regional_carriers_ontime_perf.

4.  Attached hereto as Exhibit 70 is a true and correct copy of an article by Jeff Berman, entitled, "Major carrier June on-time performance ratings are mixed, based on ShipMatrix data," published by Supply Chain 247 on July 29, 2021, available at https://www.supplychain247.com/article/major_carrier_june_on_time_performance_ratings_are_mixed_based_on_shipmatri/Ship Matrix.

5.  Attached hereto as Exhibit 71 is a true and correct copy of a press release entitled "Shipping Rates to Increase for FedEx Express, FedEx Ground, and FedEx Freight Services," issued by FedEx on September 20, 2021, available at https://newsroom.fedex.com/

newsroom/global-english/shipping-rates-to-increase-for-fedex-express-fedex-ground-and-fedex-freight-services-2.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

Dated:         February 23, 2024
               New York, New York

                                        */s/ Mary Eaton*
                                        Mary Eaton