# Ex. 68 – Sept. 14, 2020

# FedEx Press Release

# Shipping Rates to Increase for FedEx Express, FedEx Ground and FedEx Freight Services



**MEMPHIS, Tenn., September 14, 2020** — FedEx Express, FedEx Ground and FedEx Freight, subsidiaries of FedEx Corp. (NYSE: FDX), will increase shipping rates beginning January 4, 2021.

These rate changes enable FedEx to continue investing in service enhancement, fleet maintenance, technology innovations and other areas to serve customers more effectively and efficiently.

FedEx Express shipping rates will increase by an average of 4.9% for U.S. domestic, U.S. export and U.S. import services.

FedEx Ground and FedEx Home Delivery shipping rates will increase by an average of 4.9%. FedEx SmartPost shipping rates will also increase.

FedEx Freight shipping rates will increase by an average of 4.9% for customers who use FXF PZONE and FXF EZONE, and by 5.9% for customers who use FXF 1000 and FXF 501 for shipments within the U.S. (including Alaska, Hawaii, Puerto Rico and the U.S. Virgin Islands) and between the contiguous U.S. and Canada. FedEx Freight shipping rates will also increase for shipments within Canada, within Mexico, and between the contiguous U.S. and Mexico.

The list of delivery area surcharge U.S. ZIP codes for FedEx Express, FedEx Ground and FedEx SmartPost will also change beginning January 4, 2021.

The following FedEx Express, FedEx Ground and FedEx Freight surcharge changes will also take effect January 18, 2021:

- There will be changes to how Additional Handling Surcharge is assessed for FedEx Express and FedEx Ground packages.

- FedEx Freight will introduce a High Cost Service Area Surcharge applicable to shipments under a certain classification of base rates and within select U.S. ZIP Codes.

- Certain U.S. locations will be assessed an International Out-of-Delivery-Area Surcharge or an International Out-of-Pickup-Area Surcharge for FedEx International Express Freight® services.

Beginning February 1, 2021, there will be changes to how fuel surcharge is assessed for U.S. FedEx Express Freight shipments.

FedEx will implement a late fee for U.S. FedEx Express and FedEx Ground invoices not paid according to approved payment terms beginning January 2021.

Details of all changes to rates, surcharges and fees are available on the FedEx website at: http://fedex.com/rates2021.

**About FedEx Corp.**

FedEx Corp. (NYSE: FDX) provides customers and businesses worldwide with a broad portfolio of transportation, e-commerce and business services. With annual revenue of $69 billion, the company offers integrated business solutions through operating companies competing collectively and managed collaboratively, under the respected FedEx brand. Consistently ranked among the world's most admired and trusted employers, FedEx inspires its more than 500,000 team members to remain focused on safety, the highest ethical and professional standards and the needs of their customers and communities. To learn more about how FedEx connects people and possibilities around the world, please visit about.fedex.com.