# Ex. 70 – July 29, 2021

## *Supply Chain 247* Article

# Major carrier June on-time performance ratings are mixed, based on ShipMatrix data

Data recently provided to LM by ShipMatrix, a subsidiary of Pittsburgh-based SJ Consulting, pointed to mixed on-time performance (OTP) ranges, in June, for major parcel carriers, including UPS, FedEx, and the United States Postal Service (USPS).

For FedEx Ground, its June 2021 OTP came in at 85.0%, which was down compared to the 92.2% reading in June 2020. FedEx all services' OTP in June was 87.0%, down from 92.2% in June 2020.

In May 2020, its OTP was 91.3%, and it dropped to 87.2% in May 2021. ShipMatrix. Satish Jindel, president of SJ Consulting said last month that with FedEx experiencing a higher increase in volume, compared to UPS, it is understandable to face more challenges in achieving a higher OTP in May, such as was the case with its competitors.

UPS Ground June's OTP, at 95.5%, topped a 91.9% reading for June 2020, and UPS all services for June, at 95.6%, topped June 2020's 92.2%.

USPS's June OTP data, which includes combined First Class and Priority Mail package services, was at 96.1%, outpacing June 2020, at 91.7%.

"The industry continues to be challenged with balancing increased demand resulting from federal government's Covid-19 related stimulus payments and reduced ability to hire workers resulting from extension of unemployment benefits," said Satish Jindel, president of SJ Consulting. "With these two major factors changing by September, the shippers should see improvements in on-time performance for all three national parcel carriers. Most shippers (whether businesses or consumers) do not realize that carriers incur higher operating cost when their network is operating beyond capacity with then results in lower on-time performance and hence the carriers are even more incentivized to achieve OTP in high 90s."

ShipMatrix did not provide June OTP data for Amazon Logistics.

Amazon Logistics is a very different situation," noted Jindel. "It is not even apples and oranges, it is apples and pork. Over 95% of Amazon Logistics deliveries are within 100 miles of the fulfillment and hence it does not face the same challenges associated with moving parcels from west to east coast or from Chicago to Dallas."