# Ex. 71 – Sept. 20, 2021
# FedEx Press Release

# Shipping Rates to Increase for FedEx Express, FedEx Ground, and FedEx Freight Services



**MEMPHIS, Tenn., September 20, 2021** — FedEx Express, FedEx Ground, and FedEx Freight, subsidiaries of FedEx Corp. (NYSE: FDX), will increase shipping rates on January 3, 2022.

FedEx Express shipping rates will increase by an average of 5.9% for U.S. domestic, U.S. export, and U.S. import services.

FedEx Ground and FedEx Home Delivery shipping rates will increase by an average of 5.9%. FedEx Ground Economy shipping rates will also increase.

FedEx Freight shipping rates will increase by an average of 5.9% for customers who use FXF PZONE and FXF EZONE, and by 7.9% for customers who use FXF 1000 and 501. This change applies to shipments within the U.S. (including Alaska, Hawaii, Puerto Rico, and the U.S. Virgin Islands) and between the contiguous U.S. and Canada. FedEx Freight shipping rates will also increase for shipments within Canada, within Mexico, and between the contiguous U.S. and Mexico.

The following FedEx Express, FedEx Ground, FedEx Ground Economy, and FedEx Freight surcharge changes will also take effect in the coming months:

- Effective November 1, 2021, a fuel surcharge increase will be applied to FedEx Express (U.S. domestic package and freight services), FedEx Ground, and FedEx Freight shipments.

- Effective January 17, 2022, FedEx Freight will introduce a No Shipment Tendered surcharge that applies when a pickup is performed and no shipment is tendered to the carrier.

- Effective January 17, 2022, the International Out-of-Delivery-Area Surcharge and International Out-of-Pickup-Area Surcharge rates will be determined based on the

corresponding tier of the ZIP code, postal code, or city of the shipment's origin and/or destination location for International Express Freight and Parcel services.

- Effective January 17, 2022, a Delivery and Returns Surcharge will be assessed on packages that are delivered or returned using FedEx Ground Economy services.

- Effective January 24, 2022, Additional Handling Surcharge and Oversize Surcharge rates for U.S. Express Package Services and U.S. Ground Services will be determined based on the shipment's zone.

These changes reflect incremental costs associated with the challenging operating environment, while enabling FedEx to continue investing in service enhancement, fleet maintenance, technology innovations, and other areas to serve customers more effectively and efficiently.

Beginning January 3, 2022, FedEx will offer customers who ship internationally an additional option for time-definite deliveries in one to three business days. With the new FedEx International Priority® Express service, customers will be able to schedule delivery by noon to select destinations. Early morning delivery will continue to be available through the FedEx International First® service and end of day delivery to more than 220 countries will continue to be offered through the FedEx International Priority® service.

Details of all changes to rates, surcharges, and fees are available on the FedEx website at: fedex.com/en-us/shipping/current-rates.html.

## About FedEx Corp.

FedEx Corp. (NYSE: FDX) provides customers and businesses worldwide with a broad portfolio of transportation, e-commerce and business services. With annual revenue of $84 billion, the company offers integrated business solutions through operating companies competing collectively, operating collaboratively and innovating digitally under the respected FedEx brand. Consistently ranked among the world's most admired and trusted employers, FedEx inspires its 570,000 team members to remain focused on safety, the highest ethical and professional standards and the needs of their customers and communities. FedEx is committed to connecting people and possibilities around the world responsibly and resourcefully, with a goal to achieve carbon-neutral operations by 2040. To learn more, please visit about.fedex.com.