**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RAJAT SHARMA, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> -v.- <br><br> RENT THE RUNWAY, INC., JENNIFER Y. HYMAN, SCARLETT O'SULLIVAN, TIM BIXBY, JENNIFER FLEISS, SCOTT FRIEND, MELANIE HARRIS, BETH KAPLAN, DAN NOVA, GWYNETH PALTROW, CARLEY RONEY, DAN ROSENSWEIG, MIKE ROTH, GOLDMAN SACHS & CO. LLC, MORGAN STANLEY & CO. LLC, BARCLAYS CAPITAL INC., CREDIT SUISSE SECURITIES (USA) LLC, PIPER SANDLER & CO., WELLS FARGO SECURITIES, LLC, JMP SECURITIES LLC, KEYBANC CAPITAL MARKETS INC., and TELSEY ADVISORY GROUP LLC, <br><br> Defendants. | Case No. 1:22-cv-6935-OEM-VMS |

**NOTICE OF DEFENDANTS' MOTION FOR RECONSIDERATION OF ORDER DENYING IN PART DEFENDANTS' MOTION TO DISMISS OR, ALTERNATIVELY, CERTIFICATION UNDER 28 U.S.C. § 1292(B)**

WILLKIE FARR & GALLAGHER LLP
Todd G. Cosenza
Charles D. Cording
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000

*Counsel for Defendants Goldman Sachs & Co. LLC, Morgan Stanley & Co. LLC, Barclays Capital Inc., Credit Suisse Securities (USA) LLC, Piper Sandler & Co., Wells Fargo Securities, LLC, JMP Securities LLC, KeyBanc Capital Markets Inc., and Telsey Advisory Group LLC*

FRESHFIELDS BRUCKHAUS DERINGER US LLP
Mary Eaton
Meredith Kotler
3 World Trade Center
175 Greenwich Street, 51st Floor
New York, New York 10007
Telephone: (212) 277-4000

*Counsel for Defendants Rent the Runway, Inc., Jennifer Y. Hyman, Scarlett O'Sullivan, Tim Bixby, Jennifer Fleiss, Scott Friend, Melanie Harris, Beth Kaplan, Dan Nova, Gwyneth Paltrow, Carley Roney, Dan Rosensweig, and Mike Roth*

**PLEASE TAKE NOTICE** that Defendants Rent the Runway, Inc., Jennifer Y. Hyman, Scarlett O'Sullivan, Tim Bixby, Jennifer Fleiss, Scott Friend, Melanie Harris, Beth Kaplan, Dan Nova, Gwyneth Paltrow, Carley Roney, Dan Rosensweig, Mike Roth, Goldman Sachs & Co. LLC, Morgan Stanley & Co. LLC, Barclays Capital Inc., Credit Suisse Securities (USA) LLC, Piper Sandler & Co., Wells Fargo Securities, LLC, JMP Securities LLC, KeyBanc Capital Markets Inc., and Telsey Advisory Group LLC (collectively, "Defendants"), pursuant to Local Civil Rule 6.3, will move, by and through their undersigned counsel, before the Honorable Orelia E. Merchant, United States District Judge for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, for reconsideration in part of the Court's September 25, 2024 Memorandum & Order, ECF 77 (the "Order") pursuant to Fed. R. Civ. P. 59(e) and L. Civ. R. 6.3 or, alternatively, certify the Order for interlocutory appeal pursuant to 28 U.S.C. § 1292(b). In support of their motion, Defendants will rely upon their Memorandum of Law in Support of Defendants' Motion for Reconsideration of Order Denying in Part Defendants' Motion to Dismiss or, Alternatively, Certification Under 28 U.S.C. § 1292(b) filed herewith, the pleadings and other matters in the record cited therein, as well as any further argument and briefing as may be presented at or before any hearing.

Dated:   New York, New York
           October 9, 2024

Respectfully submitted,

**FRESHFIELDS BRUCKHAUS
DERINGER US LLP**

*/s/ Mary Eaton*

Mary Eaton
Meredith Kotler
3 World Trade Center
175 Greenwich Street, 51st Floor
New York, New York 10007
Telephone: (212) 277-4000
mary.eaton@freshfields.com
meredith.kotler@freshfields.com

*Counsel for Defendants Rent the Runway, Inc.,
Jennifer Y. Hyman, Scarlett O'Sullivan, Tim Bixby,
Jennifer Fleiss, Scott Friend, Melanie Harris, Beth
Kaplan, Dan Nova, Gwyneth Paltrow, Carley Roney,
Dan Rosensweig, and Mike Roth*

**WILLKIE FARR & GALLAGHER LLP**

/s/ *Todd G. Cosenza*

Todd G. Cosenza
Charles D. Cording
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
tcosenza@willkie.com
ccording@willkie.com

*Counsel for Defendants Goldman Sachs & Co. LLC,
Morgan Stanley & Co. LLC, Barclays Capital Inc.,
Credit Suisse Securities (USA) LLC, Piper Sandler
& Co., Wells Fargo Securities, LLC, JMP Securities
LLC, KeyBanc Capital Markets Inc., and Telsey
Advisory Group LLC*