# EXHIBIT A

# Filed Under Seal

Case 1:22-cv-06935-OEM-SDE    Document 106-1    Filed 10/06/25    Page 1 of 1 PageID #: 2025