# Exhibit 1

**FRESHFIELDS**

<u>**Exhibit 1 – Shipping Cost Statements Challenged by Plaintiffs**</u>

- "*A substantial majority of our inbound shipments from customers are currently returned through a single vendor—we have from time to time transitioned, and are currently in the process of transitioning, inbound shipments from this vendor to multiple other vendors, and we cannot predict how this transition may impact our costs and our customer sentiment and satisfaction*." CAC ¶ 128 (emphasis by Plaintiffs)

- "*Shipping and logistics are a critical part of our business and our supply chain and any changes or interruptions in shipping or logistics operations could adversely affect our operating results*. . . . *[O]ur business relies on the successful management of reverse logistics needed to ingest,* clean, and restock returned items quickly and efficiently in order to offer them for rental or resale to other customers. *If we are not able to negotiate acceptable pricing and other terms with these vendors or they experience performance problems or other difficulties, our operating results and customers' experience could be negatively impacted*. . . . *Increases in shipping costs* or other significant shipping difficulties or disruptions or any failure by our brand partners or third-party carriers to deliver high-quality products to us or to our customers, as applicable, in a timely manner or to otherwise adequately serve our customers *could damage our reputation and brand and may substantially harm our business.*" CAC ¶ 130 (emphasis by Plaintiffs)