# Exhibit 3

**FRESHFIELDS**

<u>**Exhibit 3 – Examples of Rate Changes Under 2020 and 2021 FedEx Agreements**</u>

o <u>Example 1: FedEx Express 2-Day, Zone 2, 1 lb.</u>:

- Rate for RTR ██████████████████████████

  o Rate for RTR for August 2020 was ████, based on:

    ▪ August 2020 base rate[10]:  $19.11

    ▪ ████████████████████████

  o Rate for RTR for August 2021 was ████, based on:

    ▪ August 2021 base rate: $20.04

    ▪ ████████████████████████

- Rate for RTR ████████████████████████████

  o Rate for RTR for August 2020 was ████, based on:

    ▪ August 2020 base rate: $19.11

    ▪ ████████████████████████████████
       ████████████████

  o Rate for RTR for August 2021 was ████, based on:

    ▪ August 2021 base rate: $20.04

    ▪ ████████████████████████████████
       ████████████

- Because the ████████████████████████████
   ████████████████████

o <u>Example 2: FedEx Express Standard Overnight, Zone 2, 1 lb.</u>:

- Rate for RTR ████████████████████████████

  o Rate for RTR for August 2020 was ████, based on:

    ▪ August 2020 base rate: $28.24

    ▪ ████████████████████████

---

[10] During the pendency of the 2020 FedEx Agreement, the rates applicable to RTR under that agreement increased by virtue of FedEx's standard rates increasing in 2021.  *See* Exs. 4 and 5.  Accordingly, the FedEx rates for RTR were higher in July 2021. Examples for August 2020 are provided here for illustrative purposes.

**FRESHFIELDS**

- o Rate for RTR for August 2021 was ███, based on:
  - ▪ August 2021 base rate: $29.05
  - ▪ ████████████████████████████

- Rate for RTR ████████████████████████████
  - o Rate for RTR for August 2020 was ███, based on:
    - ▪ August 2020 base rate: $28.24
    - ▪ ████████████████████████████████████ ████████████████████
  - o Rate for RTR for August 2021 was ███, based on:
    - ▪ August 2021 base rate: $29.05
    - ▪ ████████████████████████████████████ ██████████████

- Because the ████████████████████████████████ ████████████████████.

- o Example 3: FedEx Ground Domestic Single Piece RM, Zone 2, 1 lb.:
  - Rate for RTR ████████████████████████
    - o Rate for RTR for August 2020 was ███, based on:
      - ▪ August 2020 base rate: $8.23
      - ▪ ████████████████████████
    - o Rate for RTR for August 2021 was ███, based on:
      - ▪ August 2021 base rate: $8.76
      - ▪ ████████████████████████
  - Rate for RTR ████████████████████████████████
    - o Rate for RTR for August 2020 was ███, based on:
      - ▪ August 2020 base rate: $8.23
      - ▪ ████████████████████████████[11]

---

[11] ████████████████████████████████████████████

**FRESHFIELDS**

- o   Rate for RTR for August 2021 was ███ , based on:

  - ▪   August 2021 base rate: $8.76

  - ▪   ████████████████████

- ●   Because the ████████████████████████████████ ████████████████