# EXHIBIT B

DocuSign Envelope ID: ███████████████████████ ⸺tation Services Agreement

# Table of Contents

FedEx Transportation Services Agreement ........................................................................................... 1

Express Pricing Attachment ................................................................................................................. 4

    General Express Terms and Conditions .......................................................................................... 4

    General Express Pricing Provisions ............................................................................................... 4

    United States ................................................................................................................................... 4

        United States Terms and Conditions ........................................................................................ 4

        United States Domestic Express ............................................................................................... 4

        United States Fees and Surcharges Modifications ("Surcharge Modifications") ....................... 9

        United States Pricing Provisions ............................................................................................. 10

    EXPRESS PRICING ATTACHMENT APPENDIX ........................................................................ 12

Ground Pricing Attachment ................................................................................................................ 13

    General Ground Terms and Conditions ........................................................................................ 13

    General Ground Pricing Provisions .............................................................................................. 13

    United States ................................................................................................................................. 13

        United States Terms and Conditions ...................................................................................... 13

        United States Ground Domestic Single Piece ........................................................................ 13

        United States Ground Domestic MWT ................................................................................... 15

        United States Ground Export Single Piece ............................................................................. 17

        United States Fees and Surcharges Modifications ("Surcharge Modifications") ..................... 19

        United States Pricing Provisions ............................................................................................. 20

    GROUND PRICING ATTACHMENT APPENDIX ......................................................................... 22

Freight Pricing Attachment ................................................................................................................ 23

    General Freight Terms and Conditions ........................................................................................ 23

    General Freight Pricing Provisions ............................................................................................... 23

    United States ................................................................................................................................. 23

        United States Terms and Conditions ...................................................................................... 23

        United States LTL Domestic ................................................................................................... 24

        United States LTL Export ........................................................................................................ 24

        United States LTL Import ........................................................................................................ 25

Earned Discount Program Details ...................................................................................................... 27

CONFIDENTIAL

DocuSign Envelope ID: ███████████████████

**Agreement Number:** ███████████
**Version Number:** ██



## FedEx Transportation Services Agreement

**Customer Name:** Rent The Runway, Inc.

**Effective Date:** See Below ("Effective Date")

Customer, including any of its divisions, subsidiaries and affiliates, a majority (defined as 51%) of whose voting stock is directly or indirectly owned by Customer ("Customer" herein), and FedEx agree to enter into this FedEx Transportation Services Agreement (the "Agreement") subject to the following terms and conditions.

This Pricing Agreement/Amendment hereinafter collectively refers to a Country or Territory as "Country or Countries".

**1. Services.** This Agreement specifies the terms and conditions under which FedEx agrees to provide certain transportation services ("Services") to Customer. This Agreement shall be between Customer and the applicable FedEx operating entity ("FedEx Company") for the applicable Service identified on the pricing attachments that are attached hereto and incorporated herein. All FedEx Companies providing Services pursuant to this Agreement are hereinafter collectively referred to as "FedEx".

**2. Pricing.** FedEx agrees to provide Services to Customer at the pricing and on the terms as set forth in the applicable pricing attachments. Each applicable FedEx Company will provide a courtesy copy of Customer's pricing reflected as net rates (based on the applicable base rate in effect at such time) prior to execution of this Agreement, and will provide updated courtesy copies as requested as a result of pricing changes. Net rate sheets are provided as a courtesy only and are not incorporated within the Agreement. The pricing and Services are provided by FedEx to Customer for Customer's use and benefit only and may not be resold or otherwise extended (including via third party billing) to any other party without the prior written consent of FedEx. Customer agrees to ensure that the proper account number appears on the applicable air waybill or other form of shipping documentation and acknowledges that pricing will not be applied to packages that do not correctly reference the proper account number. The pricing is effective the later of the date identified above, if any, or within five business days following possession of a fully executed Agreement by FedEx's authorized representative ("Effective Date").

**3. Service Guide.** Each shipment made with FedEx is subject to the terms and conditions of the FedEx Service Guide in effect at the time of shipment, which terms are incorporated into this Agreement by reference. "FedEx Service Guide" means, collectively, the shipment country of origin FedEx Service Guide, any applicable tariffs, local service conditions or condition of carriage, and the airbill/ air waybill or Bill of Lading in effect on the date of shipment of the applicable FedEx Company (including, but not limited to, the FedEx Freight 100 Series Rules Tariff, the FedEx SmartPost terms at fedex.com/us/smartpostguide, FedEx One Rate terms available at the web address referenced in the Express pricing attachment specific to FedEx One Rate, and other service-specific terms as posted on fedex.com). FedEx reserves the right to modify the FedEx Service Guide, including a modification of the published transportation rates and/or special handling fees, surcharges, ancillary and other charges, at any time without notice. Customer is directed to the FedEx web site fedex.com for changes in the FedEx Service Guide. In the event there is a conflict between this Agreement and the FedEx Service Guide, the provisions of this Agreement control.

**4. Payment Terms.** Payment is due at the time Services are rendered.  FedEx may, however, extend credit privileges. The invoice date begins the credit term cycle, and payment is due within the number of days specified on the pricing attachments from the invoice date. However, invoices for duties and taxes are payable on receipt, unless a specific credit term for payment of duties and taxes is otherwise set forth on the applicable pricing attachment(s). Customer agrees that remaining current on all payables is a condition to the extension of credit and pricing. Failure to comply with payment terms may result in denial of additional credit or removal of applicable pricing (such removal of applicable pricing subject to a reasonable Cure Period after FedEx provides ███████████ ██████████████████████████████████ "Cure Period" for the purposes of this paragraph shall mean that FedEx will ████████████████████████████████████████████████████████████████ ██████████████

**5. Automation.** Customer agrees that all shipping locations will use a FedEx online or FedEx compatible shipping solution that is approved and authorized by FedEx, and an agreement for the placement or use of any such shipping solution shall be accepted prior to such use.

**6. Confidentiality.** Both FedEx and Customer agree that ███████████████████████████████████ ███████████████████████████████████████████████████████ Customer agrees ████████████████████ ████████████. FedEx and Customer also agree ███████████████████████████████ ████████████

Proposal : ██████████

1/29

███████████████████████████████ ████████████████████████████████

DocuSign Envelope ID: ███████████████████

**Agreement Number:** ████████

**Version Number:** █

███████████. Notwithstanding the foregoing, disclosure ██████ ████████████████████████████████████████████████████████ Furthermore, disclosure ████████████████████████████████████████████████████████

**7. Term.** This Agreement commences on the Effective Date and ██████████████████████████████████.

**8. Termination.** Either party may terminate this Agreement at any time without cause and without fees unless otherwise stated in the Agreement or the pricing attachment, ████████████████████████████. If such termination is ██████████ ██████████████████████ FedEx will ████████████████████████████

**9. Prior Agreements.** This Agreement supersedes all pricing agreements and addenda, if any, between FedEx and Customer for the Services, package types, and Customer account numbers covered by this Agreement and identified on the respective pricing attachments, except that certain Extra Hours Pricing Agreement between FedEx and Customer, which expires on ██████████ ████.

**10. No Modifications.** Any alterations to this document by either party will render it null and void. Any failure by FedEx or Customer to enforce or apply a provision of these Conditions does not constitute a waiver of that provision and does not otherwise impair FedEx's right to enforce such provision.

**11. Restricted Commodities.** This Agreement does not provide for the shipment of alcohol or other items and conditions that may be prohibited or restricted by law or by the FedEx Service Guide. Such commodities may require a separate agreement.

**12. Electronic Storage.** Either party may copy this completed Agreement for electronic storage in a non-editable format, at which time the paper form of this Agreement may be destroyed. Customer and FedEx each agree that following the electronic storage of this Agreement, any hard copy printout of that electronically stored information will constitute an original of this Agreement.

**13. Representation of Authority.** Each of the parties represents and warrants to the other that this Agreement is valid and legally binding and has been executed by an authorized representative. Nothing contained herein shall be construed as creating any joint or joint and several liability among the FedEx Companies.

**14. Severability.** If any of the provisions of this Agreement are found by a court or any other competent authority to be void or unenforceable, such provision shall be deemed to be deleted from this Agreement and the remaining provisions of this Agreement shall remain and continue in full force and effect.

