# EXHIBIT E

DocuSign Envelope ID: ███████████████████████

**AMENDMENT NO. 1**
**UPS INCENTIVE PROGRAM AGREEMENT**

This Amendment No.1 ("Amendment") is entered into as of the effective date set forth below ("Amendment Effective Date") and is attached to and made a part of the UPS Incentive Program Agreement by and between Rent the Runway ("Customer") and United Parcel Service, Inc., an Ohio corporation ("UPS") effective ███████ ███ ("Agreement"). UPS and Customer may be referred to herein individually as a "Party" and collectively as the "Parties."  The Parties hereby agree that the Agreement shall be amended as set forth below:

1.  Customer and UPS mutually agree that the Effective Date of the Agreement shall be changed from ███████ ████ to ██████████ as of the Amendment Effective Date.

2.  Unless expressly changed by this Amendment, all other terms and conditions of the Agreement will remain valid and enforceable.  In the event of a conflict between this Amendment and the Agreement, this Amendment will prevail.

3.  This offer is void if not accepted by █████████ ("Deadline"). Customer may accept this Amendment by providing a duly signed copy to UPS by the Deadline. This Amendment supersedes all other agreements between Customer and UPS regarding these Services. This Amendment is hereby signed and executed by authorized representatives of both Parties.

**RENT THE RUNWAY**                                    **UNITED PARCEL SERVICE, INC.**

By ███████████                                        By: ███████████
   (____orized Representative)                             (____ized Representative)

Print Name: ████████                                  Print Name: █████████

Title:  Chief Supply Chain Officer                    Title:  Director Enterprise Accounts

Address:  Address                                     Address:  Address

Date Signed: 6/25/2021 | 5:04 PM EDT    Date Signed: 6/25/2021 | 6:06 PM EDT

                                        Effective Date:  ██████████

CONFIDENTIAL                                    RTR_SHARMA_000383