# EXHIBIT F



July 19, 2021

Mr. ███████████, CSCO
Rent The Runway, Inc.
100 Metro Way Ste 1
Secaucus, NJ, 07094-1914
bdonato@renttherunway.com

**RE:    Termination of FedEx Account Number:  ACCOUNT #(S)** ██████████████
████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████

Dear Mr. Donato:

Your FedEx Pricing Agreement(s) provide for ███████████████████████████████
████████    Please accept this letter as FedEx's intention to terminate your FedEx Pricing Agreement, and all related Amendments, Addenda and Attachments attached thereto, between FedEx and you, as well as any affiliates or subsidiaries.

In addition, please be advised that FedEx is terminating the above listed FedEx Account number(s). Notice of termination of the account number is given in accordance with the FedEx Service Guide, page 134, where it states:

> **Account Numbers:** "Account numbers are issued by FedEx according to shipping location and are nontransferable. Account numbers are issued and used solely at the discretion of FedEx. FedEx may discontinue the use of accounts, in whole or in part, and terminate all or particular accounts and account numbers at any time, for any reason, at its sole discretion. Improper, illegal or any other misuse of your FedEx account may also, at the sole discretion of FedEx, result in loss of discounts or termination of the account. …  Use of your account number constitutes your agreement that all packages shipped by us shall be subject to these terms and conditions, as modified, amended or supplemented."

The termination of the above-referenced Account Number(s) and the discontinuation of the discounts and incentives, as set forth in the Agreement(s), ████████████████████████████. In addition to the above, please be advised that no third-party billing is allowed.

If you have questions or want to discuss, please feel free to contact ██████████████████ .

Sincerely,

**FEDEX CORPORATION LEGAL DEPARTMENT**

**RTR_SHARMA_000350**