# EXHIBIT G

DocuSign Envelope ID: ███████████████████████

## AMENDMENT NO. 2
## UPS INCENTIVE PROGRAM AGREEMENT

This Amendment No.2 ("Amendment") is entered into as of the effective date set forth below ("Amendment Effective Date") and is attached to and made a part of the UPS Incentive Program Agreement by and between Rent the Runway ("Customer") and United Parcel Service, Inc., an Ohio corporation ("UPS") effective ███ ███ ("Agreement"). UPS and Customer may be referred to herein individually as a "Party" and collectively as the "Parties." The Parties hereby agree that the Agreement shall be amended as set forth below:

1. Customer and UPS mutually agree that the Effective Date of the Agreement shall be changed from ███ ███ to ███ as of the Amendment Effective Date.

2. Unless expressly changed by this Amendment, all other terms and conditions of the Agreement will remain valid and enforceable. In the event of a conflict between this Amendment and the Agreement, this Amendment will prevail.

3. This offer is void if not accepted by ███ ("Deadline"). Customer may accept this Amendment by providing a duly signed copy to UPS by the Deadline. This Amendment supersedes all other agreements between Customer and UPS regarding these Services. This Amendment is hereby signed and executed by authorized representatives of both Parties.

**RENT THE RUNWAY**                    **UNITED PARCEL SERVICE, INC.**

By ███████                             By: ███████
        (Authorized Representative)              (Authorized Representative)

Print Name: ███████                    Print Name: ███████

Title:  Chief Supply Chain Officer     Title:  Director Enterprise Accounts

Address:  Address                      Address:  Address


Date Signed: 7/26/2021 | 8:42 PM EDT   Date Signed: 7/26/2021 | 8:56 PM EDT

                                       Effective Date:  ███████

**CONFIDENTIAL**                                           **RTR_SHARMA_000384**

DocuSign Envelope ID: █████████████████████████

**EXHIBIT X**
**ENTER EXHIBIT X NAME**

Enter the entire content of your new exhibit here.

**CONFIDENTIAL**

**RTR_SHARMA_000385**