# EXHIBIT I

DocuSign Envelope ID: ██████████████████████ ⌐ervices Agreement Amendment

## Table of Contents

FedEx Transportation Services Agreement Amendment ................................................................................................................1/9

Ground Pricing Attachment................................................................................................................................................................3/9

    General Ground Terms and Conditions........................................................................................................................................3/9

    General Ground Pricing Provisions...............................................................................................................................................3/9

    United States .................................................................................................................................................................................3/9

        United States Terms and Conditions.......................................................................................................................................3/9

        United States Ground Domestic Single Piece .........................................................................................................................3/9

        United States Pricing Provisions..............................................................................................................................................8/9

Earned Discount Program Details .....................................................................................................................................................9/9

 RTR_SHARMA_000361

DocuSign Envelope ID: █████████████████████████

**Agreement Number:** ███████████

**Version Number:** █



# FedEx Transportation Services Agreement Amendment

**Agreement Number(s) :** ███████████

**Customer Name:** Rent The Runway, Inc.

**Effective Date:** See Below ("Effective Date")

FedEx and Customer entered into a FedEx Pricing Agreement ("Agreement") identified above. FedEx and Customer now desire to amend the Agreement.

Pricing shall be amended as identified on the attachments to this Amendment. The pricing is effective the later of the date identified above, if any, or within five business days following possession of a fully executed Amendment by FedEx's authorized representative ("Effective Date").

This Pricing Agreement/Amendment hereinafter collectively refers to a Country or Territory as "Country or Countries".

Except as otherwise provided, the pricing for each agreement section addressed in this Amendment is hereby replaced with the pricing contained in the following attachment. For all sections not addressed herein, the pricing, terms and conditions of the original Agreement (or subsequent amendments) shall remain in full force and effect and are hereby ratified and confirmed.

Other than as provided in this Amendment, all words and definitions in this Amendment shall have the same meaning in this Amendment as in the Agreement.

Proposal : ████████

CONFIDENTIAL

RTR_SHARMA_000362

DocuSign Envelope ID: █████████████████████

**Agreement Number:** ████████████

**Version Number:** █

**IN WITNESS WHEREOF, the parties hereby execute this Amendment as of the last date provided below:**

**Any alterations to this document, including but not limited to handwritten changes, by either party are null and void.**

**Rent The Runway, Inc.("Customer")**

By █████████████████

Print Name : _____

Title : Chief Supply Chain Officer

Date : August 15, 2021

**On behalf of, each as applicable, and their affiliates and subsidiaries, Federal Express Corporation, FedEx Ground Package System, Inc., and FedEx Freight, Inc. (collectively "FedEx")** by their agent FedEx Corporate Services, Inc.

By : █████████████

Print Name : _____

Title : Sr Strategy Sales Analyst

Date : August 13, 2021

Employee No. : ██████

The above mentioned offer expires if not signed by ████████ .

Proposal : █████

**CONFIDENTIAL**

RTR_SHARMA_000363

DocuSign Envelope ID: ███████████████████████

**Agreement Number:** ██████████████
**Version Number:** █



# Ground Pricing Attachment

## Customer Name / Location(s)                                             **Country ID**

Rent The Runway, Inc., , US

Subsequent pricing applies to all individual FedEx accounts associated with the Customer as identified above, unless otherwise noted.

### GENERAL GROUND

### General Ground Terms and Conditions:

These terms and conditions apply to all pricing contained herein and apply to all countries listed in this FedEx Ground Pricing Attachment.

**Valid Account.** A valid account number must be established for incentives to apply.

**Zone Definitions.** To determine your zone, please refer to the FedEx Service Guide, or access our website at <u>fedex.com</u>.

**Commitments.** Customer agrees that ████████████████████████████████ ███████████████████████████████████████████████████ in such event, FedEx may █████ ████████████████████ Customer also agrees that ████████████████████████ ████████████████████.

### General Ground Pricing Provisions:

These pricing provisions apply to all pricing contained herein and apply to all countries listed in this Ground Pricing Attachment.

**Shipment Types.** Shipment types are defined as follows:
**Domestic shipments** Shipments with the same origin and destination country.
**Export shipments** Outbound shipments paid by the origin country, to a non-origin destination.
**Import shipments** Inbound shipments paid by the destination country, from any non-destination origin.

