# EXHIBIT J

DocuSign Envelope ID █████████████████████████

## AMENDMENT NO. 3
## UPS INCENTIVE PROGRAM AGREEMENT

This Amendment No. 3 ("Amendment") is entered into as of the effective date set forth below ("Amendment Effective Date") and is attached to and made a part of the UPS Incentive Program Agreement by and between Rent the Runway ("Customer") and United Parcel Service, Inc., an Ohio Corporation ("UPS") effective ███████████ ("Agreement"). UPS and Customer may be referred to herein individually as a "Party" and collectively as the "Parties." The Parties hereby agree that the Agreement shall be amended as set forth below:

1. The Term of the Agreement is hereby ███████████████████████████████ ████████████

2. The last sentence in Section 7 is hereby deleted in its entirety and replaced with the following:
   Either party may ███████████████████████████████████████ UPS will ███████████████████████████████████████████ ███████████████ Notices under this Agreement shall be in writing, and shall be deemed given when personally delivered, sent by confirmed electronic means to ████████████████████████ █████████████████████████████ after being sent by prepaid certified or registered U.S. mail to the address of the party to be noticed as set forth herein or such other address as such party last provided to the other by written notice.

3. **Exhibit A, Account Shippers** is hereby deleted in its entirety and replaced with the following:

| Account Number | Account Name | Street | City | State | Postal Code |
|---|---|---|---|---|---|
| | | | | | |

4. **Exhibit B, Domestic and International Incentives, Section 4,** UPS® Ground - Residential Delivery, is hereby deleted in its entirety and replaced with the following:

   **4. UPS® Ground - Residential Delivery.** The following discounts will apply to ████████████ ███████████████████████████████████

**RTR_SHARMA_000701**

DocuSign Envelope ID ███████████████████████████

| UPS® Ground - Single Piece Residential Package | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Weight (lbs) / Zone | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 44 | 45 | 46 |
| █ | █ | █ | █ | █ | █ | █ | █ | █ | █ | █ |

In addition to the above Incentives, UPS agrees to grant Customer Incentives, per Exhibit C.

5. **Exhibit B, Domestic and International Incentives, Section 5, UPS® Ground - Commercial Delivery,** is hereby deleted in its entirety and replaced with the following:

**5. UPS® Ground - Commercial Delivery.** The following discounts will apply to ████████████████ ███████████████████████

| UPS® Ground - Commercial Return | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Weight (lbs) / Zone | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 44 | 45 | 46 |
| 1 | █ | █ | █ | █ | █ | █ | █ | █ | █ | █ |
| 6 | █ | █ | █ | █ | █ | █ | █ | █ | █ | █ |
| 11 | █ | █ | █ | █ | █ | █ | █ | █ | █ | █ |
| 151 | █ | █ | █ | █ | █ | █ | █ | █ | █ | █ |

In addition to the above Incentives, UPS agrees to grant Customer Incentives, per Exhibit C.

6. **Exhibit C, Portfolio Tier Incentives, Section 1** is hereby deleted in its entirety and replaced with the following:

**1.** The Incentives in this Exhibit apply to Shipper Numbers listed on Exhibit A only. Each eligible package will receive an Incentive based upon ██████████████████████████████████████████ The band determination is based upon ██████████████████████████████████ For the ███████████████ the Incentives in the table below at the ████████████████████████████████████ Beginning on ███████████████████ ██████

7. **Exhibit C, Portfolio Tier Incentives, Section 3** is hereby deleted in its entirety and replaced with the following:

3. Weekly base Transportation Charges per week will be based upon the average ███████████ ████████████████████████████████████████████ This average ████████████████████ Average weekly base Transportation Charges per week is defined as ████████████████████████████ ████████████████████████████████████████████████

