UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAJAT SHARMA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RENT THE RUNWAY, INC., JENNIFER Y. HYMAN, SCARLETT O' SULLIVAN, TIM BIXBY, JENNIFER FLEISS, SCOTT FRIEND, MELANIE HARRIS, BETH KAPLAN, DAN NOVA, GWYNETH PALTROW, CARLEY RONEY, DAN ROSENSWEIG, MIKE ROTH, GOLDMAN SACHS & CO. LLC, MORGAN STANLEY & CO. LLC, BARCLAYS CAPITAL INC., CREDIT SUISSE SECURITIES (USA) LLC, PIPER SANDLER & CO., WELLS FARGO SECURITIES, LLC, JMP SECURITIES LLC, KEYBANC CAPITAL MARKETS INC., and TELSEY ADVISORY GROUP LLC,<br><br>Defendants, | Case No. 22-cv-06935-OEM-SDE |

## **DEFENDANTS' NOTICE OF MOTION FOR JUDGMENT ON THE PLEADINGS**

PLEASE TAKE NOTICE that Defendants Rent the Runway, Inc., Jennifer Y. Hyman, Scarlett O'Sullivan, Tim Bixby, Jennifer Fleiss, Scott Friend, Melanie Harris, Beth Kaplan, Dan Nova, Gwyneth Paltrow, Carley Roney, Dan Rosensweig, and Mike Roth ("RTR Defendants"), and Defendants Goldman Sachs & Co. LLC, Morgan Stanley & Co. LLC, Barclays Capital Inc., Credit Suisse Securities (USA) LLC, Piper Sandler & Co., Wells Fargo Securities, LLC, JMP Securities LLC (n/k/a Citizens JMP Securities, LLC), KeyBanc Capital Markets Inc., and Telsey Advisory Group LLC (the "Underwriter Defendants," and together with the RTR Defendants, "Defendants"), upon the annexed declaration of Agnès Dunogué dated November 23, 2025, and

all exhibits thereto, Defendants' Memorandum of Law in Support of Defendants' Motion for Judgment on the Pleadings, and the appendix attached thereto, and all prior pleadings and proceedings in this action, by and through their undersigned counsel, will move this Court before the Honorable Orelia E. Merchant, United States District Judge for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, Courtroom 6C South, for an order granting Defendants' Motion for Judgment on the Pleadings pursuant to Fed. R. Civ. P. 12(c) and dismissing with prejudice the Corrected Amended Class Action Complaint (ECF 61).

Dated: New York, New York
November 23, 2025

Respectfully submitted,

**FRESHFIELDS US LLP**

/s/ *Agnès Dunogué*
Mary Eaton
Agnès Dunogué
Meredith Kotler
3 World Trade Center
175 Greenwich Street, 51st Floor
New York, New York 10007
Telephone: (212) 277-4000
mary.eaton@freshfields.com
agnes.dunogue@freshfields.com
meredith.kotler@freshfields.com

*Counsel for RTR Defendants*

**WILLKIE FARR & GALLAGHER LLP**

/s/ *Todd G. Cosenza*
Todd G. Cosenza
Charles D. Cording
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
tcosenza@willkie.com
ccording@willkie.com

*Counsel for Underwriter Defendants*