**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RAJAT SHARMA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RENT THE RUNWAY, INC., JENNIFER Y. HYMAN, SCARLETT O' SULLIVAN, TIM BIXBY, JENNIFER FLEISS, SCOTT FRIEND, MELANIE HARRIS, BETH KAPLAN, DAN NOVA, GWYNETH PALTROW, CARLEY RONEY, DAN ROSENSWEIG, MIKE ROTH, GOLDMAN SACHS & CO. LLC, MORGAN STANLEY & CO. LLC, BARCLAYS CAPITAL INC., CREDIT SUISSE SECURITIES (USA) LLC, PIPER SANDLER & CO., WELLS FARGO SECURITIES, LLC, JMP SECURITIES LLC, KEYBANC CAPITAL MARKETS INC., and TELSEY ADVISORY GROUP LLC,<br><br>Defendants, | Case No. 22-cv-06935-OEM-SDE<br><br><br>**FILED UNDER SEAL** |

**DECLARATION OF AGNÈS DUNOGUÉ IN SUPPORT OF DEFENDANTS'**
**MOTION FOR JUDGMENT ON THE PLEADINGS**

I, Agnès Dunogué, declare pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1.  I am a member of the Bar of this Court and a partner at the law firm of Freshfields US LLP, counsel for Defendants Rent the Runway, Inc. ("RTR"), Jennifer Y. Hyman, Scarlett O'Sullivan, Tim Bixby, Jennifer Fleiss, Scott Friend, Melanie Harris, Beth Kaplan, Dan Nova, Gwyneth Paltrow, Carley Roney, Dan Rosensweig, and Mike Roth in the above-captioned matter ("RTR Defendants"). I respectfully submit this declaration in support of Defendants' Motion for

Judgment on the Pleadings, filed simultaneously herewith.  The facts set forth in this declaration are based on my personal knowledge, information, and belief, unless otherwise stated.

2.    Attached as Exhibit A is a true and correct copy of Amendment Number 1 to UPS Incentive Program Agreement between UPS and RTR, ███████████████

3.    Attached as Exhibit B is a true and correct copy of a FedEx Transportation Services Agreement between FedEx and RTR, executed August 11, 2020.

4.    Attached as Exhibit C is a true and correct copy of a FedEx Transportation Services Agreement Amendment between FedEx and RTR, executed April 6, 2021.

5.    Attached as Exhibit D is a true and correct copy of a UPS Small Package Transportation Agreement between UPS and RTR, signed by an RTR representative on May 13, 2021 ████████████████

6.    Attached as Exhibit E is a true and correct copy of Amendment No. 1 UPS Incentive Program Agreement between UPS and RTR, executed June 25, 2021 ████████████ ███

7.    Attached as Exhibit F is a true and correct copy of a letter sent from FedEx to RTR regarding Termination of FedEx Account Number[s], dated July 19, 2021.

8.    Attached as Exhibit G is a true and correct copy of Amendment No. 2 UPS Incentive Program Agreement between UPS and RTR, executed July 26, 2021 ████████████ ████

9.    Attached as Exhibit H is a true and correct copy of a FedEx Transportation Services Agreement Amendment between FedEx and RTR, executed August 4, 2021.

10.    Attached as Exhibit I is a true and correct copy of a FedEx Transportation Services Agreement Amendment between FedEx and RTR, executed August 15, 2021.

2

11.     Attached as Exhibit J is a true and correct copy of Amendment No. 3 UPS Incentive Program Agreement between UPS and RTR, executed August 27, 2021 ███████████ ███████████

12.     Attached as Exhibit K is a true and correct excerpted copy of an analyst report published by KeyBanc on November 21, 2021, titled "RENT: AppaRRRel in the Cloud, Initiate OW."

13.     Attached as Exhibit L is a true and correct excerpted copy of an analyst report published by JMP Securities on November 22, 2021, titled "Initiating Coverage at MO as RTR Democratizes Fashion Via Its 'Closet In The Cloud.'"

14.     Attached as Exhibit M is a true and correct printout, printed out on November 21, 2025, from: https://www.fedex.com/content/dam/fedex/us-united-states/services/FedEx_Standard_List_Rates_2020.xlsx, which includes a tab containing "FedEx Express U.S. Package Standard List Rates," which are noted as being effective January 6, 2020.

15.     Attached as Exhibit N is a true and correct printout, printed out on November 21, 2025, from: https://www.fedex.com/content/dam/fedex/us-united-states/services/FedEx_Standard_List_Rates_2021.xlsx, which includes a tab containing "FedEx Express U.S. Package Standard List Rates," which are noted as being effective January 4, 2021.

Dated:  November 23, 2025
        New York, New York

/s/ *Agnès Dunogué*
Agnès Dunogué

3