# Filed Under Seal

Case 1:22-cv-06935-OEM-SDE    Document 131-1    Filed 01/12/26    Page 1 of 9 PageID #: 2995

# EXHIBIT A

DocuSign Envelope ID: ███████████████████████

**AMENDMENT NUMBER 1
TO
UPS INCENTIVE PROGRAM AGREEMENT**

This Amendment Number 1 to the Agreement (this "Amendment"), is made by and between UNITED PARCEL SERVICE, INC. ("UPS") and Rent the Runway ("Customer"). UPS® and Customer may be referred to herein individually as a "Party" and collectively as the "Parties."

WHEREAS, UPS and Customer are parties to that certain carrier Incentive Program Agreement, dated as of ████████████ (the "Agreement"); and

WHEREAS, the Parties desire to make changes to the Services offered under the Agreement and to amend certain terms and conditions of such Agreement; and

NOW, THEREFORE, the Parties agree as follows:

1.  **Exhibit C, Portfolio Tier Incentives, Ramp Up, Item 3,** is hereby deleted in its entirety and replaced as attached to this Amendment.

2.  **Exhibit C, Portfolio Tier Incentives,** is hereby deleted in its entirety and added to the Agreement as attached to this Amendment.

3.  **Exhibit E, Specialize Incentives, Additional Charges, Item 2,** is hereby deleted in its entirety and added to the Agreement as attached to this Amendment.

4.  **Exhibit E, Specialized Incentives, Quarterly Deferred, Item 15,** is hereby deleted in its entirety and added to the Agreement as attached to this Amendment.

5.  **Exhibit E, Specialized Incentives, Shipping Charge Correction Audit Fee Rebate, Item 17,** is hereby added to the Agreement as attached to this Amendment.

6.  Except as specifically set forth herein, all of the terms and provision of the Agreement (including any incentives, rates and charges) shall remain unchanged, unmodified and in full force and effect, and the Agreement shall be read together and construed with this Amendment Number 1.

7.  This Amendment Number 1 and the Agreement (including the documents referred to herein and therein) constitute the entire agreement between the Parties with respect to the subject matter hereof and thereof and supersede any prior understandings, agreements or representations by or between the Parties, written or oral, with respect to the subject matter hereof and thereof. In the event of any inconsistency between the terms and conditions of this Amendment Number 1 and the terms and conditions of the Agreement, the terms of this Amendment Number 1 shall control.

DocuSign Envelope ID: ███████████████████

IN WITNESS WHEREOF, the Parties hereto have executed this Amendment as of the effective date written below.

This Amendment shall be considered withdrawn if not signed by both parties on or before ███████

**RENT THE RUNWAY**                                    **(UPS) UNITED PARCEL SERVICE, INC.**

By: _____████████████_____                   By: _____███████_____
(An Authorized Representative)                          (An Authorized Representative)

Title:  Chief Supply Officer _____          Title:  Director Enterprise Accounts _____

Address:  Address _____          Address:  Address _____

Date Signed ████████████████            Date Signed ████████████████

**Effective Date:** _____

**CONFIDENTIAL**                                        **RTR_SHARMA_000387**



DocuSign Envelope ID: ███████████████████

**Exhibit C, Portfolio Tier Incentives, Item 3,** is hereby deleted in its entirety and replaced as attached to this Amendment.

3. **Ramp Up.** Effective through the ███████████████████ ███████████████████████████████████████████ ████████████████████████████ Average weekly Gross Transportation Charges per week is defined as ███████████ ████████████████████████

