# Filed Under Seal

# EXHIBIT C

Agreement Number: ███████
Version Number: █





## FedEx Transportation Services Agreement Amendment

**Agreement Number(s) :** ███████

**Customer Name:** Rent The Runway, Inc.

**Effective Date:** See Below ("Effective Date")

FedEx and Customer entered into a FedEx Pricing Agreement ("Agreement") identified above. FedEx and Customer now desire to amend the Agreement.

Pricing shall be amended as identified on the attachments to this Amendment. The pricing is effective the later of the date identified above, if any, or within five business days following possession of a fully executed Amendment by FedEx's authorized representative ("Effective Date").

This Pricing Agreement/Amendment hereinafter collectively refers to a Country or Territory as "Country or Countries".

Except as otherwise provided, the pricing for each agreement section addressed in this Amendment is hereby replaced with the pricing contained in the following attachment. For all sections not addressed herein, the pricing, terms and conditions of the original Agreement (or subsequent amendments) shall remain in full force and effect and are hereby ratified and confirmed.

Other than as provided in this Amendment, all words and definitions in this Amendment shall have the same meaning in this Amendment as in the Agreement.

Proposal : ███████

1

CONFIDENTIAL

RTR_SHARMA_000341

Agreement Number: █████████
Version Number: █



IN WITNESS WHEREOF, the parties hereby execute this Amendment as of the last date provided below:

Any alterations to this document, including but not limited to handwritten changes, by either party are null and void.

Rent The Runway, Inc. ("Customer")

On behalf of, each as applicable, and their affiliates and subsidiaries, Federal Express Corporation, FedEx Ground Package System, Inc., and FedEx Freight, Inc. (collectively "FedEx") by their agent FedEx Corporate Services, Inc.

By : _____

Print Name : _____

Title : _____CSCO_____

Date : _____4.6.2021_____

By : _____

Print Name : _____

Title : _____Worldwide Acct Manager_____

Date : _____4-6-2021_____

Employee No. : _____

The above mentioned offer expires if not signed by █████████ .

████████████

Proposal : ████████

2

CONFIDENTIAL

RTR_SHARMA_000342

Agreement Number: ▮▮▮▮
Version Number: ▮



# Ground Pricing Attachment

**Customer Name / Location(s)**

Rent The Runway, Inc., , US

**Country ID** ▮▮▮▮

Subsequent pricing applies to all individual FedEx accounts associated with the Customer as identified above, unless otherwise noted.

## GENERAL GROUND

### General Ground Terms and Conditions:

These terms and conditions apply to all pricing contained herein and apply to all countries listed in this FedEx Ground Pricing Attachment.

**Valid Account.** A valid account number must be established for incentives to apply.

**Zone Definitions.** To determine your zone, please refer to the FedEx Service Guide, or access our website at fedex.com.

**Commitments.** Customer agrees ███████████████████████████████████ ████████████████ Customer also agrees that ███████ ; in such event, FedEx may ████ ████████████████████████████████████████

### General Ground Pricing Provisions:

These pricing provisions apply to all pricing contained herein and apply to all countries listed in this Ground Pricing Attachment.

**Shipment Types.** Shipment types are defined as follows:
**Domestic shipments** Shipments with the same origin and destination country.
**Export shipments** Outbound shipments paid by the origin country, to a non-origin destination.
**Import shipments** Inbound shipments paid by the destination country, from any non-destination origin.

**Payer Types.** The following payer type abbreviations are defined as follows:
**OB** Outbound prepaid packages picked up at Customer's facility
**IB** Packages received by and billed to Customer (placard enrollment required)
**3P** Packages shipped for the Customer by a third party
**RB** Packages received by and billed to Customer
**PRP** Package Return Packages received at the Customer facility
**RM** Return Manager packages received at the Customer's facility
**TB** Trans-Border packages tendered at designated hub(s) and terminal(s) within the destination country
**ZJ** Zone jump packages dropped into designated hub(s) and terminal(s)

## United States

### United States Terms and Conditions:

**Payment Terms.** Payment is due within the following number of days from the invoice date unless otherwise provided in a FedEx Credit Term Attachment: █████████████████████████████

**Payment Method:** Pay by Electronic Funds Transfer or EZ Debit

### United States Fees and Surcharges Modifications ("Surcharge Modifications")

**Category 1**

The following Surcharge Modifications apply to the individual FedEx accounts linked to the Customer Level ID as follows: ████████ (Country ID)

Any Surcharge Modifications listed are based on the published fees and other charges that can be found at fedex.com.

