# Filed Under Seal

# EXHIBIT D

DocuSign Envelope ID: ██████████████████████████

# UPS Small Package Transportation Agreement



This Agreement ("Agreement") between Rent The Runway ("Customer") and United Parcel Service Inc., an Ohio Company ("UPS"), contains the terms and conditions that will apply to transportation and related services provided by UPS for Customer, as set forth below.

1.  **Scope.**  UPS may provide transportation and related services (the "Services") with respect to shipments tendered by Customers and accepted by UPS, which Services shall be governed by the terms of this Agreement, the applicable UPS Rate and Service Guides, and the UPS Tariff/Terms and Conditions of Service in effect at the time of shipping.  This Agreement applies to the UPS Services described in the UPS Rate and Service Guide, Daily Rates version ("UPS Rates") that are requested by Customer under the UPS account number(s) listed on **Exhibit A**.  Additional accounts of Customer affiliates at least 50% owned by Customer may be added if approved in writing by UPS.  UPS services may not be resold or offered to a third party.

2.  **Pricing.** Pricing for the Services is set forth in the UPS Rates in effect as of the date of tender of each shipment.  However, Customer ██████████████████████████████████ ("Incentives").  Incentives are ████████ ████████████████████████████████████ Incentives are █████████████████████ █████████████████████████████████████

3.  **Terms and Conditions.** The Services are governed by the UPS Tariff/Terms and Conditions of Service ("UPS Terms") and the UPS Rates in effect at the time of shipping, both of which are incorporated in full into this Agreement.  They are subject to change without prior notice; the effective versions of the UPS Terms and the UPS Rates are available at ups.com.

4.  **Automation.**  Customer will supply the UPS Service Provider with a hard copy summary manifest when packages are tendered for shipment and will ensure Timely Upload of electronic Package Level Detail ("PLD") through WorldShip®, UPS CampusShip®, UPS Internet Shipping, UPS Developer Kit, iShip®, UPS Host Access, or an approved UPS Ready® solution that meets UPS requirements at the time of shipment.

5.  **Payment Terms.**  Customer agrees to pay invoices for all Services within the time period required by the UPS Rates and the UPS Terms, unless otherwise specified in this Agreement.  All Incentives and any alternative payment plan, including any extended payment terms, provided to Customer under this Agreement are contingent upon Customer's timely payment in full of all amounts owed. In addition to any other remedies for non-payment or late payment, UPS may, modify any Incentives and payment terms set forth in this Agreement or, if late payments or non-payments continue, UPS may reserve the right in its sole discretion to require Customer to provide a deposit, letter of credit, or other form of security acceptable to UPS in advance of Service.

6.  **Confidentiality.** Customer and UPS agree to ████████████████████████ ████████████████████████████████████████████████████████████████ ("Confidential Information") ████████████████████████ Neither party shall ████████████████████████████████

7.  **Term.**  This Agreement must be fully executed and received by UPS on or before ████████ or else it is void.  If timely executed and received, it becomes effective as of the Effective Date set forth below.  Once it becomes effective, the Agreement will supersede any other agreements between Customer and UPS regarding the Services covered by this Agreement, and it will continue for a period of ██████████████████████████████  Thereafter, the Term of this Agreement may

DocuSign Envelope ID: ██████████████████████

████████████████████████████████████████████ Either party may terminate this Agreement upon █████████████████████████████████████

This Agreement is hereby signed and executed by authorized representatives of both parties.

