# Filed Under Seal

# EXHIBIT H

Case 1:22-cv-06935-OEM-SDE    Document 131-8    Filed 01/12/26    Page 2 of 12 PageID #: 3072

DocuSign Envelope ID: ███████████████████

## FedEx Transportation Services Agreement Amendment

### Table of Contents

FedEx Transportation Services Agreement Amendment ........................................................................................................... 1/9

Express Pricing Attachment ..................................................................................................................................................... 3/9

    General Express Terms and Conditions ............................................................................................................................ 3/9

    General Express Pricing Provisions .................................................................................................................................. 3/9

    United States ...................................................................................................................................................................... 3/9

        United States Terms and Conditions ............................................................................................................................ 3/9

        United States Domestic Express .................................................................................................................................. 3/9

        United States Pricing Provisions .................................................................................................................................. 7/9

    EXPRESS PRICING ATTACHMENT APPENDIX .............................................................................................................. 8/9

Earned Discount Program Details .......................................................................................................................................... 9/9

**CONFIDENTIAL**

DocuSign Envelope ID: █████████████████████

**Agreement Number:** ████████████
**Version Number:** █





## FedEx Transportation Services Agreement Amendment

**Agreement Number(s) :** ██████████

**Customer Name:** Rent The Runway, Inc.

**Effective Date:** See Below ("Effective Date")

FedEx and Customer entered into a FedEx Pricing Agreement ("Agreement") identified above. FedEx and Customer now desire to amend the Agreement.

Pricing shall be amended as identified on the attachments to this Amendment. The pricing is effective the later of the date identified above, if any, or within five business days following possession of a fully executed Amendment by FedEx's authorized representative ("Effective Date").

This Pricing Agreement/Amendment hereinafter collectively refers to a Country or Territory as "Country or Countries".

Except as otherwise provided, the pricing for each agreement section addressed in this Amendment is hereby replaced with the pricing contained in the following attachment. For all sections not addressed herein, the pricing, terms and conditions of the original Agreement (or subsequent amendments) shall remain in full force and effect and are hereby ratified and confirmed.

Other than as provided in this Amendment, all words and definitions in this Amendment shall have the same meaning in this Amendment as in the Agreement.

Proposal : ████████

1/9

**CONFIDENTIAL**

**RTR_SHARMA_000352**

DocuSign Envelope ID: ██████████████████

**Agreement Number:** ████████████

**Version Number:** █



IN WITNESS WHEREOF, the parties hereby execute this Amendment as of the last date provided below:

Any alterations to this document, including but not limited to handwritten changes, by either party are null and void.

**Rent The Runway, Inc.("Customer")**

By ████████████_____

Print Name :_____

Title : Chief Supply Chain Officer

Date : August 4, 2021

The above mentioned offer expires if not signed by ███████████.

████████████

**On behalf of, each as applicable,
and their affiliates and subsidiaries,
Federal Express Corporation,
FedEx Ground Package System, Inc., and
FedEx Freight, Inc. (collectively "FedEx")**
by their agent FedEx Corporate Services, Inc.

By : _____███████████_____

Print Name :_███████████_____

Title : Worldwide Account Manager

Date : *August 4th 2021*

Employee No. : ___███████████_____

Proposal : ████

████████████████████████

**CONFIDENTIAL**

**RTR_SHARMA_000353**

DocuSign Envelope ID: ███████████████████

**Agreement Number:** ████████████
**Version Number:** ██



## Express Pricing Attachment

**Customer Name / Location(s)**        **Country ID**

Rent The Runway, Inc., , US

Subsequent pricing applies to all individual FedEx accounts associated with the Customer as identified above, unless otherwise noted.

### GENERAL EXPRESS

#### General Express Terms and Conditions:

These terms and conditions apply to all pricing contained herein and apply to all countries listed in this FedEx Express Pricing Attachment.

**Valid Account.** A valid account number must be established for incentives to apply.

**Zone Definitions.** To determine your zone, please refer to the FedEx Service Guide, or access our website at fedex.com.

