# EXHIBIT K



# KeyBanc
# Capital Markets

November 21, 2021

**Technology: Internet Retail**

## Initiating Coverage

# Rent the Runway, Inc.

## RENT: AppaRRRel in the Cloud, Initiate OW

**Rent the Runway's logistics network, brand relationships, and personalization technology give it a leadership position within the growing apparel rental market.** We believe that we are in the early innings of the rental market, driven by consumers' heretofore paradoxical goals of having something always new to wear and to have more sustainable apparel. Our Key First Look Data points to NT subscriber momentum. New inventory models have lowered capital intensity and will drive a more profitable LT model. At 8.2x 2023E EV/ gross profit, we find valuation compelling and establish a $21 price target.

## Key Investment Points

**We introduce our KBCM "AppaRRRel" framework and think that rental is a core component of driving sustainability.** In our 15+ years of covering consumer, we believe that sustainability has moved from a sometimes interesting signaling device to something that the consumer values as a key differentiator. To this end, we dust off our elementary school "Reduce, Reuse, and Recycle" and think that rental can serve as a key vehicle that solves the "I need something new to wear" conundrum in an environmentally responsible manner. Our KBCM Consumer Survey points to increased openness to apparel rental, which we think will accelerate as Gen Z continues to enter the workforce. We believe that RENT has the opportunity to see at least a 3x+ increase in subscribers (~112K as of September 2021) over the MT.

**Rent the Runway's sophisticated personalization, processing and logistics capabilities, and close vendor relationships are key competitive advantages.** Underpinning this is high subscriber engagement (2x per week), which drives a significant data advantage that we believe will help drive profitability. RENT is able to use personalization to provide fit recommendations as well as personalized apparel assortments. Unlike other e-commerce companies, RENT by necessity has implemented a sophisticated bidirectional logistics function that has proprietary cleaning processes. Current facilities can support up to 600K subscribers with minimal investment and incremental automation. We believe RENT will be an increasingly vital vehicle for brands to acquire new consumers, and importantly, it provides the brands with quantitative data on garment popularity and durability.

**We think subscriber growth will benefit from our "Apparel Supercycle" thesis and shifting inventory models will reduce capital intensity and improve margins.** Higher activity levels (return-to-work, return-to-activity), controlled inventory, and real newness are driving some of the strongest trends in apparel that we have seen in over a decade. We think FY22 can drive 42% sub growth and believe that 300K+ subscribers is possible over the next two to three years. We think that contribution margin can increase 500+ bps over the next two years, driven by a combination of lower fulfillment expense and inventory mix shift (lower wholesale).

Edward Yruma / (917) 368-2394
eyruma@key.com

Abigail Zvejnieks / (917) 368-2350
abigail.zvejnieks@key.com

Samantha Hanley / (917) 368-2376
samantha.hanley@key.com

Kenny Temsupasiri / (917) 368-2293
kenny.temsupasiri@key.com

| NASDAQ: RENT | |
|---|---|
| **Rating:** | **Overweight** |
| **Price Target:** | **$21.00** |
| **Price:** | **$16.20** |



*Sources: Company reports, Thomson Reuters, KeyBanc Capital Markets Inc.*

## Company Data

| | |
|---|---|
| 52-week range | $15 - $25 |
| Market Cap. (M) | $1,124.3 |
| Shares Out. (M) | 69.40 |
| Enterprise Value (M) | $1,144.3 |
| Avg. Daily Volume (30D) | 391,762.0 |

*Sources: Company reports, Thomson Reuters, KeyBanc Capital Markets Inc.*



## Estimates

| FY ends 1/31 | F2020A | 1Q21A | 2Q21A | 3Q21E | 4Q21E | F2021E | F2022E |
|---|---|---|---|---|---|---|---|
| **Revenue (M)** | $157.5 | $33.5 | $46.7 | $53.8 | $63.0 | $197.0 | $302.1 |
| Y/Y growth | -- | (43.7)% | 62.2% | 51.1% | 87.5% | 25.1% | 53.4% |
| **EBITDA (M)** | $(20.3) | $(6.2) | $(1.9) | $(9.5) | $(4.4) | $(22.1) | $0.6 |
| **Valuation** | | | | | | | |
| EV/Sales | 7.3x | -- | -- | -- | -- | 5.8x | 3.8x |

