# EXHIBIT L

**Internet & Digital Media | Initiating Coverage**
November 22, 2021



<div style="background:#1a5a96;color:#fff;padding:8px">

# Rent the Runway, Inc. (RENT)
Initiating Coverage at MO as RTR Democratizes Fashion Via Its 'Closet In The Cloud'

**MARKET OUTPERFORM**
Price: $16.20
Price Target: $21.00

</div>

## INVESTMENT HIGHLIGHTS

**Andrew Boone, CFA**
aboone@jmpsecurities.com
(415) 835-3902

**Matthew Condon, CFA**
mcondon@jmpsecurities.com
(617) 235-8502

- **We initiate coverage of Rent the Runway (RTR) with a Market Outperform rating and $21 price target as the company is democratizing access to designer fashion with its *"closet in the cloud"* that gives customers a rotating wardrobe of 1.4M items, across 18,000+ styles and 750+ brands.** With subscribers typically receiving clothes worth 20x the cost of a subscription, on average they receive four compliments each time they wear RTR, while 83% of subscribers feel their most confident self when wearing RTR.

- **With a strong product market fit, we think RTR growth should accelerate as working in person and social events return.** With 50% of rental use cases for evening and work attire, we believe as events and return-to-office behaviors continue to normalize, RTR has significant near-term tailwinds. This as RTR, despite its 12-year operating history, is a relatively new business, with subscription launching in 2016 and doubling in F1H19 before fulfillment issues slowed growth in F2H19 and COVID-19 reduced demand in FY2020. Simply put, we believe growth can return to F1H19 levels as typical RTR use triggers (e.g., weddings, holiday parties, and socializing more broadly) resume.

- **A category of one business.** While other businesses may offer designer rentals, we believe RTR is the only one doing so at scale, or said differently, with selection that is beyond a handful of brands. This as we believe RTR's extensive data corpus makes its merchandising and consumer recommendations better and reverse logistics processes are difficult to replicate. To that extent, we believe RTR should garner the majority of share in what we believe is a $5B+ opportunity.

- **Our five key investment themes:**

  1) RTR has a clear and compelling value proposition for consumers; 2) for brands, RTR is a significant customer, marketing channel, and data provider helping it to secure in-seasonal inventory; 3) data is improving merchandising, customer engagement, and even clothes durability; 4) Exclusive Designs & Share by RTR can improve the return on investment of RTR's product inventory; and 5) RTR has a clear path to improving margins and we believe it can reach long-term EBITDA margins of 30%+.

- **Valuation.** At Friday's close of $16.20, RTR shares trade at shares trade at 3.7x our 2023E EV/revenue and 10.5x our 2023E EV/gross profit. Our $21 price target is based on an ~4x 2023E EV/revenue multiple, whereby our projected 2023E revenue is $389 million (+30% Y/Y). We note that our $21 price target also implies an ~11x 2023E EV/gross profit multiple, whereby our projected 2023E gross profit is $136 million (34.9% margin). We justify our price target and multiple based on RTR's compelling customer value proposition for both consumers and brands, its proprietary data advantage, and strong unit economics that can lead to expanding margins as RTR grows.

### MARKET DATA

| | |
|---|---|
| Price | $16.20 |
| 52-Week Range: | $15.06 - $24.77 |
| Shares Out. (M): | 69.7 |
| Market Cap ($M): | $1,129.1 |
| Cash (M): | $310 |
| Cash/Share: | $4.44 |
| Free Cash Flow Yield: | (5.5)% |

*Source: Thomson Reuters and JMP Securities LLC*

| FY DEC | | 2021E | 2022E | 2023E |
|---|---|---|---|---|
| Revenue ($M) | 1Q | $33.5A | $63.8 | -- |
| | 2Q | $46.7A | $71.5 | -- |
| | 3Q | $53.3 | $77.8 | -- |
| | 4Q | $62.5 | $86.9 | -- |
| | **FY** | **$196.0** | **$300.0** | **$388.9** |
| EBITDA | 1Q | ($6.2)A | ($6.4) | -- |
| | 2Q | ($1.9)A | $0.1 | -- |
| | 3Q | ($10.1) | ($0.5) | -- |
| | 4Q | ($5.2) | $4.6 | -- |
| | **FY** | **($23.4)** | **($2.2)** | **$34.1** |

*Source: Company reports and JMP Securities LLC*

### STOCK PRICE PERFORMANCE



**FOR DISCLOSURE AND FOOTNOTE INFORMATION, REFER TO JMP FACTS AND DISCLOSURES SECTION.**
This report should be read in conjunction with important disclosure information, including an attestation under Regulation Analyst certification.

