**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RAJAT SHARMA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>-v.-<br><br>RENT THE RUNWAY, INC., JENNIFER Y. HYMAN, SCARLETT O'SULLIVAN, TIM BIXBY, JENNIFER FLEISS, SCOTT FRIEND, MELANIE HARRIS, BETH KAPLAN, DAN NOVA, GWYNETH PALTROW, CARLEY RONEY, DAN ROSENSWEIG, MIKE ROTH, GOLDMAN SACHS & CO. LLC, MORGAN STANLEY & CO. LLC, BARCLAYS CAPITAL INC., CREDIT SUISSE SECURITIES (USA) LLC, PIPER SANDLER & CO., WELLS FARGO SECURITIES, LLC, JMP SECURITIES LLC, KEYBANC CAPITAL MARKETS INC., and TELSEY ADVISORY GROUP LLC,<br><br>Defendants. | Case No. 1:22-cv-6935-OEM-SDE |

**[PROPOSED] DISCOVERY PLAN FOR TRACEABILITY DISCOVERY**

Pursuant to Magistrate Judge Eichenholtz's December 3, 2025 Order, counsel for Lead Plaintiffs Delaware Public Employees Retirement System ("DPERS") and Denver Employees Retirement Plan ("DERP" and, together with DPERS, "Lead Plaintiffs"), counsel for Defendants Rent the Runway ("RTR"), Jennifer Hyman, Scarlett O'Sullivan, Tim Bixby, Jennifer Fleiss, Scott Friend, Melanie Harris, Beth Kalplan, Dan Nova, Gwyneth Paltrow, Carley Roney, Dan Rosensweig, and Mike Roth (the "RTR Defendants"), and counsel for Goldman Sachs & Co. LLC ("Goldman Sachs"), Barclays Capital Inc., Credit Suisse Securities (USA) LLC, Piper Sandler & Co., Wells Fargo Securities, LLC, JMP Securities LLC, Keybanc Capital Markets, Inc., and Telsey Advisor Group (the "Underwriter Defendants" and, together with RTR Defendants, "Defendants")

met and conferred regarding a discovery plan for the issue of determining which securities are traceable to RTR's initial public offering ("IPO"). As a result, the parties propose the following discovery schedule:

1.      Parties will proceed with traceability-related discovery in phases. For phase one, the parties will jointly reach out to the Depository Trust Company ("DTC") on or before February 20 to request the following documents:

   a. Deposit service guides that were in place and applicable during the period between October 1, 2021 and April 25, 2022;

   b. Deposit reports for Rent the Runway Class A Common Stock (CUSIP 76010Y103) between October 1, 2021 and April 25, 2022;

   c. Daily Position Reports for Rent the Runway Class A Common Stock (CUSIP 76010Y103) between October 1, 2021 and April 25, 2022;

   d. Participant Position Reports for Rent the Runway Class A Common Stock (CUSIP 76010Y103) between October 1, 2021 and April 25, 2022;

   e. DTC Daily Participant Activity Statements for Rent the Runway Class A Common Stock (CUSIP 76010Y103) between October 1, 2021 and April 25, 2022; and

   f. Any other DTC documents necessary to interpret the aforementioned documents.

2.      In addition, on or before April 10, 2026, Goldman Sachs (the lead Underwriter for RTR's IPO) will produce any existing allocation records for the IPO and trade confirmations or other documents evidencing the sale of (i) 9,700 shares of RTR common stock to DERP, directly or through their investment manager on October 27, 2021, and (ii) 27,615 shares of RTR common

stock to DPERS, directly or through their investment manager, on October 27, 2021.

3.      After production of the documents from Goldman Sachs and DTC, but no later than April 20, 2026, the parties will meet and confer to discuss whether additional tracing-related discovery is required. If the parties determine that additional tracing-related discovery is necessary, an additional schedule shall be negotiated between the parties.

4.      Traceability-related discovery shall be governed by the Stipulated Protective Order signed by Magistrate Judge Merkl on July 1, 2025 (ECF No. 98).

Dated:    New York, New York
          February 12, 2026

Respectfully submitted,

**LABATON KELLER SUCHAROW LLP**

/s/ *Alfred L. Fatale III*
Alfred L. Fatale III
Jessica N. Goudreault
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
afatale@labaton.com
jgoudreault@labaton.com

*Lead Counsel for Lead Plaintiffs and the Class*

**FRESHFIELDS US LLP**

/s/ *Mary Eaton*
Mary Eaton
Agnès Dunogué
Abhinaya Swaminathan
3 World Trade Center
175 Greenwich Street
New York, New York 10007
Telephone: (212) 277-4000
mary.eaton@freshfields.com
agnes.dunogue@freshfields.com
abhinaya.swaminathan@freshfields.com

*Counsel for Defendants Rent the Runway, Inc., Jennifer Y. Hyman, Scarlett O'Sullivan, Tim Bixby, Jennifer Fleiss, Scott Friend, Melanie Harris, Beth Kaplan, Dan Nova, Gwyneth Paltrow, Carley Roney, Dan Rosensweig, and Mike Roth*

**WILLKIE FARR & GALLAGHER LLP**

/s/ *Todd G. Cosenza*
Todd G. Cosenza
Charles D. Cording
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
tcosenza@willkie.com
ccording@willkie.com

*Counsel for Defendants Goldman Sachs & Co. LLC, Morgan Stanley & Co. LLC, Barclays Capital Inc., Credit Suisse Securities (USA) LLC, Piper Sandler & Co., Wells Fargo Securities, LLC, JMP Securities LLC (n/k/a Citizens JMP Securities, LLC), KeyBanc Capital Markets Inc., and Telsey Advisory Group LLC*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____February 13_____, 2026      By: ___/S/ *SETH D. EICHENHOLTZ*___

                                                      Hon. Seth D. Eichenholtz
                                                      United States Magistrate Judge