August 6, 2026

**VIA ECF**

The Honorable Orelia E. Merchant
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Courtroom 6C South
Brooklyn, NY 11201

**RE: *Sharma v. Rent the Runway, Inc., et al.*, No. 1:22-cv-6935-OEM-SDE**

Dear Judge Merchant:

On behalf of all parties, we respectfully submit this joint status letter pursuant to Your Honor's July 15, 2026 Order. Further to the parties' prior update provided in their Letter dated July 14, 2026 (ECF 152), the Parties have actively engaged in negotiations to resolve this action and have made significant progress on preparing definitive settlement documentation to be presented to the Court for its approval, as required by Fed. R. Civ. P. 23(e). Lead Plaintiffs are aiming to submit a motion for preliminary approval, which will include the parties' executed stipulation of settlement, the proposed notice to the settlement class, and all related papers, on or before August 28, 2026.

Pursuant to Fed. R. Civ. P. 23(e)(1), the Court will first be asked to preliminarily approve the proposed Settlement, authorize notice to the settlement class, and set a date for a final approval hearing, at which the Court will consider whether the Settlement should be finally approved and become effective.

Pursuant to Fed. R. Civ. P. 23(e)(2), after class members have had an opportunity to review the notices, Lead Plaintiffs have filed their motion for final approval of the Settlement and attorneys' fees, and class members have had an opportunity to submit objections and requests for exclusion from the settlement class, the Court will hold the final approval hearing and decide whether the settlement is fair, reasonable, and adequate. If the settlement is approved, the case will be dismissed and the claims will be released.

During these various settlement-related events, we respectfully ask that all other deadlines, decisions, and proceedings in the case, including the Court's resolution of the pending Rule 12(c) Motion, be stayed to preserve the *status quo* while the settlement is considered by the Court.

Respectfully submitted,

**Labaton Keller Sucharow LLP**

*/s/ Alfred L. Fatale III*
Alfred L. Fatale III
Joseph Cotilletta
Jessica N. Goudreault
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
afatale@labaton.com
jcotilletta@labaton.com
jgoudreault@labaton.com

*Lead Counsel for Plaintiffs and the Class*

**Freshfields US LLP**

*/s/ Agnès Dunogué*
Mary Eaton
Agnès Dunogué
Abhinaya Swaminathan
3 World Trade Center
175 Greenwich Street
New York, New York 10007
Telephone: (212) 277-4000
Mary.eaton@freshfields.com
Agnes.dunogue@freshfields.com
Abhinaya.swaminathan@freshfields.com

*Counsel for Defendants Rent the Runway, Inc., Jennifer Y. Hyman, Scarlett O'Sullivan, Tim Bixby, Jennifer Fleiss, Scott Friend, Melanie Harris, Beth Kaplan, Dan Nova, Gwyneth Paltrow, Carley Roney, Dan Rosensweig, and Mike Roth*

**Wilkie Farr & Gallagher LLP**

*/s/ Charles D. Cording*
Todd G. Cosenza
Charles D. Cording
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
tcosenza@willkie.com
ccording@willkie.com

*Counsel for Defendants Goldman Sachs & Co., LLC, Morgan Stanley & Co. LLC, Barclays Capital Inc., Credit Suisse Securities (USA) LLC, Piper Sandler & Co., Wells Fargo Securities, LLC, JMP Securities LLC (n/k/a Citizens JMP Securities, LLC), KeyBanc Capital Markets Inc., and Telsey Advisory Group LLC*