**15. Assignment.** Neither the rights nor the duties of either party under this Agreement may be voluntarily assigned or delegated without the prior written consent of the other party, except that FedEx may assign all or any part of its rights and delegate its duties under this Agreement to a directly or indirectly owned subsidiary or affiliate of FedEx Corporation. Without limiting the foregoing, this Agreement will be binding upon and inure to the benefit of the parties and their permitted successors and assigns.

**16. Indemnification**. FedEx and Customer (each an "Indemnifying Party") shall █████████████████ ████████████████████████████████████████████ (the "Indemnified Party"), from and against ████████ ████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████ The Indemnifying Party shall not █████████████████████████████████████████ ████████████████████████████████████████████████████████████████████. Notwithstanding anything provided in this Agreement or the FedEx Service Guide, any limitations on FedEx's liability set forth in the FedEx Service Guide (including without limitation any such liability limitations set forth in the section titled "Liabilities Not Assumed" in the Service Guide), ███████████████████ ██████████████████████

Proposal : ████████

**CONFIDENTIAL**

DocuSign Envelope ID: ███████████████████



**Agreement Number:** ████████
**Version Number:** ██

**IN WITNESS WHEREOF, the parties hereby execute this Agreement as of the last date provided below:**

Any alterations to this document, including but not limited to handwritten changes, by either party are null and void.

**Rent The Runway, Inc.("Customer")**

By : ████████████

Print Name : _____

Title : _____ Ceo _____

Date : _____ August 11, 2020 _____

On behalf of, each as applicable,
and their affiliates and subsidiaries,
**Federal Express Corporation,
FedEx Ground Package System, Inc., and
FedEx Freight, Inc. (collectively "FedEx")**
by their agent FedEx Corporate Services, Inc.

By : ████████████████

Print Name : _____

Title : _Worldwide Account Manager_

Date : _8-11-2020_

Employee No. : ██████████

**Rent The Runway, Inc. ("Customer")**

By : ████████████

Print Name : _____

Title : _____ COO _____

Date : _____ August 11, 2020 _____

The above mentioned offer expires if not signed by ████████

Proposal : ████

**CONFIDENTIAL**

RTR_SHARMA_000313

DocuSign Envelope ID: ███████████████████

**Agreement Number:** ████████
**Version Number:** ██



**IN WITNESS WHEREOF, the parties hereby execute this Agreement as of the last date provided below:**

**Any alterations to this document, including but not limited to handwritten changes, by either party are null and void.**

**Rent The Runway, Inc.("Customer")**

By : ██████████████

Print Name : _____

Title : Ceo

Date : August 11, 2020

**On behalf of, each as applicable,
and their affiliates and subsidiaries,
Federal Express Corporation,
FedEx Ground Package System, Inc., and
FedEx Freight, Inc. (collectively "FedEx")**
by their agent FedEx Corporate Services, Inc.

By : _____

Print Name : _____

Title : _____

Date : _____

Employee No. : _____

**Rent The Runway, Inc. ("Customer")**

By ██████████████

Print Name : _____

Title : COO

Date : August 11, 2020

The above mentioned offer expires if not signed by ████████████ .

████████████

Proposal : ██████

████████████████████

**CONFIDENTIAL**                                                    **RTR_SHARMA_000314**

DocuSign Envelope ID: ███████████████████████

**Agreement Number:** ███████████

**Version Number:** ██



# Express Pricing Attachment

## Customer Name / Location(s)                                                    **Country ID**

Rent The Runway, Inc., , US                                                        ████████

Subsequent pricing applies to all individual FedEx accounts associated with the Customer as identified above, unless otherwise noted.

### GENERAL EXPRESS

### General Express Terms and Conditions:

These terms and conditions apply to all pricing contained herein and apply to all countries listed in this FedEx Express Pricing Attachment.

**Valid Account.** A valid account number must be established for incentives to apply.

**Zone Definitions.** To determine your zone, please refer to the FedEx Service Guide, or access our website at <u>fedex.com</u>.

**Commitments.** Customer agrees that ███████████████████████████████████ ████████████████████████████████████ in such event, FedEx may ████████ ██████████████████████████████████████████████████████ ████████████████████████████████

### General Express Pricing Provisions:

These pricing provisions apply to all pricing contained herein and apply to all countries listed in this Express Pricing Attachment.

**Shipment Types.** Shipment types are defined as follows:
**Domestic shipments** Shipments with the same origin and destination country.
**Export shipments** Outbound shipments paid by the origin country, to a non-origin destination.
**Import shipments** Inbound shipments paid by the destination country, from any non-destination origin.

## United States

### United States Terms and Conditions:

**Payment Terms.** Payment is due within the following number of days from the invoice date unless otherwise provided in a FedEx Credit Term Attachment: ███████████████████████████████

**Payment Method:** Pay by Electronic Funds Transfer or EZ Debit

### United States Domestic Express:

The following pricing applies to the individual FedEx accounts associated with the Customer as follows: ████████ (Country ID)

The following discounts, if any, ███████████████████████████████████████ and apply to Domestic Express.

Discounts and/or net rates, if any, do not apply to fuel surcharges, duties and taxes, special handling fees, surcharges, ancillary or other charges (the amounts of applicable special handling fees, surcharge, ancillary and other charges shall be, unless otherwise noted herein, the published amounts for such fees/charges in effect on the date of shipment).

For Services receiving a percentage off, ████████████████████████████████ ████████████████████████████. For Services on net rates, if any, the below net rate tables ████████████████. In addition, ████████████████████

The following pricing for Domestic Express does not apply to individual FedEx accounts with separate specific pricing from prior agreements.

Proposal : ████████

**CONFIDENTIAL**                                                                  **RTR_SHARMA_000315**

DocuSign Envelope ID: █████████████████████

**Agreement Number:** ███████████

**Version Number:** ███

Any Domestic Express service not listed in this Agreement will be charged at the applicable FedEx Service Guide on the date of shipment.

**Pricing Terms.** Unless otherwise noted, the following term table is applicable to all services in United States. In the event that FedEx increases its applicable base rate during the term of the Agreement, ██████████████████████████████████ ████████████████████████████████████████████████

| Term | Term Start | Term End | Base Rate | Annual Rate Cap |
|------|-----------|----------|-----------|-----------------|
| 1 | ███████████████████████████████████████████████ | | | |
| 2 | ███████████████████████████████████████████████ | | | |

**Rate Cap.** In the event that FedEx increases its published list rates during the time period specified, ████████████ ████████████████████████████████████████ At such time FedEx will ██████ ████████████████████████████████████████████████████ ████████████████████████████████████████████████████ ████████████████████████████

Notwithstanding the foregoing:
(i) The above-referenced cap is █████████████████████████ ████████████████████████████████████████████████████ █████████████████████████; and
(ii) Each term's rate cap █████████████████████████████ ████████████████████████████████████████████████████ ███████████████████████

**Term 1 percentage discounts off of Service Guide Base Rates in effect on date of shipment:**

**FedEx First Overnight Envelope**

| Zones => | All Zones |
|----------|-----------|
| Envelope | ███ |

**FedEx First Overnight**

| Zones => | All Zones |
|----------|-----------|
| All Applicable Weights | ███ |

**FedEx Priority Overnight Envelope**

| Zones => | All Zones |
|----------|-----------|
| Envelope | ███ |

**FedEx Priority Overnight Pak**

| Zones => | All Zones |
|----------|-----------|
| All Applicable Weights | ███ |

**FedEx Priority Overnight**

| Zones => | All Zones |
|----------|-----------|
| All Applicable Weights | ███ |

**FedEx Standard Overnight Envelope**

| Zones => | All Zones |
|----------|-----------|
| Envelope | ███ |

**FedEx Standard Overnight Pak**

| Zones => | All Zones |
|----------|-----------|
| All Applicable Weights | ███ |

Proposal : ███████

5

**CONFIDENTIAL**

RTR_SHARMA_000316

DocuSign Envelope ID: ██████████████████

**Agreement Number:** ██████████
**Version Number:** ██

**FedEx Standard Overnight**

| Zones => | All Zones |
|---|---|
| All Applicable Weights | ███ |

**FedEx 2Day A.M. Envelope**

| Zones => | All Zones |
|---|---|
| Envelope | ███ |

**FedEx 2Day A.M. Pak**

| Zones => | All Zones |
|---|---|
| All Applicable Weights | ███ |

**FedEx 2Day A.M.**

| Zones => | All Zones |
|---|---|
| All Applicable Weights | ███ |

**FedEx 2Day Envelope**

| Zones => | All Zones |
|---|---|
| Envelope | ███ |

**FedEx 2Day Pak**

| Zones => | 2-3 | 4 | 5 | 6 | 7 | 8 | 9-16 |
|---|---|---|---|---|---|---|---|
| All Applicable Weights | ████ | | | | | | |

**FedEx 2Day**

| Zones => | 2-3 | 4 | 5 | 6 | 7 | 8 | 9-16 |
|---|---|---|---|---|---|---|---|
| All Applicable Weights | ████ | | | | | | |

**FedEx Express Saver Envelope**

| Zones => | All Zones |
|---|---|
| Envelope | ███ |

**FedEx Express Saver Pak**

| Zones => | All Zones |
|---|---|
| All Applicable Weights | ███ |

**FedEx Express Saver**

| Zones => | All Zones |
|---|---|
| All Applicable Weights | ███ |

**FedEx 1Day Freight**
**FedEx 2Day Freight**
**FedEx 3Day Freight**

| Zones => | All Zones |
|---|---|
| All Applicable Weights | ███ |

**Earned Discount:**

The following incentives are in addition to any pricing mentioned above if any. Please refer to the Earned Discount Program Details attachment below for the Annualized Transportation Charges calculation information.