**Payer Types.** The following payer type abbreviations are defined as follows:
**OB** Outbound prepaid packages picked up at Customer's facility
**IB** Packages received by and billed to Customer (placard enrollment required)
**3P** Packages shipped for the Customer by a third party
**RB** Packages received by and billed to Customer
**PRP** Package Return Packages received at the Customer facility
**RM** Return Manager packages received at the Customer's facility
**TB** Trans-Border packages tendered at designated hub(s) and terminal(s) within the destination country
**ZJ** Zone jump packages dropped into designated hub(s) and terminal(s)

## United States

### United States Terms and Conditions:

**Payment Terms.** Payment is due within the following number of days from the invoice date unless otherwise provided in a FedEx Credit Term Attachment: ████████████████████████████████

**Payment Method:** Pay by Electronic Funds Transfer or EZ Debit

### United States Ground Domestic Single Piece:

The following pricing applies to the individual FedEx accounts associated with the Customer as follows: ████████ (Country ID)

The following discounts, if any, ████████████████████████████████████ and apply to Ground Domestic Single Piece.

Proposal : ████████

**CONFIDENTIAL**                                                          **RTR_SHARMA_000364**



DocuSign Envelope ID: ██████████████████████

**Agreement Number:** ██████████████
**Version Number:** █

Discounts and/or net rates, if any, do not apply to fuel surcharges, duties and taxes, special handling fees, surcharges, ancillary or other charges (the amounts of applicable special handling fees, surcharge, ancillary and other charges shall be, unless otherwise noted herein, the published amounts for such fees/charges in effect on the date of shipment).

For Services receiving a percentage off, ███████████████████████████████████████████ ████████████████████████████████████ For Services on net rates, if any, ████████████████ ████████████████████████ In addition, ███████████████████████████████████████

The following pricing for Ground Domestic Single Piece supersedes all prior Ground Domestic Single Piece pricing for individual FedEx accounts associated with the Customer identified above.

Any Ground Domestic Single Piece service not listed in this Agreement will be charged at the applicable FedEx Service Guide on the date of shipment.

**Pricing Terms.** Unless otherwise noted, the following term table is applicable to all services in United States. In the event that FedEx increases its applicable base rate during the term of the Agreement, ████████████████████████████████████████ ██████

| Term | Term Start | Term End | Base Rate | Rate Cap |
|------|-----------|----------|-----------|----------|
| 1 | ████████ | ████████ | ████████████████████ | ████████ |
| 2 | ████████ | ████████ | ████████████████████ | ████████ |
| 3 | ████████ | ████████ | ████████████████████ | ████████ |

**Rate Cap.** In the event that FedEx increases its published list rates during the time period specified, Customer's rates ██████████ ███████████████████████████████████████████████████ At such time FedEx will ███████████ ███████████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████

Notwithstanding the foregoing:
(i) The above-referenced cap is exclusive of ███████████████████████████████████████ ███████████████████████████████████████████████████████████████████████████████ █████████████████████████████████ and
(ii) Each term's rate cap shall not apply if Customer ████████████████████████████████ ███████████████████████████████████████████████████████████████████████████████ █████████████████████████████████

**Term 1**

**Ground Domestic Single Piece (OB,IB,RB,3P)**

| Zones => | 2-8 |
|----------|-----|
| 1.0 - 10.0 lb(s) | ████████ |
| 11.0 + lb(s) | ████████ |

**Ground Domestic Single Piece RM (OB,3P)**

| Zones => | 2 | 3 | 4 | 5-6 | 7 | 8 |
|----------|---|---|---|-----|---|---|
| All Applicable Weights | ██ | ██ | ██ | ██ | ██ | ██ |

**Home Delivery Domestic Single Piece (OB,3P)**

| Zones => | 2-8 |
|----------|-----|
| 1.0 - 10.0 lb(s) | ████████ |
| 11.0 + lb(s) | ████████ |

**Ground Domestic Single Piece (OB,IB,RB,3P)**

| Zones => | 9 | 17 | 23 | 25 | 92 | 96 |
|----------|---|----|----|----|----|----|
| All Applicable Weights | ██ | ██ | ██ | ██ | ██ | ██ |

Proposal : ████████

CONFIDENTIAL

RTR_SHARMA_000365

DocuSign Envelope ID: ███████████████████

**Agreement Number:** ███████████

**Version Number:** █

**Earned Discount :**

The following incentives are in addition to any pricing mentioned above if any. Please refer to the Earned Discount Program Details attachment below for the Annualized Transportation Charges calculation information.