**RTR_SHARMA_000702**

DocuSign Envelope ID ████████████████████████████

| Service(s) | Gross Weekly Transportation Charge Bands |
|---|---|
| UPS Next Day Air® - Letter $^{FC\ TP\ UP\ RS\ RTP}$ | |
| UPS Next Day Air® - Package $^{FC\ TP\ UP\ RS\ RTP}$ | |
| UPS Next Day Air Saver® - Letter $^{FC\ TP\ UP}$ | |
| UPS Next Day Air Saver® - Package $^{FC\ TP\ \ UP}$ | |
| UPS 2nd Day Air A.M.® - Letter $^{FC\ TP\ UP}$ | |
| UPS 2nd Day Air A.M.® - Package $^{FC\ TP\ UP}$ | |
| UPS 2nd Day Air® - Letter $^{FC\ TP\ UP\ RS\ RTP}$ | |
| UPS 2nd Day Air® - Package $^{FC\ TP\ UP\ RS\ RTP}$ | |
| UPS 3 Day Select® - Package $^{FC\ TP\ UP\ RS\ RTP}$ | |
| UPS® Ground - Single Piece Commercial Package $^{FC\ TP\ UP}$ | |
| UPS® Ground - Single Piece Commercial Package $^{RS\ RTP}$ | |
| UPS® Ground - Single Piece Residential Package $^{FC\ TP\ RS\ RTP}$ | |
| UPS Worldwide Express® - Export Letter $^{All}$ | |
| UPS Worldwide Express® - Export Document $^{All}$ | |
| UPS Worldwide Express® - Export Package $^{All}$ | |
| UPS Worldwide Express® - Export Pak 1 - 2 lb. $^{All}$ | |
| UPS Worldwide Saver® - Export Letter $^{All}$ | |
| UPS Worldwide Saver® - Export Document $^{All}$ | |
| UPS Worldwide Saver® - Export Package $^{All}$ | |
| UPS Worldwide Saver® - Export Pak 1 - 2 lb. $^{All}$ | |
| UPS Worldwide Expedited® - Export Document $^{All}$ | |
| UPS Worldwide Expedited® - Export Package $^{All}$ | |
| UPS® Standard - Export to Canada $^{All}$ | |
| UPS Worldwide Express® - Import Letter $^{All}$ | |
| UPS Worldwide Express® - Import Document $^{All}$ | |
| UPS Worldwide Express® - Import Package $^{All}$ | |
| UPS Worldwide Saver® - Import Letter $^{All}$ | |
| UPS Worldwide Saver® - Import Document $^{All}$ | |
| UPS Worldwide Saver® - Import Package $^{All}$ | |
| UPS Worldwide Expedited® - Import Document $^{All}$ | |
| UPS Worldwide Expedited® - Import Package $^{All}$ | |
| UPS Standard® - Import from Canada $^{All}$ | |

FC – The incentives shall also be extended to Freight Collect Shipments and Undeliverable Packages Freight Collect

TP – The incentives shall also be extended to Third Party Shipments and Undeliverable Packages Third Party

UP – The incentives shall also be extended to Undeliverable Packages

RS – The incentives shall also be extended to Return Service

RTP – The incentives shall also be extended to Third Party Return Service

All – Includes all available billing options and return services with the exception of Consolidated Clearance, WorldEase® and UPS Authorized Return Service®.

Please refer to the UPS® Tariff/Terms and Conditions for additional information on available billing options. US returns will be billed at Import Service Rate.

**Committed Services.** The following Services will be included in the band determination:

All Small Package Domestic and Export Transportation Charges from the following: Letter, Document, Package or UPS Hundredweight Service®, Prepaid, Freight Collect, Third Party, Undeliverable Returns, Consignee Billing, World Ease®, Consolidated Clearance, UPS Returns® Service or UPS Authorized Return Service® will be used to determine Customer's Incentive levels: UPS Next Day® Air Early; UPS Next Day Air®; Next Day Air Saver®, UPS 2nd Day Air A.M.®; UPS 2nd Day Air®; UPS 3 Day Select®; UPS® Ground; UPS® SurePost; UPS Worldwide Express® - Export (Excluding UPS 10 KG Box® and UPS 25 KG Box®); UPS Worldwide Express Freight® Midday – Export – Pallet; UPS Worldwide Express Freight® – Export – Pallet; UPS Worldwide Saver® - Export (Excluding UPS 10 KG Box® and UPS 25 KG Box®); UPS Export

**RTR_SHARMA_000703**

DocuSign Envelope ID ███████████████████████████

Worldwide Expedited® - Export; UPS® Standard to Canada; UPS® Standard to Mexico; UPS® Worldwide Economy DDP; UPS® Worldwide Economy DDU; and UPS® Simple Rate.