**Exhibit C, Portfolio Tier Incentives,** is hereby added to the Agreement as attached to this Amendment.

| Service(s) | Gross Weekly Transportation Charge Bands |
|---|---|
| UPS Next Day Air® - Letter FC TP UP RS RTP | |
| UPS Next Day Air® - Package FC TP UP RTP | |
| UPS Next Day Air Residential® - Package FC TP UP RS RTP | |
| UPS Next Day Air Commercial Return Service® - Package | |
| UPS Next Day Air® UPS Hundredweight Service® FC TP UP | |
| UPS Next Day Air Saver® - Letter FC TP UP | |
| UPS Next Day Air Saver® - Package FC TP UP | |
| UPS Next Day Air Saver Residential® - Package FC TP UP | |
| UPS Next Day Air Saver® UPS Hundredweight Service® FC TP UP | |
| UPS 2nd Day Air A.M.® - Letter FC TP UP | |
| UPS 2nd Day Air A.M.® - Package FC TP UP | |
| UPS 2nd Day Air A.M.® UPS Hundredweight Service® FC TP UP | |
| UPS 2nd Day Air® - Letter FC TP UP RS RTP | |
| UPS 2nd Day Air® - Residential Package FC TP UP | |
| UPS 2nd Day Air Residential® - Package RS RTP | |
| UPS 2nd Day Air Commercial Return Service® - Package | |
| UPS 2nd Day Air® - Commercial Package FC TP UP | |
| UPS 2nd Day Air® UPS Hundredweight Service® FC TP UP | |
| UPS 3 Day Select® - Package FC TP UP RS RTP | |
| UPS 3 Day Select® UPS Hundredweight Service® FC TP UP | |
| UPS® Ground - Single Piece Commercial Package FC TP UP RS RTP | |
| UPS® Ground - Single Piece Residential Package FC TP RS RTP | |
| UPS Hundredweight Service® - Ground FC TP UP | |
| UPS SurePost® - 1 lb or greater | |
| UPS SurePost® - Less than 1 lb | |
| UPS® Standard - Export to Canada All | |
| World Ease® UPS® Standard - Export to Canada All | |
| UPS Standard® - Export Package to Mexico All | |
| World Ease® UPS® Standard - Export Package to Mexico All | |
| UPS Worldwide Express® - Export Letter All | |
| UPS Worldwide Express® - Export Document All | |
| UPS Worldwide Express® - Export Pak 1 - 2 lb. All | |
| UPS Worldwide Express® - Export Package All | |
| UPS Worldwide Express Freight® - Pallet All - Export | |
| UPS Worldwide Express® World Ease® - Export Package TP | |
| UPS Worldwide Saver® - Export Letter All | |
| UPS Worldwide Saver® - Export Document All | |
| UPS Worldwide Saver® - Export Pak 1 - 2 lb. All | |
| UPS Worldwide Saver® - Export Package All | |
| UPS Worldwide Saver® World Ease® - Export Package TP | |
| UPS Worldwide Expedited® - Export Document All | |
| UPS Worldwide Expedited® - Export Package All | |
| UPS Worldwide Expedited® World Ease® - Export Package TP | |
| UPS Standard® - Import from Canada All | |
| World Ease® UPS® Standard - Import from Canada All | |
| UPS® Standard - Import Package from Mexico All | |
| World Ease® UPS® Standard - Import Package from Mexico All | |
| UPS 3 Day Select® from Canada All | |
| UPS Worldwide Express® - Import Letter All | |
| UPS Worldwide Express® - Import Document All | |
| UPS Worldwide Express® - Import Package All | |
| UPS Worldwide Express Freight® - Pallet All - Import | |

**CONFIDENTIAL**

DocuSign Envelope ID: ███████████████████████████

| | |
|---|---|
| UPS Worldwide Express® - World Ease® - Import Package TP | ████████ |
| UPS Worldwide Saver® - Import Letter All | |
| UPS Worldwide Saver® - Import Document All | |
| UPS Worldwide Saver® - Import Package All | |
| UPS Worldwide Saver® World Ease® - Import Package TP | |
| UPS Worldwide Expedited® - Import Document All | |
| UPS Worldwide Expedited® - Import Package All | |
| UPS Worldwide Expedited® World Ease® - Import Package TP | |

FC
– The incentives shall also be extended to Freight Collect Shipments and Undeliverable Packages Freight Collect

TP
– The incentives shall also be extended to Third Party Shipments and Undeliverable Packages Third Party

UP
– The incentives shall also be extended to Undeliverable Packages

RS
– The incentives shall also be extended to Return Service

RTP
– The incentives shall also be extended to Third Party Return Service

Please refer to the UPS® Tariff/Terms and Conditions for additional information on available billing options. US returns will be billed at Import Service Rate.