Any Surcharge Modifications are only applicable at the specific Customer Level ID in this section, any Surcharge Modifications listed in a separate Agreement, Attachment, Addendum, or Amendment are retained, unless otherwise stated herein.

Proposal : ██████

3

CONFIDENTIAL

RTR_SHARMA_000343

**Agreement Number:** ████████
**Version Number:** █

If any Surcharge Modifications are listed in this section the specified Surcharge Modifications shall be applicable for the individual accounts linked to the Customer Level ID in this section, regardless of any Surcharge Modifications in separate Agreements, Attachments, Addenda, or Amendments.

The Surcharge Modifications described replace any and all Surcharge Modifications for any individual accounts linked to the Customer Level ID in this section with Surcharge Modifications only applicable at a specific lower Customer Level ID in a separate Agreement, Attachment, Addendum, or Amendment.

All ancillary service fees, surcharges, special handling fees, average minimum weights for shipment weight rating or other charges, or dimensional weighting not identified in this Agreement, its Attachments, Addenda or Amendments will be assessed as per the published list amounts for such fees/charges in the FedEx Service Guide in effect on the date of shipment

Any new surcharges introduced will be ███████████████████████████████████████████████████████████ surcharges, on an annual basis, █████████████████████████████████████ Total new ████████████

## Category 2

The following Surcharge Modifications apply to the individual FedEx accounts linked to the Customer Level ID as follows: ████████ (Account Number(s)), ████████ (Account Number(s)), ████████ (Account Number(s)), ████████ (Account Number(s))

Any Surcharge Modifications listed are based on the published fees and other charges that can be found at fedex.com.

If any Surcharge Modifications are listed in this section the specified Surcharge Modifications shall be applicable to the individual accounts linked to the Customer Level ID identified in this section, regardless of any Surcharge Modifications in separate Agreements, Attachments, Addenda, or Amendments.

All ancillary service fees, surcharges, special handling fees, average minimum weights for shipment weight rating or other charges, or dimensional weighting not identified in this Agreement, its Attachments, Addenda or Amendments will be assessed as per the published list amounts for such fees/charges in the FedEx Service Guide in effect on the date of shipment.

Any new surcharges introduced will be ███████████████████████████████████████████████████████████ surcharges, on an annual basis, ████████████████████████████████████ Total new ████████████

## Category 1

| Term | Term Start | Term End | Base Rate |
|------|-----------|----------|-----------|
| █ | ████████ | ████████ | ████████████ |
| █ | ████████ | ████████ | ███████ |

## Term 1

| Name of Surcharge | Application | Modifications | Rate Cap |
|-------------------|-------------|---------------|----------|
| Ground Delivery Area Surcharge - Residential | All Applicable Services |  | |
| Ground Delivery Area Surcharge Extended - Residential | All Applicable Services | | |
| Print Return Label | All Applicable Services | | |
| Peak - Additional Handling Charge | All Applicable Services | | |