**RENT THE RUNWAY**                          **UNITED PARCEL SERVICE, INC.**

By: ████████████                             By: _____
        ████ized Representative)                  (An Authorized Representative)

Print Name: ____████████____                 Print Name: _____

Title: _Chief Supply Chain Officer_          Title: _____

Address: _Address_                           Address: _____

_____                     _____

Date Signed: 5/13/2021 | 4:10 PM EDT         Date Signed: _____

                                             Effective Date: ████████

DocuSign Envelope ID: ████████████████████

**EXHIBIT A**

**ACCOUNT (SHIPPER) NUMBERS**

| ACCT NUM | ACCOUNT NAME | STREET | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| | | | | | |

**CONFIDENTIAL**

**RTR_SHARMA_000374**

DocuSign Envelope ID: ███████████████████████

**EXHIBIT B**
**DOMESTIC AND INTERNATIONAL INCENTIVES**

1. UPS shall provide to Customer and approved affiliates ████████████████████████ ██████████████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████ For purposes of this Agreement, the term "Transportation Charges" as used in this Agreement and any Exhibit hereto is defined as UPS Daily Rates (also referred to as "list rates") only. Except as otherwise set forth in the Agreement or any Exhibit, "Transportation Charges" do not include charges for Value-Added Services, Other Charges or other fees, accessorial charges, additional charges, or surcharges that may apply to Customer or a shipment (collectively, "Additional Charges"). All Incentive programs ("Incentives") provided to Customer in this Agreement and the Exhibits attached hereto are based on ████████████████████████████████████████████ ████████████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████ If the parties ████████████████████████ ████████████████████████████████████████████████████████

   Discount amounts do not apply to ████████████████████████████████████ ████████

2. UPS will calculate ████████████████████████████████████████████████

3. **UPS® Ground - Commercial Delivery.** The following discounts will apply to ████████████████ ████████████████

| UPS® Ground - Single Piece Commercial Package | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Weight (lbs) / Zone | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 44 | 45 | 46 |
| 1 | ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| 6 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 151 | | | | | | | | | | |

   In addition to the above Incentives, UPS agrees to ████████████████████████

4. **UPS® Ground - Residential Delivery.** ████████████████████████ ly to ████████████████ ████████████████████████████████████████████

| UPS® Ground - Single Piece Residential Package | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Weight (lbs) / Zone | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 44 | 45 | 46 |
| 1 | ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| 6 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 151 | | | | | | | | | | |

   In addition to the above Incentives, UPS agrees to ████████████████████████

DocuSign Envelope ID:

5. **UPS® Ground - Commercial Delivery.** The following discounts will apply to ███████████ ████████████████

| UPS® Ground - Commercial Return | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Weight (lbs) / Zone** | **2** | **3** | **4** | **5** | **6** | **7** | **8** | **44** | **45** | **46** |
| 1 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 151 | | | | | | | | | | |

In addition to the above Incentives, UPS agrees to ███████████████████████████

6. **UPS Worldwide Express® - Export, UPS Worldwide Express Freight®_ Export, UPS Worldwide Saver® - Export, UPS Worldwide Expedited® - Export, UPS StandardTM to Canada, UPS StandardTM to Mexico.** The Incentives set forth in Exhibit C will apply to █████████████████████████████ ████████████████████████████████████████████ Please refer to the UPS Tariff/Terms and Conditions for additional information on available billing options. UPS Returns® will be ██████████████████

**Minimum Shipment Charge**
For each shipment, Customer agrees to pay ████████████████████████████ ████████████████████████████ Minimum net shipment charge is calculated by ██████████████ ████████████████████████

DocuSign Envelope ID: ████████████████████████



7. **UPS Worldwide Express® - Import**, **UPS Worldwide Express Freight® - Import**, **UPS Worldwide Saver® - Import, UPS Worldwide Expedited® - Import, UPS 3 Day Select® from Canada, UPS Standard™ from Canada, UPS Standard™ from Mexico.** The Incentives set forth Exhibit C will apply to ████████████████ ████████████████████████████ ██. Please refer to the UPS Tariff/Terms and Conditions for additional information on available billing options.