**Commitments.** Customer agrees that ██████████████████████████████████ in such event, FedEx may ██████████████████████████ . Customer also agrees that ████████████ ██████████████████████████████████

#### General Express Pricing Provisions:

These pricing provisions apply to all pricing contained herein and apply to all countries listed in this Express Pricing Attachment.

**Shipment Types.** Shipment types are defined as follows:
**Domestic shipments** Shipments with the same origin and destination country.
**Export shipments** Outbound shipments paid by the origin country, to a non-origin destination.
**Import shipments** Inbound shipments paid by the destination country, from any non-destination origin.
**Geography Exception:** A discount off the applicable base rate(s) for a particular geographic origin/destination pair that is an exception to the standard 'Zones' that would otherwise be applicable.

## United States

#### United States Terms and Conditions:

**Payment Terms.** Payment is due within the following number of days from the invoice date unless otherwise provided in a FedEx Credit Term Attachment: ████████████████████████████

**Payment Method:** Pay by Electronic Funds Transfer or EZ Debit

#### United States Domestic Express:

The following pricing applies to the individual FedEx accounts associated with the Customer as follows: ████████ (Country ID)

The following discounts, if any, ██████████████████████████████████ and apply to Domestic Express.

Discounts and/or net rates, if any, do not apply to fuel surcharges, duties and taxes, special handling fees, surcharges, ancillary or other charges (the amounts of applicable special handling fees, surcharge, ancillary and other charges shall be, unless otherwise noted herein, the published amounts for such fees/charges in effect on the date of shipment).

For Services receiving a percentage off, ███████████████████████████ ████████████████████ For Services on net rates, if any, ████████ ████████████ In addition, ██████████████████████████████████

The following pricing for Domestic Express supersedes all prior Domestic Express pricing for individual FedEx accounts associated with the Customer identified above.

Proposal : ████████

3/9

**CONFIDENTIAL**        **RTR_SHARMA_000354**

DocuSign Envelope ID: ███████████████

**Agreement Number:** ████████████
**Version Number:** █

Any Domestic Express service not listed in this Agreement will be charged at the applicable FedEx Service Guide on the date of shipment.

**Pricing Terms.** Unless otherwise noted, the following term table is applicable to all services in United States. In the event that FedEx increases its applicable base rate during the term of the Agreement, ████████████████████████████████ ██████

| Term | Term Start | Term End | Base Rate | Rate Cap |
|------|-----------|----------|-----------|----------|
| 1 | ███████ | ███████ | ████████████████████ | ███████ |
| 2 | ███████ | ███████ | ████████████████████ | ███████ |

**Rate Cap.** In the event that FedEx increases its published list rates during the time period specified, ████████████████ ████████████████████████████████ At such time FedEx will ████████████████████████████████████████████████████████ ██████████████████████

Notwithstanding the foregoing:
(i) The above-referenced cap is exclusive of █████████████████████████████████████████████ ████████████████████████████; and
(ii) Each term's rate cap shall not apply if Customer ████████████████████████████████████ ████████████████████████████████████

**Term 1**

**FedEx Priority Overnight Envelope**

| Zones => | All Zones |
|----------|-----------|
| Envelope | ██ |

**FedEx Priority Overnight Pak**

| Zones => | All Zones |
|----------|-----------|
| All Applicable Weights | ██ |

**FedEx Priority Overnight**

| Zones => | All Zones |
|----------|-----------|
| All Applicable Weights | ██ |

**FedEx Standard Overnight Envelope**

| Zones => | All Zones |
|----------|-----------|
| Envelope | ██ |

**FedEx Standard Overnight Pak**

| Zones => | All Zones |
|----------|-----------|
| All Applicable Weights | ██ |

**FedEx Standard Overnight**

| Zones => | All Zones |
|----------|-----------|
| All Applicable Weights | ██ |