*Sources: Company reports, Thomson Reuters, KeyBanc Capital Markets Inc.*

**For analyst certification and important disclosures, please refer to the Disclosure Appendix.**

## Operational Scalability of the Model

**We believe Rent the Runway has made sufficient technology and infrastructure investments to be highly scalable in the MT.** RTR's current footprint can handle 3x today's subscribers (~300K) by adding more shifts/day, leveraging unused space, making a few process improvements, and importantly, no new facility investment would be needed. With only minimal investment in existing facilities and the implementation of additional automation, RTR can serve 6x today's subscribers (~600K).



*Source: Company filings.*

**RTR has two fulfilment centers in Texas and New Jersey totaling 540K square feet.** These FCs have the capacity to store more than 2M garments and accessories on multiple floors. Strategically located, the fulfillment centers cover 67% of the subscriber base as of June 2021 within two days of ground transportation. Customers view selection in their closest distribution center allowing for minimum transit time and the lowest shipping costs. For 50% of subscribers that reside in the geographies near the FCs, such as New York City, RTR aims to deliver within one business day.

**Rent the Runway is focusing on carrier diversification and transportation technology.** RTR partners with a wide variety of national, regional, and local last-mile service providers. RTR's transportation management system allows the Company to rate shop across these providers and opt into the best shipping method based upon cost and capacity. RTR is building an extensive outbound carrier network with many last-mile partners such as T Force, Returnmates, and veho, and relies on UPS for reverse logistics.

**Automation and fulfillment technology have driven leverage and efficiencies.** Rent the Runway has automated various parts of the fulfilment process including picking, order consolidation, and packing. The fulfilment engine dynamically prioritizes customer orders based on promised delivery date, transportation departure schedules, and available capacity. Additionally, RTR has begun tagging each unit and all reusable garment bags with RFID tags, which increases throughput, reduces cost, improves inventory control, and enables new forms of automation.

**Rent the Runway continues to reduce friction in the model.** Drop-offs still represent friction in the customer experience, but RTR is continuing to add more locations for drop-off, which also offers strategic value for RTR. For example, RTR has added 26 Nordstrom locations, which provide additional convenience for customers and reduce reverse logistics expenses for RTR. Additionally, we expect continued investment in the product discovery and site experience to reduce any customer friction in picking rental items.