**Rent the Runway, Inc. (RENT)**



## INVESTMENT THESIS 5: RTR HAS A CLEAR PATH TO IMPROVE MARGINS AND WE BELIEVE IT CAN REACH 30%+ EBITDA MARGINS OVER TIME

**With subscribers and revenue expected to grow at a three-year CAGR (2020A to 2023E) of 130% and 82%, respectively, we expect leverage across fulfillment and fixed expenses (G&A and technology) as RTR margins expand toward long-term targets of 30-35% for EBITDA and 10-15% for free cash flow.**

**We expect the largest contribution to margin expansion to come from fulfillment.** We believe RTR can generate 300-400bps of margin expansion each year as it adds density to drop-off locations and moves to bulk shipping rates, diversifies its transportation network, adds automation and increases throughput at its Dream Fulfillment Centers.

Additionally, margins should benefit from the increase in procurement from Exclusive Designs while RTR adds to its current wholesale discounts—today this is ~10% below typical wholesale prices and may reach 20-25% as RTRs grows and buys become larger.

For fixed costs, we expect G&A and technology leverage as we believe these teams are already sized to manage growth going forward.

**Putting this together, we believe EBITDA margins can reach 8.8% in FY2023 (see Figure 9) on the way to 30-35% over time** (see Figure 10). While we acknowledge that the purchase of rental inventory is significant (20% of revenue in FY2023) and excluded from EBITDA, the mix-shift to Share by RTR is improving this and we project the business will become cash flow generative in FY2025.