Program Number: 2 (Manual – in addition to Program 1; refer to Page 31 for the program details)

Annualized Transportation Charges are expressed in USD ($).

Grace Period: ██████

Proposal : ██████

6

DocuSign Envelope ID: C5922F4F-649E-42F6-A287-BD556FB9E617

**Agreement Number:** ██████████

**Version Number:** ██

During the Grace Period, customer shall ████████████████████████████████████
████████████████████████████████

| Program 2 – EDO | | |
|---|---|---|
| Grace Discount : ███ | | |
| Service(s) | Annualized Net Transportation Charges | Earned Discount |
| FedEx Priority Overnight Envelope | | |
| FedEx Priority Overnight Pak | | |
| FedEx Priority Overnight | | |
| FedEx Standard Overnight Envelope | | |
| FedEx Standard Overnight Pak | | |
| FedEx Standard Overnight | | |
| FedEx 2Day A.M. Envelope | | |
| FedEx 2Day A.M. Pak | | |
| FedEx 2Day A.M. | | |
| FedEx 2Day Envelope | | |
| FedEx 2Day Pak | | |
| FedEx 2Day | | |
| FedEx Express Saver Envelope | | |
| FedEx Express Saver Pak | | |
| FedEx Express Saver | | |

Program Number: 1 (Refer to Page 30 for program details)

Annualized Transportation Charges are expressed in USD ($).

Grace Period: ███████

During the Grace Period, ████████████████████████████████████
████████████████████████████

| Program 1 – volume based earned discounts | | |
|---|---|---|
| Grace Discount : ███ | | |
| Service(s) | Annualized Transportation Charges | Earned Discount |
| FedEx Priority Overnight Envelope | | |
| FedEx Priority Overnight Pak | | |
| FedEx Priority Overnight | | |
| FedEx Standard Overnight Envelope | | |
| FedEx Standard Overnight Pak | | |
| FedEx Standard Overnight | | |
| FedEx 2Day Envelope | | |
| FedEx 2Day Pak | | |
| FedEx 2Day | | |
| FedEx Express Saver Envelope | | |
| FedEx Express Saver Pak | | |
| FedEx Express Saver | | |
| FedEx 1Day Freight | | |
| FedEx 2Day Freight | | |
| FedEx 3Day Freight | | |
| Grace Discount : ███ | | |
| Service(s) | Annualized Transportation Charges | Earned Discount |
| FedEx 2Day A.M. Envelope | | |
| FedEx 2Day A.M. Pak | | |
| FedEx 2Day A.M. | | |

Express Returns: Customer shall receive the Domestic pricing identified herein for FedEx Print Return Label, FedEx Email Return Label, FedEx Express Billable Stamps, and FedEx Express Prepaid Stamps shipments.

**United States Minimums:**

Customer agrees ████████████████████████████████████████
████████████████████████████████████

In case reductions to the minimum net charge apply, the minimum net charge for each Service ██████████████████
████████████████████████████████

Proposal : ████████

**CONFIDENTIAL**

**RTR_SHARMA_000318**

DocuSign Envelope ID: ███████████████████████

**Agreement Number:** ████████████

**Version Number:** ██

Minimum charges are subject to change with any increase in applicable base rate, subject to ██████████████ indicated in this pricing attachment, during the time period of the Agreement.

**United States Domestic Express:**

The following reductions to the minimum charge are expressed in USD($).

| Service(s) | Minimum Charge | Reduction | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| FedEx First Overnight Envelope | ████ | | | | | | | | |
| FedEx First Overnight | | | | | | | | | |
| FedEx Priority Overnight Envelope | | | | | | | | | |
| FedEx Priority Overnight Pak | | | | | | | | | |
| FedEx Priority Overnight | | | | | | | | | |
| FedEx Standard Overnight Envelope | | | | | | | | | |
| FedEx Standard Overnight Pak | | | | | | | | | |
| FedEx Standard Overnight | | | | | | | | | |
| FedEx 2Day A.M. Envelope | | | | | | | | | |
| FedEx 2Day A.M. Pak | | | | | | | | | |
| FedEx 2Day A.M. | | | | | | | | | |
| FedEx 2Day Envelope | | | | | | | | | |
| FedEx 2Day Pak | | | | | | | | | |
| FedEx 2Day | | | | | | | | | |
| FedEx Express Saver Envelope | | | | | | | | | |
| FedEx Express Saver Pak | | | | | | | | | |
| FedEx Express Saver | | | | | | | | | |
| FedEx 1Day Freight | | | | | | | | | |
| FedEx 2Day Freight | | | | | | | | | |
| FedEx 3Day Freight | | | | | | | | | |

| Service(s) | Minimum Charge | Reduction | | | |
|---|---|---|---|---|---|
| | | 10 | 11 | 12 | 13-16 |
| FedEx First Overnight Envelope | ████ | | | | |
| FedEx First Overnight | | | | | |
| FedEx Priority Overnight Envelope | | | | | |
| FedEx Priority Overnight Pak | | | | | |
| FedEx Priority Overnight | | | | | |
| FedEx Standard Overnight Envelope | | | | | |
| FedEx Standard Overnight Pak | | | | | |
| FedEx Standard Overnight | | | | | |
| FedEx 2Day A.M. Envelope | | | | | |
| FedEx 2Day A.M. Pak | | | | | |
| FedEx 2Day A.M. | | | | | |
| FedEx 2Day Envelope | | | | | |

Proposal : ████████

8

**CONFIDENTIAL**

**RTR_SHARMA_000319**

DocuSign Envelope ID: ███████████████████████

**Agreement Number:** ███████████████

**Version Number:** ███

| Service(s) | Minimum Charge | Reduction | | | |
|---|---|---|---|---|---|
| | | **10** 10 | **11** 11 | **12** 12 | **13-16** 13-16 |
| **FedEx 2Day Pak** | | | | | |
| **FedEx 2Day** | | | | | |
| **FedEx Express Saver Envelope** | | | | | |
| **FedEx Express Saver Pak** | | | | | |
| **FedEx Express Saver** | | | | | |
| **FedEx 1Day Freight** | | | | | |
| **FedEx 2Day Freight** | | | | | |
| **FedEx 3Day Freight** | | | | | |

**United States Fees and Surcharges Modifications ("Surcharge Modifications")**

The following Surcharge Modifications apply to the individual FedEx accounts linked to the Customer Level ID as follows: ██████████ (Country ID)

Any Surcharge Modifications are only applicable at the specific Customer Level ID in this section, any Surcharge Modifications in a separate Agreement, Attachment, Addendum, or Amendment are retained.

If any Surcharge Modifications are listed in this section the specified Surcharge Modifications shall be applicable for the individual accounts linked to the Customer Level ID in this section, regardless of any Surcharge Modifications in separate Agreements, Attachments, Addenda, or Amendments.

The Surcharge Modifications described replace any and all Surcharge Modifications for any individual accounts linked to the Customer Level ID in this section with Surcharge Modifications only applicable at a specific lower Customer Level ID in a separate Agreement, Attachment, Addendum, or Amendment. For the avoidance of doubt, Rent the Runway, Inc.'s Customer Level ID is as noted above. All lower Customer Level IDs currently used by Customer apply to this agreement.. FedEx will use commercially reasonable efforts to ensure all future lower Customer Level IDs will properly link to the main Customer Level ID, and provide Customer notice if this is not the case.