Program Number: 1

Annualized Transportation Charges are expressed in USD ($).

| Service(s) | Annualized Transportation Charges | Earned Discount |
|---|---|---|
| **Ground Domestic Single Piece(OB,IB,RB,3P)**<br>**Home Delivery Domestic Single Piece(OB,3P)** | ██████████████████ | ████████ |

Except for SmartPost, Earned Discounts ████████████████████

Program Number: 2 (Manual)

Annualized Transportation Charges are expressed in USD ($).

| Service(s) | Annualized Transportation Charges | Earned Discount |
|---|---|---|
| **Ground Domestic Single Piece(OB,IB,RB,3P)**<br>**Home Delivery Domestic Single Piece(OB,3P)** | ██████████████████ | ████████ |

Except for SmartPost, Earned Discounts ████████████████████

**Term 2**

**Ground Domestic Single Piece (OB,IB,RB,3P)**

| Zones => | 2-8 |
|---|---|
| 1.0 - 10.0 lb(s) | ████████ |
| 11.0 + lb(s) | |

**Ground Domestic Single Piece RM (OB,3P)**

| Zones => | 2-8 |
|---|---|
| 1.0 - 10.0 lb(s) | ████████ |
| 11.0 + lb(s) | |

**Home Delivery Domestic Single Piece (OB,3P)**

| Zones => | 2-8 |
|---|---|
| 1.0 - 10.0 lb(s) | ████████ |
| 11.0 + lb(s) | |

**Ground Domestic Single Piece (OB,IB,RB,3P)**

| Zones => | 9 | 17 | 23 | 25 | 92 | 96 |
|---|---|---|---|---|---|---|
| All Applicable Weights | ███████████████████████████ | | | | | |

Proposal : ████████

**CONFIDENTIAL**

**RTR_SHARMA_000366**

DocuSign Envelope ID: ████████████████

**Agreement Number:** ████████████

**Version Number:** ██

**Earned Discount :**

The following incentives are in addition to any pricing mentioned above if any. Please refer to the Earned Discount Program Details attachment below for the Annualized Transportation Charges calculation information.

Program Number: 1

Annualized Transportation Charges are expressed in USD ($).

| Service(s) | Annualized Transportation Charges | Earned Discount |
|---|---|---|
| **Ground Domestic Single Piece(OB,IB,RB,3P)**<br>**Home Delivery Domestic Single Piece(OB,3P)** | ██████████████████████ | ████████ |

Except for SmartPost, Earned Discounts ██████████████████████

Program Number: 2 (Manual)

Annualized Transportation Charges are expressed in USD ($).

| Service(s) | Annualized Transportation Charges | Earned Discount |
|---|---|---|
| **Ground Domestic Single Piece(OB,IB,RB,3P)**<br>**Home Delivery Domestic Single Piece(OB,3P)** | ██████████████████████ | ████████ |

Except for SmartPost, Earned Discounts ██████████████████████

**Ground Domestic Single Piece Commitments:**

Ground Domestic Single Piece pricing is based on the following commitments:
  • Minimum Average Daily Volume : ██████

**United States Minimums:**

Customer agrees to pay ████████████████████████████████████████
████████████████████████████

In case reductions to the minimum net charge apply, the minimum net charge for each Service will be ████████████████
████████████████████████████████████

Minimum charges are subject to change with any increase in applicable base rate during the time period of the Agreement.