All International Import Transportation Charges from the following: Letter, Document or Package, Single-Piece or Multi-Piece, Freight Collect, Third Party, Consignee Billing, World Ease®, Consolidated Clearance or UPS Returns® Service will be used to determine Customer's Incentive levels: UPS Worldwide Express Plus®; UPS Worldwide Express NA1® (Excluding UPS 10 KG Box® and UPS 25 KG Box®); UPS Worldwide Express® (Excluding UPS 10 KG Box® and UPS 25 KG Box®); UPS Worldwide Express Freight® Midday – Import – Pallet; UPS Worldwide Express Freight® – Import – Pallet; UPS Worldwide Saver® (Excluding UPS 10 KG Box® and UPS 25 KG Box®); UPS Worldwide Expedited®; UPS 3 Day Select® from Canada; UPS® Standard from Canada; and UPS® Standard from Mexico. All UPS Ground with Freight Pricing: The following Service(s) will be used for the sole purpose in determining the Transportation Charge band of Customer: UPS Ground with Freight Pricing. Note: UPS Ground with Freight Pricing is committed based on Net Transportation Charges.

Notes:
1. Delivery Area Surcharge, Remote Area Surcharge, Extended Delivery Area Surcharge, Hundredweight Delivery Area Surcharge, Large Package Surcharge, Residential Surcharge, Hundredweight Residential Surcharge, Next Day Air® Early Surcharge and Worldwide Express Plus Surcharge will be included for the sole purpose in determining the Transportation Charge bands of Customer.

**Minimum Net Charge**
For each shipment, Custome ███████████████████████████████████████████. Minimum net shipment charge ██████████████████████████████████ ████████████████████████████████████████████████████████████████

| Service(s) | Minimum Per | Zone | Base Rate | Adjustment |
|---|---|---|---|---|
| UPS Next Day Air®FC TP UP RS RTP | Letter | ALL | ███████ | |
| UPS Next Day Air®FC TP UP RS RTP | Package | ALL | ███████ | |
| UPS Next Day Saver®FC TP UP RS RTP | Letter | ALL | ███████ | |
| UPS Next Day Saver®FC TP UP RS RTP | Package | ALL | ███████ | |
| UPS 2nd Day Air A.M.®FC TP UP RS RTP | Letter | ALL | ███████ | |
| UPS 2nd Day Air A.M.®FC TP UP RS RTP | Package | ALL | ███████ | |
| UPS 2nd Day Air®FC TP UP RS RTP | Letter | ALL | ███████ | |
| UPS 2nd Day Air®FC TP UP RS RTP | Package | ALL | ███████ | |
| UPS 3 Day Select®FC TP UP RS RTP | Package | ALL | ███████ | |
| UPS® Ground - Commercial Delivery FC TP UP RS RTP | Package | ALL | ███████ | |
| UPS® Ground - Commercial Return | Package | ALL | ███████ | |
| UPS® Ground - Residential Delivery FC TP RS RTP | Package | ALL | ███████ | |

8.  **Exhibit D, Specialized Incentives, Section 2, Additional Charges** is hereby deleted in its entirety and replaced with the following:

2. **Additional Charges.** UPS agrees to grant Customer ████████████████████████████████████ ████████████████████████████████████████████████████ The incentives below will ████████████████████████████████████

| Value Added Services / Other Charges | Type | Discount |
|---|---|---|
| Residential Surcharge - Domestic Delivery of Air Services* and 3 Day Select | ███ | |
| Residential Surcharge - Domestic Delivery of Ground Service | | |
| Print Return Label - Domestic | | |
| Additional Handling - Domestic (Non-corrugated) | | |
| Commercial Domestic Air Delivery Area Surcharge (per piece excluding CWT) | | |
| Commercial Domestic Ground Delivery Area Surcharge (per piece excluding CWT) | | |
| Commercial Domestic Air Delivery Area Surcharge - Extended (per piece excluding CWT) | | |
| Commercial Domestic Ground Delivery Area Surcharge - Extended (per piece excluding CWT) | | |
| Residential Domestic Delivery Area Surcharge, Ground | | |
| Residential Domestic Delivery Area Surcharge, Air | | |
| Residential Domestic Delivery Area Surcharge, Air - Extended | | |
| Residential Domestic Delivery Area Surcharge, Ground - Extended | | |

DocuSign Envelope ID ████████████████████████████

9.  **Exhibit D, Specialized Incentives, Section 4, Minimum Commitment** is hereby deleted in its entirety and replaced with the following:

    **4. Commitment**.  In consideration of the rates and Incentives provided to Customer under this Agreement, Customer agrees to ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ Transportation Charges exclude Additional Charges, unless otherwise specified in the Committed Services section of this Agreement.