| Service(s) | Minimum Per | Zone | Base Rate | Adjustment |
|---|---|---|---|---|
| UPS 2nd Day Air® - Residential Package FC TP UP | Package | ALL | ████████ | |
| UPS 2nd Day Air® - Commercial Package FC TP UP RS RTP | Package | ALL | | |

FC
– The minimum shipment charge shall also be extended to Freight Collect Shipments and Undeliverable Packages Freight Collect

TP
– The minimum shipment charge shall also be extended to Third Party Shipments and Undeliverable Packages Third Party

UP
– The minimum shipment charge shall also be extended to Undeliverable Packages

RS
– The minimum shipment charge shall also be extended to Return ServiceRTP

– The minimum shipment charge shall also be extended to Third Party Return Service

CONFIDENTIAL

DocuSign Envelope ID: ███████████████████████

**Exhibit E, Specialize Incentives, Additional Charges, Item 2,** is hereby deleted in its entirety and added to the Agreement as attached to this Amendment.

| Value Added Services / Other Charges | Type | Rate |
|---|---|---|
| Residential Surcharge - Domestic Delivery of Air Services* and 3 Day Select | | |
| Residential Surcharge - Domestic Delivery of UPS 2nd Day Air® | | |
| Residential Surcharge - Domestic Delivery of Ground Service | | |
| Saturday Air Processing Fee - Domestic | | |
| Print Return Label - Domestic | | |
| Electronic Return Label - Domestic | | |
| Additional Handling - Domestic Non-Corrugated | | |
| Residential Domestic Delivery Area Surcharge - UPS 2nd Day Air® | | |
| Residential Domestic Delivery Area Surcharge Extended - UPS 2nd Day Air® | | |
| Ship to a UPS Access Point™ Location | | |

† ██████████████████████████████    * Domestic Air Services - UPS Next

Day Air®, UPS Next Day Air Saver®, UPS 2nd Day Air A.M.® **Excluding UPS 2nd Day Air®**

**Exhibit E, Specialized Incentives, Quarterly Deferred, Item 15,** is hereby deleted in its entirety and added to the Agreement as attached to this Amendment.

15. **Quarterly Deferred.** For each calendar quarter, Customer will receive an additional incentive ████████ ████████████████████████████████ ("Additional Incentive"). The Additional Incentive ████████████████████████████████████ The band determination is based on ████ ████████████████ The Additional Incentives ████████████████████████████ ████████████████████████

Effective from ████████████████████ through ████████████ .



| Average Net Weekly Revenue Bands | Incentive |
|---|---|
| | |

DocuSign Envelope ID: ██████████████████████

Effective from ████████████ through ████████████.



| Average Net Weekly Revenue Bands | Incentive |
|---|---|
| ████████████████████████████ | ██████ |

Effective from ████████████ through ████████████.



| Average Net Weekly Revenue Bands | Incentive |
|---|---|
| ████████████████████████████ | ██████ |



**Deferred True Up.**  Applicable to each deferred table above, ████████████████████████████████████████████████████████████████████████████████████████████████  Likewise, if Customer ████████████████████████████████████████████████████████████████████████████  For clarity for the four Calendar quarters for 2019, ████████████████████████████████████████████████████

In order to receive the Additional Incentive ████████████████████████ ████████████████

**CONFIDENTIAL**                                                                                     **RTR_SHARMA_000391**

DocuSign Envelope ID: ███████████████████████

**Exhibit E, Specialized Incentives, Shipping Charge Correction Audit Fee Rebate, Item 17,** is hereby added to the Agreement as attached to this Amendment.

17. **Shipping Charge Correction Audit Fee Rebate**.  For each calendar quarter, Customer will receive an incentive rebate, ███████████████████████████████████████████████████████ █████████████████████████████████████████████████████████ ████ (hereinafter the "SCC Rebate").  The band determination set forth in the table below is based on the cumulative net Transportation Charges ███████████████████████ ███████████████ ████████ The SCC Rebate █████████████████████ █████████████████████████████████████████████████████



| Weekly Net Revenue Band | Incentive on Shipping Charge Correction Fee |
|---|---|
| | |

**CONFIDENTIAL**

**RTR_SHARMA_000392**