Proposal : ████████

4

**CONFIDENTIAL**

RTR_SHARMA_000344

**Agreement Number:** ▮▮▮▮▮
**Version Number:** ▮

| Name of Surcharge | Application | Modifications | Rate Cap |
|---|---|---|---|
| Ground US Continental Delivery Area Surcharge Standard - Commercial | All Applicable Services | ███ | |
| Ground US Continental Delivery Area Surcharge Extended - Commercial | All Applicable Services | ███ | |
| Future Day On-Call Pickup Charge Automated | All Applicable Services | ███ | |
| Same Day On-Call Pickup Charge Automated | All Applicable Services | ███ | |
| Future Day On-Call Pickup Charge Customer Service | All Applicable Services | ███ | |
| Same Day On-Call Pickup Customer Service | All Applicable Services | ███ | |
| Additional Handling Surcharge - Dimension | All Applicable Services | ███ | |
| Additional Handling Surcharge - Weight | All Applicable Services | ███ | |
| Email Return Label | All Applicable Services | ███ | |
| Additional Handling Surcharge - Packaging | All Applicable Services | ███ | |
| Residential Charge | Home Delivery US | ███ | |
| Fuel Charge | All Applicable Services | ███ | |
| Home Delivery Delivery Area Surcharge - Residential | All Applicable Services | ███ | |
| Home Delivery Delivery Area Surcharge Extended - Residential | All Applicable Services | ███ | |
| DIM >= Breakpoint | Ground US | ███ | |
| DIM >= Breakpoint | Home Delivery US | ███ | |
| DIM >= Breakpoint | Ground International US to CA/CA to US | ███ | |
| DIM < Breakpoint | Ground US | ███ | |
| DIM < Breakpoint | Home Delivery US | ███ | |
| DIM < Breakpoint | Ground International US to CA/CA to US | ███ | |

Proposal : ███

5

CONFIDENTIAL

RTR_SHARMA 000345

Agreement Number: ██████████
Version Number: █

**Rate Cap.** In the event that FedEx increases its published list rates during the time period specified, Customer's rates ████████ ████████████████████████████████████████ At such time FedEx will ████ ████

## Term 2

Effective from the start date of Term 2, all Surcharge Modifications in the table(s) above will be ████████████ ██████████████ ██████████████ ████████████

## Category 2

| Term | Term Start | Term End | Base Rate |
|------|-----------|----------|-----------|
| 1 | ███████████ | ███████████ | ███████████ |
| 2 | ███████████ | ███████████ | ███████████ |
| 3 | ███████████ | ███████████ | ███████████ |

## Term 1

| Name of Surcharge | Application | Modifications | Rate Cap |
|-------------------|-------------|---------------|----------|
| Ground US Continental Delivery Area Surcharge Standard - Commercial | All Applicable Services | ██████ | |
| Ground US Continental Delivery Area Surcharge Extended - Commercial | All Applicable Services | ██████ | |
| Ground Delivery Area Surcharge - Residential | All Applicable Services | ██████ | |
| Ground Delivery Area Surcharge Extended - Residential | All Applicable Services | ██████ | |
| Print Return Label | All Applicable Services | ██████ | |
| Peak - Additional Handling Charge | All Applicable Services | ██████ | |
| Peak - Oversize Charge | Ground US | ██████ | |
| Peak - Ground Unauthorized Package Charge | Ground US | ██████ | |
| Future Day On-Call Pickup Charge Automated | All Applicable Services | ██████ | |
| Future Day On-Call Pickup Charge Customer Service | All Applicable Services | ██████ | |
| Same Day On-Call Pickup Charge Automated | All Applicable Services | ██████ | |
| Same Day On-Call Pickup Customer Service | All Applicable Services | ██████ | |

Proposal : ████████

6

CONFIDENTIAL

Agreement Number: ███████
Version Number: █

| Name of Surcharge | Application | Modifications | Rate Cap |
|---|---|---|---|
| Unauthorized Package Charge | Ground US | ██████████ | |
| Additional Handling Surcharge - Dimension | All Applicable Services | | |
| Additional Handling Surcharge - Packaging | All Applicable Services | | |
| Additional Handling Surcharge - Weight | All Applicable Services | | |
| Residential Charge | Home Delivery US | | |
| Email Return Label | All Applicable Services | | |
| Charge for Oversized Packages | Ground US | | |
| Fuel Charge | All Applicable Services | | |
| Home Delivery Delivery Area Surcharge - Residential | All Applicable Services | | |
| Home Delivery Delivery Area Surcharge Extended - Residential | All Applicable Services | | |
| DIM < Breakpoint | Ground US | | |
| DIM < Breakpoint | Home Delivery US | | |
| DIM < Breakpoint | Ground International US to CA/CA to US | | |
| DIM >= Breakpoint | Ground US | | |
| DIM >= Breakpoint | Home Delivery US | | |
| DIM >= Breakpoint | Ground International US to CA/CA to US | | |