DocuSign Envelope ID: ████████████████████████

**Minimum Shipment Charge**

For each shipment, Customer agrees to pay t███████████████████████████ ████████████████████████████ Minimum net shipment charge is calculated by ████████████████████████████



**UPS Worldwide Express – Import**

| Zone | 91 | 94 | 951 | 952 | 953 | 954 | 955 | 956 | 957 | 958 |
|---|---|---|---|---|---|---|---|---|---|---|
| Letter | | | | | | | | | | |
| Document | | | | | | | | | | |
| Package | | | | | | | | | | |

| Zone | 959 | 961 | 962 | 963 | 970 | 971 |
|---|---|---|---|---|---|---|
| Letter | | | | | | |
| Document | | | | | | |
| Package | | | | | | |

**UPS Worldwide Saver® – Import**

| Zone | 491 | 494 | 451 | 452 | 453 | 454 | 455 | 456 | 457 | 458 |
|---|---|---|---|---|---|---|---|---|---|---|
| Letter | | | | | | | | | | |
| Document | | | | | | | | | | |
| Package | | | | | | | | | | |

| Zone | 459 | 461 | 462 | 463 | 470 | 471 |
|---|---|---|---|---|---|---|
| Letter | | | | | | |
| Document | | | | | | |
| Package | | | | | | |

**UPS Worldwide Expedited® – Import**

| Zone | 61 | 64 | 651/681 | 652/682 | 653/683 | 654/684 | 655/685 | 656/686 | 657/687 | 658/688 |
|---|---|---|---|---|---|---|---|---|---|---|
| Document | | | | | | | | | | |
| Package | | | | | | | | | | |

| Zone | 659/689 | 661/691 | 662/692 | 663/693 | 670 | 671 |
|---|---|---|---|---|---|---|
| Document | | | | | | |
| Package | | | | | | |

**UPS Standard™ – Import from Canada**

| Zone | 376 | 378 | 380 |
|---|---|---|---|
| Package | | | |

OR

The minimum net shipment charge for UPS Standard™ – Import from Canada service will be the same ███████████ ████████████████████████████████████████████████████████████

**UPS 3 Day Select® – Import from Canada**

| Zone | 475 | 476 | 477 |
|---|---|---|---|
| Package | | | |

**UPS Standard™ – Import from Mexico**

| Zone | 362 | 363 | 364 | 365 | 366 | 367 | 368 |
|---|---|---|---|---|---|---|---|
| Package | | | | | | | |

DocuSign Envelope ID: ███████████████

**EXHIBIT C**
**PORTFOLIO TIER INCENTIVES**

1.  The Incentives in this Exhibit apply to Shipper Numbers listed on Exhibit A only.  Each eligible package will receive an Incentive based upon ██████████████████████████████████████ The band determination is based upon ██████████████████████████████████████████████████████████████████████████████████████████

2.  The Incentives will be administered on ████████ and apply to all applicable zones.

3.  Weekly base Transportation Charges per week will be based upon the average of ████████████████ This average ██████████████████████ Average weekly base Transportation Charges per week is ████████████████████████████

| Service(s) | Gross Weekly Transportation Charge Bands |
|---|---|
| UPS Next Day Air® - Letter FC TP UP RS RTP | |
| UPS Next Day Air® - Package FC TP UP RS RTP | |
| UPS Next Day Air Saver® - Letter FC TP UP | |
| UPS Next Day Air Saver® - Package FC TP UP | |
| UPS 2nd Day Air A.M.® - Letter FC TP UP | |
| UPS 2nd Day Air A.M.® - Package FC TP UP | |
| UPS 2nd Day Air® - Letter FC TP UP RS RTP | |
| UPS 2nd Day Air® - Package FC TP UP RS RTP | |
| UPS 3 Day Select® - Package FC TP UP RS RTP | |
| UPS® Ground - Single Piece Commercial Package FC TP UP | |
| UPS® Ground - Single Piece Commercial Package RS RTP | |
| UPS® Ground - Single Piece Residential Package FC TP RS RTP | |
| UPS Worldwide Express® - Export Letter All | |
| UPS Worldwide Express® - Export Document All | |
| UPS Worldwide Express® - Export Package All | |
| UPS Worldwide Express® - Export Pak 1 - 2 lb. All | |
| UPS Worldwide Saver® - Export Letter All | |
| UPS Worldwide Saver® - Export Document All | |
| UPS Worldwide Saver® - Export Package All | |
| UPS Worldwide Saver® - Export Pak 1 - 2 lb. All | |
| UPS Worldwide Expedited® - Export Document All | |
| UPS Worldwide Expedited® - Export Package All | |
| UPS® Standard - Export to Canada All | |
| UPS Worldwide Express® - Import Letter All | |
| UPS Worldwide Express® - Import Document All | |
| UPS Worldwide Express® - Import Package All | |
| UPS Worldwide Saver® - Import Letter All | |
| UPS Worldwide Saver® - Import Document All | |
| UPS Worldwide Saver® - Import Package All | |
| UPS Worldwide Expedited® - Import Document All | |
| UPS Worldwide Expedited® - Import Package All | |
| UPS Standard® - Import from Canada All | |