**FedEx 2Day A.M. Envelope**

| Zones => | All Zones |
|----------|-----------|
| Envelope | ██ |

Proposal : ██████

4/9

DocuSign Envelope ID: ████████████████████

**Agreement Number:** ████████████
**Version Number:** █

**FedEx 2Day A.M. Pak**

| Zones => | All Zones |
|---|---|
| All Applicable Weights | ██ |

**FedEx 2Day A.M.**

| Zones => | All Zones |
|---|---|
| All Applicable Weights | ██ |

**FedEx 2Day Envelope**

| Zones => | All Zones |
|---|---|
| Envelope | ██ |

**FedEx 2Day Pak**

| Zones => | All Zones |
|---|---|
| All Applicable Weights | ██ |

**FedEx 2Day**

| Zones => | All Zones |
|---|---|
| All Applicable Weights | ██ |

**FedEx Express Saver Envelope**

| Zones => | All Zones |
|---|---|
| Envelope | ██ |

**FedEx Express Saver Pak**

| Zones => | All Zones |
|---|---|
| All Applicable Weights | ██ |

**FedEx Express Saver**

| Zones => | All Zones |
|---|---|
| All Applicable Weights | ██ |

**FedEx 1Day Freight**
**FedEx 2Day Freight**
**FedEx 3Day Freight**

| Zones => | All Zones |
|---|---|
| All Applicable Weights | ██ |

**Earned Discount :**

The following incentives are in addition to any pricing mentioned above if any. Please refer to the Earned Discount Program Details attachment below for the Annualized Transportation Charges calculation information.

Program Number: 1

Annualized Transportation Charges are expressed in USD ($).

Proposal : ███████

5/9

**CONFIDENTIAL**

**RTR_SHARMA_000356**

DocuSign Envelope ID:

**Agreement Number:**
**Version Number:**



Express Returns: Customer shall receive the Domestic pricing identified herein for

**United States Minimums:**

Customer agrees to pay

In case reductions to the minimum net charge apply, the minimum net charge for each Service will be

Minimum charges are subject to change with any increase in applicable base rate during the time period of the Agreement.

**United States Domestic Express:**

The following reductions to the minimum charge are expressed in USD($).

| Service(s) | Minimum Charge | Reduction | | | |
|---|---|---|---|---|---|
| | | 2-8 | 9 | 10-12 | 13-16 |
| **FedEx Priority Overnight Envelope** | | | | | |
| **FedEx Priority Overnight Pak** | | | | | |
| **FedEx Priority Overnight** | | | | | |
| **FedEx Standard Overnight Envelope** | | | | | |
| **FedEx Standard Overnight Pak** | | | | | |
| **FedEx Standard Overnight** | | | | | |
| **FedEx 2Day A.M. Envelope** | | | | | |
| **FedEx 2Day A.M. Pak** | | | | | |
| **FedEx 2Day A.M.** | | | | | |
| **FedEx 2Day Envelope** | | | | | |
| **FedEx 2Day Pak** | | | | | |
| **FedEx 2Day** | | | | | |
| **FedEx Express Saver Envelope** | | | | | |

Proposal :

6/9

**CONFIDENTIAL**

**RTR_SHARMA_000357**

DocuSign Envelope ID: ████████████████████████

**Agreement Number:** ████████████
**Version Number:** ██

| Service(s) | Minimum Charge | Reduction | | | |
|---|---|---|---|---|---|
| | | 2-8 | 9 | 10-12 | 13-16 |
| **FedEx Express Saver Pak** | | | | | |
| **FedEx Express Saver** | | ████████████████████████████████ | | | |
| **FedEx 1Day Freight** | | | | | |
| **FedEx 2Day Freight** | | | | | |
| **FedEx 3Day Freight** | | | | | |

**United States Pricing Provisions:**

**Money Back Guarantee.** Customer waives the right to request refunds under the FedEx Money-Back Guarantee as specified in the FedEx Service Guide.

**Termination Fee:** The Termination Fee, as described in the Agreement ██████████████, shall not be revised or restarted by this Amendment, shall remain in full force and effect, and is hereby ratified and confirmed.

**FedEx Service Level:**
The "FedEx Service Level" represents the on-time delivery commitment met by FedEx for Express volume provided to the Customer as set forth in this Agreement or FedEx Service Guide and indicated by the formula below.

The FedEx Service Level will be reported by FedEx following the end of each of FedEx's four account quarters which are comprised of 3 months. The FedEx Service Level accounting quarters are based on June 1 to May 31 fiscal period.