**Additional returns solution include RTR drop box locations and "swap stop" vehicles.**



*Source: Twitter.*

**Rent the Runway - (RENT)**                                                        **Initiating Coverage**

## RENT Summary Quarterly Income Statement

| ($ in millions, except per share data) | 2018A Year | 2019A Year | 2020A 1QA | 2QA | 3QA | 4QA | Year | 2021A/E 1QA | 2QA | 3QE | 4QE | Year | 2022E 1QE | 2QE | 3QE | 4QE | Year | 2023E 1QE | 2QE | 3QE | 4QE | Year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Subscription and Reserve Rental Revenue | | 235.4 | 52.3 | 24.0 | 30.5 | 29.1 | 135.9 | 29.8 | 42.9 | 50.1 | 58.5 | 181.2 | 59.3 | 66.2 | 72.4 | 80.6 | 278.4 | 84.0 | 88.7 | 93.8 | 99.2 | 365.6 |
| Other Revenue | | 21.4 | 7.2 | 4.9 | 5.0 | 4.4 | 21.6 | 3.7 | 3.8 | 3.8 | 4.5 | 15.8 | 4.8 | 5.7 | 6.2 | 7.1 | 23.8 | 6.5 | 6.8 | 7.2 | 7.5 | 27.9 |
| Net revenue | | 256.9 | 59.5 | 28.8 | 35.6 | 33.6 | 157.5 | 33.5 | 46.7 | 53.8 | 63.0 | 197.0 | 64.1 | 71.8 | 78.6 | 87.7 | 302.1 | 90.4 | 95.4 | 101.0 | 106.6 | 393.5 |
| **Gross Profit excl. Depreciation** | | 129.2 | 32.1 | 14.5 | 19.3 | 19.5 | 85.4 | 20.8 | 29.4 | 27.3 | 31.9 | 109.4 | 32.7 | 40.7 | 40.7 | 48.5 | 162.6 | 51.8 | 56.8 | 55.1 | 61.4 | 225.1 |
| **Gross Profit** | | 53.6 | 10.0 | (1.4) | 2.5 | 4.5 | 15.6 | 8.1 | 18.2 | 13.9 | 16.4 | 56.5 | 18.0 | 23.9 | 23.0 | 29.6 | 94.4 | 33.3 | 35.7 | 32.8 | 38.3 | 140.1 |
| Costs and expenses: | | | | | | | | | | | | | | | | | | | | | | |
| Fulfillment | | 118.1 | 23.0 | 9.8 | 10.9 | 9.2 | 53.0 | 8.9 | 13.5 | 19.2 | 21.8 | 63.5 | 21.6 | 21.3 | 25.2 | 26.7 | 94.9 | 27.3 | 27.6 | 31.6 | 31.6 | 118.0 |
| Technology | | 40.2 | 10.6 | 8.0 | 9.4 | 9.7 | 37.7 | 9.7 | 10.5 | 13.7 | 11.0 | 44.9 | 10.4 | 10.8 | 11.9 | 11.9 | 44.9 | 12.8 | 12.4 | 13.2 | 12.3 | 50.8 |
| Marketing | | 22.9 | 3.9 | 1.2 | 1.5 | 1.6 | 8.1 | 2.6 | 4.8 | 9.1 | 6.1 | 22.6 | 6.9 | 7.3 | 8.0 | 8.9 | 31.1 | 10.1 | 10.1 | 10.8 | 11.3 | 42.3 |
| General and administrative | | 98.9 | 24.6 | 17.4 | 18.0 | 17.3 | 77.2 | 19.0 | 21.6 | 36.8 | 26.4 | 103.8 | 28.7 | 29.6 | 30.3 | 31.1 | 119.7 | 32.1 | 34.4 | 34.6 | 33.4 | 134.5 |
| Rental product depreciation and revenue share | | 85.2 | 26.5 | 20.4 | 22.1 | 19.9 | 89.0 | 16.6 | 15.0 | 20.7 | 24.8 | 77.1 | 24.4 | 26.6 | 30.4 | 31.4 | 112.8 | 29.8 | 32.1 | 36.6 | 36.8 | 135.3 |
| Other depreciation and amortization | | 21.6 | 6.1 | 5.6 | 5.7 | 5.7 | 23.0 | 5.1 | 4.8 | 5.8 | 6.0 | 21.7 | 5.4 | 5.7 | 5.7 | 5.8 | 22.6 | 5.9 | 6.0 | 6.0 | 6.0 | 23.9 |