**We expect margins to expand toward RTR's long-term targets of 30-35% for EBITDA and 10-15% for free cash flow.**



**FIGURE 9.  FY2019—FY2023 EBITDA Margin Bridge: Margin Expansion From Fulfillment & Fixed Cost Leverage**



*Source: Company reports, JMP Securities LLC*



## 2020A-2023E FINANCIAL PROJECTIONS ($ IN MILLIONS)

### FIGURE 46.  Rent the Runway Income Statement, 2020A - 2023E ($ in millions)

| Fiscal | FY2020A | FY1Q21A | FY2Q21A | FY3Q21E | FY4Q21E | FY2021E | FY1Q22E | FY2Q22E | FY3Q22E | FY4Q22E | FY2022E | FY2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Calendar | | Feb - Apr | May - July | Aug - Oct | Nov - Jan | | Feb - Apr | May - July | Aug - Oct | Nov - Jan | | |
| Subscription & reserve rental revenue | 135.9 | 29.8 | 42.9 | 49.6 | 58.1 | 180.5 | 59.1 | 65.8 | 71.7 | 79.8 | 276.3 | 361.1 |
| Other revenue | 21.5 | 3.7 | 3.8 | 3.7 | 4.4 | 15.6 | 4.8 | 5.7 | 6.1 | 7.1 | 23.7 | 27.8 |
| **Total Revenue** | **157.4** | **33.5** | **46.7** | **53.3** | **62.5** | **196.0** | **63.8** | **71.5** | **77.8** | **86.9** | **300.0** | **388.9** |
| Fulfillment Costs | 52.9 | 8.8 | 13.5 | 19.2 | 21.9 | 63.3 | 21.6 | 21.4 | 25.1 | 27.0 | 95.2 | 118.2 |
| Revenue Share Expense | 19.1 | 3.9 | 3.8 | 7.3 | 9.2 | 24.1 | 9.8 | 9.8 | 12.5 | 12.3 | 44.4 | 50.2 |
| Rental product depreciation | 69.8 | 12.8 | 11.2 | 13.4 | 15.5 | 52.9 | 14.7 | 16.8 | 17.7 | 19.0 | 68.1 | 84.8 |
| **Gross Profit** | **15.6** | **8.0** | **18.2** | **13.5** | **15.9** | **55.6** | **17.7** | **23.4** | **22.5** | **28.6** | **92.3** | **135.7** |
| | | | | | | | | | | | | |
| **Operating Expenses** | | | | | | | | | | | | |
| Technology | 35.8 | 9.3 | 10.0 | 10.7 | 10.5 | 40.5 | 9.3 | 9.7 | 10.3 | 10.6 | 40.0 | 44.9 |
| Marketing | 7.7 | 2.5 | 4.7 | 8.7 | 6.0 | 21.9 | 6.9 | 7.4 | 7.8 | 8.5 | 30.5 | 41.6 |
| General and administrative | 71.3 | 17.6 | 19.8 | 22.4 | 23.0 | 82.8 | 23.4 | 24.0 | 24.2 | 25.2 | 96.8 | 104.6 |
| Other depreciation and amortization | 23.1 | 5.1 | 4.8 | 5.8 | 6.0 | 21.7 | 5.4 | 5.7 | 5.7 | 5.8 | 22.6 | 23.8 |
| Stock based compensation | 8.2 | 1.9 | 2.4 | 17.9 | 4.4 | 26.6 | 6.5 | 7.0 | 7.5 | 7.9 | 28.9 | 39.3 |
| Total Operating Expenses | 146.1 | 36.4 | 41.7 | 65.5 | 49.9 | 193.5 | 51.5 | 53.8 | 55.5 | 58.0 | 218.8 | 254.3 |
| **Operating income (loss)** | **(130.5)** | **(28.4)** | **(23.5)** | **(52.0)** | **(34.0)** | **(137.8)** | **(33.7)** | **(30.4)** | **(33.0)** | **(29.4)** | **(126.5)** | **(118.5)** |
| PF Operating income (loss) | (122.3) | (26.5) | (21.1) | (34.1) | (29.6) | (111.2) | (27.2) | (23.4) | (25.5) | (21.5) | (97.6) | (79.2) |
| Interest income / (expense), net | (46.7) | (14.5) | (14.9) | (14.2) | (14.6) | (58.2) | (15.0) | (15.5) | (16.0) | (16.5) | (63.0) | (70.0) |