All ancillary service fees, surcharges, special handling fees, average minimum weights for shipment weight rating or other charges, or dimensional weighting not identified in this Agreement, its Attachments, Addenda or Amendments will be assessed as per the published list amounts for such fees/charges in the FedEx Service Guide in effect on the date of shipment.

Any new surcharges introduced ███████████████████████████████████████████ Surcharges ██████████████████████████████████████ Total new surcharges, on an annual basis, ████████████████████████████ ███████████

| Term | Term Start | Term End | Base Rate |
|---|---|---|---|
| 1 | | | |
| 2 | | | |

**Term 1**

| Name of Surcharge | Application | Applicable Zones | Modifications | Annual Rate Cap |
|---|---|---|---|---|
| Saturday Pickup | Domestic Express | All Zones | | |
| Saturday Delivery | Domestic Express | All Zones | | |
| Peak - Additional Handling Charge | Domestic Express | All Zones | | |
| Domestic Residential Delivery Non-Freight | Domestic Express | All Zones | | |
| Domestic On-Call | Domestic Express | All Zones | | |

Proposal : ███████████

9

DocuSign Envelope ID: ████████████████████████

**Agreement Number:** ███████████
**Version Number:** ██

| Name of Surcharge | Application | Applicable Zones | Modifications | Annual Rate Cap |
|---|---|---|---|---|
| Delivery Area Surcharge - Residential | Domestic Express | All Zones | ████ | |
| Delivery Area Surcharge Extended - Residential | Domestic Express | All Zones | ████ | |
| Domestic Additional Handling Surcharge - Packaging | Domestic Express | All Zones | ████ | |
| Domestic Additional Handling Surcharge - Dimension | Domestic Express | All Zones | ████ | |
| Domestic Additional Handling Surcharge - Weight | Domestic Express | All Zones | ████ | |
| Delivery Area Surcharge Standard & Extended - Commercial | Domestic Express | All Zones | ████ | |
| Print Return Label | Domestic Express | All Zones | ████ | |
| Domestic Email Return Label | Domestic Express | All Zones | ████ | |
| Fuel Surcharge | Domestic Express | All Zones | ████ | |
| DIM <=1 Cu FT | Domestic Express | - | ████ | |
| DIM | Domestic Express | - | ████ | |

**Rate Cap.** In the event that FedEx increases its published list rates during the time period specified, ███████████████████ ██████████████████████████████ At such time FedEx will ████████████ ███████████████████████████████████

**Term 2**

Effective from the start date of Term 2, all Surcharge Modifications in the table(s) above will be assessed ██████████ ███████████████████████████

**United States Pricing Provisions:**

**Money Back Guarantee.** Customer waives the right to request refunds under the FedEx Money-Back Guarantee as specified in the FedEx Service Guide.

**Termination Fee:** In the event that Customer initiates an Early Termination Event, FedEx reserves the right ████████████ ████████████████████████████████████ For purposes of this Agreement, "Early Termination Event" shall be defined as the Customer terminating this Agreement █████████████ ██████████ ███████████ This provision takes precedence over any conflicting termination language contained in the Agreement.

Proposal : ████████

10

DocuSign Envelope ID: ████████████████████

**Agreement Number:** ██████████

**Version Number:** ██

**FedEx Service Level**

The "FedEx Service Level" represents the on-time delivery commitment met by FedEx for Express volume provided to the Customer as set forth in this Agreement or FedEx Service Guide and indicated by the formula below.

████████████████████████████████████████████

████████████████████████████████████████████

The FedEx Service Level will be reported by FedEx following the end of each of FedEx's four account quarters which are comprised of 3 months. The FedEx Service Level accounting quarters are based on June 1 to May 31 fiscal period.

FedEx endeavors to provide a standard level ████ FedEx Service Level.  If the FedEx Service Level for Customer ████████████████████████████████

If the FedEx Service Level ████████████████████████████████

**Peak Capacity**. FedEx endeavors to provide Customer requested (in consultation with FedEx on an annual basis) capacity during the November-December holiday seasons. FedEx further endeavors to provide Customer with prior written notice of any anticipated capacity reductions to the extent FedEx is able.

**Drop Off Return Shipment.** Customer acknowledges and agrees and shall ensure its customers are aware that any Return shipment must be tendered to a FedEx Office location, a FedEx Authorized Service Center, a FedEx OnSite or FedEx ShipSite retail location, or other approved location, including a FedEx Drop Box. Scheduled pick-ups are not permitted for Return shipments unless the pickup is made at the time of delivery. Refer your customers to fedex.com/pickup and dropoff for information on finding approved-drop off locations in their area.

**Domestic Express Pricing Provisions:**

**Bonus Weight Envelope.** Customer is ████████████████████████████████████████, please see the Bonus Weight Envelope Program details in the Express Appendix for additional information.

Proposal : ████████

11

DocuSign Envelope ID: ████████████████████

**Agreement Number:** ████████████

**Version Number:** ██

## EXPRESS PRICING ATTACHMENT APPENDIX

**Bonus Weight Envelope Program**

FedEx is ████████████████████████████████████████████████████████████████████████████████████████. Services available include FedEx Domestic First Overnight, FedEx Domestic Priority Overnight, FedEx Domestic Standard Overnight, and FedEx International Export Priority and FedEx International Export First Services, where applicable.

The terms of this Addendum supersede the weight restriction as set forth in the FedEx Service Guide and on the FedEx Envelope. All other restrictions follow the current Service Guide for each of the above services. The Bonus Weight Envelope Pricing Program applies only to the account number identified above. Except as provided in this Program, all terms and provisions of the Pricing Program Agreement for FedEx Express transportation services, including the documents incorporated therein by reference and the Warsaw Convention, if applicable, remain unchanged.

Customer agrees that to qualify and remain eligible for this Program, Customer will tender packages to FedEx using an automation system approved by FedEx to support the Program.

Customer agrees that FedEx shall not be liable for damages of any kind resulting from Customer's overpacking or modification of the FedEx Envelope. FedEx reserves the right to repackage a FedEx Envelope, if in its sole discretion, FedEx determines that Customer has overpacked the envelope and that the structural integrity of the packaging has, or may be, compromised. When FedEx repackages an overpacked envelope into other packaging, this Program will not apply and FedEx will charge a higher rate based on the weight of the repackaged shipment.

FedEx may modify or terminate this Program at any time upon giving Customer written notice.

Customer may not assign its rights or delegate its duties under this Program without FedEx's prior written consent.

Proposal : ████████

12

CONFIDENTIAL

RTR_SHARMA_000323

DocuSign Envelope ID: ███████████████████████

**Agreement Number:** ███████████

**Version Number:** █



# Ground Pricing Attachment

## Customer Name / Location(s)                                    **Country ID**

Rent The Runway, Inc., , US                                       ███████████

Subsequent pricing applies to all individual FedEx accounts associated with the Customer as identified above, unless otherwise noted.

**GENERAL GROUND**

**General Ground Terms and Conditions:**

These terms and conditions apply to all pricing contained herein and apply to all countries listed in this FedEx Ground Pricing Attachment.

**Valid Account.** A valid account number must be established for incentives to apply.

**Zone Definitions.** To determine your zone, please refer to the FedEx Service Guide, or access our website at <u>fedex.com</u>.

**Commitments.** Customer agrees that ███████████████████████████████████████████████ in such event, FedEx may ██████████████████████ Customer also agrees that ████████████████████████████████████████████████████████████



**General Ground Pricing Provisions:**

These pricing provisions apply to all pricing contained herein and apply to all countries listed in this Ground Pricing Attachment.

**Shipment Types.** Shipment types are defined as follows:
**Domestic shipments** Shipments with the same origin and destination country.
**Export shipments** Outbound shipments paid by the origin country, to a non-origin destination.
**Import shipments** Inbound shipments paid by the destination country, from any non-destination origin.

**Payer Types.** The following payer type abbreviations are defined as follows:
**OB** Outbound prepaid packages picked up at Customer's facility
**IB** Packages received by and billed to Customer (placard enrollment required)
**3P** Packages shipped for the Customer by a third party
**RB** Packages received by and billed to Customer
**PRP** Package Return Packages received at the Customer facility
**RM** Return Manager packages received at the Customer's facility
**TB** Trans-Border packages tendered at designated hub(s) and terminal(s) within the destination country
**ZJ** Zone jump packages dropped into designated hub(s) and terminal(s)

## United States

**United States Terms and Conditions:**

**Payment Terms.** Payment is due within the following number of days from the invoice date unless otherwise provided in a FedEx Credit Term Attachment: ███████████████████████████████████████████

**Payment Method:** Pay by Electronic Funds Transfer or EZ Debit

**United States Ground Domestic Single Piece:**

The following pricing applies to the individual FedEx accounts associated with the Customer as follows: ███████████ (Country ID)

The following discounts, if any, are ████████████████████████████████████████████ and apply to Ground Domestic Single Piece.