**United States Ground Domestic Single Piece:**

**Term 1**

The following minimums are ████████████████████████████████ and are in USD($)

Proposal : ████████

**CONFIDENTIAL**                                                                 **RTR_SHARMA_000367**

DocuSign Envelope ID: ███████████████████████

**Agreement Number:** ████████████
**Version Number:** ██

| Service(s) | Payer Type(s) | Applicable Zones | Minimum Charge | Reduction Amount |
|---|---|---|---|---|
| Ground Domestic Single Piece | | | | |
| Ground Domestic Single Piece RM | | | | |
| Ground Domestic Single Piece RM | | | | |

The following minimum reductions are ████████████████████████ and are in USD($)

| Service(s) | Payer Type(s) | Applicable Zones | Minimum Charge | Reduction Amount |
|---|---|---|---|---|
| Ground Domestic Single Piece | | | | |
| Ground Domestic Single Piece | | | | |
| Ground Domestic Single Piece | | | | |
| Ground Domestic Single Piece | | | | |
| Home Delivery Domestic Single Piece | | | | |

**Term 2**

The following minimums are ████████████████████████ and are in USD($)

| Service(s) | Payer Type(s) | Applicable Zones | Minimum Charge | Reduction Amount |
|---|---|---|---|---|
| Ground Domestic Single Piece | | | | |

The following minimum reductions are ████████████████████████ and are in USD($)

| Service(s) | Payer Type(s) | Applicable Zones | Minimum Charge | Reduction Amount |
|---|---|---|---|---|
| Ground Domestic Single Piece | | | | |
| Ground Domestic Single Piece | | | | |
| Ground Domestic Single Piece | | | | |
| Ground Domestic Single Piece | | | | |
| Ground Domestic Single Piece RM | | | | |

Proposal : ████████

CONFIDENTIAL

RTR_SHARMA_000368

DocuSign Envelope ID: ██████████████████████████

**Agreement Number:** ████████████

**Version Number:** █

| Service(s) | Payer Type(s) | Applicable Zones | Minimum Charge | Reduction Amount |
|---|---|---|---|---|
| Home Delivery Domestic Single Piece | ████████████████████████████████ | █████████ | █████████ | ████████████ |

**United States Pricing Provisions:**

**Money Back Guarantee.** Customer waives the right to request refunds under the FedEx Money-Back Guarantee as specified in the FedEx Service Guide.

**Termination Fee.** The Termination Fee currently in effect shall not be revised or restarted by this Amendment, shall remain in full force and effect, and is hereby ratified and confirmed.

**Peak Capacity.** FedEx endeavors to provide Customer requested (in consultation with FedEx on an annual basis) capacity during the November-December holiday seasons. FedEx further endeavors to provide Customer with prior written notice of any anticipated capacity reductions to the extent FedEx is able.

**Drop Off Return Shipment.** Customer acknowledges and agrees and shall ensure its customers are aware that any Return shipment must be tendered to a FedEx Office location, a FedEx Authorized Service Center, a FedEx OnSite or FedEx ShipSite retail location, or other approved location, including a FedEx Drop Box. Scheduled pick-ups are not permitted for Return shipments unless the pickup is made at the time of delivery. Refer your customers to fedex.com/pickup and dropoff for information on finding approved-drop off locations in their area.

Proposal : ████████

CONFIDENTIAL

RTR_SHARMA_000369

DocuSign Envelope ID: ███████████████████████

**Agreement Number:** ███████████

**Version Number:** █



# Earned Discount Program Details

The following are the details of the Earned Discount Program.

Customer will receive ████████████████████████████████████████████████████ Earned discounts ████████████████████ ████████████████████████████████████ Earned discounts do not apply to ancillary service fees, surcharges, special handling fees or other charges and are applicable for the time period(s) specified in the applicable pricing attachments.

**Eligible Shipments:**

In order for a shipment to count toward Customer's earned discount threshold or to receive an applicable earned discount, shipments must be billed to a FedEx account number that is eligible for earned discounts. Customer shall not be entitled to invoice adjustments for earned discounts for use of ineligible account numbers.

**PROGRAM NUMBER 1**

Customer already participates in an Earned Discount calculation. The ongoing calculation will not be impacted by this Agreement / Amendment. Discount changes, if any, will take effect on the effective date of this Agreement / Amendment.

**PROGRAM NUMBER 2 (Manual)**

Customer already participates in an Earned Discount calculation. The ongoing calculation will not be impacted by this Agreement / Amendment. Discount changes, if any, will take effect on the effective date of this Agreement / Amendment.

Proposal : ████████

9/9

**CONFIDENTIAL**