    If Customer ████████████████████████████████████████████████████████████████████████████████████████████████████████████ UPS reserves the right to ███████████ For the avoidance of doubt, if UPS ████████████████████████████████████████████████████████████████

    Notwithstanding the foregoing, Customer shall have a right ████████████████████████████████████████████████████████████████ and UPS agrees to ████████████████████████████

10.  **Exhibit D, Specialized Incentives, Section 5, Thresholds** is hereby added as follows:

    **5. Thresholds**. UPS shall provide to Customer and Approved Affiliates ██████████████████████████████████████████████████████████████ ("Transportation Charges"). For purposes of this Agreement, the term "Transportation Charges" as used in this Agreement and any Exhibit hereto is defined as UPS Daily Rates (also referred to as "list rates") only. Except as otherwise set forth in the Agreement or any Exhibit, "Transportation Charges" do not include charges for Value-Added Services, Other Charges or other fees, accessorial charges, additional charges, or surcharges that may apply to Customer or a shipment (collectively, "Additional Charges"). All Incentive programs, including custom rates and discounts, ("Incentives") provided to Customer in this Agreement and the Exhibits attached hereto are ████████████████████████████. If Customer's ████████████████████████████████████ Customer agrees to ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

    Discount amounts do not apply to Additional Charges, as defined in the Agreement, unless otherwise specified in Exhibit D.

11.  **Exhibit D, Specialized Incentives, Section 6, Enterprise Tier** is hereby added as follows:

**RTR_SHARMA_000705**

DocuSign Envelope ID ███████████████████████████

**ADDITIONAL INCENTIVE**

At the end of each calendar quarter, using the services listed in Table A - Services Used in Calculation of Transportation Charges, UPS will total Customer's spend across the services listed in Table A. If the Combined Billed Transportation Charges and Minimum Thresholds in Table B are achieved, then an additional incentive shall be provided. The additional incentive shall be provided ████████████████████████████████████████████ ████████████████████████ UPS will ███████████████████████████████████ ████████████████████████████████████████████████████████████

**Table A – Services Used in Calculation of Transportation Charges**

| Service Group | Billing Options | Services |
|---|---|---|
| UPS Small Package | Net Transportation Charges billed via Prepaid | - UPS US Domestic Air and Ground Services: Letter, Package, & Hundredweight<br>- Return Services |

**Table B –Quarterly Enterprise Tier**

| Combined Net Transportation Charges<br><br>From services listed in Table A | | The following Minimum Thresholds are met:<br><br>from services listed in table A | |
|---|---|---|---|
| **From** | **To** | **UPS Next Day Air Saver – Residential and UPS Ground Commercial Returns**** | **UPS Ground Residential & UPS 2nd Day Air**** |
| ████████ | ████████ | ████████ | ████████ |

Quarterly Transportation Charges are based on the charges for the thirteen (13) weeks during the calendar quarter
\* Minimums Apply
\*\*Minimums Do Not Apply
Additional incentives are paid on the charges for that service group only.

1. Transportation Charges used in the band determination shall exclude Value-Added Services, Other Charges, or other fees, accessorial charges, additional charges or surcharges that may apply to Customer or a shipment (collectively "Additional Charges") unless otherwise specified.

2. Transportation Charges shall be calculated from the Accounts listed on Exhibit A of the UPS Incentive Program Agreement for Small Package services.

   With respect to UPS Small Package Transportation Charges used in the calculation from Table A, Delivery Area Surcharge, Remote Area Surcharge, Extended Delivery Area Surcharge, Hundredweight Delivery Area Surcharge, Large Package Surcharge, Residential Surcharge, Hundredweight Residential Surcharge, Early AM Surcharge and Worldwide Express Plus Surcharge will be included for the sole purpose in determining the band of Customer.