**Rate Cap.** In the event that FedEx increases its published list rates during the time period specified, Customer's rates ████ ████████████████████████████████████████████ At such time FedEx will ████ █████████████████████████████████████

Proposal : ██████

CONFIDENTIAL

7

RTR_SHARMA 000347

Agreement Number: ███████████
Version Number: █

Term 2

| Name of Surcharge | Application | Modifications | Rate Cap |
|---|---|---|---|
| Ground US Continental Delivery Area Surcharge Standard - Commercial | All Applicable Services | | |
| Ground US Continental Delivery Area Surcharge Extended - Commercial | All Applicable Services | | |
| Ground Delivery Area Surcharge - Residential | All Applicable Services | | |
| Ground Delivery Area Surcharge Extended - Residential | All Applicable Services | | |
| Print Return Label | All Applicable Services | | |
| Peak - Additional Handling Charge | All Applicable Services | | |
| Peak - Oversize Charge | Ground US | | |
| Peak - Ground Unauthorized Package Charge | Ground US | | |
| Future Day On-Call Pickup Charge Automated | All Applicable Services | | |
| Future Day On-Call Pickup Charge Customer Service | All Applicable Services | | |
| Same Day On-Call Pickup Charge Automated | All Applicable Services | | |
| Same Day On-Call Pickup Customer Service | All Applicable Services | | |
| Unauthorized Package Charge | Ground US | | |
| Additional Handling Surcharge - Dimension | All Applicable Services | | |
| Additional Handling Surcharge - Packaging | All Applicable Services | | |
| Additional Handling Surcharge - Weight | All Applicable Services | | |
| Residential Charge | Home Delivery US | | |
| Email Return Label | All Applicable Services | | |
| Charge for Oversized Packages | Ground US | | |
| Fuel Charge | All Applicable Services | | |

Proposal : ████████

8

CONFIDENTIAL

RTR_SHARMA_000348

Agreement Number: ████████████
Version Number: █

| Name of Surcharge | Application | Modifications | Rate Cap |
|---|---|---|---|
| Home Delivery Delivery Area Surcharge - Residential | All Applicable Services | ███████ | ███████ |
| Home Delivery Delivery Area Surcharge Extended - Residential | All Applicable Services | | |
| DIM >= Breakpoint | Ground US | | |
| DIM >= Breakpoint | Home Delivery US | | |
| DIM >= Breakpoint | Ground International US to CA/CA to US | | |
| DIM < Breakpoint | Ground US | | |
| DIM < Breakpoint | Home Delivery US | | |
| DIM < Breakpoint | Ground International US to CA/CA to US | | |

**Rate Cap.** In the event that FedEx increases its published list rates during the time period specified, Customer's rates ███████ ███████████████████████████████████████ At such time FedEx will ███████ ████████████████████████████████████████████████████████████

**Term 3**

Effective from the start date of Term 3, all Surcharge Modifications in the table(s) above will be ████████ ██████████████████████████████████████████████████████████████

**United States Pricing Provisions:**

**Termination Fee:** The Termination Fee (which shall include the Exception to the Termination Fee), as described in the Agreement under ePRS 4967064 shall not be revised or restarted by this Amendment, shall remain in full force and effect, and is hereby ratified and confirmed.

**Drop Off Return Shipment.** Customer acknowledges and agrees and shall ensure its customers are aware that any Return shipment must be tendered to a FedEx Office location, a FedEx Authorized Service Center, a FedEx OnSite or FedEx ShipSite retail location, or other approved location, including a FedEx Drop Box. Scheduled pick-ups are not permitted for Return shipments unless the pickup is made at the time of delivery. Refer your customers to fedex.com/pickupanddropoff for information on finding approved-drop off locations in their area.

**Money Back Guarantee.** Customer waives the right to request refunds under the FedEx Money-Back Guarantee as specified in the FedEx Service Guide.

**Peak Capacity.** FedEx endeavors to provide Customer requested (in consultation with FedEx on an annual basis) capacity during the November-December holiday seasons. FedEx further endeavors to provide Customer with prior written notice of any anticipated capacity reductions to the extent FedEx is able.

Proposal : ███████

9

CONFIDENTIAL

RTR_SHARMA 000349