CONFIDENTIAL

DocuSign Envelope ID: █████████████████████████

FC – The incentives shall also be extended to Freight Collect Shipments and Undeliverable Packages Freight Collect
TP – The incentives shall also be extended to Third Party Shipments and Undeliverable Packages Third Party
UP – The incentives shall also be extended to Undeliverable Packages
RS – The incentives shall also be extended to Return Service
RTP – The incentives shall also be extended to Third Party Return Service
All – Includes all available billing options and return services with the exception of Consolidated Clearance, WorldEase® and UPS Authorized Return Service®.
Please refer to the UPS® Tariff/Terms and Conditions for additional information on available billing options. US returns will be billed at Import Service Rate.

**Committed Services.** The following Services will be included in the band determination:

<u>All Small Package Domestic and Export Transportation Charges from the following:</u> Letter, Document, Package or UPS Hundredweight Service®, Prepaid, Freight Collect, Third Party, Undeliverable Returns, Consignee Billing, World Ease®, Consolidated Clearance, UPS Returns® Service or UPS Authorized Return Service® will be used to determine Customer's Incentive levels: UPS Next Day® Air Early; UPS Next Day Air®; Next Day Air Saver®, UPS 2nd Day Air A.M.®; UPS 2nd Day Air®; UPS 3 Day Select®; UPS® Ground; UPS® SurePost; UPS Worldwide Express® - Export (Excluding UPS 10 KG Box® and UPS 25 KG Box®); UPS Worldwide Express Freight® Midday – Export – Pallet; UPS Worldwide Express Freight® – Export – Pallet; UPS Worldwide Saver® - Export (Excluding UPS 10 KG Box® and UPS 25 KG Box®); UPS Export Worldwide Expedited® - Export; UPS® Standard to Canada; UPS® Standard to Mexico; UPS® Worldwide Economy DDP; UPS® Worldwide Economy DDU; and UPS® Simple Rate.

<u>All International Import Transportation Charges from the following:</u> Letter, Document or Package, Single-Piece or Multi-Piece, Freight Collect, Third Party, Consignee Billing, World Ease®, Consolidated Clearance or UPS Returns® Service will be used to determine Customer's Incentive levels: UPS Worldwide Express Plus®; UPS Worldwide Express NA1® (Excluding UPS 10 KG Box® and UPS 25 KG Box®); UPS Worldwide Express® (Excluding UPS 10 KG Box® and UPS 25 KG Box®); UPS Worldwide Express Freight® Midday – Import – Pallet; UPS Worldwide Express Freight® – Import – Pallet; UPS Worldwide Saver® (Excluding UPS 10 KG Box® and UPS 25 KG Box®); UPS Worldwide Expedited®; UPS 3 Day Select® from Canada; UPS® Standard from Canada; and UPS® Standard from Mexico.

<u>All UPS Ground with Freight Pricing:</u> The following Service(s) will be used for the sole purpose in determining the Transportation Charge band of Customer: UPS Ground with Freight Pricing. Note: UPS Ground with Freight Pricing is committed based on Net Transportation Charges.