FedEx endeavors to provide a standard level ████ FedEx Service Level.  If the FedEx Service Level for Customer ████████████

If the FedEx Service Level ████████████████████████████████

**Peak Capacity.** FedEx endeavors to provide Customer requested (in consultation with FedEx on an annual basis) capacity during the November-December holiday seasons. FedEx further endeavors to provide Customer with prior written notice of any anticipated capacity reductions to the extent FedEx is able.

**Drop Off Return Shipment.** Customer acknowledges and agrees and shall ensure its customers are aware that any Return shipment must be tendered to a FedEx Office location, a FedEx Authorized Service Center, a FedEx OnSite or FedEx ShipSite retail location, or other approved location, including a FedEx Drop Box. Scheduled pick-ups are not permitted for Return shipments unless the pickup is made at the time of delivery. Refer your customers to fedex.com/pickup and dropoff for information on finding approved-drop off locations in their area

**Domestic Express Pricing Provisions:**

**Bonus Weight Envelope.** Customer is ████████████████████████████████████████, please see the Bonus Weight Envelope Program details in the Express Appendix for additional information.

Proposal : ████████

7/9

**CONFIDENTIAL**

RTR_SHARMA_000358



DocuSign Envelope ID: ████████████████████████

**Agreement Number:** ████████████
**Version Number:** █

## EXPRESS PRICING ATTACHMENT APPENDIX

### Bonus Weight Envelope Program

FedEx is ████████████████████████████████████████████████ Services available include FedEx Domestic First Overnight, FedEx Domestic Priority Overnight, FedEx Domestic Standard Overnight, and FedEx International Export Priority and FedEx International Export First Services, where applicable.

The terms of this Addendum supersede the weight restriction as set forth in the FedEx Service Guide and on the FedEx Envelope. All other restrictions follow the current Service Guide for each of the above services. The Bonus Weight Envelope Pricing Program applies only to the account number identified above. Except as provided in this Program, all terms and provisions of the Pricing Program Agreement for FedEx Express transportation services, including the documents incorporated therein by reference and the Warsaw Convention, if applicable, remain unchanged.

Customer agrees that to qualify and remain eligible for this Program, Customer will tender packages to FedEx using an automation system approved by FedEx to support the Program.

Customer agrees that FedEx shall not be liable for damages of any kind resulting from Customer's overpacking or modification of the FedEx Envelope. FedEx reserves the right to repackage a FedEx Envelope, if in its sole discretion, FedEx determines that Customer has overpacked the envelope and that the structural integrity of the packaging has, or may be, compromised. When FedEx repackages an overpacked envelope into other packaging, this Program will not apply and FedEx will charge a higher rate based on the weight of the repackaged shipment.

FedEx may modify or terminate this Program at any time upon giving Customer written notice.

Customer may not assign its rights or delegate its duties under this Program without FedEx's prior written consent.

Proposal : 7████████

8/9

**CONFIDENTIAL**

**RTR_SHARMA_000359**

DocuSign Envelope ID: ████████████████████████

**Agreement Number:** ████████████
**Version Number:** ██



## Earned Discount Program Details

The following are the details of the Earned Discount Program.

Customer will receive █ ████████████████████████████████████████████████████████
████████████████████████████ Earned discounts Earned discounts do not apply to ancillary service fees, surcharges, special handling fees or other charges and are applicable for the time period(s) specified in the applicable pricing attachments.

### Eligible Shipments:

In order for a shipment to count toward Customer's earned discount threshold or to receive an applicable earned discount, shipments must be billed to a FedEx account number that is eligible for earned discounts. Customer shall not be entitled to invoice adjustments for earned discounts for use of ineligible account numbers.

**PROGRAM NUMBER 1**

Customer already participates in an Earned Discount calculation. The ongoing calculation will not be impacted by this Agreement / Amendment. Discount changes, if any, will take effect on the effective date of this Agreement / Amendment.

Proposal : ████████

9/9

**CONFIDENTIAL**

**RTR_SHARMA_000360**