| Total operating expenses | | 386.9 | 94.6 | 62.4 | 67.6 | 63.4 | 288.0 | 61.9 | 70.2 | 105.3 | 96.2 | 333.7 | 97.4 | 101.4 | 111.5 | 115.8 | 426.0 | 118.1 | 122.7 | 132.8 | 131.3 | 504.8 |
| Operating profit | | (130.0) | (35.1) | (33.6) | (32.0) | (29.8) | (130.5) | (28.4) | (23.5) | (51.5) | (33.2) | (136.7) | (33.3) | (29.5) | (32.9) | (28.1) | (123.9) | (27.6) | (27.2) | (31.8) | (24.7) | (111.3) |
| Interest income/(expense) | | (24.0) | (9.0) | (11.5) | (11.8) | (14.4) | (46.6) | (14.5) | (14.9) | (14.2) | (14.6) | (58.2) | (15.0) | (15.5) | (16.0) | (16.5) | (63.0) | (17.0) | (17.4) | (17.8) | (18.0) | (70.2) |
| Other income/(expense) | | (0.1) | 1.0 | 0.2 | (0.5) | 5.4 | 6.0 | 0.5 | (4.1) | 1.3 | 0.0 | (2.3) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Earnings before income taxes | | (154.1) | (43.1) | (44.9) | (44.3) | (38.8) | (171.1) | (42.3) | (42.5) | (64.4) | (47.8) | (197.1) | (48.3) | (45.0) | (48.9) | (44.6) | (186.9) | (44.6) | (44.6) | (49.6) | (42.7) | (181.5) |
| Benefit from income taxes | | 0.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.0 | 0.0 | 0.1 | 0.0 | (0.0) | 0.0 | 0.0 | (0.0) | 0.0 | (0.0) | 0.0 | 0.0 | (0.0) |
| Net income/(loss) | | (154.0) | (43.1) | (44.9) | (44.3) | (38.8) | (171.1) | (42.3) | (42.4) | (64.4) | (47.8) | (197.0) | (48.3) | (45.0) | (48.9) | (44.6) | (186.9) | (44.6) | (44.6) | (49.6) | (42.7) | (181.5) |
| Pro forma weighted average common shares outstanding (diluted) | | 11.0 | | | | | 11.1 | | | 69.7 | 69.7 | 69.7 | 69.7 | 69.7 | 69.7 | 69.7 | 69.7 | 69.7 | 69.7 | 69.7 | 69.7 | 69.7 |
| **EPS - diluted** | | ($14.04) | | | | | ($15.36) | | | ($0.92) | ($0.69) | ($2.83) | ($0.69) | ($0.65) | ($0.70) | ($0.64) | ($2.68) | ($0.64) | ($0.64) | ($0.71) | ($0.61) | ($2.60) |
| Interest (income)/expense | | 24.0 | 9.0 | 11.5 | 11.8 | 14.4 | 46.6 | 14.5 | 14.9 | 14.2 | 14.6 | 58.2 | 15.0 | 15.5 | 16.0 | 16.5 | 63.0 | 17.0 | 17.4 | 17.8 | 18.0 | 70.2 |
| Rental product depreciation | | 75.7 | 22.1 | 15.9 | 16.8 | 15.0 | 69.8 | 12.7 | 11.2 | 13.4 | 15.5 | 52.9 | 14.7 | 16.8 | 17.7 | 19.0 | 68.1 | 18.5 | 21.0 | 22.3 | 23.1 | 85.0 |
| Other depreciation and amortization | | 21.6 | 6.1 | 5.6 | 5.7 | 5.7 | 23.0 | 5.1 | 4.8 | 5.8 | 6.0 | 21.7 | 5.4 | 5.7 | 5.7 | 5.8 | 22.6 | 5.9 | 6.0 | 6.0 | 6.0 | 23.9 |