| Other income / (expense), net | 6.1 | 0.5 | (4.1) | 1.3 | - | (2.3) | - | - | - | - | - | - |
| **Pre-tax income (Loss)** | **(171.1)** | **(42.4)** | **(42.5)** | **(64.9)** | **(48.6)** | **(198.3)** | **(48.7)** | **(45.9)** | **(49.0)** | **(45.9)** | **(189.5)** | **(188.5)** |
| Effective tax rate | 0.0% | 0.0% | -0.2% | 0.0% | 0.0% | -0.1% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Benefit from income taxes | - | - | 0.1 | - | - | 0.1 | - | - | - | - | - | - |
| **Net Income / (Loss)** | **(171.1)** | **(42.4)** | **(42.4)** | **(64.9)** | **(48.6)** | **(198.2)** | **(48.7)** | **(45.9)** | **(49.0)** | **(45.9)** | **(189.5)** | **(188.5)** |
| **Basic EPS** | | | | -$1.06 | -$0.79 | -$3.23 | -$0.78 | -$0.73 | -$0.77 | -$0.72 | -$3.00 | -$2.88 |
| **Diluted EPS** | | | | -$1.06 | -$0.79 | -$3.23 | -$0.78 | -$0.73 | -$0.77 | -$0.72 | -$3.00 | -$2.88 |
| Basic shares | | | | 61.0 | 61.6 | 61.3 | 62.2 | 62.8 | 63.5 | 64.1 | 63.2 | 65.4 |
| Diluted shares | | | | 61.0 | 61.6 | 61.3 | 62.2 | 62.8 | 63.5 | 64.1 | 63.2 | 65.4 |
| | | | | | | | | | | | | |
| **Non-recurring Items** | | | | | | | | | | | | |
| Stock based compensation | 8.2 | 1.9 | 2.4 | 17.9 | 4.4 | 26.6 | 6.5 | 7.0 | 7.5 | 7.9 | 28.9 | 39.3 |
| Tax Provision | - | - | 0.1 | - | - | 0.1 | - | - | - | - | - | - |
| **PF Net Income (loss)** | **(162.9)** | **(40.5)** | **(39.9)** | **(47.0)** | **(44.2)** | **(171.5)** | **(42.2)** | **(38.9)** | **(41.5)** | **(38.0)** | **(160.6)** | **(149.2)** |
| PF EPS (ex SBC/non-rec) | | | | -$0.77 | -$0.72 | -$2.80 | -$0.68 | -$0.62 | -$0.65 | -$0.59 | -$2.54 | -$2.28 |
| PF Diluted Shares | | | | 68.7 | 69.4 | 69.1 | 70.1 | 70.8 | 71.5 | 72.3 | 71.2 | 73.7 |
| | | | | | | | | | | | | |
| **EBITDA Reconciliation** | | | | | | | | | | | | |
| Operating income (loss) | (130.5) | (28.4) | (23.5) | (52.0) | (34.0) | (137.8) | (33.7) | (30.4) | (33.0) | (29.4) | (126.5) | (118.5) |
| Stock based compensation | 8.2 | 1.9 | 2.4 | 17.9 | 4.4 | 26.6 | 6.5 | 7.0 | 7.5 | 7.9 | 28.9 | 39.3 |
| Rental product depreciation | 69.8 | 12.8 | 11.2 | 13.4 | 15.5 | 52.9 | 14.7 | 16.8 | 17.7 | 19.0 | 68.1 | 84.8 |
| Other depreciation and amortization | 23.1 | 5.1 | 4.8 | 5.8 | 6.0 | 21.7 | 5.4 | 5.7 | 5.7 | 5.8 | 22.6 | 23.8 |
| Write-off of liquidated assets | 3.3 | 1.4 | 1.4 | 1.4 | 1.1 | 5.3 | 0.7 | 1.0 | 1.7 | 1.4 | 4.8 | 4.7 |
| Non-recurring adjustments | 4.2 | 1.0 | 1.8 | 3.3 | 1.8 | 7.9 | - | - | - | - | - | - |
| Other (gains) / losses | 1.7 | - | - | - | - | - | - | - | - | - | - | - |
| **Adjusted EBITDA** | **(20.2)** | **(6.2)** | **(1.9)** | **(10.1)** | **(5.2)** | **(23.4)** | **(6.4)** | **0.1** | **(0.5)** | **4.6** | **(2.2)** | **34.1** |