Proposal : ███████████

13

DocuSign Envelope ID: █████████████████████████

**Agreement Number:** ████████████

**Version Number:** ███

Discounts and/or net rates, if any, do not apply to fuel surcharges, duties and taxes, special handling fees, surcharges, ancillary or other charges (the amounts of applicable special handling fees, surcharge, ancillary and other charges shall be, unless otherwise noted herein, the published amounts for such fees/charges in effect on the date of shipment).

For Services receiving a percentage off, ████████████████████████████████████████████ ███████████████████████████████████████████████████████ . For Services on net rates, if any, ███████████████████████████ ████████ In addition, ████████████████████████████████████████████████

The following pricing for Ground Domestic Single Piece supersedes all prior Ground Domestic Single Piece pricing for individual FedEx accounts associated with the Customer identified above.

Any Ground Domestic Single Piece service not listed in this Agreement will be ████████████████████████████ ██████████████

**Pricing Terms.** Unless otherwise noted, the following term table is applicable to all services in United States. In the event that FedEx increases its applicable base rate during the term of the Agreement, ████████████████████████████ ████████████████████████████████████████████

| Term | Term Start | Term End | Base Rate | Annual Rate Cap |
|------|-----------|----------|-----------|-----------------|
| 1 | ███████ | ███████ | ███████████████████ | █████ |
| 2 | ███████ | ███████ | ███████████████████ | █████ |

**Rate Cap.** In the event that FedEx increases its published list rates during the time period specified, ██████████████████ ████████████████████████████████████████████ At such time FedEx will █████████████████████████████████████████ ██████████████████████████████████████████████████████████ ████████████████████████████████████

Notwithstanding the foregoing:
(i) The above-referenced cap is ████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████ and
(ii) Each term's rate cap ████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████

**Term 1 -** ████████████████████████████████████████

**Ground Domestic Single Piece (OB,IB,RB,3P)**

| Zones => | 2-8 | |
|----------|-----|---|
| 1.0 - 10.0 lb(s) | ███ | |
| 11.0 + lb(s) | ███ | |

**Ground Domestic Single Piece RM (OB,3P)**

| Zones => | 2-8 | |
|----------|-----|---|
| 1.0 - 10.0 lb(s) | ███ | |
| 11.0 + lb(s) | ███ | |

**Home Delivery Domestic Single Piece (OB,3P)**

| Zones => | 2-8 | |
|----------|-----|---|
| 1.0 - 10.0 lb(s) | ███ | |
| 11.0 + lb(s) | ███ | |

**Ground Domestic Single Piece (OB,RB,3P)**

| Zones => | 9 | 17 | 23 | 25 | 92 | 96 |
|----------|---|----|----|----|----|----|
| All Applicable Weights | ████████████████████████████████████ | | | | | |

Proposal : ████████

CONFIDENTIAL                    RTR_SHARMA_000325

DocuSign Envelope ID: ████████████████████████

**Agreement Number:** ████████████

**Version Number:** ██

### Earned Discount :

The following incentives are in addition to any pricing mentioned above if any. Please refer to the Earned Discount Program Details attachment below for the Annualized Transportation Charges calculation information.

Program Number: 2 (Manual– in addition to Program 1; refer to Page 31 for the program details)

Annualized Transportation Charges are expressed in USD ($).

Grace Period: ██████

During the Grace Period, ████████████████████████████████████████████████████████████████

| Program 2 - EDO | | |
|---|---|---|
| Grace Discount : ██ | | |
| **Service(s)** | **Annualized Net Transportation Charges** | **Earned Discount** |
| **Ground Domestic Single Piece(OB,IB,RB,3P)** **Home Delivery Domestic Single Piece(OB,3P)** | ███████████████████████████ | ███████ |

Except for SmartPost, Earned Discounts ████████████████████████████████████

Program Number: 1 (Refer to Page 30 for program details)

Annualized Transportation Charges are expressed in USD ($).

Grace Period: ██████

During the Grace Period, ████████████████████████████████████████████████████████████████

| Program 1 – volume based earned discounts | | |
|---|---|---|
| Grace Discount : ██ | | |
| **Service(s)** | **Annualized Transportation Charges** | **Earned Discount** |
| **Ground Domestic Single Piece(OB,IB,RB,3P)** **Home Delivery Domestic Single Piece(OB,3P)** | ███████████████████████████ | ███████ |

Except for SmartPost, Earned Discounts ████████████████████████████████████

### United States Ground Domestic MWT:

The following pricing applies to the individual FedEx accounts associated with the Customer as follows: ████████ (Country ID)

The following discounts, if any, are expressed ████████████████████████████ and apply to Ground Domestic MWT.

Discounts and/or net rates, if any, do not apply to fuel surcharges, duties and taxes, special handling fees, surcharges, ancillary or other charges (the amounts of applicable special handling fees, surcharge, ancillary and other charges shall be, unless otherwise noted herein, the published amounts for such fees/charges in effect on the date of shipment).

Proposal : ████████

15

DocuSign Envelope ID: ███████████████████

**Agreement Number:** ██████████
**Version Number:** ██

For Services receiving a percentage off, ███████████████████████████████ ████████████████████████ For Services on net rates, if any, ██████████████████████ ███████████████ In addition, ██████████████████████████████

The following pricing for Ground Domestic MWT supersedes all prior Ground Domestic MWT pricing for individual FedEx accounts associated with the Customer identified above.

Any Ground Domestic MWT service not listed in this Agreement will be ████████████████████████████ ████████

**Pricing Terms.** Unless otherwise noted, the following term table is applicable to all services in United States. In the event that FedEx increases its applicable base rate during the term of the Agreement, ████████████████████████████ ██████████████████████████████████

| Term | Term Start | Term End | Base Rate | Annual Rate Cap |
|------|-----------|----------|-----------|-----------------|
| 1 | ██████████ | ██████████ | ██████████████████████ | ██████ |
| 2 | ██████████ | ██████████ | ██████████████████████ | ██████ |

**Rate Cap.** In the event that FedEx increases its published list rates during the time period specified, Customer's rates ████████████ ████████████████████████████████████████████████████████████ At such time FedEx ████████████████ ██████████████████████████████████████████████████████

Notwithstanding the foregoing:
(i) The above-referenced cap is exclusive ████████████████████████████████████ ███████████████████████████████████████████████████████████████████ ██████████████████████████████████ and
(ii) Each term's rate cap shall not apply if █████████████████████████████████ █████████████████████████████████████████████████████████████

**Term 1**

**Ground Domestic MWT (OB, IB, RB, 3P)**

| Rated Shipment Weight | Multiweight Tier | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|----------------------|------------------|---|---|---|---|---|---|---|
| ████████████████ | ████████████ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |

| Zones => | 2-8 |
|----------|-----|
| Minimum Average Package Weight | ████ |
| Minimum Shipment Weight | ████ |
| Minimum Shipment Charge Reduction in USD($) | ████ |

Please see http://www.fedex.com/us/ground-multiweight.html for information on applicable minimum charges.

Any aggregation of packages weighing between the deficit weight and the minimum shipment weight will be ██████████████ ████████

Deficit Weight : ██████████

**Earned Discount :**

The following incentives are in addition to any pricing mentioned above if any. Please refer to the Earned Discount Program Details attachment below for the Annualized Transportation Charges calculation information.

Proposal : ██████████

**CONFIDENTIAL**

**RTR_SHARMA_000327**

DocuSign Envelope ID: ███████████████████████████

**Agreement Number:** ████████████

**Version Number:** ███

Program Number: 2 (Manual – in addition to Program 1; refer to Page 31 for the program details)

Annualized Transportation Charges are expressed in USD ($).

Grace Period: ████████

During the Grace Period, ████████████████████████████████████████████████████████████████████████

| Program 2 - EDO | | |
|---|---|---|
| Grace Discount : ████ | | |
| **Service(s)** | **Annualized Net Transportation Charges** | **Earned Discount** |
| **Ground Domestic MWT(OB,IB,RB,3P)** | ████████████████████████ | ████████████████ |

Except for SmartPost, Earned Discounts ████████████████████████████████

Program Number: 1  (Refer to Page 30 for program details)

Annualized Transportation Charges are expressed in USD ($).