3. With regard to Transportation Charges included in calculations referenced above, the additional incentive earned will be paid only on Net Transportation Charges (not including Additional Charges and Fuel Surcharges paid) not be subject to all applicable minimums in this or other agreements. In addition, incentives will not be applied to duties, taxes, and funds advanced.

12. **Exhibit D, Specialized Incentives, Section 7, UPS Domestic Dimensional Weight** is hereby added as follows:

    **7. UPS US Domestic Dimensional Weight ("Dim Weight").** UPS will apply the Custom Dim Weight Divisor of ███ for any package shipped using the indicated Service. All shippers, services and zones not specified will be billed using Dim Weight as indicated in the UPS Rate and Service Guide in effect at the time of shipping, unless otherwise specified in this Agreement.

**CONFIDENTIAL**

DocuSign Envelope ID ███████████████████████████████

UPS Next Day Air®
UPS Next Day Air Saver®
UPS 2nd Day Air A.M. ®
UPS 2nd Day Air®
UPS 3 Day Select®
UPS® Ground

13. **Exhibit D, Specialized Incentives, Section 8, Rate Cap** is hereby added as follows:

8. **Rate Cap.** UPS and Customer have mutually agreed to a maximum rate increase amount ████████████ ███████████████████████████████████████████████ The maximum rate increase amount ████ ████████████████████████████████████ In the event UPS increases its published rates in conjunction with the onset of a calendar year (hereinafter a "General Rate Increase" or "GRI"), Customer's Incentives for the Services in the table below will be evaluated to determine if they need to be adjusted upward to maintain the maximum percentage increase listed in the table below (hereinafter the "Rate Cap"). Any applicable Incentive adjustment ████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████ In the event that a ████████████████████████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████████████. The Rate Cap ██████████████████████████████████████████████ If the ████████████████████████████████████████████████████ ████████████████████████████████████ Notwithstanding anything to the contrary ██████████ ███████████████████████████

When evaluating if any Incentive adjustments are required as part of this Agreement ████████████████ █████████████████████████. For example, if Customer' ████████████████████████████████████ ██████████████████████████████████████ Notwithstanding the foregoing, any applicable minimum shipment charge ██████████████████████████

Following any Incentive adjustment for a scheduled Rate Cap, where applicable ████████████████████ ████████████████████████████████████████████████████████████ ████████████████████ e. However, for the first year of Rate Cap ████████████████████████████████████████

| Services | Rate Cap – Year of Rate Increase | | |
|---|---|---|---|
| | 2022 | 2023 | 2024 |
| UPS Next Day Air® | | | |
| UPS Next Day Air Saver® | | | |
| UPS 2nd Day Air A.M.® | | | |
| UPS 2nd Day Air® | | | |
| UPS 3 Day Select® | | | |
| UPS® Ground - Single Piece Commercial | | | |
| UPS® Ground - Single Piece Residential | | | |

████████████████████████████████████████████████████████████ For Services not indicated with "**" ████████████████████████

DocuSign Envelope ID █████████████████████████

14. Unless expressly changed by this Amendment, all other terms and conditions of the Agreement will remain valid and enforceable.  In the event of a conflict between this Amendment and the Agreement, this Amendment will prevail.

15. This offer is void if not accepted by █████████ ("Deadline"). Customer may accept this Amendment by providing a duly signed copy to UPS by the Deadline. This Amendment supersedes all other agreements between the Customer and UPS regarding these Services. This Amendment is hereby signed and executed by authorized representatives of both Parties.

| **RENT THE RUNWAY** | **UNITED PARCEL SERVICE, INC.** |
|---|---|
| B████████ ized Representative) | By ████████ orized Representative) |
| Print Name: ████████ | Print Name: ████████ |
| Title: Chief Supply Chain Officer | Title: Director Enterprise Accounts |
| Address: Address | Address: Address |

Date Signed: 8/27/2021 | 9:28 PM EDT    Date Signed: 8/27/2021 | 9:29 PM EDT

Effective Date: _ █████████

**CONFIDENTIAL**                                                                                   **RTR_SHARMA_000708**