Notes:
1. Delivery Area Surcharge, Remote Area Surcharge, Extended Delivery Area Surcharge, Hundredweight Delivery Area Surcharge, Large Package Surcharge, Residential Surcharge, Hundredweight Residential Surcharge, Next Day Air® Early Surcharge and Worldwide Express Plus Surcharge will be included for the sole purpose in determining the Transportation Charge bands of Customer.

**Minimum Net Charge**
For each shipment, Customer agrees to pay ███████████████████████████████████ ████████████████████████ Minimum net shipment charge is calculated by ████████████ ██████████████████████████████████████████████████.

DocuSign Envelope ID: ████████████████████████████

| Service(s) | Minimum Per | Zone | Base Rate | Adjustment |
|---|---|---|---|---|
| UPS Next Day Air® FC TP UP RS RTP | Letter | ALL | | |
| UPS Next Day Air® FC TP UP RS RTP | Package | ALL | | |
| UPS Next Day Saver® FC TP UP RS RTP | Letter | ALL | | |
| UPS Next Day Saver® FC TP UP RS RTP | Package | ALL | | |
| UPS 2nd Day Air A.M.® FC TP UP RS RTP | Letter | ALL | | |
| UPS 2nd Day Air A.M.® FC TP UP RS RTP | Package | ALL | | |
| UPS 2nd Day Air® FC TP UP RS RTP | Letter | ALL | | |
| UPS 2nd Day Air® FC TP UP RS RTP | Package | ALL | | |
| UPS 3 Day Select® FC TP UP RS RTP | Package | ALL | | |
| UPS® Ground - Commercial Delivery FC TP UP | Package | ALL | | |
| UPS® Ground - Commercial Return | Package | ALL | | |
| UPS® Ground - Residential Delivery FC TP RS RTP | Package | ALL | | |

FC – The minimum shipment charge shall also be extended to Freight Collect Shipments and Undeliverable Packages Freight Collect

TP – The minimum shipment charge shall also be extended to Third Party Shipments and Undeliverable Packages Third Party

UP – The minimum shipment charge shall also be extended to Undeliverable Packages

RS – The minimum shipment charge shall also be extended to Return Service

RTP – The minimum shipment charge shall also be extended to Third Party Return Service

**CONFIDENTIAL**

**RTR_SHARMA_000381**

DocuSign Envelope ID: ███████████████████████

**EXHIBIT D**
**SPECIALIZED INCENTIVES**

1. **Payment Terms.**  Customer agrees to remit payment of UPS invoices ████████████████ ████████████████████████

2. **Additional Charges.**    UPS agrees to grant Customer the following Incentives for Additional Charges, from the charges listed in the UPS Rate and Service Guide in effect at the time of shipping.

| Value Added Services / Other Charges | Type | Discount |
|---|---|---|
| Additional Handling - Domestic  (Non-corrugated) | | |
| Commercial Domestic Ground Delivery Area Surcharge (per piece excluding CWT) | | |
| Commercial Domestic Ground Delivery Area Surcharge - Extended (per piece excluding CWT) | | |

3. **Service Guarantee Waiver.**  Customer expressly waives any and all rights and remedies it may have pursuant to the UPS Service Guarantee as set forth in the UPS Tariff/Terms & Conditions of Service, for any packages shipped pursuant to this Agreement, and agrees that it will not request a credit or refund pursuant to the UPS Service Guarantee for such packages.

4. **Minimum Commitment.**  In consideration of the rates and Incentives provided to Customer under this Agreement, ████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████ ████████ (the "Minimum Commitment"). Net Transportation Charges exclude Additional Charges, unless otherwise specified in the Committed Services section of this Agreement.

If  Customer ████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████ ████████████████████████████████

**CONFIDENTIAL**                                                                                                                         **RTR_SHARMA_000382**