| Stock compensation | | 6.8 | 2.0 | 1.8 | 2.5 | 1.9 | 8.2 | 1.9 | 2.4 | 17.9 | 4.4 | 26.6 | 6.5 | 7.0 | 7.5 | 7.9 | 28.9 | 9.0 | 9.5 | 10.0 | 10.8 | 39.3 |
| Write-off of liquidated assets | | 4.1 | 0.6 | 0.3 | 0.7 | 1.7 | 3.3 | 1.4 | 1.4 | 1.4 | 1.1 | 5.3 | 0.7 | 1.0 | 1.7 | 1.4 | 4.8 | 0.7 | 1.0 | 1.6 | 1.4 | 4.7 |
| Non-recurring adjustments | | 3.8 | 1.2 | 2.0 | 0.7 | 0.3 | 4.2 | 1.0 | 1.8 | 3.3 | 1.8 | 7.9 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Benefit from income taxes | | (0.2) | 0.0 | 0.0 | 0.0 | 0.0 | (0.0) | 0.0 | (0.1) | 0.1 | 0.0 | 0.0 | 0.1 | 0.0 | (0.0) | 0.0 | 0.1 | (0.0) | 0.0 | (0.0) | 0.0 | (0.0) |
| Other (income)/expense | | 0.1 | (1.0) | (0.2) | 0.5 | (5.4) | (6.0) | (0.5) | 4.1 | (1.3) | 0.0 | 2.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Other (gains)/losses | | 0.0 | 0.0 | 0.5 | 0.2 | 1.0 | 1.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Adj. EBITDA** | | (18.0) | (3.1) | (7.5) | (5.4) | (4.3) | (20.3) | (6.2) | (1.9) | (9.5) | (4.4) | (22.1) | (6.0) | 1.0 | (0.3) | 6.0 | 0.6 | 6.4 | 10.3 | 8.1 | 16.7 | 41.5 |
| Adj EBITDA Including Rental Product Depreciation | | (93.7) | (25.2) | (23.4) | (22.2) | (19.2) | (90.2) | (18.9) | (13.1) | (23.0) | (19.9) | (74.9) | (20.6) | (15.8) | (18.0) | (13.0) | (67.5) | (12.0) | (10.7) | (14.2) | (6.5) | (43.4) |
| **Margin analysis** | | | | | | | | | | | | | | | | | | | | | | |
| Fulfillment / revenue | | 46.0% | 38.7% | 34.0% | 30.6% | 27.4% | 33.6% | 26.6% | 28.9% | 35.7% | 34.7% | 32.2% | 33.8% | 29.7% | 32.1% | 30.5% | 31.4% | 30.2% | 28.9% | 31.3% | 29.6% | 30.0% |
| Y/Y change in bps | | | (412) | (998) | (2,179) | (1,706) | (1,238) | (1,209) | (512) | 510 | 730 | (140) | 720 | 80 | (360) | (422) | (80) | (360) | (80) | (85) | (85) | (142) |
| **Gross margin** | | 20.9% | 16.8% | -4.8% | 7.0% | 13.4% | 9.9% | 24.2% | 39.0% | 25.8% | 26.0% | 28.7% | 28.1% | 33.3% | 29.2% | 33.7% | 31.3% | 36.8% | 37.5% | 32.4% | 35.9% | 35.6% |
| Y/Y change in bps | | | (810) | (3,260) | (680) | (461) | (1,096) | 737 | 4,382 | 1,875 | 1,253 | 1,879 | 392 | (570) | 345 | 775 | 256 | 875 | 418 | 320 | 220 | 436 |
| Technology/sales | | 15.6% | 17.8% | 27.8% | 26.4% | 28.9% | 23.9% | 29.0% | 22.5% | 25.5% | 17.5% | 22.8% | 16.2% | 15.0% | 15.1% | 13.6% | 14.9% | 14.2% | 13.0% | 13.1% | 11.6% | 12.9% |
| Y/Y change in bps | | | 301 | 1,342 | 945 | 1,274 | 826 | 1,114 | (529) | (90) | (1,140) | (110) | (1,280) | (745) | (1,040) | (390) | (794) | (200) | (200) | (200) | (200) | (195) |