| Fiscal | FY2020A | FY1Q21A | FY2Q21A | FY3Q21E | FY4Q21E | FY2021E | FY1Q22E | FY2Q22E | FY3Q22E | FY4Q22E | FY2022E | FY2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Feb - Apr | May - July | Aug - Oct | Nov - Jan | | Feb - Apr | May - July | Aug - Oct | Nov - Jan | | |
| **Y/Y% Change** | | | | | | | | | | | | |
| **Total Revenue** | *-38.7%* | *-43.7%* | *61.6%* | *50.3%* | *86.6%* | *24.6%* | *90.5%* | *53.0%* | *45.8%* | *39.1%* | *53.0%* | *29.6%* |
| Gross profit | -70.9% | NA | NA | 439.8% | 262.2% | 256.6% | 121.8% | 28.8% | 66.5% | 79.5% | 65.8% | 47.1% |
| **Expenses** | | | | | | | | | | | | |
| Fulfillment | -55.2% | -61.7% | 37.8% | 75.7% | 137.8% | 19.7% | 145.9% | 58.8% | 31.2% | 23.6% | 50.4% | 24.2% |
| Rental product depreciation and revenue share | -7.7% | -42.1% | -29.1% | -20.0% | 2.6% | -24.2% | 14.7% | 49.9% | 31.3% | 22.3% | 28.6% | 24.5% |
| Technology | -7.0% | -7.9% | 31.6% | 19.9% | 14.1% | 13.0% | 0.2% | -2.8% | -3.1% | 1.0% | -1.2% | 12.3% |
| Marketing | -65.8% | -34.2% | 327.3% | 568.9% | 300.0% | 184.4% | 175.7% | 56.6% | -10.6% | 42.0% | 39.5% | 36.2% |
| General and administrative | -24.3% | -24.1% | 23.0% | 40.0% | 43.8% | 16.1% | 32.7% | 21.3% | 7.9% | 9.6% | 16.9% | 8.1% |
| Other depreciation and amortization | 6.5% | -16.4% | -14.3% | 1.8% | 5.3% | -6.1% | 5.9% | 18.8% | -1.7% | -3.3% | 4.1% | 5.3% |
| **Total Operating Expenses** | *-20.5%* | *-19.5%* | *29.5%* | *90.3%* | *45.5%* | *32.4%* | *41.4%* | *29.0%* | *-15.2%* | *16.3%* | *13.1%* | *16.2%* |
| Operating income (loss) | *NA* | *NA* | *NA* | *NA* | *NA* | *NA* | *NA* | *NA* | *NA* | *NA* | *NA* | *NA* |
| PF Operating income (loss) | *NA* | *NA* | *NA* | *NA* | *NA* | *NA* | *NA* | *NA* | *NA* | *NA* | *NA* | *NA* |
| PF EPS (ex SBC/non-rec) | *NA* | *NA* | *NA* | *NA* | *NA* | *NA* | *NA* | *NA* | *NA* | *NA* | *NA* | *NA* |
| Adjusted EBITDA | *NA* | *NA* | *NA* | *NA* | *NA* | *NA* | *NA* | *NA* | *NA* | *NA* | *NA* | *NA* |
| Net Income | *NA* | *NA* | *NA* | *NA* | *NA* | *NA* | *NA* | *NA* | *NA* | *NA* | *NA* | *NA* |
| **Q/Q% Change** | | | | | | | | | | | | |
| Total revenues | | 0.0% | 39.4% | 14.2% | 17.2% | | 2.1% | 12.0% | 8.8% | 11.8% | | |
| Adjusted EBITDA | | *NA* | *NA* | *NA* | *NA* | | *NA* | *NA* | *NA* | *NA* | | |
| **% of Total Revenue** | | | | | | | | | | | | |
| Fulfillment Costs | 33.6% | 26.3% | 28.9% | 35.9% | 35.0% | 32.3% | 33.9% | 30.0% | 32.3% | 31.1% | 31.7% | 30.4% |
| Revenue Share Expense | 12.1% | 11.6% | 8.1% | 13.6% | 14.7% | 12.3% | 15.3% | 13.7% | 16.1% | 14.2% | 14.8% | 12.9% |
| Rental product depreciation | 44.3% | 38.2% | 24.0% | 25.2% | 24.8% | 27.0% | 23.0% | 23.5% | 22.7% | 21.8% | 22.7% | 21.8% |
| Technology | 22.7% | 27.8% | 21.4% | 20.0% | 16.8% | 20.6% | 14.6% | 13.6% | 13.3% | 12.2% | 13.3% | 11.6% |
| Marketing | 4.9% | 7.5% | 10.1% | 16.3% | 9.6% | 11.2% | 10.8% | 10.3% | 10.0% | 9.8% | 10.2% | 10.7% |
| General and administrative | 45.3% | 52.5% | 42.4% | 42.0% | 36.8% | 42.2% | 36.6% | 33.6% | 31.1% | 29.0% | 32.3% | 26.9% |
| Other depreciation and amortization | 14.7% | 15.2% | 10.3% | 10.9% | 9.6% | 11.1% | 8.4% | 8.0% | 7.3% | 6.7% | 7.5% | 6.1% |
| Stock-based compensation | 5.2% | 5.7% | 5.1% | 33.6% | 7.0% | 13.6% | 10.2% | 9.8% | 9.6% | 9.1% | 9.6% | 10.1% |
| **Margins on revenue** | | | | | | | | | | | | |
| Gross profit | 9.9% | 23.9% | 39.0% | 25.3% | 25.5% | 28.4% | 27.8% | 32.8% | 28.9% | 32.9% | 30.8% | 34.9% |
| Operating Margin | -82.9% | -84.8% | -50.3% | -97.4% | -54.3% | -70.3% | -52.8% | -42.5% | -42.5% | -33.9% | -42.2% | -30.5% |
| **Adj. EBITDA Margin** | *-12.8%* | *-18.5%* | *-4.1%* | *-19.0%* | *-8.3%* | *-11.9%* | *-10.1%* | *0.2%* | *-0.6%* | *5.3%* | *-0.7%* | *8.8%* |

*Source: Company reports, JMP Securities LLC*