Grace Period: ████████

During the Grace Period, ████████████████████████████████████████████████████████████████████████

| Program 1 – volume based earned discounts | | |
|---|---|---|
| Grace Discount : ████ | | |
| **Service(s)** | **Annualized Transportation Charges** | **Earned Discount** |
| **Ground Domestic MWT(OB,IB,RB,3P)** | ████████████████████████ | ████████████████ |

Except for SmartPost, Earned Discounts ████████████████████████████████

**United States Ground Export Single Piece:**

The following pricing applies to the individual FedEx accounts associated with the Customer as follows: ████████████ (Country ID)

The following discounts, if any, ████████████████████████████████████████████████████████

Discounts and/or net rates, if any, do not apply to fuel surcharges, duties and taxes, special handling fees, surcharges, ancillary or other charges (the amounts of applicable special handling fees, surcharge, ancillary and other charges shall be, unless otherwise noted herein, the published amounts for such fees/charges in effect on the date of shipment).

For Services receiving a percentage off, ████████████████████████████████████████████████████. For Services on net rates, if any, ████████████████████████████████████████ In addition, ████████████████████████████████████████████.

The following pricing for Ground Export Single Piece supersedes all prior Ground Export Single Piece pricing for individual FedEx accounts associated with the Customer identified above.

Proposal : ████████

17

**CONFIDENTIAL**                                                 **RTR_SHARMA_000328**

DocuSign Envelope ID: ███████████████████████

**Agreement Number:** ██████████

**Version Number:** ██

Any Ground Export Single Piece service not listed in this Agreement will be ███████████████████████████████ ████████████

**Pricing Terms.** Unless otherwise noted, the following term table is applicable to all services in United States. In the event that FedEx increases its applicable base rate during the term of the Agreement, ████████████████████████████ ███████████████████████████████████████

| Term | Term Start | Term End | Base Rate | Annual Rate Cap |
|------|-----------|----------|-----------|-----------------|
| 1 | ████████ | ████████ | ████████████████████ | ████████ |
| 2 | ████████ | ████████ | ████████████████████ | ████████ |

**Rate Cap.** In the event that FedEx increases its published list rates during the time period specified, ██████████████████ ██████████████████████████████████████ At such time FedEx will ████████████████████████████████████████████████████████████████████ ██████████████████████████

Notwithstanding the foregoing:

(i) The above-referenced cap ████████████████████████████████ ███████████████████████████████████████████████████████████████████████████ ██████████████████████ and

(ii) Each term's rate cap ████████████████████████████████████████████████████████████████████████████ ████████████████████████████

**Term 1**

**Ground Export Single Piece (OB)**
**Ground International Single Piece (3P)**

| Zones => | 51 | 54 |
|----------|----|----|
| All Applicable Weights | ████████ | ████████ |

**United States Minimums:**

Customer agrees to ████████████████████████████████████████ ████████████████████████████

In case reductions to the minimum net charge apply, the minimum net charge for each Service ████████████████████████ ███████████████████████████████████████████████████████.

Minimum charges are subject to change with any increase in applicable base rate during the time period of the Agreement.

**United States Ground Domestic Single Piece:**

The following minimum reductions ████████████████████████████████ and are in USD($)

| Service(s) | Payer Type(s) | Applicable Zones | Minimum Charge | Reduction Amount |
|------------|---------------|------------------|----------------|------------------|
| Ground Domestic Single Piece | ████████ | ████████ | ████████ | ████████ |
| Ground Domestic Single Piece | ████████ | ████████ | ████████ | ████████ |

Proposal : ████████

18

**CONFIDENTIAL**

RTR_SHARMA_000329

DocuSign Envelope ID: ██████████████████████████

**Agreement Number:** ████████████

**Version Number:** █

| Service(s) | Payer Type(s) | Applicable Zones | Minimum Charge | Reduction Amount |
|---|---|---|---|---|
| Ground Domestic Single Piece RM | ████ | ████ | ████ | ████ |
| Home Delivery Domestic Single Piece | ████ | ████ | ████ | ████ |

**United States Ground Export Single Piece:**

The following minimum reductions ████████████████████████████████ and are in USD($)

| Service(s) | Payer Type(s) | Applicable Zones | Minimum Charge |
|---|---|---|---|
| Ground Export Single Piece | ████ | ████ | ████ |
| Ground International Single Piece | ████ | ████ | ████ |

**United States Fees and Surcharges Modifications ("Surcharge Modifications")**

The following Surcharge Modifications apply to the individual FedEx accounts linked to the Customer Level ID as follows: ████████ (Country ID)

All ancillary service fees, surcharges, special handling fees, average minimum weights for shipment weight rating or other charges, or dimensional weighting not identified in this Agreement, its Attachments, Addenda or Amendments will be assessed as per the published list amounts for such fees/charges in the FedEx Service Guide in effect on the date of shipment.

Any new surcharges introduced ████████████████████████████████████████████████ ████████████████████ Surcharges ████████████████████████████████. Total new surcharges, on an annual basis, ████████████████████████████████

| Term | Term Start | Term End | Base Rate |
|---|---|---|---|
| 1 | ████ | ████ | ████ |
| 2 | ████ | ████ | ████ |

**Term 1**

| Name of Surcharge | Application | Modifications | Annual Rate Cap |
|---|---|---|---|
| Additional Handling Surcharge - Dimension | All Applicable Services | ████ | ████ |
| Additional Handling Surcharge - Weight | All Applicable Services | ████ | ████ |
| Email Return Label | All Applicable Services | ████ | ████ |
| Additional Handling Surcharge - Packaging | All Applicable Services | ████ | ████ |
| Residential Charge | Home Delivery US | ████ | ████ |
| Fuel Charge | All Applicable Services | ████ | ████ |
| Ground Delivery Area Surcharge - Residential | All Applicable Services | ████ | ████ |
| Ground Delivery Area Surcharge Extended - Residential | All Applicable Services | ████ | ████ |

Proposal : ████████

19

DocuSign Envelope ID: ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊

**Agreement Number:** ▊▊▊▊▊▊▊▊

**Version Number:** ▊

| Name of Surcharge | Application | Modifications | Annual Rate Cap |
|---|---|---|---|
| Print Return Label | All Applicable Services | | |
| Peak - Additional Handling Charge | All Applicable Services | | |
| Ground US Continental Delivery Area Surcharge Standard and Extended - Commercial | All Applicable Services | | |
| Future Day On-Call Pickup Charge Automated | All Applicable Services | | |
| Same Day On-Call Pickup Charge Automated | All Applicable Services | | |
| Future Day On-Call Pickup Charge Customer Service | All Applicable Services | | |
| Same Day On-Call Pickup Customer Service | All Applicable Services | | |
| Home Delivery Delivery Area Surcharge - Residential | All Applicable Services | | |
| Home Delivery Delivery Area Surcharge Extended - Residential | All Applicable Services | | |
| DIM >= Breakpoint | Ground International US to CA/CA to US | | |
| DIM < Breakpoint | Ground International US to CA/CA to US | | |
| DIM >= Breakpoint | Ground US | | |
| DIM < Breakpoint | Ground US | | |
| DIM >= Breakpoint | Home Delivery US | | |
| DIM < Breakpoint | Home Delivery US | | |

**Rate Cap.** In the event that FedEx increases its published list rates during the time period specified, ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊ At such time FedEx will ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊

**Term 2**

Effective from the start date of Term 2, all Surcharge Modifications in the table(s) above will be assessed as per the published list amounts for such fees/charges in the FedEx Service Guide in effect on the date of shipment.

Proposal : ▊▊▊▊▊▊

20

DocuSign Envelope ID: ███████████████████████

**Agreement Number:** ██████████
**Version Number:** ██

**United States Pricing Provisions:**

**Termination Fee:** In the event that Customer initiates an Early Termination Event, FedEx reserves the right ████████████ ████████████████████████████████████████████████████████████ For purposes of this Agreement, "Early Termination Event" shall be defined as the Customer terminating this Agreement ██████████████████████████

**Exception to Termination Fee**:
The "FedEx Service Level" represents the on-time delivery commitment met by FedEx for Ground volume provided to the Customer as set forth in this Agreement or FedEx Service Guide and indicated by the formula below.