| Marketing/sales | | 8.9% | 6.6% | 4.2% | 4.2% | 4.8% | 5.2% | 7.8% | 10.3% | 16.9% | 9.8% | 11.5% | 10.8% | 10.2% | 10.2% | 10.1% | 10.3% | 11.2% | 10.6% | 10.7% | 10.6% | 10.7% |
| Y/Y change in bps | | | (193) | (356) | (558) | (375) | (375) | 121 | 611 | 1,270 | 500 | 633 | 305 | (10) | (670) | 35 | (120) | 40 | 40 | 45 | 45 | 44 |
| General and administrative/sales | | 38.5% | 41.3% | 60.4% | 50.6% | 51.5% | 49.0% | 56.7% | 46.3% | 68.4% | 42.0% | 52.7% | 44.7% | 41.3% | 38.6% | 35.5% | 39.6% | 35.5% | 36.1% | 34.3% | 31.3% | 34.2% |
| Y/Y change in bps | | | 669 | 2,351 | 624 | 1,395 | 1,054 | 1,537 | (1,416) | 1,780 | (950) | 367 | (1,200) | (500) | (2,980) | (650) | (1,309) | (920) | (520) | (430) | (420) | (544) |
| **Total Opex/sales** | | 150.6% | 159.0% | 216.7% | 189.9% | 188.7% | 182.9% | 184.8% | 150.3% | 195.8% | 152.8% | 169.4% | 152.0% | 141.1% | 141.9% | 132.1% | 141.0% | 130.6% | 128.5% | 131.5% | 123.1% | 128.3% |
| Y/Y change in bps | | | 1,892 | 7,739 | 2,286 | 3,476 | 3,225 | 2,578 | (6,635) | 587 | (3,591) | (1,347) | (3,277) | (919) | (5,387) | (2,071) | (2,837) | (2,145) | (1,263) | (1,036) | (894) | (1,271) |
| Operating margin | | (50.6%) | (59.0%) | (116.7%) | (89.9%) | (88.7%) | (82.9%) | (84.8%) | (50.3%) | (95.8%) | (52.8%) | (69.4%) | (52.0%) | (41.1%) | (41.9%) | (32.1%) | (41.0%) | (30.6%) | (28.5%) | (31.5%) | (23.1%) | (28.3%) |
| Y/Y change in bps | | | (1,892) | (7,739) | (2,286) | (3,476) | (3,225) | 2,578 | 6,635 | (587) | 3,591 | 1,347 | 3,277 | 919 | 5,387 | 2,071 | 2,837 | 2,145 | 1,263 | 1,036 | 894 | 1,271 |
| **Adj. EBITDA margin** | | (7.0%) | (5.2%) | (26.0%) | (15.2%) | (12.7%) | (12.9%) | (18.6%) | (4.1%) | (17.7%) | (7.0%) | (11.2%) | (9.3%) | 1.3% | (0.4%) | 6.8% | 0.2% | 7.1% | 10.8% | 8.0% | 15.6% | 10.6% |
| Y/Y change in bps | | | (651) | (2,434) | 132 | (314) | (590) | (1,336) | 2,197 | (256) | 575 | 172 | (926) | 540 | 1,733 | 1,379 | 1,141 | 1,643 | 951 | 838 | 883 | 1,034 |
| Adj EBITDA Including Rental Product Depreciation Margin | | (36.5%) | (42.4%) | (81.3%) | (62.4%) | (57.3%) | (57.3%) | (56.5%) | (28.1%) | (42.7%) | (31.7%) | (38.0%) | (32.2%) | (22.1%) | (22.9%) | (14.8%) | (22.3%) | (13.3%) | (11.2%) | (14.1%) | (6.1%) | (11.0%) |
| Y/Y change in bps | | | (1,322) | (5,374) | (1,633) | (1,602) | (2,077) | (1,412) | 5,320 | 1,971 | 2,560 | 1,923 | 2,428 | 600 | 1,973 | 1,682 | 1,569 | 1,888 | 1,084 | 883 | 878 | 1,130 |