The FedEx Service Level will be reported by FedEx following the end of each of FedEx's four account quarters which are comprised of 3 months. The FedEx Service Level accounting quarters are based on June 1 to May 31 fiscal period.

FedEx endeavors to provide a standard level ███ FedEx Service Level.  If the FedEx Service Level for Customer ████████████ ██████████████████████████████████████████████████████

If the FedEx Service Level ████████████████████████████████████ ████████████████████████████

**Peak Capacity**. FedEx endeavors to provide Customer requested (in consultation with FedEx on an annual basis) capacity during the November-December holiday seasons. FedEx further endeavors to provide Customer with prior written notice of any anticipated capacity reductions to the extent FedEx is able.

**Money Back Guarantee.** Customer waives the right to request refunds under the FedEx Money-Back Guarantee as specified in the FedEx Service Guide.

**Drop Off Return Shipment.** Customer acknowledges and agrees and shall ensure its customers are aware that any Return shipment must be tendered to a FedEx Office location, a FedEx Authorized Service Center, a FedEx OnSite or FedEx ShipSite retail location, or other approved location, including a FedEx Drop Box. Scheduled pick-ups are not permitted for Return shipments unless the pickup is made at the time of delivery. Refer your customers to fedex.com/pickup and dropoff for information on finding approved-drop off locations in their area.

**Ground Domestic MWT Pricing Provisions:**

**Multiweight.** Please see the Ground Multiweight Program Details in the Ground Pricing Attachment appendix for additional information.

Proposal : ██████████

21

DocuSign Envelope ID: ███████████████████████

**Agreement Number:** ████████████
**Version Number:** ██

## GROUND PRICING ATTACHMENT APPENDIX

**Ground Multiweight Program Details**

**Multiweight.** The base rates as published in the FedEx Service Guide in effect on the date of shipment, and as modified by any other addenda for ground services between FedEx and Customer, will be superseded by the Customer's Multiweight rates, as defined in the table(s) above, provided that the Customer's Multiweight rates result in lower package charges to the Customer. Multiweight rates do not apply to special handling fees, surcharges, ancillary or other charges unless expressly stated otherwise.

FedEx reserves the right to change the Multiweight Service Rate Charge at any time.

Multiweight service is applicable for aggregations of package shipments that are greater than or equal to the minimum shipment weight shown in the table(s) above. In determining total shipment weight and average package weight, ███████████████████ ████████████████████████████████████████████. All oversized and dimensional package weight rules apply. For outbound prepaid packages, an aggregation is defined as ████████████ ████████████████████████████. For international shipments, an aggregation is defined as █████████████████████████████████████████ ███████████. For inbound collect packages, an aggregation is defined as █████████████████████████████ ███████████████████████████████████████████████

The Multiweight charge shall be determined by ███████████████████████████████████ █████████████████████████. Multiweight units are determined by ██████████████████████ ████████████████████████████████████████████

Proposal : ████████

22

**CONFIDENTIAL**                                                                                      **RTR_SHARMA_000333**

DocuSign Envelope ID: ███████████████████████

**Agreement Number:** ███████████

**Version Number:** ██



## Freight Pricing Attachment

## Customer Name / Location(s)

Rent The Runway, Inc., , US

**Country ID**

Subsequent pricing applies to all individual FedEx accounts associated with the Customer as identified above, unless otherwise noted.

### GENERAL FREIGHT

**General Freight Terms and Conditions:**

These terms and conditions apply to all pricing contained herein and apply to all countries listed in this FedEx Freight (LTL) Pricing Attachment.

**General Rate Increase.** Rates and charges herein are subject to FedEx Freight, Inc. general rate increases.

Rates and charges herein are subject to change at FedEx Freight, Inc discretion.

Customer's pricing may change upon notice, subject to applicable notice periods as set forth in this Agreement.

**Limitation of Liability.** Unless otherwise specified below, Carrier Liability will be as referenced in the FXF 100 Series Rules Guide. Please visit http://www.fedex.com/us/freight/rulestariff/carrier_liability.html for specifics and/or to print FXF 100 Series Rules Guide.

**Shipment Activity.** In the event FedEx Freight, Inc. receives no shipments rated under the provisions of this item for a period of 30 days, this item will be considered obsolete and subject to cancellation.

**General Freight Pricing Provisions:**

These pricing provisions apply to all pricing contained herein and apply to all countries listed in this Freight (LTL) Pricing Attachment.

**Shipment Types.** Shipment types are defined as follows:
**Domestic shipments** Shipments with the same origin and destination country.
**Export shipments** Outbound shipments paid by the origin country, to a non-origin destination.
**Import shipments** Inbound shipments paid by the destination country, from any non-destination origin.

**Payer Type.** Outbound prepaid(OP) and outbound collect(OC) applies FROM Territory for customers physical locations referenced under Customer Name/Location(s) To Geography as defined. / Inbound collect(IC) applies FROM Geography as defined TO Territory for customers physical locations referenced under Customer Name/Locations(s). / Third Party(3P) applies Between Territory and Geography except as otherwise noted herein.

Customer's pricing may change upon notice.

The pricing contained herein is contingent upon the use of FedEx approved automation devices. FedEx reserves the right to modify pricing in the event that FedEx approved automation devices are not used for shipment processing.

Unless specifically provided herein, LTL pricing provisions ████████████████████████████████████
████████████████████████████████████ Carrier shall separately provide ████████████████████████

## United States

**United States Terms and Conditions:**

**Payment Terms.** Payment is due within the following number of days from the invoice date unless otherwise provided in a FedEx Credit Term Attachment: ██

**Payment Method:** Pay by Electronic Funds Transfer or EZ Debit

Proposal : ████████

23

DocuSign Envelope ID: ███████████████████████
**Agreement Number:** ████████████
**Version Number:** ███

### United States LTL Domestic:

The following pricing applies to the individual FedEx accounts associated with the Customer as follows: ████████ (Country ID)

**LTL Domestic Priority**
**LTL Domestic Economy**

**Currency: USD**

**Pricing Terms.** Unless otherwise noted, the following term table is applicable to all services in United States. In the event that FedEx increases its applicable base rate during the term of the Agreement, █████████████████████████████████████ █████████

| Term | Term Start | Term End | Base Rate |
|------|-----------|----------|-----------|
| 1 | ███████████ | ███████████ | ████████████████████ |

**Term 1**

**LTL Domestic Priority**

| Territory | Geography | Payer Type | Base Rate | Weight Group | NMFC | Minimum Charge | Discount |
|-----------|-----------|-----------|-----------|--------------|------|----------------|----------|
| | | | | | | | |

**LTL Domestic Economy**

| Territory | Geography | Payer Type | Base Rate | Weight Group | NMFC | Minimum Charge | Discount |
|-----------|-----------|-----------|-----------|--------------|------|----------------|----------|
| | | | | | | | |

**Shipments between the Contiguous US & Alaska.** Pricing stated above will apply on the inland portion of the move to/from the appropriate inland CFS (container freight station). Unless otherwise provided, beyond charges will be subject to the Alaska rates and charges as contained in FXF 303.

**Shipments between the Contiguous US & Hawaii.** Pricing stated above will apply on the inland portion of the move to/from the appropriate inland CFS (container freight station). Unless otherwise provided, beyond charges will be subject to the Hawaii rates and charges as contained in FXF 300.

**Shipments between the Contiguous US & Puerto Rico.** Pricing stated above will apply on the inland portion of the move to/from the appropriate inland CFS (container freight stations). Unless otherwise provided, beyond charges will be subject to the Puerto Rico rates and charges as contained in FXF 352.