| Effective tax rate | | (0.1%) | 0.0% | 0.0% | 0.0% | 0.0% | (0.0%) | 0.0% | (0.2%) | 0.0% | 0.0% | (0.1%) | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Y/Y change in bps | | | 0 | 0 | 0 | 42 | 10 | 0 | (24) | 0 | 0 | (5) | 0 | 24 | 0 | 0 | 5 | 0 | 0 | 0 | 0 | 0 |
| **Y/Y growth** | | | | | | | | | | | | | | | | | | | | | | |
| Net revenue | | | 7.4% | -54.6% | -44.6% | -54.5% | -38.7% | -43.7% | 62.2% | 51.2% | 87.4% | 25.1% | 91.3% | 53.8% | 46.0% | 39.2% | 53.4% | 41.1% | 32.9% | 28.5% | 21.6% | 30.2% |
| Gross profit | | | -27.5% | -108.0% | -71.9% | -66.2% | -70.9% | -19.0% | -1400.0% | 455.3% | 263.4% | 262.4% | 122.3% | 31.3% | 65.5% | 80.7% | 67.0% | 85.1% | 49.6% | 42.6% | 29.6% | 48.4% |
| Fulfillment expense | | | -3.0% | -64.9% | -67.7% | -72.0% | -55.2% | -61.3% | 37.8% | 76.3% | 137.4% | 19.9% | 143.2% | 58.0% | 31.3% | 22.3% | 49.6% | 26.1% | 29.3% | 25.1% | 18.2% | 24.4% |
| Technology expense | | | 29.3% | -12.1% | -13.8% | -18.5% | -6.3% | -8.5% | 31.3% | 46.0% | 13.4% | 19.3% | 6.7% | 2.8% | -13.5% | 8.1% | 0.0% | 23.6% | 15.2% | 11.5% | 3.7% | 13.1% |
| Marketing expenses | | | -17.0% | -75.5% | -76.2% | -77.5% | -64.4% | -33.3% | 300.0% | 506.8% | 284.2% | 178.0% | 166.5% | 52.3% | -11.8% | 44.2% | 37.4% | 46.3% | 38.1% | 34.2% | 27.0% | 35.8% |
| General and administrative expense | | | 28.1% | -25.6% | -36.8% | -37.5% | -21.9% | -22.8% | 24.1% | 104.4% | 52.9% | 34.4% | 50.8% | 37.2% | -17.6% | 17.6% | 15.3% | 12.1% | 16.2% | 14.2% | 7.2% | 12.4% |
| Total Operating expenses | | | 21.9% | -29.3% | -37.1% | -44.2% | -25.6% | -34.6% | 12.5% | 55.8% | 51.8% | 15.9% | 57.4% | 44.4% | 5.8% | 20.3% | 27.7% | 21.2% | 21.0% | 19.2% | 13.4% | 18.5% |
| Operating profit | | | 58.1% | 34.9% | -25.8% | -25.1% | 0.4% | -19.1% | -30.1% | 61.0% | 11.5% | 4.7% | 17.4% | 25.7% | -36.1% | -15.4% | -9.4% | -17.1% | -7.9% | -3.3% | -12.3% | -10.1% |
| Net earnings | | | 55.0% | 48.7% | -9.0% | -17.8% | 11.1% | -1.8% | -5.6% | 45.4% | 23.3% | 15.1% | 14.2% | 6.2% | -24.1% | -6.7% | -5.1% | -7.6% | -1.0% | 1.5% | -4.4% | -2.9% |
| EPS | | | | | | | | | | | | | | | -24.1% | -6.7% | -5.1% | -7.6% | -1.0% | 1.5% | -4.4% | -2.9% |
| Adj. EBITDA | | | -530.6% | 594.4% | -49.1% | -39.5% | 12.8% | 100.6% | -74.7% | 76.7% | 2.8% | 8.5% | -4.1% | -150.2% | -96.7% | -235.5% | -102.9% | -208.1% | 985.6% | -2650.8% | 179.6% | 6407.5% |

*Sources: Company reports and KeyBanc Capital Markets Inc. estimates.*