### United States LTL Export:

The following pricing applies to the individual FedEx accounts associated with the Customer as follows: 489180135 (Country ID)

**LTL US to CA Export Priority**

Proposal : ████████

24

**CONFIDENTIAL**                                                    **RTR_SHARMA_000335**

DocuSign Envelope ID: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Agreement Number:** ▮▮▮▮▮▮▮
**Version Number:** ▮

**LTL US to CA Export Economy**
**LTL US to MX Export Priority**

**Currency: USD**

**Pricing Terms.** Unless otherwise noted, the following term table is applicable to all services in United States. In the event that FedEx increases its applicable base rate during the term of the Agreement, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮

| Term | Term Start | Term End | Base Rate |
|---|---|---|---|
| ███ | ███ | ███ | ███ |

**Term 1**

**LTL US to CA Export Priority**

| Territory | Geography | Payer Type | Base Rate | Weight Group | NMFC | Minimum Charge | Discount |
|---|---|---|---|---|---|---|---|
| ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ |

**LTL US to CA Export Economy**

| Territory | Geography | Payer Type | Base Rate | Weight Group | NMFC | Minimum Charge | Discount |
|---|---|---|---|---|---|---|---|
| ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ |

**LTL US to MX Export Priority**

| Territory | Geography | Payer Type | Base Rate | Weight Group | NMFC | Minimum Charge | Discount |
|---|---|---|---|---|---|---|---|
| ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ |

**United States LTL Import:**

The following pricing applies to the individual FedEx accounts associated with the Customer as follows: ▮▮▮▮▮▮▮ (Country ID)

**LTL US from CA Import Priority**
**LTL US from CA Import Economy**
**LTL US from MX Import Priority**

**Currency: USD**

**Pricing Terms.** Unless otherwise noted, the following term table is applicable to all services in United States. In the event that FedEx increases its applicable base rate during the term of the Agreement, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮

Proposal : ▮▮▮▮▮▮

25

**CONFIDENTIAL**

DocuSign Envelope ID: ███████████████████████

**Agreement Number:** ████████████

**Version Number:** ██

| Term | Term Start | Term End | Base Rate |
|------|-----------|----------|-----------|
| ██ | ██ | ██ | ██ |

**Term 1**

**LTL US from CA Import Priority**

| Territory | Geography | Payer Type | Base Rate | Weight Group | NMFC | Minimum Charge | Discount |
|-----------|-----------|-----------|-----------|--------------|------|----------------|----------|
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |

**LTL US from CA Import Economy**

| Territory | Geography | Payer Type | Base Rate | Weight Group | NMFC | Minimum Charge | Discount |
|-----------|-----------|-----------|-----------|--------------|------|----------------|----------|
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |

**LTL US from MX Import Priority**

| Territory | Geography | Payer Type | Base Rate | Weight Group | NMFC | Minimum Charge | Discount |
|-----------|-----------|-----------|-----------|--------------|------|----------------|----------|
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |

Proposal : ████████

26

**CONFIDENTIAL**

DocuSign Envelope ID: ███████████████████

**Agreement Number:** █████████
**Version Number:** █



# Earned Discount Program Details

The following are the details of the Earned Discount Program.

Customer will receive ████████████████████████████████████████████████ ███████████████████████████████. Earned discounts ████████████████████ ██████████████████████ Earned discounts do not apply to ancillary service fees, surcharges, special handling fees or other charges and are applicable for the time period(s) specified in the applicable pricing attachments.

**Eligible Shipments:**

In order for a shipment to count toward Customer's earned discount threshold or to receive an applicable earned discount, shipments must be billed to a FedEx account number that is eligible for earned discounts. Customer shall not be entitled to invoice adjustments for earned discounts for use of ineligible account numbers.

**PROGRAM NUMBER 1**

**Grace Period:**

Beginning with the Effective Date of this Agreement, Customer shall ███████████████████████ ████████████████████████████.

At the conclusion of the Grace Period, ████████████████████████████████ ███████████████████.

**Annualized Transportation Charges**

The Annualized Transportation Charges in this ED program are included in "gross revenue charges". The gross revenue charges are:
████████████████████████████████████████████████████ ██████████████████████████████████.

**Frequency used in the Earned Discount Calculation:**

Customer's Earned Discount calculation will occur: ██████.

Number of Periods used in the calculation: ████████.

**When to Recognize Charges and How to Annualize Transportation Charges:**

Customer's Annualized Transportation Charges will be ███████████ to determine Customer's discount from the Earned Discount table ████████████████████████████████████████████ ████████████████████████████████████████████.

**Operating Companies included in the Earned Discount Calculation:**

**FedEx Express**

**FedEx Ground**

**FedEx LTL Freight**

**Accounts included in Aggregation:**

Annualized Transportation Charges will be aggregated for individual FedEx accounts associated with the Customer identified as follows: ████████.

**PROGRAM NUMBER 2 (Manual)**

**Grace Period:**

Beginning with the Effective Date of this Agreement, ████████████████████████ ██████████████████.

At the conclusion of the Grace Period, ████████████████████████████ ████████████████████.

Proposal : ████████

CONFIDENTIAL

RTR_SHARMA_000338

DocuSign Envelope ID: ████████████████████████

**Agreement Number:** ████████████████

**Version Number:** ██

**Annualized Net Transportation Charges**

The Annualized Net Transportation Charges in this ED program are included in "net revenue charges". The net revenue charges are: (i) ███████████████████████████████████████████████████████████████████████████████████

**Frequency used in the Earned Discount Calculation:**

Customer's Earned Discount calculation will occur: ████████

Number of Periods used in the calculation: ████████

**When to Recognize Charges and How to Annualize Net Transportation Charges:**

Customer's Annualized Net Transportation Charges will be ████████████ to determine Customer's discount from the Earned Discount Table. The first calculation period will be ██████████████████████████ ████████████████████████████████████████████████████████████████████████████████████

**Operating Companies included in the Earned Discount Calculation:**

**FedEx Express**

**FedEx Ground**

**FedEx LTL Freight**

**Accounts included in Aggregation:**

Annualized Net Transportation Charges will be aggregated for individual FedEx accounts associated with the Customer identified as follows: ████████

**Earned Discount Override Program ("EDO Program"):**

Customer and FedEx agree that Earned Discounts identified if any herein will not be reflected on the invoices presented by FedEx to Customer, for services provided under the Agreement. Those Earned Discounts not reflected on the invoices ("Earned Discount Override") shall be paid by FedEx to Customer by Automated Clearing House ("ACH") issued within ████████████████████████ ████████████████████████████████ Any account numbers that are removed from the Agreement, for any reason will be automatically removed from this EDO Program.

In order to participate in this EDO Program, Customer must remain current in all payables to FedEx. FedEx will check Customer's account status at the end of each calendar month and will not process payments if Customer has an outstanding balance. ACH amount will be carried over to the next period and will be issued with the next period's amount until Customer is current in all payables to FedEx. Customer agrees that the right to receive Earned Discounts will be forfeited ████████████ from the ACT issue date for the period in which the discount was earned. If a check is issued rather than ACH payment, FedEx will alert Customer via email to ask for which address the check should be sent, and provide tracking information. So long as FedEx properly provides notice of a check issuance, FedEx cannot be held liable for misuse of Earned Discounts Override check by any non-FedEx parties handling the check after it has been mailed by FedEx.

Customer also agrees that if ████████████████████████████████████████████████████████ █████████████████████████

If the credits or adjustments for any period exceed the Earned Discount Override amount for the same period, ACH will not be sent and the difference will be deducted from the next period's Earned Discount Override amount. FedEx reserves the right to bill the customer for such differences at any time.

If Customer's pricing program is discontinued or terminated, this EDO Program is automatically terminated.

Customer warrants and represents that it is a corporation, limited partnership, or general partnership, and not a "consumer" as that term is defined in Regulation E of the Federal Reserve Board.

FedEx reserves the right to ████████████████████████████████████████████████████████ ██. Notwithstanding the foregoing, FedEx may not ████████████████████████████████████ ████████████████████████████████████

FedEx and Customer agree that either party may terminate this EDO Program at any time ████████████████████████████████ ██████ If FedEx terminates this EDO Program for convenience, ████████████████████████████████████ ████████████

Proposal : ████████

**CONFIDENTIAL**

RTR_SHARMA_000339

DocuSign Envelope ID: ███████████████████

**Agreement Number:** ████████
**Version Number:** █

Package consolidators (as defined in the FedEx Service Guide) may not participate in the EDO Program.

All account number(s) approved by FedEx for participation in the EDO Program must be identified by Customer and listed prior to Customer's participation in the EDO Program. The proper account number(s) must appear on the airbill, package tracking label, or air waybill, in order for Customer to receive the Earned Discount Override.

A report reflecting the details of the payment amount will be sent to a mutually agreed upon location between FedEx and the customer and simultaneously emailed to customer at the contact information below. FedEx cannot be held liable for delays or loss resulting from errors in the mail system.

Customer may request to change this information at any time by contacting a FedEx representative.

**Your signature on the Agreement constitutes your agreement to the terms and conditions herein.**

The following Earned Discount Programs are applied as Earned Discount Override

Proposal : ████████

29

**CONFIDENTIAL**                                                                    **RTR_SHARMA_000340**